UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CHAO CHEN, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | Case No.: 3:17-cv-05769<br><br>**NOTICE OF APPEARANCE**<br><br>(Clerk's Action Requested) |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES

PLEASE TAKE NOTICE that JOAN K. MELL and the law firm III BRANCHES LAW, PLLC, appears for THE GEO GROUP, INC. in the above-entitled action. Said appearance is without waiver of any defenses including, without limitation, the defenses of:

1. Lack of Jurisdiction of Subject Matter;

2. Lack of Jurisdiction over the Person;

3. Improper Venue;

4. Insufficiency of Process;

NOTICE OF APPEARANCE -1 of 3

5. Insufficiency of Service of Process;

6. Failure to State a Claim upon which Relief may be Granted; and,

7. Failure to Join a Party.

**YOU ARE HEREBY FURTHER NOTIFIED** that all further papers and pleadings, except original process, shall be served upon the undersigned attorney at the address stated below.

Joan K. Mell
III Branches Law, PLLC
1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466
Telephone: (253)-566-2510
Facsimile: (281)-664-4643
Email: joan@3brancheslaw.com

Dated this 28th day of September, 2017 at Fircrest, WA.

III Branches Law, PLLC

_____
Joan K. Mell, WSBA #21319
Attorney for The Geo Group, Inc.

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

## CERTIFICATE OF SERVICE

I, Joseph Fonseca, hereby certify as follows:

I am over the age of 18, a resident of Pierce County, and not a party to the above action. On September 28, 2017, I electronically filed the above Notice of Appearance, with the Clerk of the Court using the CM/ECF system and served via Email to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| Schroeter, Goldmark & Bender<br>Adam J. Berger, WSBA No. 20714<br>Lindsay L. Halm, wSBA No. 37141<br>Jamal N. Whitehead, WSBA No. 39818<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>berger@sgb-law.com<br>halm@sgb-law.com<br>whitehead@sgb-law.com<br><br>The Law Office of R. Andrew Free<br>Andrew Free<br>P.O. Box 90568<br>Nashville, TN 37209<br>andrew@immigrationcivilrights.com<br><br>Sunbird Law, PLLC<br>1001 Fourth Avenue, Suite 3200<br>Seattle, WA 98154<br>devin@sunbird.law | ■ CM/ECF E-Service<br>■ E-mail |

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 28th day of September, 2017 at Fircrest, Washington.

_____
Joseph Fonseca, Paralegal

NOTICE OF APPEARANCE -3 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph