# United States District Court
# Western District of Washington

CHAO CHEN, individually and on behalf of all those similarly situated,

Plaintiff(s)

V.

THE GEO GROUP, INC., a Florida corporation,

Defendant(s)

Case Number: 3:17-cv-05769-RJB

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

R. Andrew Free hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Chao Chen

The particular need for my appearance and participation is:

Applying counsel has knowledge and experience litigating similar issues against the same defendant in a case entitled Alejandro Menocal, et al. v. The GEO Group, Inc., U.S.D.C., District of Colorado, Cause No. 1:14-cv-02887.

I, R. Andrew Free understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Sep 29, 2017      Signature of Applicant: s/ R. Andrew Free

Pro Hac Vice Attorney
Applicant's Name: R. Andrew Free

Law Firm Name: The Law Office of R. Andrew Free

Street Address 1: PO Box 90568

Address Line 2:

City: Nashville   State: Tennessee   Zip: 37209

Phone Number w/ Area Code   844-321-3221   Bar # 030513   State: Tennessee

Primary E-mail Address: andrew@immigrantcivilrights.com   Secondary E-mail Address:

**STATEMENT OF LOCAL COUNSEL**

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant R. Andrew Free is unable to be present upon any date assigned by the court.

Date: Sep 29, 2017   Signature of Local Counsel: s/ Adam J. Berger

Local Counsel's Name: Adam J. Berger   Bar # 20714

Law Firm Name: Schroeter Goldmark & Bender

Street Address 1: 810 Third Avenue

Address Line 2: Suite 500

City: Seattle   State: Washington   Zip: 98104

Phone Number w/ Area Code   Example: 999-999-9999   206-622-8000

# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4 By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

| s/ R. Andrew Free | Sep 29, 2017 |
|---|---|
| **Signature** (use an "s/" and type your name) | **Date Signed** |