**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| CHAO CHEN, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | Case No.: 3:17-cv-05769-RJB<br><br>[PROPOSED] ORDER GRANTING GEO'S MOTION TO DISMISS PURSUANT TO CIVIL RULE 12(b)(6)<br><br>NOTE ON MOTION CALENDAR: November 3, 2017 |

This matter, having come on before the Court on GEO's Motion to Dismiss pursuant to Civil Rule 12(b)(6), and the Court having heard oral argument of counsel if ordered, as well as having considered the records and files as follows:

1.      GEO's Motion to Dimiss Pursuant to Rule 12(b)(6);

2.      Plaintiff's Complaint;

3.      Plaintiff's Response to the Motion to Dismiss; and,

4.      GEO's Reply in support of the Motion to Dismiss.

5.      _____

_____

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

The Court being fully advised in the matter enters the following ORDER:

1.      GEO's Motion to Dismiss Pursuant to Civil Rule 12(b)(6) is GRANTED.

2.      The Court DISMISSES Plaintiff's Complaint in it's entirety with Prejudice.

DONE this _____ day of _____, 2017.


_____
The Honorable Robert J. Bryan

Presented by:

III Branches Law, PLLC

_____
Joan K. Mell, WSBA #21319
Attorney for The Geo Group, Inc.

Approved as to form:

Schroeter, Goldmark & Bender


_____
Adam J. Berger, WSBA No. 20714
Lindsay L. Halm, wSBA No. 37141
Jamal N. Whitehead, WSBA No. 39818
810 Third Avenue, Suite 500
Seattle, WA 98104
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com
Attorneys for Defendants

///

///

///

[PROPOSED] ORDER GRANTING GEO'S MTD -2 of 3

The Law Office of R. Andrew Free

_____

Andrew Free
P.O. Box 90568
Nashville, TN 37209
andrew@immigrationcivilrights.com

Sunbird Law, PLLC

_____

1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
devin@sunbird.law

[PROPOSED] ORDER GRANTING GEO'S MTD -3 of 3