THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CHAO CHEN, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | Case No.: 3:17-cv-05769-RJB<br><br>GEO'S DEMAND FOR JURY TRIAL |

## GEO'S DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), The Geo Group, Inc. demands a trial by jury in the above-entitled action of all issues triable by jury.

Dated this 12th day of October, 2017 at Fircrest, WA.

III Branches Law, PLLC

_____
Joan K. Mell, WSBA #21319
Attorney for The Geo Group, Inc.

GEO'S DEMAND FOR JURY TRIAL
3:17-cv-05769-RJB
1 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

**CERTIFICATE OF SERVICE**

I, Joseph Fonseca, hereby certify as follows:

I am over the age of 18, a resident of Pierce County, and not a party to the above action. On October 12, 2017, I electronically filed the above GEO's Demand for Jury Trial, with the Clerk of the Court using the CM/ECF system and served via Email to the following:

Schroeter, Goldmark & Bender
Adam J. Berger, WSBA No. 20714
Lindsay L. Halm, wSBA No. 37141
Jamal N. Whitehead, WSBA No. 39818
810 Third Avenue, Suite 500
Seattle, WA 98104
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

The Law Office of R. Andrew Free
Andrew Free
P.O. Box 90568
Nashville, TN 37209
andrew@immigrationcivilrights.com

Sunbird Law, PLLC
Devin Theriot-Orr
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
devin@sunbird.law

Norton Rose Fulbright US LLP
Charles A. Deacon(Pro Hac Vice To Be File)
300 Convent St.
San Antonio, TX 78205
charlie.deacon@nortonrosefulbright.com

Norton Rose Fulbright US LLP
Mark Emery (Pro Hac Vice To Be Filed)
799 9th St. NW, Suite 1000
Washington, DC 20001-4501
mark.emery@nortonrosefulbright.com

GEO'S DEMAND FOR JURY TRIAL
3:17-cv-05769-RJB
2 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 12th day of October, 2017 at Fircrest, Washington.

_____
Joseph Fonseca, Paralegal

GEO'S DEMAND FOR JURY TRIAL
3:17-cv-05769-RJB

3 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph