THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CHAO CHEN, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | Case No.: 3:17-cv-05769-RJB<br><br>THE GEO GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT |

THE GEO GROUP, INC. a Florida State Corporation, submits the following disclosure pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.  GEO is a Florida State Corporation with a principal place of business at 621 N.W. 53rd Street, Suite 700, Boca Raton, FL 33487.  Vanguard Group, Inc., and Blackrock Fund Advisors are corporate members of THE GEO GROUP, INC.

Dated this 19th day of December, 2017 at Fircrest, WA.

III Branches Law, PLLC

_____
Joan K. Mell, WSBA #21319
Attorney for The Geo Group, Inc.

GEO'S CORPORATE DISCLOSURE STATEMENT
3:17-cv-05769-RJB
1 of 2

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

# CERTIFICATE OF SERVICE

I, Joseph Fonseca, hereby certify as follows:

I am over the age of 18, a resident of Pierce County, and not a party to the above action. On December 19, 2017, I electronically filed the above GEO's Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF System, and served via Email to the following:

Schroeter, Goldmark & Bender
Adam J. Berger, WSBA No. 20714
Lindsay L. Halm, wSBA No. 37141
Jamal N. Whitehead, WSBA No. 39818
810 Third Avenue, Suite 500
Seattle, WA 98104
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

The Law Office of R. Andrew Free
Andrew Free
P.O. Box 90568
Nashville, TN 37209
andrew@immigrationcivilrights.com

Sunbird Law, PLLC
Devin Theriot-Orr
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
devin@sunbird.law

Norton Rose Fulbright US LLP
Charles A. Deacon (Pro Hac Vice)
300 Convent St.
San Antonio, TX 78205
charlie.deacon@nortonrosefulbright.com

Norton Rose Fulbright US LLP
Mark Emery (Pro Hac Vice)
799 9th St. NW, Suite 1000
Washington, DC 20001-4501
(202)-662-0210
mark.emery@nortonrosefulbright.com

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 19th day of December, 2017 at Fircrest, Washington.

_____
Joseph Fonseca, Paralegal

GEO'S CORPORATE DISCLOSURE STATEMENT
3:17-cv-05769-RJB

2 of 2

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph