UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHAO CHEN,

          Plaintiff(s),

        v.

THE GEO GROUP, INC.,

          Defendant(s).

Case No. C17-5769RJB

AMENDED MINUTE ORDER
SETTING TRIAL AND PRETRIAL
DATES

| | |
|---|---|
| **JURY TRIAL** set for 9:30 a.m. on | March 4, 2019 |
| Deadline for FILING motion for class certification | March 25, 2018 |
| Deadline for the FILING of any motion to join parties | March 30, 2018 |
| Disclosure of expert testimony under FRCP 26(a)(2) | September 5, 2018 |
| All motions related to discovery must be FILED by | October 15, 2018 |
| Discovery COMPLETED by | November 5, 2018 |
| All dispositive motions must be FILED by | December 4, 2018 |
| Motions in limine should be FILED by<br>    and NOTED for consideration no earlier than the third<br>    Friday after filing and service of the motion, but no later<br>    than the Friday before any scheduled pretrial conference. | February 4, 2019 |
| Agreed pretrial order LODGED with the court by | February 15, 2019 |
| Pretrial conference will be HELD at 8:30 a.m. on<br>    (COUNSEL SHALL REPORT TO COURTROOM A) | February 22, 2019 |
| Trial briefs, proposed voir dire & jury instructions due ** | February 22, 2019 |

    **JURY INSTRUCTIONS See Local Civil Rule CR51.   A  Manual of Model Civil Jury

Instructions For the Ninth Circuit - Latest Edition should be used as the format for proposed jury

AMENDED ORDER SETTING TRIAL AND PRETRIAL DATES - 1

instructions.  See www.wawd.uscourts.gov

PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW need not be submitted unless specifically requested by the Judge.

If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.  These are firm dates that can be changed only by order of the Court.

If this case is settled,  please advise Tyler Campbell, Courtroom Deputy to Judge Bryan, immediately at (253) 882-3822.  If this case is not settled, it will go to trial on the date set or as soon thereafter as the court is available.

DATED: January 5, 2018

The foregoing Minute Order entered by /s/ Tyler Campbell, Deputy Clerk, **BY DIRECTION OF THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.**

AMENDED ORDER SETTING TRIAL AND PRETRIAL DATES - 2