The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHAO CHEN, individually and on behalf of all those similarly situated,

                                Plaintiff,

        v.

THE GEO GROUP, INC., a Florida corporation,

                                Defendant.

No.  17-cv-05769-RJB

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS OR STRIKE DEFENDANT'S COUNTERCLAIMS AND AFFIRMATIVE DEFENSES

        THIS MATTER came before the Court on Plaintiff's Motion to Dismiss or Strike Defendant's Counterclaims and Affirmative Defenses. The Court has reviewed the motion and all evidence submitted in support of, and opposition, if any, to the motion, as well as the pleadings on file, and is otherwise fully informed.

        IT IS HEREBY ORDERED AS FOLLOWS:

        1.      Plaintiff's Motion is GRANTED.

        DATED this _____ day of _____, 2018

                                        _____
                                        The Honorable Robert J. Bryan
                                        U.S. District Court Judge

[PROPOSED] ORDER GRANTING PLTF.'S MOT. TO
DISMISS OR STRIKE DEF.'S COUNTERCLAIMS &
AFFIRMATIVE DEFENSES [17-cv-05769-RJB] – 1

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

PRESENTED BY:

SCHROETER GOLDMARK & BENDER

s/ *Jamal N. Whitehead*
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
Fax: (206) 682-2305
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF R. ANDREW FREE
Andrew Free (Admitted *Pro Hac Vice*)
PO Box 90568
Nashville, TN 37209
Tel: (844) 321-3221
Fax: (615) 829-8959
andrew@immigrantcivilrights.com

SUNBIRD LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
1001 Fourth Avenue, Suite 3200
Seattle, WA  98154-1003
Tel: (206) 962-5052
Fax: (206) 681-9663
devin@sunbird.law

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING PLTF.'S MOT. TO
DISMISS OR STRIKE DEF.'S COUNTERCLAIMS &
AFFIRMATIVE DEFENSES [17-cv-05769-RJB] – 2

SCHROETER GOLDMARK & BENDER
810 Third Avenue ● Suite 500 ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

SUNBIRD LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
1001 Fourth Avenue, Suite 3200
Seattle, WA  98154-1003
Tel: (206) 962-5052
devin@sunbird.law

Counsel for Plaintiff

THE LAW OFFICE OF R. ANDREW FREE
Andrew Free
Admitted *Pro  Hac Vice*
PO Box 90568
Nashville, TN 37209
Tel: (844) 321-3221
andrew@immigrantcivilrights.com

Counsel for Plaintiff


Joan K. Mell
III Branches Law, PLLC
1019 Regents Boulevard, Suite 204
Fircrest, WA 98466
Tel: (253) 566-2510
joan@3ebrancheslaw.com

Attorney for Defendant

Mark Emery
Norton Rose Fulbright US LLP
799 9th Street, Suite 1000
Washington, D.C.  20001
Mark.emery@nortonrosefulbright.com

Attorney for Defendant


Charles A. Deacon
Norton Rose Fulbright US LLP
300 Covent St.
San Antonio, TX 78205
Charles.deacon@nortonrosefulbright.com

Attorney for Defendant


DATED at Seattle, Washington this 10th day of January, 2018.

*s/ Jamal Whitehead*
Jamal N. Whitehead, WSBA #39818

[PROPOSED] ORDER GRANTING PLTF.'S MOT. TO DISMISS OR STRIKE DEF.'S COUNTERCLAIMS & AFFIRMATIVE DEFENSES [17-cv-05769-RJB] – 3

SCHROETER  GOLDMARK  &  BENDER
810 Third Avenue ● Suite 500 ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305