# EXHIBIT 1



U.S. Department of Homeland Security
500 12th Street, S.W.
Washington, DC 20536-5009

**U.S. Immigration
and Customs
Enforcement**

June 27, 2016

R. Andrew Free
1212 7th Avenue North
Nashville, TN 37208

RE:   *Stevens v. DHS* (N.D. Ill. 14-cv-3305)
      FOIA Case Number 2013FOIA32547 (Detainee Volunteer Wages)

Dear Mr. Free:

This letter is the twenty-third interim release in response to the ongoing Freedom of Information Act (FOIA) litigation between Jacqueline Stevens and U.S. Immigration and Customs Enforcement (ICE), relating to FOIA requests submitted by your client regarding, in part, ICE's detention facilities. This release is in response to your August 24, 2013, FOIA request seeking records pertaining to Detainee Volunteer Wages.

Your request has been processed under the FOIA, 5 U.S.C. § 552.

This release consists of 6 Excel Spreadsheets located pursuant to a search of the ICE Office of the Chief Financial Officer (OCFO). After review of those records, ICE has determined that 5 spreadsheets will be released in their entirety. Portions of one spreadsheet were removed as non-responsive to the request and released with a "Non-Responsive" designation.

ICE is continuing to process records that are potentially responsive to your request, and will release those records to you on a rolling basis.

If you have any questions about this letter, please contact Assistant United States Attorney Prashant Kolluri at (312) 886-9085.

Sincerely,

Catrina M. Pavlik-Keenan
FOIA Officer

Enclosure(s):  6 Excel Spreadsheets



## After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Whitehead Decl., Ex. 1 - 2

