# EXHIBIT 2

# ERO Custody Management Division

## Facility List Notes

**Monday, July 10, 2017**

**Notes and Assumptions:**
The Facility List contains all facilities used by ICE ERO recorded in ENFORCE since the start of FY2003.
The Facility List Main tab is sorted descending by the current Fiscal Year Average Daily Population (ADP).
Facility inspection ratings referenced are all Final Ratings. New facilities with reviews in process will not have entries in the Authorized field.
When the facility type is unavailable, IGSA is used as the default value for type and type-detailed until the facility type can be confirmed

**Field Names, Data Sources, and Definitions:**

| Field Name | Data Source | Definition |
|---|---|---|
| **Facility Information** | | |
| DETLOC | IIDS (Hyperion) | The detention facility code that serves as the unique identifier for each facility |
| NAME | IIDS (Hyperion)/Officer/Field Input | The complete name of the detention facility |
| ADDRESS | Officer/Field Input/ Research | The street address of the detention facility |
| CITY | IIDS (Hyperion) | The city where the facility is located |
| COUNTY | Officer/Field Input/ Research | The county where the facility is located |
| ST | IIDS (Hyperion) | The state where the facility is located |
| ZIP | Calculation | The zip code where the facility is located |
| TYPE | Officer/Field Input | See Facility Type Tab |
| TYPE - DETAILED | Officer/Field Input | See Facility Type Tab |
| Male/Female | IIDS (Hyperion) | Indicates the genders of detainees detained at the facility. Gender is determined using the current fiscal year ADP. M indicates male population and F indicates female population. Where limited data is available, the default value is M,F. |
| Levels A,B,C,D | IIDS (Hyperion) | Indicates the detainee classification levels of detainees at the facility. Detainee classification level is determined using the current fiscal year data. Detainee Classification Levels: Level A includes A and 1, Level B includes B and 2, Level C includes C, and Level D includes D and 3. Where limited data is available, the default value is A,B,C,D |
| **Capacity** | | |
| Capacity | Officer/Field Input | The estimated bed space available for use by ICE at the facility, which may be less than the total bed space capacity at the facility |
| **Population** | | |
| Population Count | IIDS (Hyperion) | Population Count is based on the midnight count mandays for a facility on the most recent date available when the data was extracted. The sum of midnight count mandays for a given facility represents the total number of detainees in a detention facility at midnight on the given date |
| **Statistics** | | |
| **ADP - Midnight Count Mandays** | IIDS (Hyperion) | The Average Daily Population (ADP) is the average midnight count mandays, at a particular facility, over a specified time frame. A midnight count manday quantifies the number of detainees in the specified detention facility at midnight. ADP is calculated by taking the number of midnight count mandays for a given time period and dividing by the number of days in that time period. |
| **Contract** | | |
| Facility Operator | Officer/Field/OAQ Input | Indicates the Operator of the facility. Examples include GEO, MVM, and CCA |
| Facility Owner | Officer/Field/OAQ Input | Indicates the Owner of the facility |
| Best Known Contract Initiation Date | OAQ | The best known date of the contract initiation |
| Best Known Contract Expiration Date | OAQ | The best known date of the contract expiration |
| Per Diem Rate Detailed | OAQ | The per diem rate of the facility |
| **Standards Compliance Information** | | |
| Authorization Authority | Officer/Field Input | Indicates Program responsible for monitoring the facility. Facilities that are used irregularly and infrequently do not require inspections. |
| Over/Under 72 | Officer/Field Input | Indicates whether a facility is designated as over or under 72 hours |
| Last Inspection Type | Officer/Field Input | Indicates the last type of inspection - Regular, ORSA, N/A |
| Last Inspection Standard | Officer/Field Input | Indicates the Inspection Standard by which the facility was last inspected under - NDS, PBNDS 2008, PBNDS 2011, N/A |
| Last Rating - Final | Officer/Field Input | The most recent finalized rating a facility has received |
| Last Inspection Date | Officer/Field Input | The date of the last facility review |
| CY17 Rating | Officer/Field Input | The last rating received in CY 2017. When available finalized ratings are used; when finalized ratings are not present a recommended rating will be displayed |

| | | |
|---|---|---|
| CY16 Rating | Officer/Field Input | The last rating received in CY 2016. |
| CY15 Rating | Officer/Field Input | The last rating received in CY 2015.  When available finalized ratings are used; when finalized ratings are not present a recommended rating will be displayed |
| CY14 Rating | Officer/Field Input | The last rating received in CY 2014. |
| CY13 Rating | Officer/Field Input | The last rating received in CY 2013 |
| CY12 Rating | Officer/Field Input | The last rating received in CY 2012 |
| CY11 Rating | Officer/Field Input | The last rating received in CY 2011 |
| CY10 Rating | Officer/Field Input | The last rating received in CY 2010 |
| DSM Assigned | Detention Monitoring Unit | Indicates if a facility is monitored for compliance with ICE detention standards |

# ERO Custody Management Division

## Authorized DMCP Facility List

FY2017 data: IIDS as of 07/10/2017; EID data through 07/08/2017
FY2016 data: IIDS as of 10/03/2016; EID data through 10/01/2016. FY2015 data: IIDS as of 10/5/15; EID data through 10/2/15. FY2014 data: IIDS as of 10/6/14; EID data through 10/3/14. FY2013 data: IIDS as of 10/6/13; EID data through 10/4/13. FY2012 data: IIDS as of 10/8/12; EID data through 10/5/12. FY2011 data: IIDS as of 10/7/11; EID data through 10/5/11. FY2004-10 data: IIDS as of 10/05/10; EID data through 09/30/10.

| Facility Information | | | | | | | | | | | Capacity | Population | ADP: Fiscal Year | | | | | | | | Contract | | | | | Standards Compliance | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DETLOC | Name | Address | City | County | State | Zip | Type | Type Detailed | Male/Female | Levels A,B,C,D | Capacity | Population Count | FY17 ADP | FY16 ADP | FY15 ADP | FY14 ADP | FY13 ADP | FY12 ADP | FY11 ADP | FY10 ADP | Facility Operator | Facility Owner | Best Known Contract Initiation Date | Best Known Contract Expiration Date | Per Diem Rate Detailed | Authorizing Authority | Over/Under 72 | Last Inspection Type | Last Inspection Standard | Last Inspection Rating - Final | Last Inspection Date | CY16 Rating | CY15 RATING | CY14 RATING | CY13 RATING | CY12 RATING | CY11 RATING | CY10 RATING | DSM Assigned? |
| STWRTGA | STEWART DETENTION CENTER | 146 CCA ROAD | LUMPKIN | STEWART | GA | 31815 | IGSA | DIGSA | Male | A, B, C, D | 1,966 | 1,906 | 1,876 | 1,369 | 1,374 | 1,619 | 1,560 | 1,677 | 1,655 | 1,614 | CCA | COUNTY | 6/30/2006 | 7/31/2017 | 1600 (GM); $62.49 (1-1600); $61.85 (1601-1750); $40.00 (1751-1966) | DMCP | Over 72 | Regular | [illegible] | [illegible] | 5/4/2017 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| ADLNTCA | ADELANTO ICE PROCESSING CENTER | 10250 RANCHO ROAD | ADELANTO | SAN BERNARDINO | CA | 92301 | IGSA | DIGSA | Female/Male | A, B, C, D | 1,940 | 1,496 | 1,745 | 1,472 | 1,180 | 1,209 | 1,081 | 587 | 19 | 0 | GEO | CITY | 6/1/2011 | 5/31/2021 | 1455 (GM); $112.76 (1-1455), $43.40 (1456-1940) | DMCP | Over 72 | Regular | [illegible] | [illegible] | 10/7/2016 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| STCDFTX | SOUTH TEXAS DETENTION COMPLEX | 566 VETERANS DRIVE | PEARSALL | FRIO | TX | 78061 | CDF | CDF | Female/Male | A, B, C, D | 1,890 | 1,539 | 1,629 | 1,728 | 1,547 | 1,722 | 1,769 | 1,722 | 1,607 | 1,527 | GEO | GEO | 1/30/2004 | 11/30/2017 | 1350 (GM); $98.47 (1-1,350), $9.88 (1,351+) | DMCP | Over 72 | Regular | [illegible] | [illegible] | 3/30/2017 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| CSCNWWA | NORTHWEST DETENTION CENTER | 1623 E. J STREET | TACOMA | PIERCE | WA | 98421 | CDF | CDF | Female/Male | A, B, C, D | 1,575 | 1,327 | 1,432 | 1,411 | 1,132 | 1,400 | 1,333 | 1,313 | 1,167 | 1,105 | GEO | GEO | 9/28/2015 | 9/27/2025 | 1181 (GM); $117.89 (1-1181), $47.84 (1182-1575) | DMCP | Over 72 | Regular | [illegible] | [illegible] | 4/20/2017 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| EAZ | ELOY FEDERAL CONTRACT FACILITY | 1705 EAST HANNA RD. | ELOY | PINAL | AZ | 85131 | IGSA | DIGSA | Female/Male | A, B, C, D | 1,550 | 1,371 | 1,383 | 1,433 | 1,401 | 1,483 | 1,478 | 1,491 | 1,486 | 1,487 | CCA | CITY | 2/17/2006 | | $69.97 | DMCP | Over 72 | Regular | [illegible] | [illegible] | 2/2/2017 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| JENADLA | JENA/LASALLE DETENTION FACILITY | 830 PINEHILL ROAD | JENA | LA SALLE | LA | 71342 | IGSA | DIGSA | Female/Male | A, B, C, D | 1,160 | 998 | 1,114 | 1,105 | 1,047 | 1,033 | 980 | 910 | 994 | 831 | GEO | COUNTY | 7/24/2007 | 10/31/2018 | 1170 (GM for JENADLA and JENATLA combined); $76.64 (1 – 1170), $28.38 (1171 | DMCP | Over 72 | Regular | [illegible] | [illegible] | 9/15/2016 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| PIC | PORT ISABEL | 27991 BUENA VISTA BOULEVARD | LOS FRESNOS | CAMERON | TX | 78566 | SPC | SPC | Female/Male | A, B, C, D | 1,175 | 709 | 1,030 | 1,104 | 1,008 | 992 | 1,087 | 1,133 | 913 | 719 | AHTNA (GUARD) | ICE | 7/10/2008 | 5/31/2022 | 800 (GM); $132.97 (1-800), $0.00 (801-1175) | DMCP | Over 72 | Regular | [illegible] | [illegible] | 2/2/2017 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| CCASDCA | OTAY MESA DETENTION CENTER (SAN DIEGO CDF) | 7488 CALZADA DE LA FUENTE | SAN DIEGO | SAN DIEGO | CA | 92154 | CDF | USMS CDF | Female/Male | A, B, C, D | 896 | 1,061 | 1,027 | 835 | 635 | 664 | 653 | 665 | 671 | 667 | CCA | OFDT | 7/1/2005 | 6/30/2023 | 600 (GM); $2,679,681.96 Flat Monthly Rate (1-600), $138.29 (601+) | DMCP | Over 72 | Regular | [illegible] | [illegible] | 1/26/2017 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| HOUICDF | HOUSTON CONTRACT DETENTION FACILITY | 15850 EXPORT PLAZA DRIVE | HOUSTON | HARRIS | TX | 77032 | CDF | CDF | Female/Male | A, B, C, D | 1,000 | 932 | 961 | 916 | 860 | 942 | 898 | 894 | 890 | 866 | CCA | CCA | 4/1/2009 | | 750 (GM); $109.24 (1-750), $109.24 (750-900), $40.00 (901-1,000) | DMCP | Over 72 | Regular | [illegible] | [illegible] | 1/12/2017 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MONTGTX | JOE CORLEY DETENTION FACILITY | 500 HILBIG RD. | CONROE | MONTGOMERY | TX | 77301 | IGSA | IGSA | Female/Male | A, B, C, D | 1,050 | 683 | 866 | 894 | 675 | 958 | 839 | 473 | 350 | 369 | GEO | COUNTY | 7/31/2008 | | $67.07 | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 11/17/2016 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Yes |
| CCAFLAZ | CCA, FLORENCE CORRECTIONAL CENTER | 1100 BOWLING ROAD | FLORENCE | PINAL | AZ | 85132 | USMS IGA | USMS IGA | Male | A, B, C, D | 806 | 580 | 806 | 712 | 358 | 315 | 234 | 205 | 197 | 210 | CCA | CCA | 10/1/2008 | 9/30/2029 | $105.17 | DMCP | Over 72 | Regular | PBNDS 2008 | Meets Standard | 8/25/2016 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Yes |
| OTRPCNM | OTERO COUNTY PROCESSING CENTER | 26 MCGREGOR RANGE ROAD | CHAPARRAL | DONA ANA | NM | 88081 | IGSA | DIGSA | Male | A, B, C, D | 1,000 | 533 | 774 | 844 | 826 | 845 | 827 | 741 | 817 | 869 | M&TC | COUNTY | 2/28/2014 | 2/28/2019 | $96.46 (1-850), $18.72 (851-1000) | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 3/2/2017 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Acceptable | Superior | Yes |
| EPC | EL PASO SERVICE PROCESSING CENTER | 8915 MONTANA AVE. | EL PASO | EL PASO | TX | 79925 | SPC | SPC | Female/Male | A, B, C, D | 840 | 772 | 767 | 819 | 706 | 717 | 772 | 623 | 726 | 794 | GPS-ASSET | ICE | 9/30/2015 | 9/29/2022 | 600 (GM); $2,324,160.93 Flat Monthly Fee (1-650), $0.00 (651+) | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 12/15/2016 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Yes |
| DENICDF | DENVER CONTRACT DETENTION FACILITY | 3130 N. OAKLAND ST. | AURORA | ARAPAHOE | CO | 80010 | CDF | CDF | Female/Male | A, B, C, D | 928 | 527 | 759 | 477 | 395 | 417 | 412 | 400 | 415 | 414 | GEO | GEO | 10/1/2006 | 9/15/2021 | 350 (GM); $146.06 (1-350), $21.16 (351-525). Temporary Additional Beds; $555,296 | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 9/29/2016 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Yes |
| PINEPLA | PINE PRAIRIE CORRECTIONAL CENTER | 1133 HAMPTON DUPRE ROAD | PINE PRAIRIE | EVANGELINE | LA | 70576 | IGSA | DIGSA | Male | A, B, C, D | 700 | 539 | 717 | 479 | 0 | 0 | 0 | 0 | 0 | 0 | GEO | COUNTY | 1/16/1997 | | $58.02 | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 4/27/2017 | Meets Standard | Special Review - Pre-Occupancy | | Special Review - Pre-Occupancy | | | | Yes |
| FRMVLVA | IMMIGRATION CENTERS OF AMERICA FARMVILLE | 508 WATERWORKS ROAD | FARMVILLE | PRINCE EDWARD | VA | 23901 | IGSA | DIGSA | Male | A, B, C, D | 851 | 663 | 714 | 579 | 549 | 531 | 509 | 390 | 345 | 10 | ICA | COUNTY | 9/15/2008 | 9/15/2018 | 500 (GM); $125.39 (1-500), $43.69 (501-648), $64.74 (649-851) | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 3/16/2017 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Does Not Meet Stand | Meets Standard | Yes |
| YORCOPA | YORK COUNTY PRISON | 3400 CONCORD ROAD | YORK | YORK | PA | 17402 | IGSA | IGSA | Female/Male | A, B, C, D | 800 | 599 | 706 | 671 | 640 | 730 | 761 | 775 | 824 | 757 | COUNTY (SHERIFF) | COUNTY | 4/23/2003 | | $83.00 | DMCP | Over 72 | Regular | PBNDS 2008 | Meets Standard | 10/14/2016 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Acceptable | Superior | Yes |
| IRWINGA | IRWIN COUNTY DETENTION CENTER | 132 COTTON DRIVE | OCILLA | IRWIN | GA | 31772 | USMS IGA | USMS IGA | Female/Male | A, B, C, D | 512 | 804 | 693 | 546 | 345 | 418 | 357 | 337 | 204 | 0 | LASALLE CORRECTIONS | COUNTY | 9/6/2007 | | $60.50 | DMCP | Over 72 | Regular | PBNDS 2008 | Pending | 6/22/2017 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Yes |
| POLKCTX | POLK COUNTY ADULT DETENTION FACILITY | 3400 FM 350 SOUTH | LIVINGSTON | POLK | TX | 77351 | IGSA | IGSA | Male | A, B, C, D | 1,054 | 114 | 685 | 563 | 289 | 594 | 513 | 774 | 734 | 836 | M&TC | COUNTY | 7/25/2007 | | $68.88 | DMCP | Over 72 | Regular | NDS | Acceptable | 1/6/2017 | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Superior | Yes |
| ESSEXNJ | ESSEX COUNTY CORRECTIONAL FACILITY | 354 DOREMUS AVENUE | NEWARK | ESSEX | NJ | 07105 | IGSA | IGSA | Male | A, B, C, D | 800 | 569 | 679 | 539 | 410 | 550 | 548 | 582 | 510 | 395 | COUNTY (CORRECTIONS) | COUNTY | 8/11/2011 | 8/10/2026 | $117.00 | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 9/15/2016 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Acceptable | Superior | Yes |
| IRADFCA | IMPERIAL REGIONAL DETENTION FACILITY | 1572 GATEWAY | CALEXICO | IMPERIAL | CA | 92231 | IGSA | DIGSA | Female/Male | A, B, C, D | 704 | 654 | 663 | 681 | 665 | 4 | 0 | 0 | 0 | 0 | M&TC | CITY | 9/22/2014 | 9/21/2019 | 640 (GM); $142.43 (1-640), $96.43 (641+) | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 1/26/2017 | Meets Standard | Meets Standard | Special Review - Pre-Occupancy | | | | | Yes |
| WCCPBFL | BROWARD TRANSITIONAL CENTER | 3900 NORTH POWERLINE ROAD | POMPANO BEACH | BROWARD | FL | 33073 | CDF | CDF | Female/Male | A, B | 700 | 668 | 653 | 618 | 405 | 598 | 555 | 638 | 629 | 580 | GEO | GEO | 7/1/2015 | 12/31/2021 | $1,918,728.43 (flat fee); + $7.30 per diem | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 10/27/2016 | Meets Standard | Meets Standard | Meets Standard | Pending | Meets Standard | Meets Standard | Meets Standard | Yes |
| HUDSONJ | HUDSON COUNTY CORRECTIONAL CENTER | 30-35 HACKENSACK AVE. | KEARNY | HUDSON | NJ | 07032 | USMS IGA | USMS IGA | Female/Male | A, B, C, D | 476 | 571 | 646 | 491 | 455 | 474 | 430 | 423 | 434 | 362 | COUNTY (CORRECTIONS) | COUNTY | 4/15/1996 | | $110.00 | DMCP | Over 72 | Regular | PBNDS 2008 | Meets Standard | 1/12/2017 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Acceptable | Superior | Yes |
| KRO | KROME NORTH SERVICE PROCESSING CENTER | 18201 SOUTHWEST 12TH STREET | MIAMI | MIAMI-DADE | FL | 33194 | SPC | SPC | Male | A, B, C, D | 611 | 558 | 589 | 558 | 452 | 519 | 568 | 578 | 607 | 531 | AGS | ICE | 5/1/2014 | 4/30/2024 | 450 (GM); $154.60 (1-450), $59.39 (451+) | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 4/6/2017 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Yes |
| BTV | BUFFALO (BATAVIA) SERVICE PROCESSING CENTER | 4250 FEDERAL DRIVE | BATAVIA | GENESEE | NY | 14020 | SPC | SPC | Male | A, B, C, D | 650 | 566 | 569 | 540 | 424 | 493 | 411 | 444 | 529 | 498 | AGS | ICE | 12/1/2014 | 1/31/2025 | 400 (GM); $126.55 (1-400), $17.73 (401-650) | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 3/9/2017 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Yes |
| RGRNDTX | RIO GRANDE DETENTION CENTER | 1001 SAN RIO BOULEVARD | LAREDO | WEBB | TX | 78046 | USMS IGA | USMS IGA | Male | A, B, C, D | 672 | 500 | 511 | 476 | 444 | 386 | 0 | 0 | 0 | 0 | GEO | GEO | 1/1/2014 | 9/30/2028 | 275 (GM); $27.00 (1-275), $27.00 (276-672) | DMCP | Over 72 | Regular | PBNDS 2008 | Pending | 3/16/2017 | Meets Standard | Meets Standard | Meets Standard | Special Review - Pre-Occupancy | | | | No |
| TLACYCA | THEO LACY FACILITY | 501 THE CITY DRIVE SOUTH | ORANGE | ORANGE | CA | 92868 | IGSA | IGSA | Male | A, B, C, D | 472 | 497 | 481 | 448 | 271 | 361 | 398 | 446 | 467 | 0 | COUNTY (SHERIFF) | COUNTY | 7/20/2010 | 7/19/2020 | $118.00 | DMCP | Over 72 | Regular | PBNDS 2008 | Meets Standard | 10/27/2016 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Not Rated | | Yes |
| CACFMES | MESA VERDE DETENTION FACILITY | 425 GOLDEN STATE AVE | BAKERSFIELD | KERN | CA | 93301 | IGSA | DIGSA | Female/Male | A, B, C, D | 400 | 367 | 379 | 368 | 159 | 0 | 0 | 0 | 0 | 0 | GEO | CITY | 3/1/2015 | 2/28/2020 | 320 (GM); $119.95 (1-320), $94.95 (321-400) | DMCP | Over 72 | Regular | PBNDS 2011 | Pending | 6/29/2017 | Meets Standard | Meets Standard | | | | | | Yes |
| FLO | FLORENCE SERVICE PROCESSING CENTER | 3250 NORTH PINAL PARKWAY | FLORENCE | PINAL | AZ | 85132 | SPC | SPC | Male | A, B | 392 | 358 | 374 | 387 | 375 | 375 | 377 | 387 | 348 | 385 | ASSET (GUARD) | ICE | 1/11/2009 | | 374 (GM for FLO and FSF combined); $222.05 (1-374), $0.00 (375-712) | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 4/6/2017 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Yes |
| WTXDFTX | WEST TEXAS DETENTION FACILITY | 401 S. VAQUERO AVE. | SIERRA BLANCA | HUDSPETH | TX | 79851 | USMS IGA | USMS IGA | Female/Male | A, B, C, D | 450 | 77 | 353 | 452 | 202 | 221 | 153 | 4 | 128 | 25 | LASALLE CORRECTIONS | COUNTY | 11/2/1999 | | $77.00 | DMCP | Over 72 | Regular | NDS | Acceptable | 9/1/2016 | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | No |
| LRDICDF | LAREDO PROCESSING CENTER | 4702 EAST SAUNDERS STREET | LAREDO | WEBB | TX | 78041 | USMS IGA | USMS IGA | Female | A, B, C, D | 400 | 300 | 312 | 301 | 279 | 312 | 321 | 326 | 229 | 242 | CCA | COUNTY | 10/30/2002 | | $59.79 | DMCP | Over 72 | Regular | NDS | Pending | 6/8/2017 | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Superior | Yes |
| CIBOCNM | CIBOLA COUNTY CORRECTIONAL CENTER | 2000 CIBOLA LOOP | MILAN | CIBOLA | NM | 87021 | IGSA | DIGSA | Male | A, B, C, D | 1,116 | 301 | 306 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | CCA | COUNTY | 10/27/2016 | | 847 (GM); $2,261,984.08 Flat Monthly Rate (1-847), $44.36 (848-1116) | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 3/30/2017 | Special Review - Pre-Occupancy | | | | | | | No |
| ETOWAAL | ETOWAH COUNTY JAIL (ALABAMA) | 827 FORREST AVENUE | GADSDEN | ETOWAH | AL | 35901 | USMS IGA | USMS IGA | Male | A, B, C, D | 350 | 284 | 300 | 278 | 281 | 302 | 311 | 317 | 341 | 360 | COUNTY (SHERIFF) | COUNTY | 3/9/2010 | | $45.00 | DMCP | Over 72 | Regular | NDS | Acceptable | 7/21/2016 | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Yes |
| MUSIKCA | JAMES A. MUSICK FACILITY | 13502 MUSICK ROAD | IRVINE | ORANGE | CA | 92618 | IGSA | IGSA | Female/Male | A, B, C, D | AS NEEDED | 291 | 297 | 290 | 254 | 288 | 308 | 289 | 280 | 0 | COUNTY (SHERIFF) | COUNTY | 7/20/2010 | 7/19/2020 | $118.00 | DMCP | Over 72 | Regular | PBNDS 2008 | Meets Standard | 10/20/2016 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Yes |
| GLADEFL | GLADES COUNTY DETENTION CENTER | 1297 EAST SR 78 | MOORE HAVEN | GLADES | FL | 33471 | IGSA | IGSA | Female/Male | A, B, C, D | AS NEEDED | 374 | 296 | 130 | 92 | 192 | 332 | 414 | 420 | 418 | COUNTY (SHERIFF) | COUNTY | 5/30/2007 | | $80.64 | DMCP | Over 72 | Regular | NDS | Acceptable | 5/18/2017 | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Superior | Yes |
| ELZICDF | ELIZABETH CONTRACT DETENTION FACILITY | 625 EVANS STREET | ELIZABETH | UNION | NJ | 07201 | CDF | CDF | Female/Male | A, B | 304 | 302 | 292 | 295 | 248 | 273 | 271 | 253 | 277 | 231 | CCA | CCA | 10/1/2011 | 8/31/2021 | 285 (GM); $133.95 (1-285), $131.84 (286-300), $33.72 (301+) | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 10/14/2016 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Yes |
| BAKERFL | BAKER COUNTY SHERIFF'S OFFICE | 1 SHERIFF OFFICE DRIVE | MACCLENNY | BAKER | FL | 32063 | IGSA | IGSA | Female/Male | A, B, C, D | AS NEEDED | 291 | 270 | 188 | 168 | 228 | 210 | 247 | 251 | 167 | COUNTY | COUNTY | 8/17/2009 | | $84.72 | DMCP | Over 72 | Regular | NDS | Acceptable | 4/20/2017 | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Superior | No |
| JOHNSTX | JOHNSON COUNTY LAW ENFORCEMENT CENTER | 1800 RIDGEMAR DRIVE | CLEBURNE | JOHNSON | TX | 76031 | IGSA | IGSA | Male | A, B, C, D | AS NEEDED | 254 | 261 | 216 | 199 | 233 | 223 | 210 | 177 | 128 | CEC | COUNTY | 6/4/2009 | | $59.72 | DMCP | Over 72 | Regular | NDS | Acceptable | 8/18/2016 | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Superior | Yes |
| HENDENV | HENDERSON DETENTION CENTER | 18 E BASIC ROAD | HENDERSON | CLARK | NV | 89015 | USMS IGA | USMS IGA | Female/Male | A, B, C, D | 300 | 259 | 247 | 240 | 223 | 234 | 234 | 254 | 121 | 0 | CITY | CITY | 9/21/2009 | | $106.00 | DMCP | Over 72 | Regular | NDS | Acceptable | 7/14/2016 | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Yes |
| PRLDCTX | PRAIRIELAND DETENTION FACILITY | 1209 SUNFLOWER LN | ALVARADO | JOHNSON | TX | 76009 | IGSA | DIGSA | Female/Male | A, B, C, D | 707 | 547 | 245 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | LASALLE CORRECTIONS | CITY | 2/24/2015 | 2/23/2020 | 525 (GM); $89.25 (1-525), $89.25 (525-707) | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 4/20/2017 | Special Review - Pre-Occupancy | | | | | | | No |
| ATLANGA | ATLANTA CITY DETENTION CENTER | 254 PEACHTREE STREET SOUTHWEST | ATLANTA | FULTON | GA | 30303 | USMS IGA | USMS IGA | Female/Male | A, B, C, D | 200 | 263 | 233 | 139 | 16 | 14 | 17 | 49 | 137 | 179 | CITY | CITY | 4/26/2002 | | $78.00 | DMCP | Over 72 | Regular | NDS | Pending | 6/29/2017 | | Acceptable | | Acceptable | Acceptable | Acceptable | Superior | Yes |
| MCHENIL | MCHENRY COUNTY CORRECTIONAL FACILITY | 2200 NORTH SEMINARY AVENUE | WOODSTOCK | MCHENRY | IL | 60098 | USMS IGA | USMS IGA | Female/Male | A, B, C, D | 250 | 224 | 233 | 207 | 167 | 185 | 188 | 247 | 294 | 226 | COUNTY (SHERIFF) | COUNTY | 11/3/2003 | | $95.00 | DMCP | Over 72 | Regular | NDS | Pending | 6/15/2017 | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Superior | Yes |
| HASKLTX | ROLLING PLAINS DETENTION CENTER | 118 COUNTY ROAD 206 | HASKELL | HASKELL | TX | 79521 | IGSA | IGSA | Female/Male | A, B, C, D | 525 | 0 | 224 | 490 | 440 | 472 | 467 | 504 | 481 | 509 | LASALLE CORRECTIONS | CITY | 7/19/2002 | 2/11/2019 | $69.10 | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 2/9/2017 | Meets Standard | Meets Standard | Acceptable | Acceptable | Acceptable | Acceptable | Superior | Yes |
| TOORANM | TORRANCE COUNTY DETENTION FACILITY | COUNTY ROAD 49 | ESTANCIA | TORRANCE | NM | 87016 | USMS IGA | USMS IGA | Female/Male | A, B, C, D | 300 | 0 | 220 | 45 | 0 | 0 | 0 | 1 | 0 | 1 | CCA | COUNTY | 4/1/2002 | | $62.00 | DMCP | Over 72 | Regular | NDS | Acceptable | 10/20/2016 | Acceptable | | | Acceptable | | Acceptable | Superior | No |
| CBENDTX | COASTAL BEND DETENTION FACILITY | 4909 FM (FARM TO MARKET) 2826 | ROBSTOWN | NUECES | TX | 78380 | USMS IGA | USMS IGA | Male | A | 700 | 0 | 220 | 0 | 41 | 612 | 584 | 214 | 0 | 0 | GEO | GEO | 7/24/2012 | | $66.56 | DMCP | Over 72 | Regular | PBNDS 2008 | Pending | 1/26/2017 | Special Review - Pre-Occupancy | | Meets Standard | Meets Standard | Meets Standard | | | No |
| BERGENJ | BERGEN COUNTY JAIL | 160 SOUTH RIVER STREET | HACKENSACK | BERGEN | NJ | 07601 | USMS IGA | USMS IGA | Male | A, B, C, D | 128 | 225 | 216 | 147 | 106 | 167 | 137 | 109 | 120 | 111 | COUNTY (SHERIFF) | COUNTY | 3/23/2009 | | $110.00 | DMCP | Over 72 | Regular | NDS | Acceptable | 2/9/2017 | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Superior | Yes |
| JAMESGA | FOLKSTON ICE PROCESSING CENTER (D. RAY JAMES) | 3423 HIGHWAY 252 EAST | FOLKSTON | CHARLTON | GA | 31537 | IGSA | DIGSA | Male | A | 780 | 406 | 206 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | GEO | COUNTY | 12/16/2016 | | 780 (GM); $1,750,622 Flat Monthly Rate (1-780) | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 3/23/2017 | Special Review - Pre-Occupancy | | | | | | | No |
| CONWECA | CONTRA COSTA COUNTY JAIL WEST | 5555 GIANT HIGHWAY | RICHMOND | CONTRA COSTA | CA | 94806 | USMS IGA | USMS IGA | Female/Male | A, B, C, D | 318 | 228 | 205 | 196 | 120 | 233 | 160 | 120 | 122 | 53 | COUNTY (SHERIFF) | COUNTY | 9/21/2009 | | $82.00 | DMCP | Over 72 | Regular | NDS | Acceptable | 10/20/2016 | Acceptable | Acceptable | Acceptable | Acceptable | | Acceptable | Acceptable | No |
| DODGEWI | DODGE COUNTY JAIL | 215 WEST CENTRAL STREET | JUNEAU | DODGE | WI | 53039 | USMS IGA | USMS IGA | Female/Male | A, B, C, D | 265 | 180 | 193 | 199 | 160 | 193 | 194 | 235 | 203 | 145 | COUNTY (SHERIFF) | COUNTY | 4/6/2001 | | $75.00 | DMCP | Over 72 | Regular | NDS | Acceptable | 3/30/2017 | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Superior | Yes |
| PULASIL | PULASKI COUNTY JAIL | 1026 SHAWNEE COLLEGE ROAD | ULLIN | PULASKI | IL | 62992 | IGSA | IGSA | Female/Male | A, B, C, D | AS NEEDED | 174 | 193 | 102 | 0 | 0 | 0 | 0 | 0 | 0 | COUNTY | COUNTY | 12/29/2010 | | $92.00 | DMCP | Over 72 | Regular | PBNDS 2011 | Meets Standard | 3/2/2017 | Meets Standard | | | | | | | Yes |
| PIKCOPA | PIKE COUNTY CORRECTIONAL FACILITY | 175 PIKE COUNTY BOULEVARD | LORDS VALLEY | PIKE | PA | 18428 | IGSA | IGSA | Male | A, B, C, D | AS NEEDED | 151 | 186 | 169 | 114 | 160 | 173 | 174 | 176 | 172 | COUNTY (SHERIFF) | COUNTY | 12/31/2008 | | $83.41 | DMCP | Over 72 | Regular | PBNDS 2008 | Meets Standard | 1/6/2017 | Meets Standard | Meets Standard | Meets Standard | Meets Standard | Acceptable | Acceptable | Superior | Yes |
| SUFFOMA | SUFFOLK COUNTY HOUSE OF CORRECTIONS | 20 BRADSTON STREET | BOSTON | SUFFOLK | MA | 02118 | IGSA | IGSA | Female/Male | A, B, C, D | AS NEEDED | 191 | 185 | 192 | 153 | 189 | 227 | 236 | 247 | 261 | COUNTY (SHERIFF) | COUNTY | 7/16/2003 | | $90.00 | DMCP | Over 72 | Regular | NDS | Pending | 5/11/2017 | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Superior | Yes |
| SHERBMN | SHERBURNE COUNTY JAIL | 13880 UNITED STATES HIGHWAY 10 | ELK RIVER | SHERBURNE | MN | 55330 | USMS IGA | USMS IGA | Female/Male | A, B, C, D | 120 | 245 | 183 | 127 | 97 | 110 | 118 | 129 | 116 | 127 | COUNTY (SHERIFF) | COUNTY | 6/5/1997 | | $80.00 | DMCP | Over 72 | Regular | NDS | Pending | 12/8/2016 | Pending | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Acceptable | Yes |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Whitehead Decl., Ex. 2 - 3

This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 522)

| Code | Facility Name | Address | City | County | State | ZIP | Type1 | Type2 | Gender | Cols | Notes | | | | | | | | | | Agency | Level | Date1 | Rate | Date2 | Amount | | Prog | Hours | Class | Sub | Status | Date3 | Status2 | | Status3 | Status4 | Status5 | | Status6 | Status7 | Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YAVCVAZ | YAVAPAI COUNTY DETENTION CENTER | 2830 COMMONWEALTH DR #105 | CAMP VERDE | YAVAPAI | AZ | 86322 | IGSA | IGSA | Female/Male | A, B, C, D | AS NEEDED | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 5 | 8 | COUNTY (SHERIFF) | COUNTY | 5/21/2001 | $59.50 | | | DMCP | Under 72 | ORSA | NDS | Acceptable | 7/7/2016 | Acceptable | | Acceptable | Acceptable | Acceptable | | Acceptable | Acceptable | No |
| HAILEID | DALE G. HAILE DETENTION CENTER | 1115 ALBANY | CALDWELL | CANYON | ID | 83605 | IGSA | IGSA | Male | A, B, C, D | AS NEEDED | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 3 | COUNTY (SHERIFF) | COUNTY | 2/25/1992 | $54.00 | | | DMCP | Over 72 | ORSA | NDS | Acceptable | 6/4/2016 | Acceptable | | Acceptable | Acceptable | Acceptable | | Acceptable | Superior | No |
| SANJAIL | SANGAMON COUNTY JAIL | 1 SHERIFFS PLAZA | SPRINGFIELD | SANGAMON | IL | 62701 | USMS IGA | USMS IGA | Male | A, B, C, D | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | COUNTY (SHERIFF) | COUNTY | 8/11/1986 | $53.50 | | | DMCP | Under 72 | ORSA | NDS | Acceptable | 6/21/2016 | Acceptable | | Acceptable | | | | Acceptable | Superior | No |
| PWILLVA | PRINCE WILLIAM COUNTY CORRECTIONAL FACILITY | 9320 LEE AVENUE | MANASSAS | MANASSAS CITY | VA | 20110 | USMS IGA | USMS IGA | Female/Male | A, B, C, D | AS NEEDED | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 4 | 5 | 7 | COUNTY (CORRECTIONS) | COUNTY | 7/27/1983 | $84.63 | | DMCP | Under 72 | ORSA | NDS | Acceptable | 9/22/2016 | Acceptable | | Acceptable | Acceptable | Acceptable | | Acceptable | Acceptable | No |
| GARVIOK | GARVIN COUNTY DETENTION CENTER | 201 WEST GRANT AVENUE | PAULS VALLEY | GARVIN | OK | 73075 | IGSA | IGSA | Male | A, B, C, D | AS NEEDED | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 6 | 7 | 8 | COUNTY (SHERIFF) | COUNTY | 1/1/2005 | $43.50 | | DMCP | Under 72 | ORSA | NDS | Acceptable | 7/15/2016 | Acceptable | | Acceptable | | | | Acceptable | Superior | No |
| WVNORTH | NORTHERN REGIONAL JAIL | RD #2 | MOUNDSVILLE | MARSHALL | WV | 26041 | USMS IGA | USMS IGA | Male | A, B, C, D | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | COUNTY (CORRECTIONS) | RJA | 9/14/1990 | 6/30/2018 | $65.00 | | DMCP | Under 72 | ORSA | NDS | Acceptable | 7/19/2016 | Acceptable | | Acceptable | | | | Acceptable | Acceptable | No |
| CCADCAZ | CCA CENTRAL ARIZONA DETENTION CENTER | 1155 NORTH PINAL PARKWAY | FLORENCE | PINAL | AZ | 85132 | USMS IGA | USMS IGA | Male | A, B, C, D | 230 | 0 | 0 | 0 | 32 | 112 | 178 | 72 | 71 | 74 | CCA | CCA | 10/1/2008 | 9/30/2025 | $105.17 | | DMCP | Over 72 | Regular | PBNDS 2008 | Meets Standard | 10/1/2015 | Meets Standard | | Meets Standard | Meets Standard | Meets Standard | | Meets Standard | Meets Standard | No |
| FACCVA | FAIRFAX COUNTY ADULT DETENTION CENTER | 10520 JUDICIAL DRIVE | FAIRFAX | FAIRFAX CITY | VA | 22030 | USMS IGA | USMS IGA | Female/Male | A, B, C, D | AS NEEDED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | COUNTY (SHERIFF) | COUNTY | 7/17/1983 | $109.58 | | DMCP | Over 72 | ORSA | NDS | Acceptable | 9/22/2016 | Acceptable | | Acceptable | Acceptable | | | Acceptable | Acceptable | No |
| NORFCMA | NORFOLK COUNTY JAIL | 200 WEST STREET | DEDHAM | NORFOLK | MA | 02026 | USMS IGA | USMS IGA | Male | A, B, C, D | 50 | 0 | 0 | 0 | 0 | 1 | 6 | 18 | 25 | 41 | COUNTY (SHERIFF) | COUNTY | 3/1/2001 | $95.00 | | DMCP | Over 72 | ORSA | NDS | Acceptable | 9/23/2016 | Acceptable | | Acceptable | | | | Acceptable | Superior | No |
| SCRUZAZ | SANTA CRUZ COUNTY JAIL | 1250 NORTH HOHOKAM DRIVE | NOGALES | SANTA CRUZ | AZ | 85621 | USMS IGA | USMS IGA | Female/Male | A, B, C, D | AS NEEDED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | COUNTY (SHERIFF) | COUNTY | 9/1/1990 | $65.00 | | DMCP | Under 72 | ORSA | NDS | Acceptable | 8/5/2016 | Acceptable | | Acceptable | Acceptable | Acceptable | | | | No |
| TAYLOTX | TAYLOR COUNTY ADULT DETENTION FACILITY | 910 SOUTH 27TH STREET | ABILENE | TAYLOR | TX | 79602 | IGSA | IGSA | Female/Male | A, B, C, D | AS NEEDED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | COUNTY | COUNTY | | $32.50 | | | DMCP | Under 72 | Regular | NDS | Good | 9/14/2006 | | | | | | | | | No |
| TITUSTX | TITUS COUNTY JAIL | 304 SOUTH VAN BUREN AVENUE | MT. PLEASANT | TITUS | TX | 75455 | USMS IGA | USMS IGA | Female/Male | A, B, C, D | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | COUNTY (SHERIFF) | COUNTY | | $45.00 | | | DMCP | Under 72 | ORSA | NDS | Acceptable | 8/8/2016 | Acceptable | | Acceptable | | | | | | No |
| BEAVRPA | BEAVER COUNTY JAIL | 6000 WOODLAWN BOULEVARD | ALIQUIPPA | BEAVER | PA | 15001 | USMS IGA | USMS IGA | Female/Male | A, B, C, D | AS NEEDED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | COUNTY (SHERIFF) | COUNTY | 7/25/2002 | $48.00 | | | DMCP | Over 72 | N/A | | Acceptable | | | | | | | | | | No |

This document is UNCLASSIFIED/FOR OFFICIAL USE ONLY (U/FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 522)

Whitehead Decl., Ex. 2 - 4