# EXHIBIT 5

| ICE SPC/CDF Volunteer Detainee Wage Payments for Contract Years (CYs) 2009 - 2014 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Facility | Type Payment | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
| Batavia SPC | Contractor | $0.00 | $0.00 | $41,287.00 | $43,041.00 | $45,499.00 | $39,113.00 | $168,940.00 |
| Broward CDF | Contractor | $6,472.00 | $14,491.00 | $28,309.00 | $57,422.00 | $42,762.00 | $32,563.00 | $182,019.00 |
| Denver CDF | Contractor | $0.00 | $0.00 | $22,581.00 | $23,379.00 | $24,728.00 | $1,059.00 | $71,747.00 |
| El Centro SPC | Contractor | $66,552.00 | $68,009.00 | $65,085.00 | $66,736.00 | $74,997.00 | $13,253.00 | $354,632.00 |
| El Paso SPC | Government | $47,031.00 | $40,592.00 | $44,781.00 | $46,261.00 | $48,978.00 | $38,811.00 | $266,454.00 |
| Elizabeth CDF | Contractor | $14,781.00 | $10,974.00 | $10,707.00 | $12,167.00 | $12,745.00 | $13,036.00 | $74,410.00 |
| Florence SPC | Contractor | $0.00 | $48,110.00 | $45,461.00 | $52,058.00 | $51,967.00 | $44,484.00 | $242,080.00 |
| Houston CDF | Contractor | $64,700.00 | $69,113.00 | $77,360.00 | $81,716.00 | $71,926.00 | $35,528.00 | $400,343.00 |
| Krome SPC | Contractor | $0.00 | $57,700.00 | $65,919.00 | $59,966.00 | $41,809.00 | $28,563.00 | $253,957.00 |
| Northwest Detention Center CDF | Contractor | $0.00 | $90,074.00 | $99,129.00 | $120,073.00 | $127,924.00 | $127,196.00 | $564,396.00 |
| Port Isabel SPC | Government | $61,164.00 | $80,141.00 | $83,865.00 | $93,644.00 | $97,300.00 | $75,337.00 | $491,451.00 |
| San Diego CDF | Contractor | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| South TX Detention Center CDF | Contractor | $66,389.00 | $64,824.00 | $73,097.00 | $68,682.00 | $68,200.00 | $55,800.00 | $396,992.00 |
| Total | Contractor | $327,089.00 | $544,028.00 | $657,581.00 | $725,145.00 | $708,835.00 | $504,743.00 | $3,467,421.00 |

Note 1: Payment amounts are for Contract Years.  Facility contract start and end dates in each year are not the same for each facility.