**EXHIBIT 6**

THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CHAO CHEN, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | Case No.: 3:17-cv-05769-RJB<br><br>GEO'S Fed. R. Civ. P. 26(a)(1) INITIAL DISCLOSURES |

The GEO Group, Inc. makes the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i):

<u>INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION</u>
(Fed.R.Civ.P. 26(a)(1)(A)(i))

1. Chao Chen and any other class member named in this lawsuit.
   Contact Information: Plaintiffs Counsel
   This is the named plaintiff who may have information relevant to his claims.

2. Representatives of DHS/ICE

   Point of Contact:

GEO'S Fed. R. Civ. P. 26(a)(1) INITIAL DISCLOSURES
3:17-cv-05769-RJB                    1 of 4

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

Whitehead Decl., Ex. 6 - 1

James Yi
Deputy Chief Counsel
Seattle Office of the Chief Counsel / OPLA
Tacoma sub-office
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
Tel: (253) 779-6016 / Fax: (253) 779-6006

Mr. Yi or other DHS/ICE/ERO/OPR representatives may have information about the voluntary work program, the detainees, the ICE GEO contract, policies, procedures, protocols, and operations at the NWDC.

3. GEO Representatives
   Amber Martin - contract compliance
   David Venturella - operations
   Ryan Kimble - expenses

These individuals may be contacted through counsel for GEO.

## DOCUMENTS AND TANGIBLE THINGS
(Fed.R.Civ.P. 26(a)(1)(A)(ii))

1. The ICE GEO contract filed with the court; Dkt. Nos. 19 & 24

2. 2011 PBNDS; Bates Nos: GEO-CHEN000001 - GEO-CHEN000455.

3. National Detainee Handbook, Bates Nos: GEO-CHEN000462 - GEO-CHEN000489.

4. Northwest Detention Center Detainee Handbook, Bates Nos: GEO-CHEN000511 - GEO-CHEN000548.

5. Chao Xing Chen - Detainee File; Bates Nos: GEO-CHEN000782 - GEO-CHEN000850 (Withheld subject to ICE clearance and entry of a protective order).

6. ICE's Enforcement & Removal Operations Report (2016); Bates Nos: GEO-CHEN000490- GEO-CHEN000510

7. Chao Xing Chen - Pardon File; Bates Nos: GEO-CHEN000549 - GEO-CHEN000768

8. Chao Xing Chen - ICE File; not yet available.

9. Chao Xing Chen - Payment Records; Bates Nos: GEO-CHEN000769 -

GEO'S Fed. R. Civ. P. 26(a)(1) INITIAL DISCLOSURES
3:17-cv-05769-RJB                    2 of 4

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

Whitehead Decl., Ex. 6 - 2

GEO-CHEN000781.

10. L&I ES.A.1 Minimum Wage Act Applicability; Bates Nos: GEO-CHEN000456 - GEO-CHEN000461.

11. Chao Xing Chen - Tax Returns, not yet available.

12. Chao Xing Chen - DOC file, not yet available.

## COMPUTATION OF DAMAGES
(Fed.R.Civ.P. 26(a)(1(A)(iii))

1. Offset: $17.12 per hour of participation in the Voluntary Work Program

Each detainee who elects to participate in the voluntary work program receives at least $27.12 per hour in compensation (room, clothing, food, laundry, utilities, etc.) in addition to the $1.00 per day allowance. This additional compensation of $27.12 per hour is calculated by taking FY 2016 expenditures of $7,636,984.00 divided by the average hours (1.72) multiplied by the total allowance paid ($157,913.00).

## INSURANCE AGREEMENT
(Fed.R.Civ.P. 26(a)(1(A)(iv))

GEO has not identified any applicable insurance coverage because the fulfillment of a federal contract is not a risk insurance companies underwrite.

Dated this 20th day of December, 2017 at Fircrest, WA.

III Branches Law, PLLC

_____
Joan K. Mell, WSBA #21319
Attorney for The Geo Group, Inc.

GEO'S Fed. R. Civ. P. 26(a)(1) INITIAL DISCLOSURES
3:17-cv-05769-RJB    3 of 4

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

Whitehead Decl., Ex. 6 - 3

**CERTIFICATE OF SERVICE**

I, Joseph Fonseca, hereby certify as follows:

I am over the age of 18, a resident of Pierce County, and not a party to the above action. On December 20, 2017, I electronically served the above GEO's Initial Disclosures, via Email to the following:

| | |
|---|---|
| Schroeter, Goldmark & Bender<br>Adam J. Berger, WSBA No. 20714<br>Lindsay L. Halm, wSBA No. 37141<br>Jamal N. Whitehead, WSBA No. 39818<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>berger@sgb-law.com<br>halm@sgb-law.com<br>whitehead@sgb-law.com | The Law Office of R. Andrew Free<br>Andrew Free<br>P.O. Box 90568<br>Nashville, TN 37209<br>andrew@immigrationcivilrights.com |
| Sunbird Law, PLLC<br>Devin Theriot-Orr<br>1001 Fourth Avenue, Suite 3200<br>Seattle, WA 98154<br>devin@sunbird.law | Norton Rose Fulbright US LLP<br>Charles A. Deacon (Pro Hac Vice)<br>300 Convent St.<br>San Antonio, TX 78205<br>charlie.deacon@nortonrosefulbright.com |

Norton Rose Fulbright US LLP
Mark Emery (Pro Hac Vice)
799 9th St. NW, Suite 1000
Washington, DC 20001-4501
(202)-662-0210
mark.emery@nortonrosefulbright.com

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 20th day of December, 2017 at Fircrest, Washington.

_____
Joseph Fonseca, Paralegal

GEO'S Fed. R. Civ. P. 26(a)(1) INITIAL DISCLOSURES
3:17-cv-05769-RJB                                   4 of 4

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

Whitehead Decl., Ex. 6 - 4