UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHAO CHEN, individually and on behalf of all those similarly situated,

Plaintiff,

v.

THE GEO GROUP, INC., a Florida corporation,

Defendant.

No. 3:17-cv-05769-RJB

**DECLARATION OF CHAO CHEN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, CHAO CHEN, declare as follows:

1. I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2. I am a citizen of the People's Republic of China, but have been a lawful permanent resident of the United States since the 1980s.

3. I entered the Northwest Detention Center ("NWDC") as a civil immigration detainee on or about October 21, 2014. U.S. Immigration and Custom Enforcement ("ICE") released me from NWDC on or about March 1, 2016.

DECLARATION OF CHAO CHEN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (17-CV-05769-RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

4. Upon my entry to the NWDC, Defendant The GEO Group, Inc. ("GEO") issued me a "Detainee Handbook." The Handbook is substantially the same as the one attached to my declaration as **Exhibit 1**.

5. Also upon my arrival, I underwent an "NWDC Orientation" conducted by GEO, during which I learned about the Voluntary Work Program, among other things. Attached to my declaration as **Exhibit 2** is a true and correct copy of the "Northwest Detention Center Orientation Checklist" that I received from GEO dated October 22, 2014.

6. After learning about the VWP, I submitted a "Detainee Request Form" or "kite" requesting work through the VWP. Attached to my declaration as **Exhibit 3** is a true and correct copy of the Detainee Request Form I submitted requesting work, dated October 25, 2014.

7. About two months later, I received a work assignment and schedule. I continued working in the VWP until my release. I worked virtually every day of my detention, usually about an hour each shift. While at the NWDC, I typically worked the swing and graveyard shifts as a Dayroom porter cleaning the common area, replenishing supplies, and empting trash canisters. I also worked the graveyard shift as a bathroom porter where I was responsible for cleaning toilets, sinks, sweeping and mopping floors, replenishing supplies, and emptying waste bins. Attached as **Exhibit 4** is a true and correct *redacted* copy of an undated work assignment and schedule I receive from GEO during my detention.

8. GEO supervised and controlled all aspects of my work, providing me with training and the equipment I needed to perform my jobs at NWDC. Because of my detainee status, GEO did not permit me to seek employment from another employer outside the walls

DECLARATION OF CHAO CHEN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (17-CV-05769-RJB) – 2

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

of the NWDC. Regardless of how many hours I worked in a day or week, I was never compensated more than $1 per day for my labor.

9. To the best of my knowledge, hundreds of detainees, if not more, took part in the VWP while I was at NWDC. I believe that other detainees performed similar work assignments, as well as jobs in food service, laundry, the library, the barbershop, and other cleaning and maintenance type jobs. I am not aware of any other detainee receiving more than $1 per day for participating in the VWP.

10. I received a full and unconditional pardon for my 2002 criminal convictions from Washington Governor Jay Inslee on December 20, 2016.

11. I understand that I am bringing this case on behalf of all current and former detainees at NWDC who participated in the VWP at any time since September 26, 2014, and that I will be representing their interests in this case. I understand that my role in this case is to help the lawyers get proper payment for wages for all the other detainees participating in the VWP at NWDC since September 26, 2014, not just myself.

12. I understand the responsibilities involved in being both a plaintiff and a class representative in this lawsuit. I am prepared to cooperate with my counsel and meet all of my duties and obligations to make sure this lawsuit is pursued in the best interest of me and all other current and former participants in the VWP at NWDC. I understand that this means that I may be required to have my deposition taken by GEO's lawyers and to respond to other discovery.

13. I am prepared to help prepare for and attend trial, to testify, and assist my attorneys as needed and to continue to participate actively in the direction of this case.

DECLARATION OF CHAO CHEN IN SUPPORT
OF PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION (17-CV-05769-RJB) – 3

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States that the |
| 2 | foregoing is true and correct and based on my personal knowledge. |
| 3 | |
| 4 | Executed in  Seattle , Washington, on 3/23 , 2018. |

*Chao Chen*
Chao Chen

DECLARATION OF CHAO CHEN IN SUPPORT
OF PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION (17-CV-05769-RJB) – 4

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Devin T. Theriot-Orr, WSBA # 33995
SUNBIRD LAW, PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154-1003
Tel: (206) 962-5052
devin@sunbird.law

*Counsel for Plaintiff*

Joan K. Mell
III BRANCHES LAW, PLLC
1019 Regents Boulevard, Suite 204
Fircrest, WA 98466
Tel: (253) 566-2510
joan@3ebrancheslaw.com

*Attorney for Defendant*

Andrea D'Ambra
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
andrea.dambra@nortonrosefulbright.com

*Attorney for Defendant*

R. Andrew Free
THE LAW OFFICE OF R. ANDREW FREE
Admitted *Pro Hac Vice*
PO Box 90568
Nashville, TN 37209
Tel: (844) 321-3221
andrew@immigrantcivilrights.com

*Counsel for Plaintiff*

Mark Emery
NORTON ROSE FULBRIGHT US LLP
799 9th Street, Suite 1000
Washington, D.C. 20001
Mark.emery@nortonrosefulbright.com

*Attorney for Defendant*

Charles A. Deacon
NORTON ROSE FULBRIGHT US LLP
300 Covent St.
San Antonio, TX 78205
Charles.deacon@nortonrosefulbright.com

*Attorney for Defendant*

DATED at Seattle, Washington this 23rd day of March, 2018.

s/ Sheila Cronan
———————————————
Sheila Cronan
Legal Assistant
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
Fax: (206) 682-2305
cronan@sgb-law.com

DECLARATION OF CHAO CHEN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (17-CV-05769-RJB) – 5

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305