The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHAO CHEN, individually and on behalf of all those similarly situated,<br><br>         Plaintiff,<br><br> v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>         Defendant. | No. 3:17-cv-05769-RJB<br><br>DECLARATION OF JAMAL WHITEHEAD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RELIEF FROM DEADLINE |

I, JAMAL N. WHITEHEAD, declare as follows:

1. I am one of the attorneys of record for Plaintiff Chao Chen in the above-captioned matter. I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2. On January 29, 2018, Mr. Chen responded to Defendant The GEO Group, Inc.'s First Interrogatories and Requests for Production, which included over 20 interrogatories and 40 requests for production. In the course of Mr. Chen's responses, he produced over 250 pages of documents.

WHITEHEAD DECL. – 1
(17-CV-05769-RJB)

3. Mr. Chen served GEO with discovery requests on January 31, 2018, seeking information about the putative class and GEO's policies and practices in administering the Voluntary Work Program ("VWP"). GEO answered these requests on March 2, 2018, but provided little information and zero documents in return. The parties held a telephone conference on March 13, 2018, to discuss GEO's failure to respond to Mr. Chen's class-focused discovery and the looming deadline for seeking class certification among other things.

4. On March 13, 2018, I received a letter via email from Charles Deacon, counsel for GEO, stating as follows:

> Please provide us with dates where Chao Chen, Kitlee Chen, Amy Chen and Mary Ann Chen are available for their depositions. We will need a full day for the deposition of Chao Chen and we request his deposition be completed first. Depending on how much information the three identified family members have, we may be able to complete those depositions in one day. However, the witnesses will not be allowed to sit in on the depositions of the other witnesses or that of Chao Chen.

5. On April 4, 2018, Joan Mell called me to propose a stipulation between the parties in which GEO was permitted additional time to file its opposition to Mr. Chen's motion for class certification. I declined her offer during our call, and again in a follow-up letter the next day.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and based on my personal knowledge.

Executed in Seattle, Washington, this 11th day of April, 2018.

*s/ Jamal N. Whitehead*
Jamal N. Whitehead, WSBA #39818

WHITEHEAD DECL. – 2
(17-CV-05769-RJB)

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Devin T. Theriot-Orr, WSBA # 33995<br>SUNBIRD LAW, PLLC<br>1001 Fourth Avenue, Suite 3200<br>Seattle, WA 98154-1003<br>Tel: (206) 962-5052<br>devin@sunbird.law<br><br>*Counsel for Plaintiff* | R. Andrew Free<br>THE LAW OFFICE OF R. ANDREW FREE<br>Admitted *Pro Hac Vice*<br>PO Box 90568<br>Nashville, TN 37209<br>Tel: (844) 321-3221<br>andrew@immigrantcivilrights.com<br><br>*Counsel for Plaintiff* |
| Joan K. Mell<br>III BRANCHES LAW, PLLC<br>1019 Regents Boulevard, Suite 204<br>Fircrest, WA 98466<br>Tel: (253) 566-2510<br>joan@3ebrancheslaw.com<br><br>*Attorney for Defendant* | Mark Emery<br>NORTON ROSE FULBRIGHT US LLP<br>799 9th Street, Suite 1000<br>Washington, D.C. 20001<br>Mark.emery@nortonrosefulbright.com<br><br>*Attorney for Defendant* |
| Andrea D'Ambra<br>NORTON ROSE FULBRIGHT US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>andrea.dambra@nortonrosefulbright.com<br><br>*Attorney for Defendant* | Charles A. Deacon<br>NORTON ROSE FULBRIGHT US LLP<br>300 Covent St.<br>San Antonio, TX 78205<br>Charles.deacon@nortonrosefulbright.com<br><br>*Attorney for Defendant* |

DATED at Seattle, Washington this 11th day of April, 2018.

*s/ Sheila Cronan*
Sheila Cronan
Paralegal
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
Fax: (206) 682-2305
cronan@sgb-law.com

WHITEHEAD DECL. – 3
(17-CV-05769-RJB)

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305