The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHAO CHEN, individually and on behalf of all those similarly situated,

Plaintiff,

v.

THE GEO GROUP, INC., a Florida corporation,

Defendant.

No.  3:17-cv-05769-RJB

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND CLASS ACTION COMPLAINT

THIS MATTER came before the Court on Plaintiff Chao Chen's motion for leave to amend his class action complaint. The Court has reviewed the motion and all evidence submitted in support of, and in opposition, if any, to the motion, as well as the pleadings on file, and is otherwise fully informed.

IT IS HEREBY ORDERED AS FOLLOWS:

1.  Plaintiff's Motion is GRANTED.

SO ORDERED, this _____ day of _____, 2018.

_____
Hon. Robert J. Bryan
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLTF.'S MOT. TO AM. CLASS ACTION COMPL. (17-CV-05769-RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

PRESENTED BY:

SCHROETER GOLDMARK & BENDER

s/ *Jamal Whitehead*
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
Fax: (206) 682-2305
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF R. ANDREW FREE
R. Andrew Free (Admitted *Pro Hac Vice*)
PO Box 90568
Nashville, TN 37209
Tel: (844) 321-3221x1
Fax: (615) 829-8959
andrew@immigrantcivilrights.com

SUNBIRD LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
1001 Fourth Avenue, Suite 3200
Seattle, WA  98154-1003
Tel: (206) 962-5052
Fax: (206) 681-9663
devin@sunbird.law

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING
PLTF.'S MOT. TO AM. CLASS ACTION
COMPL. (17-CV-05769-RJB) – 2