The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,

Plaintiffs,

v.

THE GEO GROUP, INC., a Florida corporation,

Defendant.

No. 17-cv-05769-RJB

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

The Court, having considered Plaintiffs' Motion for Class Certification, all papers submitted by the parties in support of and in opposition to that motion, the existing record in the case, and the arguments of counsel at hearing, and otherwise being fully informed, now FINDS and CONCLUDES as follows:

1.    The proposed class meets the criteria of Fed. R. Civ. P. 23(a):

A.    Evidence presented by Plaintiffs indicates that the proposed class comprises at least several hundred individuals, satisfying Fed. R. Civ. P. 23(a).

[PROPOSED] ORDER GRANTING
PLTF.'S MOT. FOR CLASS CERT. – 1
(17-CV-05769-RJB)

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

B.      Plaintiffs' claims and Defendant's defenses present common issues of law and fact satisfying Fed. R. Civ. P. 23(a)(2), including whether civil detainees in a facility operated by a private corporation may be deemed employees of the corporation under the Washington Minimum Wage Act ("MWA," Ch. 49.46 RCW, and whether Plaintiff's claims are preempted by federal law.

C.      Plaintiffs' claims are typical of the claims of the class satisfying Fed. R. Civ. P. 23(a)(3), as the claims of both Plaintiff and the class arise out of a common course of conduct—their participation in the Voluntary Work Program ("VWP") at the Northwest Detention Center  ("NWDC")—and state the same injury and legal claim for relief—back pay under the MWA.

D.      Plaintiffs are adequate class representatives pursuant to Fed. R. Civ. P. 23(b)(3) as there are no conflicts with the other members of the proposed class and they appear willing and able to prosecute this case vigorously on behalf of the class.

2.      The proposed class satisfies the criteria of Fed. R. Civ. P. 23(b)(3):

A.      Common questions predominate with respect to Plaintiffs' claims and Defendant's defenses, including: whether participants in the VWP at the NWDC can be deemed employees of Defendant under the MWA; whether VWP participants were Defendant's employees under the economic dependence test for employee status under the MWA; whether Plaintiffs' MWA claim is preempted by federal law; and whether Defendant is entitled to any offset for damages awarded to the class under the MWA.

B.      A class action is the superior method of adjudicating these claims and defenses in order to promote the consistent and efficient adjudication of the issues

[PROPOSED] ORDER GRANTING
PLTF.'S MOT. FOR CLASS CERT. – 2
(17-CV-05769-RJB)

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

and ensure that class members who lack the resources and sophistication to bring individual claims are not excluded from potential relief.

3.    Plaintiffs' counsel are competent to represent the class and have shown the ability and willingness to prosecute this case vigorously on behalf of the class, satisfying Fed. R. Civ. P. 23(g).

WHEREFORE, the Court hereby ORDERS:

1.    Plaintiffs' Motion for Class Certification is GRANTED pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3).

2.    The class is defined as:

All civil immigration detainees who participated in the Voluntary Work Program at the Northwest Detention Center at any time between September 26, 2014, and the date of final judgment in this matter.

3.    Plaintiffs Ugochuk Goodluck Nwauzor and Fernando Aguirre-Urbina are appointed as representative of the class pursuant to Fed. R. Civ. P. 23.

4.    Adam J. Berger, Jamal N. Whitehead, and Lindsay L. Halm of Schroeter Goldmark & Bender, R. Andrew Free of the Law Office of R. Andrew Free, Devin T. Theriot-Orr of Sunbird Law, PLLC, and Meena Menter of Menter Immigration Law PLLC are appointed as Class Counsel pursuant to Fed. R. Civ. P. 23(g).

5.    The parties are directed to confer regarding the form of Class Notice and preparation of a class list and notice plan. The parties shall present a proposed Class Notice and notice plan to the Court within 30 days of the date of this Order. If the parties cannot agree on a form of Class Notice and notice plan within that time, each party shall submit its proposed Class Notice and notice plan along with an explanatory statement not to exceed six (6) pages within 30 days of the date of this Order.

[PROPOSED] ORDER GRANTING
PLTF.'S MOT. FOR CLASS CERT. – 3
(17-CV-05769-RJB)

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

SO ORDERED, this _____ day of _____, 2018.

_____
Honorable Robert J. Bryan
U.S. District Court Judge

PRESENTED BY:

SCHROETER GOLDMARK & BENDER

s/ *Jamal N. Whitehead*
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
Fax: (206) 682-2305
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF R. ANDREW FREE
Andrew Free (Admitted *Pro Hac Vice*)
PO Box 90568
Nashville, TN 37209
Tel: (844) 321-3221
Fax: (615) 829-8959
andrew@immigrantcivilrights.com

SUNBIRD LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
1001 Fourth Avenue, Suite 3200
Seattle, WA  98154-1003
Tel: (206) 962-5052
Fax: (206) 681-9663
devin@sunbird.law

[PROPOSED] ORDER GRANTING
PLTF.'S MOT. FOR CLASS CERT. – 4
(17-CV-05769-RJB)

MEENTER IMMIGRATION LAW PLLC
Meena Pallipamu Menter, WSBA #31870
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
Tel: (206) 419-7332
Fax: (206) 407-2594
meena@meenamenter.com

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING
PLTF.'S MOT. FOR CLASS CERT. – 5
(17-CV-05769-RJB)