The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>                              Defendant. | No. 17-cv-05769-RJB<br><br>DECLARATION OF UGOCHUKWU GOODLUCK NWAUZOR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

I, UGOCHUKWU GOODLUCK NWAUZOR, declare as follows:

1. I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2. I am a citizen of Nigeria, but was granted asylum by the United States on January 24, 2017.

3. I was detained at the Northwest Detention Center ("NWDC") as a civil immigration detainee from approximately June 2016 until January 2017 while my asylum application was pending. I am currently authorized to work in the United States, and my

NWAUZOR DECL. (17-CV-05769-RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

application for a Green Card is pending. I am currently employed as a housekeeper for a large hotel chain.

4. After arriving at the NWDC, I learned about the dollar-a-day work program. After learning about the program, I signed up requesting work through the program.

5. I had to wait to receive a work assignment until there was an opening. I received my work assignment and schedule after the detainee who had been doing the job left. My assignment was to clean the common showers in my pod in the afternoon after "count time." It usually took me about an hour to perform my job each day. I continued working in the dollar-a-day program until my release. I worked virtually every day of my detention after receiving my assignment.

6. GEO supervised and controlled all aspects of my work, providing me with training and the equipment I needed to perform my job at NWDC. Because of my detainee status, GEO did not permit me to seek employment from another employer outside the walls of the NWDC. Regardless of how many hours I worked in a day or week, I was never compensated more than $1 per day for my labor.

7. I used the money I earned in the VWP to make phone calls to my family back in Nigeria and to purchase more and better food and personal hygiene items. The phone calls were especially important, because I had to ask my brother to send me documents to help with my asylum application.

8. To the best of my knowledge, many detainees took part in the work program while I was at NWDC. Some detainees performed similar work assignments to mine, while others worked in the kitchen, the laundry, the barbershop, and other cleaning and

NWAUZOR DECL. (17-CV-05769-RJB) – 2

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

maintenance type jobs. I am not aware of any other detainee receiving more than $1 per day for participating in the work program.

9. I understand that I am bringing this case on behalf of all current and former detainees at NWDC who participated in the work program at any time since September 26, 2014, and that I will be representing their interests in this case. When I heard a news story about the lawsuit on the radio, I wanted to get involved. I understand that my role in this case is to help the lawyers get proper payment for wages for all the other detainees participating in the work program at NWDC since September 26, 2014, not just myself.

10. I understand the responsibilities involved in being both a plaintiff and a class representative in this lawsuit. I am prepared to cooperate with my lawyers and meet all of my duties and obligations to make sure this lawsuit is pursued in the best interest of me and all other current and former participants in the work program at NWDC. For example, I have been deposed by GEO's lawyers, and I understand that I may be required to respond to other discovery.

11. I am willing to help prepare for and attend trial, to testify, and assist my attorneys as needed and to continue to participate actively in the direction of this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and based on my personal knowledge.

Executed in Seattle, Washington, on June 21, 2018.

_____
Ugochuk Goodluck Nwauzor

NWAUZOR DECL. (17-CV-05769-RJB) – 3

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305