The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | No. 17-cv-05769-RJB<br><br>DECLARATION OF FERNANDO AGUIRRE-URBINA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

I, FERNANDO AGUIRRE-URBINA, declare as follows:

1. I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2. I was born in Mexico, but I came to the United States when I was about three years-old and have lived in the United States ever since. I have been detained at the Northwest Detention Center ("NWDC") as a civil immigration detainee since approximately September 2012.

3. Upon my entry to the NWDC, Defendant The GEO Group, Inc. ("GEO") issued me a "Detainee Handbook," and I underwent an "NWDC Orientation" conducted by

AGUIRRE-URBINA DECL.
(17-CV-05769-RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  GEO. I learned about the Voluntary Work Program, among other things, during the orientation. After learning about the VWP, I requested to take part in the program.

4. Eventually, GEO scheduled me for work assignments. During my detention, I have worked as a shower cleaner, dayroom cleaner, barbershop cleaner, food porter, juice server, in the kitchen, and picking up garbage outside the pods. I have worked virtually every day. The amount of time I worked each day varied depending on the job, but could be up to four hours when I was working in the kitchen.

5. GEO supervises and controls all aspects of my work, providing me with training and the equipment I needed to perform my job at NWDC. Because of my detainee status, GEO did not permit me to seek employment from another employer outside the walls of the NWDC. Regardless of how many hours I work in a day or week, I am never compensated more than $1 per day for my labor.

6. I use the money I earn in the VWP for more and better food and personal hygiene items, and for phone calls, which could cost 10 cents per minute or more.

7. To the best of my knowledge, hundreds of detainees, if not more, took part in the VWP while I was at NWDC. I believe that other detainees performed similar work assignments, including jobs in the laundry, and other cleaning and maintenance type jobs. I am not aware of any other detainee receiving more than $1 per day for participating in the VWP.

8. I understand that I am bringing this case on behalf of all current and former detainees at NWDC who participated in the VWP at any time since September 26, 2014, and that I will be representing their interests in this case. I understand that my role in this case is

AGUIRRE-URBINA DECL.
(17-CV-05769-RJB) – 2

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

to help the lawyers get proper payment for wages for all the other detainees participating in the VWP at NWDC since September 26, 2014, not just myself.

9.  I understand the responsibilities involved in being both a plaintiff and a class representative in this lawsuit. I am prepared to cooperate with my counsel and meet all of my duties and obligations to make sure this lawsuit is pursued in the best interest of me and all other current and former participants in the VWP at NWDC. I understand that this means that I may be required to have my deposition taken by GEO's lawyers and to respond to other discovery.

10. I am willing to help prepare for and attend trial, to testify, and assist my attorneys as needed and to continue to participate actively in the direction of this case. I did not recall the existence of GEO's counterclaim at the time of my deposition, but I am aware of it now, and it does not affect my willingness to pursue this case for myself and the other detainees who have participated in the VWP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and based on my personal knowledge.

Executed in ___Tacoma___, Washington, on ___June /2/___ 2018.

_____
Fernando Aguirre-Urbina

AGUIRRE-URBINA DECL.
(17-CV-05769-RJB) – 3

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305