The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | No. 3:17-cv-05769-RJB<br><br>DECLARATION OF MEENA PALLIPAMU MENTER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

I, MEENA PALLIPAMU MENTER, declare as follows:

1. I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2. I am an attorney at law, admitted into the State of Washington. I am the principal attorney of Menter Immigration Law, PLLC. I am co-counsel for Plaintiffs in this matter.

3. I graduated from the University of Washington School of Law in 2001 and passed the Washington State Bar later that year. I am admitted to practice in Washington state, the Western Districts of Washington, and the Ninth Circuit Court of Appeals.

MENTER DECL. – 1
(17-CV-05769-RJB)

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

4. Following graduation in 2001, I joined the law firm of Dorsey and Whitney, LLP in Seattle, where I practiced complex civil litigation before the Western District court Washington and the Washington State Superior Courts. During that time I was co-counsel or assisted in telecommunications and regulatory actions. At the same time, I also represented immigration and family law clients on a pro bono basis.

5. In 2003, I was hired as a staff attorney at Northwest Justice Project in Seattle, Washington. There, I represented low income clients in family law and housing matters in Washington State Superior Courts.

6. In 2015, I began my full-time immigration law practice and my caseload focuses on removal defense for immigrants detained at the Northwest Detention Center.

7. I am an active member of the American Immigration Lawyers Association and am the former chair of the New Members Division.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and based on my personal knowledge.

*s/ Meena Pallipamu Menter*
Meena Pallipamu Menter, WSBA #31870

MENTER DECL. – 2
(17-CV-05769-RJB)

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Devin T. Theriot-Orr, WSBA # 33995<br>SUNBIRD LAW, PLLC<br>1001 Fourth Avenue, Suite 3200<br>Seattle, WA  98154-1003<br>Tel: (206) 962-5052<br>devin@sunbird.law<br><br>*Counsel for Plaintiff* | R. Andrew Free<br>THE LAW OFFICE OF R. ANDREW FREE<br>Admitted *Pro  Hac Vice*<br>PO Box 90568<br>Nashville, TN 37209<br>Tel: (844) 321-3221<br>andrew@immigrantcivilrights.com<br><br>*Counsel for Plaintiff* |
| Joan K. Mell<br>III BRANCHES LAW, PLLC<br>1019 Regents Boulevard, Suite 204<br>Fircrest, WA 98466<br>Tel: (253) 566-2510<br>joan@3ebrancheslaw.com<br><br>*Attorney for Defendant* | Mark Emery<br>NORTON ROSE FULBRIGHT US LLP<br>799 9th Street, Suite 1000<br>Washington, D.C. 20001<br>Mark.emery@nortonrosefulbright.com<br><br>*Attorney for Defendant* |
| Andrea D'Ambra<br>NORTON ROSE FULBRIGHT US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>andrea.dambra@nortonrosefulbright.com<br><br>*Attorney for Defendant* | Charles A. Deacon<br>NORTON ROSE FULBRIGHT US LLP<br>300 Covent St.<br>San Antonio, TX 78205<br>Charles.deacon@nortonrosefulbright.com<br><br>*Attorney for Defendant* |
| Meena Menter<br>MENTER IMMIGRATION LAW PLLC<br>8201 164th Ave. NE, Suite 200<br>Redmond, WA 98052<br>Tel: (206) 419-7332<br>meena@meenamenter.com<br><br>*Counsel for Plaintiff* | |

MENTER DECL. – 3
(17-CV-05769-RJB)

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

DATED at Seattle, Washington this 21st day of June, 2018.

*s/ Jamal N. Whitehead*
Jamal N. Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000 ~ Fax: (206) 682-2305
whitehead@sgb-law.com

MENTER DECL. – 4
(17-CV-05769-RJB)

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305