The Honorable Judge Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,

   Plaintiffs,

v.

THE GEO GROUP, INC., a Florida corporation,

   Defendant.[1]

Case No: 3:17-cv-05769-RJB

**[PROPOSED] ORDER GRANTING GEO'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

NOTE ON MOTION CALENDAR:
July 20, 2018

ORAL ARGUMENT REQUESTED

This matter, having come on before the Court on GEO's Motion to Dismiss Plaintiffs' First Amended Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(c), and the Court having heard oral argument of counsel if ordered, as well as having considered the records and files as follows:

1. Plaintiff's First Amended Complaint;

2. GEO's Motion to Dismiss Plaintiffs' First Amended Complaint;

---

[1] Filed under a new caption per ECF Docket Nos. 83 and 84.

NWAUZOR ET AL. v. THE GEO GROUP, INC.
ECF CASE NO. 3-17-cv-05769
[PROPOSED] ORDER GRANTING GEO'S MOTION TO DISMISS PLAINTIFFS'
FIRST AMENDED COMPLAINT - Page 1 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

3. Plaintiffs' Response to GEO's Motion to Dismiss; and

4. GEO's Reply in Support of its Motion to Dismiss.

The Court being fully advised in the matter enters the following ORDER:

1. GEO's Motion to Dismiss Plaintiffs' First Amended Complaint is GRANTED.

2. The Court DISMISSES Plaintiffs' First Amended Complaint in its entirety with Prejudice.

DONE this _____ day of _____, 2018.


_____
The Honorable Robert J. Bryan


Presented by:

III Branches Law, PLLC

_/s/ Joan K. Mell_____
Joan K. Mell, WSBA #21319
Attorney for The GEO Group, Inc.

Approved as to form:

Schroeter, Goldmark & Bender

_____
Adam J. Berger, WSBA No. 20714
Lindsay L. Halm, wSBA No. 37141
Jamal N. Whitehead, WSBA No. 39818
810 Third Avenue, Suite 500
Seattle, WA 98104
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com
Attorneys for Defendants

NWAUZOR ET AL. v. THE GEO GROUP, INC.
ECF CASE NO. 3-17-cv-05769
[PROPOSED] ORDER GRANTING GEO'S MOTION TO DISMISS PLAINTIFFS'
FIRST AMENDED COMPLAINT - Page 2 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

The Law Office of R. Andrew Free

_____

Andrew Free
P.O. Box 90568
Nashville, TN 37209
andrew@immigrationcivilrights.com


Sunbird Law, PLLC

_____

1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
devin@sunbird.law

NWAUZOR ET AL. v. THE GEO GROUP, INC.
ECF CASE NO. 3-17-cv-05769
GEO'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT
Page 3 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com