EXHIBIT B



The GEO Group, inc.

August 10, 2009
Invoice # 213090703
Client # 26906

DHS/ICE/BFC
SEP 14 2009

DHS ICE
Burlington Finance Center
P.O. Box 1620
Williston, VT 05495-1620
Attn: ICE DRO FOD San Antonio Invoice

South Texas Detention Complex
566 Veterans Drive
Pearsall, Texas 78061

MAIN TEL: 830(b)(6), (b)(7)(c)
FAX: 830 334 9192
www.thegeogroupinc.com

Contract # ACD-4-C-0001
HSCEDM-09-F-00001

Detainee Work: July 1, 2009 – July 31, 2009

| Item Code | Amount Due |
|---|---|
| CLIN 4021 | $6,722.00 |
| **Total Amount Due** | **$6,722.00** |

I certify that services/supplies have been rendered.

(b)(6), (b)(7)(c)          8-10-09
                            Date

(b)(6), (b)(7)(c) COTR     Date

Payment Terms: Net (b)(4)
Tax ID: 65-0043078

Send Payment to:
South Texas Detention Complex
566 Veterans Drive
Attn: Detainee Trust Fund Account
Pearsall, Texas 78061

ICE 2013FOIA32547.005599

September 4, 2009
Invoice # 213090803
Client # 26906

DHS/ICE/BFC

SEP 14 2009


The GEO Group, Inc.

South Texas Detention Complex
566 Veterans Drive
Pearsall, Texas 78061

MAIN TEL: 830(b)(6), (b)(7)(c)
FAX: 830 334 9192
www.thegeogroupinc.com

DHS ICE
Burlington Finance Center
P.O. Box 1620
Williston, VT 05495-1620
Attn: ICE DRO FOD San Antonio Invoice

Contract # ACD-4-C-0001
HSCEDM-09-F-00001

Detainee Work: August 1, 2009 – August 31, 2009

| Item Code | Amount Due |
|---|---|
| CLIN 4021 | $6,488.00 |
| **Total Amount Due** | **$6,488.00** |

I certify that services/supplies have been rendered.

(b)(6), (b)(7)(c)            9-4-09
                             Date

(b)(6), (b)(7)(c) COTR       Date

Payment Terms: Net (b)(4)
Tax ID: 65-0043078

Send Payment to:
South Texas Detention Complex
566 Veterans Drive
Attn: Detainee Trust Fund Account
Pearsall, Texas 78061

ICE 2013FOIA32547.005602

# SOUTH TEXAS DETENTION COMPLEX
# AUGUST DETAINEE PAY REPORT
### Dates Worked: 08/01/09 to 08/31/09

| | |
|---|---|
| ICE BILLABLE COST: | $6,488.00 |
| GEO BILLABLE COST: | <u>$7,619.00</u> |
| TOTAL: | $14,107.00 |

ICE 2013FOIA32547.005603

# SOUTH TEXAS DETENTION COMPLEX
# JUNE DETAINEE PAY REPORT
## Dates Worked: 06/01/09 to 06/30/09

| | |
|---|---|
| ICE BILLABLE COST: | $6,121.00 |
| GEO BILLABLE COST: | $7,258.00 |
| TOTAL: | $13,379.00 |

ICE 2013FOIA32547.005595

| A Number | Detainee Name | Date Worked | Entry Date | Receipt # | ICE Pay | GEO Pay | Total |
|---|---|---|---|---|---|---|---|
| (b)(6), (b)(7)c | | 6/11/2009 | 06/12/2009 | (b)(6), (b)(7)c | $1.00 | $0.00 | $1.00 |
| | | 6/18/2009 | 06/19/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/19/2009 | 06/20/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/20/2009 | 06/21/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/22/2009 | 06/23/2009 | | $1.00 | $2.00 | $3.00 |
| | | 06/24/2009 | 06/25/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/25/2009 | 06/26/2009 | | $1.00 | $2.00 | $3.00 |
| | | 06/26/2009 | 06/27/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/28/2009 | 06/29/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/29/2009 | 06/30/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/30/2009 | 07/01/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/9/2009 | 06/10/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/10/2009 | 06/11/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/11/2009 | 06/12/2009 | | $1.00 | $2.00 | $3.00 |
| | | 06/12/2009 | 06/13/2009 | | $1.00 | $2.00 | $3.00 |
| | | 06/13/2009 | 06/14/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/15/2009 | 06/16/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/23/2009 | 06/24/2009 | | $1.00 | $2.00 | $3.00 |
| | | 06/26/2009 | 06/27/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/23/2009 | 06/24/2009 | | $1.00 | $0.00 | $1.00 |
| | | 6/24/2009 | 06/24/2009 | | $1.00 | $0.00 | $1.00 |
| | | 6/25/2009 | 06/26/2009 | | $1.00 | $0.00 | $1.00 |
| | | 06/27/2009 | 06/28/2009 | | $1.00 | $0.00 | $1.00 |
| | | 6/29/2009 | 06/29/2009 | | $1.00 | $0.00 | $1.00 |
| | | 6/5/2009 | 06/08/2009 | | $1.00 | $0.00 | $1.00 |
| | | 6/6/2009 | 06/07/2009 | | $1.00 | $0.00 | $1.00 |
| | | 6/7/2009 | 06/08/2009 | | $1.00 | $0.00 | $1.00 |
| | | 6/8/2009 | 06/09/2009 | | $1.00 | $0.00 | $1.00 |
| | | 6/4/2009 | 06/05/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/8/2009 | 06/09/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/9/2009 | 06/10/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/10/2009 | 06/11/2009 | | $1.00 | $2.00 | $3.00 |
| | | 06/12/2009 | 06/13/2009 | | $1.00 | $2.00 | $3.00 |
| | | 06/16/2009 | 06/17/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/17/2009 | 06/18/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/23/2009 | 06/24/2009 | | $1.00 | $2.00 | $3.00 |
| | | 06/24/2009 | 06/25/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/25/2009 | 06/26/2009 | | $1.00 | $2.00 | $3.00 |
| | | 06/26/2009 | 06/27/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/29/2009 | 06/30/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/17/2009 | 06/18/2009 | | $1.00 | $0.00 | $1.00 |
| | | 6/18/2009 | 06/19/2009 | | $1.00 | $0.00 | $1.00 |
| | | 6/19/2009 | 06/20/2009 | | $1.00 | $0.00 | $1.00 |

GEO SOUTH TEXAS DETENTION COMPLEX
DETAINEE PAY FOR JUNE
WORK DATES: 6/1/09~6/30/09

| A Number | Detainee Name | Date Worked | Entry Date | Receipt # | ICE Pay | GEO Pay | Total |
|---|---|---|---|---|---|---|---|
| (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | 6/14/2009 | 06/15/2009 | (b)(6), (b)(7)c | $1.00 | $2.00 | $3.00 |
| | | 6/15/2009 | 06/16/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/23/2009 | 06/24/2009 | | $1.00 | $2.00 | $3.00 |
| | | 06/24/2009 | 06/25/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/25/2009 | 06/26/2009 | | $1.00 | $2.00 | $3.00 |
| | | 06/27/2009 | 06/28/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/28/2009 | 06/29/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/29/2009 | 06/30/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/30/2009 | 07/01/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/23/2009 | 06/24/2009 | | $1.00 | $0.00 | $1.00 |
| | | 6/5/2009 | 06/07/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/07/2009 | 06/11/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/11/2009 | 06/12/2009 | | $1.00 | $2.00 | $3.00 |
| | | 6/15/2009 | 06/24/2009 | | $1.00 | $2.00 | $3.00 |
| | | 06/16/2009 | 06/17/2009 | | $1.00 | $2.00 | $3.00 |
| | | | | | $6,121.00 | $7,258.00 | $13,379.00 |
| | | | | | ICE TOTAL | GEO TOTAL | TOTAL PAY |

ICE 2013FOIA32547.005597

GEO SOUTH TEXAS DETENTION COMPLEX
DETAINEE PAY FOR JULY
WORK DATES: 7/1/09~7/31/09

| (b)(6), (b)(7)(c) | | | | (b)(6), (b)(7)c | | | |
|---|---|---|---|---|---|---|---|
| | | 7/18/2009 | 07/19/2009 | | $0.00 | $1.00 | $1.00 |
| | | 7/19/2009 | 07/20/2009 | | $1.00 | $0.00 | $1.00 |
| | | 7/20/2009 | 07/21/2009 | | $1.00 | $0.00 | $1.00 |
| | | 7/21/2009 | 07/22/2009 | | $1.00 | $0.00 | $1.00 |
| | | 7/22/2009 | 07/23/2009 | | $1.00 | $0.00 | $1.00 |
| | | 7/23/2009 | 07/24/2009 | | $1.00 | $0.00 | $1.00 |
| | | 07/24/2009 | 07/25/2009 | | $1.00 | $0.00 | $1.00 |
| | | 07/25/2009 | 07/26/2009 | | $1.00 | $0.00 | $1.00 |
| | | 7/26/2009 | 07/27/2009 | | $1.00 | $0.00 | $1.00 |
| | | 7/27/2009 | 07/28/2009 | | $1.00 | $0.00 | $1.00 |
| | | 7/28/2009 | 07/29/2009 | | $1.00 | $0.00 | $1.00 |
| | | 7/29/2009 | 07/30/2009 | | $1.00 | $0.00 | $1.00 |
| | | 7/30/2009 | 07/31/2009 | | $1.00 | $0.00 | $1.00 |
| | | 07/31/2009 | 08/01/2009 | | $1.00 | $0.00 | $1.00 |
| | | | | | **ICE TOTAL** | **GEO TOTAL** | **TOTAL PAY** |
| | | | | | $6,722.00 | $8,007.00 | $14,729.00 |

ICE 2013FOIA32547.005600