THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiff and counter-defendants,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant and counter-plaintiff. | Case No.: 3:17-cv-05769-RJB<br><br>STIPULATED MOTION TO FILE ROBERTO VALDEZ'S REPORT UNDER SEAL<br><br>NOTED: JULY 26, 2018 |

STIPULATED MOTION TO FILE UNDER SEAL

The parties move this Court pursuant to LCR 5(g) and LCR 10(g) for an Order permitting GEO to file a report authored by Roberto Valdez, Ph.D., licensed mental health counselor, under seal. The report, attached at Exhibit A under seal, addresses plaintiff Fernando Aguirre-Urbina's mental health status and treatment recommendations as of December 24, 2014. GEO offers the report in support of its response opposing class certification. Plaintiff objects to filing this record in open court and stipulates to filing the document under seal without waiving the right to contest the relevance of the document.

STIPULATED MOTION TO FILE UNDER SEAL
VALDEZ REPORT -
3:17-cv-05769-RJB     1 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

GEO does not oppose filing the Valdez report under seal at this time because the content contains mental health information that GEO relies upon to support dismissal of class claims. If dismissed, plaintiff's private mental health information need not be made public. Plaintiff's privacy interests in the content of the report outweighs the public interest in viewing the report at this time. The report was previously filed under seal in conjunction with plaintiff's separate action seeking habeas corpus relief that was denied: ECF Case No.: 3:16-cv-05935-RJB-RJC Dkt. 3 at 5 Appendix A - Mental Health Evaluation.

Dated this 26th day of July, 2018.

III Branches Law, PLLC

_____
Joan K. Mell, WSBA No. 21319
Attorney for The GEO Group, Inc.

Law Office of R. Andrew Free

_____
Andrew Free
Counsel for Plaintiffs

STIPULATED MOTION TO FILE UNDER SEAL
VALDEZ REPORT -
3:17-cv-05769-RJB

2 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

## CERTIFICATE OF SERVICE

I, Joseph Fonseca, hereby certify as follows:

I am over the age of 18, a resident of Pierce County, and not a party to the above action. On July 26, 2018, I electronically filed the above GEO's Motion to File Roberto Valdez's Motion Under Seal, with the Clerk of the Court using the CM/ECF system and served via Email to the following:

Schroeter, Goldmark & Bender
Adam J. Berger, WSBA No. 20714
Lindsay L. Halm, wSBA No. 37141
Jamal N. Whitehead, WSBA No. 39818
810 Third Avenue, Suite 500
Seattle, WA 98104
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

Sunbird Law, PLLC
Devin Theriot-Orr
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
devin@sunbird.law

Norton Rose Fulbright US LLP
Mark Emery (Pro Hac Vice)
799 9th St. NW, Suite 1000
Washington, DC 20001-4501
(202)-662-0210
mark.emery@nortonrosefulbright.com

The Law Office of R. Andrew Free
Andrew Free
P.O. Box 90568
Nashville, TN 37209
andrew@immigrationcivilrights.com

Norton Rose Fulbright US LLP
Charles A. Deacon (Pro Hac Vice)
300 Convent St.
San Antonio, TX 78205
charlie.deacon@nortonrosefulbright.com

Norton Rose Fulbright US LLP
Andrea D'Ambra (Pro Hac Vice)
1301 Avenue of the Americas
New York, NY 10019
andrea.dambra@nortonrosefulbright.com

Meena Pallipamu Menter
8201 164th Ave. N.E., Suite 200
Seattle, WA 98052
(206)-419-7332
meena@meenamenter.com

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 26th day of July, 2018 at Fircrest, Washington.

_____
Joseph Fonseca, Paralegal

STIPULATED MOTION TO FILE UNDER SEAL
VALDEZ REPORT -
3:17-cv-05769-RJB

3 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

Exhibit A
FILED UNDER SEAL
Fernando Aguirre-Urbina's Mental Health Records