THE HONORABLE ROBERT J. BRYAN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>    Plaintiff and counter-defendant,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>    Defendant and counter-plaintiff. | Case No.: 3:17-cv-05769-RJB<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE MENTAL HEALTH RECORDS UNDER SEAL |

### <u>ORDER</u>

The Court has considered the stipulated Motion To File Plaintiff Aguirre-Urbina's Mental Health Records Under Seal.

1.    IT IS ORDERED that The GEO Group, Inc. shall file Plaintiff Aguirre-Urbina's mental health records under seal attached at Exhibit A to the stipulated motion.

_____
The Honorable Robert J. Bryan
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO FILE MEDICAL RECORDS UNDER SEAL
3:17-cv-05769-RJB                                    1 of 1