THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>    Plaintiff and counter-defendant,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>    Defendant and counter-plaintiff. | Case No.:  3:17-cv-05769-RJB<br><br>ORDER GRANTING STIPULATED<br><br>MOTION TO FILE MENTAL HEALTH<br><br>RECORDS UNDER SEAL |

ORDER

THE COURT has considered the stipulated Motion To File Plaintiff Aguirre-Urbina's Mental Health Records Under Seal (Dkt. 107), including the exhibit to the motion (Dkt. 108), which was filed under seal provisionally.  *See* LCR 5(g)(2).  The motion is hereby GRANTED.

IT IS SO ORDERED.

ORDER GRANTING STIPULATED
MOTION TO FILE MEDICAL RECORDS UNDER SEAL
3:17-cv-05769-RJB                    1 of 2

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

1   Dated this 30th day of July, 2018.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO FILE MEDICAL RECORDS UNDER SEAL
3:17-cv-05769-RJB                    2 of 2

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph