UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | No. 3:17-cv-05769-RJB<br><br>PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY RE: DEFENDANT'S MOTION TO DISMISS AND SUPPORTING DECLARATION OF TRACEY VALERIO |

Plaintiffs respectfully submit the attached supplemental authority with respect to the arguments made at pages 4, 6, 7, 9 of the Reply in Support of GEO's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. #104) in reliance on the Declaration of Tracey Valerio (Dkt. #105). The attached letter from Anne M. Rose, Associate Legal Advisor in the Office of the Principal Legal Advisor for U.S. Immigration and Customs Enforcement, dated August 1, 2018, and received by undersigned counsel via email at 4:45 p.m. on this date, directly relates to the admissibility, reliability, and lack of legal authority of the Valerio Declaration and therefore to all arguments reliant on that Declaration. As the August 1 date of

PLAINTIFFS' NOTICE OF
SUPPLEMENTAL AUTHORITY
RE: DEFENDANT'S MOTION TO
DISMISS AND SUPPORTING
DECLARATION OF TRACEY VALERIO -1
Case No. 3:17-cv-05769-RJB

Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
O: (844) 321-3221x1
F: (615) 829-8959

the letter demonstrates, Plaintiffs could not have presented this authority to the Court at any earlier time.

Undersigned counsel for the Plaintiffs conferred by telephone and email with counsel for Defendant immediately upon receiving the letter from ICE. Defendant declined to withdraw the Declaration and intends to offer Ms. Valerio as an expert witness.

Neither Anne Rose, ICE Counsel, nor Kristin Gibson, the Assistant United States Attorney contact for this matter, could be reached via email or telephone to determine whether ICE intends to appear in open court to lodge its objection, or whether the Department of Justice intends to do so on its behalf.

DATED this 1st day of August, 2018.

LAW OFFICE OF R. ANDREW FREE

s/*R. Andrew Free*
R. Andrew Free, admitted *pro hac vice*
P.O. Box 90568
Nashville, TN 37209
(844) 321-3221x1 – office
(615) 829-8959 – fax
Andrew@ImmigrantCivilRights.com

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY RE: DEFENDANT'S MOTION TO DISMISS AND SUPPORTING DECLARATION OF TRACEY VALERIO -2
Case No. 3:17-cv-05769-RJB

Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
O: (844) 321-3221x1
F: (615) 829-8959

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Devin T. Theriot-Orr, WSBA # 33995<br>SUNBIRD LAW, PLLC<br>1001 Fourth Avenue, Suite 3200<br>Seattle, WA  98154-1003<br><br>*Attorney for Plaintiffs* | Mark Emery<br>NORTON ROSE FULBRIGHT US LLP<br>799 9th Street, Suite 1000<br>Washington, D.C. 20001<br><br>*Attorney for Defendant* |
| Joan K. Mell<br>III BRANCHES LAW, PLLC<br>1019 Regents Boulevard, Suite 204<br>Fircrest, WA 98466<br>joan@3ebrancheslaw.com<br><br>*Attorney for Defendant* | Charles A. Deacon<br>NORTON ROSE FULBRIGHT US LLP<br>300 Covent St.<br>San Antonio, TX 78205<br>Charles.deacon@nortonrosefulbright.com<br><br>*Attorney for Defendant* |
| Andrea D'Ambra<br>NORTON ROSE FULBRIGHT US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>andrea.dambra@nortonrosefulbright.com<br><br>*Attorney for Defendant* | Adam Berger<br>Lindsay Halm<br>Jamal Whitehead<br>SCHROETER GOLDMARK & BENDER<br>810 Third Avenue, Suite 500<br>Seattle, Washington 98104<br><br>*Attorneys for Plaintiffs* |
| Meena Menter<br>MENTER IMMIGRATION LAW PLLC<br>8201 164th Ave. NE, Suite 200<br>Redmond, WA 98052<br>meena@meenamenter.com<br><br>*Attorney for Plaintiffs* | |

PLAINTIFFS' NOTICE OF
SUPPLEMENTAL AUTHORITY
RE: DEFENDANT'S MOTION TO
DISMISS AND SUPPORTING
DECLARATION OF TRACEY VALERIO -3
Case No.  3:17-cv-05769-RJB

Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
O:  (844) 321-3221x1
F:  (615) 829-8959

DATED: August 1, 2018, at Tacoma, Washington.

s/*R. Andrew Free*
R. Andrew Free, admitted *pro hac vice*
P.O. Box 90568
Nashville, TN 37209
(844) 321-3221x1 – office
(615) 829-8959 – fax
Andrew@ImmigrantCivilRights.com

PLAINTIFFS' NOTICE OF
SUPPLEMENTAL AUTHORITY
RE: DEFENDANT'S MOTION TO
DISMISS AND SUPPORTING
DECLARATION OF TRACEY VALERIO -4
Case No. 3:17-cv-05769-RJB

Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
O: (844) 321-3221x1
F: (615) 829-8959