The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK
NWAUZOR, FERNANDO AGUIRRE-
URBINA, individually and on behalf of all
those similarly situated,

                    Plaintiff,

        v.

THE GEO GROUP, INC., a Florida
corporation,

                    Defendant.

No.  3:17-cv-05769-RJB

STIPULATED MOTION AND
ORDER MODIFYING
SCHEDULING ORDER

NOTE ON MOTION CALENDAR:
August 29, 2018

**STIPULATION**

Pursuant to Federal and Local Rule of Civil Procedure 16, the parties, by and through their respective counsel, respectfully and jointly move the Court for a 180-day continuance of the trial date and other case deadlines. Counsel for the parties have conferred and agree that good cause exists to modify the case schedule, with reference to the following:

1.      On January 3, 2018, the Court issued a Minute Order Setting Jury Trial and Pretrial Dates, scheduling a 15-day jury trial to commence on March 4, 2019. Dkt. No. 35.

2.      Since then, the parties have diligently advanced the litigation by engaging in extensive motion practice, including Plaintiff's Motion to Dismiss for Failure to State a Claim

STIP. MOT. & ORDER MODIFYING
SCHED. ORDER
(3:17-cv-05769-RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

(Dkt. No. 37), Defendant's Motion to Dismiss for Failure to Join a Required Party (Dkt. No. 51), Defendant's Motion to Deny Class Certification (Dkt. No. 69), Plaintiff's Motion for Class Certification (Dkt. No. 86), and Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. No. 91).

3.     On August 6, 2018, the Court certified this matter as a class action, ordering the parties to jointly present a Class Notice and notice plan to the Court by September 5, 2018. (Dkt. No. 114).

4.     The parties held telephone conferences on August 23 and 27, 2018, to discuss upcoming scheduling deadlines and a class notice plan, among other things.

5.     Plaintiffs have requested a class list to contain, at a minimum, the names, A-numbers, last known addresses, nationality, and dates of detention at the Northwest Detention Center of each class member. Defendant is in the process of investigating the availability of such information and must also confer with U.S. Immigration and Customs Enforcement ("ICE") before releasing responsive information. Defendant anticipates that this process will take some time. Most importantly, certain information may be subject to ICE's additional review and approval, or may be available only from ICE (requiring third-party discovery). The parties' experience to date suggests that the attendant delays inherent in ICE's bureaucratic processes, are certain to slow down the exchange of information for reasons completely out of the parties' control.[1]

6.     Under these circumstances, it is difficult for the parties to fully meet and confer to develop a notice plan to present to the Court. Further, once a notice plan is approved, it will

---

[1] As the Court is aware from the *State of Washington v. Geo* case, the ICE review process takes a significant amount of time because of ICE's resource constraints and other obligations. These factors are outside the control of the parties.

STIP. MOT. & ORDER MODIFYING
SCHED. ORDER
(3:17-cv-05769-RJB) – 2

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

take additional time to implement, as many members of the class have likely been repatriated or may be otherwise difficult to locate.

7.      In light of the foregoing, the parties respectfully request a trial continuance of 180 days.

8.      The parties have not previously requested a continuance of the trial date.

9.      The Parties bring this Stipulated Motion in good faith and without intent to cause undue delay, prejudice, or expense on any other party or this Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.      The following dates on the Court's January 3, 2018, Minute Order Setting Jury Trial and Pretrial Dates shall be modified as shown below:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| TRIAL DATE | March 4, 2019 | September 3, 2019 |
| Expert Disclosure | September 5, 2018 | March 4, 2019 |
| Discovery Motions | October 15, 2018 | April 15, 2019 |
| Discovery Cutoff | November 5, 2018 | May 6, 2019 |
| Dispositive Motions | December 4, 2018 | June 3, 2018 |

2.      The remaining dates on the Minute Order Setting Trial Date & Related Dates (*i.e.,* motions *in limine*, pretrial order, trial briefs, etc.), being largely dependent on the trial date, shall be set by the Court once the new trial date is set.

3.      The deadline for submitting a proposed Class Notice and Notice Plan to the Court shall be extended from September 5 to October 8, 2018.

4.      This Order shall not revive pretrial deadlines that have already expired.

STIP. MOT. & ORDER MODIFYING
SCHED. ORDER
(3:17-cv-05769-RJB) – 3

SO STIPULATED this 29th day of August, 2018.

| III BRANCHES LAW, PLLC | SCHROETER GOLDMARK & BENDER |
|---|---|

| *s/ Joan Mell* | *s/ Jamal Whitehead* |
|---|---|

| Joan K. Mell | Adam J. Berger, WSBA #20714 |
|---|---|
| 1019 Regents Blvd. Ste. 204 | Lindsay L. Halm, WSBA #37141 |
| Fircrest, WA 98466 | Jamal N. Whitehead, WSBA #39818 |
| 253-566-2510 (p) | 810 Third Avenue, Suite 500 |
| 281-664-4643 (f) | Seattle, WA 98104 |
| joan@3brancheslaw.com | Tel: (206) 622-8000 ~ Fax: (206) 682-2305 |
| | berger@sgb-law.com |
| NORTON ROSE FULBRIGHT US LLP | halm@sgb-law.com |
| Charles A. Deacon (*Pro Hac Vice*) | whitehead@sgb-law.com |
| 300 Convent St. | |
| San Antonio, Texas 78205 | THE LAW OFFICE OF R. ANDREW |
| Telephone: (210) 270-7133 | FREE |
| Facsimile: (210) 270-7205 | Andrew Free (*Pro Hac Vice*) |
| charlie.deacon@nortonrosefulbright.com | P.O. Box 90568 |
| | Nashville, TN 37209 |
| NORTON ROSE FULBRIGHT US LLP | Tel: (844) 321-3221 ~ Fax: (615) 829-8959 |
| Mark Emery (*Pro Hac Vice*) | andrew@immigrantcivilrights.com |
| 799 9th Street NW, Suite 1000 | |
| Washington, DC 20001-4501 | SUNBIRD LAW, PLLC |
| Telephone: (202) 662-0210 | Devin T. Theriot-Orr, WSBA # 33995 |
| Facsimile: (202) 662-4643 | 1001 Fourth Avenue, Suite 3200 |
| mark.emery@nortonrosefulbright.com | Seattle, WA 98154-1003 |
| | Tel: (206) 962-5052 ~ Fax: (206) 681-9663 |
| NORTON ROSE FULBRIGHT US LLP | devin@sunbird.law |
| Andrea D'Ambra (*Pro Hac Vice*) | |
| 1301 Avenue of the Americas | MENTER IMMIGRATION LAW, PLLC |
| New York, NY 10019 | Meena Menter, WSBA # 31870 |
| andrea.dambra@nortonrosefulbright.com | 8201 164th Ave NE, Suite 200 |
| | Redmond, WA 98052 |
| GREENBERG TRAURIG LLP | Tel: (206) 419-7332 |
| Scott A Schipma (*Pro Hac Vice*) | meena@meenamenter.com |
| 2101 L ST NW, STE 1000 | |
| Washington, DC 20037 | *Class Counsel* |
| Tel: (202) 331-3141 | |
| schipmas@gtlaw.com | |

*Attorneys for Defendant*

STIP. MOT. & ORDER MODIFYING
SCHED. ORDER
(3:17-cv-05769-RJB) – 4

**ORDER**

IT IS SO ORDERED:

DATED this 30th day of August, 2018.

_____
ROBERT J. BRYAN
United States District Judge

Jointly Presented by:

SCHROETER GOLDMARK & BENDER

_s/ Jamal Whitehead_
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000 ~ Fax: (206) 682-2305
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

_Class Counsel_

III BRANCHES LAW, PLLC

_s/ Joan Mell_
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 (p)
281-664-4643 (f)
joan@3brancheslaw.com

_Attorneys for Defendant_

STIP. MOT. & ORDER MODIFYING
SCHED. ORDER
(3:17-cv-05769-RJB) – 5

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305