UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK NWAUZOR,
FERNANDO AGUIRRE-URBINA, individually
and on behalf of all those similarly situated,

        Plaintiffs,

        v.

THE GEO GROUP, INC., a Florida corporation,

        Defendant.

Case No. C17-5769-RJB

MINUTE ORDER RESETTING TRIAL
AND OTHER PRETRIAL DATES

| | |
|---|---|
| **JURY TRIAL** set for 9:30 a.m. on | 9/3/19 |
| Deadline to submit Proposed Class Notice and Notice Plan | October 8, 2018 |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 4, 2019 |
| All motions related to discovery must be FILED by | April 15, 2019 |
| Discovery COMPLETED by | May 6, 2019 |
| All dispositive motions must be FILED by | June 3, 2019 |
| Motions in limine should be FILED by<br>    and NOTED for consideration no earlier than the third<br>    Friday after filing and service of the motion, but no later<br>    than the Friday before any scheduled pretrial conference. | August 5, 2019 |
| Agreed pretrial order LODGED with the court by | August 16, 2019 |
| Pretrial conference will be HELD at 8:30 a.m. on<br>    (COUNSEL SHALL REPORT TO COURTROOM A) | August 23, 2019 |
| Trial briefs, proposed voir dire & jury instructions due ** | August 23, 2019 |

      **JURY INSTRUCTIONS See Local Civil Rule CR51.   A  Manual of Model Civil Jury

Instructions For the Ninth Circuit - Latest Edition should be used as the format for proposed jury

MINUTE ORDER RESETTING TRIAL AND  PRETRIAL DATES - 1

instructions.  See www.wawd.uscourts.gov

PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW need not be submitted unless specifically requested by the Judge.

If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.  These are firm dates that can be changed only by order of the Court.

If this case is settled,  please advise Tyler Campbell, Courtroom Deputy to Judge Bryan, immediately at (253) 882-3822.  If this case is not settled, it will go to trial on the date set or as soon thereafter as the court is available.

The foregoing Minute Order entered **BY DIRECTION OF THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.**

MINUTE ORDER RESETTING TRIAL AND  PRETRIAL DATES - 2