The Honorable Judge Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR and FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>  Plaintiff and counter-defendant,<br>           v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>  Defendant and counter-plaintiff. | Case No: 3:17-cv-05769-RJB<br><br>**NOTICE OF APPEAL** |

NWAUZOR et al. v. THE GEO GROUP, INC.
ECF CASE NO. 3-17-cv-05769
NOTICE OF APPEAL

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

## NOTICE OF APPEAL

Notice is hereby given that defendant and counter-plaintiff The GEO Group, Inc. ("GEO") appeals to the United States Court of Appeals for the Ninth Circuit from the Court's August 6, 2018 Order (ECF 113) denying GEO's Motion To Dismiss Plaintiffs' First Amended Complaint. GEO notices this appeal only from the Court's denial of GEO's request to dismiss this case on immunity grounds.

Dated: September 5, 2018

**NORTON ROSE FULBRIGHT US LLP**
Charles A. Deacon (Pro Hac Vice)
300 Convent St.
San Antonio, Texas 78205
Telephone: (210) 270-7133
Facsimile: (210) 270-7205
charlie.deacon@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
Mark Emery (Pro Hac Vice)
799 9th Street NW, Suite 1000
Washington, DC 20001-4501
Telephone: (202) 662-0210
Facsimile: (202) 662-4643
mark.emery@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
Andrea D'Ambra (Pro Hac Vice)
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
andrea.dambra@nortonrosefulbright.com

**ATTORNEYS FOR DEFENDANT THE GEO GROUP, INC.**

**III BRANCHES LAW, PLLC**

By: _/s/ Joan Mell_
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 (p)
281-664-4643 (f)
joan@3brancheslaw.com

**GREENBERG TRAURIG LLP**
Scott A Schipma (Pro Hac Vice)
2101 L ST NW, Ste. 1000
Washington, DC 20037
Telephone: (202) 331-3141
schipmas@gtlaw.com

NWAUZOR et al. v. THE GEO GROUP, INC.
ECF CASE NO. 3-17-cv-05769
NOTICE OF APPEAL

1

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

**CERTIFICATE OF SERVICE**

I, Joseph Fonseca, hereby certify as follows:

I am over the age of 18, a resident of Pierce County, and not a party to the above action. On September 5, 2018, I electronically filed the above GEO's Notice of Appeal, with the Clerk of the Court using the CM/ECF system and served via Email to the following:

| | |
|---|---|
| Schroeter, Goldmark & Bender<br>Adam J. Berger, WSBA No. 20714<br>Lindsay L. Halm, wSBA No. 37141<br>Jamal N. Whitehead, WSBA No. 39818<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>berger@sgb-law.com<br>halm@sgb-law.com<br>whitehead@sgb-law.com | The Law Office of R. Andrew Free<br>Andrew Free<br>P.O. Box 90568<br>Nashville, TN 37209<br>andrew@immigrationcivilrights.com |
| Sunbird Law, PLLC<br>Devin Theriot-Orr<br>1001 Fourth Avenue, Suite 3200<br>Seattle, WA 98154<br>devin@sunbird.law | Norton Rose Fulbright US LLP<br>Charles A. Deacon (Pro Hac Vice)<br>300 Convent St.<br>San Antonio, TX 78205<br>charlie.deacon@nortonrosefulbright.com |
| Norton Rose Fulbright US LLP<br>Mark Emery (Pro Hac Vice)<br>799 9th St. NW, Suite 1000<br>Washington, DC 20001-4501<br>(202)-662-0210<br>mark.emery@nortonrosefulbright.com | Norton Rose Fulbright US LLP<br>Andrea D'Ambra (Pro Hac Vice)<br>1301 Avenue of the Americas<br>New York, NY 10019<br>andrea.dambra@nortonrosefulbright.com |
| | Meena Pallipamu Menter<br>8201 164th Ave. N.E., Suite200<br>Seattle, WA 98052<br>(206)-419-7332<br>meena@meenamenter.com |

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 5th day of September, 2018 at Fircrest, Washington.

_____
Joseph Fonseca, Paralegal

NWAUZOR et al. v. THE GEO GROUP, INC.
ECF CASE NO. 3-17-cv-05769
NOTICE OF APPEAL

2

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com