The Honorable Judge Bryan

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
9                   WESTERN DISTRICT OF WASHINGTON
                               AT TACOMA
10

11   UGOCHUKWU GOODLUCK
     NWAUZOR and FERNANDO
12   AGUIRRE-URBINA, individually and on          Case No: 3:17-cv-05769-RJB
13   behalf of all those similarly situated,
                                                  **REPRESENTATION STATEMENT;**
14         Plaintiff and counter-defendant,       **EXHIBIT A TO GEO'S NOTICE OF APPEAL**

15                        v.

16   THE GEO GROUP, INC., a Florida
17   corporation,

18         Defendant and counter-plaintiff.

19

20

21

22

23

24

25

26

27   NWAUZOR et al. v. THE GEO GROUP, INC.              III BRANCHES LAW, PLLC
     ECF CASE NO. 3-17-cv-05769                              Joan K. Mell
28   REPRESENTATION STATEMENT                        1019 Regents Blvd. Ste. 204
                                                           Fircrest, WA 98466
                                                           253-566-2510 ph
                                                         joan@3brancheslaw.com

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2 and Federal Rule of Appellate Procedure 12(b), The GEO Group, Inc. files this representation statement.

1.      The plaintiff class representatives and counter-defendants are Ugochukwu Goodluck Nwauzor and Fernando Aguirre-Urbina, who represent a class certified by the district court at ECF No. 114.  Chao Chen is a counter-defendant, but not a class representative.  They are represented by:


SCHROETER GOLDMARK & BENDER
Adam J. Berger
Lindsay L. Halm
Jamal N. Whitehead
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
Fax: (206) 682-2305
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF R. ANDREW FREE
Andrew Free
P.O. Box 90568
Nashville, TN 37209
Tel: (844) 321-3221
Fax: (615) 829-8959
andrew@immigrantcivilrights.com

SUNBIRD LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154-1003
Tel: (206) 962-5052
Fax: (206) 681-9663
devin@sunbird.law

NWAUZOR et al. v. THE GEO GROUP, INC.
ECF CASE NO. 3-17-cv-05769
REPRESENTATION STATEMENT

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

1

MENTER IMMIGRATION LAW, PLLC
Meena Menter, WSBA # 31870
8201 164th Ave NE, Suite 200
Redmond, WA 98052
Tel: (206) 419-7332
meena@meenamenter.com
(represents Nwauzor)

2.      Defendant and conditional counter-plaintiff is The GEO Group, Inc. ("GEO").

GEO is represented by:

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
Tel: 253-566-2510
Fax: 281-664-4643
joan@3brancheslaw.com

GREENBERG TRAURIG LLP
Scott A Schipma
2101 L ST NW, Ste. 1000
Washington, DC 20037
Tel: (202) 331-3141
schipmas@gtlaw.com

NORTON ROSE FULBRIGHT US LLP
Charles A. Deacon (Pro Hac Vice)
300 Convent St.
San Antonio, Texas 78205
Tel: (210) 270-7133
Fax: (210) 270-7205
charlie.deacon@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
Mark Emery (Pro Hac Vice)
799 9th Street NW, Suite 1000
Washington, DC 20001-4501
Tel: (202) 662-0210
Fax: (202) 662-4643
mark.emery@nortonrosefulbright.com

NWAUZOR et al. v. THE GEO GROUP, INC.
ECF CASE NO. 3-17-cv-05769
REPRESENTATION STATEMENT

2

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

NORTON ROSE FULBRIGHT US LLP
Andrea D'Ambra
1301 Avenue of the Americas
New York, NY 10019
andrea.dambra@nortonrosefulbright.com

Dated: September 5, 2018

**III BRANCHES LAW, PLLC**

By: _____
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 (p)
281-664-4643 (f)
joan@3branceslaw.com

**NORTON ROSE FULBRIGHT US LLP**
Charles A. Deacon (Pro Hac Vice)
300 Convent St.
San Antonio, Texas 78205
Telephone: (210) 270-7133
Facsimile:  (210) 270-7205
charlie.deacon@nortonrosefulbright.com

**GREENBERG TRAURIG LLP**
Scott A Schipma (Pro Hac Vice)
2101 L ST NW, Ste. 1000
Washington, DC 20037
Telephone: (202) 331-3141
schipmas@gtlaw.com

**NORTON ROSE FULBRIGHT US LLP**
Mark Emery (Pro Hac Vice)
799 9th Street NW, Suite 1000
Washington, DC  20001-4501
Telephone: (202) 662-0210
Facsimile: (202) 662-4643
mark.emery@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
Andrea D'Ambra (Pro Hac Vice)
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
andrea.dambra@nortonrosefulbright.com

**ATTORNEYS   FOR   DEFENDANT
THE GEO GROUP, INC.**

NWAUZOR et al. v. THE GEO GROUP, INC.
ECF CASE NO. 3-17-cv-05769
REPRESENTATION STATEMENT

3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

1

**CERTIFICATE OF SERVICE**

2       I, Joseph Fonseca, hereby certify as follows:

3       I am over the age of 18, a resident of Pierce County, and not a party to the above action.

4
On September 5, 2018, I electronically filed the above GEO's Representation Statement, with
5
the Clerk of the Court using the CM/ECF system and served via Email to the following:
6

7   Schroeter, Goldmark & Bender          The Law Office of R. Andrew Free
    Adam J. Berger, WSBA No. 20714         Andrew Free
8   Lindsay L. Halm, wSBA No. 37141        P.O. Box 90568
    Jamal N. Whitehead, WSBA No. 39818     Nashville, TN 37209
9   810 Third Avenue, Suite 500            andrew@immigrationcivilrights.com
    Seattle, WA 98104
10  berger@sgb-law.com                     Norton Rose Fulbright US LLP
11  halm@sgb-law.com                       Charles A. Deacon (Pro Hac Vice)
    whitehead@sgb-law.com                  300 Convent St.
12                                         San Antonio, TX 78205
13  Sunbird Law, PLLC                      charlie.deacon@nortonrosefulbright.com
    Devin Theriot-Orr
14  1001 Fourth Avenue, Suite 3200         Norton Rose Fulbright US LLP
    Seattle, WA 98154                      Andrea D'Ambra (Pro Hac Vice)
15  devin@sunbird.law                      1301 Avenue of the Americas
                                           New York, NY 10019
16                                         andrea.dambra@nortonrosefulbright.com
    Norton Rose Fulbright US LLP
17  Mark Emery (Pro Hac Vice)
    799 9th St. NW, Suite 1000             Meena Pallipamu Menter
18  Washington, DC 20001-4501              8201 164th Ave. N.E., Suite200
19  (202)-662-0210                         Seattle, WA 98052
    mark.emery@nortonrosefulbright.com     (206)-419-7332
20                                         meena@meenamenter.com

21       I certify under penalty of perjury under the laws of the State of Washington that
22
the above information is true and correct.
23

24       DATED this 5th day of September, 2018 at Fircrest, Washington.

25

26   _____
     Joseph Fonseca, Paralegal
27

28

NWAUZOR et al. v. THE GEO GROUP, INC.                     III BRANCHES LAW, PLLC
ECF CASE NO. 3-17-cv-05769                                     Joan K. Mell
REPRESENTATION STATEMENT                                  1019 Regents Blvd. Ste. 204
                                                               Fircrest, WA 98466
                            4                                  253-566-2510 ph
                                                          joan@3brancheslaw.com