UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR and FERNANDO AGUIRRE-URBINA, individually and on behalf of those similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>                    Defendant. | CASE NO. 3:17-cv-05769-RJB<br><br>ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM CLASS NOTICE PLAN DEADLINE |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Relief from Class Notice Deadline. Dkt. 126. Having reviewed the motion, which is agreed, and the remainder of the file herein, including the Minute Order Resetting Trial and Pretrial Dates (Dkt. 121), the motion is HEREBY GRANTED. The October 8, 2018 deadline for the Proposed Class Notice and Notice Plan is HEREBY EXTENDED thirty (30) days to November 7, 2018. All other deadlines remain.

It is so ordered.

ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM CLASS NOTICE PLAN DEADLINE - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 9th day of October, 2018.

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM CLASS NOTICE PLAN DEADLINE - 2