The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>                                   Plaintiffs,<br><br>        v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>                                   Defendant. | No.  3:17-cv-05769-RJB<br><br>SECOND STIPULATED MOTION FOR RELIEF FROM CLASS NOTICE PLAN DEADLINE<br><br>NOTE ON MOTION CALENDAR: November 6, 2018 |

Plaintiffs Ugochukwu Goodluck Nwauzor and Fernando Aguirre-Urbina ("Class Representatives") and Defendant The GEO Group, Inc. ("GEO"), the Parties, by and through their respective counsel, respectfully and jointly move the Court for an order continuing the deadline to file a proposed Class Notice and Notice Plan from November 7, 2018, to January 8, 2019. Counsel for the Parties have conferred and agree that good cause exists to modify the case schedule, with reference to the following:

1.      On August 6, 2018, the Court certified this matter as a class action, ordering the

STIPULATED MOT. FOR RELIEF FROM CLASS NOTICE PLAN DEADLINE.
(17-CV-05769-RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

Parties to present a proposed Class Notice and Notice Plan to the Court by September 5, 2018. Dkt. # 114.

2.    The Parties held telephone conferences on August 23 and 27, 2018, to discuss upcoming scheduling deadlines and a class notice plan, among other things.

3.    To formulate a notice, Plaintiffs have requested information, including the names, A-numbers, last known addresses, nationality, and dates of detention at the Northwest Detention Center of each class member. Some of this information is in the possession, custody, or control of GEO, but other information is in the possession, custody, or control of U.S. Immigration and Customs Enforcement ("ICE") or GEO's third-party vendors. ICE has indicated that certain information, including information in GEO's custody, may be subject to ICE's review and approval before production may occur, or in some cases, information may be available only from ICE (requiring third-party discovery).

4.    The Parties met and conferred on November 6, 2018, to discuss progress both on Plaintiff's requests for class discovery and designing a Protective Order that will satisfy the interests of the Court, the Parties, and ICE. GEO's counsel has been in communication with ICE regarding the scope of a protective order that will address the government's concerns and obviate the need for tedious and time-consuming page-by-page document review by ICE. The discussions have involved not only this case, but also related matters, including *Menocal et al. v. The GEO Group, Inc.*, 14-cv-02887-JLK (D. Colo.). The district court in *Menocal*—a similar lawsuit filed before this action involving the Voluntary Work Program at another GEO-run facility—recently continued the deadline for the parties to file a proposed Protective Order and Class Notice Plan, as the parties work through similar issues concerning documents that are in the possession, custody, or control of ICE. *Id.* (Nov. 1, 2018, D. Colo., Dkt. 151).

STIPULATED MOT. FOR RELIEF
FROM CLASS NOTICE PLAN
DEADLINE.
(17-CV-05769-RJB) – 2

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

5.        Sorting through these issues has taken longer than anticipated, and the Parties have twice moved the Court to extend the proposed Class Notice and Class Notice Plan deadlines, which are currently due on November 7, 2018. Dkt. # 119, 120, 126, 127. In light of the on-going discussions between the Parties and ICE, it is clear that the Parties will not be able to meet the November 7 deadline despite their best efforts. Accordingly, the Parties seek an extension of time until January 8, 2019, for the Parties to submit a proposed Class Notice and Class Notice Plan. It is the hope and expectation of the Parties that this will be the last such extension sought.

6.        The Parties bring this Stipulated Motion in good faith and without intent to cause undue delay, prejudice, or expense on any other party or this Court, and do so here to avoid unnecessary third-party motion practice and to facilitate the timely and orderly release of information about class members. However, it is apparent that a further extension is necessary to ensure development of a Notice Plan and discovery of information that will maximize the likelihood of Class Members being informed of the existence and nature of this action.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.        The deadline for submitting a proposed Class Notice and Notice Plan to the Court shall be extended from November 7 to January 8, 2019.

2.        This Order shall not revive pretrial deadlines that have already expired.

SO STIPULATED this 6th day of November, 2018.

STIPULATED MOT. FOR RELIEF
FROM CLASS NOTICE PLAN
DEADLINE.
(17-CV-05769-RJB) – 3

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

LITTLER MENDELSON, P.C.

*s/ Douglas E. Smith*

Douglas E. Smith, WSBA #17319
600 University Street, Suite 3200
Seattle, WA 98101
Tel: (206) 623-3300
desmith@littler.com


NORTON ROSE FULBRIGHT US LLP
Charles A. Deacon (*Pro Hac Vice*)
300 Convent Street
San Antonio, Texas 78205
Tel: (210) 270-7133
charlie.deacon@nortonrosefulbright.com

Mark Emery (*Pro Hac Vice*)
799 – 9th Street NW, Suite 1000
Washington, DC 20001-4501
Tel: (202) 662-0210
mark.emery@nortonrosefulbright.com

Andrea D'Ambra (*Pro Hac Vice*)
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 318 3015
andrea.dambra@nortonrosefulbright.com

GREENBERG TRAURIG LLP
Scott A. Schipma (*Pro Hac Vice*)
2101 L Street NW, Suite 1000
Washington, DC 20037
Tel: (202) 331-3141
schipmas@gtlaw.com

III BRANCHES LAW, PLLC
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, WA 98466
Tel: (253) 566-2510
joan@3ebrancheslaw.com

*Attorneys for Defendant*

SCHROETER GOLDMARK & BENDER

*s/ Jamal Whitehead*

Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF
R. ANDREW FREE
R. Andrew Free (*Pro Hac Vice*)
P.O. Box 90568
Nashville, TN 37209
Tel: (844) 321-3221
andrew@immigrantcivilrights.com

SUNBIRD LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154-1003
Tel: (206) 962-5052
devin@sunbird.law

MENTER IMMIGRATION LAW, PLLC
Meena Menter, WSBA # 31870
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
Tel: (206) 419-7332
meena@meenamenter.com

*Class Counsel*

STIPULATED MOT. FOR RELIEF
FROM CLASS NOTICE PLAN
DEADLINE.
(17-CV-05769-RJB) – 4

**ORDER**

IT IS SO ORDERED:


DATED this 7th  day of November, 2018.

_____
ROBERT J. BRYAN
United States District Judge


Jointly Presented by:

SCHROETER GOLDMARK & BENDER

*s/ Jamal Whitehead*
_____
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal Whitehead, WSBA #39818

*Class Counsel*

LITTLER MENDELSON, P.C.

*s/ Douglas E. Smith*
_____
Douglas E. Smith, WSBA # 17319

*Attorneys for Defendant*

STIPULATED MOT. FOR RELIEF
FROM CLASS NOTICE PLAN
DEADLINE.
(17-CV-05769-RJB) – 5