|  | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 8 2018 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UGOCHUKWU GOODLUCK NWAUZOR and FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,

        Plaintiffs-Respondents,

 v.

THE GEO-GROUP, INC., a Florida corporation,

        Defendant-Petitioner.

No. 18-80095

D.C. No. 3:17-cv-05769-RJB
Western District of Washington, Tacoma

ORDER

Before: NGUYEN and OWENS, Circuit Judges.

    Petitioner's motion for leave to file a reply in support of its petition (Docket Entry No. 8) is granted. The Clerk shall file the reply attached as an exhibit to Docket Entry No. 8.

    The court, in its discretion, denies the petition for permission to appeal the district court's August 6, 2018 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

MBI/MOATT