

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 10 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR and FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>THE GEO-GROUP, INC., a Florida corporation,<br><br>        Defendant-Appellant. | No.   18-35753<br><br>D.C. No. 3:17-cv-05769-RJB<br>Western District of Washington, Tacoma<br><br>ORDER |

Appellant's motion to dismiss this appeal voluntarily (docket #13) is granted.  Fed. R. App. P. 42(b).  This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By:  Chris Goelz
Circuit Mediator

12/10/18/cg/mediation

CG/Mediation