The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,

Plaintiffs,

v.

THE GEO GROUP, INC., a Florida corporation,

Defendant.

No.  3:17-cv-05769-RJB

**PLAINTIFFS' PROPOSED NOTICE PLAN AND PROPOSED ORDER**

Plaintiffs Ugochukwu Goodluck Nwauzor and Fernando Aguirre-Urbina, by and through counsel, respectfully submit the following proposed Class Notice Plan:

1.    The Court granted Plaintiff's Motion for Class Certification on August 6, 2018, certifying a class of all civil immigration detainees who participated in the Voluntary Work Program at the Northwest Detention Center at any time between September 26, 2014, and the date of final judgment in this matter. The current deadline for the parties to submit a Proposed Notice and Notice Plan is January 8, 2019. Dkt. No. 134.

2.    The parties have conferred and, based on that conferral, Plaintiffs propose a multifaceted Notice Plan to be administered by an experienced notice plan administrator, and to include distribution of a long form notice by mail to Class Members currently

[PROPOSED] ORDER RE: CLASS
NOTICE (3:17-cv-05769-RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

residing in the United States, publication of short form notices by radio and print advertisements to Class Members residing outside the United States, creation of a dedicated class website accessible to people within and outside of the United States, the sophisticated use of internet banner ads on various social media and web platforms within and outside of the United States, and a dedicated toll-free phone number.

3.      Plaintiffs respectfully submit that, once finalized, this proposed Notice Plan will provide "the best notice practicable under the circumstances," as required by Fed. R. Civ. P. 23(c)(2)(B). Many of the Class Members reside outside the United States, with incomplete or unreliable address information making notification by direct mail difficult. For this reason, the proposed program provides for publication by radio, print, and internet means to Class Members residing outside the United States. *See* David F. Herr, Manual Complex Lit. § 21.311 (4th ed.).

4.      Defendant does not oppose a class notice program consistent with Plaintiffs' proposed Notice Plan, subject to further meet and confer discussions with Plaintiffs to finalize additional specific details of the Notice Plan and further Court approval as provided within Paragraph 5 below. Defendant further reserves all of its objections to the certification of a class in this case and also reserves any objections it may have in the event that the actual notice as disseminated does not satisfy the requirements of Fed. R. Civ. P. 23(c)(2)(B). Defendant further states that it has been working in good faith to provide class list information as requested by Plaintiffs, including information in the possession, custody and control of Defendant and other information that must be requested from, or for which approval to produce must be obtained from, the government, including Immigration and Customs Enforcement ("ICE"). Defendant further states that the class list information is

[PROPOSED] ORDER RE: CLASS
NOTICE (3:17-cv-05769-RJB) – 2

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

also confidential, and, as such the production of class list information is also subject to the entry of a protective order by the Court that permits the release of and protects class list information in accordance with applicable law and regulation. The recent government shutdown, however, has impacted the relevant government agencies, including ICE, and, as such, has impacted Defendant's ability to obtain class list information and/or other necessary approvals regarding the class list and protective order from the government and/or ICE, including because some of the relevant government personnel have been furloughed.

5.    In light of all of the above, Plaintiffs propose the following as their Class Notice Plan:

a.    **Notice Administrator:** The parties shall agree as to the identity of the Notice Administrator, subject to Court approval.

b.    **Class Notice Documents**. Class Notice Documents shall be modeled after and consistent with "The Federal Judicial Center's Illustrative Forms of Class Action Notices." *See* Illustrative Forms of Class Action Notices: Overview, available at https://www.fjc.gov/content/301253/illustrative-forms-class-action-notices-introduction (last visited Jan. 8, 2019). The Class Notice Documents will be in English and will be translated into Spanish and other languages corresponding to the countries in which a significant portion of the Class Members reside. The parties shall further meet and confer regarding such translations. Plaintiffs have provided Defendant with drafts of the proposed Long Form, Short Form (print and radio) notices (collectively "Class Notice Documents").[1]

---

[1] Plaintiffs have not yet provided Defendant with their copies of the proposed banner and display ads as contemplated by Paragraph 5(c)(iii) for review and comment. Defendant shall have ten (10) days from the entry of this Order or ten (10) days from the receipt of such drafts from Plaintiffs, whichever is later, to

[PROPOSED] ORDER RE: CLASS
NOTICE (3:17-cv-05769-RJB) – 3

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

Within ten (10) days from the entry of this Order, Defendant shall provide Plaintiffs with any comments and/or revisions on these Class Notice Documents. The parties shall then submit the agreed Class Notice Documents to the Court for its approval, provided, however that if within twenty (20) days from the entry of this Order, the parties cannot agree on the form or content of these Class Notice Documents, the parties shall submit their respective Class Notice Documents to the Court for its determination.

        c.     **Class Notification Process**.

              i.    *Class List:* As noted above, certain of the information that Plaintiffs are seeking for class notice purposes must be requested from, or is information for which approval to produce must be obtained from, the government, including ICE. Class list information is also confidential, and as such, its production is subject to the entry of a protective order. It is Defendant's position that approval from the government, including ICE, as to its content, must be obtained before a protective order is submitted to the Court, and, therefore, Defendant has represented it cannot produce class list information without government approval of the protective order. In light of the government shutdown, however, it is unknown when such information and/or approval can be obtained. In light of this, the parties agree to the following schedule for the production of class list information: Defendant shall produce such information within seven (7) days of Defendant's receipt of approval to

provide Plaintiffs with any comments and/or revisions to such documents. If the parties cannot reach agreement as to the form or content of the banner ads, the parties shall submit their respective banner and display ads to the Court for its determination.

[PROPOSED] ORDER RE: CLASS
NOTICE (3:17-cv-05769-RJB) – 4

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

produce and/or class list information (as applicable) from the appropriate government authorities, or within seven (7) days of the entry of a protective order in this action, whichever is later. If approval from the appropriate government authorities to produce class list information does not follow within 30 days of the Court's approval of Plaintiffs' Notice Plan, the parties shall meet and confer regarding the timing of obtaining class list information and provide a status update to the Court.

ii.    *Mailing Class Notice.* Within fifteen (15) days from the date of the Court's approval of the Notice Documents in accordance with Paragraph 5(b), or within fifteen days of the provision of the Class List information in accordance with the schedule set forth pursuant to Paragraph 5(c)(i), whichever is later, the Notice Administrator shall mail the Long Form Class Notice by first class mail to all Class Members who reside in the United States and for whom names and addresses can be compiled. In the event any Class Notice is returned as undeliverable, the Notice Administrator shall use best efforts to obtain corrected addresses, and shall promptly re-mail the Class Notice(s) to the corrected address(es).

iii.    *Publication.* The Notice Administrator will use various means of publication to further disseminate notice, including some or all of the following:  print advertisements in selected newspapers, radio advertisements on selected radio stations, and targeted internet-based notification featuring programmatic digital banner advertising

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

campaigns and in-feed display ads on social media platforms such as Google Display Network (GDN), Facebook Audience Exchange Ad Network, Facebook, Instagram, and Twitter. The parties recognize, however, that the final specifics of the publication program depends, in part, on the make-up of the class as set forth in the class list. Accordingly, the parties shall further meet and confer on the final specifics of the publication program, and, if the parties cannot reach agreement as to the specifics the parties shall submit any such disputes to the Court for its determination.

iv.    *Dedicated Website*:  The Notice Administrator shall maintain a dedicated website to provide class members with information regarding the notice. The website will feature a toll-free phone number with live call center support in appropriate languages that Class Members may call for additional information about the lawsuit.

c.    *Opt-Out Deadline.* Any person sent a Class Notice who wishes to opt out of the class action must do so by following the instructions for requesting exclusion from the class as set forth in the Class Notice. All requests for exclusion must be mailed, emailed, or otherwise transmitted to the Notice Administrator no later than 60 days after the notice campaign begins or the requests for exclusion shall be deemed void and ineffective.

d.    *Report on Opt-Outs.* The Notice Administrator shall notify the parties Defendant of any opt-out within fourteen (14) days of receipt of a Request for Exclusion form. Within fifteen (15) days of the opt-out deadline calculated from the date of the initial mailing of the Notice, Class Counsel shall file a report with the Court regarding opt-outs.

[PROPOSED] ORDER RE: CLASS
NOTICE (3:17-cv-05769-RJB) – 6

DATED this 8th day of January, 2019.

GREENBERG TRAURIG LLP

*s/ Scott A. Schipma*

Scott A. Schipma (Pro Hac Vice)
2101 L Street NW, Suite 1000
Washington, DC 20037
Tel: (202) 331-3141
schipmas@gtlaw.com

LITTLER MENDELSON, P.C.
Douglas E. Smith, WSBA #17319
600 University Street, Suite 3200
Seattle, WA 98101
Tel: (206) 623-3300
desmith@littler.com

NORTON ROSE FULBRIGHT US LLP
Charles A. Deacon (*Pro Hac Vice*)
300 Convent Street
San Antonio, Texas 78205
Tel: (210) 270-7133
charlie.deacon@nortonrosefulbright.com

Mark Emery (*Pro Hac Vice*)
799 – 9th Street NW, Suite 1000
Washington, DC 20001-4501
Tel: (202) 662-0210
mark.emery@nortonrosefulbright.com

Andrea D'Ambra (*Pro Hac Vice*)
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 318 3015
andrea.dambra@nortonrosefulbright.com

III BRANCHES LAW, PLLC
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, WA 98466
Tel: (253) 566-2510
joan@3ebrancheslaw.com

*Attorneys for Defendant*

SCHROETER GOLDMARK & BENDER

*s/ Jamal N. Whitehead*

Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF
R. ANDREW FREE
R. Andrew Free (*Pro Hac Vice*)
P.O. Box 90568
Nashville, TN 37209
Tel: (844) 321-3221
andrew@immigrantcivilrights.com

SUNBIRD LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154-1003
Tel: (206) 962-5052
devin@sunbird.law

MENTER IMMIGRATION LAW, PLLC
Meena Menter, WSBA # 31870
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
Tel: (206) 419-7332
meena@meenamenter.com

*Class Counsel*

[PROPOSED] ORDER RE: CLASS
NOTICE (3:17-cv-05769-RJB) – 7

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

**ORDER**

Pursuant to the foregoing proposal, IT IS SO ORDERED.

DATED this _____ day of January, 2019.

_____
ROBERT J. BRYAN
United States District Judge

PRESENTED BY:

SCHROETER GOLDMARK & BENDER

*s/ Jamal Whitehead*
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal Whitehead, WSBA #39818

*Class Counsel*


GREENBERG TRAURIG LLP

*s/ Scott A. Schipma*
Scott A. Schipma (Pro Hac Vice)

*Attorneys for Defendant*

[PROPOSED] ORDER RE: CLASS
NOTICE (3:17-cv-05769-RJB) – 8

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Devin T. Theriot-Orr
SUNBIRD LAW, PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA  98154-1003
devin@sunbird.law
*Attorney for Plaintiffs*

R. Andrew Free
THE LAW OFFICE OF R. ANDREW FREE
Admitted *Pro  Hac Vice*
PO Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com
*Attorney for Plaintiffs*

Joan K. Mell
III BRANCHES LAW, PLLC
1019 Regents Boulevard, Suite 204
Fircrest, WA 98466
Tel: (253) 566-2510
joan@3ebrancheslaw.com
*Attorney for Defendant*

Mark Emery
NORTON ROSE FULBRIGHT US LLP
799 – 9th Street, Suite 1000
Washington, D.C. 20001
mark.emery@nortonrosefulbright.com
*Attorney for Defendant*

Andrea D'Ambra
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
andrea.dambra@nortonrosefulbright.com
*Attorney for Defendant*

Charles A. Deacon
NORTON ROSE FULBRIGHT US LLP
300 Covent Street
San Antonio, TX 78205
charles.deacon@nortonrosefulbright.com
*Attorney for Defendant*

Meena Menter
MENTER IMMIGRATION LAW PLLC
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
meena@meenamenter.com
*Attorney for Plaintiffs*

Douglas E. Smith
LITTLER MENDELSON, P.C.
600 University Street, Suite 3200
Seattle, WA 98101.3122
Tel: (206) 623-3300
DESmith@littler.com
*Attorney for Defendant*

Scott A. Schipma (*Pro Hac Vice*)
Dawn A. Ellison (*Pro Hac Vice*)
GREENBERG  TRAURIG  LLP  2101
L Street NW, Suite 1000
Washington, DC 20037
Tel: (202) 331-3141
schipmas@gtlaw.com
*Attorney for Defendant*

CERTIFICATE OF SERVICE
(17-CV-05769-RJB)

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

DATED at Seattle, Washington this 8th day of January, 2019.

*s/ Jamal Whitehead*

Jamal N. Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
whitehead@sgb-law.com

CERTIFICATE OF SERVICE
(17-CV-05769-RJB)

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305