The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,

Plaintiffs,

v.

THE GEO GROUP, INC., a Florida corporation,

Defendant.

No.  3:17-cv-05769-RJB

**STIPULATION AND ORDER REGARDING LONG FORM CLASS NOTICE**

Plaintiffs Ugochukwu Goodluck Nwauzor and Fernando Aguirre-Urbina respectfully request, individually and on behalf of the certified class in this case, that the Court approve the proposed Long Form Class Notice for mailing to class members with reference to the following:

1.    The Court granted Plaintiffs' Motion for Class Certification on August 6, 2018, certifying a class of all civil immigration detainees who participated in the Voluntary Work Program at the Northwest Detention Center at any time between September 26, 2014, and the date of final judgment in this matter.

STIPULATION AND ORDER RE: LONG FORM CLASS NOTICE (3:17-cv-05769-RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

2.    The Court approved Plaintiffs' Proposed Notice Plan on January 9, 2019. Pursuant to that Notice Plan, the parties were to meet and confer regarding the proposed Long Form and Publication Class Notices.  If the parties could not agree within 20 days of the approval of the Notice Plan, they were to submit their respective proposed notices to the Court.   Dkt. No. 138.

3.    In addition to direct mailing of a Long Form notice to those Class Members residing within the United States, the Notice Plan provides for publication abroad by various means, including some or all of the following: print advertisements in selected newspapers, radio advertisements on selected radio stations, and internet-based notifications on social media platforms. Dkt. No. 38 at pp 5-6.

4.    Creating the Publication Class Notices  contemplated by the Notice Plan will require certain information about the Class Members. Defendant has informed Plaintiffs that certain of the information that Plaintiffs have requested be included must be obtained from ICE, and further that the production of the  Class List is subject to  government approval of the parties' yet-to-be filed proposed protective order. If the approval from the appropriate government authorities as to the protective order is not received by February 8, 2019, the parties will meet and confer and contact the Court as necessary. *See* Dkt. No. 138 at pp. 4-5.

5.    The parties have conferred and agreed to the proposed Long Form Class Notice, attached as Exhibit A to this Stipulation.  The parties exchanged preliminary drafts of the Publication Class Notice but have agreed to defer discussions regarding the Publication Class Notice until after the production of the class list, at which point they will further meet and confer and submit either an agreed or their respective proposed

STIPULATION AND ORDER RE: LONG FORM CLASS NOTICE (3:17-cv-05769-RJB) – 2

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

Publication Class Notice to the Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The Long Form Class Notice shall be in the form of Exhibit A attached hereto.

SO STIPULATED this 1st day of February, 2019.

GREENBERG TRAURIG LLP

s/ Scott A. Schipma

Scott A. Schipma (Pro Hac Vice)
2101 L Street NW, Suite 1000
Washington, DC 20037
Tel: (202) 331-3141
schipmas@gtlaw.com

LITTLER MENDELSON, P.C.
Douglas E. Smith, WSBA #17319
600 University Street, Suite 3200
Seattle, WA 98101
Tel: (206) 623-3300
desmith@littler.com

NORTON ROSE FULBRIGHT US LLP
Charles A. Deacon (Pro Hac Vice)
300 Convent Street
San Antonio, Texas 78205
Tel: (210) 270-7133
charlie.deacon@nortonrosefulbright.com

Mark Emery (Pro Hac Vice)
799 – 9th Street NW, Suite 1000
Washington, DC 20001-4501
Tel: (202) 662-0210
mark.emery@nortonrosefulbright.com

Andrea D'Ambra (Pro Hac Vice)
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 318 3015
andrea.dambra@nortonrosefulbright.com

SCHROETER GOLDMARK & BENDER

s/ Jamal N. Whitehead

Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF
R. ANDREW FREE
R. Andrew Free (Pro Hac Vice)
P.O. Box 90568
Nashville, TN 37209
Tel: (844) 321-3221
andrew@immigrantcivilrights.com

SUNBIRD LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154-1003
Tel: (206) 962-5052
devin@sunbird.law

MENTER IMMIGRATION LAW, PLLC
Meena Menter, WSBA # 31870
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
Tel: (206) 419-7332
meena@meenamenter.com

Class Counsel

STIPULATION AND ORDER RE: LONG FORM CLASS NOTICE (3:17-cv-05769-RJB) – 3

III BRANCHES LAW, PLLC
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, WA 98466
Tel: (253) 566-2510
joan@3ebrancheslaw.com

GREENBERG TRAURIG, LLP
Michael Pusateri
2102 L Street NW, Suite 1000
Washington, D.C. 20037
pusaterim@gtlaw.com

*Attorneys for Defendant*

STIPULATION AND ORDER RE: LONG
FORM CLASS NOTICE (3:17-cv-05769-
RJB) – 4

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

**ORDER**

Pursuant to the foregoing proposal, IT IS SO ORDERED.

DATED this 5th day of February, 2019.

ROBERT J. BRYAN
United States District Judge

PRESENTED BY:

SCHROETER GOLDMARK & BENDER

*s/ Jamal N. Whitehead*

Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal Whitehead, WSBA #39818

*Class Counsel*


GREENBERG TRAURIG LLP

*s/ Scott A. Schipma*

Scott A. Schipma (Pro Hac Vice)

*Attorneys for Defendant*

STIPULATION AND ORDER RE: LONG
FORM CLASS NOTICE (3:17-cv-05769-
RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# EXHIBIT A

EX. A – PROPOSED LONG FORM NOTICE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

# If you participated in the Voluntary Work Program at the Northwest Detention Center, a class action lawsuit may affect your rights

*A court authorized this notice. This is not a solicitation from a lawyer.*

- People participating in the Voluntary Work Program at the Northwest Detention Center in Tacoma, Washington, have sued The GEO Group, Inc., alleging that GEO broke the law by failing to pay workers the minimum wage under Washington law. GEO denies the allegations in the lawsuit and denies that it did anything wrong.

- The Court has allowed the lawsuit to be a class action on behalf of all detained persons who participated in the Voluntary Work Program at the Northwest Detention Center at any time since September 26, 2014.

- The Court has not decided whether GEO did anything wrong. There is no money available now, and no guarantee there will be. However, your legal rights are affected, and you have a choice to make now

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **DO NOTHING** | **Stay in this lawsuit. Await the outcome. Give up certain rights.**<br><br>By doing nothing, you keep the possibility of getting money or benefits that may come from a trial or a settlement. But, you give up any rights to sue GEO separately about the same legal claims in this lawsuit. |
| **ASK TO BE** | **Get out of this lawsuit. Get no benefits from it.** |

1

**EX. A – PROPOSED LONG FORM NOTICE**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **EXCLUDED** | **Keep rights.** <br><br> If you ask to be excluded and money or benefits are later awarded, you won't share in those. But, you keep any rights to sue GEO separately about the same legal claims in this lawsuit. |

- Your options are explained in this notice. To ask to be excluded, you must act before [date].
- Lawyers must prove the claims against GEO at a trial. If money or benefits are obtained from GEO, you will be notified about how to receive your share.
- Any questions? Read on and visit [website].

**EX. A – PROPOSED LONG FORM NOTICE**

2

EX. A – PROPOSED LONG FORM NOTICE

## 1. What is this Notice about?

You are receiving this notice because you participated in the Voluntary Work Program ("VWP" or "$1-a-day Program") at the Northwest Detention Center located in Tacoma, Washington, at some time since September 26, 2014.

A lawsuit against The GEO Group, Inc. ("GEO") has been certified as a class action by Judge Robert Bryan of the U.S. District Court for the Western District of Washington. The lawsuit is known as *Nwauzor, et al. v. The GEO Group, Inc.*, No. 17-cv-05769. This action asserts claims for backpay under Washington state wage law based on the allegations that GEO did not provide members of the certified class with minimum wages as required under the Washington Minimum Wage Act.  GEO denies the allegations in the lawsuit.

The purpose of this notice is to advise you that you have been identified as a potential member of the certified class. You have the choice as to whether or not you wish to participate in this lawsuit. If you **want** to participate in the lawsuit, you do not need to do anything further at this time. You will automatically be a part of the case and will receive more information in the future. If you **do not want** to participate in the lawsuit, you **must** send a Request to Be Excluded form (or similar document) by mail, email, fax or other method of delivery to the Notice Administrator at the locations identified below. The Request to Be Excluded must be in writing and delivered, transmitted, or postmarked on or before [**60 days from the date of mailing**]. An example Request to Be Excluded form is attached to this Notice as Exhibit A.

## 2. What is this lawsuit about?

This lawsuit is about whether GEO, as the owner and operator of the Northwest Detention Center, is an "employer" and whether the Class Members are "employees" under the Washington Minimum Wage Act. And if so, whether GEO violated the Act by failing to pay Class Members the minimum hourly wage under Washington law for work performed under the $1-a-day Program. GEO denies the allegations made in the lawsuit.

## 3. What is a class action and who is involved?

In a class action lawsuit, one or more people called "Class Representatives" (in this case Ugochukwu Goodluck Nwauzor and Fernando Aguirre-Urbina) sue on behalf of other people who have similar claims. The people together are a "Class" or "Class Members." The people

3

who sued—and all the Class Members like them—are called the Plaintiffs. The company they sued (in this case GEO) is called the Defendant. One court resolves the issues for everyone in the Class—except for those people who choose to exclude themselves from the Class.

## 4. What are the Plaintiffs asking for?

The Plaintiffs are asking for money damages allowed under the Washington Minimum Wage Act.

## 5. What does the Defendant say about this lawsuit?

GEO denies that it did anything wrong, and says that Plaintiffs are not its "employees" under Washington law and that it does not have to pay them the Washington minimum wage.

## 6. Has the Court decided who is right?

The Court hasn't decided whether GEO or the Plaintiffs are correct. By establishing the Class and issuing this Notice, the Court is not suggesting that the Plaintiffs will win or lose this case. The Plaintiffs must prove their claims at a trial.   (See "The Trial" below on page [X].)

## 7. Is there any money available now?

No money or benefits are available now because the Court has not yet decided whether GEO did anything wrong, and the two sides have not settled the case. There is no guarantee that money or benefits ever will be obtained. If they are, you will be notified about how to ask for a share.

## 8. Am I part of this Class?

4

EX. A – PROPOSED LONG FORM NOTICE

Judge Bryan decided has decided that the following people are potential members of the class:

All civil immigration detainees who participated in the Voluntary Work Program at the Northwest Detention Center at any time between September 26, 2014, and the date of final judgment in this matter.

**9. Are any civil immigration detainees not included in the Class?**

If you were detained at the Northwest Detention Center during the time period in question above, but you did not participate in the Voluntary Work Program, you are NOT a Class Member.

**10. Who will represent the Class?**

The Court has approved Ugochukwu Goodluck Nwauzor and Fernando Aguirre-Urbina to serve as the Class Representatives. The Court also decided that the law firms Schroeter Goldmark & Bender, Sunbird Law PLLC, and Menter Immigration Law PLLC of Seattle, WA, and the Law Office of R. Andrew Free of Nashville, TN, are qualified to represent you and all Class Members. Together the law firms are called "Class Counsel." They are experienced in handling similar cases. More information about these law firms, their practices, and their lawyers' experience is available at www.sgb-law.com, www.sunbird.law, www.meenamenter.com, and www.immigrantcivilrights.com.

**11. What do I need to do to take part in the Class Action?**

If you want to participate in the class action against GEO and you want to have the Class Representatives and Class Counsel represent your interests, you are not required to do anything at this time.

**12. What happens if I participate in the class action?**

5

**EX. A – PROPOSED LONG FORM NOTICE**

If you participate in the class action, you will be bound by any court decision in the case, whether favorable or unfavorable. This means that you will share in any recovery the class obtains through trial or settlement. This also means that you will lose any right to pursue similar claims for this time period if the court rules against the class. You will not be responsible to pay for costs or fees for Class Counsel, but these amounts may be taken out of any recovery in the case. If you choose to participate in the class action, you may also engage an attorney of your own choosing, but at your own expense. If you choose to be included in the class, GEO is not permitted to retaliate against you in any way because of your participation in this case.

### 13. Can I exclude myself from the Class Action?

Yes. If you do not want to be a member of the class in this lawsuit, you can opt out. If you want to be excluded, you must communicate your decision to opt out to Class Counsel by using the Request to Be Excluded form attached as **Exhibit A** to this Notice. The Request to Be Excluded Form is also available at [website].  You may also prepare your own request to be excluded, but any request must be in writing

The Request to Be Excluded form must either be delivered to the Notice Administrator by mail, email or fax at the following address:

**GEO Litigation**
**[address, email address and fax number]**

Or, sent by email, transmitted on or before [60 days from the date of mailing], to [email].

### 14. What happens if I exclude myself from the class action?

If you exclude yourself from the class action, you will not be affected or bound by any rulings, judgment, or settlement in the case. You will retain your rights under the law and are free to pursue any possible claims on your own. This also means that you will not share in any recovery that might be paid to class members as a result of this lawsuit.

### 15. Can anyone retaliate against me for participating or excluding myself?

EX. A – PROPOSED LONG FORM NOTICE

No one is permitted to retaliate against you in any way because you chose to participate in or exclude yourself from this class action.

| 16. How can I obtain more information? |
| --- |

**DO NOT CONTACT THE COURT FOR INFORMATION.**

Visit the website, [website], where you will find the Court's Order Certifying the Class, the Complaint that the Plaintiffs submitted, the Defendant's Answer to the Complaint, as well as an Exclusion Request form. You may also speak to one of the lawyers by calling [telephone], or by writing to: *Nwauzor v. The GEO Group, Inc. Class Action*, [address].

You may also contact the Notice Administrator at: [insert website and email and phone number]

You may also seek the advice of your own attorney if you desire.

Finally, all pleadings and other records in this litigation may be examined and copied at any time during regular office hours at the Office of the Clerk, U.S. District Court, 1717 Pacific Avenue, Room 3100, Tacoma, WA 98402-3200.

**Ex. A – Proposed Long Form Notice**

*Exhibit A to Long Form Notice*

**REQUEST TO BE EXCLUDED FROM THE CLASS**

Please carefully read the attached Notice of Class Action before filling out this form.

**DO NOT FILL OUT THE FORM IF YOU WANT TO REMAIN PART OF THE CASE AND BE REPRESENTED BY CLASS COUNSEL**

If you want to **exclude** yourself from the Class, please sign and date this form and return it to Class Counsel on or before **[60 days from the date of mailing]**. The Request to Be Excluded must be sent by mail, email, fax, or other delivery method on or before [**60 days from the date of mailing**], to:

> **GEO Litigation**
> **[address]**
> **[Fax]**
> **[Email]**

I want to be **excluded** from the class that has been certified in the case of *Nwauzor et al. v. The GEO GROUP, Inc., No. 17-cv-5769-RJB*, U.S. District Court for the Western District of Washington at Tacoma.

**PRINT NAME:** _____

**SIGNATURE:** _____

**ADDRESS:** _____

_____

_____

8

**EX. A – PROPOSED LONG FORM NOTICE**

**PHONE:**

**EMAIL:**

**DATED:**

**EX. A – PROPOSED LONG FORM NOTICE**

9