UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR and FERNANDO AGUIRRE-URBINA, individually and on behalf of those similarly situated,<br><br>                    Plaintiffs,<br>        v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>                    Defendant. | CASE NO. 3:17-cv-05769-RJB<br><br>ORDER SETTING DEADLINE |

THIS MATTER comes before the Court *sua sponte*. The Court has reviewed the file and is fully advised.

On February 5, 2019, the Court approved the parties' proposed Long Form Class Notice by order. Dkt. 142. That order provided, in part:

Creating the Publication Class Notices contemplated by the Notice Plan will require certain information about the Class Members. Defendant has informed Plaintiffs that certain of the information that Plaintiffs have requested be included must be obtained from ICE, and further that the production of the Class List is subject to government approval of the parties' yet-to-be filed proposed protective order. If the approval from the appropriate government authorities as to the

ORDER SETTING DEADLINE - 1

protective order is not received by February 8, 2019, the parties will meet and confer and contact the Court as necessary.

Dkt. 142, at 2. As of the date of this order, the parties have not filed a proposed protective order and have not contacted the Court. Accordingly, on or before March 22, 2019, the parties should either file the proposed protective order or a status report with the Court.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 15th day of February, 2019.

ROBERT J. BRYAN
United States District Judge

ORDER SETTING DEADLINE - 2