The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK NWAUZOR,
FERNANDO AGUIRRE-URBINA, individually
and on behalf of all those similarly situated,

                Plaintiffs/Counter Defendants,

     v.

The GEO Group, Inc.,

                Defendant/Counter Claimant.

Case No. 3:17-cv-05769-RJB

**[PROPOSED] ORDER TO EXTEND
CASE DEADLINES**

BASED ON THE PARTIES' STIPULATION, IT IS HEREBY ORDERED that the following Trial and Pretrial dates are re-set as follows:

        Discovery motions: _____, 2019

        Discovery completed: _____, 2019

        Dispositive motions filed: _____, 2019

        Motions in limine filed: _____, 2019

        Agreed Pretrial Order filed: _____, 2019

        Pretrial Conference: _____, 2019

        Trial briefs, proposed voir dire, and jury instructions due: _____, 2019

        Trial date: _____, 2019

[PROPOSED] ORDER TO EXTEND CASE DEADLINES
CASE NO. 3:17-CV-05769-RJB

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

Dated this _____ day of February, 2019.

_____
Honorable Robert J. Bryan
United States District Judge

Jointly Presented by:

*s/ William J. Kim*
_____
**LITTLER MENDELSON, P.C.**
Douglas E. Smith, WSBA #17319
William J. Kim, WSBA #46792
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone:        206.623.3300
Fax:          206.447.6965
E-Mail:       desmith@littler.com
              wkim@littler.com

**GREENBERG TRAURIG LLP**
Scott A. Schipma. *pro hac vice*
Dawn A. Ellison, *pro hac vice*
Jerry Stouck, *pro hac vice*
2101 L St. NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3141
schipmas@gtlaw.com
ellisond@gtlaw.com
stouckj@gtlaw.com

**NORTON ROSE FULBRIGHT US LLP**
Andrea L. D'Ambra

[PROPOSED] ORDER TO EXTEND CASE DEADLINES
CASE NO. 3:17-CV-05769-RJB- 2

1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
Facsimile:  (212) 318-3400
andrea.dambra@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
Charles A. Deacon
300 Convent St.
San Antonio, Texas 78205
Telephone: (210) 270-7133
Facsimile:  (210) 270-7205
charlie.deacon@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
Mark Emery
799 9th Street NW, Suite 1000
Washington, DC  20001-4501
Telephone: (202) 662-0210
Facsimile: (202) 662-4643
mark.emery@nortonrosefulbright.com

Attorneys for Defendant
The GEO Group, Inc.

*s/ Jamal N. Whitehead*
**SCHROETER GOLDMARK & BENDER**
Jamal N. Whitehead WSBA #39818
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:         206.622.8000
E-Mail:         whitehead@sgb-law.com

Attorneys for Plaintiffs Ugochukwu Goodluck
Nwauzor, and Fernando Aguirre-Urbina

[PROPOSED] ORDER TO EXTEND CASE DEADLINES
CASE NO. 3:17-CV-05769-RJB- 3