UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK
NWAUZOR and FERNANDO AGUIRRE-
URBINA, individually and on behalf of
those similarly situated,

                    Plaintiffs,

        v.

THE GEO GROUP, INC., a Florida
corporation,

                    Defendant.

CASE NO. 3:17-cv-05769-RJB

ORDER RESETTING DEADLINES

THIS MATTER comes before the Court on the parties Stipulated Motion to Extend Case Deadlines. Dkt. 144.  The Court has reviewed the motion and the remaining file.

On February 5, 2019, the Court approved the parties' proposed Long Form Class Notice by order.  Dkt. 142.  That order provided, in part:

> Creating the Publication Class Notices contemplated by the Notice Plan will require certain information about the Class Members. Defendant has informed Plaintiffs that certain of the information that Plaintiffs have requested be included must be obtained from ICE, and further that the production of the Class List is subject to government approval of the parties' yet-to-be filed proposed protective order. If the approval from the appropriate government authorities as to the protective order is not received by February 8, 2019, the parties will meet and confer and contact the Court as necessary.

Dkt. 142, at 2.  The deadline for the parties to either file the proposed protective order or a status report was extended to March 22, 2019.  Dkt. 143.  Trial is set to begin September 3, 2019.

ORDER RESETTING DEADLINES - 1

In the instant motion, the parties seek a six month extension of all case deadlines that have not passed due to difficulties in getting the proposed protective order approved and creating an accurate class list. Dkt. 144. The parties propose that trial begin the first week of March 2020. *Id.*

**Standard on Motion for Extension of Time**. Fed. R. Civ. P. 16 (b)(4) provides that the Court may grant a modification to the case schedule for good cause.

**Motion for Extension of Time**. The parties' motion for a six month extension of the case deadlines (Dkt. 144) should be granted. They have articulated sufficient good cause for an extension. A six month extension should be granted. This extension **does not apply** to the March 22, 2019 deadline for the parties to either file the proposed protective order or a status report.

The Clerk of the Court should be directed to issue a new scheduling order, setting trial to begin on **March 2, 2020**, and resetting the other deadlines in the case that have not passed.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 1st day of March, 2019.

ROBERT J. BRYAN
United States District Judge

ORDER RESETTING DEADLINES - 2