The Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs/Counter Defendants,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant/Counter Claimant | Case No. 3:17-cv-05769-RJB<br><br>**ORDER ON DEFENDANT/COUNTER CLAIMANT'S UNOPPOSED MOTION TO WAIVE GEOGRAPHIC REQUIREMENT IN LCR 83.1** |

THIS MATTER has come before the Court on Defendant/Counter Claimant's Unopposed Motion to Waive Geographic Requirement in LCR 83.1. The Court has reviewed the motion and, deeming that good cause exists, GRANTS the motion. The Court hereby waives the geographic requirement for local counsel in LCR 83.1(d)(2), and orders that J. Matthew Donohue, Shannon Armstrong, and Kristin Asai may serve as local counsel in this matter and file *pro hac vice* applications under LCR 83.1(d).

IT IS SO ORDERED.

Dated this 20th day of March, 2019.

ROBERT J. BRYAN
United States District Judge

PAGE 1 – ORDER ON DEFENDANT/COUNTER
CLAIMANT'S UNOPPOSED MOTION TO WAIVE
GEOGRAPHIC REQUIREMENT IN LCR 83.1 (3:17-CV-
05769-RJB)

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

Presented by:


*s/ Shannon Armstrong*
Shannon Armstrong, WSBA #45947
Shannon.Armstrong@hklaw.com
HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

*Attorney for Defendant/Counter Claimant*

PAGE 2 – ORDER ON DEFENDANT/COUNTER
CLAIMANT'S UNOPPOSED MOTION TO WAIVE
GEOGRAPHIC REQUIREMENT IN LCR 83.1 (3:17-CV-
05769-RJB)

PAGE LEFT INTENTIONALLY BLANK

CERTIFICATE OF SERVICE – PAGE 1