UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR and FERNANDO AGUIRRE-URBINA, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | CASE NO. 3:17-cv-05769-RJB<br><br>ORDER ON JOINT STATUS REPORT |

THIS MATTER comes before the Court on the parties' April 5, 2019 Joint Status Report. Dkt. 165. The Court has reviewed the report and the remaining file.

On February 5, 2019, the Court approved the parties' proposed Long Form Class Notice by order. Dkt. 142. That order provided, in part:

> Creating the Publication Class Notices contemplated by the Notice Plan will require certain information about the Class Members. Defendant has informed Plaintiffs that certain of the information that Plaintiffs have requested be included must be obtained from [U.S. Immigration and Customs Enforcement ("ICE")], and further that the production of the Class List is subject to government approval of the parties' yet-to-be filed proposed protective order. If the approval from the appropriate government authorities as to the protective order is not received by February 8, 2019, the parties will meet and confer and contact the Court as necessary.

*Id.*

ORDER ON JOINT STATUS REPORT - 1

After an extension of time was granted, the parties each filed proposed protective orders, and the Plaintiffs' Motion for a Protective Order was granted. Dkt. 161. In the pleadings related to the proposed protective orders, the parties informed the Court that the Defendant had not produced a class list because they were waiting for entry of the protective order and then cooperation from ICE. Accordingly, the parties were ordered to file a report regarding the status of the class list and required notices on or before April 5, 2019. Dkt. 161. On March 25, 2019, the protective order was entered. Dkt. 163.

The parties filed the instant Joint Status Report as directed on April 5, 2019. Dkt. 165. They indicate that the Defendant still has not produced the class list, but expects to do so by April 12, 2019. *Id.* The parties also state that during a conferral about the class list, the Plaintiffs have requested other information about the class members; the Defendant states that it does not have that information, but will follow up with ICE to see if that information is available. *Id.* The report further provides that: "Plaintiffs' respectfully request the Court set a deadline for GEO to produce a Class List, including (1) address prior to detention, (2) forwarding address at the time of release, (3) telephone number, (4) email address, and (5) alien registration number or 'A-number.'" *Id.*

A deadline should be set for the Defendant to produce the class list, and the other contact information the Plaintiffs seek, if any is available. Accordingly, the Defendant should be ordered to produce the class list by **April 12, 2019**. Supplements to the class list, including class member contact information, if any, should be produced by **April 29, 2019**. The parties should cooperate to keep this case on schedule, in particular, in getting the class notices out. The other deadlines in the case remain.

**IT IS SO ORDERED**.

ORDER ON JOINT STATUS REPORT - 2

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 8th day of April, 2019.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge