The Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,

Plaintiffs/Counter Defendants,

v.

THE GEO GROUP, INC.,

Defendant/Counter Claimant

Case No. 3:17-cv-05769-RJB

**ORDER ON DEFENDANT'S MOTION TO DISMISS, STAY, OR CONSOLIDATE RELATED LITIGATION**

THIS MATTER has come before the Court on Defendant/Counter Claimant's Motion to Dismiss, Stay, or Consolidate Related Litigation.  The Court has reviewed the motion and, deeming that good cause exists, GRANTS the motion.  The Court hereby [dismisses or stays] this matter because it is duplicative of *State of Washington v. The GEO Group, Inc.*, Case No. 3:17-cv-05806-RJB.  [The Court hereby consolidates this matter with *State of Washington v. The GEO Group, Inc.*, Case No. 3:17-cv-05806-RJB, and will enter a new scheduling order to apply in both matters.]

IT IS SO ORDERED.

Dated this __ day of _____, 2019.

_____
HONORABLE ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

ORDER ON DEFENDANT'S MOTION TO DISMISS, STAY, OR CONSOLIDATE RELATED LITIGATION (3:17-CV-05769-RJB) - PAGE 1

Presented by:

*s/ Shannon Armstrong*
Shannon Armstrong, WSBA #45947
Shannon.Armstrong@hklaw.com
HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

*Attorney for Defendant/Counter Claimant*

ORDER ON DEFENDANT'S MOTION TO DISMISS,
STAY, OR CONSOLIDATE RELATED LITIGATION
(3:17-CV-05769-RJB) - PAGE 2

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing ORDER ON ORDER ON DEFENDANT'S MOTION TO DISMISS, STAY, OR CONSOLIDATE RELATED LITIGATION to be served on the following person[s]:

Jamal N. Whitehead
Adam J. Berger
Lindsay L. Halm
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
whitehead@sgb-law.com

*Attorneys for Plaintiffs/Counter Defendants*

Devin T Theriot-Orr
Open Sky Law PLLC
20415 72nd Avenue S, Suite 110
Kent, WA 98032
devin@opensky.law

*Attorneys for Plaintiffs/Counter Defendants*

R. Andrew Free
Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

*Attorneys for Plaintiffs/Counter Defendants*

Meena Pallipamu Menter
Menter Immigration Law PLLC
8201 164th Avenue NE, Suite 200
Seattle, WA 98052
meena@meenamenter.com

*Attorneys for Plaintiffs/Counter Defendants*

by causing the document to be delivered by the following indicated method or methods:

☑      by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐      by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐      by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐      by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐      by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED May 2, 2019.

s/ *Kristin M. Asai*
Kristin M. Asai

CERTIFICATE OF SERVICE - PAGE 1

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300