The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant/Counter-Claimant. | Case No, 3:17-cv-05769-RJB<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES** |

This Court, having reviewed Plaintiffs Ugochukwu Nwauzor and Fernando Aguirre-Urbina and Defendant The GEO Group, Inc.'s (collectively, the "Parties") Stipulated Motion for Extension of Expert Disclosure Deadlines (the "Motion"), finds good cause exists and the Motion is timely, and therefore GRANTS the Motion. The Parties shall have through and including September 11, 2019 to disclose their respective experts. Rebuttal expert disclosures will be due thirty (30) days after expert disclosure, or no later than October 11, 2019.

**IT IS SO ORDERED.**

This the 29th day of August, 2019.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES
(3:17-CV-05769-RJB) – PAGE 1

AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

PRESENTED BY:

By: *s/ Jamal Whitehead*
**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818

*Counsel for Plaintiffs*

By: *s/ Colin L. Barnacle*
**AKERMAN LLP**
Colin L. Barnacle (Admitted *pro hac vice*)
Christopher J. Eby (Admitted *pro hac vice*)
Ashley E. Calhoun (Admitted *pro hac vice*)

*Counsel for Defendant The GEO Group, Inc.*

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF EXPERT
DISCLOSURE DEADLINES
(3:17-CV-05769-RJB) – PAGE 2

AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712