

**From:** (b)(6),(b)(7)(C)
**Sent:** 20 Jun 2017 19:15:45 +0000
**To:** (b)(6),(b)(7)(C)
**Subject:** FW: Statement of Interest

(b)(6),(b)(7)(C)

I received the email below regarding the Menocal and Owino cases. Once I receive the draft, do you want me to review it or send it to you? If you would like me to review it, perhaps we can discuss what took place on the conference call which I believe you attended a couple of weeks ago. Please let me know how you would like to proceed.

Thanks,

(b)(6),(b)(7)(C)

Associate Legal Advisor
Detention and Removal Law Section
Enforcement and Removal Operations Law Division
Office of the Principal Legal Advisor
DHS U.S. Immigration and Customs Enforcement
202-732-(b)(6),(b)(7)(C) (office)
202-441-(b)(6),(b)(7)(C) (cell)
(b)(6),(b)(7)(C)

*** Warning *** Attorney/Client Privilege *** Attorney Work Product ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From:** (b)(6),(b)(7)(C)
**Sent:** Tuesday, June 20, 2017 3:09 PM
**To:** (b)(6),(b)(7)(C)
**Cc:** (b)(6),(b)(7)(C)
**Subject:** FW: Statement of Interest

Colleagues,

Given the exchanges below, DCLD is drafting a letter from Tracy Short requesting that DOJ file a Statement of U.S. Interest in the *Menocal* and *Owino* cases. It will also include an attachment that outlines our interests in these cases. I expect to send you that by COB tomorrow and then ask for your divisions' views within a day or so. Ideally, we'd like to get this to Adam Loiacono for his review on Friday. (b)(6),(b)(7)(C) attended a conference call on it a week or so ago, and should be fairly familiar with the EROLD issues.)

More to follow soon, and thanks,

(b)(6),(b)(7)(C)

(b)(6),(b)(7)(C) |Associate Legal Advisor
Office of the Principal Legal Advisor | DCLD
202-732-(b)(6) (desk) | 202-875-(b)(6) (cell)



**Attorney/Client Privilege ***Attorney Work Product**
This document contains confidential and/or sensitive attorney/client privileged information or attorney work product and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY. FOIA exempt under 5 U.S.C. § 552(b)(5).

**From:** (b)(6),(b)(7)(C)
**Sent:** Friday, June 16, 2017 4:05 PM
**To:** (b)(6),(b)(7)(C)
**Cc:**
**Subject:** RE: Statement of Interest

(b)(6),(b)(7)(C)

The request would be sent to:

    Jennifer Ricketts
    Director
    Federal Programs Branch
    U.S. Department of Justice, Civil Division
    20 Massachusetts Ave NW (b)(6),(b)(7)(C)
    Washington DC 20530

**From:** (b)(6),(b)(7)(C)
**Sent:** Friday, June 16, 2017 1:25 PM
**To:** (b)(6),(b)(7)(C)
**Cc:** (b)(6),(b)(7)(C)
**Subject:** RE: Statement of Interest

Thank you (b)(6),(b)(7)(C) None of our colleagues in ICE can recall requesting a statement of interest, but I'll check the DHS OGC.

Could you remind me of the name and address of the DOJ official to whom we should send a request?

(b)(6),(b)(7)(C)

(b)(6),(b)(7)(C) |Associate Legal Advisor
Office of the Principal Legal Advisor | DCLD
202-732-(b)(6),(b)(7)(C) (desk) | 202-875-(b)(6),(b)(7)(C) (cell)



**Attorney/Client Privilege ***Attorney Work Product**
This document contains confidential and/or sensitive attorney/client privileged information or attorney work product and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY. FOIA exempt under 5 U.S.C. § 552(b)(5).

**From:** (b)(6),(b)(7)(C)
**Sent:** Friday, June 16, 2017 1:21 PM
**To:** (b)(6),(b)(7)(C)
**Cc:**
**Subject:** RE: Statement of Interest

(b)(6),(b)(7)(C)

Thanks for providing the summary of discussions within ICE and the menu of possible options that ICE has developed. I have passed the information up to my supervisor for their awareness.


(b)(5)