# Exhibit B

From: (b)(6);(b)(7)(C)
Sent: 24 Jul 2017 09:36:22 -0400
To: (b)(6);(b)(7)(C)
Cc:
Subject: RE: Request for Statements of Interest in Menocal and Owino--RESPONSE REQUESTED BY TOMORROW COB

Thanks (b)(6);(b)(7)(C) great situational awareness about Jena and Adelanto.

Nothing sent to DOJ yet. I've asked a few times, but for now the statement of interest initiative is quiet. When it heats up again, I'll let everyone know (and we have a good product from which to update).

(b)(6);(b)(7)(C)
Associate Legal Advisor
Office of the Principal Legal Advisor | DCLD
202-732-(b)(6);( desk) | 202-875-(b)(6);( cell)

U.S. Immigration and Customs Enforcement

**Attorney/Client Privilege \*\*\*Attorney Work Product**
This document contains confidential and/or sensitive attorney/client privileged information or attorney work product and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY. FOIA exempt under 5 U.S.C. § 552(b)(5).

---

**From:** (b)(6);(b)(7)(C)
**Sent:** Thursday, July 20, 2017 11:06 AM
**To:** (b)(6);(b)(7)(C)
**Cc:**
**Subject:** RE: Request for Statements of Interest in Menocal and Owino--RESPONSE REQUESTED BY TOMORROW COB

Hi all,

Thanks so much for keeping me in the loop while I was out on detail, and particular thanks to (b)(6); for filling in for EROLD! I'm back and catching up now.

(b)(5)