

| | |
|---|---|
| From: | (b)(6);(b)(7)(C) |
| Sent: | 6 Jun 2018 13:03:29 +0000 |
| To: | (b)(6);(b)(7)(C) |
| Subject: | FW: Menocal, etc. Answers--Request input Soonest + Need Possible Declarants |
| Attachments: | Factual Background for Statements of Interest.docx |
| Importance: | High |

(b)(6);(b)(7)(C)

I am working on EROLD's input for the Statement of Interest; however, as we discussed last week ICE is approaching the need to identify possible declarants within ERO. (b)(6);(b)(7)(C);(b)(5)

(b)(6);(b)(7)(C);(b)(5)

Thanks,

(b)(6);(b)(7)(C)
Associate Legal Advisor
Detention and Removal Law Section
Enforcement and Removal Operations Law Division
Office of the Principal Legal Advisor
DHS U.S. Immigration and Customs Enforcement
202-732-(b)(6) (office)
202-441-;(b)(7) (cell)
(b)(6);(b)(7)(C)

**\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From:** (b)(6);(b)(7)(C)
**Sent:** Wednesday, June 6, 2018 8:10 AM
**To:** (b)(6);(b)(7)(C)
(b)(6);(b)(7)(C)
**Cc:** (b)(6);(b)(7)(C)
**Subject:** FW: Menocal, etc. Answers--Request input Soonest + Need Possible Declarants

(b)(6);(b)(7)(C)