
Exhibit D

**From:** ████████ (b)(6),(b)(7)(C) ████████
**Sent:** 12 Sep 2018 16:50:46 +0000
**To:** ████████ (b)(6),(b)(7)(C) ████████
**Subject:** FW: Request for Statements of Government Interest in Gonzalez v. CoreCivlc and Barrientosv. CoreCivic
**Attachments:** VWP - Request for Statement of Interest (8.14.18).pdf, Request for Statements of Interest--Menocal and Owino, 2 Oct 17.pdf, Statements of Government Interest in Wash v. GEO et al. (1.24.18).pdf, VWP Factual Background (July 2018).docx, 91 - Tae Johnson Decl, 3 Aug 18.pdf, Nov 2017 bulletin.pdf

████ (b)(6),(b)(7)(C) ████ for your records ... and what I will be reviewing prior to the telcon on Friday at 1100.

████ (b)(6),(b)(7)(C) ████

████ (b)(6),(b)(7)(C) ████ |Associate Legal Advisor
**District Court Litigation Division**
Office of the Principal Legal Advisor
U.S. Immigration & Customs Enforcement
202-732-██ (b)(6) ██ (desk) | 202-875-██ (b)(6) ██ (cell)

Attorney/Client Privilege ***Attorney Work Product
This document contains confidential and/or sensitive attorney/client privileged information or attorney work product and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY. FOIA exempt under 5 U.S.C. § 552(b)(5).

**From:** ████ (b)(6),(b)(7)(C) ████
**Sent:** Tuesday, August 14, 2018 5:13 PM
**To:** ████ (b)(6),(b)(7)(C) ████
**Cc:** ████████████████████
**Subject:** Request for Statements of Government Interest in Gonzalez v. CoreCivlc and Barrientosv. CoreCivic

Dear ████ (b)(6),(b)(7)(C) ████

I'm currently covering for DCLD Chief ████ (b)(6),(b)(7)(C) ████ who is on leave. As you may remember, ██ (b)(6),(b) ██ has previously forwarded requests from ICE to DOJ to file statements of interest in six federal district court cases to inform the courts of significant government interests in cases involving novel issues.

The need to file statements of government interests continues to become more pressing. Since those prior requests were submitted in October 2017 and January 2018, two more related lawsuits have been filed, and ICE has significant concerns about the potential impact on ICE equities if adverse decisions are entered in these cases. I am attaching a request from our Acting Principal Legal Advisor for DOJ to file statements of interest in these two additional lawsuits.

Thank you very much for your assistance and please let me know if you would like to discuss further.

████ (b)(6),(b)(7)(C) ████

Deputy Chief, District Court Litigation Division