

| | |
|---|---|
| From: | (b)(6);(b)(7)(C) |
| Sent: | 23 Jul 2018 22:29:25 +0000 |
| To: | (b)(6);(b)(7)(C) |
| Cc: | |
| Subject: | VWP - for your situational awareness |
| Attachments: | HSCEDM-11-D-00003_Aurora_Response to REA.PDF, HSCEDM-15-D-00015_NWDC_Response to REA.PDF, EROIGSA-11-0003_Adelanto_Response to REA.PDF, Signed Response to GEO from Peter Edge v2 (003) R1.pdf |

(b)(6);(b)(7)(C)

For your situational awareness, attached are the final REA response letters that were sent to GEO and the final signed letter from Pete Edge which was also sent out. You can just keep these for your records. (Can't recall if I had shared these before).


Best,

(b)(6);(b)(7)(C)
Associate Legal Advisor
Commercial and Administrative Law Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
Department of Homeland Security
Tel: (202) 732-5(b)(6);(b)(7)(C)
(b)(6);(b)(7)(C)

*** Warning *** Attorney/Client Privilege *** Attorney Work Product *** This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

Office of Acquisition Management
U.S. Department of Homeland Security
801 I Street NW 9th Floor
Washington, DC 20536



U.S. Immigration
and Customs
Enforcement

June 21, 2018

The GEO Group, Inc.
(b)(6);(b)(7)(C) Executive VP, Contract Admin
One Park Place, Suite 700
621 Northwest 53rd Street
Boca Raton, Florida 33487

**Subject: Denial of Request for Equitable Adjustment for Contract No. HSCEDM-11-D-00003 Aurora Contract Detention Facility, CO dated April 18, 2018**

Dear (b)(6);(b)(7)(C)

(b)(5)


(b)(5)

Based on the above, GEO's REA is denied in its entirety. As a threshold matter, GEO has failed to show its entitlement to such a modification under the contract terms or applicable laws and regulations. Additionally, GEO has failed to address the reasonableness or provide adequate supporting data for the quantum sought. While the government denies this REA in its entirety, please note that disputes under this contract are governed by the FAR 52.233-1 - Disputes and the Contract Disputes Act (41 U.S.C. §§ 7101-7109).

If you have any questions regarding this matter, please contact me at (202) 732-(b)(6);(b)(7)(C) or by email at (b)(6);(b)(7)(C).

Very Respectfully,

(b)(6);(b)(7)(C)

Contracting Officer

Office of Acquisition Management

U.S. Department of Homeland Security
24000 Avila Road, Suite 3104
Laguna Niguel, CA 92677



U.S. Immigration
and Customs
Enforcement

June 21, 2018

The GEO Group, Inc.
(b)(6);(b)(7)(C) Executive VP, Contract Admin
One Park Place, Suite 700
621 Northwest 53rd Street
Boca Raton, Florida 33487

**Subject: Denial of Request for Equitable Adjustment for Contract no. HSCEDM-15-D-00015, Northwest Detention Center dated April 18, 2018**

Dear Ms. (b)(6);(b)(7)(C)

(b)(5)



Based on the above, GEO's REA is denied in its entirety. As a threshold matter, GEO has failed to show its entitlement to such a modification under the contract terms or applicable laws and regulations. Additionally, GEO has failed to address the reasonableness or provide adequate supporting data for the quantum sought. While the government denies this REA in its entirety, please note that disputes under this contract are governed by FAR 52.233-1 - Disputes and the Contract Disputes Act (41 U.S.C. §§ 7101-7109).

If you have any questions regarding this matter, please contact me at (949) 425-(b)(6); or by email at (b)(6);(b)(7)(C)

Thank you,

Very Respectfully,
(b)(6);(b)(7)(C)

Contracting Officer

Office of Acquisition Management

U.S. Department of Homeland Security
24000 Avila Road, Suite 3104
Laguna Niguel, CA 92677



## U.S. Immigration and Customs Enforcement

June 21, 2018

The GEO Group, Inc.
(b)(6);(b)(7)(C) Executive VP, Contract Admin
One Park Place, Suite 700
621 Northwest 53rd Street
Boca Raton, Florida 33487

(b)(6);(b)(7)(C)
Acting City Manager
City for Adelanto
10400 Rancho Road
Adelanto, CA 92301

**Subject: Denial of Request for Equitable Adjustment for IGSA No. EROIGSA-11-0003 Adelanto Detention Facility, CA dated April 18, 2018**

Dear Ms. (b)(6);(b)(7)(C) and Ms. (b)(6);(b)(7)(C)

(b)(5)


(b)(5)

Based on the above, GEO's REA is denied in its entirety. As a threshold matter, GEO has failed to show its entitlement to such a modification under the IGSA terms or applicable laws and regulations. Additionally, GEO has failed to address the reasonableness or provide adequate supporting data for the quantum sought. While the government denies this REA in its entirety, please note that disputes under this IGSA are governed by the Disputes Clause at Article X.C. and the Contract Disputes Act (41 U.S.C. §§ 7101-7109).

If you have any questions regarding this matter, please contact me at (949) 425-(b)(6); or by email at (b)(6);(b)(7)(C)

Thank you,

Very Respectfully,

(b)(6);(b)(7)(C)

Contracting Officer