# Exhibit H

Office of the Director

U.S. Department of Homeland Security
500 12th Street, SW
Washington, DC 20536



**U.S. Immigration and Customs Enforcement**

July 9, 2018

The GEO Group, Inc.
(b)(6);(b)(7)(C) Chairman and CEO
One Park Place, Suite 700
621 Northwest 53rd Street
Boca Raton, Florida 33487

**Subject: Response to May 30, 2018 letter from The GEO Group**

Dear Mr. (b)(6);(b)(7)(C)

I am in receipt of your letter dated May 30, 2018, regarding requests for equitable adjustment The GEO Group (GEO) submitted to Immigration and Customs Enforcement (ICE) on February 14, 2018. Your May 30 letter also includes statements regarding legal expenses and potential expenses GEO has or may incur defending itself in litigation, along with potential costs to detention contracts GEO has with ICE. Your letter also "implores" the Department of Justice to defend GEO in its current voluntary work program litigation and reimburse GEO for litigation expenses incurred.

On June 21, 2018, the respective ICE contracting officers responded and denied all three of GEO's requests for equitable adjustment. As a courtesy, I have attached copies of ICE's responses to GEO. Regarding your statement about the Department of Justice, it is my understanding that ICE has provided GEO with the appropriate Department of Justice points of contact and you are free to reach out to them and discuss your concerns.

Thank you for keeping ICE apprised of the ongoing litigation and the additional information you provided in your May 30 letter.

As always, we appreciate your continued partnership as an ICE contractor.

Sincerely,

Peter T. Edge
Executive Associate Director, HSI and
Senior Official Performing the Duties of
the Acting Deputy Director