The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | No. 17-cv-05769-RJB<br><br>**DECLARATION OF R. ANDREW FREE** |

**DECLARATION OF R. ANDREW FREE**

Pursuant to 28 U.S.C. § 1746, I, R. Andrew Free, hereby declare under penalty of perjury that the following is true and correct:

1. Attached to Plaintiffs' Notice Regarding Proposed Order in *State of Washington v. The GEO Group Inc.* are the following Exhibits:

    a. Exhibit A – Email from ICE Associate Legal Advisor dated June 20, 2017, ICE FOIA Response 2018-ICLI-00052-3034-36;

    b. Exhibit B – Email from ICE Associate Legal Advisor dated July 24, 2017, ICE FOIA Response 2018-ICLI-00052-5439;

    c. Exhibit C – Email from ICE Associate Legal Advisor dated June 6, 2018, ICE FOIA Response 2018-ICLI-00052-2739;

DECL. OF R. ANDREW FREE
(17-cv-05769-RJB ) - 1

Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
(844) 321-3221x1 (615) 829-8969

    d. Exhibit D – Email from ICE Associate Legal Advisor dated September 12, 2018, with attachments "Statements of Government Interest in Wash v. GEO et al. (1.24.18).pdf" and "VWP Factual Background (July 2018).docx", ICE FOIA Response 2018-ICLI-00052-3040;

    e. Exhibit E - Letter from GEO Executive David Venturella to Acting ICE Director Thomas Homan dated February 14, 2018, ICE FOIA Response 2018-ICLI-00052-2751-55;

    f. Exhibit F - Email from ICE Associate Legal Advisor dated July 23, 2018 with attachments, ICE FOIA Response 2018-ICLI-00052-6053-61;

    g. Exhibit G - Letter from GEO CEO George Zoley to ICE Acting Deputy Director Peter Edge dated May 30, 2018, ICE FOIA Response 2018-ICLI-00052-3404; and

    h. Exhibit H - Letter from ICE Acting Deputy Director Peter Edge to GEO CEO George Zoley dated July 9, 2018, ICE FOIA Response 2018-ICLI-00052-6062.

2. Each of these Exhibits is a true and accurate copy of the original record provided by the ICE FOIA Office.

DATED this 4th day of October, 2019.

LAW OFFICE OF R. ANDREW FREE

/s/ R. Andrew Free
Counsel for Plaintiffs

DECL. OF R. ANDREW FREE
(17-cv-05769-RJB ) - 2

Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
(844) 321-3221x1 (615) 829-8969

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Devin T. Theriot-Orr
OPEN SKY LAW, PLLC
20415 – 72nd Avenue South, Suite 110
Kent, WA 98032
devin@opensky.law
*Attorney for Plaintiff*

R. Andrew Free
THE LAW OFFICE OF R. ANDREW FREE
PO Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com
*Attorney for Plaintiff*

Meena Menter
MENTER IMMIGRATION LAW PLLC
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
meena@meenamenter.com
*Attorney for Plaintiff*

Joan K. Mell
III BRANCHES LAW, PLLC
1019 Regents Boulevard, Suite 204
Fircrest, WA 98466
joan@3ebrancheslaw.com
*Attorney for Defendant*

Colin L. Barnacle
Ashley E. Calhoun
Christopher J. Eby
AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
colin.barnacle@akerman.com
ashley.calhoun@akerman.com
christopher.eby@akerman.com
*Attorneys for Defendant*

Christopher M. Lynch
US DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 "L" Street NW
Washington, D.C.  20005
christopher.m.lynch@usdoj.gov
*Attorneys for Interested Party*

DATED: October 4, 2019 at Nashville, Tennessee

/s/ R. Andrew Free
_____
R. Andrew Free

DECL. OF R. ANDREW FREE
(17-cv-05769-RJB ) - 3

Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
(844) 321-3221x1 (615) 829-8969