The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, | Case No, 3:17-cv-05769-RJB |
| | **[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES** |
| Plaintiffs/Counter-Defendants, | |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant/Counter-Claimant. | |

This Court, having reviewed Plaintiffs Ugochukwu Nwauzor and Fernando Aguirre-Urbina and Defendant The GEO Group, Inc.'s (collectively, the "Parties") Joint Stipulated Motion for Extension of Pretrial Deadlines (the "Motion"), finds good cause exists and the Motion is timely, and therefore GRANTS the Motion. The following pretrial deadlines shall be extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Rebuttal Expert Disclosures | October 11, 2019 | October 31, 2019 |
| Discovery Motions | October 15, 2019 | October 31, 2019 |
| Completion of Discovery | November 6, 2019 | November 22, 2019 |
| Dispositive Motions | December 3, 2019 | December 15, 2019 |

///

///

///

[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES (3:17-CV-05769-RJB) – PAGE 1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

50363793;1

**IT IS SO ORDERED.**

This the _____ day of _____, 2019.

_____
Honorable Robert J. Bryan
United States District Court Judge

PRESENTED BY:

By: *s/ Jamal Whitehead*
**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818

*Counsel for Plaintiffs*

By: *s/ Colin L. Barnacle*
**AKERMAN LLP**
Colin L. Barnacle (Admitted *pro hac vice*)
Christopher J. Eby (Admitted *pro hac vice*)
Ashley E. Calhoun (Admitted *pro hac vice*)

*Counsel for Defendant The GEO Group, Inc.*

[PROPOSED] ORDER GRANTING JOINT STIPULATED
MOTION FOR EXTENSION OF PRETRIAL
DEADLINES (3:17-CV-05769-RJB) – PAGE 2

**AKERMAN LLP**
_____
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

50363793;1