The Honorable Robert J. Bryan

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant | CIVIL ACTION NO. 3:17-cv-05769-RJB<br><br>[PROPOSED] ORDER GRANTING STATE'S MOTION FOR PROTECTIVE ORDER QUASHING SUBPOENAS FOR DEPOSITION<br><br>NOTE ON MOTION CALENDAR: November 8, 2019 |

This matter came before the Court on a Motion for Protective Order Quashing Subpoenas for Deposition of the State Department of Labor and Industries (L&I) Director, Joel Sacks; L&I's Deputy Director, Liz Smith; L&I Senior Program Manager, Lezlie Perrin; State Department of Social and Health Services (DSHS) Assistant Secretary, Sean Murphy; and a Rule 30(b)(6) designee of "the State of Washington" brought by the State of Washington. This Court considered the motion and documents filed therewith, including the declaration and exhibits attached thereto, now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that State of Washington's motion to quash is hereby GRANTED.

[PROPOSED] ORDER GRANTING STATE'S MOTION FOR PROTECTIVE ORDER QUASHING SUBPOENAS FOR DEPOSITION- CASE No. 3:17-CV-05769-RJB

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 442-4492

It is SO ORDERED.

ISSUED this _____ day of _____, 2019.

_____
THE HONORABLE ROBERT J. BRYAN

Respectfully submitted,

ROBERT FERGUSON
Attorney General of Washington

s/ Marsha Chien
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

[PROPOSED] ORDER GRANTING
STATE'S MOTION FOR PROTECTIVE
ORDER QUASHING SUBPOENAS FOR
DEPOSITION- CASE No. 3:17-CV-05769-
RJB

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 442-4492