The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>    Defendant/Counter-Claimant. | Case No. 3:17-cv-05769-RJB<br><br>**STIPULATED MOTION FOR RELIEF FROM DISCOVERY DEADLINE**<br><br>**NOTE ON MOTION CALENDAR:**<br>November 22, 2019 |

Pursuant to Local Rules W.D. Wash. LCR 7(d)(1) and 10(g), the parties, by and through their undersigned counsel, file this stipulated motion for an extension of the discovery deadline for the purpose of completing certain depositions described below.[1] The GEO Group, Inc. ("<u>Defendant</u>" or "<u>GEO</u>"), by and through its undersigned counsel, also files this stipulated motion for an extension of the scheduling date pertaining to the dispositive motion deadline the Court set in its Order Granting Joint Stipulated Motion For Extension of Pretrial Deadlines.[2] Plaintiffs do not join in the request for an extension of the dispositive motion deadline, but indicated they **do** **not** **oppose** the request for an extension of the dispositive motion deadline.

---

[1] *See* Order Granting Joint Stipulated Motion for Extension of Pretrial Deadlines (Dkt. 192).
[2] *Id*.

STIPULATED MOTION FOR RELIEF FROM
DISCOVERY DEADLINE
(3:17-CV-05769-RJB) – PAGE 1

50904444;2

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

1. The current deadline for discovery to be completed is November 22, 2019, and the current deadline for filing dispositive motions is December 15, 2019.[3] The parties request that the deadline for the completion of discovery be extended to December 20, 2019, for purposes of completing the following depositions only:

| Deponent | Party Conducting Deposition |
|---|---|
| Erwin Delacruz | Plaintiffs |
| Marc Johnson | Plaintiffs |
| David Tracy | Plaintiffs |
| Michael Heye | Plaintiffs |
| Lezile Perrin | Defendant |
| Bruce Scott | Plaintiffs |
| GEO 30(b)(6) | Plaintiffs |
| Chris Strawn (Expert) | Defendant |
| Dr. Munson (Expert) | Defendant |
| State 30 (b)(6) | Defendant |
| Sean Murphy | Defendant |

2. In connection with conducting the depositions the parties are still gathering the relevant documents for each witness. Accordingly, the parties agree that as part of this

---

[3] *Id*.

STIPULATED MOTION FOR RELIEF FROM
DISCOVERY DEADLINE
(3:17-CV-05769-RJB) – PAGE 2

50904444;2

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

1  discovery extension, each party may make one additional supplement to their Rule 26
2  disclosures no later than December 2, 2019.

3      3.    GEO also requests that the deadline for filing dispositive motions be extended
4  to January 2, 2020.  Under Fed. R. Civ. P. (6)(1)(a), the Court "may for good case, extend the
5  time . . . with or without motion or notice if the court acts, or if a request is made, before the
6  original time or its extension expires."  Under LCR 10(g), a motion to alter dates or
7  schedules previously set by the court must clearly state the reasons justifying the proposed
8  change.

9      4.    This motion is timely because the above deadlines have not yet expired.

10      5.    Good cause exists to extend the deadlines.  The parties see a need to depose
11  ten (10) witnesses in order to complete discovery in this case.  Counsel for both parties have
12  conflicting schedules and cannot complete the remaining depositions within the set discovery
13  deadline.   Plaintiffs intend to depose six (6) additional GEO witnesses on December 2nd,
14  3rd, 4th, 9th and 10th of 2019.  GEO intends to depose Plaintiffs' experts, Chris Strawn and
15  Jeffrey Munson, on December 11th and 12th of 2019.

16      6.    The State of Washington filed a Motion to Quash[4] several of Defendant's
17  noticed depositions and this Court granted the motion in part, and denied it in part. The
18  parties are still working with the State of Washington to confirm dates for the State's
19  witnesses, as of the filing of this Stipulation, Sean Murphy is not available until, at the
20  earliest, December 19th.  An extension of the discovery deadline to December 20, 2019
21  should allow the parties to complete their depositions. In the event it does not, the parties
22  have agreed that they will not object to any depositions of the State's witnesses (and those
23  witnesses only) that are taken before December 27, 2019.

24      7.    Additionally, it is GEO's position that an extension of the deadline to file
25  dispositive motions will provide the parties adequate time to formulate and file their motions

---

[4] Dkt. 195.

STIPULATED MOTION FOR RELIEF FROM
DISCOVERY DEADLINE
(3:17-CV-05769-RJB) – PAGE 3

50904444;2

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

1  after the close of the extended discovery deadline. Without the extension of the dispositive
2  motions deadline, the State's refusal to provide dates for the relevant witnesses, within the
3  discovery deadlines, will be less prejudicial. Should the Court not extend the dispositive
4  motions deadline, the State's motion to quash and subsequent refusal to make witnesses
5  available on the dates originally noticed will severely prejudice GEO in its defense of this
6  matter. Further, because the *Daubert* motion deadline is tied to the dispositive motions
7  deadline, and because Plaintiffs' experts were not available for their depositions before the
8  cut-off, GEO will also be prejudiced in that respect.

9       8.    The parties do not request the extension of any other deadline set forth in the
10 Court's Case Scheduling Order and no party will be prejudiced upon granting of the relief
11 requested.

12      DATED this 22nd day of November, 2019.

13                                                        By: *s/ Colin L. Barnacle*
14                                                        **AKERMAN LLP**
                                                       Colin L. Barnacle (Admitted *pro hac vice*)
15                                                        Christopher J. Eby (Admitted *pro hac vice*)
                                                       Ashley E. Calhoun (Admitted *pro hac vice*)
16                                                        Adrienne Scheffey (Admitted *pro hac vice*)
                                                       Allison N. Angel (Admitted *pro hac vice*)
17                                                        1900 Sixteenth Street, Suite 1700
                                                       Denver, Colorado 80202
18                                                        Telephone: (303) 260-7712
                                                       Facsimile:  (303) 260-7714
19                                                        Email: colin.barnacle@akerman.com
                                                       Email: christopher.eby@akerman.com
20                                                        Email: ashley.calhoun@akerman.com
                                                       Email: adrienne.scheffey@akerman.com
21                                                        Email: allison.angel@akerman.com

22                                                        By: *s/ Joan K. Mell*
                                                       **III BRANCHES LAW, PLLC**
23                                                        Joan K. Mell, WSBA #21319
                                                       1019 Regents Boulevard, Suite 204
24                                                        Fircrest, Washington 98466
                                                       Telephone: (253) 566-2510
25                                                        Facsimile:  (281) 664-4643
                                                       Email: joan@3brancheslaw.com

26                                                        *Attorneys for Defendant The GEO Group, Inc.*

27

STIPULATED MOTION FOR RELIEF FROM
DISCOVERY DEADLINE
(3:17-CV-05769-RJB) – PAGE 4

50904444;2

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

By: *s/ Jamal Whitehead*
**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, Washington 98104
Telephone: (206) 622-8000
Facsimile: (206) 682-2305
Email: hberger@sgb-law.com
Email: halm@sgb-law.com
Email: whitehead@sgb-law.com

**THE LAW OFFICE OF R. ANDREW FREE**
Andrew Free (Admitted *Pro Hac Vice*)
P.O. Box 90568
Nashville, Tennessee 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959
Email: andrew@immigrantcivilrights.com

**OPEN SKY LAW PLLC**
Devin T. Theriot-Orr, WSBA #33995
20415 72nd Avenue S, Suite 100
Kent, Washington 98032
Telephone: (206) 962-5052
Facsimile: (206) 681-9663
Email: devin@openskylaw.com

**MENTER IMMIGRATION LAW, PLLC**
Meena Menter, WSBA #31870
8201 164th Avenue NE, Suite 200
Redmond, Washington 98052
Telephone: (206) 419-7332
Email: meena@meenamenter.com

*Attorneys for Plaintiffs*

STIPULATED MOTION FOR RELIEF FROM
DISCOVERY DEADLINE
(3:17-CV-05769-RJB) – PAGE 5

50904444;2

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

## PROOF OF SERVICE

I hereby certify on the 22nd day of November, 2019, pursuant to Federal Rule of Civil Procedure 5(b), I electronically filed and served the foregoing **STIPULATED MOTION FOR RELIEF FROM DISCOVERY DEADLINE** via the Court's CM/ECF system on the following:

**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
810 Third Avenue, Suite 500
Seattle, Washington 98104
Telephone: (206) 622-8000
Facsimile: (206) 682-2305
Email: hberger@sgb-law.com
Email: halm@sgb-law.com
Email: whitehead@sgb-law.com
Email: roe@sgb-law.com

**THE LAW OFFICE OF R. ANDREW FREE**
Andrew Free (Admitted *Pro Hac Vice*)
P.O. Box 90568
Nashville, Tennessee 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959
Email: andrew@immigrantcivilrights.com

**OPEN SKY LAW PLLC**
Devin T. Theriot-Orr, WSBA #33995
20415 72nd Avenue S, Suite 100
Kent, Washington 98032
Telephone: (206) 962-5052
Facsimile: (206) 681-9663
Email: devin@openskylaw.com

**MENTER IMMIGRATION LAW, PLLC**
Meena Menter, WSBA #31870
8201 164th Avenue NE, Suite 200
Redmond, Washington 98052
Telephone: (206) 419-7332
Email: meena@meenamenter.com

*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　*s/ Nick Mangels*
　　　　　　　　　　　　　　　　　Nick Mangels

PROOF OF SERVICE
(3:17-CV-05769-RJB) – PAGE 6

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

50904444;2