The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,

Plaintiffs/Counter-Defendants,

v.

THE GEO GROUP, INC.,

Defendant/Counter-Claimant.

Case No. 3:17-cv-05769-RJB

**ORDER GRANTING STIPULATED MOTION FOR RELIEF OF DISCOVERY DEADLINE**

This Court, having reviewed Plaintiffs Ugochukwu Nwauzor and Fernando Aguirre-Urbina and Defendant The GEO Group, Inc.'s (collectively, the "Parties") Stipulated Motion for Relief from Discovery Deadline (the "Motion"), finds good cause exists and the Motion is timely, and therefore GRANTS the Motion. The following deadlines shall be extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Completion of Depositions | November 22, 2019 | December 20, 2019 |
| Fed. R. Civ. P. 26 Disclosures | November 22, 2019 | December 2, 2019 |
| Dispositive Motions | December 15, 2019 | January 2, 2020 |

///

///

///

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

**IT IS SO ORDERED.**

This the 25th day of November, 2019.

ROBERT J. BRYAN
United States District Judge

PRESENTED BY:

By: *s/ Jamal Whitehead*
**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560

*Counsel for Plaintiffs*

By: *s/ Colin L. Barnacle*
**AKERMAN LLP**
Colin L. Barnacle (Admitted *pro hac vice*)
Christopher J. Eby (Admitted *pro hac vice*)
Ashley E. Calhoun (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)
Allison N. Angel (Admitted *pro hac vice*)

*Counsel for Defendant The GEO Group, Inc.*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DISCOVERY DEADLINE (3:17-CV-05769-RJB) – PAGE 2

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

50898585;1