The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | No. 3:17-cv-05769-RJB<br><br>**DECLARATION OF JAMAL N. WHITEHEAD IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND NOTICE PLAN** |

I, JAMAL N. WHITEHEAD, declare as follows:

1. I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2. I am an attorney with Schroeter Goldmark & Bender, which, together with the Law Office of R. Andrew Free, Open Sky Law, PLLC, and Menter Immigration Law, PLLC, are Plaintiffs' counsel and Class Counsel in this action. I have been one of the lawyers primarily responsible for the prosecution of Plaintiffs' case.

WHITEHEAD DECL. IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND NOTICE PLAN (3:17-cv-05769-RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

3.     The parties have conferred several times over the past several months in an effort to obtain more complete class member data. The parties also conferred by email and phone about the relief sought by this motion. GEO has informed me that it does not oppose the motion.

4.     GEO produced class list information on April 12 and April 29, 2019. GEO's second production came in the form of confidential Excel spreadsheet featuring the name, "Inmate Id," Alien Number, and address information for each class member. The spreadsheet identified approximately 9,131 class members, but over 46,000 rows of address information. This meant that virtually all class members had multiple addresses, and in fact, *hundreds* of class members carried more than *five* addresses while some had as many as 20 addresses listed. Others still had no address information at all. For the majority of the class with multiple addresses, there was no indication which address was the most recent or correct forwarding address.

5.     Unlike in many class actions, the class list produced by GEO lacks Social Security numbers or other unique identifiers that could assist in tracing a change of address. In addition, many class members have common surnames, further complicating the task of sorting through the data. It would take considerable effort to ascertain which of those addresses are viable, making mailed notice within the U.S. impractical.

6.     The parties have met and conferred several times in an effort to supplement or "de-duplicate" the class list. GEO initially instructed class counsel to contact ICE directly, but ICE could provide no definitive answers regarding the last, best address for each class member. Plaintiff emailed GEO's prior counsel on July 16, 2019, notifying them of the problem. The parties, including GEO's current attorneys, met and conferred by phone on August 7, 2019.

WHITEHEAD DECL. IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND NOTICE PLAN (3:17-cv-05769-RJB) – 2

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

GEO's new attorneys were still coming up to speed on the case and had no new information to provide as of the call. The parties met and conferred by phone again on August 23, and as of September 13, and GEO reported working with ICE to determine whether ICE was authorized to provide the current or last know address for each class member. The parties met and conferred again on October 10, 2019, about the class list data and other scheduling issues. The parties met and conferred again on this subject on November 19, 2019, GEO confirmed during the call that it was unable to produce more or better address data. The parties continued to discuss this subject, but no resolution could be reached. In an email dated December 2, 2019, GEO confirmed that "some of the addresses are now outdated or unreliable."

7. Plaintiffs also retained a data scientist as a consulting expert to analyze and cull the list, but his efforts have been limited by the quality of the data available.

8. Based on the work of our data scientist, we believe that a substantial number of class members are believed to be in ICE and/or GEO custody. On August 7 and 23, I sent GEO a list of class members believed to still be in custody. On December 2, 2019, GEO confirmed that approximately 130 class members are still in its custody.

9. I have contacted three third-party administrators about executing the notice plan, and received estimates ranging from about $20,000 to nearly $900,000. The quotes for conducting a domestic direct mail campaign, as contemplated by the original notice plan, have ranged from approximately $8,000 to $15,000. But these figures contemplate service on a single address, and because the class list contains an average of about 5.1 addresses for each class member, these estimates are likely to double or triple or more if Plaintiffs attempt to serve notice on all of the domestic addresses listed for each class member.

WHITEHEAD DECL. IN SUPPORT OF
PLAINTIFFS' MOTION TO AMEND
NOTICE PLAN (3:17-cv-05769-RJB) – 3

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

10. Attached to my declaration as **Exhibit 1** is a true and correct copy of the short form notice to disseminated by the third-party administrator. As part of the publication process, Plaintiffs propose posting this form in areas of the Northwest Detention Center and other GEO facilities where class members are known to congregate. On November 18, 2019, I provided GEO's counsel with a copy of Exhibit 1, but to date, GEO has not informed me whether it objects to its issuance.

11. The planned digital campaign is expected to reach 15 million impressions over a four-week period through targeted banner ads on Facebook.com and Google Display Networks in the United States, Mexico, El Salvador, Guatemala, and Honduras; and twice daily radio ads in Mexico City, Guadalajara, El Salvador, Guatemala, and Honduras over the course of two weeks. Plaintiffs will also disseminate notice through earned media channels such as press releases in the United States, Mexico, El Salvador, Guatemala, Honduras, and India.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and based on my personal knowledge.

Executed in Seattle, Washington, on December 12th, 2019.

*s/ Jamal N. Whitehead*
JAMAL N WHITEHEAD

WHITEHEAD DECL. IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND NOTICE PLAN (3:17-cv-05769-RJB) – 4

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305