# EXHIBIT 1

LEGAL NOTICE

# If you worked in the Voluntary Work Program at the Northwest Detention Center, a class action lawsuit may affect your rights

A class action lawsuit has been filed in federal court in Tacoma, Washington, against The GEO Group, Inc. as the owner and operator of the Northwest Detention Center. The lawsuit is about whether GEO owes backwages to people who participated in the Voluntary Work Program. The name of the case is *Nwauzor, et al. v. The GEO Group, Inc.*, No. 17-cv-05769.

A federal judge decided that this lawsuit should be a class action on behalf of a "Class," or group of people, that could include you. The Class includes all civil immigration detainees who participated in the Voluntary Work Program at the Northwest Detention Center at any time since September 26, 2014.

The Court appointed the law firms of Schroeter Goldmark & Bender, Open Sky Law, PLLC, and Menter Immigration Law PLLC of Seattle, WA, and the Law Office of R. Andrew Free of Nashville, TN, to represent the Class.

**Who is affected?**

**All immigration detainees who participated in the Voluntary Work Program at the Northwest Detention Center at any time since September 26, 2014.**

You have a choice of whether to stay in the Class or not, and **you must decide this now**. If you stay in the Class, you will be legally bound by all orders and judgments of the Court, and you won't be able to sue, or continue to sue, GEO as part of any other lawsuit for backwages owed between September 26, 2014, and the date of settlement or jury verdict. To stay in the Class, you do not have to do anything now.

If you ask to be excluded from the Class, you cannot get any money or benefits from this lawsuit, but you will keep any rights to sue GEO for these claims, and will not be bound by any orders or judgments of the Court. To ask to be excluded, send a letter to the address below, postmarked by [date], requesting to be excluded from *Nwauzor v. The GEO Group, Inc.*:
[Address]

If you have any questions or want a detailed notice or other documents about this lawsuit and your rights, visit [website] or call [phone number].

**PROPOSED PUBLICATION NOTICE FORMS**

<u>**THIS IS A LEGAL NOTICE:**</u>

A class action lawsuit has been filed in federal court in Tacoma, Washington, against The GEO Group, Inc. as the owner and operator of the Northwest Detention Center. The lawsuit is about whether GEO owes backwages to people who participated in the Voluntary Work Program.

A federal judge decided that this lawsuit should be a class action on behalf of a "Class," or group of people, that could include you. The Class includes all civil immigration detainees who participated in the Voluntary Work Program at the Northwest Detention Center at any time since September 26, 2014.

If you participated in the Voluntary Work Program, you may have the right to recover money from this lawsuit.

You do not have to fill out any forms right now if you want to be part of this lawsuit. However, if you want to be excluded from the lawsuit or if you want to file your own individual lawsuit or hire your own attorney, you will have to mail a written notice to [name & address], on or before [date].

The Court asked the law firms of Schroeter Goldmark & Bender, Open Sky Law PLLC, and Menter Immigration Law PLLC of Seattle, WA, and the Law Office of R. Andrew Free of Nashville, TN, to represent the Class.

If you have any questions or want more information, please call [phone number].