The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>      Defendant. | No. 3:17-cv-05769-RJB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND NOTICE PLAN** |

THIS MATTER came before the Court on Plaintiffs' Motion to Amend the Notice Plan. The Court has reviewed the motion and all evidence submitted in support of, and in opposition, if any, to the motion, as well as the pleadings on file, and is otherwise fully informed.

IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiffs' Motion is GRANTED;

2. Plaintiffs' plan to limit notice in this case to publication notice, without a direct mail component, is the best notice practicable under the circumstances;

3. No later than 14 days after entry of this order, Plaintiffs shall distribute

[PROPOSED] ORDER GRANTING AMENDED NOTICE PLAN (3:17-cv-05769-RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

notice to the class for a 45-day period as follows:

    a. <u>Radio Advertisements</u>: The Administrator will air advertisements on Spanish-speaking radio stations in those regions of Mexico and Central America from which a significant portion of Class Members originate. The Administrator will work with Class Counsel to determine a reasonable and effective strategy for distributing these advertisements.

    b. <u>Online/Social media advertisements</u>: The Administrator will publish advertisements in English and Spanish on Google and Facebook that will be accessible both within and outside of the United States. The Administrator will use its best efforts to target these advertisements to increase the likelihood that they will be seen by Class Members, and will actively monitor and manage these campaigns to prioritize those advertisements that are performing best.

    c. <u>Press release</u>: The administrator will distribute a press release about the notice process to U.S., Latin American, and Asian media outlets.

4. Plaintiffs' Short Form Publication notice is approved and shall be posted in conspicuous areas of the Northwest Detention Center and other GEO facilities where class members congregate, and disseminated by other publication means in the same or substantially similar form.

[PROPOSED] ORDER GRANTING AMENDED NOTICE PLAN (3:17-cv-05769-RJB) – 2

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1  SO ORDERED, this _____ day of _____, 2019.

_____
The Honorable Robert J. Bryan
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

SCHROETER GOLDMARK & BENDER

s/ *Jamal Whitehead*
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
Fax: (206) 682-2305
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF R. ANDREW FREE
R. Andrew Free (Admitted *Pro Hac Vice*)
PO Box 90568
Nashville, TN 37209
Tel: (844) 321-3221x1
Fax: (615) 829-8959
andrew@immigrantcivilrights.com

OPEN SKY LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
20415 – 72nd Avenue S, Suite 110
Kent, WA 98032
Tel: (206) 962-5052
devin@opensky.law

MENTER IMMIGRAITON LAW PLLC
Meena Menter, WSBA #31870
MENTER IMMIGRATION LAW PLLC
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
meena@meenamenter.com

*Class Counsel*

[PROPOSED] ORDER GRANTING
AMENDED NOTICE PLAN (3:17-cv-
05769-RJB) – 3

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305