# Exhibit 3

| | |
|---|---|
| **From:** | Whitehead, Jamal |
| **To:** | Kristin.Asai@hklaw.com |
| **Cc:** | Berger, Adam; Halm, Lindsay; andrew@immigrantcivilrights.com; devin@opensky.law; meena@meenamenter.com; Shannon.Armstrong@hklaw.com; Matt.Donohue@hklaw.com; Gillian.Phillips@hklaw.com; Maddison.Hughes@hklaw.com; Alison.Roblin@hklaw.com; Sheila Cronan (cronan@sgb-law.com) |
| **Subject:** | Nwauzor v. GEO - Questions About Class List |
| **Date:** | Wednesday, May 1, 2019 2:47:00 PM |
| **Attachments:** | image003.png |

Kristin,

We've reviewed GEO's updated class list, and we have several questions about the information reflected on the list. Specifically, the meaning behind the following columns is unclear: E (From Date), F (To Date), V (Eid Adr Create Dt), and W (Eid Adr Update Dt). In addition, many people have multiple addresses, but there's no indication which address was given as the forwarding address at the time of release from NWDC. Does the list reflect the last address given by a given person? Are you able to put the addresses in temporal sequence for each person (i.e., which one was given first; which one was given last)? What is the source/nature of each address?

Do you have time for a call tomorrow or Friday to clarify the information reflected on the updated class list?

Best,
Jamal

**Jamal N. Whitehead**
*Attorney*
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA  98104
Tel: 206.622.8000  |  Fax: 206.682.2305
whitehead@sgb-law.com | sgb-law.com | en español

**CONFIDENTIALITY NOTICE**:  This e-mail may contain confidential and privileged information.  If you have received this e-mail by mistake, please delete it without distributing it to anyone else, and notify me immediately via e-mail or telephone at 206-622-8000. Thank you.
-