# Exhibit 6

| | |
|---|---|
| **From:** | Whitehead, Jamal |
| **To:** | ashley.calhoun@akerman.com; Andrew Free; Berger, Adam; Cronan, Sheila; Devin Theriot-Orr; Halm, Lindsay; Meena Menter |
| **Cc:** | colin.barnacle@akerman.com; melissa.cizmorris@akerman.com; nick.mangels@akerman.com |
| **Subject:** | RE: Nwauzor v. GEO - Update |
| **Date:** | Thursday, October 10, 2019 3:23:00 PM |
| **Attachments:** | image001.png |

Ashley,

Glad we could connect a few moments ago on the phone. I'll wait to receive the stipulated motion from you re: the case schedule. In the meantime, please give us an update as soon as possible re: where things stand with our inquiry about who is still in ICE/GEO custody. Thank you.

Best,
Jamal

---

**Jamal N. Whitehead**
Schroeter Goldmark & Bender
206.622.8000 | whitehead@sgb-law.com

---

**From:** ashley.calhoun@akerman.com <ashley.calhoun@akerman.com>
**Sent:** Friday, September 13, 2019 6:57 PM
**To:** Whitehead, Jamal <whitehead@sgb-law.com>; Berger, Adam <berger@sgb-law.com>
**Cc:** colin.barnacle@akerman.com; melissa.cizmorris@akerman.com; nick.mangels@akerman.com
**Subject:** RE: Nwauzor v. GEO - Update

**EXTERNAL EMAIL**

Jamal,

We have identified the payroll data, have it in excel (as you requested), and confirmed it is not subject to ICE review. We are in the process of finalizing the production and expect to send it to you next week.

We are having trouble finding the right person at ICE who is authorized to provide the current or last known address for each individual on the chart you provided. We are not trying to withhold it – just having challenges getting the information to you. We'll keep you posted as this develops. We have a new lead and hope to connect with the right person next week.

Best,

Ashley

**Ashley Calhoun**
Akerman LLP | 1900 Sixteenth Street, Suite 1700 | Denver, CO 80202
D: 303 640 2543 | T: 303 260 7712 | F: 303 260 7714
Admitted to Practice in Arizona, California, Mississippi, and Colorado
ashley.calhoun@akerman.com

**From:** Whitehead, Jamal <whitehead@sgb-law.com>
**Sent:** Thursday, September 12, 2019 1:36 PM

**To:** Calhoun, Ashley (Assoc-Den) <ashley.calhoun@akerman.com>; Berger, Adam <berger@sgb-law.com>
**Cc:** Barnacle, Colin (Ptnr-Den) <colin.barnacle@akerman.com>; Cizmorris, Melissa (Assoc-Den) <melissa.cizmorris@akerman.com>; Mangels, Nick (LAA-Den) <nick.mangels@akerman.com>
**Subject:** RE: Nwauzor v. GEO - Updated List

Ashley, GEO is overdue to give us an update on the items below. Do you have time to catch up on a call today or tomorrow afternoon? -JW

**Jamal N. Whitehead**
Schroeter Goldmark & Bender
206.622.8000 | whitehead@sgb-law.com

---

**From:** Whitehead, Jamal
**Sent:** Tuesday, September 3, 2019 9:35 AM
**To:** ashley.calhoun@akerman.com; Berger, Adam <berger@sgb-law.com>
**Cc:** colin.barnacle@akerman.com; melissa.cizmorris@akerman.com; nick.mangels@akerman.com
**Subject:** RE: Nwauzor v. GEO - Updated List

Hi Ashley, any updates re: below? -JW

**Jamal N. Whitehead**
Schroeter Goldmark & Bender
206.622.8000 | whitehead@sgb-law.com

---

**From:** ashley.calhoun@akerman.com <ashley.calhoun@akerman.com>
**Sent:** Friday, August 23, 2019 5:21 PM
**To:** Whitehead, Jamal <whitehead@sgb-law.com>; Berger, Adam <berger@sgb-law.com>
**Cc:** colin.barnacle@akerman.com; melissa.cizmorris@akerman.com; nick.mangels@akerman.com
**Subject:** RE: Nwauzor v. GEO - Updated List

**EXTERNAL EMAIL**

Thanks, Jamal. We've forwarded the updated chart to our client and we'll keep you posted.

Ashley

**Ashley Calhoun**
Akerman LLP | 1900 Sixteenth Street, Suite 1700 | Denver, CO 80202
D: 303 640 2543 | T: 303 260 7712 | F: 303 260 7714
Admitted to Practice in Colorado, California, Arizona, and Mississippi
ashley.calhoun@akerman.com

vCard | Profile



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Whitehead, Jamal <whitehead@sgb-law.com>
**Sent:** Friday, August 23, 2019 5:02 PM
**To:** Calhoun, Ashley (Assoc-Den) <ashley.calhoun@akerman.com>; Cizmorris, Melissa (Assoc-Den) <melissa.cizmorris@akerman.com>
**Cc:** Berger, Adam <berger@sgb-law.com>
**Subject:** Nwauzor v. GEO - Updated List

Ashley, Melissa,

Here's the updated list class of members who may still be in custody that we discussed moments ago. Please work from this list and disregard the one I sent you previously. Please give us an update next week about the timeline on which we can expect a complete response to our inquiry.

Thank you for the update re: the payroll data. We look forward to receiving the Keefe banking data next week.

Best,
Jamal



**Jamal N. Whitehead**
*Attorney*
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA  98104
Tel: 206.622.8000  |  Fax: 206.682.2305
whitehead@sgb-law.com | sgb-law.com | en español

**CONFIDENTIALITY NOTICE**:  This e-mail may contain confidential and privileged information.  If you have received this e-mail by mistake, please delete it without distributing it to anyone else, and notify me immediately via e-mail or telephone at 206-622-8000. Thank you.
-