# Exhibit 7

| | |
|---|---|
| **From:** | Whitehead, Jamal |
| **To:** | ashley.calhoun@akerman.com; colin.barnacle@akerman.com; melissa.cizmorris@akerman.com; nick.mangels@akerman.com |
| **Cc:** | Andrew Free; Berger, Adam; Cronan, Sheila; Devin Theriot-Orr; Halm, Lindsay; Meena Menter |
| **Subject:** | Nwauzor v. GEO - Keefe Banking Data & Class List Questions |
| **Date:** | Tuesday, October 15, 2019 12:31:00 PM |
| **Attachments:** | image001.png |

Ashley,

The Keefe banking records that GEO produced on September 20 (GEO-Nwauzor 193059-72) are different from earlier versions of the same records (e.g., GEO-State 252769) in that the later produced records do not include work details (i.e., location). What accounts for the difference and will GEO reproduce payroll records for the class period including work details?

Separately, do you have an update concerning our ongoing request that GEO/ICE indicate which class members are still in custody?

Best,
Jamal



**Jamal N. Whitehead**
*Attorney*
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA  98104
Tel: 206.622.8000  **|**  Fax: 206.682.2305
whitehead@sgb-law.com **|** sgb-law.com **|** en español

**CONFIDENTIALITY NOTICE**:  This e-mail may contain confidential and privileged information.  If you have received this e-mail by mistake, please delete it without distributing it to anyone else, and notify me immediately via e-mail or telephone at 206-622-8000. Thank you.

-