# EXHIBIT C

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE
_____

                                  )
THE STATE OF WASHINGTON,          )
                                  )
            Plaintiff,            )
                                  )
     vs.                          )    No. 3:17-cv-05806-RJB
                                  )
THE GEO GROUP, INC.,              )
                                  )
            Defendant.            )
                                  )
_____


        30(B)(6) DEPOSITION UPON ORAL EXAMINATION

                     OF GEO GROUP, INC.

                      IN THE PERSON OF

                        RYAN KIMBLE

_____


                          9:50 a.m.
                        July 9, 2018

                   1250 Pacific Avenue 105
                 Tacoma, Washington 98401-2317




REPORTED BY: JACQUELINE L. BELLOWS, CCR 2297
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                          APPEARANCES

 2
     For the Plaintiff:
 3
     LA ROND BAKER
 4   ANDREA BRENNEKE
     OFFICE OF THE ATTORNEY GENERAL
 5   800 Fifth Avenue 2000
     Seattle, Washington 98164-1338
 6   206.464.7744
     larondb@atg.wa.gov
 7   abrenneke@gmail.com

 8

 9   For the Defendant:

10   JOAN MELL
     III Branches Law
11   1019 Regents Boulevard 204
     Fircrest, Washington 98466
12   253.566.2510
     joan@3brancheslaw.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
                              I N D E X

EXAMINATION BY:                                               PAGE

Ms. Baker  ------------------------------------------           5




EXHIBITS FOR IDENTIFICATION                                   PAGE

Exhibit 1    Notice of Deposition Pursuant to Civil            10
             Rule 30 (B)(6) And Demand for
             Designation of Representatives Deponent
             followed by GEO-State 000931

Exhibit 2    Policy and Procedure Manual, Detainee             34
             Services and Programs, Voluntary Work
             Program, GEO-State 003451 -
             GEO-State 003458

Exhibit 3    Detainee Job Description, Cook/Prep/              37
             Server, GEO-State 015099 - 015101,
             GEO-State 003524

Exhibit 4    Detainee kitchen worker hygiene and               45
             grooming standards, GEO-State 003519

Exhibit 5    Kitchen Worker Orientation Checklist,             47
             GEO-State 003538 - GEO-State 003556

Exhibit 6    Daily Work Crew Count Sheet                       69

Exhibit 7    Man-Days Billing Report Status Detail             70
             Alpha, Report Dates: 11/1/2012 -
             11/30/2012, Confidential,
             GEO MEN 00001594 - GEO_MEN 00001610

Exhibit 8    Food Service Shift Tool Control,                  80
             GEO-State 003515 - GEO-State 003516

Exhibit 9    Offender Job/Program Assignments                 101

Exhibit 10   Memo, 11-29-12, GEO-State 000569 -               104
             GEO-State 000621

Exhibit 11   Certificate of Compliance, 3-6-17                105
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

| | EXHIBITS FOR IDENTIFICATION | PAGE |
|---|---|---|
| Exhibit 12 | Housekeeping Plan, GEO-State 000632 - GEO-State 000635 | 106 |
| Exhibit 13 | Stipulated Protective Order, 6-26-18 | 110 |
| Exhibit 14 | Memo, 4-12-12, GEO-State 003477 | 111 |
| Exhibit 15 | Email, 10-3-14, GEO-State 012190 | 117 |
| Exhibit 16 | Email, 3-4-14, GEO-State 006270 | 120 |
| Exhibit 17 | 5.8 Voluntary Work Program, PBNDS 2011 | 125 |
| Exhibit 18 | Facility History, GEO-State 005744 - GEO-State 005748 | 129 |
| Exhibit 19 | Geo's Fed. R. Civ. P. 26(a)(1) Initial Disclosures, 2-2-18 | 141 |
| Exhibit 20 | Table, "Pod, Worker, Hours, Total," Confidential | 150 |
| Exhibit 21 | Table, "Worker pay," Confidential | 159 |
| Exhibit 22 | Table, "Monthly Voluntary Worker Program Spend," Confidential | 163 |
| Exhibit 23 | Declaration of Joan K. Mell Attaching Geo-ICE Contract with Limited Trade Secret Redactions, 11-17-17 | 170 |

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                  Tacoma, Washington; July 9, 2018
 2                            9:50 a.m.
 3                             --oOo--
 4
 5                           RYAN KIMBLE,
 6      sworn as a witness by the certified court reporter,
 7                         testified as follows:
 8
 9                       E X A M I N A T I O N
10   BY MS. BAKER:
11        Q.    Good morning, Mr. Kimble.
12        A.    Good morning.
13        Q.    As you know, my name is LaRond Baker and I'm
14   an attorney for the State of Washington in this matter.
15   Our other counsel who's at the table is Andrea Brenneke.
16   And we are here with Cassidy, who is our intern.
17              Would you please state your full name for the
18   record.
19        A.    Ryan Edward Kimble.
20        Q.    How do you spell your last name?
21        A.    K-I-M-B-L-E.
22        Q.    And your employer?
23        A.    The Geo Group.
24        Q.    And what is your position for the Geo Group?
25        A.    I'm the associate warden for finance and
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    Q.   How many sizes of units are there?
2    A.   There is usually the A pod is the biggest pod.
3    And then it's -- the other two pods are basically equal.
4    It all fluctuates based on the number of detainees that
5    are brought in by ICE and the number of detainees that
6    are -- that ICE has said that they're to be either
7    transported back to their home country of origin or
8    released to the community.
9    Q.   So the number of detainee-workers correlates
10   to the number of detainees that are housed in the pod?
11   A.   Uh-huh.
12        MS. MELL:  Is that yes?
13   A.   Yes.
14   Q    (By Ms. Baker) How does Geo make the
15   determination of how many workers will be assigned to a
16   pod based off of the pod population?
17        MS. MELL:  Object to the form of the question.
18   A.   This was just used to give as many as
19   possible.  This is just as-many-as-possible people,
20   'cause that was our mandate, try and provide as many as
21   possible opportunities for the detainees.  So this is,
22   you know, these detainees, there could possibly be one
23   person doing the shower in the morning and a second
24   person doing the shower -- the same shower in the
25   afternoon, a third person doing the shower in the

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

REPORTER'S CERTIFICATE

I, JACQUELINE L. BELLOWS, the undersigned Certified Court Reporter pursuant to RCW 5.28.010 authorized to administer oaths and affirmations in and for the State of Washington, do hereby certify that the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision, to the best of my ability; that the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that a review of which was requested; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND AND DIGITAL SIGNATURE this 27th day of July, 2018.

_____
Jacqueline L. Bellows
Washington State Certified Court Reporter, No. 2297
jbellows@yomreporting.com

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com