The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | No.  3:17-cv-05769-RJB<br><br>**STIPULATED MOTION TO SEAL DOCUMENTS AND PROPOSED ORDER**<br><br>NOTE ON MOTION CALENDAR: JANUARY 2, 2020 |

## I.     INTRODUCTION

In compliance with Local Rule W.D. Wash. LCR 5(g) and 10(g), and pursuant to the Protective Order entered in this case (Dkt. No. 163), the Parties submit this stipulated motion to permit Plaintiffs to file, under seal, documents that were marked or designated by Defendant, The GEO Group, Inc. (GEO) or Immigration and Customs Enforcement (ICE), as "confidential" under the terms of the Protective Order.  This stipulation also serves to permit GEO to file, under seal, certain documents designated "confidential" under the terms of the Protective Order. The documents to be filed under seal by each party are identified in the charts

STIP. MOT. TO SEAL DOCUMENTS
AND PROPOSED ORDER - 1

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

set forth below. The documents at issue are exhibits to the Declaration of Jamal N. Whitehead in Support of Plaintiffs' Motion for Summary Judgment, which is filed this same day. The Protective Order requires Plaintiffs to file under seal material GEO or another party designates confidential if the confidentiality designation is not withdrawn. Plaintiffs advised GEO that it intended to rely upon confidential documents for its motion and requested that GEO reconsider the confidential designations. GEO reviewed the material and confirmed that it should be designated "confidential" under the Protective Order. The Parties now file this stipulated motion to ensure compliance with the Protective Order.

The Court should authorize the filing of these documents under seal for purposes of the accompanying motion for summary judgment. Filing these documents under seal complies with Plaintiffs' obligations under the Protective Order, protects against disclosure of GEO's asserted confidential financial and proprietary information, and supports the Court's ability to make informed decisions about the parties' arguments.

## II.   AUTHORITY

This motion is brought in accordance with Federal Rule of Civil Procedure 26(c), LCR 26(c), LCR 5(g), LCR 10(g), and the terms of the Protective Order.

Rule 26(c) provides for the entry of "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression or undue burden or expense." Pursuant to LCR 26(c), the Protective Order protects specific categories of confidential, proprietary, or private information, but "does not presumptively entitle the parties to file confidential information under seal." LCR 26(c)(2); Dkt. No. 163 at ¶ 1.

STIP. MOT. TO SEAL DOCUMENTS
AND PROPOSED ORDER - 2

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

GEO designated the documents at issue as "Confidential" as purportedly falling within the categories of "Confidential" documents covered by the Stipulated Protective Order. Dkt. No. 163 at ¶ 2.

### GEO'S STATEMENT RE: LCR 5(g)(3)(B):

GEO designated certain documents as "Confidential" consistent with the text of the Protective Order because it has a good faith belief that public disclosure of those documents will cause financial, competitive, or other serious harm to GEO or individuals employed by, or in the custody of, GEO. For example, GEO designated documents as "Confidential" when they contain the names and Alien Registration Numbers for federal detainees, information about those detainees, communications and contacts with ICE, and internal reports or policies that identify GEO's sensitive pricing or staffing information that helped GEO to obtain those contracts. If such information were disclosed to the public, GEO will suffer serious business harm because its competitors could use the pricing, staffing, or other sensitive business information to unfairly compete against GEO and siphon away its business. *See, e.g., Seiter v. Yokohama Tire Corp.,* No. C08-5578 FDB, 2009 WL 2461000, at *2 (W.D. Wash. Aug. 10, 2009) (holding the defendant established good cause for protective order due to potential competitive harm from disclosure of pricing policies and other confidential business practices). In addition, GEO would suffer financial and potentially legal consequences if it disclosed personal information about the detainees in violation of The Privacy Act of 1974, 5 U.S.C. § 552a. Further, ICE has designated some information that GEO produced as "Confidential" and GEO lacks the ability to withdraw those designations.

GEO reviewed the list of documents that Plaintiffs provided on January 2, 2020, and the parties prepared the following charts identifying the basis for its confidentiality

STIP. MOT. TO SEAL DOCUMENTS
AND PROPOSED ORDER - 3

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

designations of the documents each seeks to file. Although GEO is amenable to Plaintiffs redacting all confidential information from the following documents, GEO understands that Plaintiffs seek to submit the confidential content of these documents and deposition testimony for their dispositive motion, so redaction is not possible.

**Plaintiffs' Chart:**

| Ex. No. | Description | Bates Range | Designation |
|---|---|---|---|
| A | Sept. 2017 ACA Welcome Book | GEO-Nwauzor 044051-044127 | Confidential |
| B | GEO-ICE K | GEO-Nwauzor 096300-096502 | Confidential |
| D | Facility Financial Summary | GEO-Nwauzor 198805 | Confidential |
| J | ACA Reaccreditation Audit (Sept. 2017) | GEO-Nwauzor 026329-026373 | Confidential |
| O | Classification Memo | GEO-Nwauzor 016445 | Confidential |
| P | Howard Email to McHatton, et al., Aug. 27, 2014) | GEO-State 283813-28314 | Confidential |
| Q | Voluntary Work Program Agreement | GEO-Nwauzor 177016 | Confidential |
| T | GEO Bills to ICE | GEO-State 045059, 046463, 046465, 045232, 047378, 045103, 045250, 045052, 045138, 230438,   046622, 046621, 230459, 046536, 047718 | Confidential |
| W | Detainee Worker Average Hour Spreadsheet | GEO-State 019281 (native document) | Confidential |
| Z | Detainee Worker Roster | GEO-Nwauzor 026921-026953 | Confidential |

STIP. MOT. TO SEAL DOCUMENTS
AND PROPOSED ORDER - 4

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

| Ex. No. | Description | Bates Range | Designation |
|---|---|---|---|
| AA | Detainee Worker Pay Sheet | GEO-Nwauzor 065428-065429 | Confidential |
| BB | Sergeant Job Description | GEO-Nwauzor 000340-000341 | Confidential |
| CC | Food Service Supervisor Job Description | GEO-Nwauzor 054190-054191 | Confidential |
| DD | Food Service Detention Officer Job Description | GEO-Nwauzor 014245-014246 | Confidential |
| EE | Janitor Job Description | GEO-Nwauzor 010202 | Confidential |
| FF | Maintenance Technician Job Description | GEO-Nwauzor 014243-014244 | Confidential |

**GEO's Chart:**

| Ex. No. | Description | Bates Range | Designation |
|---|---|---|---|
| A | GEO-ICE 2015 Contract | GEO-Nwauzor 085023—085225 | Confidential |
| M | GEO Year End Report Northwest Detention Center | GEO-Nwauzor 049400—049425 | Confidential |

### III.   CERTIFICATION OF COUNSEL

The parties conferred on January 2, 2020, regarding the need to file these documents under seal. Plaintiffs shared a list of documents it intended to file under seal accompanying their Motion for Summary Judgment, GEO also shared its list with Plaintiffs. Each of these

STIP. MOT. TO SEAL DOCUMENTS AND PROPOSED ORDER - 5

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

documents have been designated as "confidential" pursuant to the Protective Order. GEO reviewed the confidentiality designation of these documents and confirmed that they should, indeed, be marked "confidential" and be filed under seal.

### IV.   CONCLUSION

The parties, by and through their counsel, stipulate and agree to entry of the Order, below.

DATED this 2nd day of January, 2020.

| *s/ Jamal N. Whitehead* | *s/ Adrienne Scheffey* |
|---|---|
| SCHROETER GOLDMARK & BENDER<br>Adam J. Berger, WSBA #20714<br>Lindsay L. Halm, WSBA #37141<br>Jamal N. Whitehead, WSBA #39818<br>Rebecca J. Roe, WSBA #7560<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>Tel: (206) 622-8000<br>berger@sgb-law.com<br>halm@sgb-law.com<br>whitehead@sgb-law.com<br><br>THE LAW OFFICE OF<br>R. ANDREW FREE<br>R. Andrew Free (*Pro Hac Vice*)<br>P.O. Box 90568<br>Nashville, TN 37209<br>Tel: (844) 321-3221<br>andrew@immigrantcivilrights.com<br><br>OPEN SKY LAW, PLLC<br>Devin T. Theriot-Orr, WSBA # 33995<br>20415 – 72nd Avenue S, Suite 110<br>Kent, WA 98032<br>Tel: (206) 962-5052<br>devin@opensky.law<br><br><br>MENTER IMMIGRATION LAW, PLLC | AKERMAN LLP<br>Colin L. Barnacle<br>Ashley E. Calhoun<br>Christopher J. Eby<br>Adrienne Scheffey<br>Allison N. Angel<br>1900 Sixteenth Street, Suite 1700<br>Denver, Colorado 80202<br>Telephone: (303) 260-7712<br>Facsimile: (303) 260-7714<br>colin.barnacle@akerman.com<br>ashley.calhoun@akerman.com<br>christopher.eby@akerman.com<br>adrienne.scheffey@akerman.com<br>allison.angel@akerman.com<br><br><br>III BRANCHES LAW, PLLC<br>Joan K. Mell, WSBA #21319<br>1019 Regents Boulevard, Suite 204<br>Fircrest, Washington 98466<br>Telephone: (253) 566-2510<br>Facsimile: (281) 664-4643<br>joan@3brancheslaw.com<br><br>*Counsel for Defendant* |

STIP. MOT. TO SEAL DOCUMENTS
AND PROPOSED ORDER - 6

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

Meena Menter, WSBA # 31870
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
Tel: (206) 419-7332
meena@meenamenter.com

*Class Counsel*

STIP. MOT. TO SEAL DOCUMENTS
AND PROPOSED ORDER - 7

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

[PROPOSED] **ORDER**

IT IS SO ORDERED.

Done this _____ day of January, 2020.

_____
The Honorable Robert J. Bryan
Judge, U.S. District Court

STIP. MOT. TO SEAL DOCUMENTS
AND PROPOSED ORDER - 8

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

PRESENTED BY:

| | |
|---|---|
| *s/ Jamal N. Whitehead* | *s/ Joan K. Mell* |
| SCHROETER GOLDMARK & BENDER | III BRANCHES LAW, PLLC |
| Adam J. Berger, WSBA #20714 | Joan K. Mell, WSBA #21319 |
| Lindsay L. Halm, WSBA #37141 | 1019 Regents Boulevard, Suite 204 |
| Jamal N. Whitehead, WSBA #39818 | Fircrest, Washington 98466 |
| Rebecca J. Roe, WSBA #7560 | Telephone: (253) 566-2510 |
| 810 Third Avenue, Suite 500 | Facsimile: (281) 664-4643 |
| Seattle, WA 98104 | joan@3brancheslaw.com |
| Tel: (206) 622-8000 | |
| berger@sgb-law.com | AKERMAN LLP |
| halm@sgb-law.com | Colin L. Barnacle |
| whitehead@sgb-law.com | Ashley E. Calhoun |
| | Christopher J. Eby |
| THE LAW OFFICE OF | Adrienne Scheffey |
| R. ANDREW FREE | Allison N. Angel |
| R. Andrew Free (*Pro Hac Vice*) | 1900 Sixteenth Street, Suite 1700 |
| P.O. Box 90568 | Denver, Colorado 80202 |
| Nashville, TN 37209 | Telephone: (303) 260-7712 |
| Tel: (844) 321-3221 | Facsimile: (303) 260-7714 |
| andrew@immigrantcivilrights.com | colin.barnacle@akerman.com |
| | ashley.calhoun@akerman.com |
| OPEN SKY LAW, PLLC | christopher.eby@akerman.com |
| Devin T. Theriot-Orr, WSBA # 33995 | adrienne.scheffey@akerman.com |
| 20415 – 72nd Avenue S, Suite 110 | allison.angel@akerman.com |
| Kent, WA 98032 | |
| Tel: (206) 962-5052 | *Counsel for Defendant* |
| devin@opensky.law | |
| | |
| MENTER IMMIGRATION LAW, PLLC | |
| Meena Menter, WSBA # 31870 | |
| 8201 – 164th Avenue NE, Suite 200 | |
| Redmond, WA 98052 | |
| Tel: (206) 419-7332 | |
| meena@meenamenter.com | |

*Class Counsel*

STIP. MOT. TO SEAL DOCUMENTS AND PROPOSED ORDER - 9

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2020, I electronically filed the foregoing, together with its supporting pleadings and attachments thereto, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Devin T. Theriot-Orr
OPEN SKY LAW, PLLC
20415 – 72nd Avenue South, Suite 110
Kent, WA 98032
devin@opensky.law
*Attorney for Plaintiff*

R. Andrew Free
THE LAW OFFICE OF R. ANDREW FREE
PO Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com
*Attorney for Plaintiff*

Meena Menter
MENTER IMMIGRATION LAW PLLC
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
meena@meenamenter.com
*Attorney for Plaintiff*

Joan K. Mell
III BRANCHES LAW, PLLC
1019 Regents Boulevard, Suite 204
Fircrest, WA 98466
joan@3ebrancheslaw.com
*Attorney for Defendant*

Colin L. Barnacle
Ashley E. Calhoun
Christopher J. Eby
Adrienne Scheffey
Allison N. Angel
AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
colin.barnacle@akerman.com
ashley.calhoun@akerman.com
christopher.eby@akerman.com
allison.angel@akerman.com
adrienne.scheffey@akerman.com
*Attorneys for Defendant*

Christopher M. Lynch
US DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 "L" Street NW
Washington, D.C. 20005
christopher.m.lynch@usdoj.gov
*Attorneys for Interested Party*

DATED at Seattle, Washington this 2nd day of January, 2020.

*s/ Virginia Mendoza*
VIRGINIA MENDOZA, Legal Assistant
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
mendoza@sgb-law.com

STIP. MOT. TO SEAL DOCUMENTS
AND PROPOSED ORDER - 10

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305