The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>                         Plaintiffs,<br><br>     v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>                       Defendant. | No.  3:17-cv-05769-RJB<br><br>**DECLARATION OF JAMAL N. WHITEHEAD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, JAMAL N. WHITEHEAD, declare as follows:

1.    I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2.    Attached as **Exhibit A** is a true and correct copy of The GEO Group, Inc.'s September 2017 ACA Audit Welcome Book, marked as Exhibit 348 to Bruce Scott's deposition. Pursuant to the Protective Order, Docket No. 163, Exhibit A is filed under seal.

WHITEHEAD DECL. IN SUPPORT OF
PLTFS.' MOT. FOR SUMMARY
JUDGMENT (3:17-cv-05769-RJB) – 1

3.      Attached as **Exhibit B** is a true and correct copy of the Award/Contract between The GEO Group, Inc. and Immigration Customs Enforcement, marked as Exhibit 356 to the Rule 30(b)(6) deposition of The GEO Group, Inc. Pursuant to the Protective Order, Docket No. 163, Exhibit B is filed under seal.

4.      Attached as **Exhibit C** are true and correct copies of excerpts of testimony from the deposition of  The GEO Group, Inc. taken on December 10, 2019, including the court reporter's certification

5.      Attached as **Exhibit D** is a true and correct copy of the Northwest ICE Processing Center Facility Financial Summaries, marked as Exhibit 360 to the Rule 30(b)(6) deposition of The GEO Group, Inc. Pursuant to the Protective Order, Docket No. 163, Exhibit D is filed under seal.

6.      Attached as **Exhibit E** are true and correct copies of excerpts of testimony from the deposition of  Fernando Aguirre-Urbina taken June 11, 2018, including the court reporter's certification.

7.      Attached as **Exhibit F** is a true and correct copies of article published April 15, 2017 by author James Black titled " Tacoma immigration detention center is misunderstood."

8.      Attached as **Exhibit G** are true and correct copies of excerpts of testimony from the deposition of  Erwin DelaCruz taken December 2, 2019, including the court reporter's certification. Mr. DelaCruz is currently GEO's Assistant Food Production Manager at the Northwest Detention Center (NWDC).

9.      Attached as **Exhibit H** are true and correct copies of excerpts of testimony from the deposition of  Marc A. Johnson taken December 2, 2019, including the court reporter's

WHITEHEAD DECL. IN SUPPORT OF PLTFS.' MOT. FOR SUMMARY JUDGMENT (3:17-cv-05769-RJB) – 2

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

certification. Mr. Johnson is currently a Detention Officer at the NWDC, but he previously served at NWDC as a Lieutenant.

10.     Attached as **Exhibit I** are true and correct copies of excerpts of testimony from the deposition of David Tracy taken December 3, 2019, including the court reporter's certification. Mr. Tracy is currently a Detention Officer at the NWDC, but he previously served at NWDC as a Sergeant.

11.     Attached as **Exhibit J** is a true and correct copy of the Commission on Accreditation for Corrections' Standards Compliance Reaccreditation Audit for The GEO Group at the Northwest Detention Center, dated September 2017. The document was marked as Exhibit 349 to the deposition of Bruce Scott, Jr. Pursuant to the Protective Order, Docket No. 163, Exhibit J is filed under seal.

12.     Attached as **Exhibit K** are true and correct copies of excerpts of testimony from the deposition of  Bruce Scott, Jr. taken December 9, 2019, including the court reporter's certification. Mr. Scott is currently the Assistant Warden at NWDC.

13.     Attached as **Exhibit L** is a true and correct copy of ICE's 2008 Performance-Based National Detention Standards § 5.8 (VWP).

14.     Attached as **Exhibit M** is a true and correct copy of ICE's 2011 Performance-Based National Detention Standards § 5.8 (VWP), marked as Exhibit 361 to the Rule 30(b)(6) deposition of The GEO Group, Inc.

15.     Attached as **Exhibit N** is a true and correct copy of ICE's 2019 Performance-Based National Detention Standards § 5.8 (VWP).

16.     Attached as **Exhibit O** is a true and correct copy of a Memorandum dated April 12, 2012 titled "Voluntary Work Program 2011 PBNDS Standards," marked as Exhibit 330 to

WHITEHEAD DECL. IN SUPPORT OF
PLTFS.' MOT. FOR SUMMARY
JUDGMENT (3:17-cv-05769-RJB) – 3

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

Michael Heye's deposition. Pursuant to the Protective Order, Docket No. 163, Exhibit O is filed under seal.

17.     Attached as **Exhibit P** is a true and correct copy of an email from Charles L. Howard to Bill McHatton, et al., dated August 27, 2014, marked as Exhibit 364 to the Rule 30(b)(6) deposition of The GEO Group, Inc. Pursuant to the Protective Order, Docket No. 163, Exhibit P is filed under seal.

18.     Attached as **Exhibit Q** is a true and correct copy of a Voluntary Work Program Agreement, marked as Exhibit 314 to David Tracy's deposition. Pursuant to the Protective Order, Docket 163, Exhibit Q is filed under seal.

*19.*     Attached as **Exhibit R** is a true and correct copy of the Declaration of Trae D. Johnson, Docket No. 91 from *State of Washington v. The GEO Group, Inc.*, *Cause No. 3-:17-cv-05806-RJB.*

20.     Attached as **Exhibit S** is a true and correct copy of GEO Corrections Policy Number 5.1.2, marked as Exhibit 313 to David Tracy's deposition.

21.     Attached as **Exhibit T** is a true and correct copy of The GEO Group, Inc's billing to ICE, marked as Exhibit 358 to the 30(b)(6) deposition of The GEO Group, Inc. Pursuant to the Protective Order, Docket No. 163, Exhibit T is filed under seal.

*22.*     Attached as **Exhibit U** is a true and correct copy of defendant The GEO Group's response to Request for Admission No. 67 in the *State of Washington v. The GEO Group, Inc.*, *Cause No. 3-:17-cv-05806-RJB.*

23.     Attached as **Exhibit V** are true and correct copies of excerpts of testimony from the deposition of  Michael Heye taken December 4, 2019, including the court reporter's certification. Mr. Heye is currently a Classifications Officer at NWDC.

WHITEHEAD DECL. IN SUPPORT OF
PLTFS.' MOT. FOR SUMMARY
JUDGMENT (3:17-cv-05769-RJB) – 4

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

24.     Attached as **Exhibit W** is a true and correct copy of a spreadsheet titled "Detainee Worker Average Hours.xls," marked as Exhibit 325 to Michael Heye's deposition. Pursuant to the Protective Order, Docket No. 163, Exhibit W is filed under seal.

*25.*     Attached as **Exhibit X** are true and correct copies of excerpts of testimony from the deposition of Alisha Singleton taken January 31, 2019, including the court reporter's certification, from *State of Washington v. The GEO Group, Inc.*, *Cause No. 3-:17-cv-05806-RJB*.

26.     Attached as **Exhibit Y** is a true and correct copy of various detainee job descriptions at the Northwest Detention Center, marked as exhibit 315 to David Tracy's deposition.

27.     Attached as **Exhibit Z** is a true and correct copy of a Detainee Worker Roster, marked as exhibit 309 to Erwin DelaCruz's deposition. Pursuant to the Protective Order, Docket No. 163, Exhibit Z is filed under seal.

28.     Attached as **Exhibit AA** is a true and correct copy of a document titled "Daily Detainee Worker Pay Sheet," marked as Exhibit 308 to Erwin DelaCruz's deposition. Pursuant to the Protective Order, Docket No. 163, Exhibit AA is filed under seal.

29.     Attached as **Exhibit BB** is a true and correct copy of The GEO Group, Inc.'s sergeant job description, marked as Exhibit 311 to Marc Johnson's deposition. Pursuant to the Protective Order, Docket No. 163, Exhibit BB is filed under seal.

30.     Attached as **Exhibit CC** is a true and correct copy of The GEO Group, Inc.'s food service supervisor job description, marked as Exhibit 300 to Erwin DelaCruz's deposition. Pursuant to the Protective Order, Docket No. 163, Exhibit CC is filed under seal.

WHITEHEAD DECL. IN SUPPORT OF PLTFS.' MOT. FOR SUMMARY JUDGMENT (3:17-cv-05769-RJB) – 5

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

31.     Attached as **Exhibit DD** is a true and correct copy of The GEO Group, Inc.'s food service detention office job Description. Pursuant to the Protective Order, Docket No. 163, Exhibit DD is filed under seal.

32.     Attached as **Exhibit EE** is a true and correct copy of The GEO Group, Inc.'s janitor job description. Pursuant to the Protective Order, Docket No. 163, Exhibit EE is filed under seal.

33.     Attached as **Exhibit FF** is a true and correct copy of The GEO Group, Inc.'s maintenance technician job description. Pursuant to the Protective Order, Docket No. 163, Exhibit FF is filed under seal.

34.     Attached as **Exhibit GG** is a true and correct copy of various detainee kitchen job descriptions at the Northwest Detention Center, marked as exhibit 304 to Erwin DelaCruz's deposition.

35.     Attached as **Exhibit HH** is a true and correct copy of The GEO Group, Inc.'s Equitable Adjustment Requested to ICE dated May 30, 2018, marked as exhibit 365 to the Rule 30(b)(6) deposition of The GEO Group, Inc.

36.     Attached as **Exhibit II** is a true and correct copy of The GEO Group, Inc.'s 2016 Northwest Detention Center Detainee Handbook.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Seattle, Washington this 2nd day of January, 2019.


*s/ Jamal N. Whitehead*
JAMAL N. WHITEHEAD


WHITEHEAD DECL. IN SUPPORT OF
PLTFS.' MOT. FOR SUMMARY
JUDGMENT (3:17-cv-05769-RJB) – 6

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2020, I electronically filed the foregoing, together with its supporting pleadings and attachments thereto, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Devin T. Theriot-Orr
OPEN SKY LAW, PLLC
20415 – 72nd Avenue South, Suite 110
Kent, WA 98032
devin@opensky.law
*Attorney for Plaintiff*

R. Andrew Free
THE LAW OFFICE OF R. ANDREW FREE
PO Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com
*Attorney for Plaintiff*

Meena Menter
MENTER IMMIGRATION LAW PLLC
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
meena@meenamenter.com
*Attorney for Plaintiff*

Joan K. Mell
III BRANCHES LAW, PLLC
1019 Regents Boulevard, Suite 204
Fircrest, WA 98466
joan@3ebrancheslaw.com
*Attorney for Defendant*

Colin L. Barnacle
Ashley E. Calhoun
Christopher J. Eby
Adrienne Scheffey
Allison N. Angel
AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
colin.barnacle@akerman.com
ashley.calhoun@akerman.com
christopher.eby@akerman.com
allison.angel@akerman.com
adrienne.scheffey@akerman.com
*Attorneys for Defendant*

Christopher M. Lynch
US DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 "L" Street NW
Washington, D.C.  20005
christopher.m.lynch@usdoj.gov
*Attorneys for Interested Party*

DATED at Seattle, Washington this 2nd day of January, 2020.

*s/ Virginia Mendoza*

VIRGINIA MENDOZA, Legal Assistant
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA  98104
Tel: (206) 622-8000
mendoza@sgb-law.com

WHITEHEAD DECL. IN SUPPORT OF PLTFS.' MOT. FOR SUMMARY JUDGMENT (3:17-cv-05769-RJB) – 7

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305