# WHITEHEAD DECLARATION
# EXHIBIT A
# FILED UNDER SEAL