# WHITEHEAD DECLARATION
# EXHIBIT B
# FILED UNDER SEAL