# WHITEHEAD DECLARATION
# EXHIBIT C

Bruce Scott, Jr.                                    December 10, 2019

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

---

UGOCHUKWU GOODLUCK NWAUZOR,         )
FERNANDO AGUIRRE-URBINA,            )
individually and on behalf of      )
all those similarly situated,      )
                                   )
          Plaintiffs,              )
                                   )  No. 17-cv-05769-RJB
    vs.                            )
                                   )
THE GEO GROUP, INC., a Florida     )
corporation,                       )
                                   )
          Defendant.               )

---

VIDEO DEPOSITION UPON ORAL EXAMINATION OF

BRUCE A. SCOTT, JR.

AS A RULE 30(b)(6) DESIGNEE OF

THE GEO GROUP, INC.

---

810 Third Avenue, Suite 500

Seattle, Washington

DATE:  Tuesday, December 10, 2019

REPORTED BY:  Donald W. McKay, RMR, CRR, CCR 3237

Bruce Scott, Jr.                                  December 10, 2019

Page 17

1       A.   After.

2       Q.   And $27.12, were there ever any other offset

3    amounts reached or discussed by GEO?

4       A.   No.

5       Q.   Walk me through how GEO arrived at the amount of

6    $27.12 per hour as the offset amount.

7       A.   We looked at total 2016 data, and took the total

8    participants in the Voluntary Work Program for 2016, and

9    we multiplied that by an estimated hours worked and

10   average hours worked per detainee during that time

11   period, to determine a total number of hours worked in

12   that year; and divided that by the total expenditures of

13   equipment, services, building costs, taxes, a number of

14   other factors, divided -- that equated out to the $27.12

15   an hour.

16      Q.   In 2016, what was the total number of

17   participants in the program?

18      A.   I can't recall off the top of my head.  I know

19   it's listed on some documentation somewhere.

20      Q.   Do you have those documents with you today?

21      A.   I do not.

22      Q.   All right.  And the estimated hours worked by

23   detainee, I believe you said was part of the formula.

24   Did I get that right?

25      A.   Yes.

Bruce Scott, Jr.                                    December 10, 2019

Page 18

1        Q.   What was the estimated hour or hours worked by

2   detainees used in your formula?

3        A.   The estimated average hours worked by detainees,

4   I believe, was 1.72 hours.

5        Q.   How was that estimate reached?

6        A.   That is purely an estimate.   Most Voluntary Work

7   Program assignments only last 30 minutes, sometimes not

8   even 30 minutes.   We don't have time records of each

9   individual work period.   It was not a requirement and is

10  not a requirement of the ICE PBNDS standards for

11  voluntary work.   It's our best estimate of the number of

12  hours that each individual spent on average, working any

13  day for the Voluntary Work Program.

14       Q.   What sources of information did GEO consult to

15  reach that 1.72 hours estimate?

16       A.   Really just knowledge of the program, of what

17  detainees actually do in the Voluntary Work Program.

18       Q.   And in estimating 1.72 hours, was it GEO's

19  intent to be accurate in its estimate?

20           MS. MELL:   Object to the form.

21           THE WITNESS:   As accurate as available since the

22  ICE standard, nor contract require any such

23  documentation of time spent within the Voluntary Work

24  Program.

25  BY MR. WHITEHEAD:

Bruce Scott, Jr.                                    December 10, 2019

Page 19

1          Q.  Well, I guess what I'm driving at is that this
2   wasn't an arbitrary number.  1.72 hours represents GEO's
3   best estimate.  Is that correct?
4              MS. MELL:  Object to the form.
5              THE WITNESS:  Based on available knowledge and
6   without any detailed information from the Voluntary Work
7   Program that's not required, it's our best estimate.
8   BY MR. WHITEHEAD:
9          Q.  And is 1.72 hours still GEO's best estimate of
10  the average detainee shift?
11             MS. MELL:  Object to the form of the question.
12             THE WITNESS:  It's hard to answer.  The
13  Voluntary Work Program from day-to-day is very fluid.
14  It's hard to come up with a specific set of hours.  It
15  probably would not be the same from day-to-day if we
16  actually counted hours in the Voluntary Work Program.
17  BY MR. WHITEHEAD:
18         Q.  Well, for purposes of deriving GEO's offset
19  amount, is GEO sticking with or changing the 1.72 hours
20  detainee shift estimate?
21             MS. MELL:  Object to the form of the question.
22             THE WITNESS:  Based on -- when more available
23  information is known about the -- how many detainee
24  workers or what the overall end process wants to be --
25  it's hard to know.  It's a number right now.  The 1.72

Bruce Scott, Jr.                                    December 10, 2019

Page 20

```
 1   hours is our best estimate within the Voluntary Work
 2   Program.
 3   BY MR. WHITEHEAD:
 4       Q.   So that's yes, that is still GEO's estimated
 5   hours for the average detainee shift?
 6           MS. MELL:  Object to the form of the question.
 7           THE WITNESS:  Based on the documentation in
 8   front of me, yes.
 9   BY MR. WHITEHEAD:
10       Q.   Well, it's not based on the documentation in
11   front of you.  Like I said at the outset, it's a
12   30(b)(6) deposition, so it's a little bit different.
13   You're speaking on behalf of the company.  So my
14   question is a yes or no one.  On behalf of the company,
15   is 1.72 hours still the company's estimate for the
16   average detainee shift?  Yes or no.
17           MS. MELL:  Object to the form of the question.
18   Move to strike.
19           And don't tell my client what to do.
20           THE WITNESS:  I've answered the question.  As of
21   right now, based on the documentation and the
22   information that we have, 1.72 hours is the number.
23   BY MR. WHITEHEAD:
24       Q.   And then you said that the total number of
25   participants multiplied by the estimated hours worked is
```

Bruce Scott, Jr.                                    December 10, 2019

Page 33

1      A.   I see that.

2      Q.   Since September 24, 2015, can you tell me about

3  any revisions to the contract?

4      A.   There has been a number of revisions to the

5  contract.  I don't know how many or what those specific

6  changes were or what they changed.

7      Q.   Let's look at the second page of Exhibit 356.

8  Towards the bottom there, there is a reference to,

9  "Detention bed days, guaranteed minimum beds, 1,181

10 beds/day."  Do you see that?

11          MS. MELL:  I object to the form.  I'm not

12 following you.

13          THE WITNESS:  Do you have a line item that

14 you're looking at?

15 BY MR. WHITEHEAD:

16     Q.   0001A.

17          Are you with me now?

18     A.   I see that line item.

19     Q.   What is the reference, "Detention bed days"?

20     A.   There is a definition to a bed day on page 46,

21 which is Bates No. 096345 of that document.  The

22 contract defines what the bed day is.

23     Q.   And the bed day, does that form the basis for

24 how GEO is paid by ICE?

25     A.   That's just one of a series of numbers in this

Bruce Scott, Jr.                                    December 10, 2019

Page 36

1       A.  I think the owners of the contract, the ICE

2    contracting officers, may know the answer to that

3    question.

4       Q.  All right.  To the question, though, the bed-day

5    rate, looking at page 46 of the contract, Exhibit 356 --

6    are you on that page?

7       A.  Yes.

8       Q.  I'm looking at line item 6 there, the Bed-Day

9    Rate.  It reads, "Bed-day rate is an all-inclusive

10   burdened rate to include all costs inclusive of direct

11   cost, indirect costs, overhead and profit necessary to

12   provide the detention and food service requirements

13   required in the PWS."  Did I read that correctly?

14             MS. MELL:  Object to the form.

15             THE WITNESS:  The requirements described in the

16   PWS?

17             The document speaks for itself.  That's what the

18   words are on the page.

19   BY MR. WHITEHEAD:

20      Q.  So, that's my question, the bed-day rate, it

21   includes direct costs, the indirect costs, overhead and

22   profit.

23      A.  In accordance with the ICE contract, that's the

24   definition of a bed-day rate.

25      Q.  And ICE pays GEO the bed-day rate.  Correct?

Bruce Scott, Jr.                                    December 10, 2019

Page 37

 1        A.  As one line item in a multi-line-item contract,
 2   we do get paid a bed-day rate.
 3        Q.  To the extent that GEO seeks, as part of its
 4   offset, food, hygiene, and housing costs, as part of its
 5   offset, is GEO seeking to recover twice for the same
 6   amounts?
 7             MS. MELL:  Object to the form of the question.
 8             THE WITNESS:  I don't know how you would
 9   determine twice -- the spreadsheet is here.  The numbers
10   that we determined the offset are all listed.
11   BY MR. WHITEHEAD:
12        Q.  Well, looking at the spreadsheet -- and by
13   "spreadsheet," you're referring to Exhibit 355.
14   Correct?
15        A.  Yes.
16        Q.  Let's look at the last page, fiscal year 2016.
17   Are you with me?
18        A.  Yes.
19        Q.  The first line item there shows "Meals/Food
20   Expense."  Do you see that?
21        A.  Yes.
22        Q.  Meals/food expense, is that a component of the
23   bed-day rate?  Yes or no?
24             MS. MELL:  Object to the form of the question.
25             THE WITNESS:  Again, sir, there is various other

Bruce Scott, Jr.                                December 10, 2019

Page 64

1   in the record and identify the answer.

2   BY MR. WHITEHEAD:

3       Q.  The transcript isn't ready yet.  Is it yes, no,

4   or I don't know?

5           MS. MELL:  No, we're not going to do that.

6           THE WITNESS:  I've already answered that

7   question, sir.

8           (Exhibit 360 marked for identification.)

9           (Discussion off the stenographic record.)

10  BY MR. WHITEHEAD:

11      Q.  Mr. Scott, I've just handed you Exhibit 360.

12  What are we looking at here?

13      A.  360 is titled, "Northwest ICE Processing Center

14  Facility Financial Summaries."

15      Q.  Have you seen this document before?

16      A.  No.

17      Q.  Do you know whether this was made by someone at

18  GEO?

19      A.  Well, there is no author on this, but I

20  recognize items on this page.  I would not have any

21  reason to believe it was not made by somebody at GEO.

22      Q.  Looking at the top there, we see a line item for

23  Total Revenue.  Do you see that?

24      A.  Yes.

25      Q.  What does that figure represent or those figures

Bruce Scott, Jr.                                    December 10, 2019

Page 65

1   represent?  We see them on a year-by-year basis.  What

2   does that line item Total Revenue represent?

3       A.   It represents the total earned revenue.

4       Q.   Meaning all money coming into GEO at the

5   Northwest Detention Center on its contract with ICE?

6           MS. MELL:  Object to the form of the question.

7           THE WITNESS:  The document speaks for itself.  I

8   read earned revenue and a number of different dollar

9   amounts per year on this form.

10  BY MR. WHITEHEAD:

11      Q.   Let's look toward the bottom.  Do you see a

12  reference to Total Operating Expenses?  Do you see that?

13      A.   I see that.

14      Q.   What does Total Operating Expenses refer to?

15      A.   I would equate that to the line item -- the

16  individual line items right above that, in that area

17  that they total these listed line items on this page,

18  totaling the operating expenses.

19      Q.   And the next line item down, Gross Margin, what

20  does that refer to?

21      A.   Without doing the math on the form, it looks

22  like a formulaic entry computing a couple of different

23  data points on this form.

24      Q.   I haven't done the math either, but perhaps

25  revenue minus expenses.

Bruce Scott, Jr.                                    December 10, 2019

Page 66

1      A.   As a potential, but without doing the math, to

2  speak plainly --

3      Q.   Fair enough.

4           We see Indirect Costs underneath Gross Margin.

5  What does that refer to?

6      A.   The line item -- there is an asterisk which

7  indicates on this form a 2009 Pricing Index (sic)

8  Allocation.  All I can read is what this form says.

9      Q.   What about Facility Use Costs?  What does that

10 mean?

11     A.   Again, it's a line item on this report, Facility

12 Use Costs, with a number of dollar amounts over the

13 years.

14     Q.   And then, lastly, we see Net Margin.  What does

15 that mean?

16     A.   There is a number of -- a number of dollar

17 amounts assigned to net margin.  I again would assume

18 it's a formulaic entry on the form, computing some

19 different numbers on this page.

20     Q.   Based on what you see here and what you know of

21 GEO's operations, both in your capacity as a 30(b)(6)

22 designee and associate warden, does this figure

23 represent GEO's profit on a year-by-year basis?

24          MS. MELL:  Object to the form.

25          THE WITNESS:  GEO is a for-profit business.  I

Bruce Scott, Jr.                                    December 10, 2019

Page 67

1    would say that this indicates, in some fashion, some of

2    the profit based on the numbers that I see on this page.

3    BY MR. WHITEHEAD:

4        Q.  So looking at fiscal year 2018, we see a net

5    margin of $8,466,791.  Correct?

6        A.  That's what this individual page says, yes, sir.

7        Q.  Was that GEO's net profit for 2018?

8        A.  Based on this report that I'm reading, it was

9    the net margin for 2018.  I see $8,466,791.

10       Q.  That was GEO's take-home based on what it made

11   on the contract less its expenses.  Correct?

12           MS. MELL:  Object.

13           THE WITNESS:  That, I don't know.  I'm just

14   reading what this report says.

15   BY MR. WHITEHEAD:

16       Q.  Do you have any reason to believe that this

17   figure of $8.4 million is anything other than GEO's

18   profit for the year?

19       A.  I don't know everything that goes into the

20   profit in the multi-line-item contract.  I can suspect

21   that it says the net margin for 2018 was $8,466,791

22   based on this singular report.

23       Q.  Well, setting aside Exhibit 360, do you know

24   GEO's profit for last year?

25       A.  I do not.

Bruce Scott, Jr.                                December 10, 2019

Page 72

```
 1      Q.  Yes, no, or I don't know, did GEO make a profit
 2   for 2014?
 3           MS. MELL:  Object to the form.
 4           THE WITNESS:  Yes.
 5   BY MR. WHITEHEAD:
 6      Q.  Yes, no, or I don't know, has GEO been
 7   profitable so far this year, 2019?
 8           MS. MELL:  Object to the form.
 9           THE WITNESS:  I don't have any information to
10   speculate on that.
11   BY MR. WHITEHEAD:
12      Q.  Would you be surprised if GEO did not make a
13   profit this year?
14      A.  I would not like to speculate without numbers
15   and facts.  Again, contract line items change, task
16   orders change.  I would not like to guess at what ends
17   up happening.
18      Q.  What is the Voluntary Work Program?
19      A.  The Voluntary Work Program is required by the
20   contract and the ICE Performance-Based National
21   Detention Standards as a program that allows detainees
22   to perform voluntary work, earning a compensation of one
23   dollar a day, in an effort to have them help out in the
24   facility, spend time, not be idle.  That's what the
25   voluntary program is.
```

Bruce Scott, Jr.                                    December 10, 2019

Page 73

1        Q.   What are the basic job categories?

2             MS. MELL:   Object to the form.

3             THE WITNESS:   There are no basic job categories

4    as listed by the standard.   There is a number of program

5    activities that detainees can volunteer into in various

6    parts of the facility.

7    BY MR. WHITEHEAD:

8        Q.   You're referring to job activities.   Isn't it

9    true that GEO creates job descriptions for the detainee

10   worker programs?

11       A.   There are descriptions of the activities that

12   they can perform under that program that list what they

13   should do in that program, so they know what they're

14   doing and what they're volunteering for.

15       Q.   And they're referred to as job descriptions.

16   Correct?

17       A.   They have been referred to as job descriptions.

18   I think the new policy changed some terminology in that

19   and they're called work program assignments -- voluntary

20   program assignments now.

21       Q.   When was that change made?

22       A.   I don't know the exact date of the change, but

23   there has been a policy change.

24       Q.   Well, I'll represent to you this lawsuit was

25   filed September 2017.   Do you know whether the change

Bruce Scott, Jr.                                    December 10, 2019

Page 74

1    was made before or after the lawsuit?

2         A.   I would say that would be after that lawsuit.

3         Q.   Do you know why the change occurred?

4         A.   I don't know.  I'm not a policy developer for

5    GEO.

6         Q.   Do detainee workers work in the kitchen?

7         A.   Detainees volunteer to work in the kitchen.

8         Q.   Do detainee workers work in the laundry unit?

9         A.   Detainees volunteer to work in the laundry.

10        Q.   Do detainee workers perform janitorial services?

11        A.   Detainee workers clean portions of the facility

12   in multiple different areas.  Janitorial services is a

13   broad term.

14        Q.   Do detainee workers work in the barber shop?

15        A.   We do have detainee workers that volunteer in

16   the barber shop.

17        Q.   Do detainee workers paint?

18        A.   We do have detainees that volunteer to paint.

19        Q.   Now, if you were to take the detainee worker

20   labor out of the equation, how would GEO carry forward

21   its operations with respect to each of the job

22   categories we just discussed?

23             MS. MELL:  Object to the form of the question.

24             THE WITNESS:  I have trouble with your question.

25   Can you restate the question, please.

Bruce Scott, Jr.                                December 10, 2019

Page 77

1    up.

2        Q.   How?

3        A.   If no detainees show up to the kitchen, we have

4    other available staff that could do other items like

5    clean dishes.  Not work with food, because you're

6    required a food handler card to cook the food.  We would

7    assign additional staff members into the kitchen or call

8    on other staff members, incur some overtime, the kitchen

9    staff, to ensure that the standards and feeding of the

10   detainees are met.

11       Q.   And would that be sustainable over the long

12   haul?

13            MS. MELL:  Object to the form.

14            THE WITNESS:  I don't want to speculate on what

15   the long haul would be.

16   BY MR. WHITEHEAD:

17       Q.   I understood, from your testimony yesterday,

18   that GEO has contingency plans in place in the event of

19   detainee worker stoppages.  Did I get that right?

20       A.   Yes.

21       Q.   So is there a contingency plan in place in the

22   kitchen in the event that there is a long-term detainee

23   worker stoppage?

24       A.   The contingency plan in place would look at many

25   variables in accordance with that, and the appropriate

Bruce Scott, Jr.                                    December 10, 2019

Page 78

1    decisions would be made as needed based on the

2    information available for that work stoppage.

3        Q.   So that's yes, there is a plan?

4        A.   There is a plan available.

5        Q.   Tell me, what does that plan entail?

6        A.   The plan entails looking at different variables

7    of an emergency situation and making an informed

8    decision based on the information provided during that

9    event.

10       Q.   How long could a plan that entailed pulling GEO

11   personnel from other parts of the facility into the

12   kitchen last in the event of a long-term detainee worker

13   stoppage?

14       A.   I don't want to speculate on how that -- there

15   is other options that we could look at.

16       Q.   You would agree with me, though, that pulling

17   personnel from other parts of the facility into the

18   kitchen could impact the operations of other parts of

19   the facility?

20           MS. MELL:   Object to the form.

21           THE WITNESS:   No, sir.  We would not rob posts

22   to fill another one.  We would offer overtime, we would

23   seek possibly TDY staff from other facilities -- I'm

24   sorry -- seek TDY staff, temporary duty staff.  There

25   are a number of options available.  Speculating on the

Bruce Scott, Jr.                                    December 10, 2019

Page 79

1    potentials of anything would just be that, it would be

2    speculating and planning for potential occurrences.

3    BY MR. WHITEHEAD:

4        Q.   What about in the barber shop?  What if --

5    strike that.

6            In the barber shop, do or does GEO personnel cut

7    hair?

8        A.   No.

9        Q.   It's only the detainee workers.  Correct?

10       A.   We have volunteer detainee barbers that work in

11   the barber shop.

12       Q.   And if the detainee workers did not cut hair,

13   who would?

14           MS. MELL:  Object to the form.

15           THE WITNESS:  Again, with contingency plans,

16   we've never -- as far as my knowledge, we've never had

17   that happen.  There is always detainees on that

18   volunteer for activities.  If one person doesn't want to

19   do it, there is usually somebody else that volunteers

20   for that activity.  There is usually people on a waiting

21   list, waiting to do that.

22   BY MR. WHITEHEAD:

23       Q.   But taking detainee work out of the equation,

24   what would GEO's plan be or what is GEO's plan in the

25   barber shop?

Bruce Scott, Jr.                                    December 10, 2019

Page 80

```
 1              MS. MELL:  Object to the form.
 2              THE WITNESS:  Again, I don't want to speculate
 3    on what the overall plan would be.  Are we taking
 4    detainee workers out of the equation for a day or --
 5    there is many different variables to determine an
 6    effective solution for that occurrence.
 7    BY MR. WHITEHEAD:
 8        Q.  Well, if you'll indulge me, assume three months.
 9    What would GEO do in that scenario?
10        A.  That's assuming nobody else wants to volunteer?
11        Q.  Correct.
12        A.  We would look at the emergency plan.  We would
13    determine if there is still -- we would go to the
14    client, determine if there is still a need to perform
15    the haircuts under the standard, look at different
16    options, and an informed decision would be made based on
17    all the relevant facts and variables that were contained
18    therein.  I don't want to speculate on a future event
19    and planning, because there is always many different
20    ways you can plan and overcome obstacles.
21        Q.  Presumably, though, the answer would include
22    trying to pull in other GEO personnel to do the work?
23        A.  I don't think we would pull in other GEO
24    personnel to perform barber duties.  We would seek out
25    to the client, potentially look for a waiver of that
```

Bruce Scott, Jr.                                    December 10, 2019

                                                         Page 81

 1    line item, of barber shop activities for three months,

 2    if we knew it was going to be three months.  There could

 3    be other options that GEO looks at.

 4         Q.   In terms of the options that GEO would look at

 5    in the event of a long-term volunteer worker stoppage,

 6    whether it be in the kitchen or any of the other jobs,

 7    would one of the considerations be looking to an outside

 8    contracting agency to perform the functions that were

 9    previously performed by the detainee workers?

10         MS. MELL:  Object to the form.

11         THE WITNESS:  That could be one of many options

12    that were weighed.

13         MR. WHITEHEAD:  Lane, can I see your 314.

14         MR. POLOZOLA:  314.

15         MR. WHITEHEAD:  Yes, please.

16         Joan, I'm happy to print off another copy, if

17    you'd like.  But Exhibit 314 is the Volunteer Work

18    Program Agreement.  This is a copy of it.  May I show

19    the witness or would you prefer that we print another

20    copy and check it in as another exhibit?

21         MS. MELL:  I'm not sure what you're asking.

22    It's already an exhibit, you're just pulling it out of

23    your exhibit binder?

24         MR. WHITEHEAD:  Because we don't have the -- the

25    court reporters did not bring the previous exhibits --

Bruce Scott, Jr.                           December 10, 2019

Page 83

1    contribution in maintaining the Northwest Detention
2    Center?
3        A.   Detainees often take very much pride in the work
4    that they do.  This is just a way of thanking them for
5    volunteering and working inside the facility, that is on
6    a voluntary basis.
7        Q.   And it's an important part of the facility's
8    operations.  Correct?
9        A.   It covers a number of required standards in the
10   ICE contract and standards.  Cleanliness is an important
11   role in any facility, and detainees take great pride in
12   living in a clean facility.
13       Q.   Do they play an important role in keeping the
14   Northwest Detention Center clean?
15       A.   They're one of many roles that assist in that,
16   but -- again, I can read the sentence.  I don't want to
17   read outside the sentence.  The sentence says, "We thank
18   you for your important contributions to maintaining this
19   facility."  We appreciate the voluntary activities that
20   they do to keep themselves from not being idle and doing
21   the great work that they do.
22       Q.   Is it true that GEO assigns detainee workers to
23   individual work details?
24       A.   No.
25       Q.   How does that work?

Bruce Scott, Jr.                                      December 10, 2019

Page 84

 1        A.   Detainees volunteer for the work program

 2   assignment that they would like to perform.

 3        Q.   And then GEO approves or not the work

 4   assignment.   Is that fair to say?

 5        A.   The only approval process that comes in, whether

 6   or not a detainee, in accordance with the standards, can

 7   perform a certain work detail.   There are certain

 8   standards that do not permit detainees into certain work

 9   program assignments.   But otherwise, we do not

10   discriminate in any reason, race, disability, sex, age,

11   religious preference, sexual preference, into that

12   program assignment.

13        Q.   GEO sets the schedule for detainee workers.

14   Correct?

15        A.   The schedule is set on a number of items, not

16   only GEO, but the healthcare department, healthcare

17   requirements, healthcare schedules, what they're doing

18   at a certain time.   There is other variables that play

19   into effect with a daily work schedule.   Some detainees

20   cannot be commingled with other detainees in accordance

21   with the standard.   So it's an ebb and flow of when

22   detainees can work, based on standard requirements, to

23   make sure that we don't violate any other portion of the

24   standards.

25        Q.   I understand that aspect of your testimony.   My

Bruce Scott, Jr.                                    December 10, 2019

Page 85

1    question is a little bit different.  It's not so much

2    how the schedule is created, but whether GEO sets the

3    schedule.  Does GEO set the work schedule for the

4    detainee workers?

5         A.  The schedules are set based on need, with all

6    the other parameters, to ensure that we can have

7    detainees where they're allowed to be at certain times

8    of the day.

9         Q.  And it's GEO that does that.  Correct?

10        A.  We may write the schedule based on information

11   from a lot of different things; courts, asylum cases,

12   facility movement schedule, classification levels, many

13   different variables.

14        Q.  But in each of those scenarios, it's GEO that

15   writes the schedule.  Correct?

16        A.  The master facility program schedule and the

17   hours of work, we write.

18        Q.  And GEO provides detainees with training

19   necessary to do their work assignments within the worker

20   program.  Correct?

21             MS. MELL:  Object to the form.

22             THE WITNESS:  Yes.

23   BY MR. WHITEHEAD:

24        Q.  To the extent one is necessary, GEO provides

25   uniforms to the detainee workers.  Correct?

Bruce Scott, Jr.                                December 10, 2019

Page 86

1        A.   Yes.

2        Q.   So, in the kitchen, GEO provides those uniforms

3    to the kitchen detainee workers.   Correct?

4        A.   Yes.   As a requirement of the ICE standard.

5        Q.   And detainee workers do not have the discretion

6    to deviate from their job assignments.   Correct?

7        A.   When you say "deviate from their job

8    assignments" -- should they want to volunteer for

9    another program assignment?

10       Q.   Well, if a detainee worker is scheduled to work

11   in the kitchen, they don't have discretion to perform

12   their kitchen functions elsewhere in the facility, for

13   example.

14       A.   Well, I don't think you would want to cook food

15   elsewhere in the facility, but there are job

16   descriptions and normal things to be done in the

17   kitchen.   We can't have a detainee do something outside

18   those job descriptions.

19       Q.   And GEO's expectation is that the detainee

20   workers perform the tasks that are on their job

21   descriptions.   Correct?

22       A.   As a matter of the Voluntary Work Program, in

23   accordance with the ICE standards and ACA, yes.

24       Q.   GEO supervises the detainee workers as they go

25   about their work?

Bruce Scott, Jr.                              December 10, 2019

Page 87

 1        A.   Yes.   The contract requires supervision of all

 2    detainees while they're housed at the Northwest ICE

 3    Processing Center.

 4        Q.   If detainee workers do not perform their job

 5    satisfactorily, they can be terminated.   Correct?

 6        A.   The standard says removal from a Voluntary Work

 7    Program assignment.   If a detainee say is doing an

 8    unsafe act or is otherwise doing something that would

 9    violate a standard or a health code, they may be removed

10    from that work program assignment.

11        Q.   And GEO may initiate the process to have that

12    worker removed.   Correct?

13        A.   Typical removals work under the disciplinary

14    standard, which is a completely different set of

15    standards where a detainee can be removed from a work

16    program.

17        Q.   Again, without talking about the ins and outs of

18    the standards, the disciplinary procedures or

19    proceedings, my question is whether GEO may initiate

20    removal proceedings against a detainee worker for doing

21    a bad job.

22        A.   In accordance with the established standards,

23    yes.

24        Q.   And detainee workers cannot earn more money by

25    demonstrating exceptional skill in their job role.

Bruce Scott, Jr.                                    December 10, 2019

Page 88

 1    Correct?

 2         A.   Under the standard in the contract, offer of

 3    compensation for one dollar a day.

 4         Q.   Everyone is paid the same, regardless of their

 5    skill and experience.

 6         A.   Yes.

 7         Q.   Can detainee workers seek employment outside the

 8    Northwest Detention Center?

 9         A.   I do not recall anything in the contract or the

10    ICE standard that would permit that.

11         Q.   And GEO pays the detainee workers directly.

12    Correct?

13              MS. MELL:   Object to the form.

14              THE WITNESS:   GEO places a dollar a day in the

15    detainee's trust account, which the detainees have

16    access to.

17    BY MR. WHITEHEAD:

18         Q.   And then GEO seeks reimbursement for that amount

19    from ICE.   Correct?

20         A.   Yes.

21              MR. WHITEHEAD:   All right.   Let's take a break.

22              THE VIDEOGRAPHER:   We're now going off the

23    record.   The time is 12:44 p.m.

24              (Lunch recess taken from 12:44 to 1:38.)

25              THE VIDEOGRAPHER:   We're now back on the record.

Bruce Scott, Jr.                                    December 10, 2019

Page 89

1    The time is 1:38 p.m.

2

3               E X A M I N A T I O N (continued)

4    BY MR. WHITEHEAD:

5        Q.   Mr. Scott, before the break, I had asked you

6    some questions about different work stoppage scenarios,

7    work stoppage on the part of detainee workers, and you

8    told me about some of the considerations or

9    contingencies that GEO had in place.  Do you recall

10   having that discussion?

11       A.   I remember talking about detainee work

12   stoppages.

13       Q.   And if I understood you correctly -- this is not

14   to put words in your mouth -- but that you listed off

15   several options, one being overtime for existing

16   workers.  Is that correct?

17       A.   That could be a potential option.

18       Q.   You had mentioned pulling in workers from other

19   parts of the facility.  Did I get that right?

20       A.   As far as overtime periods, yes.

21       Q.   As well as pulling in GEO workers from other GEO

22   facilities to work at the Northwest Detention Center.

23   Did I get that right?

24              MS. MELL:  Object to the form.

25              THE WITNESS:  I did say that TDY options would

Bruce Scott, Jr.                                    December 10, 2019

Page 90

1    be available.

2    BY MR. WHITEHEAD:

3        Q.   What does TDY stand for?

4        A.   Temporary duty.

5        Q.   You mentioned that a third-party contracting

6    agency would be an option.   Did I get that right?

7        A.   That could be an option.

8        Q.   Beyond what we just discussed, are there any

9    other options or considerations that GEO would have to

10   address a detainee worker stoppage of a prolonged

11   nature?

12           MS. MELL:   Object to the form.

13           THE WITNESS:   Again, it would be difficult to

14   outline every potential option based on the relevant

15   information that would be with any event.   The options

16   that I've listed now are the options that I can think of

17   that would be considered in any prolonged detainee work

18   stoppage.

19   BY MR. WHITEHEAD:

20       Q.   You also mentioned that GEO pays the detainee

21   workers directly for their participation in the

22   Voluntary Work Program, but that ICE then reimbursed GEO

23   for the cost.   Did I get that correct?

24           MS. MELL:   Object to the form.

25           THE WITNESS:   Yes.

Bruce Scott, Jr.                                December 10, 2019

```
                                                      Page 91

  1   BY MR. WHITEHEAD:

  2        Q.   When did that become the case, that ICE paid

  3   directly and then sought reimbursement from GEO?

  4             MS. MELL:   Object to the form.

  5             THE WITNESS:   Restate it.   I think you have it

  6   backwards.

  7   BY MR. WHITEHEAD:

  8        Q.   I did.   I apologize.

  9             Has it always been the case that GEO paid

 10   directly and then sought reimbursement from ICE for the

 11   Voluntary Work Program?

 12        A.   That's typically how it is.   If that's been the

 13   case since the inception of the contract, I could not

 14   state that.   But there has always been a line item in

 15   the contract for Voluntary Work Program.   Whether that

 16   was paid to the detainee trust fund by GEO or through

 17   another vendor that runs the detainee trust account --

 18   typically, we pay the detainee trust account, and then

 19   we seek reimbursement through ICE for that dollar

 20   amount.

 21        Q.   And then, to your knowledge, has that always

 22   been the sequence or was it different at some point?

 23        A.   I don't believe it to be different at any

 24   portion, but I don't have the relevant information to

 25   specify that throughout the entire term of the number of
```

Bruce Scott, Jr.                                December 10, 2019

Page 92

1    contracts that we have had.

2        Q.   What is GEO's policy with respect to detainee

3    worker pay in the Voluntary Work Program at the

4    Northwest Detention Center?

5            MS. MELL:   Object to the form.

6            THE WITNESS:   You're asking for the policy

7    number or just -- I'm not sure what you're asking, sir.

8    BY MR. WHITEHEAD:

9        Q.   Well, regarding the rate of pay, what is it?

10       A.   The compensation allowable under the contract is

11   one dollar per day.

12       Q.   How was that rate of pay determined?

13       A.   It is what's listed in the ICE PBNDS standard,

14   and there is a line item in the contract, I believe,

15   that states one dollar a day.

16       Q.   Anywhere else in terms of where GEO derives its

17   understanding that detainee worker pay is a dollar a

18   day?

19       A.   GEO would rely on the contract and the allocable

20   standards for that dollar amount.

21       Q.   So the contract, itself, and the PBNDS are the

22   two sources.   Correct?

23       A.   Yes.

24       Q.   Is there a specific section within the PBNDS

25   that you're thinking of?

Bruce Scott, Jr.                                    December 10, 2019

Page 94

1        Q.  In reading that language, does GEO read that to

2    limit GEO to paying one dollar a day?

3        A.  GEO reads this as the minimum acceptable

4    allowance within the ICE PBNDS standard is one dollar a

5    day.

6        Q.  So this amount is the minimum, but it does not

7    represent a maximum.

8             MS. MELL:  Object to the form.

9             THE WITNESS:  I read the sentence, the

10   compensation is least one dollar per day.

11   BY MR. WHITEHEAD:

12       Q.  And that phrase, "at least," what does that mean

13   within the context of this sentence?

14            MS. MELL:  Object to the form.

15            THE WITNESS:  In the context of -- this sentence

16   is taken in the context of the standard where there are

17   expected practices and minimum acceptable limits of

18   work.  One dollar a day is the required amount in

19   accordance with the PBNDS standard.

20   BY MR. WHITEHEAD:

21       Q.  And to clarify, one dollar is the minimum

22   amount.  Correct?

23            MS. MELL:  Object to the form.

24            THE WITNESS:  The minimum amount -- as read, the

25   compensation is at least one dollar per day.

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com      206.622.6661 * 800.657.1110   FAX: 206.622.6236

Bruce Scott, Jr.                                    December 10, 2019

Page 95

1    BY MR. WHITEHEAD:

2        Q.   Has GEO ever paid more than a dollar a day to

3    detainee workers at the Northwest Detention Center?

4        A.   To my knowledge, per activity, we pay one dollar

5    a day.   There was an occurrence in the barber shop where

6    there was very limited hours where we may pay a detainee

7    for two activities in a day.

8        Q.   And when was that in the barber shop that

9    certain barbers may have been paid more?

10       A.   The barbers -- barbers in the barber shop, based

11   on some of the -- or the standard language that we

12   referred to earlier, where certain classification levels

13   can't be mixed with other classification levels, it

14   really -- not everybody can be out at the same time,

15   meaning barbers can only cut within their certain

16   classification levels, and that only -- doesn't happen

17   every day of the month.   So a determination was made

18   that we would allow them to have another task when they

19   were not cutting hair; but I can't sit here and say that

20   they never did two tasks during the same day, but the

21   understanding was they would be able to cut hair and

22   then have another voluntary program work assignment,

23   earning a dollar a day, when they were not cutting hair.

24       Q.   Other than what you've just described for me

25   concerning barbers in some cases working more than one

Bruce Scott, Jr.                                    December 10, 2019

Page 96

1    worker activity, can you think of another time that GEO

2    paid more than one dollar a day to a detainee worker?

3        A.  My recollection I have -- another time that we

4    looked at something similar was in the kitchen where we

5    were going to offer the females a chance at working in

6    the food service department, but that wasn't an everyday

7    event.  So kind of under the same premise, when they

8    were -- since it wasn't an available everyday detail,

9    they would be allowed to work in the kitchen and they

10   were allowed to have another voluntary program

11   assignment earning a dollar a day on days they weren't

12   working in the kitchen.

13       Q.  Anything else?

14       A.  To my knowledge, that's all I can remember at

15   this time.

16           (Exhibit 362 marked for identification.)

17   BY MR. WHITEHEAD:

18       Q.  You've just been handed Exhibit 362.  What are

19   we looking at here?

20       A.  This is titled a Batch Listing.  It seems to

21   indicate a detainee earning certain transaction amounts

22   on various days.

23       Q.  Let's back up a step.  What is or what are batch

24   listings?

25       A.  It's just a transaction term.  This batch looks

Bruce Scott, Jr.                                    December 10, 2019

Page 119

1                    C E R T I F I C A T E

2

     STATE OF WASHINGTON      )
3                             ) ss
     COUNTY OF KING           )

4

5          I, the undersigned Washington Certified Court
     Reporter, hereby certify:
6

7          That the foregoing deposition upon oral examination
     of the witness named herein was taken stenographically
     before me and transcribed under my direction;
8

9          That the witness was duly sworn by me pursuant to
     RCW 5.28.010 to testify truthfully;

10         That the transcript of the deposition is a full,
     true and correct transcript to the best of my ability;

11

12         That I am neither an attorney for, nor a relative
     or employee of any of the parties to the action or any
     attorney or counsel employed by the parties hereto, nor
13   financially interested in its outcome.

14         I further certify that in accordance with CR 30(e),
     the witness was given the opportunity to examine, read,
15   and sign the deposition, within 30 days upon its
     completion and submission, unless waiver of signature was
16   indicated in the record.

17

18         _____

19

20         Donald W. McKay, RMR, CRR
           Washington Certified Court Reporter No. 3237
21         License effective until: 07/02/2020

22

23

24

25

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com        206.622.6661 * 800.657.1110   FAX: 206.622.6236