# WHITEHEAD DECLARATION
# EXHIBIT D
# FILED UNDER SEAL