# WHITEHEAD DECLARATION

# EXHIBIT E

```
 1                THE UNITED STATES DISTRICT COURT

 2            WESTERN DISTRICT OF WASHINGTON AT TACOMA

 3   _____

 4    CHAO CHEN, individually and     )
      on behalf of all those          )   No. 3:17-cv-05769-RJB
 5    similarly situated,             )
                                      )
 6                 Plaintiff,         )
                                      )
 7    v.                              )
                                      )
 8    THE GEO GROUP, INC., a          )
      Florida corporation,            )
 9                                    )
                   Defendant.         )
10
     _____
11
                   DEPOSITION UPON ORAL EXAMINATION OF
12                        FERNANDO AGUIRRE-URBINA
                             June 11, 2018
13                         Tacoma, Washington
     _____
14

15

16

17

18

19

20

21

22

23
         Taken Before:
24
         Laura A. Gjuka, CCR #2057
25       Certified Shorthand Reporter
```

```
 1    A    Probably my whole life.
 2    Q    How long have you lived at the Northwest Detention
 3         Center?
 4    A    Since 2012.
 5    Q    Have you been in and out of the detention center?
 6    A    Do you mean released?
 7    Q    Yes.
 8    A    No, I have been transferred.
 9    Q    All right.  What's your birth date?
10    A    7/1/█.
11    Q    How old are you?
12    A    I'm about to be 30.
13    Q    What's your highest level of education?
14    A    I graduated high school.
15    Q    Where?
16    A    Mabton.
17    Q    What high school?
18    A    Mabton alternative high school.  Focus.
19    Q    It's called Focus?
20    A    Yes.
21    Q    Why were you in the alternative high school?
22    A    I -- missing school.
23    Q    Why didn't you go to school?
24    A    I don't have a complete answer about why I missed school
25         at that time.  My mind-set was totally different at that
```

```
 1                    C E R T I F I C A T E
 2           I, Laura Gjuka, a Certified Court Reporter in
 3    and for the State of Washington, residing at
 4    University Place, Washington, authorized to administer
 5    oaths and affirmations pursuant to RCW 5.28.010, do
 6    hereby certify;
 7           That the foregoing Verbatim Report of Proceedings
 8    was taken stenographically before me and transcribed
 9    under my direction; that the transcript is a full, true
10    and complete transcript of the proceedings, including
11    all questions, objections, motions and exceptions;
12           That I am not a relative, employee, attorney or
13    counsel of any party to this action or relative or
14    employee of any such attorney or counsel, and that I am
15    not financially interested in the said action or the
16    outcome thereof;
17           That upon completion of signature, if required, the
18    original transcript will be securely sealed and the same
19    served upon the appropriate party.
20           IN WITNESS HEREOF, I have hereunto set my hand this
21    13th day of June, 2018.
22
23
24
                                  _____
25                                 Laura Gjuka, CCR No. 2057
```