# WHITEHEAD DECLARATION

# EXHIBIT G

Erwin Delacruz                                    December 2, 2019

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

---------------------------------------------------------

UGOCHUKWU GOODLUCK NWAUZOR,            )

FERNANDO AGUIRRE-URBINA,               )

individually and on behalf of all     )

those similarly situated,             )

        Plaintiffs,                   )

      vs.                              ) No. 17-cv-05769-RJB

THE GEO GROUP, INC., a Florida        )

corporation,                          )

        Defendant.                    )

---------------------------------------------------------

Videotaped

Deposition Upon Oral Examination of

ERWIN K. DELACRUZ

---------------------------------------------------------

9:33 a.m.

Monday, December 2, 2019

1019 Regents Blvd., Suite 204

Fircrest, Washington

REPORTED BY:  Keri A. Aspelund, RPR, CCR No. 2661

Erwin Delacruz                                    December 2, 2019

Page 15

```
 1        A.    -- yes, that's fine.

 2        Q.    -- we're talking about the same facility.

 3        A.    Mm-hm.

 4        Q.    All right.  And I think this brings up two

 5   situational rules.

 6              It's really important that you let me finish my

 7   question before you go into your answer.  We've got a court

 8   reporter, she's taking down everything that we say, but the

 9   transcript just looks really jumbled if we're talking over

10   one another.

11        A.    Okay.

12        Q.    The second thing is, please answer my questions

13   with words.  Uh-huhs, head nods, head shakes, again, they

14   just won't be captured on the written transcript.  So will

15   you answer my questions with words?

16        A.    Sure.  Yes, sir.

17        Q.    So tell me, who's housed at the Northwest

18   Detention Center?

19        A.    It's -- it's all -- how do I say that?

20              These are all people that have not been --

21   that's either seeking asylum or have not -- are not U.S.

22   citizens, and this is just one way of processing or --

23   processing the people that have not -- that are either

24   illegal aliens or not U.S. citizens.

25        Q.    Is it your understanding that people are being
```

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com      206.622.6661 * 800.657.1110   FAX: 206.622.6236

Erwin Delacruz                                    December 2, 2019

Page 16

1    held there as punishment?

2         A.    No.

3               MS. SCHEFFEY:   Object to form.

4         Q.    No?

5         A.    No.

6         Q.    Do you believe there's any penal or punishment

7    component at all to the people that are being housed there?

8         A.    No.

9         Q.    What do you understand about this lawsuit?

10        A.    Not -- I don't get into the politics or any of

11   that.  I just -- I just go to work there.

12        Q.    Is there a lot of gossip or talk at work about

13   this?

14        A.    Not really.  I just do my job.

15        Q.    Have you ever had any conversations with any of

16   your coworkers about this lawsuit?

17        A.    No.

18              I'm totally just -- I'm mostly by myself trying

19   to get my job done.

20        Q.    And Ms. Henderson, did you talk to her about her

21   deposition?

22        A.    No.

23        Q.    And do you know who I'm referring to when I say

24   Ms. Henderson?

25        A.    Yes.

Erwin Delacruz                                    December 2, 2019

Page 20

 1              MS. BRENNEKE:  Are you doing continuing

 2      exhibits?

 3              MR. WHITEHEAD:  Sure.

 4              Can we call this -- so this will be 299?

 5              MS. BRENNEKE:  I think it's 298, but if you want

 6      to be safe --

 7              MR. WHITEHEAD:  298.

 8              MS. BRENNEKE:  -- you can go with 299.

 9              MR. WHITEHEAD:  Let's call it 300.

10              MS. BRENNEKE:  Okay.

11              MR. WHITEHEAD:  All right, to be safe, we're

12      going to call this Exhibit-300.

13                      (Exhibit-300 marked.)

14      Q.      You've just been handed Exhibit-300.

15              Have you seen this document before?

16      A.      It probably was in July, when I first started.

17      Q.      Does this appear to be the job posting that you

18      responded --

19      A.      Correct --

20      Q.      -- to?

21      A.      -- yeah.

22              Yes, it is.

23      Q.      And then on the back side of the document, it

24      gives a summary of the primary duties and responsibilities;

25      do you see that?

Erwin Delacruz                                December 2, 2019

Page 21

1          A.   Yes.

2          Q.   Is that an accurate statement of your duties and

3     responsibilities?

4          A.   Yes, it is.

5          Q.   Is there anything that you would add to the

6     list?

7          A.   No, it pretty -- it's -- it's accurate.

8          Q.   If you look there, I think it's the sixth dash

9     down, it says "Directs work, provides training and performs

10    inspection of work performed by detainee food service

11    staff."

12              Do you see that?

13         A.   Yes.

14         Q.   Can you tell me, how is it that you direct the

15    work of the detained workers?

16         A.   For my -- I'll get -- let's say rations will

17    roll in, will come in, because I come in on a swing shift,

18    starts at 1, 1300, and I'll have maybe ten pallets to 12

19    pallets of rations to bring in, and I'll bring in as many

20    through the corridor, and once I bring them through the

21    corridor, I'll have detainees, two, at the minimum of two,

22    to help me pull the rations through the double door to

23    bring it into the kitchen for the -- so we can take them

24    and place them into the refrigerators, in their proper

25    refrigerators.

Erwin Delacruz                              December 2, 2019

Page 22

1          And there's a lot of times, when there's not

2     enough detainees, I push them to -- I let them -- the cooks

3     have -- have all the detainees, and I will then doing it by

4     myself.

5          Q.   And so that's one example, the rations.

6          I guess what I'm looking for is a list, and you

7     can speak at a high level, but I'm looking for the type of

8     work that you direct the detainee workers in.

9          A.   Yeah, it's rotating rations, bringing them in,

10    rotating the -- all the rations that are coming in.

11         And then -- then the cleanup phase, checking

12    behind my supervisors to making sure that the objectives of

13    cleaning and sanitizing the kitchen is complete.  And if I

14    see anything wrong, I just -- okay, this needs to get done,

15    or empty the trash, or as easy as wiping down a table.

16         Q.   Okay, anything else?

17         A.   Or even the breakdown for the next day.  Pulling

18    items from the dry room, putting them on carts so it makes

19    the next day a much smoother operation in getting all the

20    food out on time and just -- and the prep work, a lot of

21    the prep work needs to get done.

22         And we direct the detainees to helping us

23    offload, load, retrieving bags, boxes from the freezer, and

24    the dry room, and so forth.

25         Q.   Anything else?

Erwin Delacruz                                  December 2, 2019

Page 23

1         A.    No.

2         Q.    All right, so to summarize, you said rotating

3    rations --

4         A.    Mm-hm.

5         Q.    -- work in the cleanup phase, breaking down for

6    the next day --

7         A.    Yes.

8         Q.    -- prep work?

9         A.    Prep work.

10        Q.    Did I get that right?

11        A.    Yes.

12        Q.    Now, in directing the detained workers through

13   these various tasks, are you expecting the detained workers

14   to follow your directives?

15             MS. SCHEFFEY:   Object to form.

16        A.    If they -- if I ask them to come to help me,

17   it's because I've already went through their cook

18   supervisor to see if they need them, and this is -- can you

19   give me -- or can you loan me two -- because we're moving

20   rations, and -- and they would always send me two.  And

21   even if they do or they don't, it doesn't -- if they don't

22   want to feel like working, you know, during that time, then

23   you can have them and I'll just take the one.  Sometimes

24   it's just because I know they won't be able to do it or

25   they might not need to do it.  I don't -- I don't judge

Erwin Delacruz                                December 2, 2019

Page 33

1      A.   No.

2           Q.   In directing the detainee workers, are you also

3      directing them to comply with GEO's rules and regulations?

4           A.   Only for food service, if I see any not wearing

5      beard nets or not washing your hands.  Keeping sanitation

6      is the utmost for feeding the people in the facility.  So

7      sanitation would be the number one.

8           Q.   And if a detainee worker was not complying with

9      these rules and regulations -- well, strike that.

10          Why is it important for the detainee workers to

11     comply with GEO's rules and regulations in the kitchen?

12          A.   That's more of a -- I would say a federal

13     guideline, but you would want to maintain a clean

14     environment.  So we -- we tell them politely, Could you

15     please put your beard net on, and they -- they really do.

16     They follow what we tell them to do.  Go wash your hands,

17     make sure that you put fresh gloves on, or okay, everybody

18     get off the line, wash your hands, change your gloves,

19     clean the line, so we can do the next rotation of trays,

20     and they do it, and they follow directions.

21          Q.   And you -- I said that these were GEO's rules

22     and regulations, and you said that you think some of them

23     are federal; did I get that right?

24          A.   It's a federal guideline, but you know, we do

25     follow the policies that are given to us, and -- and that's

Erwin Delacruz                                    December 2, 2019

Page 39

1              MS. SCHEFFEY:  Yes, of course.

2              MR. WHITEHEAD:   Thank you.

3         Q.   So when you're talking about the manager in your

4    job and ensuring compliance, you're talking about

5    compliance in the kitchen with rules and regulation;

6    correct?

7         A.   Yes.

8         Q.   And when it comes to the kitchen, these rules

9    and regulations are final; is that correct?

10             MS. SCHEFFEY:   Object to form.

11        A.   We follow the -- the guidelines for sanitation

12   and making sure that the job is complete and that we follow

13   compliance.

14        Q.   Well, let's look at the next line down, 6.2.

15        A.   Sure.

16        Q.   "Ensure every man has beard guards, hairnets,

17   facility grooming requirements."

18             Do you see that?

19        A.   Yes.

20        Q.   Is there any wiggle room in that?

21        A.    All of them should be wearing beard guards,

22   hairnets, and if -- and the beard net is -- it's -- I mean,

23   it's -- they all wear it, they all wear it, and they have

24   to wear it.  You wouldn't want hair in your food.  So these

25   are the -- these are just part of the compliance.

Erwin Delacruz                              December 2, 2019

Page 40

1        Q.    So in that way, the detainee workers have no
2   discretion to disregard these rules?
3              MS. SCHEFFEY:   Object to form.
4        A.    No, we tell them, and we always -- before they
5   even start work, that's why it's important for the
6   beginning of the workday to make sure you got your hairnet,
7   beard net on before you enter the facility -- or the food
8   production area.
9        Q.    Well, you began your answering by saying no, but
10  I think you're agreeing with me.
11             Do you agree that the detainee workers have no
12  discretion to deviate from the sanitation rules?
13             MS. SCHEFFEY:   Object to form.
14       A.    That's what -- I -- I guess I could be saying
15  that, but maybe I mis -- miscommunicated or did not
16  understand the question.
17       Q.    All right, well here comes one of those yes or
18  no questions I talked about in the beginning.
19       A.    So --
20       Q.    Do the detainee workers have discretion to
21  deviate from --
22       A.    No.
23       Q.    -- GEO's --
24       A.    Sorry.
25       Q.    I'll start over.

Erwin Delacruz                              December 2, 2019

Page 41

1          Do the detainee workers have discretion to

2     deviate from GEO's sanitation rules and regulations; yes or

3     no?

4          A.    No.

5                    (Exhibit-302 marked.)

6                    THE COURT REPORTER:  This is Exhibit-302.

7          Q.    You've just been handed Exhibit-302.  It's

8     titled Policy and Procedure Manual, Chapter: Food Service,

9     Title: Food Service Operations, Number: 4.3.1.

10                   Have you seen this before?

11         A.    Yes.

12         Q.    And what are we looking at here?

13         A.    This is the -- the policy and procedures on the

14     manual for the PBN -- PBNSE.  It's 4 dash --

15                   (Reporter requested clarification.)

16         Q.    PBN --

17         A.    D.

18               MS. SCHEFFEY:  S.

19         A.    S.

20               Sorry.

21         Q.    Performance-Based National Detention --

22               MS. SCHEFFEY:  Detention.

23         Q.    -- Standards?

24         A.    Correct.

25               Sorry.

Erwin Delacruz                                    December 2, 2019

Page 44

1          A.    I'm -- I'm kinda in between.

2          Q.    Okay.

3          A.    Because it says -- because it is a assistant

4    food service manager, but it -- I can take that role as fit

5    to when the manager is not available.

6          Q.    Okay.

7          A.    But it's kind of like there's two paragraphs, so

8    the bottom paragraph would be more my job title.

9          Q.    And when you say bottom paragraph, it's the one

10   that begins --

11         A.    It's the second one.

12         Q.    -- begins "The Food Service Manager is" --

13         A.    Is also responsible, planning, controlling --

14               (Reporter requested clarification.)

15               THE WITNESS:  Oh, I'm sorry.  Sorry about that.

16         Q.    We're looking at the second paragraph that says

17   "The Food Service Manager is also responsible for planning,

18   controlling, directing, and evaluating food service," and

19   then it continues on?

20         A.    Yes.

21         Q.    And you believe that second paragraph there is

22   more in line with what you do?

23         A.    Yes.

24         Q.    What about the cook supervisors, what do they

25   do?

Erwin Delacruz                                    December 2, 2019

Page 45

 1          A.   They -- they prepare -- they prepare the next

 2   meal as they come in, and serve, bring in the detainees,

 3   also get everything set up for that meal to be served.

 4          Q.   Do they do the actual cooking?

 5          A.   Yes.

 6          Q.   And that's true even when there are detainee

 7   workers in the kitchen --

 8          A.   Yes, they do.

 9          Q.   And the cook supervisors, they report to Ms.

10   Henderson?

11          A.   Yes.

12          Q.   How many cook supervisors are there currently?

13          A.   There's three on each shift, but there's --

14   there's ten -- ten cook -- ten cook supervisors, one

15   manager, one assistant manager, and one clerk.  There's 13

16   in total.

17          Q.   So the total kitchen personnel is 13 people?

18          A.   Yes.

19          Q.   Two managers, being yourself and Ms. Henderson?

20          A.   Yes.

21          Q.   Ten cook supervisors?

22          A.   Yes, correct.

23          Q.   And then one clerk?

24          A.   Yes.

25          Q.   And then on the second page of Exhibit-302,

Erwin Delacruz                                    December 2, 2019

Page 47

1    needs.  That's probably policies above me.

2            Through the voluntary program, if we have the

3    personnel or not, no matter what, we're still going to work

4    in our area and continue with the amount of personnel that

5    we have.

6         Q.    And I understand that you'll make due --

7         A.    Right.

8         Q.    -- if you have to --

9         A.    Yes.

10        Q.    -- correct?

11            And by make due, I mean that you'll roll your

12    sleeves up and do the work yourself; correct?

13            MS. SCHEFFEY:  Object to form.

14        A.    Correct.

15        Q.    But are there times that if you had your

16    druthers, you'd have more detainee workers to help with the

17    work?

18            MS. SCHEFFEY:  Object to form.

19        A.    Sometimes we bring in other clerks from other

20    areas to help us, to serve it, to serve the meal.

21    Sometimes we -- we just put it -- you know, we got

22    everything in the warmers, we're ready to go, and we will

23    draw from other parts of the facility to get the meal out.

24        Q.    And then, let's see, item 12 there on that same

25    page, it's the heading Detainee Orientation and Training.

Erwin Delacruz                                    December 2, 2019

Page 48

1          Do you see that?

2      A.    Yes.

3      Q.    Tell me about the detainee orientation and

4   training that GEO provides.

5      A.    We have a pamphlet for them to look over, it's

6   in English and in Spanish, and we have them go through each

7   line, which usually is the desk officer sits them down on

8   their first day of work, and each line has a particular --

9   make sure you bring your hairnets, your beard nets, follow

10  the rules through the officers to how to work, because it's

11  an OJT program, so on-the-job training.

12          So as they go through the kitchen, they're going

13  to be set through three different areas, either the

14  sanitation, the cooking, or the serving area, and they're

15  dispersed, and they'll -- and after they fill out all their

16  paperwork, initial all the -- the -- the paperwork is all

17  done, and then they're broken down into areas, and they're

18  buddied up with other detainees that's been there.  If not,

19  then they will be sent to a kitchen staff member, and then

20  they can go from there to what they want them to do or need

21  them to do.

22      Q.    So if a detainee worker lacks any kitchen work

23  experience, GEO provides them with the training they need

24  to do the job?

25      A.    We --

Erwin Delacruz                                    December 2, 2019

Page 49

1            MS. SCHEFFEY:   Object to form.

2        A.    We only ask them to do things that's easy to do,

3    nothing technical.   Just get the boxes in, or put them

4    away, or help me lift this over, put it in the pot.   Just

5    to get that portion, it's pretty much straightforward.

6        Q.    Even so, GEO provides them with basic training,

7    on-the-job training?

8        A.    Yes, it's on-the-job training.

9            So people -- not everybody's a five star chef

10   that goes there, but they're all walks of life.   So it's

11   not discriminatory at all, it's just I would like to -- I'd

12   love when people are there, and they help us, and that's

13   the main objective.

14            And then, you know, it's -- it's part of the

15   time to get them out of the pod if -- if they see fit,

16   because they volunteer -- voluntarily came to work in the

17   kitchen, and a lot of times they stay there, they do.

18       Q.    And again, when we say voluntary, I mean, they

19   volunteered to work in return for pay; correct?

20       A.    Yes, if -- if that's what their goal is, to get

21   paid, then that's fine.

22       Q.    I mean, they weren't working for free?

23       A.    Yeah, of course not.

24            MS. SCHEFFEY:   Object to form.

25       Q.    Of course not, right.

Erwin Delacruz                                    December 2, 2019

Page 50

1           So GEO provides on-the-job training as it
2    relates to sanitation --
3        A.   Mm-hm.
4        Q.   -- correct?
5        A.   Yes.
6           MS. SCHEFFEY:   Object to form.
7        Q.   GEO provides on-the-job training as it relates
8    to cooking the food; correct?
9           MS. SCHEFFEY:   Object to form.
10       A.   No, cooks are the ones that do the cooking, they
11   just helping.
12       Q.   I understood you to say that there was
13   on-the-job training in three respects, sanitation?
14       A.   Yes.
15       Q.   I got that right?
16       A.   Yeah.
17       Q.   And I thought cooking was part of it as well?
18           MS. SCHEFFEY:  Object to form.
19       A.   It's only to help us produce -- or -- or help in
20   the labor part to bringing the food on -- into the pots and
21   stuff, and -- I mean, to the -- to the kettles, and -- and
22   to get all that done.  And yeah, we help them, and they
23   learn a little, and they learn also how to put it in, and
24   how to cook it, how long we should cook it.  It's just part
25   of the program.

Erwin Delacruz                          December 2, 2019

Page 55

```
 1        Q.   Now, as it relates to cooking, is it fair to say
 2   that the detainee workers are assisting with the cook?
 3        A.   They assist the cook when needed.
 4        Q.   All right.  And GEO provides training with
 5   respect to that cooking assistance --
 6             MS. SCHEFFEY:  Object to form.
 7        Q.   -- correct?
 8             MS. SCHEFFEY:  Sorry.
 9        A.   They can -- it will help them in the long run
10   when they do teach them or OJT.
11        Q.   Do you understand my question?
12        A.   I was -- I -- yeah, I don't understand.  I was
13   just -- I --
14        Q.   Okay, well let me try again.
15        A.   Try again.  Sorry.
16        Q.   We're talking about training, and you said that
17   the detainee workers assist with the cooking; did I get
18   that right?
19        A.   Correct.
20        Q.   And GEO provides on-the-job training to the
21   detainee workers as it relates to assisting with the
22   cooking?
23        A.   Yes.
24             MS. SCHEFFEY:  Object to form.
25        Q.   And then finally, you said that GEO provides
```

SEATTLE DEPOSITION REPORTERS, LLC

Erwin Delacruz                                    December 2, 2019

Page 56

1    on-the-job training as it relates to serving; did I get

2    that correct?

3          A.    Correct, because that's going to be the next

4    phase, and we're supervising.

5          Q.    Now, this Exhibit-302, the policy 4.3.1 about

6    food service operations, these encompass the baseline for

7    what GEO must do with respect to its kitchen operations?

8               MS. SCHEFFEY:  Object to form.

9          A.    Yes.

10         Q.    And it's your job to make sure that the detainee

11   workers hold up their end of the rules and regulations here

12   in 4.3.1?

13              MS. SCHEFFEY:  Object to form.

14         A.    Yes.

15         Q.    Tell me about your performance as food

16   production manager.

17              If I were to ask Bert Henderson, What's Mr.

18   Delacruz like as a -- as a worker, what would she say about

19   your performance?

20              MS. SCHEFFEY:  Object to form.

21         A.    That I properly do my job and execute missions

22   that is governed by her, and that I execute them correctly.

23   And if I have any question, I go right to her and ask her.

24         Q.    And you know, I hear you referring to it as --

25   as the mission; is that the way internally --

Erwin Delacruz                              December 2, 2019

```
 1              MR. WHITEHEAD:  Okay.  No, I certainly don't
 2   want to tussle with you on this issue, but asking a
 3   question, Did anyone work overtime is a foundational type
 4   question, and if his answer is no, then so be it.
 5              MS. SCHEFFEY:  Yes.
 6         Q.   All right, so you're not aware of anyone working
 7   overtime?
 8         A.   No.
 9         Q.   Who would know?
10         A.   Whoever -- I -- only the person that -- well,
11   really none of them, because we only work -- some of them
12   work ten-hour shifts, and that's part of their -- so they
13   would be complete within ten hours.  Mine is eight hours,
14   and I haven't done any overtime during that period.
15         Q.   Now, we've talked about GEO personnel in the
16   kitchen and detainee workers in the kitchen; is there ICE
17   personnel in the kitchen during any of this?
18         A.   No.
19         Q.   Have you observed ICE playing any role in the
20   direction of detainee workers in the kitchen?
21         A.   No.
22         Q.   I want to talk more about the detainee workers
23   and their role in the kitchen.
24              Can you tell me what the roles are that the
25   detainee workers carry out in the kitchen?
```

Erwin Delacruz                                    December 2, 2019

                                                            Page 75

1          A.   Just follow the instructions given to them by

2     the cook supervisors, and accomplish the mission that's --

3     or accomplish the procedures that needs to get done.

4          Q.   Can you tell me what the detainee workers do

5     with respect to food preparation?

6          A.   Is that they're preparing -- they're helping

7     prepare the meal with the cook.

8          Q.   And when you say they help prepare the meal,

9     what does that mean?

10         A.   Getting boxes, or putting in the vegetables in

11    the pot, or -- or as simple as panning up -- prepping items

12    for the next day.

13         Q.   And prepping items for the next day; cutting up

14    ingredients, for example?

15         A.   Mostly it's panning up preformed items onto

16    sheet pans --

17         Q.   And --

18         A.   -- like chicken patties, or fish patties, those

19    type of products.

20         Q.   And that's literally placing the product on the

21    pan?

22         A.   On the sheet pans, correct.

23         Q.   Okay, so getting boxes, putting vegetables in

24    the pan, panning up --

25         A.   Yes.

Erwin Delacruz                                    December 2, 2019

Page 79

1         Q.    Panning up after the food is done?

2         A.    Correct.

3         Q.    You mentioned that they cook food on the

4    stovetop, and scrambled eggs was your specific example?

5         A.    Yes.

6         Q.    That they put food in the oven and take food out

7    of the oven?

8         A.    Yes.

9         Q.    Now, in those various tasks, do -- strike that.

10             In those various tasks, does GEO direct the

11   workers in performing the job to be done?

12        A.    Yes, there's always a cook supervisor that's

13   above them to -- making sure that everything gets done, and

14   also the cook's helping out at the same time.

15        Q.    Do the detainee workers have discretion to

16   change the menu?

17        A.    No.

18        Q.    Do detainee workers that come to the kitchen

19   with prior experience as cooks get paid more for having

20   more skill?

21        A.    No.

22        Q.    Does GEO provide the equipment necessary for the

23   food preparation?

24        A.    Yes.

25        Q.    Could the detainee workers carry out food

Erwin Delacruz                                    December 2, 2019

Page 80

1    preparation in some other part of the Northwest Detention

2    Center if they wanted to?

3         A.   No.

4         Q.   Say peel potatoes in the yard or something?

5         A.   No.

6         Q.   Could the detainee workers perform this food

7    preparation outside of the Northwest Detention Center?

8         A.   No.

9         Q.   Okay.  So back to food service.

10             You were talking about essentially plating the

11   meals --

12        A.   Mm-hm.  Yes.

13        Q.   -- is that fair to say?

14        A.   Yes.

15        Q.   Okay.  So in addition to plating the meals, what

16   else do the detainee workers do with respect to food

17   service?

18        A.   Then they load the -- the trays onto the carts

19   to -- to -- for them to get picked up by the -- the pod

20   sends out a team to come and retrieve the cart with the

21   food on it, and it's locked up prior to it leaving our

22   facility -- our food service facility to the -- to their

23   pod.

24        Q.   Okay.

25        A.   So all the meals are on it, and we verify it.

Erwin Delacruz                                    December 2, 2019

```
                                                      Page 82
 1        A.    Yeah.

 2        Q.    -- about cleaning in a moment.

 3        A.    Yeah.

 4        Q.    So if I understand you correctly, as it relates

 5   to food service, we're talking about serving and plating

 6   the meals --

 7        A.    Mm-hm.

 8        Q.    -- correct?

 9        A.    Correct.

10        Q.    We're talking about loading trays onto carts and

11   getting the carts back; correct?

12        A.    Correct.

13        Q.    We're talking about counting the meals to make

14   sure we've got the appropriate number of meals, whatever

15   the dietary --

16        A.    Dietary --

17        Q.    -- restrictions maybe?

18        A.    Correct.

19        Q.    We're talking about getting products from the

20   warmers and swapping out food?

21        A.    Right, bringing them onto the serving line, yes.

22        Q.    We're talking about taking trays back for

23   sanitation?

24        A.    Mm-hm.  Yes.

25        Q.    And putting away the rations?
```

Erwin Delacruz                                    December 2, 2019

Page 83

1        A.   Yes.

2        Q.   Now, in carrying out each of these tasks, is GEO
3   directing the work of the detainee workers?

4        MS. SCHEFFEY:   Object to form.

5        A.   The cook staff is supervising them during this
6   time.

7        Q.   This is GEO; correct?

8        A.   Yes.   Yes, it's GEO.

9        Q.   Now, in serving the meals, could a detainee
10  worker decide to give detainees extra portions of food?

11       A.   That's why we're on the line, ensuring that --
12  that no -- the amount that is given, that's the amount that
13  should be given to all.

14       Q.   And when you say "we," you mean that GEO is
15  supervising the detainee workers to make sure that the
16  serving is done correctly?

17       A.   Because we follow a guideline from our staff,
18  which is the menu plan, and if it says one cup, one cup
19  is -- it's a dietary allowance for the day, and one -- and
20  just for the instance, breakfast, four ounces, or three
21  ounces, or six ounces, then that's what is given and what
22  we prepare for.   And it's -- and that way everyone gets the
23  same throughout the facility, no matter if he's Alpha pod,
24  Bravo pod, or even Delta or Fox, they get the same amount,
25  and we discourage that they not do that, but we're always

Erwin Delacruz                                    December 2, 2019

Page 84

1      watching them, so we continue to monitor throughout the

2      feeding time.

3          Q.    So you're agreeing with me then that GEO

4      supervises the detainee workers to make sure that the food

5      service is done correctly?

6              MS. SCHEFFEY:   Object to form.

7          A.    Yes, we're trying to make sure that we hold up

8      our policies.

9          Q.    And again, there's no opportunity for a detainee

10     worker to make more money if they were extremely efficient

11     and the best server in the world?

12             MS. SCHEFFEY:  Object to form.

13         A.    It's totally a voluntary mission -- or job, and

14     it -- it just helps them to come in and help us.  It's just

15     part of the voluntary program.

16         Q.    I certainly understand that, but I mean, to my

17     question specifically, are you aware of an opportunity for

18     the food servers to make more money if they work more

19     efficiently?

20         A.    Not really.  No.

21         Q.    And GEO provides all of the equipment necessary

22     to do the food service; correct?

23         A.    Correct.

24         Q.    Detainee workers, for example, couldn't use some

25     nonauthorized serving utensils?

Erwin Delacruz                                        December 2, 2019

Page 85

1         A.    No.

2         Q.    All right, let's talk about food storage.

3               Can you tell me what role, if any, the detainee

4    workers carry out with respect to food storage?

5         A.    During that time, or any given day, there is

6    probably eight, maybe ten, 12 pallets that was delivered

7    from one vehicle, and I pull them through the corridor, and

8    then we -- as I going through them, we -- we rotate the

9    stock by pulling all the older stuff to the front and

10   putting all the one that came in second, because we date

11   everything that comes in, and we respect the date and when

12   their shelf life.  We'll just say vegetables, and carrots,

13   potatoes, fruits, apples, oranges, a pretty basic setup,

14   bring the pallets in, bring in the one item, the one

15   particular item in first, or it might be 30 cases of

16   apples, bring them in, put them behind the one that's

17   already -- already in there, and -- or we slide the one

18   that's already in there to the front, and then we load it

19   through the back.

20        Q.    And the -- the dating, do the detainee workers

21   date the food?

22        A.    We -- I do, or I give them a pen and just -- I

23   just tell them line them all up, and then we're going to

24   date everything, and we both do it.  We do it as a team.

25        Q.    All right, so there's unloading the pallets, and

Erwin Delacruz                                      December 2, 2019

Page 88

1           Q.    Now, as it relates to cleaning, does GEO provide
2    all of the cleaning equipment and products needed?
3           A.    Yes.
4           Q.    Could detainee workers clean in some way other
5    than what's been authorized or directed by GEO?
6           A.    No.
7           Q.    Say, for example, if a detainee had some great
8    home remedy for, you know, getting out grease stains, could
9    they deviate from what GEO has directed?
10          A.    No, they cannot bring any -- they -- there's
11   no -- no.  We -- they only use our products, what we
12   supply.
13          Q.    And I take it that this all corresponds with
14   what we were talking about earlier, about the importance of
15   sanitization in the kitchen --
16          A.    Correct.
17          Q.    -- in that that's part of the reason why
18   cleaning is important and that it must be done in the way
19   that GEO has directed; correct?
20                MS. SCHEFFEY:  Object to form.
21          A.    Correct.
22          Q.    All right, so we talked about food preparation,
23   food service, food storage, and cleaning; are there any
24   other big buckets of work that we're missing that the
25   detainee workers do in the kitchen?

Erwin Delacruz                                December 2, 2019

Page 90

```
 1                     (Exhibit-303 marked.)

 2              THE COURT REPORTER:  This is Exhibit-303.

 3        Q.    You've just been handed Exhibit-303, a document

 4    on its face says Food Cost Summary.

 5              What are we looking at here?

 6        A.    This is a weekly -- let's say from December 1st

 7    through the 7th, that's how many personnel that we fed

 8    through the week, how much food usage that we used, or how

 9    much food we cooked, what our inventory was at the time,

10    how much we purchased, what we began our inventory with,

11    and the total meals for that week, and then how much staff

12    we fed for that week.

13        Q.    So this is just a record then of the --

14    basically data for food service for the month of December

15    2015?

16              MS. SCHEFFEY:  Object to form.

17        A.    Yes, for that month.

18        Q.    Is that your signature that we see there next to

19    your name printed under the Food Service Manager line?

20        A.    No, that's Ms. Henderson.

21        Q.    Actually, we see two signatures there.

22        A.    The other one is the assistant warden.

23        Q.    Have you signed forms like this in the past?

24        A.    Yes, while the manager is not available.

25        Q.    So when it says "Inmate" in the second column
```

Erwin Delacruz                                December 2, 2019

Page 91

1    there, that's the total number of meals served?

2          A.   Yes, 34,020 -- now, that could be the -- because

3    this is an older form, that could be the population

4    estimate for that week.

5          Q.   And actually, yeah, I see a third column there

6    that says "Total Meals."

7          A.   Total meals is actual what we fed, because the

8    inmate population changes every week of the amount of

9    personnel that are -- that are present, because people get

10   deported, or moved on, or get released, then a new group

11   might show up.  Every week there's always a rotation, you

12   know, of people coming in.  And this is -- when we get the

13   Total Meals, that's how many meals we actually served,

14   34,444.

15         Q.   And the Northwest Detention Center is a -- it's

16   a 1,500 bed or so facility; is that correct?

17              MS. SCHEFFEY:  Object to form.

18         A.   It could -- it could -- yes.

19         Q.   The column there that says "Payroll," what does

20   that refer to?

21         A.   Payroll is for that one week, how much -- all

22   the cooks that work there, how much money was spent for

23   their payroll for that week.

24         Q.   So that doesn't refer to detainee workers --

25         A.   No.

Erwin Delacruz                                    December 2, 2019

Page 92

1        Q.   -- that's GEO personnel?

2        A.   That's just GEO personnel.

3        Q.   Do you play any role in determining the staffing

4   levels for detainee workers in the kitchen?

5        A.   No.  No.

6        Q.   That's all Ms. Henderson, or the warden, or

7   someone else?

8        A.   That's --

9             MS. SCHEFFEY:  Object to form.

10       A.   It's a voluntary program.  I can't -- I don't --

11  if they -- again, if they volunteer, then that's how many

12  more people we can get, and that's how many people show up.

13       Q.   Well, my question isn't -- my question's a

14  little different.

15       A.   Oh.

16       Q.   I mean, do you play any role in --

17       A.   No.

18       Q.   -- you know, reviewing the kites or the requests

19  from people to work in the kitchen and deciding that we'll

20  take eight versus 12 versus 25?

21            MS. SCHEFFEY:  Object to form.

22       A.   No, they -- they'll send it to the work program,

23  and -- and once it goes to the work program, it's the work

24  program that decides to what shift they want, if -- because

25  the -- because now it's all computerized, so it goes

Erwin Delacruz                                December 2, 2019

Page 94

 1    and working inside the kitchen.

 2            Q.    Let's take a look at the first one, the Detainee

 3    Job Description, job title is cook.

 4                  Are you with me there, on the first page?

 5            A.    Yes.

 6            Q.    That last section there says "Termination."

 7                  What does that refer to?

 8            A.    It could be because he was caught stealing or --

 9    or was being disruptive inside the kitchen to coercing

10    other personnel, fighting, not following safety procedures.

11    But at the same time, we try to eliminate it by not letting

12    them get that far.  Tell them to stop what -- you know,

13    observe what you're doing, and -- because there's always a

14    supervisor all over them.  And then horseplay, misconduct

15    is the same thing.

16            Q.    Well, isn't what we're looking here under this

17    heading called Termination, the reasons for which a

18    detainee worker could be fired from their job in the

19    kitchen?

20            A.    Yes.

21                  MS. SCHEFFEY:   Object to form.

22            Q.    And you'd agree that failure to follow safety

23    procedures is grounds for termination?

24                  MS. SCHEFFEY:   Object to form.

25            Q.    Correct?

Erwin Delacruz                                    December 2, 2019

Page 95

1          A.   To an extent.   If -- what kind of safety did
2     they -- what kind of safety procedure that they missed or
3     didn't do.
4          Q.   And certainly, you know, I think that's a fair
5     distinction --
6          A.   Yeah.
7          Q.   -- between minor and major violations.
8          A.   Correct.
9               I mean, if he accidentally did it, don't -- just
10    stop, and then we'll correct them, and then we can go on
11    from there.   And then a lot of times because they never
12    worked in a kitchen before.
13         Q.   But you'd agree though that just generally
14    speaking, failure to follow the safety procedures could
15    lead to termination?
16         A.   Could, yes.
17         Q.   And the same is true of failure to follow
18    supervisor's instructions, that it could lead to
19    termination?
20         A.   Could, yes.
21         Q.   The same is true of unexcused absenteeism, that
22    that could lead to detainee worker termination?
23         A.   Yes.
24         Q.   Same thing for misconduct, horseplay, et cetera,
25    that it could lead to termination?

Erwin Delacruz                                December 2, 2019

Page 96

1          A.    Correct.

2          Q.    And certainly theft, that could lead to

3     termination?

4          A.    Mm-hm.  Yes.

5          Q.    And finally, unsatisfactory work performance?

6          A.    Correct.

7          Q.    And as I look at the other job descriptions here

8     for dishwasher, food prep, kitchen light duty, kitchen line

9     backup, kitchen line server --

10         A.    Mm-hm.

11         Q.    -- kitchen pots and pans, kitchen storeroom

12    puller, kitchen utility --

13         A.    Yes.

14         Q.    -- they all repeat those same six grounds for

15    termination?

16               MS. SCHEFFEY:   Object to form.

17         A.    Yes.

18         Q.    Now, each of these job descriptions also list

19    specific work duties.

20         A.    Yes.

21         Q.    And we can certainly look at them individually,

22    but I just want to talk in general.

23         A.    Mm-hm.

24         Q.    GEO's expectation is that the detainee workers

25    carry out the specific work duties mentioned in each of

Erwin Delacruz                                    December 2, 2019

Page 97

1    these job descriptions; correct?

2              MS. SCHEFFEY:   Object to form.

3         A.   Yes.

4         Q.   And it's true that the detainee workers are not

5    paid extra if they are exemplary performers in their job;

6    correct?

7              MS. SCHEFFEY:   Object to form.

8         A.   Correct.

9         Q.   And the detainee workers have no discretion in

10   carrying out the various job duties listed here on these

11   job descriptions; correct?

12             MS. SCHEFFEY:   Object to form.

13        A.   Correct.

14        Q.   And GEO provides the training necessary for the

15   detainee workers to carry out each of their specific work

16   duties; correct?

17        A.   Well, under --

18             MS. SCHEFFEY:   Object to form.

19        A.   -- under supervision, yes.

20        Q.   And GEO provides -- I think I may have already

21   asked, but GEO provides all of the equipment necessary;

22   correct?

23        A.   Yeah.

24             MS. SCHEFFEY:   Object to form.

25        A.   Correct.

Erwin Delacruz                                    December 2, 2019

                                                        Page 113

1              THE COURT REPORTER:  This is Exhibit-306.

2       Q.    You've just been handed Exhibit-306.

3             What are we looking at here?

4       A.    This is a Detainee/Staff Health and Hygiene.

5             So detainees are coming in at 4 in the morning,

6    and the desk officer will have each detainee come to them,

7    because they gotta turn in their ID card, and at the same

8    time, looking for cuts, if he has a runny nose, hands,

9    fingernails are trimmed, and to extent where it's

10   satisfactory that he doesn't have any cuts, he doesn't have

11   any open sores, this will -- can determine if he needs to

12   go back to the pod or -- or go to see medical.

13      Q.    And this is an inspection then --

14      A.    Yes, this is just an inspection prior to him to

15   be working.

16      Q.    An inspection conducted by GEO; correct?

17      A.    By the officer, the desk officer that comes

18   in --

19      Q.    And --

20      A.    -- that's there.

21            Sorry.

22      Q.    Let's try again.

23            So this is an inspection performed by GEO's desk

24   officer before the start of each shift?

25            MS. SCHEFFEY:  Object to form.

                SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com      206.622.6661 * 800.657.1110   FAX: 206.622.6236

Erwin Delacruz                                    December 2, 2019

Page 114

1          A.    Yes.

2          Q.    And if any of these checked boxes are marked as

3     unsatisfactory under cuts, open sores, cough, runny nose,

4     hands, fingernails, it may be grounds to return that

5     kitchen worker back to their pod?

6          A.    And seek medical -- seek medical help to help

7     them.  Because sometimes they -- they might not know, and

8     you need to go -- go see the medic that morning, and then

9     he'll get authorization to come back to work if not.

10         Q.    Does GEO hold safety meetings for its detainee

11    kitchen workers before their shifts?

12         A.    This is part of the safety.

13         Q.    Tell me about the safety meetings.

14         A.    Is to make sure that they keep -- make sure

15    their beard nets are on, hair nets are on, their hands,

16    wash their hands, put gloves on, make sure the sinks are

17    on, the water -- make sure all the soaps are full, and make

18    sure they got their boots on, and change their clothes,

19    we'll give them the white smocks, and make sure they're

20    clean.

21         Q.    So this is GEO then inspecting the kitchen

22    workers to make sure that they're fit for duty that day?

23         A.    Correct.

24              MS. SCHEFFEY:  Object to form.

25         Q.    And you talked about hairnets; is it the case

Erwin Delacruz                                    December 2, 2019

Page 115

1    that GEO workers in the kitchen wear uniforms?

2              A.    Yes.

3              Q.    And these are different than the standard

4    uniforms that they wear in the facility?

5              A.    They -- they from the same material but in just

6    white.    They can't use their pod or their color uniforms as

7    kitchen workers, that's why we give them the white smocks.

8              Q.    What's your understanding of why they can't just

9    wear their standard --

10             A.    Because they have -- they have to go back --

11   they gotta go back with those clothes, and you don't want

12   to be smelling like chicken.

13             Q.    So what do the kitchen uniforms consist of?

14             A.    White pants and a white shirt.

15             Q.    Are there special -- is there special footwear

16   that the workers wear?

17             A.    Yes, we -- we give them the black boots, our

18   close to knee high boots.

19             Q.    Is there anything else that makes up the kitchen

20   uniform?

21             A.    No, that's it.

22             Q.    So white pants, white shirt, and black boots?

23             A.    Correct.

24             Q.    And these are all items that GEO provides to the

25   workers?

Erwin Delacruz                                    December 2, 2019

Page 116

1          A.   Yes.

2          Q.   And if a detainee worker says, I want to wear my

3     normal clothes, what do you say?

4          A.   No, you go change out and put on your cook

5     whites or the white uniform.

6          Q.   And if the detainee kitchen worker refuses, they

7     don't get to work that day; correct?

8               MS. SCHEFFEY:  Object to form.

9          A.   That would be entirely up to the manager at that

10    point, because I'll just say, You sit right here.

11         Q.   Have you ever encountered that situation before?

12         A.   No, I haven't.

13         Q.   Well, based on your years of work experience

14    with Ms. Henderson, what do you think she would say if a

15    detainee worker said, I don't want to change?

16              MS. SCHEFFEY:  Object to form.

17         A.   You know, I haven't seen it happen, but I don't

18    know.

19              (Exhibit-307 marked.)

20              THE COURT REPORTER:  This is Exhibit-307.

21         Q.   You've just been handed Exhibit-307.  It's a

22    two-page document.

23              What are we looking at here?

24         A.   Detainees removed from the kitchen because of

25    what they have done.

Erwin Delacruz                                    December 2, 2019

Page 120

1    bounce that off this.  Did all of them show up?  Who didn't

2    show up?  He might have been deported, or he might have

3    been let out, or sick, or in the lawyer's office, or could

4    be anywhere, visitation, and that's why he didn't show up.

5         Q.    But the bottom line is that detainee workers are

6    only paid if an officer signs off on the pay sheet; is that

7    correct?

8              MS. SCHEFFEY:  Object to form.

9         A.    Once they show up for work, and then that's --

10   that's when this form is filled out, and then -- then it's

11   signed, and then it's submitted at the end of the shift.

12        Q.    So it's the officer basically verifying that the

13   detainee worker showed up and worked their shift?

14        A.    Yeah, and he worked the shift.

15              (Exhibit-309 marked.)

16              THE COURT REPORTER:  This is Exhibit-309.

17              MR. WHITEHEAD:  309 you said?

18              THE COURT REPORTER:  309, yes.

19              MR. WHITEHEAD:  Great, thank you.

20        Q.    You've just been handed Exhibit-309.

21              Have you seen a document like this before?

22        A.    No.

23        Q.    In the bottom right corner of each page is

24   something we call a Bates stamp, and towards the end there,

25   there is a page that's labeled GEO-Nwauzor 026947.

Erwin Delacruz                                    December 2, 2019

Page 121

1              Actually, looks like the last four pages.

2         A.    Ah, okay.   This is what we would receive from

3    the workforce program, the last three -- well, it should be

4    the four sheets, yeah.   Yes, this would be what we would

5    receive.   These ones, I -- I don't see these, I only see

6    this sheets.

7         Q.    And this being the one that looks like it's

8    related to the kitchen, we've got Bates stamp GEO-Nwauzor

9    026947 through 953, and it looks to be labeled Breakfast

10   Shift, Breakfast Shift 2, Lunch Shift --

11        A.    Breakfast, lunch, dinner, and cleanup.

12             I think that lunch 2 is really all of the same,

13   it's just like the second page, like lunch shift 2 will be

14   the second page of lunch 1.   It's just a continuation.

15        Q.    All right, well let's -- let's take them one at

16   a time.

17        A.    Yeah.

18        Q.    So we are looking at Exhibit-309, we're on the

19   page that bears Bates stamp GEO-Nwauzor 026947.   It's the

20   first of the ones that say Breakfast Shift.

21        A.    Okay.

22        Q.    Are you with me?

23        A.    Yep.

24        Q.    Okay.   Now, this printout, is it done on a daily

25   basis?

Erwin Delacruz                                December 2, 2019

                                                      Page 122

 1          A.   Once a week.

 2          Q.   Once a week.

 3               So what we see here is the schedule then for the

 4     entire week?

 5          A.   Yes.

 6          Q.   And looking at this one that's labeled Breakfast

 7     Shift --

 8          A.   Mm-hm.

 9          Q.   -- and then on the very next page, Breakfast

10     Shift 2 --

11          A.   Yes.

12          Q.   -- is that really just the entirety --

13          A.   Just a continuation --

14          Q.   -- of the Breakfast Shift?

15          A.   Yes, that's just a continuation from the

16     first -- from the front half.  This is just like page 2.

17          Q.   And if you look at Breakfast Shift and Breakfast

18     Shift 2, there appear to be 33 workers that week --

19               MS. SCHEFFEY:   Object to form.

20          Q.   -- would you agree?

21          A.   That could have been assigned, but how many

22     are -- with all the days off, not all of them are there at

23     any given time.

24          Q.   You'd agree with me though that 33 workers were

25     assigned to the breakfast shift that week?

Erwin Delacruz                                    December 2, 2019

```
                                                         Page 123

 1            A.    They were assigned, yes.

 2            Q.    And then flipping to the lunch shift, this

 3    begins on page GEO-Nwauzor 026949, there's Lunch Shift and

 4    then Lunch Shift 2.

 5                  Are you with me?

 6            A.    Yes.

 7            Q.    Would you agree that it appears 33 workers were

 8    assigned to work the lunch shift --

 9            A.    Yes.

10            Q.    -- that week?

11            A.    Yes.

12            Q.    Now let's keep going.

13                  Let's look at the -- the Dinner Shift.  So this

14    begins on page GEO-Nwauzor 026951.

15                  Would you agree with me that 33 workers appear

16    to have been scheduled to work that week on the dinner

17    shift?

18            A.    Correct.

19            Q.    And then we'll look at the last page,

20    GEO-Nwauzor 026953.  This is the cleanup shift.

21                  It appears that 12 workers were scheduled to

22    work the cleanup shift that week?

23            A.    Yes.

24            Q.    So this is a schedule; is that right?

25            A.    Yes.
```

Erwin Delacruz                                    December 2, 2019

                                                        Page 125

1    in completing the detainee worker pay sheet?

2         A.   Yes, once they -- personnel that are assigned to

3    the dinner shift, once they come in, we make sure that

4    their names are on here, their A number, and then they go

5    onto the pay sheet, and then we'll -- we'll initial that

6    they're -- that they showed up for -- for work on that day.

7    And this is for the health and welfare check.

8         Q.   We're nearing the end.  I just -- to recap, GEO

9    trains detainees on all aspects of the kitchen policies and

10   procedures --

11             MS. SCHEFFEY:  Object to form.

12        Q.   -- correct?

13        A.   We supervise the personnel that come into the

14   kitchen.

15        Q.   And GEO supervises these workers to ensure that

16   they're complying with the kitchen policies and procedures?

17        A.   Yes.

18             MS. SCHEFFEY:  Object to form.

19        Q.   And GEO holds safety meetings to make sure the

20   detainees are complying with those rules and regulations?

21        A.   Yes.

22        Q.   GEO keeps training -- or records of the training

23   that the workers receive?

24             MS. SCHEFFEY:  Object to form.

25        A.   Only the workers orientation checklist.

Erwin Delacruz                                     December 2, 2019

Page 126

1        Q.    GEO provides the detainee workers with uniforms?

2        A.    Yes.

3        Q.    GEO provides the detainee workers with all the

4   equipment they need to do their job?

5              MS. SCHEFFEY:   Object to form.

6        A.    Yes.

7        Q.    GEO does not permit detainee workers to deviate

8   from their job descriptions --

9              MS. SCHEFFEY:   Object to form.

10       Q.    -- is that correct?

11       A.    No.

12       Q.    No, you're agreeing with me?

13       A.    I mean -- I'm sorry.

14       Q.    I know, I phrased it poorly.

15       A.    Yeah.

16       Q.    Detainee workers are not permitted to deviate

17   from their job descriptions?

18       A.    No.

19       Q.    No, they're not allowed?

20       A.    Not allowed.

21       Q.    Do you have any reason to believe that the

22   detainee workers were unsatisfied with the dollar a day

23   they received for their labor?

24       A.    I can't speak for them.

25       Q.    Did anyone ever ask you for a raise?

Erwin Delacruz                                    December 2, 2019

Page 144

1                        C-E-R-T-I-F-I-C-A-T-E

2

3     STATE OF WASHINGTON )

4                         ) ss.

5     COUNTY OF THURSTON  )

6

7              I, the undersigned Registered Professional
      Reporter and Certified Court Reporter, hereby
8     certify that the foregoing deposition upon oral
      examination was taken stenographically before me and
9     transcribed under my direction;

10             That the witness was duly sworn by me,
      pursuant to RCW 5.28.010, to testify truthfully; that the
11    transcript of the deposition is a full, true, and correct
      transcript to the best of my ability; that I am neither
12    attorney for, nor a relative or employee of, any of the
      parties to the action or any attorney or counsel employed
13    by the parties hereto, nor financially interested in its
      outcome.

14

15             I further certify that in accordance with CR
      30(e), the witness was given the opportunity to examine,
16    read, and sign the deposition, within 30 days, upon its
      completion and submission, unless waiver of signature was
17    indicated in the record.

18

19             IN WITNESS WHEREOF, I have hereunto set
      my hand this 10th day of December, 2019.

20

21

22

23    _____

      NCRA Registered Professional Reporter
24    Washington Certified Court Reporter No. 2661

25