# WHITEHEAD DECLARATION
# EXHIBIT J
# FILED UNDER SEAL