# WHITEHEAD DECLARATION

# EXHIBIT K

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

-------------------------------------------------------------

UGOCHUKWU GOODLUCK NWAUZOR, )

FERNANDO AGUIRRE-URBINA, )

individually and on behalf of all )

those similarly situated, )

         Plaintiffs, )

   vs. ) No. 17-cv-05769-RJB

THE GEO GROUP, INC., a Florida )

corporation, )

         Defendant. )

-------------------------------------------------------------

Videotaped

Deposition Upon Oral Examination of

BRUCE A. SCOTT JR.

-------------------------------------------------------------

9:39 a.m.

Monday, December 9, 2019

1019 Regents Blvd., Suite 204

Fircrest, Washington

REPORTED BY: Keri A. Aspelund, RPR, CCR No. 2661

Bruce Scott, Jr.                                          December 9, 2019

```
                                                              Page 17
 1        Q.   Would you ever contact ICE on your own accord
 2   about contract compliance issues?
 3        A.   No.
 4        Q.   All right, so this was always ICE contacting you
 5   to make sure that GEO was in compliance?
 6             MS. MELL:  Object to the form.
 7        A.   ICE never contacted me directly.  I would get
 8   communications through the facility administrators.
 9        Q.   And who are the facility administrators?
10        A.   There are lots of facilities.  For example,
11   Stephen Langford is the facility administrator at the
12   Northwest ICE Processing Center.
13        Q.   And I hear you saying the Northwest ICE
14   Processing Center; is that the term that you're using?
15        A.   Yes.
16        Q.   Okay.  And that refers to what was previously
17   known as the Northwest Detention Center?
18        A.   Previously known as Northwest Detention Center.
19        Q.   When was the name change made?
20        A.   Name change was made, I don't remember the exact
21   date, but sometime late last year --
22        Q.   Do you know what prompted the change?
23        A.   -- or this year.  This is December.
24             I don't know what prompted the change.
25        Q.   And tell me, how do you know that the name
```

```
 1
                      C-E-R-T-I-F-I-C-A-T-E
 2

 3    STATE OF WASHINGTON  )

 4                         )  ss.

 5    COUNTY OF THURSTON   )

 6
              I, the undersigned Registered Professional
 7    Reporter and Certified Court Reporter, hereby
      certify that the foregoing deposition upon oral
 8    examination was taken stenographically before me and
      transcribed under my direction;
 9

10            That the witness was duly sworn by me,
      pursuant to RCW 5.28.010, to testify truthfully; that the
11    transcript of the deposition is a full, true, and correct
      transcript to the best of my ability; that I am neither
12    attorney for, nor a relative or employee of, any of the
      parties to the action or any attorney or counsel employed
13    by the parties hereto, nor financially interested in its
      outcome.
14

15            I further certify that in accordance with CR
      30(e), the witness was given the opportunity to examine,
16    read, and sign the deposition, within 30 days, upon its
      completion and submission, unless waiver of signature was
17    indicated in the record.

18
              IN WITNESS WHEREOF, I have hereunto set
19    my hand this 19th day of December, 2019.

20

21

22

23    _____
      NCRA Registered Professional Reporter
24    Washington Certified Court Reporter No. 2661

25
```