# WHITEHEAD DECLARATION
# EXHIBIT O
# FILED UNDER SEAL