# WHITEHEAD DECLARATION
# EXHIBIT P
# FILED UNDER SEAL