# WHITEHEAD DECLARATION
# EXHIBIT Q
# FILED UNDER SEAL