# WHITEHEAD DECLARATION
# EXHIBIT T
# FILED UNDER SEAL