# WHITEHEAD DECLARATION
# EXHIBIT W
# FILED UNDER SEAL