# WHITEHEAD DECLARATION

# EXHIBIT X

```
 1                    UNITED STATES DISTRICT COURT

 2                   WESTERN DISTRICT OF WASHINGTON

 3  _____

 4  STATE OF WASHINGTON,           )

 5           PLAINTIFF,             ) NO. 3:17-CV-05806-RJB

 6     VS.                          )

 7  THE GEO GROUP, INC.,            )

 8           DEFENDANT.             )

 9                                  )

10                                  )

11  _____

12               DEPOSITION UPON ORAL EXAMINATION OF

13                        ALISHA SINGLETON

14  _____

15                          10:00 A.M.

16                        JANUARY 31, 2019

17                  800 FIFTH AVENUE, SUITE 2000

18                       SEATTLE, WASHINGTON

24  REPORTED BY:  BETSY E. DECATER, RPR, CCR 3109
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1        A.    Nobody.
 2        Q.    You don't supervise anybody?
 3        A.    No.
 4        Q.    How big is the classification department?
 5        A.    There are two people in there.
 6        Q.    Including you?
 7        A.    Yes, ma'am.
 8        Q.    Who's the other person?
 9        A.    Michael Heye.
10        Q.    And what's his job?
11        A.    Classification officer.
12        Q.    Are you guys in the same job?
13        A.    Yes.
14        Q.    So what's the difference between you?  How do you
15   divide your work between the two of you?
16        A.    We both just do it collectively.
17        Q.    Michael -- is it Heye?
18        A.    Heye.
19        Q.    Is he on a different shift than you?  Do you guys
20   overlap?
21        A.    No.  He's there -- he works 6:00 a.m. to 2:30,
22   and I am from 7:00 to 3:00.
23        Q.    When was he hired?
24        A.    I don't recall.
25        Q.    When you started in 2006, was Michael Heye also a
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   voluntary work program?
 2       A.   I don't recall.  That's possible.
 3       Q.   Do you currently manage the voluntary work
 4   program?
 5       A.   Yes.
 6       Q.   Who else works in voluntary work program?
 7       A.   Michael Heye.
 8       Q.   Anybody else?
 9       A.   No.
10       Q.   And before Michael Heye, who managed the
11   voluntary work program?
12       A.   Me.
13       Q.   Just you?
14       A.   Yes.
15       Q.   When you started working on the voluntary work
16   program, did you replace anybody?
17            Like was somebody else working on the voluntary
18   work program before you started working on it?
19       A.   Probably.
20       Q.   Do you know who that was?
21       A.   No.
22       Q.   When you applied for the classification officer
23   position, did it include the voluntary -- did it include
24   managing the voluntary work program?
25       A.   I don't recall.
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   I haven't had to do an increase, so I'm not sure where
 2   that information comes from, how it gets to me.  But my
 3   direct supervisor will let us know what's authorized in
 4   each of the areas.
 5       Q.  Your direct supervisor will tell you how many
 6   authorized workers in intake, in medical, in recreation,
 7   et cetera, et cetera?
 8       A.  Correct.
 9       Q.  Do you ask him whether ICE has authorized that
10   number of detainee workers in each of those units?
11       A.  No.  As I previously stated, I don't ask him that
12   question.
13       Q.  For each of these jobs that you mentioned, is
14   there a job description associated with that?
15       A.  A written job description?  Yes.  To my
16   knowledge, yes.
17       Q.  Do you use that job description?
18           MR. PUSATERI:  Object to form.
19       Q.  (BY MS. CHIEN)  How do you use that job
20   description?
21       A.  Can you repeat that question?
22       Q.  What's the purpose of that job description?
23       A.  To be in compliance with the ICE PBNDS regarding
24   their job duties and that they have been trained.
25       Q.  Is your testimony that the PBNDS requires you to
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   have a job description?
 2       A.   It requires the detainees to receive adequate
 3   training for the area of their responsibility.
 4       Q.   So does it require a job description?
 5       A.   It requires them to be trained.  So the job
 6   description just goes over the information that they do
 7   in that particular area and then the detainee signs it.
 8       Q.   PBNDS requires training and the job description
 9   is a form of training for GEO; is that right?
10       A.   The job description is the documentation that
11   shows we're in compliance with the ICE PBNDS standard.
12       Q.   Sorry.  That didn't really answer my question.
13            I'm just trying to figure out what the purpose of
14   the job description is, and I understand that it
15   complies with the PBNDS.  But what within the PBNDS
16   requires you to have the job description?
17       A.   That's the documentation that shows we're in
18   compliance with the training aspect of the ICE PBNDS
19   standards.
20       Q.   But what requirement?
21       A.   That they receive adequate training in that area.
22       Q.   You mentioned you haven't received a request for
23   increase in workers in a while.  When you did receive an
24   increase for workers, what was your response?
25            What did you do regarding that request for an
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                  REPORTER'S CERTIFICATE
 2      I, BETSY E. DECATER, the undersigned Certified Court
 3   Reporter, pursuant to RCW 5.28.010 authorized to
 4   administer oaths and affirmations in and for the State
 5   of Washington, do hereby certify that the sworn
 6   testimony and/or proceedings, a transcript of which is
 7   attached, was given before me at the time and place
 8   stated therein; that any and/or all witness(es) were
 9   duly sworn to testify to the truth; that the sworn
10   testimony and/or proceedings were by me stenographically
11   recorded and transcribed under my supervision, to the
12   best of my ability; that the foregoing transcript
13   contains a full, true, and accurate record of all the
14   sworn testimony and/or proceedings given and occurring
15   at the time and place stated in the transcript; that a
16   review of which was reserved; that I am in no way related
17   to any party to the matter, nor to any counsel, nor do I
18   have any financial interest in the event of the cause.
19      WITNESS MY HAND and DIGITAL SIGNATURE this 12th day
20   of February, 2019.
21   _____
22   BETSY E. DECATER, RPR
     Washington Certified Court Reporter, CCR 3109
23   bdecater@yomreporting.com
24
25
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com