# WHITEHEAD DECLARATION

# EXHIBIT Y

# NORTHWEST DETENTION CENTER

## DETAINEE JOB DESCRIPTION

**JOB TITLE:** Barber

**WORK AREA:** Barbershop

**NORMAL WORK HOURS:** Day Shift

**SPECIFIC WORK DUTIES:**

- Clean Clippers after every haircut by turning clippers off, brush hair from blades, turn clippers back on and spray liberally with H42 cleaner until blades are clear of all foreign matter. Once blades are clean, turn clippers off and let blades remain wet for at least 60 seconds, then wipe clean.

- Apply clipper oil after each cleaning.

- Combs are to be stored in the container marked Barbacide after each haircut.

- Put a neckstrip (toilet paper) on each detainee before placing the black shroud on.

- Towels will not be used.

- Paper towels may not be reused and must be put in garbage after use.

- No barber will cut hair on another detainee when detainee's face, neck or scalp is inflamed, scaling, contains pus, or is erupted.

- No detainee will be served when infested with head lice.

_____   _____   _____
Detainee Name                  A-number                       Date

_____
Detainee Signature

_____                                  _____
Staff Signature                                              Date

LA004                                                                        062209

Exhibit  315
Witness  Tracy
Date     12-3-19

# NORTHWEST DETENTION CENTER

## DETAINEE JOB DESCRIPTION

**JOB TITLE:**         Barbershop Cleaner

**WORK AREA:**         Barbershop

**NORMAL WORK HOURS:** Day Shift

**SPECIFIC WORK DUTIES:**

- Clean Clippers by turning clippers off, brush hair from blades, turn clippers back on and spray liberally with H42 cleaner until blades are clear of all foreign matter. Once blades are clean, turn clippers off and let blades remain wet for at least 60 seconds, then wipe clean. Place clippers in correct spot marked in file cabinet.

- Apply clipper oil after each cleaning.

- Combs are to be stored in the container marked Barbacide.

- All clipper blades need to be soaked in soap and water, rinsed, dried and put away in correct spots marked in file cabinet drawer.

- Floors will be swept and gone over with a wet towel to make sure no hair remains on the floor.

- Sinks will be cleaned and dried, as well as counters.

- Chairs will be wiped down and cleaned.

_____     _____     _____
Detainee Name                 A-number                      Date


_____
Detainee Signature


_____     _____
Staff Signature                                       Date

# NORTHWEST DETENTION CENTER

## DETAINEE JOB DESCRIPTION

JOB TITLE:					MEDICAL CLEANING

WORK AREA:				MEDICAL AND MEDICAL ISO UNIT

NORMAL WORK HOURS:		DAY SHIFT

PAY SCALE GRADE:			UNSKILLED

CAPSULE JOB DESCRIPTION:	Daily cleaning of the Medical and Medical ISO areas.

SPECIFIC WORK DUTIES:

1. Dust Medical Offices
2. Vacuum Medical Offices
3. Mop Floors
4. Clean Holding Cells
5. Clean Toilets
6. Remove Trash and Replace With New Liners
7. Other miscellaneous duties as assigned

SPECIAL REQUIREMENTS:	Must be able to life 40 lbs, accept direction, and work well with others.

TERMINATION:

1. Failure to follow CSC staff instructions
2. Failure to follow safety procedures
3. Excessive absenteeism
4. Misconduct, horseplay, etc.
5. Theft
6. Unsatisfactory work performance

NOTE: These are not all of your work duties; other duties may be assigned as deemed necessary.

# NORTHWEST DETENTION CENTER

## DETAINEE JOB DESCRIPTION

JOB TITLE: GENERAL WORKER

WORK AREA: LIVING UNITS AND THROUGHOUT THE FACILITY

NORMAL WORK HOURS: AM Shift or PM Shift. Shift will be assigned by CSC Staff

PAY SCALE: GRADE UNSKILLED

CAPSULE JOB DESCRIPTION: Assist in cleaning and sanitation of living units and/or designated areas of the facility.

SPECIFIC WORK DUTIES:
1. Sweep all floors.
2. Wipe down all walls.
3. Clean and sanitize all surfaces.
4. Mop all floors.
5. Wipe down and clean all windows.
6. Remove trash and replace with new liners.
7. Strip, wax, and seal the floors.
8. Clean and sanitize restroom and shower areas.
9. Other duties as assigned.

SPECIAL REQUIREMENTS: Must be able to lift 40 lbs.; Accept direction; and, Work well with others.

TERMINATION:
1. Failure to follow CSC staff instructions.
2. Excessive absenteeism.
3. Misconduct, horseplay, etc.
4. Theft.
5. Unsatisfactory work performance.

NOTE: These are not all of your work duties; other duties may be assigned as deemed necessary.

# NORTHWEST DETENTION CENTER

## DETAINEE JOB DESCRIPTION

JOB TITLE:              LAUNDRY WORKER

WORK AREA:              LAUNDRY AND OCCASIONAL LIVING UNITS

NORMAL WORK HOURS:      DAY SHIFT

PAY SCALE: GRADE        UNSKILLED

CAPSULE JOB DESCRIPTION:    Wash, dry and fold clothing, bedding and towels

SPECIFIC WORK DUTIES:
1. Load and unload washing machines.
2. Load and unload dryers.
3. Fold clothing, bedding and towels.
4. Mop floors.
5. Wipe down and clean laundry area.
6. Remove trash and replace with new liners.
7. Other duties as assigned.

SPECIAL REQUIREMENTS:   Must be able to lift 40 lbs.; Accept direction; and, Work well with others.

TERMINATION:
1. Failure to follow CSC staff instructions.
2. Failure to follow safety procedures.
3. Excessive absenteeism.
4. Misconduct, horseplay, etc.
5. Theft.
6. Unsatisfactory work performance.

NOTE: These are not all of your work duties; other duties may be assigned as deemed necessary.

# NORTHWEST DETENTION CENTER

## DETAINEE JOB DESCRIPTION

**JOB TITLE:** Laundry Worker

**WORK AREA:** Laundry and Occasional Living Units

**NORMAL WORK HOURS:** Day Shift

**PAY SCALE GRADE:** Unskilled

**CAPSULE JOB DESCRIPTION:** Wash, dry and fold clothing, bedding and towels

**SPECIFIC WORK DUTIES:**

1. Load and unload washing machines
2. Load and unload dryers
3. Fold clothing, bedding and towels
4. Mop floors
5. Wipe down and clean laundry area
6. Remove trash bags from garbage cans and replace with new liners
7. Other duties as assigned

**SPECIAL REQUIREMENTS:**

- Must be able to lift 40 lbs.; accept direction; and, work well with others.

**TERMINATION:**

1. Failure to follow staff direction
2. Failure to follow safety procedures
3. Excessive absenteeism
4. Misconduct, horseplay, etc.
5. Theft
6. Unsatisfactory work performance

_____   _____
Print Detainee Name and A-number                 Date

_____   _____
Detainee Signature

_____   _____
Staff Signature                                  Date

LA004                                            062209