# WHITEHEAD DECLARATION
# EXHIBIT Z
# FILED UNDER SEAL