# WHITEHEAD DECLARATION EXHIBIT AA FILED UNDER SEAL