# WHITEHEAD DECLARATION
# EXHIBIT BB
# FILED UNDER SEAL