# WHITEHEAD DECLARATION
# EXHIBIT CC
# FILED UNDER SEAL