# WHITEHEAD DECLARATION
# EXHIBIT DD
# FILED UNDER SEAL