# WHITEHEAD DECLARATION
# EXHIBIT EE
# FILED UNDER SEAL