# WHITEHEAD DECLARATION
# EXHIBIT FF
# FILED UNDER SEAL