**WHITEHEAD DECLARATION**

**EXHIBIT GG**

# NORTHWEST DETENTION CENTER

## DETAINEE JOB DESCRIPTION

**JOB TITLE:** COOK

**WORK AREA:** Kitchen

**NORMAL WORK HOURS:** AM Shift or PM Shift. Shift will be assigned by Food Service Manager

**PAY SCALE / GRADE:** $1.00 per day / Semi-skilled

**CAPSULE JOB DESCRIPTION:** To assist in cooking a days meal and keeping the area clean at all times.

**SPECIFIC WORK DUTIES:**
1. Follow all recipe cards completely, no deviation without prior approval.
2. Maintain communication with Facility and detainee staff to ensure there is enough food for the population.
3. Assist in the preparation of all food products and canned goods.
4. Place labels on all leftovers indicating date, time, and temperature when items(s) are returned to the cooler.
5. Clean all ovens, stoves, grills, kettles, and surrounding work areas, floors, walls, etc. after each meal.
6. Follow all safety instructions and posted operational rules.
7. Anything that any Food Service Supervisor may ask you to do.

**SPECIAL REQUIREMENTS:** Medical Clearance and must be able to lift 30 lbs.

**TRAINING REQUIREMENTS:**
1.
2.
3.

**TERMINATION** – Typically requires an Incident Report
1. Failure to follow Safety Procedures
2. Failure to follow Supervisor's instructions
3. Unexcused absenteeism
4. Misconduct, horseplay, etc.
5. Theft
6. Unsatisfactory Work Performance

Note: Not all work duties may be listed; other duties may be assigned as deemed necessary.

_____                                   _____
(Detainees's Name and A #)                                                                              Date

_____
(FSM / Designee Signature)

Exhibit ___304___
Witness _Delacruz_
Date ___12-2-19___

# NORTHWEST DETENTION CENTER

## DETAINEE JOB DESCRIPTION

**JOB TITLE:** DISHWASHER

**WORK AREA:** Kitchen

**NORMAL WORK HOURS:** AM Shift or PM Shift. Shift will be assigned by Food Service Manager

**PAY SCALE / GRADE:** $1.00 per day / Semi-skilled

**CAPSULE JOB DESCRIPTION:** To assist in the cleaning of all dishes and to keep area clean at all times.

**SPECIFIC WORK DUTIES:**
1. Clean off trays of all debris, tossing food remains into trashcan.
2. Ensure that plastic cups, bowls and sporks are washed and not thrown into the trash.
3. Empty trash cans in dish area, stack trays in storage rack, keeping work area thoroughly cleaned.
4. Ensure the dishwasher is cleaning properly and all temperatures are up to specifications.
5. Monitor dish soap use and refill as necessary, following all safety instructions and posted operational rules.
6. Inventory cups and sporks after each meal.
7. Break down the dish machine and clean all pipes and the out side after each meal.
8. Follow all safety instructions and posted operational rules.
9. Anything that any Food Service Supervisor may ask you to do.

**SPECIAL REQUIREMENTS:** Medical Clearance and must be able to lift 30 lbs.

**TRAINING REQUIREMENTS:**
1.
2.
3.

**TERMINATION** – Typically requires an Incident Report
1. Failure to follow Safety Procedures
2. Failure to follow Supervisor's instructions
3. Unexcused absenteeism
4. Misconduct, horseplay, etc.
5. Theft
6. Unsatisfactory Work Performance

Note: Not all work duties may be listed; other duties may be assigned as deemed necessary.

_____     _____
(Detainees's Name and A #)                                    Date

_____
(FSM / Designee Signature)

## NORTHWEST DETENTION CENTER

### DETAINEE JOB DESCRIPTION

**JOB TITLE:** FOOD PREP

**WORK AREA:** Kitchen

**NORMAL WORK HOURS:** AM Shift or PM Shift. Shift will be assigned by Food Service Manager

**PAY SCALE / GRADE:** $1.00 per day / Semi-skilled

**CAPSULE JOB DESCRIPTION:** To assist in the preparation of all foods that need to be prepared for a meal.

**SPECIFIC WORK DUTIES:**
1. Check the daily menu for items that need to be prepared for upcoming meals.
2. Work with supervisors to determine what food items need to be prepared for each meal.
3. Follow all safety instructions and posted operational rules.
4. Clean and sanitize all work areas upon completion of preparing food.
5. Ensure that the meat for the day is prepped and stored in the cooler.
6. Follow all recipe cards completely, no deviation without prior approval.
7. Label all food items that were prepped and specify for which meal.
8. Follow all safety instructions and posted operational rules.
9. Anything that any Food Service Supervisor may ask you to do.

**SPECIAL REQUIREMENTS:** Medical Clearance and must be able to lift 40 lbs.

**TRAINING REQUIREMENTS:**
1.
2.
3.

**TERMINATION** – Typically requires an Incident Report
1. Failure to follow Safety Procedures
2. Failure to follow Supervisor's instructions
3. Unexcused absenteeism
4. Misconduct, horseplay, etc.
5. Theft
6. Unsatisfactory Work Performance

Note: Not all work duties may be listed; other duties may be assigned as deemed necessary.

_____                                    _____
(Detainees's Name and A #)                                                                  Date


_____
(FSM / Designee Signature)

# NORTHWEST DETENTION CENTER

## DETAINEE JOB DESCRIPTION

**JOB TITLE:**  LIGHT DUTY

**WORK AREA:**  Kitchen

**NORMAL WORK HOURS:**  AM Shift or PM Shift. Shift will be assigned by Food Service Manager

**PAY SCALE / GRADE:**  $1.00 per day / Semi-skilled

**CAPSULE JOB DESCRIPTION:**  To do light duty work and perform small cleaning work as directed.

**SPECIFIC WORK DUTIES:**
1. Place condiments in cups when the menu calls for it.
2. Clean and sanitize all work areas upon completion of preparing food.
3. Clean and sanitize all equipment when needed.
4. Follow all safety instructions and posted operational rules.
5. Anything that any Food Service Supervisor may ask you to do.

**SPECIAL REQUIREMENTS:**  Medical Clearance and must be able to lift 40 lbs.

**TRAINING REQUIREMENTS:**
1.
2.
3.

**TERMINATION** – Typically requires an Incident Report
1. Failure to follow Safety Procedures
2. Failure to follow Supervisor's instructions
3. Unexcused absenteeism
4. Misconduct, horseplay, etc.
5. Theft
6. Unsatisfactory Work Performance

Note: Not all work duties may be listed; other duties may be assigned as deemed necessary.

_____                                    _____
(Detainees's Name and A #)                                                                Date

_____
(FSM / Designee Signature)

# NORTHWEST DETENTION CENTER

## DETAINEE JOB DESCRIPTION

**JOB TITLE:**     LINE BACK-UP

**WORK AREA:**     Kitchen

**NORMAL WORK HOURS:**     AM Shift or PM Shift.  Shift will be assigned by Food Service Manager

**PAY SCALE / GRADE:**     $1.00 per day / Semi-skilled

**CAPSULE JOB DESCRIPTION:** To back-up the service line; ensure adequate and consistent service of all food items and keep areas clean at all times.

**SPECIFIC WORK DUTIES:**
1. Assist in setting up the serving line prior to each meal
2. Clean and sanitize all work areas after each meal.
3. Help in the service of food items as needed.
4. When the meal service is completed, assist in the cleaning of all food service areas.
5. Follow all safety instructions and posted operational rules.
6. Anything that any Food Service Supervisor may ask you to do.

**SPECIAL REQUIREMENTS:**     Medical Clearance and must be able to lift 40 lbs.

**TRAINING REQUIREMENTS:**
1.
2.
3.

**TERMINATION** – Typically requires an Incident Report
1. Failure to follow Safety Procedures
2. Failure to follow Supervisor's instructions
3. Unexcused absenteeism
4. Misconduct, horseplay, etc.
5. Theft
6. Unsatisfactory Work Performance

Note: Not all work duties may be listed; other duties may be assigned as deemed necessary.

_____                              _____
       (Detainees's Name and A #)                                                                    Date


_____
       (FSM / Designee Signature

# NORTHWEST DETENTION CENTER

## DETAINEE JOB DESCRIPTION

**JOB TITLE:** LINESERVER

**WORK AREA:** Kitchen

**NORMAL WORK HOURS:** AM Shift or PM Shift. Shift will be assigned by Food Service Manager

**PAY SCALE / GRADE:** $1.00 per day / Semi-skilled

**CAPSULE JOB DESCRIPTION:** To serve all food and keep area clean at all times.

**SPECIFIC WORK DUTIES:**
1. Assist in the setup of the food line.
2. Check with the supervisor to verify the utensils needed for the serving line.
3. Assist in serving the meal, dishing out the proper portions.
4. Keep the serving line and serving area clean and free of obstructions.
5. Return all serving utensils to the supervisor once they have been cleaned and sanitized.
6. Wrap and cover all leftovers in the pans and return to the prep tables for the cooks to label.
7. Assist in the sweeping and moping of the floors after each meal.
8. Follow all safety instructions and posted operational rules.
9. Anything that any Food Service Supervisor may ask you to do.

**SPECIAL REQUIREMENTS:** Medical Clearance and must be able to lift 40 lbs.

**TRAINING REQUIREMENTS:**
1.
2.
3.

**TERMINATION** – Typically requires an Incident Report
1. Failure to follow Safety Procedures
2. Failure to follow Supervisor's instructions
3. Unexcused absenteeism
4. Misconduct, horseplay, etc.
5. Theft
6. Unsatisfactory Work Performance

Note: Not all work duties may be listed; other duties may be assigned as deemed necessary.

_____          _____
(Detainees's Name and A #)                                                                              Date

_____
(FSM / Designee Signature

# NORTHWEST DETENTION CENTER

## DETAINEE JOB DESCRIPTION

**JOB TITLE:**  POTS AND PANS

**WORK AREA:**  Kitchen

**NORMAL WORK HOURS:**  AM Shift or PM Shift. Shift will be assigned by Food Service Manager

**PAY SCALE / GRADE:**  $1.00 per day / Semi-skilled

**CAPSULE JOB DESCRIPTION:**  To keep pots and pans clean; and assist in cleaning and sanitation of all areas in the kitchen.

**SPECIFIC WORK DUTIES:**
1. Clean all items used in the cooking and food storage process.
2. Monitor soap and sanitizer and refill as needed.
3. Keep soap sink and sanitizer sink fresh and change frequently.
4. Put away all cleaned items in their proper storage area.
5. Clean and sanitize your work area after each meal.
6. Keep food trough clean and free of food debris.
7. Follow all safety instructions and posted operational rules.
8. Anything that any Food Service Supervisor may ask you to do.

**SPECIAL REQUIREMENTS:**  Medical Clearance and must be able to lift 30 lbs.

**TRAINING REQUIREMENTS:**
1.
2.
3.

**TERMINATION** – Typically requires an Incident Report
1. Failure to follow Safety Procedures
2. Failure to follow Supervisor's instructions
3. Unexcused absenteeism
4. Misconduct, horseplay, etc.
5. Theft
6. Unsatisfactory Work Performance

Note: Not all work duties may be listed; other duties may be assigned as deemed necessary.

_____                                  _____
(Detainees's Name and A #)                                                                                        Date

_____
(FSM / Designee Signature

# NORTHWEST DETENTION CENTER

## DETAINEE JOB DESCRIPTION

**JOB TITLE:** STOREROOM PULLER

**WORK AREA:** Kitchen

**NORMAL WORK HOURS:** AM Shift or PM Shift. Shift will be assigned by Food Service Manager

**PAY SCALE / GRADE:** $1.00 per day / Semi-skilled

**CAPSULE JOB DESCRIPTION:** To pull, stock, and rotate the stock in the storeroom and coolers.

**SPECIFIC WORK DUTIES:**
1. Work closely with supervisor to ensure that all food products are pulled for the upcoming meal.
2. Clean, sweep and mop the storeroom, keeping all food items neat, stored correctly, rotated and dated.
3. Keep the coolers clean and free of blockage.
4. Follow all safety instructions and posted operational rules.
5. Assist in the unloading of all pallets, products packing away all inventory.
6. Keep all food storage racks clean and free of dust and debris.
7. Follow all safety instructions and posted operational rules.
8. Anything that any Food Service Supervisor may ask you to do.

**SPECIAL REQUIREMENTS:** Medical Clearance and must be able to lift 50 lbs.

**TRAINING REQUIREMENTS:**
1.
2.
3.

**TERMINATION** – Typically requires an Incident Report
1. Failure to follow Safety Procedures
2. Failure to follow Supervisor's instructions
3. Unexcused absenteeism
4. Misconduct, horseplay, etc.
5. Theft
6. Unsatisfactory Work Performance

Note: Not all work duties may be listed; other duties may be assigned as deemed necessary.

_____    _____
(Detainees's Name and A #)                Date

_____
(FSM / Designee Signature)

# NORTHWEST DETENTION CENTER

## DETAINEE JOB DESCRIPTION

**JOB TITLE:** UTILITY

**WORK AREA:** Kitchen

**NORMAL WORK HOURS:** AM Shift or PM Shift. Shift will be assigned by Food Service Manager

**PAY SCALE / GRADE:** $1.00 per day / Semi-skilled

**CAPSULE JOB DESCRIPTION:** To assist in cleaning and sanitation of all areas in the kitchen.

**SPECIFIC WORK DUTIES:**
1. Clean and sanitize all carts when they are returned to the kitchen.
2. Clean and sanitize all dry storage racks and tray carts.
3. Clean and sanitize baking racks.
4. Keep kitchen floor swept and mopped at all times.
5. Keep floor drains clean.
6. Empty and wash out trash containers as needed.
7. Assist in trash runs to dispose of trash.
8. Wash and sanitize walls, walk-ins, freezer doors, tables, etc.
9. Follow all safety instructions and posted operational rules.
10. Anything that any Food Service Supervisor may ask you to do.

**SPECIAL REQUIREMENTS:** Medical Clearance and must be able to lift 40 lbs.

**TRAINING REQUIREMENTS:**
1.
2.
3.

**TERMINATION** – Typically requires an Incident Report
1. Failure to follow Safety Procedures
2. Failure to follow Supervisor's instructions
3. Unexcused absenteeism
4. Misconduct, horseplay, etc.
5. Theft
6. Unsatisfactory Work Performance

Note: Not all work duties may be listed; other duties may be assigned as deemed necessary.

_____                                              _____
(Detainees's Name and A #)                                                                    Date


_____
(FSM / Designee Signature