# WHITEHEAD DECLARATION

# EXHIBIT HH



**The GEO Group, Inc.**

Corporate Headquarters
One Park Place, Suite 700
621 Northwest 53rd Street
Boca Raton, Florida 33487

TEL 561 999 7304
FAX 561 999 7738
www.geogroup.com
gzoley@geogroup.com

May 30, 2018

Peter Edge
Acting Deputy Director
Immigration and Customs Enforcement
Office of the Director
500 12th Street, SW
Washington, DC 20536

JUN 0 1 2018

Dear Deputy Director Edge:

- On February 14, 2018, GEO submitted a Request for Equitable Adjustment in the amount of (b)(4) related to out-of-scope costs in defending ICE Policy providing (b)(4) per day payment to detainee workers. The ICE Policy is alleged to be in violation of state minimum wage laws in class action lawsuits filed by the Plaintiffs: State of Washington; former Aurora, Colorado detainees; former Tacoma, Washington detainees; and former Adelanto, California detainees.

- On April 18, 2018, GEO sent ICE updated individual Requests for Equitable Adjustments for Aurora, Colorado; Adelanto, California; and Tacoma, Washington ICE Facilities totaling (b)(4).

- As of May 24, 2018, the legal total expenses have increased to (b)(5).

- We are deeply alarmed at the rapidly increasing costs in defending these lawsuits without reimbursement from ICE, or assistance in their defense by the Department of Justice (DOJ).

- Continued defense of these lawsuits is likely to cost $15-20 million with an expense of tens of millions in the event of a final negative ruling by the courts.

- We have conducted an estimation of the costs necessary to achieve compliance with the Plaintiffs.



- We urgently implore DOJ to take over the defense of these lawsuits and reimburse GEO for its costs.



Chairman and CEO



2018-ICLI-00052   3404