# WHITEHEAD DECLARATION

# EXHIBIT II



**Corrections & Detention ®**

# Northwest Detention Center

# Detainee

# Handbook

REVIEWED/REVISED

_____
Warden

DATE: 4·5·16

_____
ICE Assistant Field Office Director

DATE: 4—7—16

Page 1 of 38

4.1.4 Detainee Handbook 3-25-16

GEO-Nwauzor 031121

GEO-Nwauzor 031121

**THIS PAGE IS INTENDED TO BE LEFT BLANK**

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031122

GEO-Nwauzor 031122

## TABLE OF CONTENTS

ACCEPTANCE OF DETAINEE PROPERTY (ONLY CLOTHING) ........................... 21

ACCESS TO TELEPHONE ................................. 12

ALLEGATIONS OF STAFF MISCONDUCT .... 26

APPEALS PROCESS ........................................ 25

ATTORNEY VISITS ......................................... 17

BARBERING SERVICES ................................. 11

BASIC DETAINEE RESPONSIBILITIES ........... 4

CLASSIFICATION ............................................. 7

COMMISSARY ................................................ 14

CONSULAR VISITATION FOR DETAINEES SUBJECT TO EXPEDITED REMOVAL ........ 18

CONSULAR VISITS ........................................ 18

CONSULATE AND COURT SERVICES ........... 18

CONTRABAND / UNAUTHORIZED PROPERTY ........................................................................ 18

CORRESPONDENCE / PACKAGES ................ 20

COVER YOUR COUGH .................................... 38

CUSTODY FILE .............................................. 27

DESTRUCTION OF CONTRABAND ............... 20

DETAINEE DISCIPLINARY PROCESS ........... 22

DETAINEE DRESS CODE ............................... 26

DETAINEE GRIEVANCE PROCEDURE ......... 25

DETAINEE PROTECTION ................................. 5

DRESS CODES FOR VISITORS ...................... 17

EVACUATION DRILLS .................................... 10

FINANCES ...................................................... 12

GROUP LEGAL RIGHTS PRESENTATIONS .. 18

IHSC DENTAL POLICY ................................... 35

IHSC STAYING HEALTHY .............................. 33

IMMIGRATION HEALTH SERVICES CORP .. 31

INAPPROPRIATE RELATIONSHIPS with STAFF and/or Detainees .................................... 5

INFORMATION REGARDING STRESS AND DETENTION ..................................................... 27

INITIAL ADMISSION ........................................ 6

INSPECTIONS OF PERSONS AND PROPERTY ........................................................................ 18

INTRODUCTION/ MISSION ............................... 4

LAUNDRY SERVICE / LINEN EXCHANGE .. 11

LAW LIBRARY ............................................... 15

LEGAL FILE ................................................... 27

LIBRARY ........................................................ 15

LIVING CONDITIONS ....................................... 9

LIVING WILLS AND ADVANCED DIRECTIVES ................................................. 11

MAILING ADDRESS and A-NUMBER .............. 4

MARRIAGE REQUESTS ................................. 26

MEALS ........................................................... 10

MEDICAL CARE .............................................. 10

MEDICAL ORIENTATION AND HEALTH INFORMATION .............................................. 31

NOTARY ......................................................... 21

OFFICIAL COUNTS ......................................... 10

PERSONAL HYGIENE ..................................... 11

PRO BONO LIST OF LEGAL ORGANIZATIONS ........................................................................ 18

PROPERTY and/or FUNDS RELEASE ............... 7

PURPOSE .......................................................... 4

RECREATION FACILITIES .............................. 26

RELIGIOUS SERVICES ................................... 14

RIGHTS AND RESPONSIBILITIES ................ 29

SEXUAL ASSAULTS ......................................... 5

SLEEPING AREA/SANITATION ...................... 11

SMART JAIL MAIL .......................................... 13

SMOKING POLIC ........................................... 10

SPECIAL CORRESPONDENCE ...................... 21

SPECIAL MANAGEMENT UNIT ....................... 9

STAFF – DETAINEE COMMUNICATIONS ...... 5

TYPEWRITERS AND COMPUTERS ............... 16

VIDEO CHAT SYSTEM ................................... 13

VISITING ........................................................ 16

VOLUNTARY WORK PROGRAM ................... 15

WASH YOUR HANDS ..................................... 37

GEO-Nwauzor 031123

GEO-Nwauzor 031123

## INTRODUCTION/ MISSION

The Northwest Detention Center (NWDC) in Tacoma, Washington, is privately operated by THE GEO GROUP INC. under contract with the United States Department of Homeland Security, Immigration Customs Enforcement (ICE). The mission of the NWDC is to provide conditions that are safe, secure and sanitary for detainees waiting processing for an administrative hearing or removal.

## PURPOSE

The purpose of this handbook is to explain to detainees the specific rules, regulations, policies and procedures that must be followed while at this facility. The handbook will also help to provide you with a general overview of the programs, rules and regulations and services of the facility. You will be held accountable for your actions while at this facility. Therefore, it is each detainee's responsibility to become familiar with the contents of this handbook. Interpretive services to assist in essential communications will be made available, by request through your housing unit officer, or when there is a clear need for such services." Monitor monthly until updates are made..

A copy of this handbook will be issued to each detainee at intake and available upon request. All detainees are required to acknowledge, by signature, receipt of this handbook.

## MAILING ADDRESS and A-NUMBER

Your address is:                    Your Full Name, Your "A" Number
                                    1623 East J Street, Suite 5
                                    Tacoma, WA 98421

It is imperative that you notify your family, friends, or anyone who might visit, provide you money or want to leave a telephone message, of your "Name and A-Number". GEO staff are not responsible for any form of miscommunication resulting from an incomplete detainee's name or an inaccurate A-number.

## BASIC DETAINEE RESPONSIBILITIES

It is the policy of the Northwest Detention Center (NWDC) and Immigration Customs Enforcement (ICE) to treat detainees with dignity and respect while maintaining a safe, humane, secure and sanitary detention facility. It is expected that staff will receive your full cooperation while your case is being processed. In the simplest terms, you are expected to:

1. Follow and obey rules, laws, policies and procedures.
2. Obey **all** orders given by staff members.
3. Wear your wristbands at all times.
4. Respect staff and other detainees at all times.
5. Respect facility property and the property of others.
6. Keep yourself, your clothing and living area clean at all times.
7. Obey **all** safety, security and sanitation rules, policies and procedures. **Walk;** do not run throughout the facility.
8. You are responsible to ensure your property, bunk, and or cell is clear of contraband at all times.
9. Loitering on the upper tier or leaning on the upper tier rail is prohibited.
10. Facility property may not be used for Arts and Crafts; only items purchased through commissary specifically for Arts and Crafts may be used.

If you observe and comply with the above guidelines, you should have no problem living at this facility while awaiting the outcome of your hearing.

When addressing staff, you should not refer to them by first name or by a nickname. Refer to uniformed staff by their rank and last name (i.e. Officer Jones, Capt. Smith). Refer to non-uniformed staff by title and last name (i.e. Nurse Brown, Dr. Ribas) or by Mr., Mrs., and Ms., followed by their last name. Staff members will address you in the same manner if they know your name. It is not reasonable to expect an officer to know the names of all detainees in the facility. However, the officer or staff member will address you in an appropriate manner.

GEO-Nwauzor 031124

GEO-Nwauzor 031124

**STAFF – DETAINEE COMMUNICATIONS**

During intake / orientation you will be told of your right to correspond / communicate with ICE regarding your case and/or conditions of confinement.  All correspondence with ICE staff will be handled as Special Communications (see page 21 of this Handbook).  You also have the right to send an electronic "Detainee Request Form" (kite) to any ICE, or GEO staff.  Please submit the kite on the Smart Jail Mail system.  ICE and GEO staff will <u>normally</u> respond to your kite in writing within 72 hours.  Additionally, ICE and GEO staff makes announced and unannounced visits to the housing units each week.  The ICE schedule for visiting the housing units is posted on every bulletin board along with the list of deportation staff and the cases they are assigned by detainee A-number. ICE visits weekly on Wednesday or Thursday from 09:00 A.M. – 4:00 P.M. and can be reached at 253-779-6000. Should you have any questions, please ask the housing unit officer. You may request procedural help from another detainee, unit officer or other facility staff and may choose to seal the request in an envelope clearly addressed with name, title and/or office to which the request is to be forwarded.

**INAPPROPRIATE RELATIONSHIPS with STAFF and/or Detainees**

Detainees should be aware of how to handle situations in which they perceive themselves to be the object of sexual advances or other inappropriate behavior by staff or detainees.  Any type of sexual advances by any staff or detainees directed toward any detainee is a strict violation of policy.  Similarly, it is a violation of the rules for detainees to direct advances towards officers or other staff.  Officers or staff may not solicit detainees in any way for any type of sexual favors.  The same applies for detainees.  This includes any conversations that might lead to sexual involvement.

Should any detainee find him /herself being pressured for either sexual favors or some other violation of a facility rule, the detainee should refuse to do the illegal act and either:

- File a formal grievance
- Request to see the Shift Supervisor or complete an paper Detainee Request Form marked "Emergency" to the
  1. Major
  2. Captain
  3. Associate Warden
  4. Warden, or
  5. ICE Assistant Field Office Director (AFOD)
- Contact any staff member you feel comfortable with to let that person know and request help
- Write a family member and urge them to call the Warden and/or ICE AFOD.

**DETAINEE PROTECTION**

The Warden and staff of the NWDC strive to maintain the safety and security of all detainees.  However, in some situations, measures must be taken to achieve a greater degree of protection for certain detainees.

If another detainee is pressuring you for money, property, or sexual favors, the detainee should immediately contact a Detention Officer, Shift Supervisor, Major, Captain, Associate Warden, Warden, ICE AFOD, or any staff member with whom you feel comfortable.  It is imperative that one of these individuals be contacted immediately so that they can help by moving the detainee from a potentially serious situation.

**SEXUAL ASSAULTS**

The NWDC maintains a zero-tolerance policy for all forms of sexual abuse or assault.  It is the policy of the NWDC to provide a safe and secure environment for all detainees, employees, contractors, and volunteers, free from the threat of sexual abuse or assault, by maintaining a Sexual Abuse and Assault Prevention and Intervention Program that ensures effective procedures for preventing, detecting, reporting, responding to, investigating, and tracking incidents or allegations of sexual abuse or assault.

**Sexual assault or abuse of detainees by other detainees or by employees, contractors, or volunteers is prohibited and subject to administrative, disciplinary, and criminal sanctions.**

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031125

GEO-Nwauzor 031125

A. Victims

If you are the victim of a sexual assault, it is imperative that you immediately contact a Detention Officer, Shift Supervisor, Major, Captain, Associate Warden, Warden, ICE AFOD, or any staff member with whom you feel comfortable. Do not bathe, shower, change your clothes, or brush your teeth. It is important that evidence be collected to assist in your attacker's prosecution. Physical evidence is important because law enforcement relies heavily on the information.

The person you contact will immediately take you to a safe place. You will be examined by qualified medical personnel and will receive treatment for any injuries while evidence is gathered. At your request, a representative for you will be present during the examination to counsel you and provide any other support you may need (Psychologist, etc.).

A variety of steps may be taken, based on your individual circumstances, to ensure your safety to include relocating you to safe housing. Additional counseling and medical assistance is available to you on a continual basis.

B. Perpetrator

If you are the perpetrator of a sexual assault, the following are the risks involved:

- The possibility of infection by HIV virus that causes AIDS

- The possibility of contracting other sexually transmitted diseases
- You may be subject to criminal prosecution. The more prior convictions you have, the higher the possible sentence.
- You risk confinement in Administrative or Disciplinary Segregation, a single person cell due to your being a threat to other detainees and the orderly operation of the facility.

Stay clear of assaultive, extortion and/or gang activity.

A representative will be available, upon a detainee's request, to be present during a forensic medical examination of a detainee alleged to have sustained injuries as the victim of a sexual assault. A forensic medical examination is conducted after an alleged sexual assault for the purposes of collecting and preserving evidence related to the investigation or prosecution of the alleged assault. The representative may only provide the injured person with counseling and other supportive services.

## INITIAL ADMISSION

A. Upon arrival, the processing officer will retain for safekeeping your clothes, personal property, valuables and funds. Itemized receipts will be issued to you for all clothing, personal property, valuables and funds. It is important that you keep these receipts to aid in claiming your property when you are released.

Identity documents such as passports, birth certificates, government issued ID card, etc., will be inventoried and given to a deportation officer for placement in your A-file. You will receive, certified by an ICE Official, a copy of these documents upon request.

B. While at this facility, you are permitted to have in your possession:

1. Approved commissary items (Must fit into allowed space)
2. Facility issued shoes and clothing.
3. Facility issued bedding and towel.
4. Facility issued plastic container and combination pad lock
5. Legal materials pertinent to your current case.
6. Mail and authorized correspondence.
7. Religious books or other authorized reading material - softbound (3).
8. Facility library book (1).
9. Personal photos (10, without hard backing, no larger than 5x7. No Polaroid pictures).
10. Health care items issued by or authorized by facility medical staff.

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031126

GEO-Nwauzor 031126

11. Eyeglasses, hearing aids, dentures, contact lenses or other authorized prostheses.
12. Plain wedding bands and watches (not to exceed $50.00 in value).

Personal items must be stored in the locked plastic container or on the shelf under your bunk. If assigned to a cell, items may also be stored neatly on the desk and shelf. No item is to be attached or placed on the bunks, walls, or windows. The lock/cable that are attached to the plastic container is not be tampered with. Doing so, may result in disciplinary action. Detainees are responsible for the loss of personal items not safeguarded or stored by the NWDC or ICE.

C.   Your initial issue of clothing and linens shall be:

| | |
|---|---|
| 1.   Two (2) detainee uniforms. | 8.   One (1) pair of shoes. |
| 2.   Four (4) pairs of socks. | 9.   One (1) mattress. |
| 3.   Four (4) pairs of underwear. | 10. One (1) pillow. |
| 4.   Four (4) T-Shirts | 11. Two (2) blankets. |
| 5.   One (1) Sweat Shirt | 12. One (1) pillowcase. |
| 6.   One (1) Sweat Pant | 13. Two (2) sheets. |
| 7.   One (1) pair of shower sandals. | 14. One (1) Towel |

**At no time should you have in your possession more than the above quantity of facility issued items.**

D.   Your initial issue of personal hygiene items shall be:

| | |
|---|---|
| 1.   One (1) comb. | 2.   One (1) tube of toothpaste. |
| 3.   One (1) toothbrush. | 4.   One (1) deodorant |

Females will be issued additional hygiene items as required. All above hygiene items are exchanged on a one for one basis as needed.

E.   Your housing unit officer will provide writing paper, pencils or pens and envelopes for your personal use. Envelopes are not to be used for internal correspondence, or artwork.

F.   Should you require immediate medical attention, it will be provided as needed. Ordinarily, you will receive a medical examination within 14 days of your arrival by a member of the ICE Health Service Corps. Acceptance of the physical examination will not alter your case status and/or affect your length of detention.

## PROPERTY and/or FUNDS RELEASE

You may release your property, including your keys and/or money to someone in the community or to pay for legal services that you designate in writing. To release your property or money, a "Detainee Request to Release Property – Funds" form must be filled out and signed by you, and verified by your Housing Unit Officer. The Property – Funds Release Form may be obtained from your Housing Unit Officer.

**The person receiving your property and/or funds must provide staff with the following information**: *If the person does not have the following information, your property –funds will not be released to them*. **It is your responsibility to advise the party picking up your property and/or funds that this information is required.**
- Name
- Address
- Date of Birth
- Official Picture ID or verifiable identification

## CLASSIFICATION

All detainees are classified upon arrival, before being admitted into the general population. Criminal history information provided by the committing officer will be used in the classification process. Your classification category will affect your

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031127

GEO-Nwauzor 031127

housing assignment and ability to participate in facility programs. You have the right to appeal any classification decision and request a classification review should you disagree with the designation.

A detainee's classification will be periodically reassessed.  The first reassessment will be completed within 60 to 90 days. Subsequent reassessments will be completed every 90 to 120 days thereafter, and before any release from administrative or disciplinary segregation.  A detainee must be in general population for a minimum of 60 days (after release from SMU) before reclassification will be considered.  Any disciplinary code conviction may affect your classification level.

Requests should be submitted on the Detainee Acknowledgement of (Classification) Decision / Appeal form or electronic Detainee Request Form (kite) addressed to the Classification Officer.  He/she will review the request and make a recommendation to the Associate Warden for a decision.  The Associate Warden's decision may be appealed to the Warden via the same process.  The Warden's decision will be final.

Requests for housing changes should be addressed with your Pod Officer or the Shift Supervisor.

The Classification Levels and restrictions are as follows:

<u>Level 1 (Low)- Blue Uniforms and Wrist Bands:</u>

- May not be housed with Level 3 or Level 2 Medium-High.
- May not include any detainee with a felony conviction that included an act of physical violence.
- May not include any detainee with an aggravated felony conviction.
- May include detainees with minor criminal records and nonviolent felonies.

<u>Level 2 (Medium-Low)- Green Uniforms and Wrist Bands:</u>
- Medium-low custody detainees are those with no history of violent or assaultive charges or convictions, no institutional misconduct, and no gang affiliation.
- May not include detainees whose most recent conviction was for any offense under the "Highest" section of the severity scale.
- May not include any detainee with a pattern or history of violent assaults, whether convicted or not.  It is considered as established for purposes of this guideline when an arrest record reveals two or more arrests in a five-year period for assault where force was used against another person with the intent to commit bodily injury.
- May not include any detainee convicted of assault on a correctional officer while in custody or where a previous institution record suggests a pattern of assaults while in custody.
  **NOTE: Women are assigned YELLOW Uniforms.  Their wrist bands will be green, dependent on Classification Level.**
- May not be housed with Level 3.

<u>Level 2 (Medium-High) - Orange Uniforms and Wrist Bands:</u>
- May include detainees whose most recent conviction was for any offense under the "Highest" section of the severity scale.
- May include any detainee with a pattern or history of violent assaults, whether convicted or not.  It is considered as established for purposes of this guideline when an arrest record reveals two or more arrests in a five-year period for assault where force was used against another person with the intent to commit bodily injury.
- May include any detainee convicted of assault on a correctional officer while in custody or where a previous institution record suggests a pattern of assaults while in custody.
  **NOTE: Women are assigned YELLOW Uniforms.  Their wrist bands will be Orange, dependent on Classification Level.**
- May not be housed with Level 1.

<u>Level 3 – (High) Red Uniforms and Wrist Bands:</u>

- May include those detainees reclassified from levels one and two due to institutional incidents or changes in classification information.

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031128

GEO-Nwauzor 031128

- May be reclassified to level two only based on institutional behavior (no sooner than 60 days).
- **Level 3 detainees are considered a high-risk category, requiring medium to maximum-security housing. Level 3 detainees are always monitored and escorted.**

The detainee's classification level may determine the type of work assignment for which he/she is eligible.

General work does not require specific skills. A sample of work assignments and corresponding classification levels follow:

| Work Assignment | Level |
|---|---|
| 1. Kitchen worker (either shift) | 1-2 |
| 2. Recreation/Library/Barber | 1-2 |
| 3. Laundry | 1-2 |
| 4. Living area clean-up / janitorial | 1-3 |
| 5. Evening workers (facility janitorial) | 1-2 |

**NOTE:**
1) Detainees who are released from Disciplinary Segregation will not ordinarily be considered for a work assignment until they have shown a positive period of adjustment.

## LIVING CONDITIONS

The NWDC has cells and dormitories. Cells are for the two or four assigned persons, only. Visiting in cells **not assigned to you** is prohibited. Detainees are required to keep their assigned living areas clean at all times. Your bed must be made by 8:00a.m. If you choose to nap after that you may lie on the bed and cover yourself with a second blanket. The exception to this is night workers.

It is in your own best interest to maintain a clean living area and avoid the problems associated with unsanitary living conditions. Special care should be taken in housing unit restrooms to maintain cleanliness and sanitary conditions for everyone's benefit.

Empty soda bottles and empty protein containers may not be reused and must be recycled.
Using water bags or book bags for weightlifting are prohibited
Do not flush trash, gloves, sporks etc down the toilet; please use the trashcans provided for all trash.

Lock up is at 11:30 pm (2330 hours). That means lights out, no TV or radios, in your bunks, etc. There will be no socializing or game playing.

## SPECIAL MANAGEMENT UNIT

**Administrative Detention** is intended for detainees with special housing requirements such as:
1. Pending investigation or hearing regarding prohibited act(s).
2. Pending transfer or release within 24hrs or in some cases up to seven days.
3. Security risk.
4. Protective custody.

**Disciplinary Segregation** is a special housing unit for detainees who are:
1. A serious disruption to facility operations.
2. In need of additional physical confines.
3. Under sanction of the Institutional Disciplinary Committee.

Detainees placed into Administrative Detention will be afforded the same general rights and opportunities as those in general housing with consideration given to the reason for their housing assignment.

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031129

GEO-Nwauzor 031129

Detainees placed into Disciplinary Segregation will be provided access to showers, recreation, visitation and other services as deemed appropriate by facility administration based on the nature of the rule violation, but access shall never be limited beyond that which is guaranteed by ICE Standards or Standards of the American Correctional Association. Showers shall be provided at least three times per week. Recreation shall be offered for at least one hour, 5 days per week, but may be limited based on abuse of recreational equipment/facilities. Visitation shall not be denied unless the rule violation involved visitation.  Commissary privileges will not be provided for disciplinary segregation.

Medical staff will visit each detainee in the SMU on a daily basis.  Sick call issues may be addressed at that time.

## EVACUATION DRILLS

Per local, state and federal laws, we are required to perform evacuation drills. At this facility we perform no less than one drill each month. These drills are not designed to inconvenience you, but rather to ensure that you know where the exits are located in case of an actual emergency such as a fire, gas leak or natural disaster. In your housing unit is a diagram showing you the location of all fire exits and which exits to use. Study this diagram carefully; your life may depend on it.

## OFFICIAL COUNTS

In order to maintain proper accountability of detainees at this facility, official counts are conducted at the following times:
1:00 a.m.    4:30 a.m.   11:30 a.m.        4:30 p.m.        10:00 p.m. (Photo / Verbal / Face to Photo Count)

During official counts no movement or talking is permitted. Disruptions may result in disciplinary action.

## MEALS

All meals are nutritionally balanced, dietician approved and properly prepared and served. The use of food, i.e., the withholding of, or variation from, the standard menu, as a disciplinary measure or reward is prohibited. Food Service upon request and authorization provides special diets as required for medical/dental reasons or adherence to religious dietary law. The NWDC does not serve any pork.
If you have religious dietary needs, you need to submit an electronic "Detainee Request Form" (kite) to the NWDC chaplain and state what your dietary need is.  Bear in mind that the standard fare meals contain **no pork** and therefore meets many religious dietary requirements.  If you desire to be placed on a vegetarian diet for religious reasons, keep in mind that this does not mean you will receive additional portions of fruit, and does not include poultry or fish.  Halal meals will receive the standard vegetarian diet and a halal dinner on Mondays, Wednesdays and Fridays. Special diets for medical reasons must be addressed through the medical staff. If you are on a special diet for any reason (religious, cultural, medical) you may not receive food items from another detainee's tray.  Nor order items off of commissary that are in direct contradiction to the reasons for the special diet.  Doing so will cause you to have your special dietary status reviewed, and possibly have you removed from special diet status.

Note: If you are on a medical diet, your request for a religious diet cannot be approved.

You are required to properly dispose of leftover food and place your tray and utensil in the appropriate place at meals end. For health and sanitation concerns food items may not be retained in the living area.

Meals are served in the housing units at approximately 5:30 A.M., 12:30 P.M., and 5:30 P.M.

## SMOKING POLICY

Smoking and all tobacco products are strictly prohibited in all areas of this facility.
## MEDICAL CARE

This facility provides a fully staffed medical clinic operated by the ICE Health Service Corps (I.H.S.C.) within the Department of Homeland Security to address your health care needs while in detention. (See pages at the end for additional information.) Overall responsibility of Medical falls under the Health Services Administrator (HSA).

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031130

GEO-Nwauzor 031130

## LIVING WILLS AND ADVANCED DIRECTIVES

As a detainee at this facility you have the right to initiate a Living Will or an Advanced Directive.  These forms are available through IHSC staff in the medical clinic.  The guidelines and forms used are set forth by the State of Washington.  Your private attorney may assist you in the preparation of these documents.

## LAUNDRY SERVICE / LINEN EXCHANGE

 Before 6:30 am your laundry bag is to be placed in the large Laundry Cart. All laundry must be in your mesh laundry bag to be washed.  Make sure you tie or zip your bag securely. Your laundry bags will be returned to the unit in the afternoon. Please see the bulletin boards in your unit for the current Laundry Schedule.  Detainees are not permitted to wash clothing, bedding, linens, tennis shoes or other items in the housing units. Sheets and Towels will be exchanged / washed once each week.  Blankets are exchanged / washed once per quarter.
Detainee workers assigned to Food Service will receive clean white uniforms on a daily basis. At no time should you have more than the issued quantity of any clothing or linen item in your possession. Possessing extra items is a violation of facility rules and is cause for disciplinary action.

You are responsible for the clothing and linen issued to you.  Purposefully damaging any facility property will subject you to disciplinary action.  If your clothing or linen becomes worn-out, you may request replacement by filling out the Laundry Request Form after verification and approval by your unit officer.

## PERSONAL HYGIENE

You will be living in a housing unit with other individuals, so personal hygiene is essential. You are expected to bathe regularly and to keep your hair clean. Personal hygiene items, such as toothbrushes, toothpaste, combs, etc. will be issued to you upon arrival or provided in your housing unit. Personal hygiene exchange will be conducted daily by the Housing Unit Officer on a one for one exchange.  Disposable razors will be provided daily, in exchange for your personal I.D. card.  After each use, the razor is to be returned to the Pod Officer for disposal and your I.D. card will be returned to you. You may not be in possession of a razor unless the Pod Officer has your I.D. card.

Detainees attending court will be afforded the opportunity to shave before reporting to court.

## BARBERING SERVICES

Hair cutting services are provided to all detainees, by unit according to the Master Schedule.  If you want barbering services, sign up with the housing unit officer the evening before your unit's scheduled day. The hours are from the 7:30am movement until 11:00am.  If you missed your unit's scheduled day, for a reason beyond your control (Court, Medical Appt, Moved Units) you may submit a request an electronic "Detainee Request Form" (kite) to receive barbering services.

Detainee volunteers provide barbering services to fellow detainees in the Barber Shop.  If you want to volunteer to become a barber, you must complete an electronic "Detainee Request Form" (kite) and forward it to the Classification Officer.  All haircutting equipment is cleaned and sanitized after each use.

Detainees are prohibited from cutting hair in the housing units and are not to possess cut hair or clippings.

## SLEEPING AREA/SANITATION

You are required to keep your bed and immediate area clean and neat. The living units must be cleaned and beds are to be made every day by 8:00am.  If you choose to nap after that you may lie on the bed and cover yourself with a second blanket. The living units are to be kept clean throughout the day. The hanging of sheets, towels, blankets or clothing from bunks, etc. is prohibited. If hooks are provided, wet towels are to be hung from them.  Towels may be hung over the shelf opening.

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031131

GEO-Nwauzor 031131

Personal items including hygiene items are to be stored in the locked plastic container or on the shelf under your bunk. The bunk is not to be used as a shelf. These items will be confiscated when left in unauthorized areas. It will be your responsibility to identify and reclaim the items through the housing unit officer.

## FINANCES

The booking staff upon admittance will collect all money, checks, money orders, valuables or other financial instruments. All US currency regardless of how it is received will be placed into your Detainee Account. Only **US Postal, Canadian Postal (payable in U.S. currency only) and Western Union** money orders and checks from Federal, State, City or County agencies or other correctional facilities will be cashed and placed in your account. We will <u>not</u> cash personal checks, payroll checks or any other money orders.

Family, friends, relations, etc. may deposit funds into your Detainee Account either on-line at *inmatedeposits.com* or by calling toll free (866-345-1884). In order to complete the deposit, they must have
- Your complete name and A-number, and
- The Name and Location of the Facility - Northwest Detention Center, Tacoma, Washington

Upon your release you will receive cash for the amount remaining in your account, in addition to all of your stored personal property, foreign currency, and valuables. If anything is missing or broken, staff will assist you in filling out a Claim for Lost or Damaged Property form. Following an investigation, if it is determined that NWDC employees are at fault, a reimbursement check will be mailed to your forwarding address.

Possession of cash, checks or any other financial instrument inside the facility is a violation of facility rules and will subject you to disciplinary action. There are no fees, charges, or co-payments for services or programs.

To check the balance of your account, you can use the commissary Kiosk. To receive a paper copy, sign up on the account ledger form provided by your pod officer.

## ACCESS TO TELEPHONE (Telephone Calls Are Subject to Monitoring)

Talton provides the phone service at NWDC. Talton operates under contract with ICE.

Telephones are provided in each housing unit and the booking area for your use. Telephones are turned on following the completion of sanitation duties each morning and will remain on until lights out (11:30 p.m.) with the exception of formal count times. Telephone calls are made at your expense using a telephone debit card (see below), making a direct call, or as a collect call. The cost for using the detainee telephone system is posted in each of the housing units. When telephone demand is high, you are expected to limit your calls to allow others the opportunity to place calls. If you are unable to place calls from the telephone in your housing unit or you need to place an emergency call, such as an illness or death in the family, you may complete a detainee request form to access an office telephone. All calls to consular officials or free legal services are provided at no cost to you on the unit phones. If you are having a problem making a confidential call relating to a legal proceeding, notify your unit officer.

Detainees at the NWDC are permitted to make free / pro bono telephone calls to local immigration courts and the Board of Immigration Appeals, federal and state courts if in proceedings there, consular officials, legal service providers to obtain legal representation or for consultation when subject to expedited removal, or legal service providers or organizations listed on the ICE/DRO free legal service provider list, or United Nations High Commissioner for Refugees (UNHCR) at 1-888-272-1913 (for asylum-seekers and stateless individuals), or government offices to obtain documents relevant to his/her immigration case, and in the case of a personal or family emergency. **If unable to make those calls, please contact your Deportation Officer.**

To purchase **calling time**, detainees can order telephone calling cards through the Kiosk located in each housing unit. Visitors may purchase prepaid phone time by either depositing funds (cash or credit card) in the kiosk located near the front entrance or by accessing www.Talton.net from any Internet connection (credit card). Family and friends can dial 866-348-6231 for customer service to set up a pre-paid phone account.

GEO/NWDC does not refund prepaid phone time upon book out. Please follow the directions on the back of your prepaid calling card to receive a refund from Talton.

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031132

GEO-Nwauzor 031132

Detainees can receive voice mail messages from family and friends.  Please dial 888-516-0115 to retrieve your voice mail message the next time you access the phone system (a small fee will apply).

## VIDEO CHAT SYSTEM

How to use the Video Chat System

Use your Phone PIN to log into the video chat machine.

If you have questions, dial 211# on the phone and leave a message.

*Your friends and family must create a free account to video chat with you.
   To create an account:
   1.   Go to Talton.com
   2.   Click the blue "Video Visit" button
   3.   Pick "Northwest Detention Center"
   4.   Click "Schedule Visitation"
   5.   Click "Create an Account"

*Your friends and family need:
   1.   A Computer
   2.   A webcam and a microphone (most laptops have these built in)
   3.   An Internet browser. IE 7, 8 or 9, Firefox 7,8 or 9, Safari 4 or 5
   4.   Adobe Flash 10 or 11
   5.   High-speed internet connection (DSL or Cable) Dial-up and satellite and NOT SUPPORTED

Staff will also take emergency telephone messages from outside callers and deliver them to the housing units.

There is at least one Telecommunications Device for the Deaf/Telephone Typewriter (TDD/TTY) for detainees with hearing and/or speech disabilities, and for detainees wishing to communicate with parties that have such disabilities. Access to TDD/TTY equipment requires the detainee to submit a request to the Shift Supervisor.

Telephones are made available as necessary with adjustable volume for detainees with hearing impairments.

## SMART JAIL MAIL

**The Smart Jail Mail system is the system you will use to send Electronic "Detainee Request Form" (Kite) and Grievances to GEO, ICE and Medical staff.  Please see page 5 – Staff-Detainee Communication and Page 25 Detainee Grievance Procedure.**

❖   SmartJailMail.com is designed to allow detainees to communicate with their friends and family through electronic messaging (e-mail).

❖   You can now use electronic mail to send and receive letters instantly with your friends and family through the SmartJailMail.com website. The cost is only 50 cents per message, approximately the same price as regular postage and an envelope.

❖   Every Detainee will have their own SmartJailMail.com account. Go to one of the computer kiosks and click the **"Get Started"** button to activate your account and set your own password. Do not share your password with anyone.

❖   Ask your family and friends to go to www.SmartJailMail.com to create their own SmartJailMail.com account. If you already know a friend or family member's email address or US-based telephone number you can enter it in to the kiosk and SmartJailMail.com will send them an invitation to start communicating with you. Friends and family

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031133

GEO-Nwauzor 031133

members can also log into the website and look you up by name or ID under the "Find an Inmate / Detainee" search in the Northwest Detention Center.

❖ SmartJailMail.com message credits can be purchased on the website by friends and family and can also be transferred to detainees by friends and family members.

❖ Each Saturday every detainee will receive two free message credits. These can be used to open a COD message or to send a message to your contacts. These free credits must be used on Saturday. Any unused free credits will be revoked at midnight on Saturday. Your paid credit is never revoked. This is an ongoing program, so the free credits will be applied every Saturday morning.

❖ Messages can also be sent "C.O.D" and will be free to send but will cost the recipient one message credit to open the message.

❖ Get logged in, ask your friends and family to look you up at**SmartJailMail.com** and start sending messages today. It's that easy!

❖ NOTE: The kiosk is locked out at night which is when the "system unavailable" message comes up. The kiosk is available for use again in the morning.  If the kiosk screen is not on, press any key or move the trackball to wake it up.

SmartJailMail is subject to monitoring by personnel. There is no expectation of privacy.  No 3rd party correspondence is allowed. Any misuse of the SmartJailMail system may cause you to be disabled from the program, and you may also be subject to disciplinary action.

## RELIGIOUS SERVICES

All detainees shall have access to religious resources, services, instruction and counseling on a voluntary basis. Detainees shall be afforded the greatest freedom and opportunity to pursue legitimate religious beliefs or practices within the constraints of safety and security requirements.  Services are provided through community volunteers at least once per week.  Schedules for religious services are posted at each housing unit. If you desire religious services or privileges not provided, you must complete a detainee request form. The Chaplain will consult with appropriate members of the religious community in assessing your request.

The church services are conducted by religious volunteers.  The religious volunteers are not allowed to receive anything from you, nor are they allowed to give anything to a detainee.  Should they be observed giving or receiving anything to / from a detainee, their services will be terminated.

Volunteers are not allowed to visit detainees.

It is not possible to schedule special events, such as concerts, and or revival meetings etc. at the NWDC.

Religious Services Schedule will be posted in the housing unit.

## COMMISSARY

This facility provides a commissary service that allows you to purchase food items, hygiene products, telephone time, postage and writing supplies to supplement what is issued to you. A Kiosk is available to input commissary orders with issued security passwords. Upon arrival, change your password for your use only. A commissary order form can be obtained from housing units not providing a Kiosk. The form must be properly filled out with the detainee's A-number printed in the appropriate box plus the individual numbers entered into the bubble. The form is to be dated, include the detainee's printed name, signature, housing unit information and placed in the commissary box located in your housing unit.  All Commissary **Orders must be completed no later than 5:45 a.m. on Monday and Thursday.  Failure to provide complete and correct information on an order may result in that order form being rejected.**   Commissary orders will be processed and delivered the next day, Tuesday and Friday.  There is a $50.00 limit on all orders, not to include tennis shoes, radios, stamps or pre-paid calling time (as noted above).

GEO-Nwauzor 031134

GEO-Nwauzor 031134

Tennis shoes can be purchased either directly by you or by your friends / family.  Order forms are available in the living units or your friends / family may request an Order form from the front desk officer.

Commissary bags are NOT to be opened prior to verifying the bags content.  An opened bag indicates that a detainee has inventoried and accepted his/her order.  If a detainee is not present either working or on an appointment the bag will be left with the housing unit officer.  Once the bag is removed from the desk it is considered received in full.

## VOLUNTARY WORK PROGRAM

Every effort will be made to provide you an opportunity to participate in the voluntary work program. Wages are $1.00 per day.  Ordinarily you will not be permitted to work more than eight hours per day or 40 hours per week. Wages earned are calculated and credited to your account, daily.

**Note:** A detainee must submit an electronic "Detainee Request Form" (kite) to the Classification Office to make a claim for non-payment within 14 days of the date in question.  Detainees may also request a copy of their personal account once each week.  This request is to be submitted in an electronic "Detainee Request Form" (kite) to the Business Office or by signing up on the finance signup sheet with your housing unit officer.

You will be provided any necessary training to perform the job to which you are assigned and will be required to sign a voluntary work program statement. You must complete a detainee request form indicating that you wish to participate in the voluntary work program and are encouraged to list any special skills or experience that you may have on the form. The form is routed to the Classification Officer.  Prior experience and/or specialized skills are not a requirement for participation in the voluntary work program. However, medical staff must first physically clear detainees requesting to work in Food Services before that assignment can be made. Detainees who choose to participate in the voluntary work program are required to work according to an assigned work schedule. Unexcused or frequent absences or unsatisfactory work performance may result in your removal from the voluntary work program.

## LIBRARY

Each housing unit contains a library where a wide variety of materials are maintained.  The cultural diversity of the detainee population has been carefully considered in acquiring printed materials. A wide variety of subject matter and language is represented in the collection. You may have one library book at a time and are asked to return it in a timely manner so that others may enjoy it.  Books are periodically rotated throughout the housing units so all detainees have access to all of the reading materials.

## LAW LIBRARY

A law library is available for use in preparing your case. A large number of documents are provided and regularly updated in order to provide you with current reference materials. A computer, typewriter, paper and writing supplies are provided. The reference materials and equipment in the law library are provided at great expense. Reference material not located in the Law Library may be requested by an electronic "Detainee Request Form" (kite).  Damaging or removing materials or equipment will result in disciplinary sanctions that may include financial restitution.  Missing and/or damaged material should be reported to the Law Library Officer and accompanied by an electronic "Detainee Request Form" (kite) explaining what is missing and/or damaged.

To use the law library, detainees are to meet with their Housing Unit Officer each day, Monday through Friday, before 10:30 am, and fill out the "Law Library Sign-Up Sheet".  You should:
- sign-up as the "Requestor";
- write down your "A-number";
- indicate whether you require "General Assistance" (a simple "Y" – yes or "N" –no); or,
- if "Specific Assistance" is needed, from <u>whom</u> (Name of the other detainee and A-number) to include what "Pod" that detainee lives in.

**Note:** Paper Kites will be the accepted method for detainees assigned to SMU or the infirmary.

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031135

GEO-Nwauzor 031135

These forms will be picked up at 10:30 am Monday through Friday.  The Law Library Officer will create a schedule for the following business day, and that schedule will be given to your Housing Unit Officer.  He /she will make sure you are informed of your appointment.

Detainees will be scheduled in one hour increments, Monday through Friday (except holidays), from 06:00 am until 4:00 pm, up to a minimum of 5 hours per week.  Requests for additional time and days may be requested, and arrangements may be made as time and resources permit.  Special priority will be granted for additional library time when a detainee has provided the ICE DRO with a court deadline.

Detainees may request that copies be made of their legal material during any open movement or by signing up on the Law Library Sign Up Sheet.  Segregated detainees may request copies by submitting a paper Kite that includes the number of copies.

Detainees who are indigent and/or require a large manila envelope to mail their legal material must bring these documents to the Law Library during open movement.
As an alternative to a paper-based publication, the NWDC uses the Lexis/Nexis publication on CD ROM in the Law Library.  Lexis/Nexis is the program used to review previous immigration cases and for researching immigration law. The following are the directions for using the Lexis/Nexis program.  This information is also posted in the Law Library.
- Double click on the Lexis/Nexis icon, if the icon is not available, you may access the program via the Start Menu, then select "Programs", and double click on Lexis/Nexis.
- Click on the "Proceed" option, and a menu will be provided with the options "Immigration Cases Disk One" or "Disk Two", click on either option, and then click on the open button on the right side of the screen.
- You will see options ranging from "Supreme Court of the United States" to United State Court of Appeals".

## TYPEWRITERS AND COMPUTERS

A typewriter and a word processing computer are provided in the law library for preparation of legal documents **ONLY**. This equipment is not to be used for personal correspondence. If you need to use the computer you must sign up on the Law Library Sign-up Sheet provided to you in your living unit the day before the intended use.  The Law Library supervisor will issue you a thumb drive so that you can save your work.  This thumb drive will remain the property of GEO upon your release or transfer.  No supervisor or staff member will read your documents beyond verifying that they are in reference to legal matters.

## VISITING

Facility visiting hours are as follows:

| Days | Date | AM Hours | Level | PM Hours | Level |
|------|------|----------|-------|----------|-------|
| Check In | | 7:50am - 10:15am | | 12:30pm - 2:45pm | |
| Sunday | Odd | 8:00am - 11:00am | 3 | 1:00pm - 3:30pm | 1,2 |
| | Even | 8:00am - 11:00am | 1,2 | 1:00pm - 3:30pm | 3 |
| Monday | Odd | 8:00am - 11:00am | 3 | 1:00pm – 3:30pm | 1,2 |
| | Even | 8:00am - 11:00am | 1,2 | 1:00pm - 3:30pm | 3 |
| Tuesday | | Closed | | Closed | |
| Wednesday | | Closed | | Closed | |
| Thursday | Odd | 8:00am - 11:00am | 3 | 1:00pm – 3:30pm | 1,2 |
| | Even | 8:00am - 11:00am | 1,2 | 1:00pm - 3:30pm | 3 |
| Friday | Odd | 8:00am - 11:00am | 3 | 1:00pm – 3:30pm | 1,2 |
| | Even | 8:00am - 11:00am | 1,2 | 1:00pm - 3:30pm | 3 |
| Saturday | Odd | 8:00am - 11:00am | 3 | 1:00pm – 3:30pm | 1,2 |
| | Even | 8:00am - 11:00am | 1,2 | 1:00pm - 3:30pm | 3 |
| Holidays | Odd | 8:00am - 11:00am | 3 | 1:00pm – 3:30pm | 1,2 |
| | Even | 8:00am - 11:00am | 1,2 | 1:00pm - 3:30pm | 3 |

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031136

GEO-Nwauzor 031136

**Sign In Times**                7:50am - 2:45pm.

Visitors must be checked-in no later than 10:15 or 2:45, respectfully, to allow for enough time to process a visit.  Visitors arriving after 2:45 will have to return another day to visit.

Every effort will be made to allow you to receive visitors. Sessions will be no less than one hour under normal conditions. In unforeseen circumstances, such as the number of visitors exceeding visiting room capacity, facility may modify visiting periods. More time may be authorized by the Shift Supervisor for family members traveling significant distances.  A maximum of two adults and two children may visit at any one time.  This regulation will be interpreted flexibly and subject to exceptions.  Members of clergy who present proper identification will be admitted to visitation upon request. Visitors will be limited to one session per day.

Any disruptive behavior by either party will result in the termination of the visit and may cause future visits to be denied. If your visitor(s) bring children (17 years of age or younger) they are expected to maintain direct supervision of those children and prevent disruption to other visitors. Visitors must be in appropriate and socially accepted attire. A dress code for visitors is posted at the visiting area. Visitors are not permitted to carry personal items into the visiting area. Lockers are provided to secure these items.  Transportation options available to visitors include taxi or Pierce Transit buses # 60 and # 65.

## DRESS CODES FOR VISITORS

The facility maintains a dress code for visitors.   The dress code shall be posted and freely available to the public. The minimum dress code follows.

Female Visitors Age 12 and Older
    a.    Shorts shall cover customarily covered areas of the anatomy, including the buttocks and crotch area, both when standing and sitting.  Shorts no higher than mid-thigh comply.  Short-shorts, jogging shorts, cut-offs, and other obviously inappropriate short garments are prohibited.
    b.    Skirts and dresses shall extend to mid-thigh, seated.
    c.    Slits in skirts and dresses shall rise no higher than mid-thigh, seated.
    d.    Sheer (see-through) clothing is prohibited.
    e.    The top of clothing shall not be lower than the armpit in the front or back. Bare midriffs, tank tops, strapless tops, tube tops, and swimsuits are prohibited.
    f.    Shoes shall be worn at all times.
    g.    Gang "colors" and other gang displays are prohibited.
    h.    No clothing with offensive pictures or writing.

Male Visitors Age 12 and Older
    a.    Shorts shall cover customarily covered areas of the anatomy, including the buttocks and crotch area, both when standing and sitting.  Shorts no higher than mid-thigh comply.  Short-shorts, jogging shorts, cut-offs, and other obviously inappropriate short garments are prohibited.
    b.    Shirts shall be worn at all times.  Muscle shirts, bare midriff shirts and sleeveless shirts are prohibited.
    c.    Shoes shall be worn at all times
        d.    Gang "colors" and other gang displays are prohibited

▪    No coats, jackets, vests or sweaters with pockets are allowed into the visitation rooms.

## ATTORNEY VISITS

Attorneys and/or paralegals may visit detainees seven (7) days a week from 8:00 a.m. until 22:00 p.m.  If necessary, you will be given the option to meet with your attorney during scheduled meal times and you will be provided with a sack meal.  A list of free legal services is posted at each housing unit, and is updated quarterly. If you wish to see a representative from this list, it is your responsibility to contact them for an appointment.

If you have made an appointment to meet with an attorney, legal representative or paralegal from an organization, legal firm, or other association or company, it is your responsibility to cancel the appointment if you do not intend to keep the

GEO-Nwauzor 031137

GEO-Nwauzor 031137

appointment.  Appointment cancellations will not be accomplished on your behalf by, or through an officer or another detainee.

## CONSULAR VISITS

You have a right to contact your consular representatives and receive visits from your consulate officer.  These visits may take place during normal attorney visiting hours or with special permission from the Warden.  These visits may be private.

## CONSULAR VISITATION FOR DETAINEES SUBJECT TO EXPEDITED REMOVAL

If you are subject to expedited removal and have been referred to any asylum officer, you are entitled to consult with anyone you choose before the interview while the officer's decision is under review.  This includes family, friends, legal representatives, members of nongovernmental organizations (NGOs), etc.  These consultations are to be private, just like meetings with attorneys.  You may also have these persons with you during the asylum officer's interview and during an immigration judge's review of a negative credible fear determination if the judge allows it.

## CONSULATE AND COURT SERVICES

You are encouraged to request assistance from your consulate.  They can help you with your case.  If you have trouble contacting your consulate, you may request assistance by completing an electronic "Detainee Request Form" (kite) and addressing it to ICE.  You also have access to the immigration court information number: 1-800-898-7180.  Once you are in ICE custody, your consulate will be notified if you are a citizen of a mandatory notification country in accordance with Department of State Publication #10969.

## PRO BONO LIST OF LEGAL ORGANIZATIONS

The current list of pro bono legal organizations and individuals is posted in each housing area.  They are:
- Northwest Immigration Rights Project, telephone: Speed Dial: 5669 or 1 - (206) 587-4009, 1-(877) 814-6444
- Volunteer Advocates for Immigration Justice, telephone: 1 - (206) 359-6202

## GROUP LEGAL RIGHTS PRESENTATIONS

Group legal rights presentations are provided. Detainee names are placed on a list by NWIRP based upon Court dockets, detainee requests, or calls from detainee families, etc.  Presentations are open to all detainees, regardless of the presenters intended audience, unless attendance by a particular detainee would pose a security risk.

Detainees in segregation will be allowed to attend if security is not compromised. If a detainee in segregation cannot attend for this reason, and both he/she and the presenter so request, alternative arrangements shall be made.  If it becomes necessary, presentations may be made to individuals in segregation, if the presenter agrees and security can be maintained.

## INSPECTIONS OF PERSONS AND PROPERTY

You are subject to search upon admittance into the facility and when there is reasonable cause to believe that you may have contraband concealed on your person. Additionally, searches are routine requirements when entering housing units or when leaving the visiting area. Routine, unscheduled searches of the facility, detainee's property and persons will be conducted as deemed necessary. There are occasions when random searches will be conducted when entering or leaving an area.

All searches are conducted as a means of preventing contraband and ensuring that safe and sanitary conditions are maintained in the facility. Searches are not punitive in nature.

## CONTRABAND / UNAUTHORIZED PROPERTY

Items not inherently illegal may be considered contraband when possession of the item(s) is prohibited by facility policy or, while not a prohibited item, a greater quantity of the item than allowed is possessed.
Contraband items include but are not limited to:

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031138

GEO-Nwauzor 031138

1. Any dangerous drug, narcotic drug, marijuana, intoxicating liquor of any kind, deadly weapons, dangerous instruments, explosives or any other article that, if used or possessed, would endanger the preservation of order in the facility.
2. Any item which could be used as an aide to escape.
3. Any item which could be used to disguise or alter the appearance of a detainee.
4. Any article of clothing or item for personal use or consumption which has not been cleared first through the Warden or purchased by a detainee from the commissary.
5. Cameras, video, audio, or related equipment that can be used to make unauthorized photographs or audio, or audio/video recordings of detainees, staff or government property.
6. Contraband includes material prohibited by law or regulation, or material that can reasonably be expected to cause physical injury or adversely affect the security, safety, or good order of the facility.
7. Any original identity documents such as passports and birth certificates.  Possession may be used by ICE/DRO as evidence against you or for other purposes authorized by law.  (Copies of such documents if provided by ICE are not contraband.)
8. Any item altered from its original condition.
9. Sexually explicit material.

Procedures for Handling Contraband

1. Staff shall seize any item identified as contraband, whether found in the physical possession or living area of a detainee, in a common area, or in incoming or outgoing mail.
2. Staff shall inventory, receipt, and store in a secure area with the detainee's other (stored) personal property contraband that is not illegal.  This property shall be held until the detainee's release when, unless it is illegal under criminal statutes or could pose a threat to security, it will be returned to the detainee.  Nuisance / perishable contraband will be immediately destroyed (cigarettes, food, alcohol, etc.).

Staff shall handle items seized as contraband in accordance with the following procedures.

1. These procedures apply to contraband found in the physical possession or living area of a detainee, in common areas, or in incoming or outgoing mail. They also apply to contraband discovered during in-processing and in the possession of a detainee awaiting interviews, hearings, etc. Exceptions to these procedures may occur only upon written authorization of the Warden, or designee.
2. Contraband that is illegal (under criminal statutes) will be inventoried, held, and reported to ICE for action and possible seizure.
3. Contraband that is facility or government property will be retained as evidence for possible disciplinary action or criminal prosecution.  If appropriate, the property will be returned to the issuing authority if not needed as evidence or, if needed, after its use. Alternatively, staff may return the property to normal stock for reuse or, if the property has been altered, the Warden, or designee, may order it destroyed.
4. The Warden, or designee, shall generally consult a religious authority about the handling of religious items prior to confiscation. Such consultation is not required before confiscation of religious items categorized as "hard contraband".
5. Contraband that is illegal under criminal statutes may be destroyed when no longer needed for possible disciplinary action or criminal prosecution.  All destruction of illegal hard contraband must have the approval of the Warden, or designee, prior to destruction.

   Examples of "hard contraband" include:
   a.   Tools that could aid in an escape (e.g., rope);
   b.   Ammunition or explosives;
   c.   Combustible or flammable liquids;
   d.   Hazardous or poisonous chemicals and gases;
   e.   Weapons;
   f.   Intoxicants;
   g.   Currency.

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031139

GEO-Nwauzor 031139

6. Narcotics and other controlled substances not dispensed or approved by the Northwest Detention Center medical department constitute hard contraband.  Medicine dispensed or approved by the medical department is hard contraband if found in the possession of a detainee for whom it was not prescribed, or if not used as prescribed. Medicine the detainee brings into the facility upon arrival will be forwarded to the facility medical staff for disposition.  Duly approved medicine will be returned to the detainee.

7. If the personal property of a detainee exceeds storage capacity, the Warden, or designee, will determine which items are excess, and arrange to ship them to a third party chosen by the affected detainee.  The Northwest Detention Center will pay shipping costs for a detainee who cannot afford the postage. If, however, the detainee chooses not to provide an appropriate mailing address, or is financially able but unwilling to pay the postage, the Warden, or designee, may dispose of the property as described within Policy 4.1.2, Detainee Personal Property, after providing the detainee with written notice of the intent to destroy the property and how to prevent that outcome.

   When it is clear that an appropriate mailing address does not exist, the Northwest Detention Center will store the property for the detainee.

8. The following procedures will be followed when a detainee's claim of ownership of contraband material is in question:
   a. Inventory and store item pending verification of ownership;
   b. Provide detainee(s) claiming ownership with a copy of the inventory as soon as practicable, and place a second copy in the detainee detention file(s);
   c. The detainee(s) shall have seven days following receipt of the inventory to prove ownership of the listed items.   Staff will deny a detainee's claim of ownership for an item acquired without authorization from another detainee;
   e. If the detainee cannot establish ownership, staff shall attempt to resolve the question before any decision is made regarding appropriate handling.  If ownership cannot be reasonably established, the property may be destroyed as outlined in Policy 4.1.2, Detainee Personal Property.

## DESTRUCTION OF CONTRABAND

1. The Warden, or designee, determines whether an item will be destroyed.
2. The Warden, or designee, will generally hold an item of questionable ownership for 120 days before considering its destruction.
3. The officer who physically destroys the property and at least one official observer shall attest, in writing, to having witnessed the property's destruction.
4. A copy of the property disposal record shall be placed in the detainee's detention file.  Records of property disposal shall remain on file for at least two years.

## CORRESPONDENCE / PACKAGES

You may send or receive mail to or from anyone you know personally. Stamps or pre-stamped envelopes are available for you to purchase through the Commissary.  Detainees with funds are expected to provide for their personal postage needs. You may seal your outgoing letters and place them in the mailbox in the unit.  Drawing on the front of your outgoing envelopes is prohibited by postal regulations. If you receive incoming social or legal mail, it will be opened in your presence and inspected for contraband.

You must use the following address to send or receive mail at this facility:

   Your Full Name, Your "A" Number
   1623 East J Street, Suite 5
   Tacoma, WA 98421

If you do not accept the mail or permit it to be inspected, it will be returned to the sender. **Your mail will not be read; it will only be examined for contraband.**

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031140

GEO-Nwauzor 031140

You will not be allowed to receive packages without advance arrangements, approved by the Warden. You will pay the postage for sending packages for oversized or overweight mail. Please fill out a MR-001 Postage Authorization form and submit it with your package. The contents of any outgoing or incoming packages will be inspected in your presence.

If you are indigent (defined as a detainee who has an account balance of $15.00 or less):
* You may send up to three personal letters per week, weighing no more than two ounces each, at no cost to you.
* A reasonable number of legal (special) correspondences may also be sent at no cost to you.
* Please fill out a MR-001 Postage Authorization form and submit it with your letters.

Subscriptions to publications, magazines and catalogs are not allowed. The facility subscribes to certain magazines that are available to you in your unit. Books must be requested in advance via a "Request to Receive a Package or Property" form. The title(s) of the book(s) must appear on the "Request" form. Books must be paperback and must come directly from a publisher or an authorized bookstore / outlet.

Any mail received after you depart the facility will be endorsed, "No Forwarding Address, Return to Sender". All such mail will be returned to the Post Office.

## ACCEPTANCE OF DETAINEE PROPERTY (ONLY CLOTHING)

If you have been notified that you are scheduled for removal in the near future, you may be eligible to have family / friends bring in or mail in **clothing.** You should:
* Submit an electronic "Detainee Request Form" (kite) to your ICE Officer explaining your need and requesting authorization. Including the Name, address and telephone # of the person bring in the items.
* If approved, your ICE Officer will complete the process and perform the necessary notifications within seven days of your departure.

## SPECIAL CORRESPONDENCE

"**Special correspondence**" is the term for detainees' written communications to or from private attorneys and other legal representatives; government attorneys; judges, courts; embassies and consulates; the President and Vice President of the United States, members of Congress, the Department of Justice (including the DOJ Office of the Inspector General); the Department of Homeland Security (including ICE, I.H.S.C. ERO, DHS CRCL and DHS OIG; outside health care professionals, administrators of grievance systems; and representatives of the news media.

Correspondence will only be treated as special correspondence if the title and office of the sender (for incoming correspondence) or addressee (for outgoing correspondence) is clearly visible on the envelope, clearly indicating that the correspondence is special and clearly labeled with the words "Special Correspondence". It is your responsibility to inform senders of this labeling requirement.

Staff will not treat outgoing correspondence as special if the name, title, and office of the recipient are not clearly identified on the envelope to provide a clear indication that the mail is special.

## NOTICE: ALL INCOMING AND OUTGOING MAIL TO INCLUDE SPECIAL CORRESPONDENCE IS SUBJECT TO INSPECTIONS FOR CONTRABAND.

## NOTARY

To request Notary Services sign up on the Law Library Sign-Up Sheet. This service is available for individuals detained in this facility only. Documents for friends, relatives or spouses will not be notarized. ICE approval is required when requesting Notary Services regarding identification. This includes but is not limited to driver's licenses, passports, birth certificates, marriage license requests, etc.

GEO-Nwauzor 031141

GEO-Nwauzor 031141

**DETAINEE DISCIPLINARY PROCESS**

In a facility where many individuals live together in a relatively small amount of space, it is extremely important that order and discipline be maintained. Discipline and order are not only for the benefit of staff, but also for the safety and welfare of you and all other detainees. While many problems can be solved informally through counseling, disciplinary measures must be imposed at times. The following is a list of offenses and associated penalties. Any detainee who is charged with a violation of facility rules will receive a disciplinary hearing and be permitted to speak, call witnesses, have a staff representative and present evidence before a penalty is imposed. Detainees have the right to appeal the decision of the Disciplinary Hearing within fifteen (15) days.

Detainees have the following rights:

1. The right to protection from personal abuse, corporal punishment, unnecessary or excessive use of force, personal injury, disease, property damage and harassment;
2. The right of freedom from discrimination based on race, religion, national origin, sex, sexual orientation, handicap, or political beliefs;
3. The right to pursue a grievance in accordance with written procedures;
4. The right to correspond with persons or organizations, consistent with safety, security, and the orderly operation of the facility; and,
5. The right to due process, including the prompt resolution of a disciplinary matter.

Category I Offenses:

Listed below are Category I or Greatest offenses. The Discipline Committee may impose any combination of penalties for Category II, III, or IV offenses as well as the following penalties:

(1)  Refer to ICE for Criminal Proceedings
(2)  Disciplinary Transfer
(3)  Disciplinary Segregation up to 60 days
(4)  Restitution
(5)  Loss of privileges

100  Killing
101  Assaulting any person (includes sexual assault)
102  Escape from escort; escape from secure facility
103  Setting a fire (charged with this act in this category only when found to pose a threat to life or a threat of serious bodily harm or in furtherance of a prohibited act of greatest severity, e.g. a riot or an escape, otherwise the charge is classified as code 219 or 322.)
104  Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical, explosive, escape tool, device or ammunition
105  Rioting
106  Inciting others to riot
107  Hostage-taking
108  Assaulting a staff member or any law enforcement officer

109  Threatening a staff member or any law enforcement officer with bodily harm.
110  Attempt to commit any of the above offenses or assist others to commit any of the above acts.
198  Interfering with a staff member in the performance of duties (conduct must be of the greatest severity). This charge is to be used only if another charge of greatest severity is not applicable.
199  Conduct that disrupts or interferes with the security and orderly operation of the facility (conduct must be of the greatest severity.) This charge is to be used only if another charge of greatest severity is not applicable.

Category II Offenses:

These acts listed below shall be considered Category II or High Offenses. The Discipline Committee may impose any combination of the following penalties:

(1)  Refer to ICE for criminal proceedings
(2)  Disciplinary transfer
(3)  Disciplinary Segregation up to 30 days
(4)  Restitution
(5)  Loss of privileges
(6)  Change of housing
(7)  Remove from programs / group activities
(8)  Loss of job

4.1.4 Detainee Handbook  3-25-16

GEO-Nwauzor 031142

GEO-Nwauzor 031142

(9)   Impound and store personal property
(10)  Confiscate Contraband
(11)  Restrict to living unit
(12)  Warning

200  Escape from unescorted activities or escape from facility without violence
201  Fighting, boxing, wrestling or any other form of physical encounter, including horseplay, that causes or could cause injury to another person; except when part of an approved recreational or athletic activity
202  Possession or introduction of an unauthorized tool
203  Loss, misplacement or damage of any restricted tool
204  Threatening another with bodily harm
205  Extortion, blackmail, protection; demanding or receiving anything of value in return for protection against others, avoiding bodily harm or avoiding a threat of being informed against
206  Engaging in sexual acts
207  Making sexual proposals or threats
208  Wearing a disguise or mask
209  Tampering with or blocking any lock device
210  Adulteration of food or drink
211  Possession, introduction or use of narcotics, narcotic paraphernalia or drugs not prescribed for the individual by the medical staff
212  Possessing a staff member's clothing
213  Engaging in or inciting a group demonstration
214  Encouraging others to participate in a work stoppage or to refuse to work
215  Refusing to provide a urine sample or otherwise cooperate in a drug test
216  Introducing alcohol in to the facility
217  Giving or offering an official or staff member a bribe or anything of value
218  Giving money to or receiving money from any person for an illegal or prohibited purpose, such as introducing / conveying contraband
219  Destroying, altering or damaging property (facility, government or another person's) worth more than $100.00
220  Being found guilty of any combination of three or more high moderate or low moderate offenses within 90 days
221  Signing, preparing, circulating or soliciting support for prohibited group petitions
222  Possessing or introducing an incendiary device, e.g. matches, a lighter, etc.
223  Any act that could endanger person(s) and/or property
224  Attempt to commit any of the above acts or assists other to commit any of the above acts.

298  Interfering with a staff member in the performance of duties (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable.
299  Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable.

Category III Offenses:

These are considered to be Category III or High Moderate Offenses. Any combination of the following penalties may be imposed:

(1)   Refer to ICE for criminal proceedings
(2)   Disciplinary Transfer
(3)   Disciplinary Segregation up to 72 hours
(4)   Restitution
(5)   Loss of privileges
(6)   Change of Housing
Note: IDP must impose the above sanctions

(7)   Removal from Program
(8)   Loss of Job
(9)   Impound and store personal property
(10)  Confiscate Contraband
(11)  Restrict to living unit
(12)  Reprimand
(13)  Warning

300  Indecent Exposure
301  Stealing (theft)
302  Misuse of authorized medication
303  Loss, misplacement or damage of a less restricted tool
304  Lending property or other item of value for profit / increased return
305  Possession of item(s) not authorized for receipt or retention, not issued through regular channels
306  Refusal to clean assigned living area
307  Refusing to obey a staff member Officer's order (may be categorized and charged as a greater or lesser offense depending on the kind of disobedience; continuing to riot is Code 105-Rioting, continuing to fight, Code 201-Fighting)
308  Insolence towards a staff member
309  Lying or providing false statement to staff
310  Counterfeiting, forging or other unauthorized reproductions of money or other official document, identification card, etc. (may be categorized a lesser offense, depending on the nature and purpose of the reproduction, e.g.,

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031143

GEO-Nwauzor 031143

counterfeiting release papers to effect escape – Code 102 or 200)
311  Participating in an unauthorized meeting or gathering
312  Being in an unauthorized area
313  Failure to stand count
314  Interfering with count
315  Making, possessing or using intoxicants
316  Refusing a breathalyzer test or other test of alcohol consumption
317  Gambling
318  Preparing or conducting a gambling pool
319  Possession of gambling paraphernalia
320  Unauthorized contact with public
321  Giving money or another item of value to or accepting money or another item of value from anyone, including another detainee, without staff authorization
322  Destroying, altering or damaging property (facility, government or another person's) worth less than $100.00
323  Attempt to commit any of the above acts or assists other to commit any of the above acts.
398  Interfering with a staff member in the performance of duties (offense must be of high moderate severity.)  This charge is to be used only when no other charge in this category is applicable.
399  Conduct that disrupts or interferes with the security or orderly operation of the facility duties (offense must be of high moderate severity).  This charge is to be used only when no other charge in this category is applicable
•   Any combination of high moderate and low moderate offenses during a 90-day period shall constitute a high offense


Category IV Offenses:

These are considered to be Category IV or Low Moderate Offenses.  Any combination of the following penalties may be imposed:

(1)  Restitution
(2)  Loss of privileges
(3)  Change in Housing
Note: IDP must impose the above sanctions

(4)  Removal from Program / Activity
(5)  Loss of Job
(6)  Impound, store personal property
(7)  Confiscate Contraband
(8)  Restrict to living unit
(9)  Reprimand
(10)  Warning


400  Possession of property belonging to another person
401  Possessing unauthorized clothing
402  Malingering, feigning illness
403  Smoking
404  Using abusive or obscene language
405  Tattooing, body piercing or self mutilation
406  Unauthorized use of mail or telephone (with restriction or temporary suspension of the abused privileges often the appropriate sanction)
407  Conduct with a visitor in violation of rules and regulations (with restriction or temporary suspension of the abused privileges often the appropriate sanction)
408  Conducting a business
409  Possession of money or currency
410  Failure to follow safety and sanitation regulation
411  Unauthorized use of equipment or machinery
412  Using equipment or machinery contrary to posted safety standards
413  Being unsanitary or untidy, failing to keep self and living area in accordance with standards
414  Attempt to commit any of the above acts or assists other to commit any of the above acts
498  Interfering with a staff member in the performance of duties (offense must be of low moderate severity).  This charge is to be used only when no other charge in this category is applicable
499  Conduct that disrupts or interferes with the security or orderly operation of the facility duties (offense must be of high moderate severity). This charge is to be used only when no other charge in this category is applicable
•   When the prohibited act is interfering with a staff member in the performance of duties (Code 198,298,398 or 498) or conduct that disrupts (Code 199,299,399 or 499), the Disciplinary Committee should specify in its findings the severity level of the conduct, citing a comparable offense in that category.  For example, "We find the act of the highest severity, most comparable to Code 213, "engaging in a group demonstration."

GEO-Nwauzor 031144

GEO-Nwauzor 031144

**NOTE:** Detainees who are released from Disciplinary Segregation will normally not be considered for a work assignment until they have shown a positive period of adjustment. Additionally, any disciplinary code conviction may affect a detainee's classification level.

## APPEALS PROCESS

You may appeal the decision of the Disciplinary Hearing within fifteen days using the Detainee Appeal of Grievance to the Warden/ICE AFOD. The Grievance / Appeal must be presented in writing.

## DETAINEE GRIEVANCE PROCEDURE

Detainee grievance forms are available electronically on the Smart Jail Mail system located in each housing unit. You have the right to request facility staff, another detainee, family member, legal representative or non-governmental organization assistance in preparing a grievance, although no detainee may submit a grievance on another detainee's behalf. Informal resolution of problems is encouraged. You have five (5) days in which to submit a grievance from the date of the incident or issue. All grievances are to be filed electronically. Grievances will be viewed and responded to electronically, you will be able to view the status and add notes within the system. Grievances on the same subject to multiple sources will be returned without processing. The following items cannot be grieved; State and Federal law, National Fire Codes, National Detention standards, American Correctional Association Standards and policy concurrent with those statues and standards.

You also have the right to pursue a grievance through formal channels. A grievance must address only one issue or closely-related issues occurring within a limited period of time. You cannot file an Informal Grievance and a Formal Grievance on the same issue at the same time. Doing so will result in both grievances being returned without processing. You must wait until each level in the grievance process is completed before submitting the issue to the next level (e.g. Detainee Informal Grievance Form (level 1)(Optional), Detainee Formal Grievance Form (level 2), Appeal to Detainee Grievance Committee Form (level 3), Detainee Appeal of Grievance to the Warden /ICE AFOD). Grievance Committee decisions may be appealed within five (5) days on a Detainee Appeal of Grievance to the Warden / ICE AFOD Form (Level 4). The Warden's / ICE AFOD's decision is final; it cannot be appealed.

An Emergency Grievance, which involves an immediate threat to your health or safety, will be given immediate attention by the Shift Supervisor, or through the chain-of-command, as necessary. An Emergency Grievance can be submitted on paper and be given to any staff member.

If you deem that the issue is sensitive or that your safety or well-being may be jeopardized if others in the facility learn of the grievance, you must describe in the grievance the reason for circumventing standard procedures, seal the grievance in an envelope clearly marked "sensitive" or "medically sensitive," and submit it directly to the facility administrator, administrative health authority or designee. Each grievance will be delivered by authorized facility personnel without being read, altered or delayed.

No detainee will be subjected to harassment, punishment or disciplinary action for seeking resolution of legitimate complaints in good faith. However, if you demonstrate a pattern of abusing the grievance system, resulting in unnecessary burdens at the expense of legitimate complaints, such grievances will be returned unprocessed. Continued abuse may result in adverse actions initiated against you. A copy of your grievance will be retained in your detainee file.

**Medical Grievances**: Medical grievances are to be filed electronically on the Smart Jail Mail system located in each housing unit. Grievances will be viewed by the Medical Administrative Staff and processed for resolution within five (5) business days, you will be able to view the status and add notes in the system. Emergency medical grievances should always be brought to the prompt attention of the Housing Unit Officer or any other staff member. He/she will immediately contact the Shift Supervisor for routing and/or resolution. Sensitive or confidential medical grievances can be submitted on paper in a sealed envelope, marked "sensitive" or "confidential", and then placed in the Medical Grievance Box found in the main hall way next to the pill line window. All copies of medical grievances will be retained in your medical file.

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031145

GEO-Nwauzor 031145

**Appeal Process for Medical Grievances:** Any appeal to a formal medical grievance should be routed to ICE Assistant Field Office Director (AFOD).

## ALLEGATIONS OF STAFF MISCONDUCT

The Northwest Detention Center must forward detainee grievances alleging officer misconduct to ICE. ICE will investigate every allegation of officer misconduct.

You may also file a complaint about officer misconduct directly with the Department of Homeland Security by calling 1-800-323-8603/Speed Dial "518"or by writing to:    Department of Homeland Security
Office of Inspector General
245 Murray Drive S.E., Building 410
Washington, DC 20528

## RECREATION FACILITIES

The facility provides recreational activities within the housing units in the form of cards and games that are available at no cost to you. Television viewing shall be available from the time morning cleaning duties are completed until lights out at 11:30 p.m. Television settings are controlled by the Officer in each living unit by remote control. The channel listing is approved providing appropriate language stations, posted in each housing unit and may be adjusted yearly by detainee consensus during the Annual TV Survey. Your issued FM radio is provided for television viewing.

Outdoor recreation equipment within the housing units is also available, including basketballs, etc. Hours are from 8:00 a.m. (if the housing unit is in acceptable condition according to the Pod Officer) until 9:30 p.m., daily.
F and G Pods recreate according to a recreation schedule and you must sign up 1 hour prior to your scheduled time to participate.

## MARRIAGE REQUESTS

Detainees may request permission to marry by submitting an electronic "Detainee Request Form" (kite) to ICE. The request is to include an attachment that addresses the following information:

1.  He/she is legally eligible to be married;
2.  The intended spouse has affirmed, in writing, his/her intent to marry the detainee; and
3.  Identify the arrangements that will be made, and by whom, for such items as, but not limited to, obtaining a marriage license, retaining an official to perform the marriage ceremony, etc.

Neither ICE nor NWDC staff will participate in making marriage arrangements or the ceremony. Any marriage request that is approved will occur within the NWDC.

If an approval to marry is revoked, a detainee may appeal that decision by submitting an electronic "Detainee Request Form" (kite) to ICE.

## DETAINEE DRESS CODE

Detainees are required to keep themselves clean and wear proper clothing/footwear during all activities. Detainees are reminded that poor hygiene, poor sanitation and not wearing proper clothing and footwear can cause potential conflict with your peers and others and can have a negative impact on the health and safety of yourself and others. Failure to comply with the dress code and grooming standards will ultimately become an issue that requires staff intervention in the form of appropriate disciplinary action to correct the situation.

Detainee uniforms will be worn in the manner that is intended by the manufacturer. Altering detainee uniforms or wearing them in any manner other than the commonly accepted manner is prohibited. Undergarments may not be worn without outer garments or be visible in any way except in sleeping areas or restrooms. Pants will be worn at a point about the waist that prevents the exposure of undergarments or commonly covered parts of the anatomy. T-shirts are to be worn at

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031146

GEO-Nwauzor 031146

all times, except while at recreation or in the shower. Detainees are not to walk about the facility with their hands inside waistbands of pants, regardless of weather conditions. **No Exceptions!**

Ordinarily, detainees may wear any hairstyle with the following exceptions:

1. For safety and hygiene reasons, kitchen workers and detainee workers operating machinery will keep their hair in a neat, clean and commonly accepted style.
2. The hairstyle will not interfere with safety and hygiene requirements.
3. ALL kitchen workers or any detainee handling food will wear a hairnet, beard guard or hat (only) while working in the kitchen or serving food trays.
4. Ordinarily, facial hair may be grown without restriction with the following exceptions:
   a. For safety and hygiene reasons, certain kitchen workers and detainee workers operating machinery are not authorized to wear facial hair and are expected to be clean shaven at all times while performing these duties.
   b. These restrictions are a requirement for employment in the above-described functions and acceptance of the assignment denotes acceptance of the grooming standards.
   c. There will be no exceptions to this requirement, including medical reasons.

## LEGAL FILE

Immigration and Customs Enforcement maintains an immigration legal record, commonly called an "A" File, for each detainee. Your "A" File contains legal transactions and documentation related to your case, including but not limited to identification cards, photos, passports and records of your immigration history.

## CUSTODY FILE

The NWDC maintains a detention record for each detainee. This custody file shall record no less than the following:

1. Facility disciplinary actions.
2. Behavior reports.
3. Funds, valuables and property receipts.
4. Detainee request forms, complaints and/or grievances.
5. Responses to the aforementioned.
6. Special housing unit records.
7. Classification documents

## INFORMATION REGARDING STRESS AND DETENTION

If this is your first time detained, or if you feel like you are extremely stressed at this time, the following information may be helpful to help reduce the anxiety you feel.

A. DETENTION IS NOT PRISON

Detention is NOT prison. It may feel like you are in prison but this detention facility is a place to have you stay while it is determined whether you will be deported or be allowed to remain in the U.S. The officers are here to keep you and others safe. The tone of their voice or actions they must take can sometimes seem harsh if you have never been in an environment where there are many people. But sometimes this is necessary. Rules are important to keep order. They are not there to cause you unnecessary stress. Try not to take things personally.

B. LENGTH OF DETENTION

The court and the officers in charge of the facility do not want to keep you any longer than necessary in detention. Unfortunately, the court system and the legal process sometimes take awhile.  Don't assume there is something wrong because you have not yet received your court date or if someone who arrived here after you has already been to court. There can be many reasons for this.  Each person's circumstances are different.  Please accept the fact that this is a PROCESS and a SYSTEM that does not move as quickly as you might want.   Many of you spent a great deal of time and energy to get here and have been through many hardships.  You are stronger than you think and you can cope.

GEO-Nwauzor 031147

GEO-Nwauzor 031147

## C.  THE PROCESS

At court you may have the opportunity to sign paperwork if you wish to return to your country and don't wish to stay. The judge will issue an "order of removal".  The next step is an interview with your country's consulate.  When the consulate verifies your citizenship and approves the paperwork, they will issue a travel document.  Once the travel document is issued, the deportation process moves faster. The next step is for the flight to be booked to your country. Depending on the country and how many detainees are going to that country, the time for departure can vary until you leave.  Be patient!  However, if the court orders deportation and you appeal this decision; understand that you will be here longer.

## D.  STRESS AND SLEEP

Many of you may be having problems sleeping because you feel anxious, depressed or are worried about your family. Please understand that it is normal to have problems with sleep in this type of situation.  While it may seem that medication to help you sleep is the answer, this is not true.  Medication for sleep is a last resort, not a first choice. Pills do not give you restful sleep.

It is better to try to practice relaxation techniques such as deep breathing, meditation or muscle relaxation. (Ask medical clinic staff for copies of these handouts).  You should also try to talk yourself through your anxiety.  What this means is to change thoughts that make you feel worse to ones that are more realistic and hopeful.  If you continue to have problems sleeping, you may wish to discuss this with your health care provider, by submitting a sick call request.

When you do feel anxious or stressed, remember that you are not alone. Talk to others in the dormitories who are positive and who seem to be coping.  Avoid people who are negative and who tell you information that is not true. Don't get stressed about something that you can't control.  Do the best you can, keep a positive attitude, and remember that your family would want you to be healthy while you are here.  They would not want you to be so worried about them that you are not feeling well physically or emotionally.

## E.  WHEN TO SEEK HELP

Sometimes your stress may be more severe and relaxation techniques and thought changes aren't enough.  If you are experiencing severe depression, anxiety, or are having some emotional problem that is making you feel that you cannot cope, please request to see the mental health provider by putting in a sick call slip. The mental health provider can help you cope with the stress that you are experiencing from being detained. However, the mental health provider is part of the medical staff and is NOT part of the Immigration Staff and cannot assist with court or legal matters. Also, mental health problems do not influence the court and the mental health provider is never involved in the court process.  If you need information regarding court, deportation dates or other legal matters, you need to request to see your deportation officer.

If you are scheduled to see the social worker, you will be asked many questions in order to determine the best way to help you.   You will be asked about your current problem, any past psychological or emotional problems, family information, your past and present alcohol and drug use, past and current medical problems, whether you have ever had or are currently having thoughts of hurting yourself or hurting someone else, any learning or memory problems, as well as other questions.  This information is entered into your medical record and remains in the medical clinic.

After this evaluation, the mental health provider may provide education to help you cope, may offer short term individual counseling, or may refer for medications for psychological problems. (Not sleeping pills.)

## F.  WHAT YOU CAN DO TO HELP YOURSELF AND OTHERS

- Listen to others who are having difficulty and encourage them to keep busy and stay positive.
- Recognize what you HAVE control over, and what you don't have control over.  You have control over your thoughts and your reactions.  You are not powerless.  Don't waste your energy on those things that you do not have control over.
- Attend religious activities or recreational activities and encourage others to attend also.
- Remember that the choices you have made have consequences — the harsh reality is that if you came here illegally, or were legal but got into trouble, detention is part of the process.

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031148

GEO-Nwauzor 031148

- Take personal responsibility for your actions and remember that you are stronger than you think.

- Remember that your family would want you to be healthy. If you don't take care of your stress and anxiety, you are hurting your physical health. Stress can cause headaches, stomach aches, muscle aches, etc. Long-term stress can affect your heart and your immune system.

G.  THE CONNECTION BETWEEN FEELINGS, THOUGHTS AND ACTIONS:

Remember that a **SITUATION** doesn't make you **FEEL** any certain way. It is your **THOUGHTS** that make you feel the way you do. The fact that you are in detention does not mean you **MUST** feel anxious, worried, or depressed. It is your negative thoughts about your situation that make you feel bad. This does not mean that your situation is good; it just means that every day you can make a **CHOICE** to be happy and positive. Look at it this way, worrying and feeling bad will not change the fact that you are in detention. But you can be here and decide to focus on positive thoughts and do positive actions. Try to learn something new each day, or try to do something positive for someone else. When you take these **ACTIONS**, you will **FEEL** better.

H.  EMERGENCIES

If you or someone in your dormitory has made statements of wanting to yourself or hurt someone else, notify the security officer immediately. **Do not keep this information to yourself**. Or if you feel like someone in your dormitory is in real danger of being hurt by someone else, again, let the security officers know immediately.


## RIGHTS AND RESPONSIBILITIES

1.  You have the right to be informed of the rules, procedures and schedules concerning the operation of the facility.

    *You have the responsibility to know and abide by them.*

2.  You have the right to freedom of religious affiliation and voluntary religious worship.

    *You have the responsibility to recognize and respect the rights of others in this regard.*

3.  You have the right to healthcare which includes nutritious meals, proper bedding and clothing, a laundry schedule for cleanliness of the same, an opportunity to shower regularly, proper ventilation for warmth and fresh air, a regular exercise period, toilet articles and medical treatment.

    *It is your responsibility not to waste food, to follow laundry and shower schedule, to maintain neat and clean living quarters, and to seek medical care as needed.*

4.  You have the right to have family members and friends visit with you in keeping with the facility rules and schedules.

    *It is your responsibility to conduct yourself properly during visits and to not accept or pass contraband.*

5.  You have the right to unrestricted and confidential access to the courts by correspondence.

    *You have the responsibility to present honestly and fairly your petitions, questions, and problems to the court.*

6.  You have the right to legal counsel from an attorney of your choice by means of interviews and correspondence at no cost to the United States Government.

    *It is your responsibility to obtain the services of an attorney honestly and fairly.*

7.  You have the right to have access to reading material for your own enjoyment.

4.1.4 Detainee Handbook 3-25-16

GEO-Nwauzor 031149

GEO-Nwauzor 031149

*It is your responsibility to seek and utilize such material for your personal benefit, without depriving others of the same benefit.*

8.      You have the right to participate in the use of the law library reference materials to assist you in resolving legal problems.  You also have the right to receive help when it is available through a legal assistance program.

*It is your responsibility to use those resources in keeping with the procedures and schedule prescribed and to respect the rights of other detainees to the use of the material.*

9.      You have the right to a wide range of reading material for educational purposes and for your own enjoyment. These materials may include magazines and newspapers sent from the publishers.

*It is your responsibility to seek and utilize such material for personal benefit, without depriving others of their equal rights to the use of this material.*

10.     You have the right to participate in a work program as far as resources are available, and in keeping with your interests, needs and abilities.

*You have the responsibility to take advantage of activities which may help you live a successful and abiding life within the facility and in the community.  You will be expected to abide by the regulations governing the use of such activities.*

11.     You have the right to an administrative hearing before an Immigration Judge to determine your status in the United States.

*It is your responsibility to seek and provide evidence for your defense.*

12.     If you are not an exclusion case and eligible, you have the right to be released on bond until your scheduled administrative hearing.

*It is your responsibility to seek methods of payment for your bond.*

13.     You have the right to apply for political asylum if you believe that you will be persecuted because of your race, religion, nationality, membership in a social group or political opinion.

*It is your responsibility to prepare and submit the proper forms accurately.*

14.     You have the right to request voluntary departure, if statutorily eligible, prior to a hearing but if you request voluntary departure, you waive the right to a hearing.

*It is your responsibility to inform an ICE Officer that you request voluntary departure.*

**This handbook is designed to provide you with a general overview of facility procedures and services and describe prohibited acts and associated penalties. Every potential question and/or eventuality cannot be addressed completely in this format. Any questions or concerns should be directed to your dormitory officer. You may contact a supervisor or ICE officer by completing a detainee request form at any time.**

GEO-Nwauzor 031150

GEO-Nwauzor 031150

**IMMIGRATION HEALTH SERVICES CORP**



## MEDICAL ORIENTATION AND HEALTH INFORMATION

**Welcome!**
The medical clinic here will provide you with quality medical care.

Except for very rare medical reasons, medical staff will NOT give you comfort items or items such as special shoes, extra blankets, extra pillows, jackets, soap or deodorant. Only one mattress is authorized for safety reasons, please do not request an extra mattress. Some detainees are assigned a lower bunk or lower tier by their doctor for certain medical conditions that make it difficult or impossible to climb onto the upper bunk or walk up stairs.

Medical staff also cannot answer any questions about your case, your court date or your legal situation.  Ask your deportation officer these questions.

<u>General Overview of Services We Provide</u>
**Arrival -** Soon after you arrive here, we will ask you some medical questions and perform a chest x-ray or tuberculin skin test to see if you have been exposed to someone with tuberculosis.  This is important for the health and safety of everyone.

There are many diseases that can be spread through blood and body fluids. Do not share personal items such as toothbrushes, razors or hair combs.  If you have an open cut or wound cover it with a bandage.  Engaging in sexual acts in which body fluids are exchanged is not only prohibited but dangerous. Testing for sexually transmitted diseases, including HIV, is available. If you feel you need to be tested please speak to one of the medical providers.

**Physical Exam** – Within the first 14 days of your stay here, you will receive a physical exam.

**Sick call-** For men and women sick call  is conducted 7 days per week at 5:30 AM. When controlled movement is announced, **female detainees** wishing to be seen by the nurse will be directed to proceed to the designated sick call location. The nurse will see patients one at a time. The RN assesses the detainee sick call complaint and based on severity of illness will be scheduled for treatment the same day. **After all females have been seen and returned to their dorms, the same process will be conducted for males and treated the same morning.** Designated **Level 3,** detainees will be directed to a sick call location that is separate from the general population. The same sick call process will be completed. On holidays and weekends, sick call will be conducted in the same manner but only emergent same day appointments will be granted.

**Emergency Services:**
1. If you are having dental pain, or swelling. Routine care like dental cleanings will not be done unless you are here for more than 12 months.
2. If you are feeling overwhelmed, or have thoughts of hurting yourself, or feel like you might hurt someone else, let an officer or a medical staff member know immediately and you will be seen.
3. Emergency care is provided 24 hours a day.  If you have a medical emergency, contact any staff member and immediate medical care will be provided as needed.

**Additional Services**

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031151

GEO-Nwauzor 031151

If needed, other services may include medications, lab tests, x-rays, education and counseling, and regular appointments for serious medical conditions.

**Women's Services**
Routine age-appropriate services such as (but not limited to) pelvic and breast exams, mammograms, gynecological testing, abortions and contraception are available. Please speak with a medical provider regarding any of these services.

**Medical Records:** If you would like a copy of your medical record from this facility you may request it at any time by completing the Freedom of Information Act (FOIA) G-639 Form.  Please go to sick call to complete the request. Medical records will copy your record, including any records we have received from any outside providers and call you to the clinic to pick them up. Medical record staff have 20 working days to process your request.

**Medical Complaints/Grievances -** If you are not happy with the care you receive, talk to the medical provider.  Remember that some types of care or services are not available. If you are still unhappy and it is care that the facility provides, you have the right to complete a grievance using Smart Jail Mail system. Please do not use the grievance process to access medical care. Medical care can be accessed using the sick call process

**Emotional Difficulties**
It is normal to feel emotions like sadness, depression, anxiety, nervousness, anger and fear in this environment.  It is also normal to have problems sleeping.  Try to remember that you will not be in detention forever.  Think about ways to keep busy, to stay calm, and to stay healthy.  Read, talk to people, play a game, exercise, go to religious activities, or practice some relaxation techniques.  A medical provider can give you some information on stress management.

**Non Violence**
1. This facility will not permit any type of physical or sexual abuse.  If someone physically or sexually assaults you,   tell an officer or medical staff immediately.
2. Disciplinary measures will be taken against anyone who physically or sexually assaults someone else in the facility.

**Getting Along with Others**
You have to share living space with a lot of people so it is important to be considerate and to recognize that others are different.
1. Don't be so loud that others can't enjoy their activities.  Be quiet at night so other people can sleep.
2. Avoid people who like to cause problems or fight.

**Medications**
1. Do not share any medications with others.

**Dangers of self-medication:** Using medications prescribed to someone else is strongly discouraged and prohibited in the facility. Self-medication, defined as the use of medicines by individuals to treat self-recognized or self-diagnosed illnesses or symptoms, poses several potential risks. Dangers include: incorrect self-diagnosis, delays in seeking medical care when needed, severe adverse reactions including life threatening allergies, harmful drug or food interactions, incorrect dosage, incorrect choice of therapy, masking a severe disease, and risk of dependence and abuse.

2. If your medicine is causing you problems such as a rash, itching, trouble breathing or diarrhea, let an officer or the medical staff know immediately, and stop taking the medicine.
3. Keep your medicine with you at all times.  Do not lose your medication.

**Proper Shoes and Clothes**
1. Wear shoes at all times.
2. If you are wearing closed shoes, wear socks.
3. Wear shower shoes in the shower.
4. Wear proper clothing for the weather.

**Toilet Use**
1. Please do not stand on the toilet.  Sit on the toilet seat and flush the toilet after using it.
2. Put all used toilet paper into the toilet then flush.
3. Females- Please put used Kotex pads or tampons in the garbage cans and not into the toilet.

**Hand Washing -** Germs can make you sick, and germs can be passed through hand contact.  Washing your hands will help keep you from getting sick.
1. Make sure you run the water in the sink and use soap to wash your hands.
2. Wash each finger and rub your hands together, washing both sides of your hands with soap and water. Clean under your finger nails also.
3. Wash hands before eating, after going to the bathroom, after playing or working outside, or after being near a sick person.

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031152

GEO-Nwauzor 031152

**Showering/Personal Care**
1. Take a shower every day (when possible) and use soap and water.
2. Bathe only in the shower; do NOT bathe in the sinks. Don't urinate (pee) in the shower.
3. Use the sinks to wash your hands or face, to shave your face, or to brush your teeth.
4. Do not shave your head or private areas. Do not share your razor with others.
5. Do not pierce any part of your body.
6. Use a deodorant every day.
7. Do not leave any clothes in the bathroom.

**Bed Safety**
1. Do not jump down from the top bunk or up to the top bunk.
2. Take your time when getting into and out of bed.  Make sure you step on a solid area of the floor with the large portion of your foot.
3. Lower your head when getting out of bed if you sleep on a lower bunk.
4. If you fall out of bed at any time notify the officer in the barracks so that you can be examined in the medical   clinic.

**Good Health**
1. In hot weather, stay in the shade during the hottest part of the day and drink lots of water throughout the day.  If  your urine (pee) is very dark, you probably aren't drinking enough water, so drink more.
2 Eat 3 good meals a day.  Be sure to eat fruits and vegetables. Don't eat too much candy.
3. Try to exercise at least 30 minutes every day.  Play sports, walk around, run in place or do pushups.  If you haven't exercised in a long time, do some light stretching or slow jogging to warm up and prevent injuries.
4. Try to sleep at least 8-10 hours a night.
5. Cover your mouth with your hand when you cough or sneeze and do not spit on the ground or floor.  This spreads germs that can make other people sick.
6. Smoking is not allowed.  Think of this as your chance to quit smoking forever.  It is one of the best things you   can do for your health.
7. Smoking Cessation: See Medical Provider for information on this subject.

## IHSC STAYING HEALTHY

**What is a cold?**
A cold is a <u>virus</u>.  There is no cure for it and there are no pills or shots that kill the virus. You may not feel good, but it is not an emergency.  You will usually feel better in 1-2 weeks.

**When you have a cold, you may:**
- cough (might be worse at night)
- have a sore throat or fever
- have a stuffy nose or runny nose
- have a headache or body aches
- feel tired or irritable
- not feel like eating.

**To feel better you should:**
- Drinks lots of water or juice.
- Get lots of rest and sleep.
- Take acetaminophen if you have a slight fever.
- If you have a sore throat, you can gargle with warm salt water every 2 hours.

**You should let medical staff know if:**
- you have trouble breathing
- what you are coughing up (your spit) is green or yellow

**To help stop other people from getting your cold:**
- Cover your mouth when you cough.
- Sneeze into a tissue or toilet paper.
- Spit into a tissue or toilet paper, NOT into the garbage can or sink.
- Wash your hands often.

**What is the flu?**

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031153

GEO-Nwauzor 031153

The flu is an infection that is caused by a <u>virus</u>.   After you come into contact with the virus, you will usually start to feel bad in 24-48 hours.  Antibiotics like penicillin do not cure the flu because they don't kill viruses.

**When you have the flu, you may:**
- have chills and a medium to high fever
- have muscle aches or a backache
- have a cough, but usually with little or no stuff being coughed up in your spit
- have a sore throat, runny nose, headache, or if you feel very tired.

**To feel better, you can:**
- take acetaminophen (don't take aspirin) or a cough syrup or decongestant
- get plenty of rest
- Drink lots of water, fruit juice and tea.
-

**You should let medical staff know if you have:**
- a high fever or a strong cough
- blood in your spit
- trouble breathing
- have neck pain/stiffness or severe headaches
- sinus pain (head and nose area)
- thick stuff coming from your nose, sinuses or ears, or an earache

**To help stop other people from getting your flu:**
- Cover your mouth when you  cough
- Spit into a tissue NOT into the garbage can or sink.
- Wash your hands often.

<u>**What is insomnia?**</u>
Insomnia means you are not getting enough sleep.  You may have a problem getting to sleep, or you may wake up often during the night.  It is very normal that you and others have problems sleeping while in detention.

**Some causes of sleep problems:**
- worrying about family and money
- worrying about your legal situation
- living with many other people that you don't know and who make noise when you are trying to sleep
- feelings like sadness or fear
- sleeping during the day and then not being able to sleep at night.

**There are things you can do to help you sleep:**
- Get up every day at the same time.
- Don't lie in bed or sleep during the day.
- Don't drink anything with caffeine (coffee, chocolate, cocoa).
- Exercise in the morning or afternoon.
- Eat healthy food. Don't eat late at night.
- Practice relaxation exercises like deep breathing, meditation or quiet reading.

<u>**How do I stay healthy in hot weather?**</u>
It is important to keep water in your body when it is hot.  Your body needs lots of water to stay healthy.  In hot weather, you sweat and lose water from your body.  This can:
- make you feel dizzy
- make your mouth and tongue dry and sticky
- make your urine (pee) darker
- urinate (pee) less often

If you feel thirsty, this means you already don't have enough water in your body.  Drink water in hot weather even when you don't feel thirsty.

To avoid getting sick in hot weather:

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031154

GEO-Nwauzor 031154

- drink lots of water all day long
- if you are playing sports, drink extra water
- stay in the shade during the hottest part of the day
- wear loose clothing
- if you start to feel dizzy, sit down in the shade or indoors
- don't stay in the sun for too long

You should let medical staff know if:
- you feel weak or dizzy every time you stand up
- you urinate (pee) very little

# IHSC DENTAL POLICY

## A. SICK CALL

Urgent dental care is available daily to address toothaches and acute dental issues. Some examples include treatment for the relief of tooth pain, elimination of infection and swelling, and repair of trauma to teeth. If you require emergency dental treatment for any of these conditions report to sick call any morning at 0530 for evaluation.

Please do NOT use the sick call system to request routine dental care such as cleanings or check-ups. Sick call is intended for urgent dental problems only.

## B. ROUTINE EXAM AND CLEANING

A routine dental exam will occur at least yearly and may occur more often depending on your health status. Any routine dental needs identified during the exam may be provided as clinical resources permit such as permanent fillings, cleanings, extractions, select root canals on front teeth, x-rays, and the repair/adjustment of existing dentures. Urgent dental care will take priority over routine care.

Full mouth reconstruction and rehabilitation are not ordinarily covered services and examples of this type of care include the following:
- Fixed prosthodontics (crowns, bridges, implants, etc)
- Removable prosthodontics (partial and complete denture)
- Orthodontics
- Cosmetics (bleaching, front tooth bonding in the absence of pain or infection)
- Esthetic reconstructive jaw surgery
- Mouth guards

## C. ORAL HEALTH EDUCATION

Bleeding gums are the first sign of the oral infection called periodontal disease.  The first stage of the disease is called gingivitis. This is when your gums become tender and start to bleed due to a buildup of bacteria on your teeth and gums.  This bacterial build up is called plaque, and it will cause both cavities and gum infections if it is not removed daily by brushing and flossing. We all know a buildup of plaque will also cause bad breath.  Brushing and flossing twice daily will remove the bacterial plaque and help to keep your teeth and gums healthy.  YOU can prevent dental problems with good oral hygiene.  If your gums are tender and bleeding it is an early sign that you need to brush your teeth more often, and if you begin brushing and flossing right away the bleeding and tenderness will go away after about a week of good oral hygiene.

If you do not brush and floss your teeth bacterial plaque will continue to grow and start to gather in between your teeth and gums. When the bacterial plaque begins to grow and collect in your mouth it can destroy the gums, tissues, and bone that support your teeth. The bacteria in the plaque can cause your teeth sensitivity and make them loose.  This stage of gum infection is called periodontitis.  Damage to your gums and bone will not reverse but you can usually still save your teeth and maintain your oral health if you improve and begin regular brushing and flossing along with regular visits to the dentist for special cleanings.

If the gum infection has been a problem you have had a long time, a few years, and plaque has been allowed to continue to build up on the teeth and gums, the teeth will become very loose, painful, and may need to be pulled out by a dentist.  At this stage there is too much damage to repair.  No one wants to lose their teeth, so brush and floss daily.  Keeping your mouth clean can affect your overall health, ability to eat well, heart health, many chronic diseases, and self-esteem.

GEO-Nwauzor 031155

GEO-Nwauzor 031155

**D. ORAL HYGIENE**

Using a soft bristle toothbrush with fluoride toothpaste start on your

1)  Outside front teeth:
Open your mouth, keep mouth open as you brush, not clenched teeth touching.  Hold toothbrush at an angle where the teeth and gums meet, brushing upward into the gums. Move the toothbrush gently in a circular motion while also moving the toothbrush sideways using short strokes.
2)  Inside and outside surfaces of back teeth:
      Use short angled, circular brush strokes brushing both the teeth and gums
3)  Inside surfaces of front teeth:
      Hold brush flat on inside surface and brush back and forth holding the toothbrush up straight not side to side. Don't forget to brush your tongue. Your tongue is a hiding place for the bacteria that cause cavities, gum disease and bad breath.

**E.  BRUSHING YOUR TEETH and GUMS HARD CAN CAUSE PERMANENT DAMAGE!  BE CAREFUL!**

Helpful Hints:
Brush two or three times a day for at least 2 minutes each time you brush. Make sure you brush all surfaces of your teeth. Use toothpaste containing fluoride to help fight tooth decay.
Use dental floss to clean between your teeth every time you brush.  The toothbrush does not clean between your teeth.  If you don't floss between your teeth stay dirty, you will miss 35% of all your tooth surfaces. Dental cavities and gum disease can begin to occur.

**General**
1. If you brush your hair over the sink, remove any fallen hairs from the sink.
2. Throw trash into the garbage cans. Don't throw it on the floor.
3. Throw disposable diapers into the trash.  Do not throw them on the floors or into the toilets.
4. Do not leave crumbs from food in your housing area because it will bring ants and other insects

GEO-Nwauzor 031156

GEO-Nwauzor 031156

 

# Be a Germ-Buster...
# WASH YOUR HANDS!



**1.**
**WET**



**2.**
**SOAP**



**3.**
**WASH**



**4.**
**RINSE**



**5.**
**DRY**



**6. TURN OFF WATER**
**WITH PAPER TOWEL**



Health
DOH Pub 330-002  8/2006

For persons with disabilities, this document is available on request in other formats.
Please call 1-800-525-0127 (TDD relay 1-800-833-6388).

4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031157

GEO-Nwauzor 031157

**Stop the spread of germs that make you and others sick!**

# Cover your Cough



Cover your mouth and nose with a tissue when you cough or sneeze
*or*
cough or sneeze into your upper sleeve, not your hands.

Put your used tissue in the waste basket.

You may be asked to put on a surgical mask to protect others.

# Clean your Hands
after coughing or sneezing.



Wash with soap and water
*or*
clean with alcohol-based hand cleaner.









4.1.4  Detainee Handbook  3-25-16

GEO-Nwauzor 031158

GEO-Nwauzor 031158