1
2
3
4
5
6

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

7
8

9  UGOCHUKWU GOODLUCK NWAUZOR,
   FERNANDO AGUIRRE-URBINA,
10 individually and on behalf of all those
   similarly situated,

11          Plaintiffs/Counter-Defendants,

12 v.

13 THE GEO GROUP, INC.,

14          Defendant/Counter-Claimant.

15

Case No.: 3:17-cv-05769-RJB

**[PROPOSED] ORDER GRANTING
DEFENDANT THE GEO GROUP, INC.'S
MOTION TO EXCLUDE EXPERT
TESTIMONY OF JEFFREY MUNSON**

**NOTE ON MOTION CALENDAR:**
Date:  January 17, 2020

16          This Court, having reviewed Defendant The GEO Group, Inc.'s Motion to Exclude Expert

17 Testimony of Jeffrey Munson (the "Motion"), finds good cause exists and the Motion is timely,

18 and therefore GRANTS the Motion

19          **IT IS SO ORDERED.**

20          This the _____ day of _____, 2020.

21

22                                          _____
                                            Honorable Robert J. Bryan
23                                          United States District Court Judge

24
25
26
27

[PROPOSED] ORDER GRANTING DEFENDANT
THE GEO GROUP, INC.'S MOTION TO EXCLUDE
EXPERT TESTIMONY OF JEFFREY MUNSON
(3:17-CV-05769-RJB) – PAGE 1

51274024;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

1   Respectfully submitted, this 2nd day of January, 2020.

2   By: *s/ Colin L. Barnacle*

**AKERMAN LLP**

3   Colin L. Barnacle (Admitted *pro hac vice*)
Christopher J. Eby (Admitted *pro hac vice*)

4   Ashley E. Calhoun (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)

5   Allison N. Angel (Admitted *pro hac vice*)

6   1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202

7   Telephone:  (303) 260-7712

8   Facsimile:   (303) 260-7714
Email:  colin.barnacle@akerman.com

9   Email:  christopher.eby@akerman.com
Email:  ashley.calhoun@akerman.com

10  Email:  adrienne.scheffey@akerman.com
Email:  allison.angel@akerman.com

11

12  By: *s/ Joan K. Mell*

**III BRANCHES LAW, PLLC**

13  Joan K. Mell, WSBA #21319

14  1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466

15  Telephone:  (253) 566-2510
Facsimile:   (281) 664-4643

16  Email:  joan@3brancheslaw.com

17  *Attorneys for Defendant The GEO Group, Inc.*

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING DEFENDANT
THE GEO GROUP, INC.'S MOTION TO EXCLUDE
EXPERT TESTIMONY OF JEFFREY MUNSON
(3:17-CV-05769-RJB) – PAGE 2

51274024;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712