**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant/Counter-Claimant. | Case No.: 3:17-cv-05769-RJB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF CHRISTOPHER STRAWN**<br><br>**NOTE ON MOTION CALENDAR:**<br>Date: January 17, 2020 |

This Court, having reviewed Defendant The GEO Group, Inc.'s Motion to Exclude Expert Testimony of Christopher Strawn (the "Motion"), finds good cause exists and the Motion is timely, and therefore GRANTS the Motion

**IT IS SO ORDERED.**

This the ____ day of _____, 2020.

_____
Honorable Robert J. Bryan
United States District Court Judge

---

[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF CHRISTOPHER STRAWN (3:17-CV-05769-RJB) – PAGE 1

51273899;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

1 | Respectfully submitted, this 2nd day of January, 2020.

By: *s/ Colin L. Barnacle*
**AKERMAN LLP**
Colin L. Barnacle (Admitted *pro hac vice*)
Christopher J. Eby (Admitted *pro hac vice*)
Ashley E. Calhoun (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)
Allison N. Angel (Admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  (303) 260-7712
Facsimile:   (303) 260-7714
Email:  colin.barnacle@akerman.com
Email:  christopher.eby@akerman.com
Email:  ashley.calhoun@akerman.com
Email:  adrienne.scheffey@akerman.com
Email:  allison.angel@akerman.com

By: *s/ Joan K. Mell*
**III BRANCHES LAW, PLLC**
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466
Telephone: (253) 566-2510
Facsimile:   (281) 664-4643
Email:  joan@3brancheslaw.com

*Attorneys for Defendant The GEO Group, Inc.*

[PROPOSED] ORDER GRANTING DEFENDANT
THE GEO GROUP, INC.'S MOTION TO EXCLUDE
EXPERT TESTIMONY OF CHRISTOPHER STRAWN
(3:17-CV-05769-RJB) – PAGE 2

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

51273899;1