**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>      Plaintiffs/Counter-Defendants,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>      Defendant/Counter-Claimant. | Case No.: 3:17-cv-05769-RJB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTE ON MOTION CALENDAR:**<br>Date:  January 24, 2020 |

This Court, having reviewed Defendant The GEO Group, Inc.'s Motion for Summary Judgment (the "Motion"), hereby GRANTS the Motion in its entirety. The Court further DECLARES that, as a matter of law, RWC § 49.46.010 does not apply to detainees at the Northwest Ice Processing Center.

**IT IS SO ORDERED.**

This the _____ day of _____, 2020.

_____
Honorable Robert J. Bryan
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT
THE GEO GROUP, INC.'S MOTION FOR SUMMARY
JUDGMENT
(3:17-CV-05769-RJB) – PAGE 1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

51274133;1

Respectfully submitted, this 2nd day of January, 2020.

By: *s/ Colin L. Barnacle*
**AKERMAN LLP**
Colin L. Barnacle (Admitted *pro hac vice*)
Christopher J. Eby (Admitted *pro hac vice*)
Ashley E. Calhoun (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)
Allison N. Angel (Admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  (303) 260-7712
Facsimile:   (303) 260-7714
Email:  colin.barnacle@akerman.com
Email:  christopher.eby@akerman.com
Email:  ashley.calhoun@akerman.com
Email:  adrienne.scheffey@akerman.com
Email:  allison.angel@akerman.com

By: *s/ Joan K. Mell*
**III BRANCHES LAW, PLLC**
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466
Telephone:  (253) 566-2510
Facsimile:   (281) 664-4643
Email:  joan@3brancheslaw.com

*Attorneys for Defendant The GEO Group, Inc.*

[PROPOSED] ORDER GRANTING DEFENDANT
THE GEO GROUP, INC.'S MOTION FOR SUMMARY
JUDGMENT
(3:17-CV-05769-RJB) – PAGE 2

51274133;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712