The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant/Counter-Claimant. | Case No. 3:17-cv-05769-RJB<br><br>**DECLARATION OF COLIN L. BARNACLE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT** |

I, Colin L. Barnacle, make the following statement under oath subject to the penalty of perjury pursuant to the laws of the United States and the State of Washington:

1. I am the attorney for The GEO Group, Inc. in the above-captioned matter. I am over the age of eighteen (18), and I am competent to testify in this matter.

2. Attached are true and correct copies of the following exhibits:

**EXHIBIT A:** Attached as Exhibit A is the 2015 agreement for GEO's Operation of the Northwest Ice Processing Center ("NWIPC"), contract HSCEDM-15-D-00015 ("2015 ICE Contract"). This document was previously submitted in connection with the declaration of Amber Martin in the State of Washington v. The GEO Group, Case No. 17-cv-05806, ECF 246-3 (July 2, 2019). As noted in the caption of the document, this contract was also submitted for the above-captioned case. Under the terms of the Protective Order, <u>Exhibit A is filed under seal.</u>

DECLARATION OF COLIN L, BARNACLE
(3:17-CV-05769-RJB) – PAGE 1

51231284;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

**EXHIBIT B:** Attached as Exhibit B are excerpts from the deposition of Plaintiff Ugochukwu Nwauzor taken by GEO on June 19, 2018.

**EXHIBIT C:** Attached as Exhibit C is the Declaration of Tae Johnson, Assistant Director, Custody Management Division, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security. This declaration was previously submitted in State of Washington v. The GEO Group, Case No. 17-cv-05806, ECF 91 (August 3, 2018).

**EXHIBIT D:** Attached as Exhibit D is a Detainee Handbook from the NWIPC, previously produced in this litigation at bates numbers GEO-Nwauzor 015062-GEO-Nwauzor 015101.

**EXHIBIT E:** Attached as Exhibit E is the 2009 agreement for GEO's Operation of the NWIPC, contract HSCEDM-10-D-00001 ("2009 ICE Contract"). This document was previously submitted in connection with the declaration of Amber Martin in the *State of Washington v. The GEO Group*, Case No. 17-cv-05806, ECF 246-2 (July 2, 2019). As noted in the caption of the document, this contract was also submitted for the above-captioned case. In lieu of filing this document under seal, GEO submits a redacted version that was previously filed at Docket Number 246-4 in the State of Washington case.

**EXHIBIT F:** Attached as Exhibit B are excerpts from the deposition of Erwin Delacruz taken by Plaintiffs on December 2, 2019.

**EXHIBIT G:** Attached as Exhibit G are excerpts from the 30(b)(6) Deposition of the State of Washington, witness Byron Eagle from the Special Commitment Center, taken by GEO on December 5, 2019.

**EXHIBIT H:** Attached as Exhibit H is the Declaration of Julie Williams. This declaration was previously submitted in *State of Washington v. The GEO Group*, Case No. 17-cv-05806, ECF 304 (September 13, 2019).

DECLARATION OF COLIN L, BARNACLE
(3:17-CV-05769-RJB) – PAGE 2

AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

51231284;1

**EXHIBIT I:** Attached as Exhibit I is "Responses to Inmate Worker Questions," previously submitted in *State of Washington v. The GEO Group*, Case No. 17-cv-05806, ECF 300 (September 10, 2019).

**EXHIBIT J:** Attached as Exhibit J are excerpts from the deposition of Sean Murphy, taken by GEO on December 19, Exhibit J2019.

**EXHIBIT K:** Attached as Exhibit G are excerpts from the 30(b)(6) Deposition of the State of Washington, witness Debra Jean Eisen from Department of Corrections, taken by GEO on December 13, 2019.

**EXHIBIT L:** Attached as Exhibit L is GEO's contract with the State of Washington. This document was previously submitted in *State of Washington v. The GEO Group*, Case No. 17-cv-05806, ECF 107-7 (July 2, 2019).

**EXHIBIT M:** Attached as Exhibit M is the Year End Report for the Northwest Detention Center. Under the terms of the Protective Order, <u>Exhibit M is filed under seal.</u>

Dated this 2nd day of January, 2020 at Denver, Colorado.

Akerman, LLP

*s/ Colin L. Barnacle*
Colin L. Barnacle, (Admitted *pro hac vice*)
Attorney for Defendant The GEO Group, Inc.

DECLARATION OF COLIN L, BARNACLE
(3:17-CV-05769-RJB) – PAGE 3

51231284;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

**PROOF OF SERVICE**

I hereby certify on the 2nd day of January 2020, pursuant to Federal Rule of Civil Procedure 5(b), I electronically filed and served the foregoing **DECLARATION OF COLIN L. BARNACLE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT** via the Court's CM/ECF system on the following:

**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
810 Third Avenue, Suite 500
Seattle, Washington 98104
Telephone: (206) 622-8000
Facsimile:  (206) 682-2305
Email:  hberger@sgb-law.com
Email:  halm@sgb-law.com
Email:  whitehead@sgb-law.com
Email:  roe@sgb-law.com

**THE LAW OFFICE OF R. ANDREW FREE**
Andrew Free (Admitted *Pro Hac Vice*)
P.O. Box 90568
Nashville, Tennessee 37209
Telephone: (844) 321-3221
Facsimile:  (615) 829-8959
Email: andrew@immigrantcivilrights.com

**OPEN SKY LAW PLLC**
Devin T. Theriot-Orr, WSBA #33995
20415 72nd Avenue S, Suite 100
Kent, Washington 98032
Telephone: (206) 962-5052
Facsimile:  (206) 681-9663
Email:  devin@openskylaw.com

**MENTER IMMIGRATION LAW, PLLC**
Meena Menter, WSBA #31870
8201 164th Avenue NE, Suite 200
Redmond, Washington 98052
Telephone: (206) 419-7332
Email:  meena@meenamenter.com

*Attorneys for Plaintiffs*

                                       *s/ Nick Mangels*
                                       Nick Mangels

PROOF OF SERVICE
(3:17-CV-05769-RJB) – PAGE 4

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

51231284;1