# EXHIBIT B

```
                    THE UNITED STATES DISTRICT COURT

               WESTERN DISTRICT OF WASHINGTON AT TACOMA
    _____

    CHAO CHEN, individually and    )
    on behalf of all those         )   No. 3:17-cv-05769-RJB
    similarly situated,            )
                                   )
                 Plaintiff,        )
                                   )
    v.                             )
                                   )
    THE GEO GROUP, INC., a         )
    Florida corporation,           )
                                   )
                 Defendant.        )
    _____

        VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF
                        NWAUZOR UGOCHUKWU
                          June 19, 2018
                        Fircrest, Washington
    _____
```

Taken Before:

Laura A. Gjuka, CCR #2057
Certified Shorthand Reporter

```
 1                   A P P E A R A N C E S

 2       For the Plaintiffs:

 3            ADAM J. BERGER
              Schroeter Goldmark Bender
 4            500 Central Building
              810 Third Avenue
 5            Seattle, WA 98104
              206-622-8000
 6            berger@sgb-law.com

 7
              MEENA P. MENTER
 8            Menter Immigration Law, PLLC
              8201 164th Avenue NE
 9            Suite 200
              Redmond, WA 98052-7615
10            206-419-7332
              meena@meenamenter.com
11

12
         For the Defendant:
13
              CHARLES A. DEACON
14            Norton Rose Fulbright
              300 Convent Street
15            Suite 2100
              San Antonio, TX 78205-3792
16            210-270-7133
              charlie.deacon@nortonrosefulbright.com
17

18            JOAN K. MELL
              III Branches Law, PLLC
19            1019 Regents Boulevard
              Suite 204
20            Fircrest, WA 98466
              253-566-2510
21            Joan@3brancheslaw.com

22
         Also Present:
23
              MICHAEL HEHENKAMP
24            Sound Vision Video Production
              4821 North 14th Street
25            Tacoma, Washington, 98406
```

```
 1        my language.  What I'm doing, like, learning.  It's not
 2        my language.
 3   Q    Okay.
 4   A    Yeah.
 5   Q    So you got into the United States -- you waited in a
 6        long line, you got into the United States and you
 7        requested asylum, correct?
 8   A    Yeah.
 9   Q    Okay.  Do you understand that the Department of Homeland
10        Security had to check you out to make sure you were not
11        a threat to the United States, correct?
12   A    I believe.
13   Q    Okay.  And so while you were seeking asylum, they put
14        you in a detention center, correct?
15   A    Yes.
16   Q    You were in the custody of Department of Homeland
17        Security, right?  ICE, Immigration and Customs
18        Enforcement, correct?
19   A    Yeah.
20   Q    Okay.  And they placed you at Northwest Detention
21        Center, correct?
22   A    Yes, sir.
23   Q    Were you at any other locations other than Northwest
24        Detention Center?
25   A    Yeah, in California.  I spent some weeks in California
```

```
 1        you provided three meals a day?
 2   A    Yeah.
 3   Q    All right.  Were you provided clothing?
 4   A    Yeah.
 5   Q    Were you provided medical care whenever you needed it?
 6   A    Yeah.
 7   Q    Did you ever need medical care?
 8   A    When I need, I go.
 9   Q    Okay.
10   A    Yeah.
11   Q    And did you ever need it?
12   A    Yeah.  I was when I have the dentist.
13   Q    Okay.  So you also went and got dental care when you
14        were at Northwest Detention Center?
15   A    Yeah.  Yeah.
16   Q    Okay.  What was wrong with your teeth?
17   A    I was having bleeding.
18   Q    Bleeding?
19   A    Yeah.
20   Q    And what did they do for you?
21   A    They give me some, you know -- some mouthwash and, you
22        know, that's -- and they check my teeth with the
23        machine, you know.  Try to see if something is wrong,
24        you know.
25   Q    Did they take x-rays of your teeth?
```

```
 1    A   Yeah.  There was a time they called me, when I have an
 2        appointment, like make me kind of, you know, check, you
 3        know.  Yeah.
 4    Q   Were you seen by a dentist?  A dentist?
 5    A   Yeah, a doctor.
 6    Q   Okay.  A doctor.  Okay.  All right.
 7            Other than -- how many times did you go to the
 8        doctor for your -- your teeth?
 9    A   Yeah.  If -- they told me they're going to -- try to
10        clean bottom of my teeth because they didn't clean it.
11        They give me appointment, but before the appointment I
12        left the detention.
13    Q   Okay.  So you had another appointment but you were
14        released from --
15    A   Yeah.  When I release through the help of World Relief,
16        I did it.  Yeah.
17    Q   Did you understand that while you were seeking asylum
18        from the United States, that the United States held you
19        in custody until you got asylum?
20                  MR. BERGER:  Objection.  Calls for a legal
21        conclusion.  You can go ahead and answer.
22        BY MR. DEACON:
23    Q   Do you know if ICE was holding you at Northwest
24        Detention Center?
25    A   I know that I fall in the hand of America.
```