# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

---

UGOCHUKWU GOODLUCK NWAUZOR,            )
FERNANDO AGUIRRE-URBINA,                )
individually and on behalf of all       )
those similarly situated,               )
              Plaintiffs,               )
        vs.                             ) No. 17-cv-05769-RJB
THE GEO GROUP, INC., a Florida          )
corporation,                            )
              Defendant.                )

---

Videotaped

Deposition Upon Oral Examination of

ERWIN K. DELACRUZ

---

9:33 a.m.

Monday, December 2, 2019

1019 Regents Blvd., Suite 204

Fircrest, Washington

REPORTED BY: Keri A. Aspelund, RPR, CCR No. 2661

Erwin Delacruz                                              December 2, 2019

                                                                     Page 2

 1      APPEARANCES:
 2      For the Plaintiffs:   JAMAL N. WHITEHEAD, ESQ.
 3                            Schroeter Goldmark & Bender
 4                            810 Third Avenue, Suite 500
 5                            Seattle, WA  98104
 6                            206-622-8000
 7                            whitehead@sgb-law.com
 8      For the Defendant:    ADRIENNE SCHEFFEY, ESQ.
 9                            Akerman LLP
10                            1900 Sixteenth Street, Suite 1700
11                            Denver, CO  80202
12                            303-640-2512
13                            adrienne.scheffey@akerman.com
14      Also present:         LINDSEY LEWIS, VIDEOGRAPHER
15
16                            ANDREA BRENNEKE, ESQ.
17                            Assistant Attorney General
18                            800 Fifth Avenue, Suite 2000
19                            Seattle, WA  98104
20                            206-233-3384
21                            andreab3@atg.wa.gov
22
23
24
25

1    would week -- or would work?
2         A.   It's usually written in -- I -- I think it's
3    written in there it's seven days a week.
4         Q.   Is there a time clock for detainee workers to
5    punch in and out of?
6         A.   No, they -- when they in-process through the
7    security officer or the desk officer, that's -- that means
8    they're physically there, and then we turn in the -- like a
9    time sheet to the lieutenant's office, and that's forwarded
10   to the work program so they know that they're there.
11        Q.   Okay.  And the desk officer, I've heard you
12   mention that title a few times, is there a desk officer
13   stationed in the kitchen, or is it someone in the pods?
14        A.   It's another cook officer because there's three
15   on each shift; so one cooking, one prepping, and one is a
16   desk officer, or you can call him pod officer.
17        Q.   All right.  So it's one cook supervisor
18   supervising the cook?
19        A.   Mm-hm.
20        Q.   One cook supervisor supervising the food
21   preparation?
22        A.   Right.
23        Q.   And then the third --
24        A.   And the -- and the -- and the serving.
25        Q.   And the serving?