# EXHIBIT I

**Inmate Jobs**

- **Class I (Correctional Industries (CI) Jobs)**
  DOC is not currently operating in Class I industries, however, the pay for workers is set in RCW 72.09.100:

  (1)(e) Inmates who work in free venture industries shall do so at their own choice. They shall be paid a wage comparable to the wage paid for work of a similar nature in the locality in which the industry is located, as determined by the director of correctional industries. If the director cannot reasonably determine the comparable wage, then the pay shall not be less than the federal minimum wage.

  Workers are eligible for L&I industrial insurance coverage that would be paid by the employer.

- **Class II (Correctional Industries Jobs – see policy 710.400)**
  Class II jobs are CI jobs that prepare individuals for employment after release. In addition to earning wages when incarcerated, CI provides on the job training and soft skills training. The compensation rate for Class II work is $0.90 - $1.05 per hour. Examples include furniture factory jobs, metal fabrication jobs, food preparation jobs; bookkeeping, accounting, and auditing clerks; ophthalmic laboratory technicians, laundry and dry-cleaning jobs, etc.

  Workers are eligible for L&I industrial insurance coverage that is paid by CI.

- **Class III (Prison Facility Jobs – see policy 700.100)**
  Class III jobs are those that support DOC facilities and include Custodians, Clerks, Maintenance Helpers, General Laborers, etc.

  Class III workers are compensated only for the hours worked and are paid an hourly gratuity, which may not exceed $55 per month. Since the pay is a gratuity, rather than a wage, workers do not qualify for L&I industrial insurance coverage.

- **Class IV (Offsite Work Crews – see policy 700.400)**
  Class IV jobs are offsite jobs operated by DOC and are designed and managed to provide services at a reduced cost to recipients in the community (public agencies and public benefit non-profit organizations). Inmates' wages are paid by the recipient of the services.

  Community Work Crews
  Wages for offsite work crews range from $1.00 to $1.50 per hour depending upon the task (see attachment "Class IV Matrix").

  Workers are eligible for L&I industrial insurance coverage. Generally, DOC pays L&I for non-DNR Class IV work crews, but the cost may be included as part of the contract.

<u>DNR Crews are also a Class IV job (restricted policy).</u>

The minimum DNR wage is $1.00; this is for training or other things not specified on the table below; the rates shown are for leads, crewmembers are $0.15 lower.

| WORK PROJECT TITLE | ASSIGNED COMPENSATION |
|---|---|
| FIRE FIGHTING | $1.50 |
| KITCHEN WORK | $1.50 |
| PRE COMMERCIAL THINNING | $1.50 |
| BRUSH CLEARING, HAND SLASHING | $1.25 |
| BRIDGE CONSTRUCTION | $1.25 |
| TREE PLANTING | $1.50 |
| TRAIL CONSTRUCTION AND RECREATION SITE MAINTENANCE | $1.25 |
| NOXIOUS WEED REMOVAL UPLANDS AND AQUATIC AREAS | $1.25 |
| WOOD CHIPPING | $1.25 |
| MOWING / WEED EATING | $1.25 |
| LITTER PICKUP | $1.25 |

For those who have worked for the program for the second consecutive year and on fire time, we can pay up to $2.50 for the lead and $2.25 for crewmembers.

Workers are eligible for L&I industrial insurance coverage that is paid by DNR.

- **Class V Community Custody work crews**
  Class V Community Custody work crews operate as unpaid jobs. Participants are generally individuals in the community completing community service hours ordered by the courts.

  Workers are not eligible for L&I.

**Do inmates have to work involuntarily?**

No. However, based on an inmate's needs assessment, their facility plan may include work or education requirements. Generally, GED completions are prioritized above other programs or jobs. If inmates refuse to work or program, they are guilty of a serious infraction (*557 – Refusing to participate in an available work, training, or education, or other mandatory programming assignment*) and may lose earned time (See reference materials WAC 137-30 Earned Time"). In felony sentences to DOC, the court imposes a determinate sentence of confinement. Inmates have the ability to earn time (good time) off of that sentence. If they refuse to work or program, they may not receive earned time and ultimately serve the sentence that was imposed by the court.

**Does DOC pay for work-related expenses for inmates?**

DOC may purchase work clothing and equipment (hard hats, gloves, shovels, etc.) for the use of individuals on work crews, however, the purchases are not the property of an inmate.

DOC may purchase needed work items for inmates at work release such as work boots, but their accounts are debited for the cost, which the inmate pays through the wages earned while in the program.

DOC has very limited Transition Funds which may be used to assist an individual in the community under DOC supervision. These funds may be used for needed work clothing, fees for certification, bus passes to job interviews, etc.

**Does DOC contract with private entities for detention, treatment, or rehabilitation services?**

DOC does contract with private entities for such services. See examples below:

1) **Substance Abuse Treatment** – DOC contracts with a treatment provider for substance abuse treatment in our confinement facilities and in the community. Additional contracts exist with other providers to provide services for areas in which our main contractor does not offer services.

2) **Work Releases**
   DOC provides case management for all individuals in our work release program; however, there are currently eight work releases that DOC contracts with outside entities for security services.

3) **Inmate Training Programs**
   DOC contracts with entities to provide training/jobs to individuals under our jurisdiction. Examples include Goodwill Industries and Fare Start.

While DOC does not contract with entities to provide housing for inmates after release, DOC does provide housing vouchers to landlords (individuals are required to enter into agreements directly with landlords, not DOC). See attached information sheet for additional details.