# EXHIBIT J

```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             AT TACOMA
_____

UGOCHUKWU GOODLUCK NWAUZOR,       )
FERNANDO AGUIRRE-URBINA,          )
individually and on behalf of     )
all those similarly situated,     )
                                  )
    Plaintiffs/Counter-Defendants.)
                                  )
       vs.                        )   NO. 3:17-CV-05769-RJB
                                  )
THE GEO GROUP, Inc.,              )
                                  )
    Defendant/Counter-Claimant.   )
_____

         DEPOSITION UPON ORAL EXAMINATION OF SEAN MURPHY
_____




                  Thursday, December 19, 2019
                      Tumwater, Washington
```

| | | |
|---|---|---|
| | I N D E X | |
| EXAMINATION | | PAGE/LINE |
| MS. MELL | | 5   19 |
| MS. BRENNEKE | | 50   15 |

E X H I B I T   I N D E X

| EXHIBIT NO. | DESCRIPTION | PAGE/LINE |
|---|---|---|
| NO. 377 | Declaration of Sean Murphy; 6 pgs. | 10   23 |
| NO. 378 | Subpoena for Sean Murphy; 4 pgs. | 5   20 |
| NO. 379 | Objections to subpoena duces tecum; 3 pgs. | 6   13 |

| | | |
|---|---|---|
| 1 | | the ICE Northwest Processing Center should be paid minimum |
| 2 | | wage? |
| 3 | A | Can you repeat that? |
| 4 | Q | Have you taken a position on whether or not detainees at |
| 5 | | the ICE Processing Center in Tacoma should be paid minimum |
| 6 | | wage? |
| 7 | A | No. |
| 8 | Q | Do you have a position on whether or not people within the |
| 9 | | State's custody should work? |
| 10 | | MS. BRENNEKE: Object to the form. Overly |
| 11 | | broad. |
| 12 | A | I have a position that the folks under my purview have an |
| 13 | | opportunity to be successfully returned to the community by |
| 14 | | effective work programs that help educate them, help teach |
| 15 | | them responsibility, and help get them back into |
| 16 | | communities so that they can recapture their lives and |
| 17 | | become productive citizens. |
| 18 | Q | (By Ms. Mell)  And are work programs a component of that |
| 19 | | policy objective? |
| 20 | A | So -- so for -- for the programs under my purview, work |
| 21 | | programs are an effective tool that's used to get folks |
| 22 | | prepared for reentry.  That's one of our goals, is to get |
| 23 | | folks back out in the community and allow them to live |
| 24 | | productive, healthy lives. |
| 25 | Q | Do you know whether or not the policy objectives are the |

1     same at the Northwest Detention Center?
2  A  I do not.
3  Q  What kind of work do you have people within the State's
4     custody do?
5            MS. BRENNEKE:  Object to the form of the
6     question.  Overly broad; foundation.
7  A  So the programs that are under our purview, under my
8     purview, range from, you know, at one facility helping with
9     laundry and sorting.  We really try and find anything that
10    we can get folks to do that teach them the skills to show
11    up on time, follow direction, and have a feeling of
12    responsibility that helps reinstill self-confidence,
13    self-worth.
14 Q  (By Ms. Mell)  But these are individuals -- strike that.
15           There are individuals in the State's custody doing
16    work for the State who have skills when the State takes
17    custody of them, correct?
18           MS. BRENNEKE:  Object to the form.  Overly
19    broad.
20           Counsel, would it be permissible for you to direct
21    questions to him only about DSHS?  I can avoid some of my
22    objections that way, but I'm concerned that your questions
23    are overly broad, and it's improper.  Yes, are we
24    understanding that?
25           MS. MELL:  I heard your objection, Counsel.