The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,

Plaintiffs,

v.

THE GEO GROUP, INC., a Florida corporation,

Defendant.

No. 3:17-cv-05769-RJB

**STIPULATED MOTION TO SEAL DOCUMENTS AND ORDER**

NOTE ON MOTION CALENDAR: JANUARY 2, 2020

## I. INTRODUCTION

In compliance with Local Rule W.D. Wash. LCR 5(g) and 10(g), and pursuant to the Protective Order entered in this case (Dkt. No. 163), the Parties submit this stipulated motion to permit Plaintiffs to file, under seal, documents that were marked or designated by Defendant, The GEO Group, Inc. (GEO) or Immigration and Customs Enforcement (ICE), as "confidential" under the terms of the Protective Order. This stipulation also serves to permit GEO to file, under seal, certain documents designated "confidential" under the terms of the Protective Order. The documents to be filed under seal by each party are identified in the charts

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

set forth below. The documents at issue are exhibits to the Declaration of Jamal N. Whitehead in Support of Plaintiffs' Motion for Summary Judgment, which is filed this same day. The Protective Order requires Plaintiffs to file under seal material GEO or another party designates confidential if the confidentiality designation is not withdrawn. Plaintiffs advised GEO that it intended to rely upon confidential documents for its motion and requested that GEO reconsider the confidential designations. GEO reviewed the material and confirmed that it should be designated "confidential" under the Protective Order. The Parties now file this stipulated motion to ensure compliance with the Protective Order.

The Court should authorize the filing of these documents under seal for purposes of the accompanying motion for summary judgment. Filing these documents under seal complies with Plaintiffs' obligations under the Protective Order, protects against disclosure of GEO's asserted confidential financial and proprietary information, and supports the Court's ability to make informed decisions about the parties' arguments.

## II. AUTHORITY

This motion is brought in accordance with Federal Rule of Civil Procedure 26(c), LCR 26(c), LCR 5(g), LCR 10(g), and the terms of the Protective Order.

Rule 26(c) provides for the entry of "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression or undue burden or expense." Pursuant to LCR 26(c), the Protective Order protects specific categories of confidential, proprietary, or private information, but "does not presumptively entitle the parties to file confidential information under seal." LCR 26(c)(2); Dkt. No. 163 at ¶ 1.

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

GEO designated the documents at issue as "Confidential" as purportedly falling within the categories of "Confidential" documents covered by the Stipulated Protective Order. Dkt. No. 163 at ¶ 2.

**GEO'S STATEMENT RE: LCR 5(g)(3)(B):**

GEO designated certain documents as "Confidential" consistent with the text of the Protective Order because it has a good faith belief that public disclosure of those documents will cause financial, competitive, or other serious harm to GEO or individuals employed by, or in the custody of, GEO. For example, GEO designated documents as "Confidential" when they contain the names and Alien Registration Numbers for federal detainees, information about those detainees, communications and contacts with ICE, and internal reports or policies that identify GEO's sensitive pricing or staffing information that helped GEO to obtain those contracts. If such information were disclosed to the public, GEO will suffer serious business harm because its competitors could use the pricing, staffing, or other sensitive business information to unfairly compete against GEO and siphon away its business. *See, e.g., Seiter v. Yokohama Tire Corp.*, No. C08-5578 FDB, 2009 WL 2461000, at *2 (W.D. Wash. Aug. 10, 2009) (holding the defendant established good cause for protective order due to potential competitive harm from disclosure of pricing policies and other confidential business practices). In addition, GEO would suffer financial and potentially legal consequences if it disclosed personal information about the detainees in violation of The Privacy Act of 1974, 5 U.S.C. § 552a. Further, ICE has designated some information that GEO produced as "Confidential" and GEO lacks the ability to withdraw those designations.

GEO reviewed the list of documents that Plaintiffs provided on January 2, 2020, and the parties prepared the following charts identifying the basis for its confidentiality

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

designations of the documents each seeks to file. Although GEO is amenable to Plaintiffs redacting all confidential information from the following documents, GEO understands that Plaintiffs seek to submit the confidential content of these documents and deposition testimony for their dispositive motion, so redaction is not possible.

**Plaintiffs' Chart:**

| Ex. No. | Description | Bates Range | Designation |
|---|---|---|---|
| A | Sept. 2017 ACA Welcome Book | GEO-Nwauzor 044051-044127 | Confidential |
| B | GEO-ICE K | GEO-Nwauzor 096300-096502 | Confidential |
| D | Facility Financial Summary | GEO-Nwauzor 198805 | Confidential |
| J | ACA Reaccreditation Audit (Sept. 2017) | GEO-Nwauzor 026329-026373 | Confidential |
| O | Classification Memo | GEO-Nwauzor 016445 | Confidential |
| P | Howard Email to McHatton, et al., Aug. 27, 2014) | GEO-State 283813-28314 | Confidential |
| Q | Voluntary Work Program Agreement | GEO-Nwauzor 177016 | Confidential |
| T | GEO Bills to ICE | GEO-State 045059, 046463, 046465, 045232, 047378, 045103, 045250, 045052, 045138, 230438, 046622, 046621, 230459, 046536, 047718 | Confidential |
| W | Detainee Worker Average Hour Spreadsheet | GEO-State 019281 (native document) | Confidential |
| Z | Detainee Worker Roster | GEO-Nwauzor 026921-026953 | Confidential |

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| Ex. No. | Description | Bates Range | Designation |
|---|---|---|---|
| AA | Detainee Worker Pay Sheet | GEO-Nwauzor 065428-065429 | Confidential |
| BB | Sergeant Job Description | GEO-Nwauzor 000340-000341 | Confidential |
| CC | Food Service Supervisor Job Description | GEO-Nwauzor 054190-054191 | Confidential |
| DD | Food Service Detention Officer Job Description | GEO-Nwauzor 014245-014246 | Confidential |
| EE | Janitor Job Description | GEO-Nwauzor 010202 | Confidential |
| FF | Maintenance Technician Job Description | GEO-Nwauzor 014243-014244 | Confidential |

**GEO's Chart:**

| Ex. No. | Description | Bates Range | Designation |
|---|---|---|---|
| A | GEO-ICE 2015 Contract | GEO-Nwauzor 085023—085225 | Confidential |
| M | GEO Year End Report Northwest Detention Center | GEO-Nwauzor 049400—049425 | Confidential |

## III. CERTIFICATION OF COUNSEL

The parties conferred on January 2, 2020, regarding the need to file these documents under seal. Plaintiffs shared a list of documents it intended to file under seal accompanying their Motion for Summary Judgment, GEO also shared its list with Plaintiffs. Each of these

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

documents have been designated as "confidential" pursuant to the Protective Order. GEO reviewed the confidentiality designation of these documents and confirmed that they should, indeed, be marked "confidential" and be filed under seal.

**IV. CONCLUSION**

The parties, by and through their counsel, stipulate and agree to entry of the Order, below.

DATED this 2nd day of January, 2020.

*s/ Jamal N. Whitehead*
SCHROETER GOLDMARK & BENDER
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF
R. ANDREW FREE
R. Andrew Free (*Pro Hac Vice*)
P.O. Box 90568
Nashville, TN 37209
Tel: (844) 321-3221
andrew@immigrantcivilrights.com

OPEN SKY LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
20415 – 72nd Avenue S, Suite 110
Kent, WA 98032
Tel: (206) 962-5052
devin@opensky.law

MENTER IMMIGRATION LAW, PLLC

*s/ Adrienne Scheffey*
AKERMAN LLP
Colin L. Barnacle
Ashley E. Calhoun
Christopher J. Eby
Adrienne Scheffey
Allison N. Angel
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
colin.barnacle@akerman.com
ashley.calhoun@akerman.com
christopher.eby@akerman.com
adrienne.scheffey@akerman.com
allison.angel@akerman.com

III BRANCHES LAW, PLLC
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466
Telephone: (253) 566-2510
Facsimile: (281) 664-4643
joan@3brancheslaw.com

*Counsel for Defendant*

Meena Menter, WSBA # 31870
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
Tel: (206) 419-7332
meena@meenamenter.com

*Class Counsel*

STIP. MOT. TO SEAL DOCUMENTS
AND ORDER - 7

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

**ORDER**

IT IS SO ORDERED.

Done this 6th day of January, 2020.

ROBERT J. BRYAN
United States District Judge

STIP. MOT. TO SEAL DOCUMENTS AND ORDER - 8

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

PRESENTED BY:

*s/ Jamal N. Whitehead*
SCHROETER GOLDMARK & BENDER
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF
R. ANDREW FREE
R. Andrew Free (*Pro Hac Vice*)
P.O. Box 90568
Nashville, TN 37209
Tel: (844) 321-3221
andrew@immigrantcivilrights.com

OPEN SKY LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
20415 – 72nd Avenue S, Suite 110
Kent, WA 98032
Tel: (206) 962-5052
devin@opensky.law

MENTER IMMIGRATION LAW, PLLC
Meena Menter, WSBA # 31870
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
Tel: (206) 419-7332
meena@meenamenter.com

*Class Counsel*

*s/ Joan K. Mell*
III BRANCHES LAW, PLLC
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466
Telephone: (253) 566-2510
Facsimile: (281) 664-4643
joan@3brancheslaw.com

AKERMAN LLP
Colin L. Barnacle
Ashley E. Calhoun
Christopher J. Eby
Adrienne Scheffey
Allison N. Angel
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
colin.barnacle@akerman.com
ashley.calhoun@akerman.com
christopher.eby@akerman.com
adrienne.scheffey@akerman.com
allison.angel@akerman.com

*Counsel for Defendant*