The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>　　　　　　　　　　Defendant. | No.  3:17-cv-05769-RJB<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' MOTION TO AMEND NOTICE PLAN** |

THIS MATTER came before the Court on Plaintiffs' Motion to Amend their Notice Plan. The Court has reviewed the motion and all evidence submitted in support of, and in opposition, to the motion, as well as the pleadings on file and argument of counsel, and is otherwise fully informed.

IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff's Motion is GRANTED in part;

2. No later than January 24, 2020, Plaintiffs shall distribute notice to the Class as follows:

    a. <u>Administrator</u>: JND Legal Administration will serve as the notice administrator (Administrator).

[PROPOSED] ORDER GRANTING AMENDED NOTICE PLAN (3:17-cv-05769-RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

    b. <u>Direct Mail to Class Members Still in Custody</u>: Plaintiffs shall serve the long form notice (Dkt. No. 142) upon those Class Members GEO has identified as still in custody at NWDC or other GEO/ICE facilities.

    c. <u>Internet/Social Media Banner Ads</u>: The Administrator will publish advertisements in English and Spanish on Google Display Networks and Facebook that will be accessible both within and outside of the United States. The Administrator will use its best efforts to target these advertisements to increase the likelihood that Class Members will see them.

    d. <u>Press Release</u>: The Administrator will distribute a press release about the notice process to U.S., Latin American, and Indian media outlets.

    e. <u>Radio Advertisements</u>: The Administrator will air advertisements on Spanish-speaking radio stations in those regions of Mexico and Central America from which a significant portion of Class Members originate or are believed to live.

    f. <u>Website</u>: The Administrator will create a website containing the class notice information in English and Spanish. Class members may download the Exclusion form and email, mail, or fax the form to the Administrator.

[PROPOSED] ORDER GRANTING AMENDED NOTICE PLAN (3:17-cv-05769-RJB) – 2

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

      g. <u>Toll-Free Number</u>: The Administrator will establish a toll-free number with Interactive Voice Responses (IVR) and live operators fluent in multiple dialects to provide class notice information.

      h. <u>Opt-Outs</u>: The opt-out deadline will be February 24, 2020. The Administrator shall notify the parties of any opt-outs within seven (7) days of the deadline. Within 14 days of the opt-out deadline, Class Counsel Shall file a report with the Court regarding opt-outs.

3. Plaintiffs will distribute notice to the class as described for a period ending on February 24, 2020.

4. GEO will post class notice information in conspicuous areas of the Northwest Detention Center accessible by civil immigration detainees.

SO ORDERED, this _____ day of _____, 2020.

_____
The Honorable Robert J. Bryan
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

SCHROETER GOLDMARK & BENDER

s/ *Jamal Whitehead*
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
Fax: (206) 682-2305
berger@sgb-law.com
halm@sgb-law.com

[PROPOSED] ORDER GRANTING AMENDED NOTICE PLAN (3:17-cv-05769-RJB) – 3

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1 | whitehead@sgb-law.com

2 | THE LAW OFFICE OF R. ANDREW FREE
R. Andrew Free (Admitted *Pro Hac Vice*)
3 | PO Box 90568
Nashville, TN 37209
4 | Tel: (844) 321-3221x1
Fax: (615) 829-8959
5 | andrew@immigrantcivilrights.com

6 | OPEN SKY LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
7 | 20415 – 72nd AVE S, Suite 110
Kent, WA 98032
8 | Tel: (206) 962-5052
Fax: (206) 681-9663
9 | devin@sunbird.law

10 | MENTER IMMIGRATION LAW PLLC
Meena Menter, WSBA #31870
11 | MENTER IMMIGRATION LAW PLLC
8201 – 164th Avenue NE, Suite 200
12 | Redmond, WA 98052
meena@meenamenter.com

13 | *Class Counsel*

[PROPOSED] ORDER GRANTING AMENDED NOTICE PLAN (3:17-cv-05769-RJB) – 4

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305