The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | No. 17-cv-05769-RJB<br><br>DECLARATION OF JAMAL N. WHITEHEAD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. JEFFREY MUNSON |

I, JAMAL N. WHITEHEAD, declare as follows:

1. I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2. Plaintiff's expert, Dr. Jeffrey Munson, has performed damages calculations in wage and hour class actions based upon voluminous payroll, timekeeping, and similar data produced by defendant employers; and performed damages calculations in approximately forty different wage cases; and has testified at trial in wage cases at least five times in the last five years.

3. After the expert report deadline, GEO produced banking data showing the amounts paid to individual detainee workers for their work in the VWP. Dr. Munson has analyzed this data and anticipates supplementing his report to refine his aggregate damages calculations and to determine individual damages owed to the Class Members.

4. I attach as Exhibit 1 true and correct copies of excerpts from the deposition of Dr. Jeffrey Munson, taken December 12, 2019.

5. I attach as Exhibit 2 true and correct copies of excerpts from the deposition of Michael Heye, taken December 4, 2019.

6. I attach as Exhibit 3 true and correct copies of excerpts from the deposition of Defendant's FRCP 30(b)(6) representative, Bruce Scott, taken December 10, 2019.

7. I attach as Exhibit 4 a true and correct copy of excerpts from Defendant's rebuttal expert report of Serena Morones, dated October 31, 2019. Defendant designated the report as "Highly Confidential – Outside Attorneys' Eyes Only," but the parties met and conferred today, and GEO agreed to a redacted filing of excerpted pages 8, 12, and 13, excluding "all numbers/figures on each page."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Seattle, Washington this 13th day of January, 2020.

*s/ Jamal N. Whitehead*
JAMAL N. WHITEHEAD, WSBA #39818

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2020, I electronically filed the foregoing, together with its supporting pleadings and attachments thereto, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Devin T. Theriot-Orr
OPEN SKY LAW, PLLC
20415 – 72nd Avenue South, Suite 110
Kent, WA 98032
devin@opensky.law
*Attorney for Plaintiff*

R. Andrew Free
THE LAW OFFICE OF R. ANDREW FREE
PO Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com
*Attorney for Plaintiff*

Meena Menter
MENTER IMMIGRATION LAW PLLC
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
meena@meenamenter.com
*Attorney for Plaintiff*

Joan K. Mell
III BRANCHES LAW, PLLC
1019 Regents Boulevard, Suite 204
Fircrest, WA 98466
joan@3ebrancheslaw.com
*Attorney for Defendant*

Colin L. Barnacle
Ashley E. Calhoun
Christopher J. Eby
Adrienne Scheffey
Allison N. Angel
AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
colin.barnacle@akerman.com
ashley.calhoun@akerman.com
christopher.eby@akerman.com
allison.angel@akerman.com
adrienne.scheffey@akerman.com
*Attorneys for Defendant*

Christopher M. Lynch
US DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 "L" Street NW
Washington, D.C. 20005
christopher.m.lynch@usdoj.gov
*Attorneys for Interested Party*

DATED at Seattle, Washington this 13th day of January, 2020.

*s/ Virginia Mendoza*
VIRGINIA MENDOZA, Legal Assistant
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
mendoza@sgb-law.com

WHITEHEAD DECL. IN SUPPORT OF
PLTFS.' OPP. TO DEF.'S MOT. TO
EXCLUDE MUNSON (17-cv-05769-RJB) – 3

SCHROETER GOLDMARK & BENDER
810 Third Avenue ● Suite 500 ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305