# EXHIBIT 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

NWAUZOR et. al,                    )
                                   )
          Plaintiff,               )
                                   )
     vs.                           ) No.
                                   ) 3:17-cv-05769-RJB
THE GEO GROUP,                     )
                                   )
          Defendant.               )

DEPOSITION OF JEFFREY MUNSON, PH.D.

December 12, 2019

Seattle, Washington

1   Q   So then your main job is dealing with data you've been
2       provided.  Or assessing data you've been --
3   A   Yeah.
4   Q   -- provided.
5   A   That's my main role in the -- the research I'm involved
6       in currently.
7   Q   Okay.  So in terms of data analysis, do you have any
8       specific qualifications?  Certificates?
9   A   No certificates other than graduate-level courses in
10      a variety of statistical techniques.  The -- the core
11      sort of statistical coursework in my degree program, but
12      I've taken additional courses as well, and we have
13      different multivariant statistical techniques.
14  Q   You mentioned numerous "statistical techniques."
15          What are those techniques?
16  A   They could be the -- the names of different statistical
17      techniques can be clumped at different levels of
18      generality.
19          So aiming for the level at which I think of, one
20      is sort of linear mixed models, which is one statistical
21      technique that allows you to analyze data that's
22      collected across multiple levels.  Repeated observations
23      with an individual and then those observations across
24      multiple individuals would create two different levels
25      of data.  So intermixed models, simple things of looking

```
 1      told how it was generated and what it purports, but
 2      I pretty much take it on -- as face valid.
 3   Q  Uh-huh.  What do you do when you're presented with
 4      conflicting datasets or datasets that indicate that one
 5      of them cannot be correct?
 6   A  If one cannot be correct but both are theoretically
 7      potentially valid, I would speak to the -- the attorneys
 8      I'm involved with and, you know, seek guidance from their
 9      part on what to assume is correct.
10   Q  And did you do that here?
11   A  I don't believe so.  I think the information I've
12      analyzed that are in the report was -- just took what
13      was -- what was there and carried out the steps
14      I described.
15   Q  Okay.  Do you have any experience calculating back wages?
16   A  Yes.
17   Q  What is that experience?
18   A  I've been involved in I think 40 or so different cases
19      where I've been asked to calculate -- well, I've been
20      asked to calculate damages, so maybe this changes my
21      answer.  You said wages.  Back wages.  Again, I'm asked
22      usually to address, you know, one or more different
23      claims in a suit, like missed breaks or unpaid work,
24      unpaid overtime, things like that.  So I've been asked to
25      calculate each of those types of things.  Some of those
```

```
 1  STATE OF WASHINGTON )      I, April Cook, CCR #3245,
                        ) ss  a certified court reporter
 2  County of Pierce    )      in the State of Washington, do
                               hereby certify:
 3

 4
        That the foregoing deposition of JEFFREY MUNSON, PH.D.
 5  was taken before me and completed on December 12, 2019, and
    thereafter was transcribed under my direction; that the
 6  deposition is a full, true and complete transcript of the
    testimony of said witness, including all questions, answers,
 7  objections, motions and exceptions;
 8      That the witness, before examination, was by me duly
    sworn to testify the truth, the whole truth, and nothing but
 9  the truth, and that the witness reserved the right of
    signature;
10
        That I am not a relative, employee, attorney or counsel
11  of any party to this action or relative or employee of any
    such attorney or counsel and that I am not financially
12  interested in the said action or the outcome thereof;

13      That I am herewith securely sealing the said deposition
    and promptly delivering the same to Adrienne Scheffey.
14
        IN WITNESS WHEREOF, I have hereunto set my signature on
15  the 15th day of December, 2019.

16

17

18

19  _____
                              April Cook, CCR
20                            Certified Court Reporter No. 3245
                              (Certification expires 10/11/20.)
21

22

23

24

25
```