# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

---

UGOCHUKWU GOODLUCK NWAUZOR,         )
FERNANDO AGUIRRE-URBINA,            )
individually and on behalf of all   )
those similarly situated,           )
              Plaintiffs,           )
    vs.                             ) No. 17-cv-05769-RJB
THE GEO GROUP, INC., a Florida      )
corporation,                        )
              Defendant.            )

---

** Transcript Contains Portions Designated Confidential **

** See Index on Page 4 **

---

Videotaped Deposition Upon Oral Examination of

MICHAEL T. HEYE

---

10:04 a.m.

Wednesday, December 4, 2019

810 Third Avenue, Suite 500

Seattle, Washington

REPORTED BY:  Keri A. Aspelund, RPR, CCR No. 2661

1        MS. CHIEN:  And this is Marsha Chien, and I
2   represent the State of Washington in a consolidated case.
3        THE VIDEOGRAPHER:  Will the court reporter
4   please administer the oath.
5        --------------------------
6   MICHAEL T. HEYE:     Witness herein, having been
7                        duly sworn, testified as follows:
8                   E-X-A-M-I-N-A-T-I-O-N
9   BY MR. WHITEHEAD:
10       Q.   Good morning, Mr. Heye.
11       A.   Hello.
12       Q.   We met a moment ago off the record, but I would
13  like to introduce myself for benefit of the record.  My
14  name's Jamal Whitehead.  I represent Mr. Nwauzor and the
15  class of civil immigration detainees that he represents in
16  a private lawsuit against the GEO corporation.
17            Could you please state and spell your name for
18  the record.
19       A.   It's Michael Heye, M-I-C-H-A-E-L, and last name
20  is Heye, H-E-Y-E.
21       Q.   And your middle name, Mr. Heye?
22       A.   Thomas --
23       Q.   What's --
24       A.   -- T-H-O-M-A-S.
25       Q.   And your date of birth, please.

```
 1    second page is the slip sheet that bears the Bates number,
 2    so you see there in the bottom right corner?
 3              MS. MELL:  Yeah.
 4              MR. WHITEHEAD:  This one says GEO-State 019281,
 5    and then the printout from the Excel file is the third
 6    page.
 7              MS. MELL:  Okay.  Okay.
 8         Q.   All right.  So, Mr. Heye, my -- my question to
 9    you is, what are we looking at here on this third page of
10    Exhibit-325?
11         A.   Pods, workers, hours, total.
12              Spreadsheet?
13         Q.   Now, according to the metadata produced with the
14    Excel spreadsheet, mheye, H-E-Y-E, is listed as the author.
15              Did you create this spreadsheet?
16         A.   Yeah.
17         Q.   So what does this spreadsheet reflect?
18         A.   It shows the pods and outside details.
19         Q.   When did you create this document?
20         A.   A couple years ago.
21         Q.   So 2017?
22         A.   I believe it was.
23         Q.   Why did you create this document?
24         A.   It was my -- it was either -- I think it was the
25    A-dub -- or was it Ryan?  One of the admin people asked me
```

 1    if they would -- if I would put a spreadsheet together on
 2    how many pods we have, how many workers, or how many
 3    assignments total there could be in each section, and then
 4    they wanted to know how long certain things took and
 5    average it out.
 6         Q.   The information that's reflected here on the
 7    spreadsheet, where is it derived from?
 8         A.   The pods is how many pods we got, the workers is
 9    the total number of assignments per unit, and then the --
10    where it says "Hours," I just called the pod and asked the
11    pod officer what is -- how long it typically takes for an
12    assignment to get completed.
13         Q.   Are you aware of any other purpose for this
14    document?
15         A.   Nope, they just asked me to put something
16    together.
17         Q.   So someone in your chain of command asked you to
18    put this document, which is Exhibit-325, together?
19         A.   Correct.
20         Q.   And the information that's reflected here, you
21    consulted with the detention officers to fill in the Hours
22    column; is that right?
23         A.   Correct, on some of it, and some of the other
24    stuff, kitchen and ...
25         Q.   For the kitchen, who did you consult with on

1

                    C-E-R-T-I-F-I-C-A-T-E

2

3    STATE OF WASHINGTON  )

4                         )  ss.

5    COUNTY OF THURSTON   )

6

7            I, the undersigned Registered Professional
     Reporter and Certified Court Reporter, hereby
     certify that the foregoing deposition upon oral
8    examination was taken stenographically before me and
     transcribed under my direction;

9

10           That the witness was duly sworn by me,
     pursuant to RCW 5.28.010, to testify truthfully; that the
11   transcript of the deposition is a full, true, and correct
     transcript to the best of my ability; that I am neither
12   attorney for, nor a relative or employee of, any of the
     parties to the action or any attorney or counsel employed
13   by the parties hereto, nor financially interested in its
     outcome.

14

15           I further certify that in accordance with CR
     30(e), the witness was given the opportunity to examine,
16   read, and sign the deposition, within 30 days, upon its
     completion and submission, unless waiver of signature was
17   indicated in the record.

18

             IN WITNESS WHEREOF, I have hereunto set
19   my hand this 16th day of December, 2019.

20

21

22

23   _____
     NCRA Registered Professional Reporter
24   Washington Certified Court Reporter No. 2661

25