# EXHIBIT A



# Immigration and Customs Enforcement Detention
ICE Data Snapshots, up to April 2019 — see **About the Data**

ICE Data snapshot as of **March 2016**

| State | | click on column headings to sort | Facility | State=Washington click on column headings to sort | | Citizenship | State=Washington, Facility=NORTHWEST DET. CENTER (WA) click on column headings to sort | |
|---|---|---|---|---|---|---|---|---|
| **State** | **Total** | | **Facility** | **Total** | | **Citizenship** | **Total** | |
| All | 31,418 | | All | 1,298 | | All | 1,277 | |
| Texas | 9,147 | | NORTHWEST DET. CENTER (WA) | 1,277 | | MEXICO | 491 | |
| California | 4,505 | | YAKIMA SUB-OFFICE (WA) | 9 | | GUATEMALA | 140 | |
| Arizona | 2,765 | | YAKIMA COUNTY (WA) | 9 | | EL SALVADOR | 137 | |
| New Jersey | 1,762 | | SEATTLE FIELD OFFICE HOLD ROOM (WA) | 2 | | INDIA | 84 | |
| Louisiana | 1,673 | | COWLITZ CO. JUV. DET. (WA) | 1 | | HONDURAS | 78 | |
| Georgia | 1,606 | | | | | GHANA | 41 | |
| Florida | 1,516 | | | | | CHINA, PEOPLES REPUBLIC OF | 39 | |
| Washington | 1,298 | | | | | SOMALIA | 15 | |
| New Mexico | 950 | | | | | AFGHANISTAN | 14 | |
| Pennsylvania | 892 | | | | | CAMEROON | 13 | |
| New York | 621 | | | | | UKRAINE | 13 | |
| Virginia | 598 | | | | | ECUADOR | 13 | |
| Colorado | 523 | | | | | BANGLADESH | 11 | |
| Wisconsin | 384 | | | | | NEPAL | 11 | |
| Massachusetts | 373 | | | | | BRAZIL | 9 | |
| Illinois | 356 | | | | | PHILIPPINES | 9 | |
| Alabama | 328 | | | | | VIETNAM | 8 | |
| Maryland | 265 | | | | | CANADA | 8 | |
| Michigan | 264 | | | | | MALI | 7 | |
| Nevada | 238 | | | | | PAKISTAN | 7 | |
| Minnesota | 221 | | | | | ERITREA | 7 | |
| Utah | 178 | | | | | IRAQ | 6 | |
| Ohio | 165 | | | | | NICARAGUA | 6 | |
| Kentucky | 137 | | | | | RUSSIA | 6 | |
| Oklahoma | 133 | | | | | TURKEY | 5 | |
| Missouri | 118 | | | | | DOMINICAN REPUBLIC | 5 | |
| Nebraska | 94 | | | | | KENYA | 5 | |
| Iowa | 63 | | | | | GUINEA | 4 | |
| Indiana | 52 | | | | | KAZAKHSTAN | 3 | |
| New Hampshire | 44 | | | | | CUBA | 3 | |
| Kansas | 33 | | | | | MICRONESIA, FEDERATED STATES OF | 3 | |
| South Carolina | 28 | | | | | ETHIOPIA | 3 | |
| Hawaii | 25 | | | | | IRAN | 3 | |
| Puerto Rico | 16 | | | | | GAMBIA | 3 | |
| Oregon | 10 | | | | | FIJI | 3 | |
| Idaho | 8 | | | | | CAMBODIA | 3 | |
| Arkansas | 8 | | | | | TANZANIA | 3 | |

Copyright 2019, TRAC Reports, Inc.