# EXHIBIT B




# Immigration and Customs Enforcement Detention
### ICE Data Snapshots, up to April 2019 — see About the Data

ICE Data snapshot as of **September 2017 ▼**

| State ▼ | | Facility ▼ | | Citizenship ▼ | |
|---|---|---|---|---|---|
| *click on column headings to sort* | | **State=Washington** *click on column headings to sort* | | **State=Washington, Facility=NORTHWEST DET. CENTER (WA)** *click on column headings to sort* | |
| *State* | *Total* | *Facility* | *Total* | *Citizenship* | *Total* |
| All | 37,440 | All | 1,435 | All | 1,430 |
| Texas | 10,259 | NORTHWEST DET. CENTER (WA) | 1,430 | MEXICO | 690 |
| California | 5,071 | YAKIMA SUB-OFFICE (WA) | 2 | INDIA | 76 |
| Georgia | 3,304 | YAKIMA COUNTY (WA) | 2 | GUATEMALA | 73 |
| Arizona | 2,498 | COWLITZ CO. JUV. DET. (WA) | 1 | NEPAL | 63 |
| Louisiana | 2,022 | | | EL SALVADOR | 62 |
| New Jersey | 1,942 | | | HONDURAS | 59 |
| Florida | 1,491 | | | HAITI | 44 |
| Washington | 1,435 | | | CHINA, PEOPLES REPUBLIC OF | 37 |
| Pennsylvania | 996 | | | CUBA | 35 |
| New Mexico | 954 | | | PERU | 19 |
| New York | 828 | | | PAKISTAN | 19 |
| Virginia | 787 | | | CAMEROON | 18 |
| Massachusetts | 679 | | | SOMALIA | 14 |
| Colorado | 588 | | | UKRAINE | 13 |
| Ohio | 557 | | | RUSSIA | 12 |
| Illinois | 548 | | | IRAQ | 7 |
| Minnesota | 446 | | | COLOMBIA | 7 |
| Michigan | 390 | | | KENYA | 7 |
| Nevada | 387 | | | ETHIOPIA | 7 |
| Alabama | 348 | | | NICARAGUA | 6 |
| Wisconsin | 303 | | | PHILIPPINES | 6 |
| Maryland | 286 | | | AFGHANISTAN | 6 |
| Oklahoma | 248 | | | MICRONESIA, FEDERATED STATES OF | 6 |
| Iowa | 196 | | | CANADA | 6 |
| Kentucky | 134 | | | FIJI | 6 |
| Nebraska | 131 | | | VIETNAM | 5 |
| Kansas | 114 | | | GUINEA | 5 |
| Missouri | 111 | | | ERITREA | 5 |
| New Hampshire | 84 | | | BANGLADESH | 4 |
| South Carolina | 58 | | | TURKEY | 4 |
| Utah | 54 | | | ECUADOR | 4 |
| Indiana | 40 | | | IRAN | 4 |
| Hawaii | 28 | | | GHANA | 4 |
| Tennessee | 20 | | | MOLDOVA | 4 |
| Idaho | 20 | | | UNKNOWN | 3 |
| Oregon | 18 | | | SUDAN | 3 |
| North Dakota | 16 | | | CAMBODIA | 3 |



Copyright 2019, TRAC Reports, Inc.