# EXHIBIT C



# Immigration and Customs Enforcement Detention
### ICE Data Snapshots, up to April 2019 — see About the Data

ICE Data snapshot as of  February 2018 ▼

| State | | Facility | | Citizenship | |
|---|---|---|---|---|---|
| click on column headings to sort | | **State=Washington** click on column headings to sort | | **State=Washington, Facility=TACOMA ICE PROCESSING CENTER (WA)** click on column headings to sort | |
| State | Total | Facility | Total | Citizenship | Total |
| All | 40,442 | All | 1,423 | All | 1,400 |
| Texas | 11,417 | TACOMA ICE PROCESSING CENTER (WA) | 1,400 | MEXICO | 708 |
| California | 4,856 | SEATTLE FIELD OFFICE HOLD ROOM (WA) | 13 | INDIA | 129 |
| Georgia | 3,301 | COWLITZ CO. JUV. DET. (WA) | 5 | GUATEMALA | 83 |
| Arizona | 2,884 | YAKIMA COUNTY (WA) | 2 | EL SALVADOR | 63 |
| New Jersey | 2,094 | FRIENDS OF YOUTH LTFC (WA) | 2 | HONDURAS | 54 |
| Florida | 2,086 | BELLINGHAM BPS ERO HOLDROOM (WA) | 1 | CHINA, PEOPLES REPUBLIC OF | 43 |
| Louisiana | 2,007 | | | NEPAL | 25 |
| New Mexico | 1,424 | | | CAMEROON | 17 |
| Washington | 1,423 | | | RUSSIA | 16 |
| Pennsylvania | 1,093 | | | UKRAINE | 15 |
| Colorado | 786 | | | SOMALIA | 14 |
| Virginia | 728 | | | PHILIPPINES | 10 |
| New York | 721 | | | PERU | 8 |
| Massachusetts | 644 | | | IRAQ | 7 |
| Illinois | 622 | | | COLOMBIA | 7 |
| Ohio | 580 | | | KYRGYZSTAN | 7 |
| Michigan | 459 | | | CUBA | 7 |
| Minnesota | 434 | | | PAKISTAN | 7 |
| Nevada | 402 | | | ETHIOPIA | 7 |
| Wisconsin | 370 | | | VIETNAM | 7 |
| Maryland | 341 | | | CANADA | 7 |
| Alabama | 324 | | | ERITREA | 6 |
| Oklahoma | 309 | | | SUDAN | 6 |
| Iowa | 169 | | | VENEZUELA | 5 |
| Kentucky | 161 | | | GHANA | 5 |
| Nebraska | 160 | | | KENYA | 5 |
| Missouri | 147 | | | NIGERIA | 5 |
| New Hampshire | 119 | | | AFGHANISTAN | 5 |
| Kansas | 73 | | | BRAZIL | 5 |
| Indiana | 63 | | | LAOS | 5 |
| Utah | 51 | | | CAMBODIA | 5 |
| Oregon | 29 | | | IRAN | 4 |
| Hawaii | 29 | | | ROMANIA | 4 |
| West Virginia | 22 | | | HAITI | 4 |
| Idaho | 21 | | | SRI LANKA | 4 |
| North Dakota | 21 | | | MICRONESIA, FEDERATED STATES OF | 4 |
| Guam | 20 | | | NICARAGUA | 4 |

Copyright 2019, TRAC Reports, Inc.