The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant/Counter-Claimant. | Case No. 3:17-cv-05769-RJB<br><br>**MOTION OF IMMIGRATION REFORM LAW INSTITUTE FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>NOTE ON MOTION CALENDAR: January 24, 2020<br><br>Without Oral Argument |

MOT. OF IMM. REF. LAW INST.
FOR LEAVE TO FILE BRIEF
AS AMICUS CURIAE
IN SUPPORT OF DEFENDANT
CASE NO. 3:17-CV-05769-RJB                   1

IMMIGRATION REFORM LAW INSTITUTE
25 MASSACHUSETTS AVENUE NW
SUITE 335
WASHINGTON, DC 20001
TEL. (202) 232-5590

The Immigration Reform Law Institute ("IRLI") respectfully asks this Court for leave to file an *amicus curiae* brief in support of defendants. IRLI's brief is appended to this motion.

IRLI is a non-profit 501(c)(3) public interest law firm dedicated to litigating immigration-related cases on behalf of, and in the interests of, United States citizens and lawful permanent residents, and also to assisting courts in understanding and accurately applying federal immigration law. IRLI has litigated or filed *amicus curiae* briefs in a wide variety of cases, including *Wash. All. of Tech. Workers v. U.S. Dep't of Homeland Sec.*, 74 F. Supp. 3d 247 (D.D.C. 2014); *Save Jobs USA v. U.S. Dep't of Homeland Sec.*, No. 16-5287 (D.C. Cir. filed Sept. 28, 2016); *Matter of Silva-Trevino*, 26 I. & N. Dec. 826 (B.I.A. 2016); *Matter of C-T-L-*, 25 I. & N. Dec. 341 (B.I.A. 2010); and *In re Q- T- -- M- T-*, 21 I. & N. Dec. 639 (B.I.A. 1996).

IRLI has contacted counsel for both parties. Defendant does not oppose this motion for leave to file an *amicus curiae* brief. Plaintiffs oppose.

"An amicus brief should normally be allowed when . . . the amicus has unique information or perspective that can help the court beyond the help that the

MOT. OF IMM. REF. LAW INST.
FOR LEAVE TO FILE BRIEF
AS AMICUS CURIAE
IN SUPPORT OF DEFENDANT
CASE NO. 3:17-CV-05769-RJB                                   2

IMMIGRATION REFORM LAW INSTITUTE
25 MASSACHUSETTS AVENUE NW
SUITE 335
WASHINGTON, DC 20001
TEL. (202) 232-5590

lawyers for the parties are able to provide." *Cmty. Ass'n for Restoration of the Env't v. Deruyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999). Here, IRLI presents unique perspective beyond the help that the lawyers for the parties have provided. Specifically, IRLI presents an analysis of preemption doctrine that was not addressed in either party's motion for summary judgment, and also offers additional support for defendant's derivative sovereign immunity.

## CONCLUSION

For the foregoing reasons, the instant motion should be granted.

Dated: January 15, 2020  Respectfully submitted,

/s/ Richard M. Stephens, WSBA 21776
601 108th Avenue NE, Suite 1900
Bellevue, WA 98004
425-453-6206; stephens@sklegal.pro

/s/ Christopher J. Hajec
CHRISTOPHER J. HAJEC
LEW J. OLOWSKI
Immigration Reform Law Institute
25 Massachusetts Avenue NW, Suite 335
Washington, DC 20001
Telephone: (202) 232-5590
chajec@irli.org
lolowski@irli.org

MOT. OF IMM. REF. LAW INST.
FOR LEAVE TO FILE BRIEF
AS AMICUS CURIAE
IN SUPPORT OF DEFENDANT
CASE NO. 3:17-CV-05769-RJB

3

IMMIGRATION REFORM LAW INSTITUTE
25 MASSACHUSETTS AVENUE NW
SUITE 335
WASHINGTON, DC 20001
TEL. (202) 232-5590

Attorneys for *Amicus Curiae*
Immigration Reform Law Institute

## CERTIFICATE OF SERVICE

I hereby certify on this 15th day of January, 2020, I electronically filed and served the foregoing via the Court's CM/ECF system.

*/s/* Richard M. Stephens

MOT. OF IMM. REF. LAW INST.
FOR LEAVE TO FILE BRIEF
AS AMICUS CURIAE
IN SUPPORT OF DEFENDANT
CASE NO. 3:17-CV-05769-RJB

4

IMMIGRATION REFORM LAW INSTITUTE
25 MASSACHUSETTS AVENUE NW
SUITE 335
WASHINGTON, DC 20001
TEL. (202) 232-5590