The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> Defendant/Counter-Claimant. | Case No. 3:17-cv-05769-RJB <br><br> **[PROPOSED] ORDER GRANTING MOTION OF IMMIGRATION REFORM LAW INSTITUTE FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLANTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> NOTE ON MOTION CALENDAR: January 24, 2020 <br><br> Without Oral Argument |

[PROPOSED] ORDER GRANTING MOT. OF IMM. REF. LAW INST. LEAVE TO FILE BR. AS AM. CUR. IN SUPPORT OF DEFENDANT
CASE NO. 3:17-CV-05769-RJB          1

IMMIGRATION REFORM LAW INSTITUTE
25 MASSACHUSETTS AVENUE NW
SUITE 335
WASHINGTON, DC 20001
TEL. (202) 232-5590

**THIS MATTER** came before the Court on the Motion of Immigration Reform Law Institute ("IRLI") for Leave to File Brief As Amicus Curiae in Support of Defendant's Motion for Summary Judgment. The Court having reviewed the Motion, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1. The Motion of Immigration Reform Law Institute is **GRANTED**.

Dated this ___ day of January, 2020

_____
HON. ROBERT J. BRYAN
United States District Judge

[PROPOSED] ORDER GRANTING
MOT. OF IMM. REF. LAW INST.
LEAVE TO FILE BR. AS AM. CUR.
IN SUPPORT OF DEFENDANT
CASE NO. 3:17-CV-05769-RJB                2

IMMIGRATION REFORM LAW INSTITUTE
25 MASSACHUSETTS AVENUE NW
SUITE 335
WASHINGTON, DC 20001
TEL. (202) 232-5590