UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, et al.,<br><br>                Plaintiffs,<br><br>  v.<br><br>THE GEO GROUP, INC.,<br><br>                Defendant. | CASE NO. C17-5769 RJB<br><br>ORDER DENYING MOTION OF IMMIGRATION REFORM LAW INSTITUTE FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    This matter comes before the Court on the Motion of Immigration Reform Law Institute for Leave to File Brief as Amicus Curiae in Support of Defendant's Motion for Summary Judgment (Dkt. 243).  The Court having reviewed the Motion, it is hereby

    ORDERED that the Motion is DENIED.  Amicus applicant can best aid the Court by sharing its views with the parties to the case, for presentation of appropriate arguments to the Court by one or more parties to the case.

    The Clerk is directed to send copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 17th day of January, 2020.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge