UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>THE GEO GROUP, INC.,<br><br>      Defendant. | CASE NO. C17-5769 RJB<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANT THE GEO GROUP, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF CHRISTOPHER STRAWN |

  This matter comes before the Court on the above-referenced motion (Dkt. 219)  The Court is familiar with the records and files herein and all documents filed in support of and in opposition to the motion, including the report of Mr. Strawn (Dkt. 220-1).  As stated below, this motion should be denied without prejudice.

  First, Mr. Strawn appears qualified to testify as an expert on the United States' immigration process, and it appears appropriate that he uses The Transactional Records Access Clearing House as a source of information regarding statistical information relevant to the Northwest Detention Center.  It is not disqualifying that some of Mr. Strawn's opinions on

immigration procedures are legal opinions. If such opinions are in controversy, the Court will resolve the issue.

What is unclear to the Court is the extent of which Mr. Strawn's stated opinions are relevant to the issues in this case, or may assist the jury to either understand the issues or determine facts in issue under Evidence Rule 702. Certainly some background regarding the class members and what leads them to stays at to the Northwest Detention Center is appropriate, but the Court, without knowing exactly what issues the parties will raise in the evidence at trial makes it difficult to determine what, if any, parts of Mr. Strawn's opinions may be relevant, either in direct or rebuttal testimony. It is unlikely that the jury will need a complete understanding of "the complex system of immigration laws, policies, and procedures" as suggested in Plaintiffs' opposition (Dkt. 236). Accordingly, the motion should be denied without prejudice to raising these issues again after it is more clear as to what evidence the parties propose to offer, either in support of Plaintiffs' case in chief, of Defendant's case in chief, or of rebuttal. It is now

ORDERED that Defendant The GEO Group, Inc.'s Motion to Exclude Expert Testimony of Christopher Strawn (Dkt. 219) is DENIED without prejudice.

The Clerk is directed to send copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 24th day of January, 2020.

ROBERT J. BRYAN
United States District Judge

ORDER DENYING WITHOUT PREJUDICE DEFENDANT THE GEO GROUP, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF CHRISTOPHER STRAWN - 2