# EXHIBIT A

## Exhibit A

**Radio Script**

If you participated in the Voluntary Work Program at the Northwest Detention Center, you may be affected by a class action lawsuit. The Court has not decided whether you are entitled to relief. However, your rights are affected and you must make a decision by March 24. For more information, call 18007334126 or visit VWPClassAction.com.