# EXHIBIT C

# Exhibit C

**Internet Banner Ads**

Detainees in the Volunteer Work Program at the Northwest Detention Center in Tacoma, Washington may be affected by a class action lawsuit.

