# EXHIBIT E

# Exhibit E

## Email

Subject Line:

Legal Notice

Body text:

Attached is a legal notice concerning *Nwauzor v. The GEO Group, Inc.*, a certified class action involving civil immigration detainees at the Northwest Detention Center in Tacoma, Washington. We request that you forward this notice by mail, email, or fax to anyone who participated in the Voluntary Work Program at the Northwest Detention Center.

Recipients:

1. Washington State Catholic Conference (WSCC)
2. Catholic Relief Services
3. Seattle Archdiocese
4. Tacoma Community House
5. World Relief Seattle
6. Advocates for Immigrants in Detention Northwest (AIDNW)
7. Evangelical Immigration Table
8. Washington State Department of Social & Health Services Office of Refugee and Immigrant Assistance
9. El Centro de la Raza
10. OneAmerica