The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | No. 3:17-cv-05769-RJB<br><br>**STIPULATION AND ORDER REGARDING AMENDED NOTICE PLAN AND CLASS NOTICES**<br><br>NOTE ON MOTION CALENDAR:<br><br>JANUARY 27, 2020 |

Plaintiffs Ugochukwu Goodluck Nwauzor and Fernando Aguirre-Urbina and Defendant The GEO Group, Inc. (the Parties) respectfully and jointly move that the Court approve Plaintiffs' Amended Notice Plan and Class Notices. As grounds for this motion, the parties state:

1.   The Court granted Plaintiffs' Motion for Class Certification on August 6, 2018, certifying a class of all civil immigration detainees who participated in the Voluntary Work Program at the Northwest Detention Center at any time between September 26, 2014, and the date of final judgment in this matter. Dkt. No. 114.

STIP. & ORDER RE: AM. NOTICE PLAN AND CLASS NOTICES (3:17-cv-05769-RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

2. The Court approved Plaintiffs' Proposed Notice Plan on January 9, 2019, Dkt. No. 138, and Long Form Class Notice on February 5, 2019. Dkt. No. 142.

3. The Court granted in part and denied in part Plaintiffs' motion to amend the notice plan, directing Plaintiffs to "enhance" the proposed publication campaign among other things. Dkt. No. 241.

4. The parties have conferred and agreed to the plan identified below, as well as the form of the proposed Class Notices, including a radio script, press release, internet/social media banner ads, website, email to community organizations, and print advertisements.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiffs shall distribute notice to the Class as follows:

   a. <u>Administrator</u>: JND Legal Administration will serve as the notice administrator (Administrator).

   b. <u>Direct Mail to Class Members Still in Custody</u>: Class Counsel shall serve the long-form notice (Dkt. No. 142) by first-class mail upon those Class Members that GEO has identified as still in custody at NWDC or other ICE facilities. Class Counsel will mail notice by January 30, 2020.

   c. <u>Internet/Social Media Banner Ads</u>: The Administrator will publish advertisements in English and Spanish on Google and Facebook that will be accessible both within the United States, including Alaska, Idaho, Montana, Oregon, Nevada, Arizona, California, and Washington State, as well abroad, including Mexico, El Salvador, Guatemala, and

STIP. & ORDER RE: AM. NOTICE PLAN
AND CLASS NOTICES (3:17-cv-05769-RJB) – 2

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

Honduras. This dissemination is anticipated to generate a combined 28.3 million digital impressions inside and outside the U.S. These ads were placed on January 24, 2020, for a period of 30 days.

d. Press Release: The Administrator will distribute a press release about the class certification and notice process to 15,000 U.S., 4,000 Latin American, and 250 Indian media outlets. The Administrator will disseminate the press releases on February 4, 2020.

e. Print Advertisements: The Administrator will run a print advertisement in Washington in Spanish-language newspapers *La Raza del Noroeste* and *El Mundo*, which have a combined circulation of 40,000. The Administrator will place the ads by February 6, 2020.

f. Radio Advertisements: The Administrator will air 140 radio advertisements on Spanish-speaking news/talk/entertainment radio stations in Mexico (Mexico City and Guadalajara), as well as El Salvador, Guatemala, and Honduras.

g. Website: The Administrator will create a website containing the class notice information in English and Spanish. The parties have conferred about the form of the website and are in agreement. The Administrator published the website on January 24, 2020.

h. Toll-Free Number: The Administrator will establish a toll-free number with Interactive Voice Responses (IVR) and live operators fluent in

STIP. & ORDER RE: AM. NOTICE PLAN
AND CLASS NOTICES (3:17-cv-05769-RJB) – 3

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

        multiple dialects to provide class notice information. The Toll-Free number was activated on January 24, 2020.

    i. <u>Email</u>: The Administrator will email notice information to various churches, relief organizations, and assistance groups that have frequent contact with immigrants requesting that they forward the long-form notice (Dkt. No. 142) to potential Class members. The Administrator will email notice by February 4, 2020.

2. The Publication Notices shall be in the form attached to this Stipulation as follows:

    a. Exhibit A: Radio Script

    b. Exhibit B: Press Release

    c. Exhibit C: Internet Banner Ads

    d. Exhibit D: Print Advertisements

    e. Exhibit E: Email to Community Organizations

3. This Notice Plan is sufficient and reasonably calculated, under the circumstances, to apprise interested parties of the pendency of this action and affords them an opportunity to present their objections.

4. Plaintiffs will distribute notice to the class as described above with the opt-out period ending on March 24, 2020.

5. The Administrator will generate an opt-out report to the parties within seven days of the March 24, 2020.

6. Within seven days of receiving the opt-out report from the Administrator, Plaintiffs will file a notice advising the Court of any opt-outs.

STIP. & ORDER RE: AM. NOTICE PLAN AND CLASS NOTICES (3:17-cv-05769-RJB) – 4

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

SO STIPULATED this 27th day of January, 2020.

| AKERMAN LLP | SCHROETER GOLDMARK & BENDER |
|---|---|
| *s/ Adrienne Scheffey* | *s/ Jamal Whitehead* |
| Colin L. Barnacle (Admitted *pro hac vice*) | Adam J. Berger, WSBA #20714 |
| Ashley E. Callhoun (Admitted *pro hac vice*) | Lindsay L. Halm, WSBA #37141 |
| Adrienne Scheffey (Admitted *pro hac vice*) | Jamal N. Whitehead, WSBA #39818 |
| Allison N. Angel (Admitted *pro hac vice*) | 810 Third Avenue, Suite 500 |
| 1900 Sixteenth Street, Suite 1700 | Seattle, WA 98104 |
| Denver, Colorado 80202 | Tel: (206) 622-8000 |
| Tel: (303) 260-7712 | berger@sgb-law.com |
| Fax: (303) 260-7714 | halm@sgb-law.com |
| Colin.Barnacle@akerman.com | whitehead@sgb-law.com |
| Ashley.Callhoun@akerman.com | |
| Adrienne.Scheffey@akerman.com | THE LAW OFFICE OF |
| Allison.Angel@akerman.com | R. ANDREW FREE |
| | R. Andrew Free (*Pro Hac Vice*) |
| III BRANCHES LAW, PLLC | P.O. Box 90568 |
| Joan K. Mell, WSBA #21319 | Nashville, TN 37209 |
| 1019 Regents Boulevard, Suite 204 | Tel: (844) 321-3221 |
| Fircrest, WA 98466 | andrew@immigrantcivilrights.com |
| Tel: (253) 566-2510 | |
| joan@3ebrancheslaw.com | SUNBIRD LAW, PLLC |
| | Devin T. Theriot-Orr, WSBA # 33995 |
| *Attorneys for Defendant* | 1001 Fourth Avenue, Suite 3200 |
| | Seattle, WA 98154-1003 |
| | Tel: (206) 962-5052 |
| | devin@sunbird.law |
| | |
| | MENTER IMMIGRATION LAW, PLLC |
| | Meena Menter, WSBA # 31870 |
| | 8201 – 164th Avenue NE, Suite 200 |
| | Redmond, WA 98052 |
| | Tel: (206) 419-7332 |
| | meena@meenamenter.com |
| | |
| | *Class Counsel* |

STIP. & ORDER RE: AM. NOTICE PLAN AND CLASS NOTICES (3:17-cv-05769-RJB) – 5

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

**ORDER**

Pursuant to the foregoing proposal, IT IS SO ORDERED.

DATED this 30th day of January, 2020.

*[signature]*

ROBERT J. BRYAN
United States District Judge

PRESENTED BY:

SCHROETER GOLDMARK & BENDER

*s/ Jamal Whitehead*
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal Whitehead, WSBA #39818

*Class Counsel*


AKERMAN LLP

*s/ Adrienne Scheffey*
Colin L. Barnacle (Admitted *pro hac vice*)
Ashley E. Callhoun (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)
Allison N. Angel (Admitted *pro hac vice*)

*Attorneys for Defendant*

STIP. & ORDER RE: AM. NOTICE PLAN AND CLASS NOTICES (3:17-cv-05769-RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305