# EXHIBIT A

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

_____

STATE OF WASHINGTON,            )
                                )   No. 17-cv-05806-RJB
         Plaintiff,             )
                                )
     vs.                        )
                                )
THE GEO GROUP, INC.,            )
                                )
         Defendant.             )
                                )
                                )

_____

30(b)(6) DEPOSITION UPON ORAL EXAMINATION OF
COLLEEN MELODY
August 10, 2018
Fircrest, Washington

_____

Taken Before:

Laura A. Gjuka, CCR #2057
Certified Shorthand Reporter

```
 1                      A P P E A R A N C E S

 2        For the Plaintiff:

 3            MARSHA CHIEN
              LA ROND BAKER
 4            Assistant Attorney General
              Office of the Attorney General
 5            800 Fifth Avenue, Suite 2000
              Seattle, WA 98104
 6            206-464-7744
              larondb@atg.wa.gov
 7            marshac@atg.wa.gov

 8
          For the Defendant:
 9
              JOAN K. MELL
10            III Branches Law, PLLC
              1019 Regents Boulevard
11            Suite 204
              Fircrest, WA 98466
12            253-566-2510
              joan@3brancheslaw.com
13
          Also Present:
14
              ANYA PERRET
15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        EXAMINATION INDEX

 2      EXAMINATION BY:                                      PAGE NO.

 3        Ms. Mell                                               4

 4

 5                          EXHIBIT INDEX

 6        EXHIBIT NO.     DESCRIPTION                        PAGE NO.

 7        Exhibit No. 24  10 pages, Notice of Deposition        154

 8        Exhibit No. 25  2 pages, Various Emails, 2014         177

 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              BE IT REMEMBERED that on the 10th of August,
 2     2018, 9:06 a.m., at 1019 Regents Boulevard, Fircrest,
 3     Washington, before LAURA A. GJUKA, CCR# 2057, Washington
 4     State Certified Court Reporter residing at University
 5     Place, authorized to administer oaths and affirmations
 6     pursuant to RCW 5.28.010.
 7              WHEREUPON the following proceedings were had,
 8     to wit:
 9                         * * * * * *
10
11     COLLEEN MELODY, having been first duly sworn by
12                   the Court Reporter, was examined and
13                   testified as follows:
14
15                          EXAMINATION
16     BY MS. MELL:
17  Q  State your name for the record.
18  A  Colleen Melody.
19  Q  What's your address?
20  A  My business address is 800 Fifth Avenue, suite 2000,
21     Seattle, Washington 98104.
22  Q  Okay.  What's your personal address?
23              MS. CHIEN:  Objection.  Is there a reason
24     you need her personal address?
25              MS. MELL:  Not if you're going to accept
```

```
 1        service if I need to --
 2                  THE WITNESS:  Yes, we accept service
 3        through our --
 4                  MS. CHIEN:  Through the business address.
 5        BY MS. MELL:
 6    Q   When you say "we accept service," if you're not there
 7        and I need to subpoena you, the Attorney General's
 8        Office will accept service for you?
 9    A   Yeah.
10                  MS. CHIEN:  Yes.
11        BY MS. MELL:
12    Q   Okay.  And your phone number?
13    A   (206) 464-5342.
14    Q   And that's work?
15    A   That's my direct line at work.
16    Q   What is your position?
17    A   I'm a unit chief for the civil rights unit at the
18        Washington State Attorney General's Office.
19    Q   How many people are in the civil rights unit?
20    A   Thirteen.
21    Q   And who are those people comprised of?  I don't need to
22        know their names, I just need to know what they do.
23    A   They're attorneys and support staff that include
24        investigator, paralegal, legal assistant, staff members.
25    Q   Who is the investigator?
```

```
 1        BY MS. MELL:
 2   Q    How do you accuse GEO of understaffing a facility unless
 3        you know what the staffing requires?
 4   A    We haven't accused of GEO of understaffing a facility.
 5        We accused GEO of not paying the staff that it has
 6        chosen to employ the rate that's required by law.
 7   Q    I thought I understood that you said Attorney General
 8        Ferguson has an interest in having Washington citizens
 9        do the jobs needed to operate the facility.
10   A    No.  I've said that Attorney General Ferguson, through
11        the Office of the Attorney General in the civil rights
12        unit, has a position that the jobs being done by
13        detainee workers in the facility is work that's
14        compensable to employees under Washington law.  The
15        position is not that it should be detainees or that it
16        should not be non-detainees doing the work.  We don't
17        have a position on that.  The position is the people who
18        do the work in the facility, whoever they are, need to
19        be paid minimum wage for that work.
20   Q    Okay.  But does Attorney General Ferguson have a basis
21        for saying that any number of Washington citizens should
22        be doing the work in the facility?
23   A    No, because we don't think that it has to be Washington
24        citizens.
25   Q    And the Attorney General Ferguson is not taking a
```