# EXHIBIT B

```
                  UNITED STATES DISTRICT COURT

              WESTERN DISTRICT OF WASHINGTON AT TACOMA
   _____

                                  )
   UGOCHUKWO GOODLUCK NWAUZOR,     )
   et al.,                        )
                                  )
                    Plaintiffs,   ) 3:17-cv-05769-RJB
                                  ) 3:17-cv-05806-RJB
   v.                             )
                                  ) Tacoma, Washington
   THE GEO GROUP, INC.,           )
                                  ) January 10, 2020
                    Defendant.    )
   _____) Preliminary
                                  ) Pretrial
   STATE OF WASHINGTON,           ) Conference
                                  )
                    Plaintiff,    ) 10:30 a.m.
                                  )
   v.                             )
                                  )
   THE GEO GROUP, INC.,           )
                                  )
                    Defendant.    )
                                  )
   _____

                VERBATIM REPORT OF PROCEEDINGS
             BEFORE THE HONORABLE ROBERT J. BRYAN
                  UNITED STATES DISTRICT JUDGE
   _____
```

Proceedings stenographically reported and transcribed
With computer-aided technology

```
 1                        APPEARANCES

 2

 3   For the Plaintiff        JAMAL N. WHITEHEAD
     Nwauzor, et al.:         Schroeter Goldmark & Bender
 4                            810 Third Avenue
                              Suite 500
 5                            Seattle, Washington

 6                            DEVIN T. THERIOT-ORR
                              Open Sky Law PLLC
 7                            20415 72nd Avenue South
                              Suite 110
 8                            Kent, Washington

 9                            R. ANDREW FREE
                              Law Office of R. Andrew Free
10                            P.O. Box 90568
                              Nashville, Tennessee
11

12   For the Plaintiff        ANDREA BRENNEKE
     State of Washington:     LANE POLOZOLA
13                            MARSHA J. CHIEN
                              800 Fifth Avenue
14                            Suite 2000
                              Seattle, Washington
15

16
     For the Defendant        COLIN L. BARNACLE
17   The GEO Group:           ADRIENNE SCHEFFEY
                              Akerman LLP
18                            1900 Sixteenth Street
                              Suite 1700
19                            Denver, Colorado

20                            JOAN K. MELL
                              III Branches Law PLLC
21                            1019 Refents Boulevard
                              Suite 204
22                            Fircrest, Washington

23

24

25
```

```
 1                          MORNING SESSION
 2                          JANUARY 10, 2020
 3          THE COURT:  This is the time we set for a preliminary
 4  pretrial conference in Cause Number 17-5769, Nwauzor versus
 5  GEO, and 17-5806, State versus GEO.
 6      Let me call the role here.  First, for Washington,
 7  Ms. Chien, Ms. Brenneke and Mr. Polozola.
 8      For the plaintiffs, Nwauzor and others, Mr. Whitehead.
 9          MR. WHITEHEAD:  Good morning, Your Honor.
10          THE COURT:  Mr. Theriot-Orr
11          MS. THERIOT-ORR:  Yes, sir, good morning.
12          THE COURT:  Mr. Free.
13          MR. FREE:  Yes, sir.
14          THE COURT:  For the defendants, Mr. Barnacle.
15          MR. BARNACLE:  Good morning.
16          THE COURT:  Ms. Scheffy and Ms. Mell.
17          MS. MELL:  Good morning, Your Honor.
18          THE COURT:  We have a number of things to cover this
19  morning.  First thing is, I want to get a better feel than I
20  have for exactly what the claims of the plaintiffs are here,
21  and understand a bit more of how you propose to prove your
22  claims.
23      I had this nice sheet with your names on it, and then I
24  covered it up.
25      I guess I should ask Mr. Whitehead to go first and tell me
```

1  have heard.  It seems to me there are things like punishment
2  for not working or different things that are not within what
3  you two have described today.  Are you anticipating any
4  evidence along those lines of inappropriate activities on the
5  part of GEO toward detainees?
6           MS. BRENNEKE:  I am thinking about our claims as
7  being fairly discrete whether or not the Minimum Wage Act is
8  being applied for work, and also whether there is an
9  injustice for them to retain the benefits of those for the
10 unjust enrichment claim moving forward.
11      I believe with the unjust enrichment claim, there is some
12 maybe potential for thinking about the circumstances in which
13 they are working and the injustice of that, that is a bit
14 broader because that is an equitable claim that is a
15 subjective standard.
16      We are not bringing claims you might have seen reported in
17 some of the cases like in Colorado and other places where
18 there is like a forced work situation or other types of
19 claims that I think could be brought in some circumstances.
20 We have not brought those claims.
21      Jamal, I don't know if --
22          MR. WHITEHEAD:  No, I don't have anything further to
23 add.  Certainly, Your Honor, we believe those things to be
24 true.  In terms of what we would try to present and prove at
25 trial, that is not the case we intend to bring.