The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>PLAINTIFF,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>DEFENDANT. | No. 3:17-cv-05806-RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | No. 3:17-cv-05769-RJB<br><br>STIPULATED MOTION AND [PROPOSED] ORDER ON MOTIONS IN LIMINE<br><br>NOTE ON MOTION CALENDAR: March 12, 2020 |

## STIPULATION

The parties, by and through counsel, respectfully and jointly move the Court for an in limine order concerning certain evidentiary and other issues to streamline trial and the

STIP. MOT. & [PROPOSED] ORDER ON MOT. IN LIMINE (3:17-cv-05769-RJB/No. 3:17-cv-05806-RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

presentation of evidence to the jury. Counsel for the parties have conferred and agree that an in limine order is appropriate, with reference to the following:

1. Pursuant to the Court's order dated February 3, 2020 (Dkt. No. 255), parties must file all motions in limine by March 12, 2020.

2. Pursuant to Local Rule 7(d)(4), the parties held conference calls on March 9 and 11, 2020, to determine which matters are really in dispute before filing their respective motions. The parties reached an agreement on a number of issues.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Evidence or argument excluded by an Order in limine may not be presented to the jury without prior leave from the Court.

2. Except for GEO's designated representatives, the Private Plaintiff class representatives, and the State's designated representatives, not to exceed three different representatives per party, witnesses are excluded from the courtroom until called and excused by the Court.

3. Counsel shall not offer at trial documents not previously disclosed without prior leave from the Court.

4. Counsel shall not comment regarding the size of any law firm or the number of attorneys involved in the litigation.

5. Counsel shall not make reference to the substance of pre-trial motions in the presence of the jury.

6. Expert reports are not admissible. (But note: summary charts, or other cumulative evidence summaries, even if prepared by experts, may be admissible, subject to

STIP. MOT. & [PROPOSED] ORDER ON MOT. IN LIMINE (3:17-cv-05769-RJB/No. 3:17-cv-05806-RJB) – 2

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

agreement by the parties or the Federal Rules of Evidence.)

7. Counsel shall provide the names of witnesses they plan to call the next court day at the end of each day of trial.

8. Counsel shall not refer to Plaintiffs or members of the class as "illegals."

9. GEO may present argument or evidence regarding its offset defense and unjust enrichment claim in the *Nwauzor* case only during the damages phase of the *Nwauzor* trial.

10. Counsel shall not refer to the Northwest Detention Center as a "private prison."

11. Counsel shall not present argument or evidence suggesting that detention at the Northwest Detention Center is criminal or penal in nature.

SO STIPULATED this 12th day of March, 2020.

| AKERMAN LLP | SCHROETER GOLDMARK & BENDER |
|---|---|
| *s/ Adrienne Scheffey* | *s/ Jamal Whitehead* |
| Colin L. Barnacle (Admitted *pro hac vice*) | Adam J. Berger, WSBA #20714 |
| Ashley E. Callhoun (Admitted *pro hac vice*) | Lindsay L. Halm, WSBA #37141 |
| Adrienne Scheffey (Admitted *pro hac vice*) | Jamal N. Whitehead, WSBA #39818 |
| | Rebecca J. Roe, WSBA #7560 |
| 1900 Sixteenth Street, Suite 1700 | 810 Third Avenue, Suite 500 |
| Denver, Colorado 80202 | Seattle, WA 98104 |
| Tel: (303) 260-7712 | Tel: (206) 622-8000 ~ Fax: (206) 682-2305 |
| Fax: (303) 260-7714 | berger@sgb-law.com |
| Colin.Barnacle@akerman.com | halm@sgb-law.com |
| Ashley.Callhoun@akerman.com | whitehead@sgb-law.com |
| Adrienne.Scheffey@akerman.com | |
| | THE LAW OFFICE OF R. ANDREW FREE |
| III BRANCHES LAW, PLLC | Andrew Free (*Pro Hac Vice*) |
| Joan K. Mell, WSBA #21319 | P.O. Box 90568 |
| 1019 Regents Boulevard, Suite 204 | Nashville, TN 37209 |
| Fircrest, WA 98466 | Tel: (844) 321-3221 ~ Fax: (615) 829-8959 |
| Tel: (253) 566-2510 | andrew@immigrantcivilrights.com |
| joan@3ebrancheslaw.com | |

STIP. MOT. & [PROPOSED] ORDER ON MOT. IN LIMINE (3:17-cv-05769-RJB/No. 3:17-cv-05806-RJB) – 3

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

| | |
|---|---|
| *Attorneys for Defendant* | SUNBIRD LAW, PLLC |
| | Devin T. Theriot-Orr, WSBA # 33995 |
| | 1001 Fourth Avenue, Suite 3200 |
| | Seattle, WA 98154-1003 |
| | Tel: (206) 962-5052 ~ Fax: (206) 681-9663 |
| | devin@sunbird.law |
| | |
| | MENTER IMMIGRATION LAW, PLLC |
| | Meena Menter, WSBA # 31870 |
| | 8201 164th Ave NE, Suite 200 |
| | Redmond, WA 98052 |
| | Tel: (206) 419-7332 |
| | meena@meenamenter.com |
| | |
| | *Class Counsel* |

ROBERT FERGUSON
Attorney General of Washington

*s/ Lane Polozola*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

STIP. MOT. & [PROPOSED] ORDER ON MOT. IN LIMINE (3:17-cv-05769-RJB/No. 3:17-cv-05806-RJB) – 4

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

**ORDER**

IT IS SO ORDERED:

DATED this _____ day of March, 2020.

                                                           _____
                                                           ROBERT J. BRYAN
                                                           United States District Judge

Jointly Presented by:

SCHROETER GOLDMARK & BENDER

*s/ Jamal Whitehead*
_____
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal Whitehead, WSBA #39818

*Class Counsel*


AKERMAN LLP

*s/ Adrienne Scheffey*
_____
Colin L. Barnacle (Admitted *pro hac vice*)
Ashley E. Callhoun (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)

*Attorneys for Defendant*


ROBERT FERGUSON
Attorney General of Washington

*s/ Lane Polozola*
_____
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693

*Attorneys for State of Washington*

STIP. MOT. & [PROPOSED] ORDER ON MOT. IN LIMINE (3:17-cv-05769-RJB/No. 3:17-cv-05806-RJB) – 5

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Devin T. Theriot-Orr<br>OPEN SKY LAW, PLLC<br>20415 – 72nd Avenue South, Suite 110<br>Kent, WA 98032<br>devin@opensky.law<br>*Attorney for Plaintiff* | R. Andrew Free<br>THE LAW OFFICE OF R. ANDREW FREE<br>PO Box 90568<br>Nashville, TN 37209<br>andrew@immigrantcivilrights.com<br>*Attorney for Plaintiff* |
| Meena Menter<br>MENTER IMMIGRATION LAW PLLC<br>8201 – 164th Avenue NE, Suite 200<br>Redmond, WA 98052<br>meena@meenamenter.com<br>*Attorney for Plaintiff* | Joan K. Mell<br>III BRANCHES LAW, PLLC<br>1019 Regents Boulevard, Suite 204<br>Fircrest, WA 98466<br>joan@3ebrancheslaw.com<br>*Attorney for Defendant* |

Colin L. Barnacle
Ashley E. Calhoun
Christopher J. Eby
Adrienne Scheffey
Allison N. Angel
AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
colin.barnacle@akerman.com
ashley.calhoun@akerman.com
christopher.eby@akerman.com
allison.angel@akerman.com
adrienne.scheffey@akerman.com
*Attorneys for Defendant*

DATED at Seattle, Washington this 12th day of March, 2020.

*s/ Virginia Mendoza*
VIRGINIA MENDOZA, Legal Assistant
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000/Fax: (206) 682-2305
Email: mendoza@sgb-law.com

STIP. MOT. & [PROPOSED] ORDER ON MOT. IN LIMINE (3:17-cv-05769-RJB/No. 3:17-cv-05806-RJB) – 6

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305