The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>                   Plaintiffs,<br><br>   v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>                   Defendant. | No.  17-cv-05769-RJB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTIONS IN LIMINE |

THIS MATTER came before the Court on Plaintiffs' Motions in Limine. The Court has reviewed the motions and all evidence submitted in support of, and in opposition, if any, to the motions, as well as the pleadings on file and argument of counsel, and is otherwise fully informed.

IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiffs' Motions in Limine are hereby GRANTED.

SO ORDERED, this _____ day of _____, 2020.

_____
The Honorable Robert J. Bryan
U.S. District Court Judge

[PROPOSED] ORDER GRANTING
PLTFS.' MTNS. IN LIMINE
(17-cv-05769-RJB ) – 1

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

|   |   |
|---|---|
| 1 | PRESENTED BY: |
| 2 | SCHROETER GOLDMARK & BENDER |
| 3 | s/ *Jamal Whitehead* |
| 4 | Adam J. Berger, WSBA #20714 |
|   | Lindsay L. Halm, WSBA #37141 |
| 5 | Jamal N. Whitehead, WSBA #39818 |
|   | Rebecca J. Roe, WSBA #7560 |
| 6 | 810 Third Avenue, Suite 500 |
| 7 | Seattle, WA 98104 |
|   | Tel: (206) 622-8000 |
| 8 | Fax: (206) 682-2305 |
|   | berger@sgb-law.com |
| 9 | halm@sgb-law.com |
|   | whitehead@sgb-law.com |
| 10 | roe@sgb-law.com |
| 11 |   |
|   | THE LAW OFFICE OF R. ANDREW FREE |
| 12 | R. Andrew Free (Admitted *Pro Hac Vice*) |
|   | PO Box 90568 |
| 13 | Nashville, TN 37209 |
| 14 | Tel: (844) 321-3221x1 |
|   | Fax: (615) 829-8959 |
| 15 | andrew@immigrantcivilrights.com |
| 16 | OPEN SKY LAW, PLLC |
|   | Devin T. Theriot-Orr, WSBA # 33995 |
| 17 | 20415 – 72nd Avenue S, Suite 110 |
| 18 | Kent, WA 98032 |
|   | Tel: (206) 962-5052 |
| 19 | devin@opensky.law |
| 20 | MENTER IMMIGRAITON LAW PLLC |
|   | Meena Menter, WSBA #31870 |
| 21 | MENTER IMMIGRATION LAW PLLC |
|   | 8201 – 164th Avenue NE, Suite 200 |
| 22 | Redmond, WA 98052 |
| 23 | Tel: (206) 419-7332 |
|   | meena@meenamenter.com |
| 24 |   |
|   | *Class Counsel* |
| 25 |   |
| 26 |   |