The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | No. 17-cv-05769-RJB<br><br>DECLARATION OF JAMAL N. WHITEHEAD IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE |

I, JAMAL N. WHITEHEAD, declare as follows:

1. I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2. Before filing this motion, I conferred with GEO's counsel by telephone on March 9 and 11, 2020. We discussed the parties' proposed motions in limine in an effort to resolve any disputes. The parties agreed on several issues, and expect to submit a stipulation containing those agreements this same day or soon after. One such stipulation is an agreement between the parties that neither Plaintiffs nor members of the class shall be referred to as "illegals."

WHITEHEAD DECL. IN SUPPORT OF
PLTFS.' MTNS. IN LIMINE
(17-cv-05769-RJB ) – 1

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

3. Mr. Aguirre-Urbina's criminal history is as follows:

| Disposition Date | Description | Type | Sentence |
|---|---|---|---|
| 05/31/2012 | Delivery of controlled substance, methamphetamine | Felony Conviction | 12 months + 1 day |
| 05/31/2012 | Possession with intent to deliver, methamphetamine | Felony Conviction | 12 months + 1 day |
| 05/31/2012 | Possession with intent to deliver, marijuana | Felony Conviction | 6 months |
| 01/25/2011 | Theft 3 | Bail Forfeiture | None |
| 06/30/2010 | Obstruction | Misdemeanor Conviction | 365 days, 365 days suspended |
| 12/01/2009 | Malicious Mischief | Misdemeanor Conviction | 90 days, with 90 days suspended |
| 03/17/2009 | Possession of marijuana | Misdemeanor Conviction | 90 days, with 89 days suspended |
| 03/17/2009 | False Statements | Misdemeanor Conviction | 90 days, with 89 days suspended |

4. On March 11, 2020, counsel for GEO suggested that to the extent it was permitted to inquire about Mr. Aguirre-Urbina's mental state, that any such examination would occur outside the presence of the jury.

5. Attached as **Exhibit A** is a true and correct copy of an excerpt from the Deposition of Ugochukwu Goodluck Nwauzor on June 19, 2018.

6. GEO has identified over a dozen witnesses from various Washington agencies and all but a few of its proposed exhibits relate to Washington correctional facilities and programs, including proposed exhibits A-14–A-104, A-111–A-114, A-119–A-217, A-224A-227, A-230, and A-232A-233.

WHITEHEAD DECL. IN SUPPORT OF
PLTFS.' MTNS. IN LIMINE
(17-cv-05769-RJB ) – 2

SCHROETER GOLDMARK & BENDER
810 Third Avenue ● Suite 500 ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Seattle, Washington this 12th day of March, 2020.

*s/ Jamal N. Whitehead*
JAMAL N. WHITEHEAD

WHITEHEAD DECL. IN SUPPORT OF
PLTFS.' MTNS. IN LIMINE
(17-cv-05769-RJB ) – 3

SCHROETER GOLDMARK & BENDER
810 Third Avenue ● Suite 500 ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Devin T. Theriot-Orr<br>OPEN SKY LAW, PLLC<br>20415 – 72nd Avenue South, Suite 110<br>Kent, WA 98032<br>devin@opensky.law<br>*Attorney for Plaintiff* | R. Andrew Free<br>THE LAW OFFICE OF R. ANDREW FREE<br>PO Box 90568<br>Nashville, TN 37209<br>andrew@immigrantcivilrights.com<br>*Attorney for Plaintiff* |
| Meena Menter<br>MENTER IMMIGRATION LAW PLLC<br>8201 – 164th Avenue NE, Suite 200<br>Redmond, WA 98052<br>meena@meenamenter.com<br>*Attorney for Plaintiff* | Joan K. Mell<br>III BRANCHES LAW, PLLC<br>1019 Regents Boulevard, Suite 204<br>Fircrest, WA 98466<br>joan@3ebrancheslaw.com<br>*Attorney for Defendant* |

Colin L. Barnacle
Ashley E. Calhoun
Christopher J. Eby
Adrienne Scheffey
Allison N. Angel
AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
colin.barnacle@akerman.com
ashley.calhoun@akerman.com
christopher.eby@akerman.com
allison.angel@akerman.com
adrienne.scheffey@akerman.com
*Attorneys for Defendant*

DATED at Seattle, Washington this 12th day of March, 2020.

*s/ Virginia Mendoza*
VIRGINIA MENDOZA, Legal Assistant
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000/Fax: (206) 682-2305
Email: mendoza@sgb-law.com

WHITEHEAD DECL. IN SUPPORT OF
PLTFS.' MTNS. IN LIMINE
(17-cv-05769-RJB ) – 4

SCHROETER GOLDMARK & BENDER
810 Third Avenue ● Suite 500 ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305