# EXHIBIT A

Deposition of Ugochukwu Nwauzor
6/19/2018

Page 1

THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

---

CHAO CHEN, individually and            )
on behalf of all those                 )   No. 3:17-cv-05769-RJB
similarly situated,                    )
                                       )
          Plaintiff,                   )
                                       )
v.                                     )
                                       )
THE GEO GROUP, INC., a                 )
Florida corporation,                   )
                                       )
          Defendant.                   )

---

VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF
NWAUZOR UGOCHUKWU
June 19, 2018
Fircrest, Washington

---

Taken Before:

Laura A. Gjuka, CCR #2057
Certified Shorthand Reporter

Deposition of Ugochukwu Nwauzor
6/19/2018

Page 80

1  Q  Some medication?
2  A  Some medication.  And that was -- I was -- I forgot that
3     pod, before I was transferred to G-2.
4  Q  Okay.  So that --
5  A  That was my first pod when I got there in detention.
6     And then there we have a kind of general restroom.
7     There in G-2 -- there in G-2, in my room, we have the
8     toilet, we have everything there.  You can pee there.
9     But in the former pod it's general.  It's not in the
10    room.  Everybody is -- you know, the bed is outside the
11    hall.  Then we are in G-2, I have -- everybody have room
12    inside.  The only thing we come around to do is take a
13    shower outside.  But you can have your everything in
14    your room.
15         There something happened when I was taking the pill.
16    The doctor tell me I will be frequently going to, you
17    know, pee a lot of water.  When I taking that drug, you
18    know, I see kind of change in my body.  Like going to
19    pee, the doctor also told me you will experience much
20    urination, you know.
21         Some -- when I went to the general -- you know, the
22    general toilet, somebody was already there.  I don't
23    know what I can do, like -- you know, I have to say, I
24    hold my this thing.  I don't know what to do.  I was
25    like, What is going on?  Please, Bro.  And the guy over

Deposition of Ugochukwu Nwauzor
6/19/2018

Page 81

1    there is not an English-speaking guy.  He doesn't
2    understand me.  And myself, I don't understand him.  He
3    starting shouting.
4        I'm like my bladder like coming out my -- you know,
5    I left that restroom, walked down to another restroom.
6    I met one Africa guy, that guy is from Africa, he going,
7    Please, please, please, please.  Then just.  The first
8    guy went to the -- went to the --
9              MS. MELL:  Security.
10             THE WITNESS:  -- security in charge of the
11   pod.  The security called me.  I explained everything to
12   the security, brought all my pills to the security.
13   Look at what I'm going through.  I don't have a private
14   room.  If I have private room I can pee there whenever I
15   want to pee.  But the condition I find myself.  I can't
16   pee outside there.  When I got go to the room, I saw
17   this guy, and this guy couldn't help me.  I don't know
18   what he -- you know, what he thought I'm going to do to
19   him.
20       I'm like -- I was crying.  Most of the people there
21   understand, you know, the condition I find myself.  The
22   guard said, You're going to remove me from this pod,
23   reported me to the highest security.  They called me.  I
24   explained everything to them.  Look at what's happened.
25   They told me they going to check the camera.  They going

Page 82

1    to view to know what I said was true.
2        I've said, Since I'm born, I'm a child of God.  And
3    when I say something, that is how it be.  I don't lie.
4    I tell you about me.  That's okay.  They going to
5    investigate.  After the chief security officer, they
6    investigate it -- they took me to a cell.  They took me
7    to a cell from morning to evening.  They took me to a
8    cell.
9        I was crying in the cell.  Said, what did I do?  You
10   know, ask my fellow young guy to help me, let me pee.
11   That's the only problem, you know, bad I did.  That's
12   what happened.
13   BY MR. DEACON:
14 Q Okay.  So another detainee reported you to the guard --
15 A Yeah.
16 Q -- because of that incident?
17 A That incident.
18 Q Okay.  My question to you, though, is:  Did you get
19   medical attention for having a problem urinating?
20 A That's what -- yeah.
21 Q Okay.
22 A Yeah.
23 Q Okay.  Was that when you first got to the Northwest
24   Detention Center?  Was it early on when you were at
25   Northwest Detention Center?

Deposition of Ugochukwu Nwauzor
6/19/2018

Page 173

1              C E R T I F I C A T E
2        I, Laura Gjuka, a Certified Court Reporter in
3    and for the State of Washington, residing at
4    University Place, Washington, authorized to administer
5    oaths and affirmations pursuant to RCW 5.28.010, do
6    hereby certify;
7        That the foregoing Verbatim Report of Proceedings
8    was taken stenographically before me and transcribed
9    under my direction; that the transcript is a full, true
10   and complete transcript of the proceedings, including
11   all questions, objections, motions and exceptions;
12       That I am not a relative, employee, attorney or
13   counsel of any party to this action or relative or
14   employee of any such attorney or counsel, and that I am
15   not financially interested in the said action or the
16   outcome thereof;
17       That upon completion of signature, if required, the
18   original transcript will be securely sealed and the same
19   served upon the appropriate party.
20       IN WITNESS HEREOF, I have hereunto set my hand this
21   25th day of June, 2018.
22
23
24                              _____
25                              Laura Gjuka, CCR No. 2057