The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | No. 3:17-cv-05769-RJB<br><br>DECLARATION OF JAMAL N. WHITEHEAD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTIONS IN LIMINE |

I, JAMAL N. WHITEHEAD, declare as follows:

1. I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiffs' expert Jeffrey A. Munson, Ph.D.'s amended report dated February 6, 2020.

3. Attached as Exhibit 2 is a true and correct copy of a letter from my law partner Adam J. Berger to Defendant's counsel dated February 24, 2020, regarding the production of Dr. Munson's amended report and GEO's late-production of certain financial data.

WHITEHEAD DECL. – 1 (3:17-cv-05769-RJB)

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Seattle, Washington this 23rd day of March, 2020.

                                            *s/ Jamal N. Whitehead*
                                            JAMAL N. WHITEHEAD

WHITEHEAD DECL. – 2 (3:17-cv-05769-RJB)

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305