The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant/Counter-Claimant. | Case No. 3:17-cv-05769-RJB<br><br>**DECLARATION OF COLIN L. BARNACLE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTIONS IN LIMINE** |

I, Colin L. Barnacle, make the following statement under oath subject to the penalty of perjury pursuant to the laws of the United States and the State of Washington:

1. I am the attorney for The GEO Group, Inc. in the above-captioned matter. I am over the age of eighteen (18), and I am competent to testify in this matter.

2. During conferrals with counsel for the State of Washington and Private Plaintiffs ("Plaintiffs"), GEO stipulated to the admissibility of over 100 proposed exhibits. The State of Washington and Private Plaintiffs disputed the admissibility of every exhibit proposed by GEO, including GEO's Detainee Handbook (Exhibit A-13) which has been repeatedly relied upon by both parties in this case and is listed on Plaintiffs' exhibit list as Exhibit 19. Likewise, the Plaintiffs listed the Declaration of Tae Johnson (Exhibit 205) and a number of versions of the Voluntary Work Program Agreement on their exhibit list (Exhibits 229, 24), but dispute the admissibility of those exhibits on GEO's proposed list (Exhibits A-228, A-229, A-221).

DECLARATION OF COLIN L. BARNACLE
(3:17-CV-05769-RJB) – PAGE 1

52467822;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

1  3. Attached are true and correct copies of the following exhibits:

2  **EXHIBIT A:** Attached as Exhibit A are excerpts from the deposition of Ugochukwu

3  Nwauzor taken June 19, 2018.

4  **EXHIBIT B:** Attached as Exhibit B is Exhibit 22 to the deposition of Fernando Aguirre-

5  Urbina taken June 11, 2018.

6  Dated this 23rd day of March, 2020 at Denver, Colorado.

7  Akerman, LLP

8  *s/ Colin L. Barnacle*
Colin L. Barnacle, (Admitted *pro hac vice*)
9  Attorney for Defendant The GEO Group, Inc.

DECLARATION OF COLIN L, BARNACLE
(3:17-CV-05769-RJB) – PAGE 2

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

52467822;1

# PROOF OF SERVICE

I hereby certify on the 23rd day of March 2020, pursuant to Federal Rule of Civil Procedure 5(b), I electronically filed and served the foregoing **DECLARATION OF COLIN L. BARNACLE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTIONS IN LIMINE** via the Court's CM/ECF system on the following:

**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
810 Third Avenue, Suite 500
Seattle, Washington 98104
Telephone: (206) 622-8000
Facsimile:  (206) 682-2305
Email: hberger@sgb-law.com
Email: halm@sgb-law.com
Email: whitehead@sgb-law.com
Email: roe@sgb-law.com

**THE LAW OFFICE OF R. ANDREW FREE**
Andrew Free (Admitted *Pro Hac Vice*)
P.O. Box 90568
Nashville, Tennessee 37209
Telephone: (844) 321-3221
Facsimile:  (615) 829-8959
Email: andrew@immigrantcivilrights.com

**OPEN SKY LAW PLLC**
Devin T. Theriot-Orr, WSBA #33995
20415 72nd Avenue S, Suite 100
Kent, Washington 98032
Telephone: (206) 962-5052
Facsimile:  (206) 681-9663
Email: devin@openskylaw.com

**MENTER IMMIGRATION LAW, PLLC**
Meena Menter, WSBA #31870
8201 164th Avenue NE, Suite 200
Redmond, Washington 98052
Telephone: (206) 419-7332
Email: meena@meenamenter.com

*Attorneys for Plaintiffs*

          *s/ Nick Mangels*
          Nick Mangels

PROOF OF SERVICE
(3:17-CV-05769-RJB) – PAGE 3

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

52467822;1