# EXHIBIT A

```
 1              THE UNITED STATES DISTRICT COURT

 2          WESTERN DISTRICT OF WASHINGTON AT TACOMA

 3     _____

 4    CHAO CHEN, individually and    )
      on behalf of all those         )   No. 3:17-cv-05769-RJB
 5    similarly situated,            )
                                     )
 6              Plaintiff,           )
                                     )
 7    v.                             )
                                     )
 8    THE GEO GROUP, INC., a         )
      Florida corporation,           )
 9                                   )
                Defendant.           )
10
      _____
11
           VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF
12                      NWAUZOR UGOCHUKWU
                         June 19, 2018
13                     Fircrest, Washington
      _____
14

15

16

17

18

19

20

21

22

23
          Taken Before:
24
          Laura A. Gjuka, CCR #2057
25        Certified Shorthand Reporter
```

1                        A P P E A R A N C E S

2          For the Plaintiffs:

3              ADAM J. BERGER
               Schroeter Goldmark Bender
4              500 Central Building
               810 Third Avenue
5              Seattle, WA 98104
               206-622-8000
6              berger@sgb-law.com


7
               MEENA P. MENTER
8              Menter Immigration Law, PLLC
               8201 164th Avenue NE
9              Suite 200
               Redmond, WA 98052-7615
10             206-419-7332
               meena@meenamenter.com

11

12
           For the Defendant:
13
               CHARLES A. DEACON
14             Norton Rose Fulbright
               300 Convent Street
15             Suite 2100
               San Antonio, TX 78205-3792
16             210-270-7133
               charlie.deacon@nortonrosefulbright.com

17

18             JOAN K. MELL
               III Branches Law, PLLC
19             1019 Regents Boulevard
               Suite 204
20             Fircrest, WA 98466
               253-566-2510
21             Joan@3brancheslaw.com

22
           Also Present:
23
               MICHAEL HEHENKAMP
24             Sound Vision Video Production
               4821 North 14th Street
25             Tacoma, Washington, 98406

1                        EXAMINATION INDEX

2        EXAMINATION BY:                                    PAGE NO.

3         Mr. Deacon                                            5

4

5                         EXHIBIT INDEX

6              (No exhibits marked for identification.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          BE IT REMEMBERED that on the 19th of June,

2     2018, 9:11 a.m., at 1019 Regents Boulevard, Fircrest,

3     Washington, before LAURA A. GJUKA, CCR# 2057, Washington

4     State Certified Court Reporter residing at University

5     Place, authorized to administer oaths and affirmations

6     pursuant to RCW 5.28.010.

7          WHEREUPON the following proceedings were had,

8     to wit:

9                         *  *  *  *  *  *

10          VIDEOGRAPHER:  Good morning.  We are on

11     the record.  This is a videotaped deposition.  Today's

12     date is June 19th, 2018, and the time is 9:11 a.m.  My

13     name is Michael Hehenkamp, working with Sound Vision

14     Video Productions in Tacoma, Washington.  This

15     deposition is being held at 1019 Regents Boulevard,

16     Suite 204, in Fircrest, Washington 98466.  The case is

17     Chen versus The GEO Group.

18       Present for the plaintiff is Adam Berger.  Present

19     for the defense and noticing the deposition is

20     Joan Mell.  Also present is Charles Deacon.  The witness

21     is Ugochukwu Nwauzor.  The court reporter today is

22     Laura Gjuka who will now swear in the witness and

23     proceed with the deposition.

24          MR. DEACON:  We have another appearance

25     here.

```
 1                    VIDEOGRAPHER:  And also present is

 2       Meena Menter.

 3                    MS. MELL:  You do need to answer orally.

 4                    MR. DEACON:  Do you agree to --

 5                    THE WITNESS:  What?

 6                    MR. DEACON:  You are sworn under oath to

 7       tell the truth.

 8                    THE WITNESS:  Yeah, I will swear on the

 9       truth.

10                    MR. BERGER:  Yeah.  You have to answer

11       orally and say, "I do."

12                    THE WITNESS:  I do.

13

14       UGOCHUKWU NWAUZOR,  having been first duly sworn

15                            by the Court Reporter, was

16                            examined and testified as

17                            follows:

18

19                          EXAMINATION

20       BY MR. DEACON:

21    Q  Mr. Goodluck, my name is Charlie Deacon, and I'm taking

22       your deposition here today because you have sued my

23       client, The GEO Group.  Do you understand that?

24    A  (Witness nods head.)  Yeah.

25    Q  You have to say yes or no.
```

1    Q   Some medication?

2    A   Some medication.  And that was -- I was -- I forgot that

3        pod, before I was transferred to G-2.

4    Q   Okay.  So that --

5    A   That was my first pod when I got there in detention.

6        And then there we have a kind of general restroom.

7        There in G-2 -- there in G-2, in my room, we have the

8        toilet, we have everything there.  You can pee there.

9        But in the former pod it's general.  It's not in the

10       room.  Everybody is -- you know, the bed is outside the

11       hall.  Then we are in G-2, I have -- everybody have room

12       inside.  The only thing we come around to do is take a

13       shower outside.  But you can have your everything in

14       your room.

15            There something happened when I was taking the pill.

16       The doctor tell me I will be frequently going to, you

17       know, pee a lot of water.  When I taking that drug, you

18       know, I see kind of change in my body.  Like going to

19       pee, the doctor also told me you will experience much

20       urination, you know.

21            Some -- when I went to the general -- you know, the

22       general toilet, somebody was already there.  I don't

23       know what I can do, like -- you know, I have to say, I

24       hold my this thing.  I don't know what to do.  I was

25       like, What is going on?  Please, Bro.  And the guy over

1       there is not an English-speaking guy.  He doesn't

2       understand me.  And myself, I don't understand him.  He

3       starting shouting.

4           I'm like my bladder like coming out my -- you know,

5       I left that restroom, walked down to another restroom.

6       I met one Africa guy, that guy is from Africa, he going,

7       Please, please, please, please.  Then just.  The first

8       guy went to the -- went to the --

9                    MS. MELL:  Security.

10                   THE WITNESS:  -- security in charge of the

11      pod.  The security called me.  I explained everything to

12      the security, brought all my pills to the security.

13      Look at what I'm going through.  I don't have a private

14      room.  If I have private room I can pee there whenever I

15      want to pee.  But the condition I find myself.  I can't

16      pee outside there.  When I got go to the room, I saw

17      this guy, and this guy couldn't help me.  I don't know

18      what he -- you know, what he thought I'm going to do to

19      him.

20          I'm like -- I was crying.  Most of the people there

21      understand, you know, the condition I find myself.  The

22      guard said, You're going to remove me from this pod,

23      reported me to the highest security.  They called me.  I

24      explained everything to them.  Look at what's happened.

25      They told me they going to check the camera.  They going

1                    C E R T I F I C A T E

2          I, Laura Gjuka, a Certified Court Reporter in

3      and for the State of Washington, residing at

4      University Place, Washington, authorized to administer

5      oaths and affirmations pursuant to RCW 5.28.010, do

6      hereby certify;

7          That the foregoing Verbatim Report of Proceedings

8      was taken stenographically before me and transcribed

9      under my direction; that the transcript is a full, true

10     and complete transcript of the proceedings, including

11     all questions, objections, motions and exceptions;

12         That I am not a relative, employee, attorney or

13     counsel of any party to this action or relative or

14     employee of any such attorney or counsel, and that I am

15     not financially interested in the said action or the

16     outcome thereof;

17         That upon completion of signature, if required, the

18     original transcript will be securely sealed and the same

19     served upon the appropriate party.

20         IN WITNESS HEREOF, I have hereunto set my hand this

21     25th day of June, 2018.

22

23

24                              _____

25                              Laura Gjuka, CCR No. 2057