UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | No. 3:17-cv-05806-RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | No. 3:17-cv-05769-RJB<br><br>ORDER RESETTING TELEPHONIC PRETRIAL CONFERENCE |

This matter comes before the Court *sua sponte*. The pretrial dates in these cases were set with the April 13, 2020, trial date in mind. Thanks to the coronavirus pandemic, that trial date has been lost. Counsel should be given more time to finalize briefs and proposed jury instructions before the Pretrial Conference, and after rulings on pending Motions for Summary Judgment and Motions *in Limine*.

ORDER RESETTING TELEPHONIC PRETRIAL CONFERENCE - 1

Therefore, it is now

ORDERED that the telephonic Pretrial Conference is reset from April 3, 2020, to May 1, 2020, at 9:30 a.m.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 25th day of March, 2020.

ROBERT J. BRYAN
United States District Judge

ORDER RESETTING TELEPHONIC PRETRIAL CONFERENCE - 2