The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| STATE OF WASHINGTON, | Case No, 3:17-cv-05806-RJB |
| Plaintiff, | |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, | Case No, 3:17-cv-05769-RJB |
| Plaintiffs/Counter-Defendants, | **[PROPOSED] ORDER GRANTING JOINT MOTION TO SET PRETRIAL DEADLINES** |
| v. | |
| THE GEO GROUP, INC., | **NOTE ON MOTION CALENDAR:** March 25, 2020 |
| Defendant/Counter-Claimant. | |

This Court, having reviewed Plaintiff State of Washington's ("State"), Plaintiffs Ugochukwu Nwauzor and Fernando Aguirre-Urbina's (collectively, "Private Plaintiffs"), and Defendant The GEO Group, Inc.'s ("Defendant", and together with the State and Private Plaintiffs, the "Parties") Joint Motion to Set Pretrial Deadlines (the "Motion"), finds good cause exists and the Motion is timely, and therefore GRANTS the Motion. The Parties shall file proposed pretrial orders, proposed voir dire,  proposed juror questionnaire, deposition

[PROPOSED] ORDER GRANTING JOINT MOTION
TO SET PRETRIAL DEADLINES
(3:17-CV-05806-RJB) (3:17-CV-05769-RJB)
PAGE 1

52500690;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

designations, and proposed jury instructions on or before **April 24, 2020**. The Court has reviewed the parties positions with respect to trial briefs and hereby orders that trial briefs shall be due on or before _____. Should the motions *in limine* and motions for summary judgment remain pending with the Court as of April 20, 2020, the Parties are ordered to file proposed revised pretrial deadlines with the Court.

**IT IS SO ORDERED.**

This the ____ day of _____, 2020.

_____
Honorable Robert J. Bryan
United States District Court Judge

PRESENTED BY:

By: *s/ Marsha Chien*
**OFFICE OF THE ATTORNEY GENERAL**
Marsha Chien, WSBA #47020
Andrea Brenneke, WSBA #22027
Lana Polozola, WSBA #50138
Patricio A. Marquez, WSBA #47693

*Counsel for the State*

By: *s/ Colin L. Barnacle*
**AKERMAN LLP**
Colin L. Barnacle (Admitted *pro hac vice*)
Christopher J. Eby (Admitted *pro hac vice*)
Ashley E. Calhoun (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)

*Counsel for Defendant The GEO Group, Inc.*

By: *s/ Jamal Whitehead*
**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
810 Third Avenue, Suite 500
Seattle, Washington 98104
Telephone:  (206) 622-8000
Facsimile:   (206) 682-2305

[PROPOSED] ORDER GRANTING JOINT MOTION
TO SET PRETRIAL DEADLINES
(3:17-CV-05806-RJB) (3:17-CV-05769-RJB)
PAGE 2

52500690;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

Email:  hberger@sgb-law.com
Email:  halm@sgb-law.com
Email:  whitehead@sgb-law.com
Email:  roe@sgb-law.com

**THE LAW OFFICE OF R. ANDREW FREE**
Andrew Free (Admitted *Pro Hac Vice*)
P.O. Box 90568
Nashville, Tennessee 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959
Email:  andrew@immigrantcivilrights.com

**OPEN SKY LAW PLLC**
Devin T. Theriot-Orr, WSBA #33995
20415 72nd Avenue S, Suite 100
Kent, Washington 98032
Telephone: (206) 962-5052
Facsimile: (206) 681-9663
Email:  devin@openskylaw.com

**MENTER IMMIGRATION LAW, PLLC**
Meena Menter, WSBA #31870
8201 164th Avenue NE, Suite 200
Redmond, Washington 98052
Telephone: (206) 419-7332
Email:  meena@meenamenter.com
*Attorneys for Plaintiffs*

[PROPOSED] ORDER GRANTING JOINT MOTION
TO SET PRETRIAL DEADLINES
(3:17-CV-05806-RJB) (3:17-CV-05769-RJB)
PAGE 3

52500690;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712