UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, | Case No, 3:17-cv-05806-RJB |
| Plaintiff, | |
| v. | ORDER RE: BRIEFING |
| THE GEO GROUP, INC., | |
| Defendant. | |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, | Case No, 3:17-cv-05769-RJB |
| Plaintiffs/Counter-Defendants, | |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant/Counter-Claimant. | |

The court respectfully declines the parties' invitation to provide guidance regarding briefing, except for the following:  Briefs should cover all phases of the cases, should be as brief as possible, should follow court rules, and should be interesting reading.

IT IS SO ORDERED.

ORDER RE: BRIEFING - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 27th day of March, 2020.

ROBERT J. BRYAN
United States District Judge

ORDER RE: BRIEFING - 2