# EXHIBIT 1

```
                UNITED STATES DISTRICT COURT
                          for the
                WESTERN DISTRICT OF WASHINGTON

_____

NWAUZOR, et al.,                      )
                                      )
           Petitioners,               )
                                      )
     v.                               ) No. 3:17-cv-05769-RBJ
                                      )
THE GEO GROUP, INC.,                  )
                                      )
           Respondent.                )
_____

            Deposition Upon Oral Examination

                           of

                      BYRON EAGLE

_____

            Taken at 1019 Regents Boulevard

                  Fircrest, Washington




DATE:   Thursday, 5 December 2019

REPORTED BY:  Gloria C. Bell, CCR 3261
```



```
 1      Q.   (By Ms. Mell) Showing what's been marked
 2   Exhibit 337; do you recognize that document?
 3      A.   No, I'm not recalling it.
 4      Q.   Are you familiar with the Special Commitment
 5   Center detainees demanding minimum wages for the work
 6   they're being -- they're performing out at the Special
 7   Commitment Center?
 8      A.   No.
 9           MS. BRENNEKE:  I'm going to object to this
10       line of questioning.  It's beyond the scope of the
11       30(b)(6) and it's also past time.
12           MS. MELL:  That's fine.
13                         EXAMINATION
14   BY MR. MINGAY:
15      Q.   Byron, you understand you're still under oath?
16      A.   Yes.
17      Q.   Can you describe what the case managers are at
18   the SCC?
19      A.   They're the therapists.
20      Q.   And if a resident's not provided a -- is not
21   participating in the treatment program are, they still
22   provided a case manager?
23      A.   Yes.
24      Q.   And what does that case manager do?
25      A.   They meet with them once or twice a month, I'm
```

1  not sure the exact schedule, and they go over treatment
2  options.  They encourage them to participate in treatment
3  and then talk about any other issue that the resident may
4  bring up.
5       Q.   Okay.  And you had indicated that the case
6  manager also participates in the vocational program with
7  the resident?
8       A.   Correct.
9       Q.   And are all residences provided with an
10 individualized treatment plan even if they aren't
11 participating in treatment?
12      A.   Yes.
13      Q.   Okay.
14           MR. MINGAY:  I have no further questions.
15           MS. MELL:  Okay.  I have some follow up.
16                      EXAMINATION
17 BY MS. MELL:
18      Q.   So is every resident assigned a case manager
19 because they're civilly committed?
20           MS. BRENNEKE:  Object to the form.
21      A.   So they're assigned a case manager.  I'm not
22 sure the relevance if it's civilly committed or detainee.
23      Q.   Okay.
24      A.   Yeah.
25      Q.   They're detained under the civil law not

```
              C E R T I F I C A T E
```

STATE OF WASHINGTON   )
                     ) ss.
COUNTY OF THURSTON   )


       I, the undersigned Washington Certified Court Reporter, pursuant to RCW 5.28.010, authorized to administer oaths and affirmations in and for the State of Washington, do hereby certify:  That the foregoing deposition of the witness named herein was taken stenographically before me and reduced to a typed format under my direction;

       That, according to CR 30(e), the witness was given the opportunity to examine, read, and sign the deposition after same was transcribed, unless indicated in the record that the review was waived;

       That I am not a relative or employee of any attorney or counsel or participant and that I am not financially or otherwise interested in the action or the outcome herein;

       That the witness coming before me was duly sworn or did affirm to tell the truth;

       That the deposition as transcribed is a full, true and correct transcript of the testimony, including questions and answers and all objections, motions, and examinations, and said transcript was prepared pursuant to the Washington Administrative Code 308-14-135 preparation guidelines;

       That as a matter of firm policy, the stenographic notes of this transcript will be destroyed three years from the date appearing on this transcript, unless notice is received otherwise from any party or counsel on or before said date.

_____
GLORIA C. BELL, CCR
State of Washington CCR #3261