# EXHIBIT 6

```
                 UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
                          AT TACOMA
_____

UGOCHUKWU GOODLUCK NWAUZOR,       )
FERNANDO AGUIRRE-URBINA,          )
individually and on behalf of     )
all those similarly situated,     )
                                  )
   Plaintiffs/Counter-Defendants. )
                                  )
      vs.                         )  NO. 3:17-CV-05769-RJB
                                  )
THE GEO GROUP, Inc.,              )
                                  )
   Defendant/Counter-Claimant.    )

_____

    DEPOSITION UPON ORAL EXAMINATION OF CHRISTINA WELLS
_____




              Monday, December 16, 2019
                 Tumwater, Washington
```

1       there?

2    A  No.

3    Q  When you say they voluntarily asked to be there, have they

4       exercised their own self-determination and asked to live at

5       these residential facilities, or has their personal care

6       guardian made that decision for them?

7              MS. BRENNEKE:  Object to the form.

8    A  **It depends on the individual.**

9    Q  (By Ms. Mell)  So there are individuals who can't make an

10      independent living decision on their own, so they defer to

11      their personal guardian?

12   A  **Yes.**

13   Q  And there are individuals who are court-ordered to be at

14      Fircrest, Rainier, Lakeland Village, or Yakima Valley

15      School?

16   A  **No.**

17   Q  All of the individuals have, by way of their guardian or

18      themselves, chosen to be there?

19   A  **Yes.**

20   Q  They can leave at any time?

21   A  **Yes.**

22   Q  So why are those individuals not paid minimum wage for work

23      they do for the State?

24             MS. BRENNEKE:  Object to the form.

25   A  **It depends on what job they're doing.  And there's an**

1     assessment process that's in place to determine what level
2     of ability they have, and then they've gone through the
3     subminimum wage certificate that's required for now, and so
4     we complete our assessment, and it's all part of their
5     treatment plan.
6  Q  What do you mean it's part of their treatment plan?
7  A  Every individual has a team that gets together and
8     assesses, which includes the client and their guardian.
9     And then they determine what their needs are and what we're
10    going to work on while they're with us and how to help them
11    become more independent so that eventually they can move to
12    a lesser restrictive environment.
13 Q  How many people are living in Fircrest?
14 A  For the facility as a whole?  We have -- so Fircrest is
15    separated into two program area teams.  We have a nursing
16    facility team side and an intermediate care facility side.
17    We have about 110 individuals on our nursing facility.  We
18    have about 108 on our intermediate care facility side.
19    What does work out?  218.
20 Q  What makes a person eligible to stay in the nursing or the
21    intermediate care side of Fircrest?
22              MS. BRENNEKE:  Object to the form.
23 A  For the intermediate care facility side, they have to meet
24    what is under our Code of Federal Regulations, that they
25    would have to meet a certain set of criteria.  They'd have

NWAUZOR vs GEO GROUP
Christina Wells, 12/16/2019

```
 1                  C E R T I F I C A T E

 2         I, DIXIE J. CATTELL, the undersigned Registered

 3  Professional Reporter and Washington Certified Court Reporter,

 4  do hereby certify:

 5         That the foregoing deposition of CHRISTINA WELLS was

 6  taken before me and completed on the 16th day of December,

 7  2019, and thereafter transcribed by me by means of

 8  computer-aided transcription; that the deposition is a full,

 9  true and complete transcript of the testimony of said witness;

10         That the witness, before examination, was, by me,

11  duly sworn to testify the truth, the whole truth, and nothing

12  but the truth, and that the witness reserved signature;

13         That I am not a relative, employee, attorney or

14  counsel of any party to this action or relative or employee of

15  such attorney or counsel, and I am not financially interested

16  in the said action or the outcome thereof;

17         That I am herewith securely sealing the deposition of

18  CHRISTINA WELLS and promptly serving the same upon MS. JOAN

19  MELL.

20         IN WITNESS HEREOF, I have hereunto set my hand this

21  18th day of DECEMBER, 2019.

22                     [signature: Dixie J. Cattell]

23         _____
           Dixie J. Cattell, RPR, CCR
24         NCRA Registered Professional Reporter
           Washington Certified Court Reporter CSR#2346
25
```