The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant/Counter-Claimant. | Case No. 3:17-cv-05769-RJB<br><br>**DECLARATION OF COLIN L. BARNACLE IN SUPPORT OF THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, Colin L. Barnacle, make the following statement under oath subject to the penalty of perjury pursuant to the laws of the United States and the State of Washington:

1. I am the attorney for The GEO Group, Inc. ("GEO") in the above-captioned matter. I am over the age of eighteen (18), and I am competent to testify in this matter.

2. Attached are true and correct copies of the following exhibits:

**EXHIBIT A:** Attached as Exhibit A is the declaration of Tae D. Johnson dated August 1, 2018 and filed in *State of Washington v. The GEO Group, Inc.*, Case No. 17-cv-05806, on August 3, 2018 at ECF No. 91.

**EXHIBIT B:** Attached as Exhibit B are excerpts from the deposition of Colleen Melody, the 30(b)(6) designee of the Washington Attorney General's Office taken August 10, 2018.

**EXHIBIT C:** Attached as Exhibit C is the declaration of Bruce Scott dated January 2, 2020, previously filed in this action on January 2, 2020 at ECF No. 228.

---

DECLARATION OF COLIN L, BARNACLE
(3:17-CV-05769-RJB) – PAGE 1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

52476890;1

**EXHIBIT D:** Attached as Exhibit D are excerpts from the deposition of Erwin Delacruz taken December 2, 2019.

**EXHIBIT E:** Attached as Exhibit E are excerpts from the deposition of David Tracy taken December 3, 2019.

**EXHIBIT F:** Attached as Exhibit F are excerpts from the deposition of Bruce Scott, the 30(b)(6) designee for GEO, taken December 10, 2019.

**EXHIBIT G:** Attached as Exhibit G is the declaration of Jesus Lopez Paez dated August 31, 2018 and filed in *State of Washington v. The GEO Group, Inc.*, Case No. 17-cv-05806, July 2, 2019 at ECF 253-22.

**EXHIBIT H:** Attached as Exhibit H are excerpts from the deposition of Alisha Singleton taken January 31, 2019.

**EXHIBIT I:** Attached as Exhibit I are excerpts from the deposition of Marc Johnson taken December 3, 2019.

**EXHIBIT J:** Attached as Exhibit J are excerpts from the deposition of Michael Heye taken December 4, 2019.

**EXHIBIT K:** Attached as Exhibit K are excerpts from the deposition of William McHatton taken February 1, 2019.

**EXHIBIT L:** Attached as Exhibit L are excerpts from the deposition of Bertha Henderson taken January 30, 2019.

**EXHIBIT M:** Attached as Exhibit M are excerpts from the deposition of Leonardo Jaramillo taken June 18, 2019.

**EXHIBIT N:** Attached as Exhibit N are excerpts from the deposition of Oguchukwu Nwauzor taken June 19, 2018.

**EXHIBIT O:** Attached as Exhibit O are excerpts from the deposition of Fernando Aguirre-Urbina taken June 11, 2018.

**EXHIBIT P:** Attached as Exhibit P are excerpts from the deposition of Ryan Kimble, the 30(b)(6) designee for GEO, taken July 9, 2018.

DECLARATION OF COLIN L, BARNACLE
(3:17-CV-05769-RJB) – PAGE 2

52476890;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

**EXHIBIT Q:** Attached as Exhibit Q are excerpts from the deposition of Byron Eagle taken December 5, 2019.

**EXHIBIT R:** Attached as Exhibit R are excerpts from the deposition of Sean Murphy taken December 19, 2019.

**EXHIBIT S:** Attached as Exhibit S are excerpts from the deposition of Debra Eisen taken December 13, 2019.

**EXHIBIT T:** Attached as Exhibit T are excerpts from the 30(b)(6) deposition of Taylor Wonhoff taken August 22, 2019.

**EXHIBIT U:** Attached as Exhibit U are excerpts from the deposition of Iolani Menza taken June 27, 2019.

**EXHIBIT V:** Attached as Exhibit V is the declaration of Noe Baltazar Noe dated May 21, 2019 and filed in *State of Washington v. The GEO Group, Inc.*, Case No. 17-cv-05806, on July 2, 2019 at ECF 253-22.

**EXHIBIT W:** Attached as Exhibit W are excerpts from the deposition of Bruce Scott taken May 20, 2019.

**EXHIBIT X:** Attached as Exhibit X are emails between Sandy Mullins, Tammy Fellin, Suchi Sharma, Lynne Buchannan, Elizabeth Smith and other individuals from Washington's Department of Labor & Industries.

Dated this 27th day of March, 2020 at Denver, Colorado.

Akerman, LLP

*s/ Colin L. Barnacle*
Colin L. Barnacle, (Admitted *pro hac vice*)
Attorney for Defendant The GEO Group, Inc.

DECLARATION OF COLIN L, BARNACLE
(3:17-CV-05769-RJB) – PAGE 3

52476890;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

# PROOF OF SERVICE

I hereby certify on the 27th day of March 2020, pursuant to Federal Rule of Civil Procedure 5(b), I electronically filed and served the foregoing **DECLARATION OF COLIN L. BARNACLE IN SUPPORT OF THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** via the Court's CM/ECF system on the following:

**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
810 Third Avenue, Suite 500
Seattle, Washington 98104
Telephone:  (206) 622-8000
Facsimile:   (206) 682-2305
Email:  hberger@sgb-law.com
Email:  halm@sgb-law.com
Email:  whitehead@sgb-law.com
Email:  roe@sgb-law.com

**THE LAW OFFICE OF R. ANDREW FREE**
Andrew Free (Admitted *Pro Hac Vice*)
P.O. Box 90568
Nashville, Tennessee 37209
Telephone:  (844) 321-3221
Facsimile:   (615) 829-8959
Email:  andrew@immigrantcivilrights.com

**OPEN SKY LAW PLLC**
Devin T. Theriot-Orr, WSBA #33995
20415 72nd Avenue S, Suite 100
Kent, Washington 98032
Telephone: (206) 962-5052
Facsimile:  (206) 681-9663
Email:  devin@openskylaw.com

**MENTER IMMIGRATION LAW, PLLC**
Meena Menter, WSBA #31870
8201 164th Avenue NE, Suite 200
Redmond, Washington 98052
Telephone: (206) 419-7332
Email:  meena@meenamenter.com

*Attorneys for Plaintiffs*

                          *s/ Nick Mangels*
                          Nick Mangels

PROOF OF SERVICE
(3:17-CV-05769-RJB) – PAGE 4

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

52476890;1