# EXHIBIT B

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

---

STATE OF WASHINGTON,              )
                                  )   No. 17-cv-05806-RJB
         Plaintiff,               )
                                  )
    vs.                           )
                                  )
THE GEO GROUP, INC.,              )
                                  )
         Defendant.               )
                                  )

---

30(b)(6) DEPOSITION UPON ORAL EXAMINATION OF
**COLLEEN MELODY**
August 10, 2018
Fircrest, Washington

---

Taken Before:

Laura A. Gjuka, CCR #2057
Certified Shorthand Reporter

```
 1                    A P P E A R A N C E S

 2        For the Plaintiff:

 3             MARSHA CHIEN
               LA ROND BAKER
 4             Assistant Attorney General
               Office of the Attorney General
 5             800 Fifth Avenue, Suite 2000
               Seattle, WA 98104
 6             206-464-7744
               larondb@atg.wa.gov
 7             marshac@atg.wa.gov

 8
          For the Defendant:
 9
               JOAN K. MELL
10             III Branches Law, PLLC
               1019 Regents Boulevard
11             Suite 204
               Fircrest, WA 98466
12             253-566-2510
               joan@3brancheslaw.com
13
          Also Present:
14
               ANYA PERRET
15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        EXAMINATION INDEX

 2      EXAMINATION BY:                                    PAGE NO.

 3      Ms. Mell                                              4

 4

 5                          EXHIBIT INDEX

 6      EXHIBIT NO.      DESCRIPTION                        PAGE NO.

 7      Exhibit No. 24   10 pages, Notice of Deposition       154

 8      Exhibit No. 25   2 pages, Various Emails, 2014        177

 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1            BE IT REMEMBERED that on the 10th of August,
2    2018, 9:06 a.m., at 1019 Regents Boulevard, Fircrest,
3    Washington, before LAURA A. GJUKA, CCR# 2057, Washington
4    State Certified Court Reporter residing at University
5    Place, authorized to administer oaths and affirmations
6    pursuant to RCW 5.28.010.
7            WHEREUPON the following proceedings were had,
8    to wit:
9                         * * * * * *
10
11   COLLEEN MELODY, having been first duly sworn by
12                the Court Reporter, was examined and
13                testified as follows:
14
15                         EXAMINATION
16   BY MS. MELL:
17  Q  State your name for the record.
18  A  Colleen Melody.
19  Q  What's your address?
20  A  My business address is 800 Fifth Avenue, suite 2000,
21     Seattle, Washington 98104.
22  Q  Okay.  What's your personal address?
23              MS. CHIEN:  Objection.  Is there a reason
24     you need her personal address?
25              MS. MELL:  Not if you're going to accept

```
 1         service if I need to --
 2                    THE WITNESS:  Yes, we accept service
 3         through our --
 4                    MS. CHIEN:  Through the business address.
 5     BY MS. MELL:
 6   Q   When you say "we accept service," if you're not there
 7       and I need to subpoena you, the Attorney General's
 8       Office will accept service for you?
 9   A   Yeah.
10                    MS. CHIEN:  Yes.
11     BY MS. MELL:
12   Q   Okay.  And your phone number?
13   A   (206) 464-5342.
14   Q   And that's work?
15   A   That's my direct line at work.
16   Q   What is your position?
17   A   I'm a unit chief for the civil rights unit at the
18       Washington State Attorney General's Office.
19   Q   How many people are in the civil rights unit?
20   A   Thirteen.
21   Q   And who are those people comprised of?  I don't need to
22       know their names, I just need to know what they do.
23   A   They're attorneys and support staff that include
24       investigator, paralegal, legal assistant, staff members.
25   Q   Who is the investigator?
```

1              THE WITNESS:  The Attorney General's
2   Office doesn't operate any detention facilities.  So,
3   no, I don't have that information.
4   BY MS. MELL:
5   Q   I know you've said that.  But I want to find out
6       specifically whether or not Attorney General Ferguson
7       factored that into the analysis here applicable to this
8       case.
9              MS. CHIEN:  Objection, work product,
10  attorney-client privilege.
11             THE WITNESS:  The civil rights unit's
12  position, the Attorney General's Office position, is
13  that that's irrelevant.  So it doesn't matter what the
14  staffing model is at a correctional facility.  That's
15  not subject to the minimum wage statute that we're
16  enforcing.  It wouldn't bear on our analysis --
17  BY MS. MELL:
18  Q   How do you figure out who works there then?  Attorney
19      General Ferguson has said he has got a parens patriae
20      interest in having Washington citizens work in the
21      facility.  Who?  How many people?  How is that decided?
22             MS. CHIEN:  Objection, misstates the
23  testimony.
24             THE WITNESS:  You're talking about a
25  remedy?  Are you asking what kind of --

1   A   Because it's owned and -- the building, the land,
2       everything about it is owned by a private entity that
3       has entered in a contract with ICE so that it can make
4       money off the contract.
5   Q   Who occupies it?
6   A   Occupies it?  I think -- I think some ICE staff work
7       there, GEO staff work there, detainee workers work
8       there, and detainees sleep and live there while they are
9       detained by the immigration statutes.
10  Q   Do you know what the relationship is between the
11      Department of Corrections and the detention center,
12      Northwest Detention Center?
13                  MS. CHIEN:  Objection, beyond the scope.
14                  THE WITNESS:  Did you say Department of
15      Corrections?
16      BY MS. MELL:
17  Q   Uh-huh.
18  A   No.
19  Q   Do you know that the state of Washington passed
20      legislation to use the Northwest Detention Center to
21      reduce its detention obligations?
22                  MS. CHIEN:  Objection, beyond the scope of
23      this deposition.
24                  THE WITNESS:  I don't know whether that's
25      true or not.

<u>C E R T I F I C A T E</u>

I, Laura Gjuka, a Certified Court Reporter in and for the State of Washington, residing at University Place, Washington, authorized to administer oaths and affirmations pursuant to RCW 5.28.010, do hereby certify;

That the foregoing Verbatim Report of Proceedings was taken stenographically before me and transcribed under my direction; that the transcript is a full, true and complete transcript of the proceedings, including all questions, objections, motions and exceptions;

That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of any such attorney or counsel, and that I am not financially interested in the said action or the outcome thereof;

That upon completion of signature, if required, the original transcript will be securely sealed and the same served upon the appropriate party.

IN WITNESS HEREOF, I have hereunto set my hand this 20th day of August, 2018.

Laura Gjuka, CCR No. 2057