# EXHIBIT D

Erwin Delacruz                                    December 2, 2019

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

---------------------------------------------------------

UGOCHUKWU GOODLUCK NWAUZOR,            )

FERNANDO AGUIRRE-URBINA,               )

individually and on behalf of all     )

those similarly situated,             )

        Plaintiffs,                   )

    vs.                               ) No. 17-cv-05769-RJB

THE GEO GROUP, INC., a Florida        )

corporation,                          )

        Defendant.                    )

---------------------------------------------------------

Videotaped

Deposition Upon Oral Examination of

ERWIN K. DELACRUZ

---------------------------------------------------------

9:33 a.m.

Monday, December 2, 2019

1019 Regents Blvd., Suite 204

Fircrest, Washington

REPORTED BY:  Keri A. Aspelund, RPR, CCR No. 2661

Erwin Delacruz                                    December 2, 2019

Page 2

1      APPEARANCES:

2      For the Plaintiffs:   JAMAL N. WHITEHEAD, ESQ.

3                            Schroeter Goldmark & Bender

4                            810 Third Avenue, Suite 500

5                            Seattle, WA  98104

6                            206-622-8000

7                            whitehead@sgb-law.com

8      For the Defendant:   ADRIENNE SCHEFFEY, ESQ.

9                            Akerman LLP

10                           1900 Sixteenth Street, Suite 1700

11                           Denver, CO  80202

12                           303-640-2512

13                           adrienne.scheffey@akerman.com

14     Also present:        LINDSEY LEWIS, VIDEOGRAPHER

15

16                           ANDREA BRENNEKE, ESQ.

17                           Assistant Attorney General

18                           800 Fifth Avenue, Suite 2000

19                           Seattle, WA  98104

20                           206-233-3384

21                           andreab3@atg.wa.gov

22

23

24

25

Erwin Delacruz                                    December 2, 2019

```
                                                        Page 3
 1                      E X H I B I T S
 2   No.   Description                          Page/Line
 3   300   Internal/External Job Posting, Food    20   13
 4         Services Supervisor NWDC - GEO-Nwauzor
 5         054190-054191
 6   301   GEO OJT for Food Service Manager -     37    4
 7         GEO-Nwauzor 026284-026292
 8   302   Policy and Procedure Manual, Chapter:  41    5
 9         Food Service, Title: Food Service
10         Operations - GEO-Nwauzor 031202-031236
11   303   Food Cost Summary - GEO-Nwauzor 040015 90    1
12   304   Northwest Detention Center Detainee Job 93   14
13         Descriptions
14   305   Kitchen Worker Orientation Checklist - 109  15
15         GEO-Nwauzor 004619-004629
16   306   Detainee/Staff Health and Hygiene -    112  25
17         GEO-Nwauzor 177020-177022
18   307   Detainees Removed from Kitchen Per IDP  116  19
19         Sanctions - GEO-Nwauzor 084945-084946
20   308   Northwest Detention Center Daily       119    5
21         Detainee Worker Pay Sheet - GEO-Nwauzor
22         065428-065429
23   309   Pod Porters, October 22, 2015 -        120   15
24         GEO-Nwauzor 026921-026953
25
```

Erwin Delacruz                                    December 2, 2019

Page 4

1                    E X A M I N A T I O N

2    BY                                      Page/Line

3    MR. WHITEHEAD                               6    4

4    MS. SCHEFFEY                             127   16

5    MS. BRENNEKE                             129   15

6    MR. WHITEHEAD                            140   22

7

8

9

10

11

12

13

14      (Note:  * Denotes phonetic spelling.)

15

16

17

18

19

20

21

22

23

24

25

Erwin Delacruz                                    December 2, 2019

```
                                                        Page 5
 1          Fircrest, Washington; Monday, December 2, 2019

 2                          9:33 a.m.

 3               --------------------------

 4          THE VIDEOGRAPHER:  We are now on the record.

 5   Today's date is December 2nd, 2019.  The time is 9:33 a.m.

 6               This is the video recorded deposition of Erwin

 7   Delacruz in the matter of Ugochukwu Goodluck Nwauzor, et

 8   al., vs. The GEO Group, Inc., pending in the United States

 9   District Court, Western District of Washington, at Tacoma,

10   case number 17-cv-05769-RJB.  This deposition is at the

11   request of plaintiff.

12               My name is Lindsey Lewis, your videographer,

13   here with Keri Aspelund, your court reporter.  We represent

14   Seattle Deposition Reporters.

15               This deposition is taking place at 1019 Regents

16   Boulevard, Suite 204, Fircrest, Washington 98466.

17               Will counsel please identify and state your

18   appearances for the record.

19          MR. WHITEHEAD:  Good morning.  Jamal Whitehead,

20   class counsel on behalf of Mr. Nwauzor and the class he

21   represents.

22          MS. SCHEFFEY:  Adrienne Scheffey on behalf of

23   The GEO Group and Mr. Delacruz.

24          THE VIDEOGRAPHER:  Will the court reporter

25   please administer the oath.
```

Erwin Delacruz                                        December 2, 2019

Page 6

```
 1                    -------------------------

 2    ERWIN K. DELACRUZ:    Witness herein, having been

 3                         duly sworn, testified as follows:

 4                    E-X-A-M-I-N-A-T-I-O-N

 5    BY MR. WHITEHEAD:

 6         Q.   Good morning, Mr. Delacruz.

 7         A.   Good morning.

 8         Q.   We met a moment ago and introduced ourselves off

 9    the record, but for the benefit of the record, I'd like to

10    introduce myself again.  My name's Jamal Whitehead.  I

11    represent the class of civil immigration detainees that

12    have brought an action against The GEO Group, your current

13    employer.

14         A.   Yes.

15         Q.   Mr. Delacruz, could you state and spell your

16    name for the record, please.

17         A.   My name -- spell my name is Erwin, E-R-W-I-N,

18    last name Delacruz, D-E-L-A-C-R-U-Z.

19         Q.   Do you have a middle name?

20         A.   Karl --

21         Q.   And that's --

22         A.   -- K-A-R-L.

23         Q.   Mr. Delacruz, what is your date of birth?

24         A.   Is December 31st, 1959.

25         Q.   And your current address?
```

Erwin Delacruz                                    December 2, 2019

                                                              Page 22

 1              And there's a lot of times, when there's not
 2     enough detainees, I push them to -- I let them -- the cooks
 3     have -- have all the detainees, and I will then doing it by
 4     myself.
 5          Q.   And so that's one example, the rations.
 6              I guess what I'm looking for is a list, and you
 7     can speak at a high level, but I'm looking for the type of
 8     work that you direct the detainee workers in.
 9          A.   Yeah, it's rotating rations, bringing them in,
10     rotating the -- all the rations that are coming in.
11              And then -- then the cleanup phase, checking
12     behind my supervisors to making sure that the objectives of
13     cleaning and sanitizing the kitchen is complete.  And if I
14     see anything wrong, I just -- okay, this needs to get done,
15     or empty the trash, or as easy as wiping down a table.
16          Q.   Okay, anything else?
17          A.   Or even the breakdown for the next day.  Pulling
18     items from the dry room, putting them on carts so it makes
19     the next day a much smoother operation in getting all the
20     food out on time and just -- and the prep work, a lot of
21     the prep work needs to get done.
22              And we direct the detainees to helping us
23     offload, load, retrieving bags, boxes from the freezer, and
24     the dry room, and so forth.
25          Q.   Anything else?

Erwin Delacruz                                        December 2, 2019

Page 24

1    them, I just want to get the job done.

2         Q.   When you say they might not be able to do it --

3         A.   No, sometimes he might be a disabled person, you

4    know, and I -- and I -- and I understand that, and I says,

5    Just give me -- you don't have to.  It's just -- it's just

6    a courtesy.

7         Q.   So assuming available workers, and barring some

8    medical condition, your expectation though is that if you

9    give a directive or direction to a detained worker, that

10   they follow it; is that correct?

11             MS. SCHEFFEY:  Object to form.

12        A.   No.  No.

13        Q.   You have no expectation that they follow your

14   directions?

15        A.   No, because sometimes they just -- it's up to

16   them, and they're -- and they're doing it because they're

17   voluntarily working in there.

18        Q.   And are there repercussions if a detained worker

19   refuses to do the work?

20        A.   Oh, no.

21        Q.   There are no repercussions?

22        A.   No.  If he feels like he can't do the job, then

23   he can go somewhere else in the facility, in the kitchen,

24   to work there.

25        Q.   So if a detained worker consistently refused to

Erwin Delacruz                                    December 2, 2019

Page 30

1                 (Reporter requested clarification.)

2          A.    Cleanup and -- and get -- and prepare for the

3     next meal or the next day.

4          Q.    Given GEO's current staffing levels, could you

5     accomplish the mission in a timely manner if you take out

6     the detainee workers?

7          A.    For -- I would just say for six months, we

8     didn't have any viable personnel, and we was doing it.  I

9     was washing pots and pans, and I kept driving on, because I

10    know that we gotta get these personnel here fed, wash

11    dishes, washing pans, putting away rations, a lot of times

12    by myself, and the cooks cook the whole meal by themselves,

13    and we all pull together and get the job done.

14         Q.    And that certainly speaks to your

15    professionalism that you were able to make it through, but

16    was that the ideal scenario?

17         A.    There's never an ideal scenario.  Missions

18    always change.

19         Q.    All things being equal, would it be easier to

20    accomplish the mission with detainee workers in the mix?

21              MS. SCHEFFEY:  Object to form.

22         A.    You know, not really, but it's -- it's there to

23    help us maintain the standards for the -- for the policies

24    that we're under for GEO.

25         Q.    Well, I mean, I don't see washing pots and pans

1    answer, which will open up a different ball of wax, the

2    expectation is that you answer my question.

3         A.    Okay.

4         Q.    All right, so --

5         A.    I just didn't understand what -- what you mean.

6               It -- I -- if I have to roll up my sleeves,

7    that's -- that's regardless, it's the policy, and to get

8    things done, and I'm going to jump in the kitchen, and I'm

9    going to work it, and I'm going to do what I have to do to

10   get -- because without the pans, you can't pan out the next

11   meal.

12        Q.    I understand that.

13              So you did this you said for six months.  What

14   if that were the permanent situation, there were no

15   detainee workers, could you accomplish the mission in a

16   timely manner without hiring more GEO personnel?

17              MS. SCHEFFEY:  Object to form.

18        A.    No, we can continue to drive on.  We can

19   continue to function.

20        Q.    Would you expect a raise?

21        A.    No.

22        Q.    So you would take on additional responsibilities

23   with no expectation of additional --

24        A.    No.

25        Q.    -- compensation?

Erwin Delacruz                                    December 2, 2019

Page 45

1        A.   They -- they prepare -- they prepare the next

2   meal as they come in, and serve, bring in the detainees,

3   also get everything set up for that meal to be served.

4        Q.   Do they do the actual cooking?

5        A.   Yes.

6        Q.   And that's true even when there are detainee

7   workers in the kitchen --

8        A.   Yes, they do.

9        Q.   And the cook supervisors, they report to Ms.

10  Henderson?

11       A.   Yes.

12       Q.   How many cook supervisors are there currently?

13       A.   There's three on each shift, but there's --

14  there's ten -- ten cook -- ten cook supervisors, one

15  manager, one assistant manager, and one clerk.  There's 13

16  in total.

17       Q.   So the total kitchen personnel is 13 people?

18       A.   Yes.

19       Q.   Two managers, being yourself and Ms. Henderson?

20       A.   Yes.

21       Q.   Ten cook supervisors?

22       A.   Yes, correct.

23       Q.   And then one clerk?

24       A.   Yes.

25       Q.   And then on the second page of Exhibit-302,

Erwin Delacruz                                    December 2, 2019

Page 49

1            MS. SCHEFFEY:  Object to form.

2       A.   We only ask them to do things that's easy to do,

3   nothing technical.  Just get the boxes in, or put them

4   away, or help me lift this over, put it in the pot.  Just

5   to get that portion, it's pretty much straightforward.

6       Q.   Even so, GEO provides them with basic training,

7   on-the-job training?

8       A.   Yes, it's on-the-job training.

9            So people -- not everybody's a five star chef

10  that goes there, but they're all walks of life.  So it's

11  not discriminatory at all, it's just I would like to -- I'd

12  love when people are there, and they help us, and that's

13  the main objective.

14           And then, you know, it's -- it's part of the

15  time to get them out of the pod if -- if they see fit,

16  because they volunteer -- voluntarily came to work in the

17  kitchen, and a lot of times they stay there, they do.

18      Q.   And again, when we say voluntary, I mean, they

19  volunteered to work in return for pay; correct?

20      A.   Yes, if -- if that's what their goal is, to get

21  paid, then that's fine.

22      Q.   I mean, they weren't working for free?

23      A.   Yeah, of course not.

24           MS. SCHEFFEY:  Object to form.

25      Q.   Of course not, right.

Erwin Delacruz                                    December 2, 2019

Page 50

```
 1              So GEO provides on-the-job training as it
 2      relates to sanitation --
 3         A.    Mm-hm.
 4         Q.    -- correct?
 5         A.    Yes.
 6              MS. SCHEFFEY:  Object to form.
 7         Q.    GEO provides on-the-job training as it relates
 8      to cooking the food; correct?
 9              MS. SCHEFFEY:  Object to form.
10         A.    No, cooks are the ones that do the cooking, they
11      just helping.
12         Q.    I understood you to say that there was
13      on-the-job training in three respects, sanitation?
14         A.    Yes.
15         Q.    I got that right?
16         A.    Yeah.
17         Q.    And I thought cooking was part of it as well?
18              MS. SCHEFFEY:  Object to form.
19         A.    It's only to help us produce -- or -- or help in
20      the labor part to bringing the food on -- into the pots and
21      stuff, and -- I mean, to the -- to the kettles, and -- and
22      to get all that done.  And yeah, we help them, and they
23      learn a little, and they learn also how to put it in, and
24      how to cook it, how long we should cook it.  It's just part
25      of the program.
```

Erwin Delacruz                                    December 2, 2019

Page 63

 1          A.    That could -- that could -- number is constantly

 2    changing.  We could go from two to four to six to 12 at the

 3    most.  It's because people gets -- they're leaving, and

 4    they might work there for three, four months, and then the

 5    Tuesday morning they have left.

 6          Q.    Well, as best you can remember, tell me how many

 7    there are right now on the morning shift.

 8          A.    About eight.  Eight for the morning shift, maybe

 9    about 12 for lunch shift, and about 20 for the dinner

10    shift.

11          Q.    I'm getting confused on my shift names now.

12          A.    Ah.

13          Q.    So you said 12 on lunch?

14          A.    Twelve, which -- because there's three --

15    there's four detainee shifts.

16          Q.    Okay.

17          A.    There you go.

18                I apologize for that.

19          Q.    All right.  So that lunch -- well, let me -- let

20    me just ask that question.

21          A.    Yeah.

22          Q.    So what you described to me earlier were the --

23          A.    Was all the cooks.

24          Q.    One at a time.

25          A.    I'm sorry.

Erwin Delacruz                                    December 2, 2019

Page 68

```
 1        Q.    Do you know what quota refers to in this
 2   context?
 3        A.    None.  It's just what's the wording is expecting
 4   or what he -- what he might think, because it's developed
 5   by the FSA or approved by the warden.  I have no -- I don't
 6   know what -- what he meant.
 7        Q.    FSA, is that Food Service Administrator?
 8        A.    Yes.
 9        Q.    And that would be Ms. Henderson?
10        A.    Yes.
11        Q.    So based on what you see here, you believe it's
12   either Ms. Henderson or the warden that would set the
13   quota?
14              MS. SCHEFFEY:  Object to form.
15        A.    It's just what they might think, not me.
16        Q.    Do you have any sense of what the quota is right
17   now?
18        A.    No, because people always are coming in and
19   leaving, so it's -- it's not a permanent -- permanent
20   location or -- like it's not really -- it's not a permanent
21   time line because they also are leaving, either being
22   deported or -- or being let -- let free because of bond, or
23   whatever the case may be, medical, or whatever the case may
24   be, that people always are moving around, they're always
25   leaving, coming and going.
```

Erwin Delacruz                                    December 2, 2019

Page 69

1      Q.    Well, Ms. Henderson has been deposed in this
2    lawsuit, and I'll represent to you that she said the quota
3    was about 30 detainee workers per shift; do you have any
4    reason or basis to dispute the quota of about 30 detainee
5    workers a shift?
6      A.    No.  No.
7      Q.    Does that sound about right to you?
8            MS. SCHEFFEY:  And I'm going to object to form
9    and tell you that you only can answer -- you only have to
10   answer if you know.
11     A.    Yeah, and I -- I don't know, because every day
12   is different, and the amount of people that comes in is
13   different because it's a voluntary program.
14     Q.    Now, you had mentioned to me earlier that there
15   was a period, I think you said there was a six-month
16   period, where there were no viable workers; do you recall
17   saying something like that?
18     A.    Yes.
19     Q.    When was that?
20     A.    2017, 2018, somewhere in that time frame.  Like
21   the last three months of 2017 and the first three months of
22   2018.  Anyway, because it's always -- you never know.
23     Q.    And why is it?
24           What's your understanding why there were no
25   viable workers?

Erwin Delacruz                                    December 2, 2019

Page 70

```
 1          A.    No one volunteered or wanted to work in the
 2    kitchen.
 3          Q.    Do you have any sense of why?
 4          A.    I -- I really don't.  It's if we get them, we
 5    get them.
 6                It's like laundry.  Laundry gets the same
 7    personnel out of the work program as everybody else, so
 8    they -- everybody -- either they -- either the people
 9    volunteer to work there or they don't, but that's -- that's
10    probably what it is, they just didn't want to volunteer.
11          Q.    Well, I'll represent to you that this lawsuit
12    was filed in September 2017; do you think that has anything
13    to do with the drop off or decline in workers --
14                MS. SCHEFFEY:  Object to form.
15          Q.    -- in the kitchen?
16                MS. SCHEFFEY:  Sorry.
17          A.    No, I don't think so.
18          Q.    How can you say that with certainty?
19          A.    Because it's individuals.
20                MS. SCHEFFEY:  Object to form.
21          Q.    And so during the six-month period where there
22    were no viable workers, what did you do to get by?
23          A.    We pulled together and continue to do what we
24    have to do.  Because we have to feed the people that are in
25    there, and that's our objective is to feed the personnel
```

Erwin Delacruz                                    December 2, 2019

Page 75

1        A.    Just follow the instructions given to them by

2    the cook supervisors, and accomplish the mission that's --

3    or accomplish the procedures that needs to get done.

4        Q.    Can you tell me what the detainee workers do

5    with respect to food preparation?

6        A.    Is that they're preparing -- they're helping

7    prepare the meal with the cook.

8        Q.    And when you say they help prepare the meal,

9    what does that mean?

10       A.    Getting boxes, or putting in the vegetables in

11   the pot, or -- or as simple as panning up -- prepping items

12   for the next day.

13       Q.    And prepping items for the next day; cutting up

14   ingredients, for example?

15       A.    Mostly it's panning up preformed items onto

16   sheet pans --

17       Q.    And --

18       A.    -- like chicken patties, or fish patties, those

19   type of products.

20       Q.    And that's literally placing the product on the

21   pan?

22       A.    On the sheet pans, correct.

23       Q.    Okay, so getting boxes, putting vegetables in

24   the pan, panning up --

25       A.    Yes.

Erwin Delacruz                                    December 2, 2019

Page 76

1          Q.    -- what else do the detainee workers do with

2     respect to preparing the meals?

3          A.    Accumulating -- or help in the dry storage room,

4     placing the items that is needed with the cook onto the

5     carts so they can bring it all out.  Or even in the

6     freezer, pulling stock out of the freezer, and putting them

7     on carts, and bringing them into the cooking area.

8          Q.    What else?

9                And again, I'm limiting this question only to

10    food preparation.

11         A.    Mm-hm.

12               Preparing sandwiches.

13         Q.    Again, just to get into the details, I mean, are

14    we talking about putting the deli meat between the bread?

15         A.    The bread, putting the meat on, the cheese, and

16    preparing sack lunches with the cup, and the juice packet,

17    and the fruit, and wrapping them together.

18         Q.    What else?

19         A.    Just the cooking area?

20         Q.    Yes, just -- just food preparation.

21         A.    And that's about -- that's about covers it.

22               And of course -- of course panning them up after

23    the food is all done, and getting them into four-inch,

24    six-inch pans, hotel pans, and putting -- placing them in

25    the warmer.

Erwin Delacruz                                    December 2, 2019

Page 89

```
 1        A.    No, that's about it.

 2        Q.    All right, so if the detainee workers didn't

 3   carry out all of these tasks that you just described for

 4   me, would it than fall on GEO staff to do these jobs?

 5        A.    Yes.

 6        Q.    And it's your testimony that GEO staff could

 7   carry out all of those functions and execute the mission,

 8   as you call it, in a timely fashion even without the help

 9   of detainee workers?

10              MS. SCHEFFEY:  Object to form.

11        A.    Correct.

12        Q.    Is it at least fair to say though that the

13   detainee workers are an important part of the kitchen

14   operation?

15              MS. SCHEFFEY:  Object to form.

16        A.    No.

17        Q.    Well, what would you say?

18        A.    If we get them -- it's a voluntary program.  If

19   we get the detainees -- if they volunteer to work there,

20   then that's fine.  If they don't, then -- then it falls on

21   us.

22        Q.    How many meals does GEO serve a day?

23        A.    Three.

24        Q.    In terms of actual plates or trays of food?

25        A.    Trays, three, breakfast, lunch, and dinner.
```

Erwin Delacruz                                    December 2, 2019

Page 98

1          Q.    Did I already ask?

2          A.    Yeah.  That's okay.

3          Q.    It's tough.

4                Can you tell me about a time that you fired a

5     kitchen detainee worker?

6          A.    I don't fire them.  A lot of times they just

7     don't show up for work, and they voluntarily -- they

8     voluntarily don't want to work.  They voluntarily don't

9     want to work.

10               Now, there's another time when there was

11    misconduct, when the horseplay would turn into almost a

12    fight, so you have to break them up, and they're going to

13    get sent back.  You don't need a fight in the kitchen.  So

14    I immediately jumped in and said, Okay, stop.  You go --

15    you're going back to your pod right now.

16         Q.    And this is you personally breaking up a fight?

17         A.    They -- they were ready to go to -- they were

18    ready to go to that moment.  The best thing is to stop it

19    immediately because you're stopping the whole operation.  I

20    got 45 seconds in my thing too.  If I don't get the line

21    going, then -- then it gives time for them to think.  No,

22    there's no time to think; move them, get them out of the

23    way, get another officer to take them, get -- there's other

24    security officers at the door ready to pull the carts and

25    bring in other detainees from other pods, and the best

Erwin Delacruz                                    December 2, 2019

```
                                                  Page 100

 1            Fircrest, Washington; Monday, December 2, 2019

 2                        12:46 p.m.

 3            -------------------------

 4            THE VIDEOGRAPHER:  We're now back on the record.

 5    The time is 12:46 p.m.

 6                 E-X-A-M-I-N-A-T-I-O-N (Resumed)

 7    BY MR. WHITEHEAD:

 8       Q.   Mr. Delacruz, who sets the detainee workers'

 9    schedules in the kitchen?

10       A.   Detainees choose what shift they want to be on.

11       Q.   Well, is there anyone at GEO, any GEO personnel

12    though that decides what shifts detainee workers should be

13    on?

14       A.   No, they kind of -- they -- they -- they more or

15    less ask in their work program, they ask which shift that

16    they want, either morning, or afternoon, or late evening.

17    They might need to go see their lawyers in the afternoon,

18    so they pick a morning shift, or you know, whatever, if

19    they have to go to court, or whatever, or get their things

20    done and go to law office in the afternoon and must

21    leave -- and do their work in the morning, and that's why

22    they choose what shift they want to be on.

23       Q.   And how is it that you came to that

24    understanding about the detainee workers get to choose?

25       A.   That's kind of like if I was applying for a job,
```

Erwin Delacruz                                December 2, 2019

Page 103

1    would week -- or would work?

2         A.    It's usually written in -- I -- I think it's

3    written in there it's seven days a week.

4         Q.    Is there a time clock for detainee workers to

5    punch in and out of?

6         A.    No, they -- when they in-process through the

7    security officer or the desk officer, that's -- that means

8    they're physically there, and then we turn in the -- like a

9    time sheet to the lieutenant's office, and that's forwarded

10   to the work program so they know that they're there.

11        Q.    Okay.  And the desk officer, I've heard you

12   mention that title a few times, is there a desk officer

13   stationed in the kitchen, or is it someone in the pods?

14        A.    It's another cook officer because there's three

15   on each shift; so one cooking, one prepping, and one is a

16   desk officer, or you can call him pod officer.

17        Q.    All right.  So it's one cook supervisor

18   supervising the cook?

19        A.    Mm-hm.

20        Q.    One cook supervisor supervising the food

21   preparation?

22        A.    Right.

23        Q.    And then the third --

24        A.    And the -- and the -- and the serving.

25        Q.    And the serving?

Erwin Delacruz                                    December 2, 2019

Page 104

1         A.    And then the third officer is on the desk.

2         Q.    And is it the case that he or she is literally

3    seated at a desk?

4         A.    No, he's roaming -- he's doing his security

5    checks like he's supposed to, and then -- and prepping some

6    items at his desk at the same time, and overlooking the

7    detainees in the sanitation area.

8         Q.    How long is the detainee morning shift?

9         A.    From 4 to 8.

10        Q.    And is it the case that a detainee worker

11   assigned to that shift would work 4 to 8?

12        A.    Sometimes if there's an IMS or anything, an

13   emergency within, it shuts down, so he can't leave.  That

14   would be probably maybe the extreme that they have to stay

15   in the kitchen a little bit longer.

16        Q.    But as a general rule, the detainee workers

17   would work the length of the shift, in the case of the

18   morning, 4 a.m. to 8 a.m.?

19             MS. SCHEFFEY:  Object to form.

20        A.    It varies.  It could be 4 to 8, but then if --

21   if they didn't get -- they needed to get a few more things

22   done, and then it might go a little over, but that's about

23   all.  Maybe the trash, we need to dump the trash or

24   something, it could be anything, or even there was an IMS

25   during feeding, and it shut down the facility altogether

Erwin Delacruz                                    December 2, 2019

Page 108

1    to work morning or afternoon.

2         Q.   And then once that schedule is set, can a worker

3    then just voluntarily, without filling out a form or

4    talking to anyone, work a different shift?

5         A.   He would have to fill out a form to let us know

6    or let us -- to let us know that he wants to switch shifts.

7    He can't just change shifts because people are moving and

8    being accountable throughout the day.  So all of a sudden

9    he's in the -- what's he doing in the kitchen?  Not

10   supposed to be in the kitchen.  And then now we gotta go

11   face to face, which is a card to face during -- to make the

12   count correct, and then to make sure that the people that

13   you have are who you have, because he can't just mosey

14   around the facility.

15            So the best thing is to -- he puts in his

16   request to change, or he asks us, Could I change my shift?

17   Okay, let's go into the work program, go ahead and fill out

18   the forms, and send it in, and -- and then in a week, he

19   probably will -- can shift and change to either the

20   breakfast to lunch, or from lunch to breakfast, or from

21   dinner to breakfast.

22        Q.   But in that scenario you've just described then,

23   the detainee worker would need to seek authorization to

24   switch shifts; is that fair to say?

25        A.   Because in the first part, he asked to be on

Erwin Delacruz                                    December 2, 2019

                                                         Page 111

  1        A.    Oh, oh, Evaluation Program?

  2        Q.    Yes.

  3              Do you see that?

  4        A.    Yes.

  5        Q.    What does that refer to?

  6        A.    I really don't know.

  7        Q.    Is it the case that GEO does a skills assessment

  8   before workers are hired into the kitchen?

  9        A.    No.

 10        Q.    Is it the case that GEO conducts performance

 11   reviews as people work in the kitchen?

 12        A.    No.

 13        Q.    Let's look at the very last page of Exhibit-305.

 14        A.    What page that you're on, the second one?

 15        Q.    The very last page.

 16        A.    Oh, the very last one, sorry.

 17        Q.    The heading on this one is Kitchen Worker Skills

 18   Checklist.

 19              Are you with me?

 20        A.    Yes.

 21        Q.    What is the purpose of this document, as you

 22   understand it?

 23        A.    That he can -- that we'll show him how to mop

 24   floors, how to wash -- you know, it's an OJT, wash the

 25   walls maybe, freezer, how it's swept not mopped with -- you

Erwin Delacruz                                        December 2, 2019

                                                              Page 112

 1   know, with water.  The loading dock procedure, which is

 2   really I bring in the food, so only off-loading pallets.

 3   The trash cans, where they go, make sure that they're

 4   covered.  The restroom is cleaned.  The mop room or the mop

 5   closet is straight and orderly.  And then dish room,

 6   everything is -- the hot/cold -- the wash/rinse, and

 7   sanitary tanks are -- are filled, including meat slicers,

 8   ovens, if -- to clean equipment.  It's more like a famil --

 9   familiarity to these areas if they never worked in a

10   kitchen at all, because it's an OJT anyway, so --

11           Q.    And OJT refers to on-the-job training?

12           A.    On-the-job training.

13           Q.    So to summarize then, all of the pages here that

14   make up Exhibit-305, I mean, these are just the various

15   checklists, rules, and requirements that GEO asks its

16   kitchen detainee workers to meet?

17                 MS. SCHEFFEY:  Object to form.

18           A.    To perform a task that if -- that they can do.

19   If he can't do it, then there's other things that he can

20   do.  If he -- if he can't wash walls, well can he mop

21   floors?  You know, it's -- it's a vast amount of things

22   that can be done in the kitchen that need to be done with

23   the minimum amount of people that we have or the maximum

24   amount of people we have.

25                 (Exhibit-306 marked.)

Erwin Delacruz                                    December 2, 2019

Page 136

1    in their pod?

2          A.    No.

3                Sometimes when I do -- when I do go out to -- if

4    I'm not -- when I've got my two detainees or one detainee

5    with me, I says, you know, the first thing is, How you

6    been?  How are you doing?  What have you been up to?  You

7    know, the human approach.  And -- and I ask them, You like

8    working here?  And they -- a lot of them do, say, Oh, good,

9    I got out of the -- you know, the pod themselves, just to

10   get out, you know, just to get out and go somewhere else

11   instead of in the pod.  And they -- they kind of like to

12   get out.  And I don't -- I don't blame them, you know, they

13   get out of the -- you stuck in this pod all day and just to

14   went to the kitchen, and it's work.

15         Q.    And is it also true that some of the food

16   workers can eat slightly greater portions of food if

17   they're assigned to the kitchen and there are -- there's

18   excess food for that meal?

19               MS. SCHEFFEY:  Object to form.

20         A.    Really it's like at the end of the meal, we

21   have -- we make sure that we have enough food for them, and

22   if there's any extra vegetables, they're more than happy to

23   get it, more than happy to get any -- anything else that

24   they would like, but we -- the meat items, we'll -- we'll

25   make sure that they have enough.  And then we're -- we're

Erwin Delacruz                                    December 2, 2019

Page 144

```
 1                    C-E-R-T-I-F-I-C-A-T-E

 2            .

 3     STATE OF WASHINGTON )

 4                        )  ss.

 5     COUNTY OF THURSTON  )

 6

 7              I, the undersigned Registered Professional
       Reporter and Certified Court Reporter, hereby
       certify that the foregoing deposition upon oral
 8     examination was taken stenographically before me and
       transcribed under my direction;
 9

10              That the witness was duly sworn by me,
       pursuant to RCW 5.28.010, to testify truthfully; that the
11     transcript of the deposition is a full, true, and correct
       transcript to the best of my ability; that I am neither
12     attorney for, nor a relative or employee of, any of the
       parties to the action or any attorney or counsel employed
13     by the parties hereto, nor financially interested in its
       outcome.
14

15              I further certify that in accordance with CR
       30(e), the witness was given the opportunity to examine,
16     read, and sign the deposition, within 30 days, upon its
       completion and submission, unless waiver of signature was
17     indicated in the record.

18

19              IN WITNESS WHEREOF, I have hereunto set
       my hand this 10th day of December, 2019.

20

21

22

23     _____
       NCRA Registered Professional Reporter
24     Washington Certified Court Reporter No. 2661

25
```

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com     206.622.6661 * 800.657.1110   FAX: 206.622.6236