# EXHIBIT F

Bruce Scott, Jr.                                      December 10, 2019

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

_____

UGOCHUKWU GOODLUCK NWAUZOR,     )
FERNANDO AGUIRRE-URBINA,        )
individually and on behalf of   )
all those similarly situated,   )
                                )
         Plaintiffs,            )
                                )   No. 17-cv-05769-RJB
   vs.                          )
                                )
THE GEO GROUP, INC., a Florida  )
corporation,                    )
                                )
         Defendant.             )
_____

VIDEO DEPOSITION UPON ORAL EXAMINATION OF

BRUCE A. SCOTT, JR.

AS A RULE 30(b)(6) DESIGNEE OF

THE GEO GROUP, INC.
_____

810 Third Avenue, Suite 500

Seattle, Washington

DATE:  Tuesday, December 10, 2019

REPORTED BY:  Donald W. McKay, RMR, CRR, CCR 3237

```
                                                                  Page 2
 1                    A P P E A R A N C E S

 2
      FOR THE PLAINTIFFS:
 3
                 JAMAL N. WHITEHEAD, ESQ.
 4               REBECCA J. ROE, ESQ.
                 Schroeter Goldmark & Bender
 5               810 Third Avenue, Suite 500
                 Seattle, Washington 98104
 6               206.622.8000
                 whitehead@sgb-law.com
 7               roe@sgb-law.com

 8    FOR THE DEFENDANT:

 9               JOAN K. MELL, ESQ.
                 III Branches Law PLLC
10               1019 Regents Boulevard, Suite 204
                 Fircrest, Washington 98466
11               253.566.2510
                 joan@3brancheslaw.com
12
      ALSO PRESENT:
13
                 LANE POLOZOLA, ESQ.
14               Assistant Attorney General
                 State of Washington
15               Office of the Attorney General
                 800 Fifth Avenue, Suite 2000
16               Seattle, Washington 98104
                 206.464.7744
17               lane.polozola@atg.wa.gov

18               LINDSEY LEWIS
                 Videographer
19

20

21

22

23

24

25
```

Page 3

 1                            I N D E X
 2      EXAMINATION BY                                            PAGE
        _____
 3
        MR. WHITEHEAD.......................................    6
 4

 5

 6                          E X H I B I T S

 7      NUMBER          DESCRIPTION                               PAGE
        _____
 8
        Exhibit 353   Plaintiffs' Amended Notice of                 9
 9                    Videotaped Rule 30(b)(6) Deposition
                      to The GEO Group
10
        Exhibit 354   GEO's Fed. R. Civ. P. 26(a)(1) Initial       13
11                    Disclosures

12      Exhibit 355   Untitled spreadsheets                        23
                      (GEO-Nwauzor 084666)
13
        Exhibit 356   Contract - Statement of Work                 32
14
        Exhibit 357   Defendant The GEO Group, Inc.'s              43
15                    Responses to Plaintiff Chao Chen's
                      First Interrogatories and Requests
16                    for Production

17      Exhibit 358   Composite - Billing from The GEO Group       55
                      to DHS ICE
18
        Exhibit 359   Monthly Voluntary Worker Program             61
19                    Spend - 2005-2016

20      Exhibit 360   Spreadsheet titled Northwest ICE             64
                      Processing Center Facility Financial
21                    Statements

22      Exhibit 361   Performance-based National Detention         93
                      Standards 2011
23
        Exhibit 362   Batch Listing - Batch No. 3683 -             96
24                    04/18/2006

25

Bruce Scott, Jr.                                          December 10, 2019

```
                                                                 Page 4
 1                    E X H I B I T S (continued)

 2   NUMBER         DESCRIPTION                                   PAGE
     _____
 3
     Exhibit 363   Memorandum dated April 12, 2012, to             104
 4                 Associate Warden McHatton from
                   Classification, Singleton and Heye,
 5                 re: Voluntary Work Program 2011 PBNDS
                   Standards
 6
     Exhibit 364   E-mail chain dated August 30, 2014,             106
 7                 to Lowell Clark from Bill McHatton,
                   re: Voluntary Work Program
 8
     Exhibit 365   Letter dated May 30, 2018, to Peter             110
 9                 Edge from (redacted)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

www.seadep.com        206.622.6661 * 800.657.1110   FAX: 206.622.6236

Page 5

1        Seattle, Washington; Tuesday, December 10, 2019
2                          10:13 a.m.
3
4           THE VIDEOGRAPHER:  We're now on the record.
5           Today's date is December 10, 2019.  The time is
6    now 10:13 a.m.
7           This is the video-recorded deposition of Bruce
8    Scott, 30(b)(6) representative for The GEO Group, Inc.,
9    in the matter of Ugochukwu Goodluck Nwauzor, et al.,
10   versus The GEO Group, Inc., pending in the United States
11   District Court, Western District of Washington at
12   Seattle, Case No. 17-cv-05769-RJB.
13          This deposition is at the request of the
14   plaintiff.
15          My name is Lindsey Lewis, your videographer,
16   here with Don McKay, your court reporter.  We represent
17   Seattle Deposition Reporters.
18          This deposition is taking place at Schroeter
19   Goldmark & Bender, 810 Third Avenue, Suite 500, Seattle,
20   Washington, 98104.
21          Will counsel please identify and state your
22   appearances for the record.
23          MR. WHITEHEAD:  Good morning.  Jamal Whitehead
24   on behalf of Mr. Nwauzor and the certified class.
25          MS. ROE:  Rebecca Roe with Jamal Whitehead.

```
                                                              Page 6
 1              MS. MELL:  Joan Mell.  GEO.
 2              Bruce Scott, witness, 30(b)(6).
 3              MR. POLOZOLA:  My name is Lane Polozola.  I am
 4    counsel for the State of Washington in a separate
 5    consolidated lawsuit, Washington versus GEO.
 6              THE VIDEOGRAPHER:  Will the court reporter
 7    please administer the oath.
 8
 9    BRUCE A. SCOTT, JR.            called as a witness in the
10                                   above-entitled cause, being
11                                   first duly sworn, testified
12                                   as follows:
13
14                       E X A M I N A T I O N
15    BY MR. WHITEHEAD:
16       Q.  Good morning, Mr. Scott.  We met yesterday when
17    I deposed you in your individual capacity.  I will
18    introduce myself again, though, for the benefit of the
19    record.  I'm Jamal Whitehead.  I represent Mr. Nwauzor,
20    as well as Mr. Aguirre-Urbina in their lawsuit against
21    The GEO Group.
22              Mr. Scott, could you please state and spell your
23    name for the record.
24       A.  Bruce Arnold Scott, Jr.  B-R-U-C-E, A-R-N-O-L-D,
25    S-C-O-T-T, J-R.
```

1   line item, of barber shop activities for three months,
2   if we knew it was going to be three months. There could
3   be other options that GEO looks at.
4        Q.   In terms of the options that GEO would look at
5   in the event of a long-term volunteer worker stoppage,
6   whether it be in the kitchen or any of the other jobs,
7   would one of the considerations be looking to an outside
8   contracting agency to perform the functions that were
9   previously performed by the detainee workers?
10            MS. MELL:  Object to the form.
11            THE WITNESS:  That could be one of many options
12  that were weighed.
13            MR. WHITEHEAD:  Lane, can I see your 314.
14            MR. POLOZOLA:  314.
15            MR. WHITEHEAD:  Yes, please.
16            Joan, I'm happy to print off another copy, if
17  you'd like.  But Exhibit 314 is the Volunteer Work
18  Program Agreement.  This is a copy of it.  May I show
19  the witness or would you prefer that we print another
20  copy and check it in as another exhibit?
21            MS. MELL:  I'm not sure what you're asking.
22  It's already an exhibit, you're just pulling it out of
23  your exhibit binder?
24            MR. WHITEHEAD:  Because we don't have the -- the
25  court reporters did not bring the previous exhibits --

1   contribution in maintaining the Northwest Detention
2   Center?
3       A.   Detainees often take very much pride in the work
4   that they do.  This is just a way of thanking them for
5   volunteering and working inside the facility, that is on
6   a voluntary basis.
7       Q.   And it's an important part of the facility's
8   operations.  Correct?
9       A.   It covers a number of required standards in the
10  ICE contract and standards.  Cleanliness is an important
11  role in any facility, and detainees take great pride in
12  living in a clean facility.
13      Q.   Do they play an important role in keeping the
14  Northwest Detention Center clean?
15      A.   They're one of many roles that assist in that,
16  but -- again, I can read the sentence.  I don't want to
17  read outside the sentence.  The sentence says, "We thank
18  you for your important contributions to maintaining this
19  facility."  We appreciate the voluntary activities that
20  they do to keep themselves from not being idle and doing
21  the great work that they do.
22      Q.   Is it true that GEO assigns detainee workers to
23  individual work details?
24      A.   No.
25      Q.   How does that work?

```
 1                    C E R T I F I C A T E

 2
     STATE OF WASHINGTON    )
 3                          ) ss
     COUNTY OF KING         )
 4

 5         I, the undersigned Washington Certified Court
     Reporter, hereby certify:
 6
           That the foregoing deposition upon oral examination
 7   of the witness named herein was taken stenographically
     before me and transcribed under my direction;
 8
           That the witness was duly sworn by me pursuant to
 9   RCW 5.28.010 to testify truthfully;

10         That the transcript of the deposition is a full,
     true and correct transcript to the best of my ability;
11
           That I am neither an attorney for, nor a relative
12   or employee of any of the parties to the action or any
     attorney or counsel employed by the parties hereto, nor
13   financially interested in its outcome.

14         I further certify that in accordance with CR 30(e),
     the witness was given the opportunity to examine, read,
15   and sign the deposition, within 30 days upon its
     completion and submission, unless waiver of signature was
16   indicated in the record.

17

18
                     _____
19
                     Donald W. McKay, RMR, CRR
20                   Washington Certified Court Reporter No. 3237
21                   License effective until: 07/02/2020

22

23

24

25
```