# EXHIBIT H

```
 1                  UNITED STATES DISTRICT COURT
 2                 WESTERN DISTRICT OF WASHINGTON
 3   _____
 4   STATE OF WASHINGTON,         )
 5             PLAINTIFF,         ) NO. 3:17-CV-05806-RJB
 6      VS.                       )
 7   THE GEO GROUP, INC.,         )
 8             DEFENDANT.         )
 9                                )
10                                )
11   _____
12              DEPOSITION UPON ORAL EXAMINATION OF
13                       ALISHA SINGLETON
14   _____
15                         10:00 A.M.
16                      JANUARY 31, 2019
17                800 FIFTH AVENUE, SUITE 2000
18                    SEATTLE, WASHINGTON
19
20
21
22
23
24   REPORTED BY:  BETSY E. DECATER, RPR, CCR 3109
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                      A P P E A R A N C E S

 2


 3   FOR THE PLAINTIFF:

 4
        MARSHA CHIEN
 5      ANDREA BRENNEKE
        LA ROND BAKER
 6      Assistant Attorney Generals
        Office of the Attorney General
 7      800 Fifth Avenue, Suite 2000
        Seattle, Washington 98104
 8      (206) 464-7744
        andreab3@atg.wa.gov
 9      larondb@atg.wa.gov
        marshac@atg.wa.gov
10


11
     FOR THE DEFENDANT:
12
        MICHAEL PUSATERI
13      Greenberg Traurig
        2101 L Street, N.W.
14      Suite 1000
        Washington, D.C. 20037
15      (202) 533-2354
        pusaterim@gtlaw.com
16


17


18   ALSO PRESENT:   CAITIE HALL

19

20

21

22

23

24

25
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                        I N D E X
 2
 3    EXAMINATION BY:                              PAGE(S)
 4       MS. CHIEN                                    8
 5
 6
      EXHIBITS FOR IDENTIFICATION                    PAGE
 7
 8    Exhibit 77   Expansion for the NWDC
                   Re: Detainee Classification
 9                 And Worker Program - 6/5/08        23
10    Exhibit 78   Department Head Meeting
                   Minutes - 5/1/12                   52
11
      Exhibit 79   Policy and Procedure Manual
12                 Programs, Inmate Work
                   8.1.6                              96
13
      Exhibit 80   NWDC Daily Detainee Worker
14                 Pay Sheet - Pot Porters            96
15    Exhibit 81   Pod Porters - 7/14/17             100
16    Exhibit 82   E-Mail - 3/1/10
                   Singleton to Stevenson
17                 With Count Sheets and
                   Outcome Measures                  108
18
      Exhibit 83   NWDC Job Description
19                 Cook/Prep/Server                  113
20    Exhibit 84   NWDC Job Description
                   Dishwasher/Pots&Pans              116
21
      Exhibit 85   NWDC Job Description
22                 Laundry Worker                    118
23    Exhibit 86   Policy and Procedure Manual
                   Laundry Service - 4.4.5           120
24
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   EXHIBITS FOR IDENTIFICATION                     PAGE

 2
     Exhibit 87   Request to Work - 5/13/17          121
 3
     Exhibit 88   NWDC Job Description
 4                Barber                             130

 5   Exhibit 89   NWDC Job Description
                  Barbershop Cleaner                 130
 6
     Exhibit 90   Memorandum - 8/15/06
 7                Moncivais to Riley                 133

 8   Exhibit 91   NWDC Job Description
                  Pod Porter                         144
 9
     Exhibit 92   E-Mail - 3/26/09
10                Hucke/Singleton                    150

11   Exhibit 93   E-Mail - 11/5/12
                  McHatton/Singleton                 160
12
     Exhibit 94   Memorandum - 9/29/06
13                Singleton to All Pod
                  Officers                           162
14
     Exhibit 95   Memorandum - 6/17/05
15                Singleton to
                  All Supervisors &
16                Kitchen Officers                   165

17   Exhibit 96   Memorandum - 4/14/05
                  Singleton to All
18                Kitchen Officers                   171

19   Exhibit 97   Memorandum - 2/20/06
                  Pierce to Singleton                172
20
     Exhibit 98   Memorandum - 6/24/05
21                Singleton to All
                  Supervisors & Kitchen
22                Officers                           177

23   Exhibit 99   Memorandum - 1/13/06
                  Singleton to Graveyard
24                Supervisors                        179

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   EXHIBITS FOR IDENTIFICATION                     PAGE

 2
     Exhibit 100 E-Mail - 10/3/14
 3               McHatton to Singleton
                 Re Voluntary Work
 4               Evening Kitchen Detail              180

 5   Exhibit 101 NWDC Worker Agreement               187

 6   Exhibit 102 Worker Program                      190

 7   Exhibit 103 NWDC Refusal to Work                197

 8   Exhibit 104 NWDC Detainee Request               198

 9   Exhibit 105 Detainees Removed From
                 Kitchen Per IDP
10               Sanctions                           201

11   Exhibit 106 Memorandum - 2/23/06
                 Singleton to Robbins                203
12
     Exhibit 107 E-Mail - 9/14/11
13               Johnson to Henderson                205

14   Exhibit 108 Memorandum - 8/15/07                209

15
     Exhibit 109 Memorandum - 6/22/05
16               Singleton to Supervisor
                 & Kitchen Staff                     211
17
     Exhibit 110 E-Mail - 8/22/17
18               Riach to Singleton                  213

19   Exhibit 111 E-Mail - 1/2014
                 Snyder/Singleton                    216
20
     Exhibit 112 E-Mail - 11/7/16
21               Portillo/Singleton                  221

22   Exhibit 113 Batch Summary - 5/20/13
                 With Attached Pay and
23               Outcount Sheets                     223

24   Exhibit 114 Batch Summary - 10/4/11
                 With Attached Pat and
25               Outcount Sheets                     225
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
     EXHIBITS FOR IDENTIFICATION                        PAGE


     Exhibit 115  Batch Listing - 12/7/09
                  With Attached Pay and
                  Outcount Sheets                        225

     Exhibit 116  Batch Listing - 3/13/06
                  With Attached Pay and
                  Outcount Sheets                        231

     Exhibit 117  Batch Listing - 6/8/10
                  With Attached Pay and
                  Outcount Sheets                        235

     Exhibit 118  Detainee Request Form                  238

     Exhibit 119  Department Head Meeting
                  Minutes - 6/14/11                      241

     Exhibit 120  E-Mail - 4/2010
                  Singleton/Portillo                     245

     Exhibit 121  Memorandum - 7/19/11
                  Smith/All Concerned                    246

     Exhibit 122  Memorandum - 5/1/05
                  Daniel to Singleton                    248

     Exhibit 123  NWDC Detainee Handbook                 251

     Exhibit 124  ICE Standards - 9/2008                 254

     Exhibit 125  BICE Tool 2                            255

     Exhibit 126  Memorandum - 2/14/07
                  Poster to Singleton                    257

     Exhibit 127  ICE/DRO Detention
                  Standard                               260

     Exhibit 128  Policy and Procedure
                  Manual - Detainee
                  Classification 4.2.1                   260
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1    EXHIBITS PREVIOUSLY MARKED FOR IDENTIFICATION AND
 2              REFERRED TO IN THIS DEPOSITION
 3
                                                    PAGE
 4
 5    Exhibit 2                                      88
 6    Exhibit 9                                     255
 7    Exhibit 12                                    153
 8    Exhibit 14                                     46
 9    Exhibit 17                                     34
10    Exhibit 51                                    218
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                SEATTLE, WASHINGTON; JANUARY 31, 2019
 2                            10:00 A.M.
 3                              --oOo--
 4
 5                         ALISHA SINGLETON,
 6      sworn as a witness by the Certified Court Reporter,
 7                         testified as follows:
 8
 9                            EXAMINATION
10   BY MS. CHIEN:
11      Q.   Can you state your name for the record?
12      A.   Alisha Singleton.
13      Q.   And have you ever been previously deposed?
14      A.   No.
15      Q.   So I'm Marsha Chien.  I'm one of the attorneys
16   for the State, and to my left is La Rond Baker, who's
17   also an attorney, and Caitie Hall, who's our legal
18   assistant.  So I have a couple of housekeeping matters,
19   and then I'll just get into it.
20           I think probably your attorney told you this, but
21   the way depositions work is that it's all written
22   transcript.  So they don't see any head nods or shakes.
23   So sometimes I might ask you to verbalize a head nod as
24   yes or no.  And the other aspect is that no interrupting
25   when I am posing a question so that the record is really
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1         Q.   You mentioned that you get requests from detainee
2    workers for jobs.
3         Do you get requests from detainee workers for
4    specific jobs or just for any job?
5         A.   It could be a variation of both.  Some ask for
6    specific ones, some request for any work.
7         Q.   Do you try to give detainee workers the job they
8    request?
9         A.   Yes.  It's a voluntary work program.  So if
10   they're requesting a specific job to work voluntarily
11   and they're allowed to do that based on the requirements
12   of that area, then absolutely.
13        Q.   Are some jobs more popular than others?
14        A.   I wouldn't necessarily say so.  It just depends.
15        Q.   What does it depend on?
16        A.   I get requests daily, so I just process them as I
17   receive them.
18        Q.   Do you get more requests for kitchen than for pod
19   workers?
20        A.   I couldn't quantify that.
21        Q.   I don't need you to quantify it.  I'm just asking
22   for more or less?
23        A.   I don't know specifically.  I receive requests
24   daily, so I don't know.
25        Q.   So yesterday did you receive more requests for

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1  assuming you create and you give them a copy, this is
2  the waiting list?
3      A.  It's on the bottom of the actual detail list.
4      Q.  So if they have a waiting list but they only have
5  the hard copy, they don't have access to your Excel
6  spreadsheet?
7      A.  Correct.
8      Q.  Who has access to that Excel spreadsheet?
9      A.  I'm not sure who all would have access to it.
10     Q.  Who uses it on a daily basis?
11     A.  Me and Michael Heye.
12     Q.  Anybody else?
13     A.  Not that I'm aware of.
14     Q.  Who told you to maintain a waiting list?
15     A.  Per the ICE PBNDS.
16     Q.  PBNDS instructs GEO to maintain a waiting list?
17     A.  The ICE PBNDS instructs us to offer jobs in the
18  order that requests are received.
19     Q.  And so did you -- and that necessarily required a
20  waiting list?
21     A.  If a job is not available in that specific area,
22  then that would entail they have to go on the list for
23  the next opening to become available.
24     Q.  Does the PBNDS require waiting lists for each job
25  as opposed to all of the jobs at once?

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   into your selection process?
 2      A.  No.
 3      Q.  Do you have the authority to ask about a detainee
 4   worker's attitude and behavior?
 5      A.  I'm not a supervisor.
 6      Q.  This says, detainee selection, the work program
 7   supervisor.  Who's the work program supervisor?
 8      A.  There's not a specific supervisor.  We run the
 9   work program, there's two people in there.  We have
10   never been designated as one or the other.
11      Q.  So could you both be a voluntary work program
12   supervisor?
13      A.  Correct.
14      Q.  So I think this is referring to the work program
15   supervisor.  So do you have the authority to ask about a
16   detainee's attitude and behavior?
17      A.  Possibly.
18      Q.  Can you turn to page 4, and it says Hours of
19   Work.  In that section, it says, "Unexcused absences
20   from work or unsatisfactory work performance may result
21   in removal from the voluntary work program."
22          Who decides when somebody's work performance is
23   unsatisfactory?
24      A.  As long as they show up and they do the job, then
25   that's deemed sufficient.
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1     A.   Correct.
2     Q.   Why is there a difference between those two?
3     A.   That would have been information that I received
4  as direct from my direct supervisor.
5     Q.   So the Bill McHatton is the one telling you the
6  bathroom cleaners have to work during a specific time?
7     A.   I'm not sure if it was Bill McHatton because I'm
8  not sure how far back the practice goes.
9     Q.   But somebody in his position?
10    A.   Yes.
11    Q.   And then you said food servers; is that right?
12    A.   Correct.
13    Q.   And then is there laundry as well?
14    A.   Pod laundry, correct.
15    Q.   And what do the pod laundry folks do?
16    A.   In the regular units, the male units, the pod
17  laundry workers, they're typically going to be
18  responsible for just distributing laundry when it comes
19  into the units.  So the laundry goes out in their little
20  mesh bags to be cleaned and they just hand them to the
21  correct person.
22    Q.   And these categories of pod porters, have those
23  been the same categories throughout your entire tenure
24  as classification officer?
25    A.   I'm not sure.  I can't specifically recall if

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1      A.   I don't recall.  I don't think at the very
 2   beginning that we did.
 3      Q.   Did you suggest a refusal to work form?
 4      A.   I don't recall.  I don't recall when it was
 5   created.
 6      Q.   Was it created in the last year?
 7      A.   No.  It was prior to that.
 8      Q.   Last five years?
 9      A.   Possibly.
10      Q.   Last ten years?
11      A.   Possibly.
12      Q.   Who told you to use the refusal to work form?
13      A.   I don't recall.  I don't recall when it was
14   created to be able to recall a conversation about the
15   usage of it.
16      Q.   You just remember starting to use this refusal to
17   work form?
18      A.   I just know it's a part of the voluntary work
19   program as of today.
20      Q.   You see in the fifth up -- the fifth bullet point
21   up from the bottom and says "you cannot fire workers."
22   You see that?
23      A.   Correct.
24      Q.   Why can't you fire workers?
25      A.   Because they're voluntary.
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    A.   I'm not sure what you're asking as far as
2    removed.
3    Q.   Have detainee workers ever been removed from
4    working in the voluntary work program?
5         I'm trying not to say fired because I think you
6    said you can't fire detainee workers.  But I'm
7    assuming -- I'm asking whether or not detainee workers
8    have been removed from the voluntary work program?
9    A.   There have been some detainees removed for
10   various disciplinary sanctions.
11   Q.   Is that the only reason?
12   A.   And refusing to work.
13   Q.   And refusing to work?
14   A.   Those are the only two times that I can recall at
15   the moment where they're taken off a detail.
16   Q.   What about for poor performance?
17   A.   No.  I've never taken anybody off a detail due to
18   poor performance.  If he didn't want to complete the job
19   and opted to refuse to work and complete the job, then
20   that was a choice he made.
21   Q.   So when does something -- when is something poor
22   performance and when is something refusing to work?
23   What makes that decision?
24   A.   As long as they show up and make a valid attempt
25   to do the job and it's completed and they come back the

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1              REPORTER'S CERTIFICATE
 2      I, BETSY E. DECATER, the undersigned Certified Court
 3   Reporter, pursuant to RCW 5.28.010 authorized to
 4   administer oaths and affirmations in and for the State
 5   of Washington, do hereby certify that the sworn
 6   testimony and/or proceedings, a transcript of which is
 7   attached, was given before me at the time and place
 8   stated therein; that any and/or all witness(es) were
 9   duly sworn to testify to the truth; that the sworn
10   testimony and/or proceedings were by me stenographically
11   recorded and transcribed under my supervision, to the
12   best of my ability; that the foregoing transcript
13   contains a full, true, and accurate record of all the
14   sworn testimony and/or proceedings given and occurring
15   at the time and place stated in the transcript; that a
16   review of which was reserved; that I am in no way related
17   to any party to the matter, nor to any counsel, nor do I
18   have any financial interest in the event of the cause.
19      WITNESS MY HAND and DIGITAL SIGNATURE this 12th day
20   of February, 2019.
21   _____
22   BETSY E. DECATER, RPR
     Washington Certified Court Reporter, CCR 3109
23   bdecater@yomreporting.com
24
25
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com