# EXHIBIT K

# eFFICIENT®

## Scroll down to view your full-sized transcript.

View list of attached documents in the paperclip file (left)
View hyperlinked word list and hyperlinked exhibits in the bookmark file (left)



In the Matter of

STATE OF WASHINGTON

vs

THE GEO GROUP, INC.

WILLIAM A. MCHATTON

02/01/2019

 Full-sized and condensed transcripts in pdf format

 Copy and paste and retain transcript formatting

 Search across all transcripts and exhibit files with a single query

 Easy to view on your mobile devices

 Adobe Reader is the only software necessary

 Easy access, hyperlinked exhibits and word index

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com



YOM:
FULL SERVICE COURT REPORTING

```
 1                UNITED STATES DISTRICT COURT

 2                WESTERN DISTRICT OF WASHINGTON

 3    _____

 4   STATE OF WASHINGTON,        )

 5              PLAINTIFF,       ) NO. 3:17-CV-05806-RJB

 6     VS.                       )

 7   THE GEO GROUP, INC.,        )

 8              DEFENDANT.       )

 9                               )

10                               )

11    _____

12             DEPOSITION UPON ORAL EXAMINATION OF

13                    WILLIAM A. MCHATTON

14    _____

15                        10:00 A.M.

16                     FEBRUARY 1, 2019

17                800 FIFTH AVENUE, SUITE 2000

18                    SEATTLE, WASHINGTON

19

20

21

22

23

24   REPORTED BY:  BETSY E. DECATER, RPR, CCR 3109

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    A P P E A R A N C E S

 2


 3   FOR THE PLAINTIFF:

 4
         MARSHA CHIEN
 5       ANDREA BRENNEKE
         LA ROND BAKER
 6       Assistant Attorney Generals
         Office of the Attorney General
 7       800 Fifth Avenue, Suite 2000
         Seattle, Washington 98104
 8       (206) 464-7744
         andreab3@atg.wa.gov
 9       larondb@atg.wa.gov
         marshac@atg.wa.gov
10


11
     FOR THE DEFENDANT:
12
         MICHAEL PUSATERI
13       Greenberg Traurig
         2101 L Street, N.W.
14       Suite 1000
         Washington, D.C. 20037
15       (202) 533-2354
         pusaterim@gtlaw.com
16


17


18   ALSO PRESENT:  CAITIE HALL

19

20

21

22

23

24

25
```



```
 1                       I N D E X

 2

 3   EXAMINATION BY:                              PAGE(S)

 4      MS. BAKER                                    6

 5


 6
     EXHIBITS FOR IDENTIFICATION                   PAGE
 7

 8   Exhibit 129 Contract                            37

 9   Exhibit 130 Chronological Routine
                 Events                              60
10
     Exhibit 131 Welcome Book ACA Audit              96
11
     Exhibit 132 Department Head Meeting
12               Minutes - 9/1/15                   103

13   Exhibit 133 NWDC Detainee Laundry
                 Training                           104
14
     Exhibit 134 Detainee Record of
15               Cleaning                           109

16   Exhibit 135 Annual OSHA Inspection             109

17   Exhibit 136 GEO Corporate Policy
                 Safety - 7.1.11                    110
18
     Exhibit 137 Policy and Procedure Manual
19               Infractions and Disciplinary
                 Sanctions - 11/7/17                111
20
     Exhibit 138 Memorandum - 8/29/17
21               Classification to QCP              115

22   Exhibit 139 Specific Post Orders
                 Barber Shop                        118
23
     Exhibit 140 Specific Post Orders
24               Housing Unit Officer               120

25
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

| | EXHIBITS FOR IDENTIFICATION | PAGE |
|---|---|---|
| Exhibit 141 | Specific Post Orders Laundry | 123 |
| Exhibit 142 | Specific Post Orders Kitchen Officer Swing | 125 |
| Exhibit 143 | ICE Detention Standards Review Worksheet | 127 |
| Exhibit 144 | Technical & Management Capability Plan | 136 |
| Exhibit 145 | 4.5 Personal Hygiene | 141 |
| Exhibit 146 | Memorandum - 8/24/11 West to Ruckstuhl | 146 |
| Exhibit 147 | Policy and Procedure Manual, Physical Plant Environmental Health Independent Audits 3/13/12 | 152 |
| Exhibit 148 | Memorandum - 3/1/16 Clark to Kimble/McHatton/ Jaramillo | 159 |
| Exhibit 149 | Policy and Procedure Manual, Sanitation and Hygiene, Housekeeping Services - 4/18/14 | 163 |
| Exhibit 150 | Local Operating Procedure Housecleaning for the Infirmary and Clinic | 165 |
| Exhibit 151 | Minutes - Monday Morning Briefing - 7/6/15 | 165 |
| Exhibit 152 | Fire Inspection Report | 173 |
| Exhibit 153 | Weekly Operations Report 10/24/16 - 10/30/16 | 177 |

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1
 2    EXHIBITS PREVIOUSLY MARKED FOR IDENTIFICATION AND
 3              REFERRED TO IN THIS DEPOSITION
 4
 5                                              PAGE
 6    Exhibit 5                                  42
 7    Exhibit 10                                 158
 8    Exhibit 11                                 175
 9    Exhibit 12                                 153
10    Exhibit 14                                 78
11    Exhibit 16                                 90
12    Exhibit 18                                 102
13    Exhibit 20                                 131
14    Exhibit 29                                 140
15    Exhibit 37                                 172
16    Exhibit 64                                 92
17    Exhibit 69                                 99
18    Exhibit 83                                 41
19    Exhibit 84                                 41
20    Exhibit 85                                 41
21    Exhibit 88                                 41
22    Exhibit 89                                 41
23    Exhibit 91                                 41
24    Exhibit 117                                95
25    Exhibit 121                                100
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                SEATTLE, WASHINGTON; JANUARY 31, 2019
 2                            10:00 A.M.
 3                              --oOo--
 4
 5                        WILLIAM A. MCHATTON,
 6        sworn as a witness by the Certified Court Reporter,
 7                         testified as follows:
 8
 9                            EXAMINATION
10   BY MS. BAKER:
11      Q.  Good morning, Mr. McHatton.  My name is La Rond
12   Baker, as you know, and I'm an assistant attorney
13   general for the State of Washington and counsel on this
14   matter.  Next to me is Marsha Chien, who's also an
15   attorney on this case, and later on you will likely meet
16   Andrea Brenneke who is another attorney on the case.
17   She may come down.
18          Will you please state your full name and address
19   for the record?
20      A.  William A. McHatton.  My address, physical or
21   mailing?
22      Q.  Mailing is fine.
23      A.  P.O. Box 1968 Eatonville, Washington 98328.
24          (Off the record.)
25      Q.  (BY MS. BAKER)  Have you been deposed before?
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    A.   Yeah.  It was the guy who replaced me, Bruce
2    Scott.
3    Q.   And was there a previous chief of security before
4    Bruce Scott?
5    A.   Yes.
6    Q.   If you don't recall, that's okay, but I will --
7    A.   Jaramillo, J-a-r-a-m-i-l-l-o.
8    Q.   Do you know how long Bruce Scott was in that
9    position?
10   A.   I would prefer not to guess.
11   Q.   Okay.  So as associate warden, did you have
12   responsibility for ensuring that GEO officers supervised
13   detainee workers in the voluntary work program?
14   A.   The way I heard your question is did I have
15   supervision responsibility over the officers who --
16   dotted line.  Direct would come from the chief and
17   captain and the lieutenant, chief lieutenant.
18   Q.   Did you develop training for the GEO officers
19   that oversaw the detainee workers in the voluntary work
20   program?
21   A.   I believe that's included within the academy.
22   Q.   Can you tell me what that means?
23   A.   What I just said?
24   Q.   That's correct.
25   A.   Before and into the -- before an individual

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1  officer is placed on the job, he or she must complete I
2  believe it to be approximately six-weeks training
3  academy, plus I think it's two weeks on-the-job training
4  before he or she is assigned a shift and a post, et
5  cetera.
6     Q.  And it's your understanding that supervising
7  detainee workers is part of the training that GEO
8  officers receive in the academy?
9     A.  I believe it is.
10    Q.  Do you know if there are particular policies or
11 documents that GEO guards would receive as part of their
12 training regarding supervising detainee workers in the
13 voluntary work program?
14    A.  My recollection of the way it was originally in
15 the compliance is that, for example, Alisha Singleton or
16 Michael Heye, they have been pretty much -- Alisha was
17 the original classification officer, and then I guess
18 Michael Heye was added to that role.  And so Alicia was
19 lead.
20        And so either one of those two would conduct a
21 class as part of the academy, and they would use the NDS
22 or the PBNDS or our own policies.  They handed out one
23 or both.
24    Q.  And so when you say they would use your own
25 policies --

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1  officer is placed on the job, he or she must complete I
2  believe it to be approximately six-weeks training
3  academy, plus I think it's two weeks on-the-job training
4  before he or she is assigned a shift and a post, et
5  cetera.
6     Q.  And it's your understanding that supervising
7  detainee workers is part of the training that GEO
8  officers receive in the academy?
9     A.  I believe it is.
10    Q.  Do you know if there are particular policies or
11 documents that GEO guards would receive as part of their
12 training regarding supervising detainee workers in the
13 voluntary work program?
14    A.  My recollection of the way it was originally in
15 the compliance is that, for example, Alisha Singleton or
16 Michael Heye, they have been pretty much -- Alisha was
17 the original classification officer, and then I guess
18 Michael Heye was added to that role.  And so Alicia was
19 lead.
20        And so either one of those two would conduct a
21 class as part of the academy, and they would use the NDS
22 or the PBNDS or our own policies.  They handed out one
23 or both.
24    Q.  And so when you say they would use your own
25 policies --

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1   like a detainee worker who did paint in the facility for
2   The GEO Group, can you tell me what they did, what
3   training there might have been for that position?
4       A.   The -- no, not without -- I wouldn't be
5   comfortable answering that.
6       Q.   Did detainee workers paint outside of the living
7   areas, so the hallways in the facility or the kitchen
8   area in the facility?
9       A.   The hallways per se were maintained by the
10  maintenance department.  We had a voluntary work program
11  assignment in the hallways of -- have you been there?
12      Q.   Uh-huh.
13      A.   Have you seen the artwork that's on many of the
14  walls?
15      Q.   Actually, I've only been in the attorney rooms.
16  I've not actually been inside.  Marsha has.
17      A.   Marsha has, is that what you said?
18           (Off the record.)
19      Q.   (BY MS. BAKER)  So you were talking about the
20  hallways and maintaining the hallways?
21      A.   Maintaining the hallways is conducted by the
22  maintenance department.
23      Q.   And the maintenance department, are those
24  detainee workers?
25      A.   No.  That was GEO staff.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1      Q.   So detainee workers would not paint the walls of
2   the hallway; is that correct?
3      A.   There's artwork on the walls of the hallways
4   within the facility.
5      Q.   That detainee workers painted?
6      A.   Created.
7      Q.   Created.
8           So in terms of earlier, and I'm just trying to
9   understand sort of how painting the -- how the painting
10  detail works, earlier you indicated that detainee
11  workers will sometimes paint inside of the living units?
12          Are there ever times where detainee workers paint
13  outside of their living units?
14     A.   Not to my recollection.
15     Q.   So detainee workers --
16     A.   Would you rephrase the question, please, or ask
17  it again?
18     Q.   So earlier you indicated that detainee workers
19  will paint inside of their housing units.
20          Do detainee workers ever paint, not murals, not
21  artwork, but do painting outside of their living units?
22     A.   I do not recall that they did.
23     Q.   Do you know whether or not detainee workers would
24  paint the attorney-client -- the attorney meeting rooms?
25     A.   The attorney-client rooms?

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   to ensure that personal hygiene requirements are met
 2   within the facility; is that correct?
 3          MR. PUSATERI:  Object to form.
 4      A.  Again, just like food service, if there weren't
 5   any detainee workers, we would still have to do this
 6   job.
 7      Q.  If there were no detainee workers in the laundry,
 8   how would you meet the standard?
 9      A.  Assign additional staff to it.
10      Q.  So there would be more GEO employees that would
11   have to be hired to be able to meet the standard?
12      A.  Probably not.
13      Q.  Can you tell me then what would happen?
14      A.  There's utility positions.
15      Q.  I don't know what that means.
16      A.  That's left over from old DOC days.  Extra posts,
17   extra people on staff, in accordance with the staffing
18   plan that can be pulled off of and placed where they're
19   needed.
20      Q.  And would that individual GEO employee be paid
21   more than a dollar per day for their labor in the
22   laundry?
23      A.  Yes.
24      Q.  Would you also authorize overtime, if necessary,
25   in order to meet the obligations under the PBNDS
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                REPORTER'S CERTIFICATE
 2      I, BETSY E. DECATER, the undersigned Certified Court
 3   Reporter, pursuant to RCW 5.28.010 authorized to
 4   administer oaths and affirmations in and for the State
 5   of Washington, do hereby certify that the sworn
 6   testimony and/or proceedings, a transcript of which is
 7   attached, was given before me at the time and place
 8   stated therein; that any and/or all witness(es) were
 9   duly sworn to testify to the truth; that the sworn
10   testimony and/or proceedings were by me stenographically
11   recorded and transcribed under my supervision, to the
12   best of my ability; that the foregoing transcript
13   contains a full, true, and accurate record of all the
14   sworn testimony and/or proceedings given and occurring
15   at the time and place stated in the transcript; that a
16   review of which was reserved; that I am in no way
17   related to any party to the matter, nor to any counsel,
18   nor do I have any financial interest in the event of the
19   cause.
20      WITNESS MY HAND and DIGITAL SIGNATURE this 13th day
21   of February, 2019.
22                  [signature: Betsy E. Decater]
     _____
23   BETSY E. DECATER, RPR
     Washington Certified Court Reporter, CCR 3109
24   bdecater@yomreporting.com
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com