# EXHIBIT L

```
 1                   UNITED STATES DISTRICT COURT

 2                  WESTERN DISTRICT OF WASHINGTON

 3    _____

 4    STATE OF WASHINGTON,          )

 5              PLAINTIFF,          ) NO. 3:17-CV-05806-RJB

 6       VS.                        )

 7    THE GEO GROUP, INC.,          )

 8              DEFENDANT.          )

 9                                  )

10                                  )

11    _____

12             DEPOSITION UPON ORAL EXAMINATION OF

13                      BERTHA HENDERSON

14    _____

15                         10:08 A.M.

16                      JANUARY 30, 2019

17               800 FIFTH AVENUE, SUITE 2000

18                     SEATTLE, WASHINGTON

19

20

21

22

23

24    REPORTED BY:  BETSY E. DECATER, RPR, CCR 3109

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                  A P P E A R A N C E S

 2


 3    FOR THE PLAINTIFF:

 4        ANDREA BRENNEKE
          LA ROND BAKER
 5        MARSHA CHIEN
          Assistant Attorney Generals
 6        Office of the Attorney General
          800 Fifth Avenue, Suite 2000
 7        Seattle, Washington 98104
          (206) 464-7744
 8        andreab3@atg.wa.gov
          larondb@atg.wa.gov
 9        marshac@atg.wa.gov

10


11    FOR THE DEFENDANT:

12        MICHAEL PUSATERI
          Greenberg Traurig
13        2101 L Street, N.W.
          Suite 1000
14        Washington, D.C. 20037
          (202) 533-2354
15        pusaterim@gtlaw.com

16

17

18

19

20

21

22

23

24

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

BERTHA HENDERSON; January 30, 2019                                           3

# I N D E X

EXAMINATION BY:                                                       PAGE(S)

    MS. BRENNEKE                                                         8


EXHIBITS FOR IDENTIFICATION                                              PAGE

Exhibit 26   GEO OJT for Food Service
             Manager                                                      24

Exhibit 27   Policy and Procedure
             Manual Food Service
             Operations 4.3.1 4/13/15                                     27

Exhibit 28   Policy and Procedure
             Manual Food Service
             Management 8.1.1-A 4/18/14                                   28

Exhibit 29   PBNDS 4.1 Food Service                                       31

Exhibit 30   E-Mail - 5/2011
             Smith/Henderson/Griffin                                      33

Exhibit 31   Summary of Daily Briefing
             6/24/11                                                      58

Exhibit 32   GEO 2007 Year End Report                                     70

Exhibit 33   GEO 2009 Year End Report                                     75

Exhibit 34   GEO 2010 Year End Report                                     76

Exhibit 35   GEO 2013 Year End Report                                     78

Exhibit 36   GEO 2014 Year End Report                                     80

Exhibit 37   Standards Compliance
             Checklist and Accompanying
             Documentation                                                84

Exhibit 38   E-Mail - 10/23/12
             Johnson/Manuel                                              100



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

| | EXHIBITS FOR IDENTIFICATION | PAGE |
|---|---|---|
| Exhibit 39 | E-Mail - 8/25/14 Jaramillo to Rotondo, et al. Re Sack Lunches | 103 |
| Exhibit 40 | E-Mail - 5/21/16 Johnson to Jaramillo et al. Kitchen Cleanup Workers | 105 |
| Exhibit 41 | Food Cost Summary | 109 |
| Exhibit 42 | Job Posting - Food Service Supervisor | 112 |
| Exhibit 43 | Job Description - Food Service Production Supervisor | 115 |
| Exhibit 44 | Job Posting - Food Service Supervisor | 117 |
| Exhibit 45 | OJT for Cook Supervisor | 117 |
| Exhibit 46 | OJT for Food Service Worker | 119 |
| Exhibit 47 | OJT for Food Service Clerk | 120 |
| Exhibit 48 | Post Orders - Kitchen Office Swing | 121 |
| Exhibit 49 | Copies of Photos of NWDC Kitchen and Workers | 123 |
| Exhibit 50 | Memorandum - 8/26/16 Henderson to All Re CAP for Kitchen Sanitation/Inspections | 132 |
| Exhibit 51 | NWDC Outcount Sheet 5/31/10 | 143 |

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1    EXHIBITS FOR IDENTIFICATION                    PAGE

 2
      Exhibit 52   E-Mail - 8/26/17
 3                 Johnson to Henderson, et al.
                   Re Detainee Brues                  148
 4
      Exhibit 53   E-Mail - 10/26/17
 5                 Riach to Singleton, et al.         150

 6    Exhibit 54   Memorandum - 8/29/17
                   Classification to QCP
 7                 Re ACA File 5C-06                  152

 8    Exhibit 55   E-Mail - 5/31/123
                   Broussard/Gilliland/Smith
 9                 Clark/Henderson
                   Re Boot Hygiene                    156
10
      Exhibit 56   E-Mail - 2/14/12
11                 Singleton/Riach
                   Re Kitchen Cleanup Detail          159
12
      Exhibit 57   NWDC Daily Detainee
13                 Worker Pay Sheet - 5/19/13         160

14    Exhibit 58   E-Mail - 8/19/10
                   Henderson to Portillo
15                 Re Kitchen Detail with
                   Attached Schedule                  162
16

17    Exhibit 59   E-Mail - 2/8/11
                   Henderson to Portillo
18                 Re Night Cleaning Crew
                   with Attached Schedule             163
19
      Exhibit 60   E-Mail - 12/11
20                 Snyder/Henderson/Smith
                   Manuel
21                 Re Kitchen Cleaning Crew           164

22    Exhibit 61   E-Mail - 6/8/09
                   Wigen/Black/Schiller
23                 Re Food Service Remodel            173

24

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1    EXHIBITS FOR IDENTIFICATION                         PAGE

 2
      Exhibit 62   E-Mail - 11/25/14
 3                 Hill/DenAdel/Clark/
                   Kimble, et al.
 4                 Re NWDC Staffing                       179

 5    Exhibit 63   Requests for Staff
                   Adjustment - 1/7/13,
 6                 6/25/13, 6/25/13                       180

 7    Exhibit 64   Batch Listing - 12/7/09
                   With Attached Rosters
 8                 and Outcount Sheets                    182

 9    Exhibit 65   Batch Listing - 12/21/09
                   With Attached Rosters
10                 and Outcount Sheets                    189

11    Exhibit 66   Batch Listing - 1/4/10
                   With Attached Rosters
12                 and Outcount Sheets                    193

13    Exhibit 67   Batch Listing - 3/1/10
                   With Attached Rosters
14                 and Outcount Sheets                    195

15    Exhibit 68   Payroll Report - 5/24/10
                   With Attached Rosters
16                 and Outcount Sheets                    197

17    Exhibit 69   Department Head Meeting
                   Minutes - 6/14/11                      201
18
      Exhibit 70   E-Mail - 10/4/12
19                 Scott to Curry
                   Re Sanitation Inspections              207
20
      Exhibit 71   E-Mail - 6/26/12
21                 Griffin to Henderson
                   Re Food Service                        208
22
      Exhibit 72   Department Head Meeting
23                 Minutes - 6/29/16                      211

24

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   EXHIBITS FOR IDENTIFICATION                        PAGE

 2
     Exhibit 73   E-Mail - 4/13/17
 3                Tracy to Henderson, et al.
                  Re Kitchen Detainees
 4                Refusing to Work                      213

 5   Exhibit 74   E-Mail - 7/8/14
                  Singh to Portillo
 6                Re Kitchen Workers                    215

 7   Exhibit 75   Memorandum - 6/7/12
                  Singh to Ziegwied/Henderson
 8                Re Officer Daniel                     219

 9   Exhibit 76   E-Mail - 6/27/12
                  Griffin to Henderson
10                Re Food Service                       221

11

12
         EXHIBITS PREVIOUSLY MARKED FOR IDENTIFICATION AND
13                REFERRED TO IN THIS DEPOSITION

14
                                                        PAGE
15
     Exhibit 2                                          29
16
     Exhibit 3                                          129
17
     Exhibit 5                                          136
18
     Exhibit 15                                         227
19
     Exhibit 17                                         31
20

21

22

23

24

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1              SEATTLE, WASHINGTON; JANUARY 30, 2019
 2                         10:08 A.M.
 3                           --oOo--
 4
 5                      BERTHA HENDERSON,
 6     sworn as a witness by the Certified Court Reporter,
 7                       testified as follows:
 8
 9                         EXAMINATION
10   BY MS. BRENNEKE:
11      Q.  So before we start the inquiry today, I just want
12   to put on the record that counsel for defendants,
13   Michael Pusateri, and we have a couple of things we just
14   want to let you know and make sure you understand, which
15   is we've had two depositions in this case and we already
16   have deposition exhibits up to No. 25.  So we may ask
17   you to look at those, and then we're going to start any
18   exhibits today at 26 and we'll do it as continuing
19   exhibits in an effort of reduce redundancy and waste.
20      A.  Okay.
21      Q.  And then the second thing is that in this case
22   there's a protective order entered that's intended to
23   protect confidential documents and records, and GEO has
24   identified a number of records as confidential.  In
25   order to show them to people, we have been asked and we
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   have agreed to have people sign an exhibit that says you
 2   will also maintain confidentiality.  Instead of doing
 3   that now, your counsel has said he'll go over that with
 4   you and make sure you're honoring those agreements and
 5   that's enough for us.
 6           But I just want to let you know that some of the
 7   stuff we're talking about is confidential and you
 8   wouldn't want to talk about it outside of the deposition
 9   in that sense.
10      A.   Yeah.
11           MS. BRENNEKE:  Are we good?
12           MR. PUSATERI:  We are.
13      Q.   (BY MS. BRENNEKE)  So now let's go on to you.
14      A.   All right.
15      Q.   My name is Andrea Brenneke, and I represent the
16   State of Washington as one the assistant attorney
17   generals.
18           MS. CHIEN:  I'm Marsha Chien.  I'm also one of
19   the attorneys.
20           MS. BAKER:  La Rond Baker also an assistant
21   attorney general.
22      Q.   (BY MS. BRENNEKE)  So we all represent -- I mean,
23   we're all working together as a team.  I'll be doing
24   most of the questioning today.  We're just taking turns.
25      A.   Okay.
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1      Q.   So could you please state your name and spell it?
 2      A.   Bertha Henderson, B-e-r-t-h-a, H-e-n-d-e-r-s-o-n.
 3      Q.   And do you also go by a nickname?
 4      A.   Bert, B-e-r-t, yes.
 5      Q.   And is it okay if I call you Ms. Henderson?
 6      A.   That's fine.
 7      Q.   So what is your address?
 8      A.   9014 Wildwood Avenue SW, Lakewood, Washington
 9   98498.
10      Q.   What is your current employer and position?
11      A.   Northwest Detention Center, and I'm the food
12   service manager.
13      Q.   And is Northwest Detention Center a corporation,
14   private corporation owned and operated by GEO?
15      A.   GEO.
16      Q.   So GEO is your actual employer?
17      A.   Yes, correct.
18      Q.   And Northwest Detention Center is your location?
19      A.   Location, correct.
20      Q.   Have you ever had your deposition taken before?
21      A.   No.
22      Q.   Okay.  So let me just explain a little bit about
23   what this is.  This is our opportunity to ask you
24   questions and to learn what you know.
25      A.   Okay.
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   if you wanted a different opportunity?
 2       A.  Yes.
 3       Q.  Did you receive any training for your food
 4   service manager position when you were hired?
 5       A.  With GEO?
 6       Q.  Yes.
 7       A.  Yes.  We went through a six-week academy.
 8       Q.  At a corporate location?
 9       A.  The location was in Tacoma.
10       Q.  And who produced -- I'm sorry, who conducted the
11   training?
12       A.  It would have been the training director.
13       Q.  Was it one-on-one training or --
14       A.  No.  It was a group.
15       Q.  So other food service managers also were there
16   from other facilities?
17       A.  No.  When we were hired, there was six of us in
18   the academy and they were my -- the cooks and cooks that
19   were in the academy, and we went through that training
20   for six weeks before we actually started at GEO at the
21   facility.
22       Q.  So it was you and other kitchen staff in the GEO
23   facility?
24       A.  Yes.
25       Q.  At Northwest Detention Center?
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   gets a certain portion of each part of the meal,
 2   correct?
 3       A.   Correct.  According to the menu, yes.
 4       Q.   And then all of that goes onto a cart that is
 5   then brought into the pods; is that right?
 6       A.   That's correct.  We satellite feed.
 7       Q.   So people are actually eating in their
 8   residential areas in their dining spaces?
 9       A.   Correct.  We don't have a chow hall, so we call
10   it satellite feeding.
11       Q.   Satellite feeding?
12       A.   Yes.
13       Q.   Okay.  Did the GEO staff have to work longer
14   hours in order to compensate for the detainee worker
15   drop in numbers?
16       A.   They're already working a ten-hour shift.  Most
17   of my cooks work ten-hour shifts and two work eight-hour
18   shifts.
19       Q.   Did you ask them to work overtime or extra time
20   during that -- during this period when the detainee
21   workforce has been lower?
22       A.   Well, with the overlap, it's covered.  So there's
23   always that overlap there.  So, again, they work two
24   tens and then an eight hour, and then also there's my
25   supervisor that's also there.
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1              REPORTER'S CERTIFICATE
 2      I, BETSY E. DECATER, the undersigned Certified Court
 3   Reporter, pursuant to RCW 5.28.010 authorized to
 4   administer oaths and affirmations in and for the State
 5   of Washington, do hereby certify that the sworn
 6   testimony and/or proceedings, a transcript of which is
 7   attached, was given before me at the time and place
 8   stated therein; that any and/or all witness(es) were
 9   duly sworn to testify to the truth; that the sworn
10   testimony and/or proceedings were by me stenographically
11   recorded and transcribed under my supervision, to the
12   best of my ability; that the foregoing transcript
13   contains a full, true, and accurate record of all the
14   sworn testimony and/or proceedings given and occurring
15   at the time and place stated in the transcript; that a
16   review of which was waived; that I am in no way related
17   to any party to the matter, nor to any counsel, nor do I
18   have any financial interest in the event of the cause.
19      WITNESS MY HAND and DIGITAL SIGNATURE this 11th day
20   of February, 2019.
21   _____
22   BETSY E. DECATER, RPR
     Washington Certified Court Reporter, CCR 3109
23   bdecater@yomreporting.com
24
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com