# EXHIBIT M

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF WASHINGTON
                          AT SEATTLE
_____

                                    )
   THE STATE OF WASHINGTON,          )
                                     )
                   Plaintiff,        )
                                     )
              vs.                    )   No. 3:17-cv-05806-RJB
                                     )
   THE GEO GROUP, INC.,              )
                                     )
                   Defendant.        )
                                     )
_____


            DEPOSITION UPON ORAL EXAMINATION

                          OF

                  LEONARDO JARAMILLO
_____


                       1:36 p.m.
                     June 18, 2019

             OFFICE OF THE ATTORNEY GENERAL
                 7141 Cleanwater Drive
              Olympia, Washington 98504-0113
```

REPORTED BY: JACQUELINE L. BELLOWS, CCR 2297

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                      APPEARANCES

 2
     For the Plaintiff State of Washington:
 3
     LA ROND BAKER
 4   OFFICE OF THE ATTORNEY GENERAL
     800 Fifth Avenue 2000
 5   Seattle, Washington 98164-1338
     206.464.7744
 6   larondb@atg.wa.gov

 7

 8   For the Class Action Plaintiffs:

 9   JAMAL N. WHITEHEAD
     Schroeter Goldmark & Bender PS
10   810 Third Avenue, Suite 500
     Seattle, Washington 98104
11   206.622.8000
     whitehead@sgb-law.com
12

13

14   For the Defendants:

15   KRISTEN ASAI
     Holland & Knight
16   111 Southwest Fifth Avenue, Suite 2300
     Portland, Oregon 97204
17   503.517.2948
     Kristen.Asai@hklaw.com
18

19

20

21

22

23

24

25
```



```
 1                          I N D E X

 2   EXAMINATION BY:                                          PAGE

 3   Ms. Baker ------------------------------------------   4

 4

 5

 6

 7   EXHIBITS FOR IDENTIFICATION                             PAGE

 8   Exhibit 1  Geo World, First Quarter 2017               36

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                Tumwater, Washington; June 18, 2019
 2                             1:36 p.m.
 3                              --oOo--
 4
 5                         LEONARDO JARAMILLO,
 6      sworn as a witness by the certified court reporter,
 7                         testified as follows:
 8
 9                        E X A M I N A T I O N
10    BY MS. BAKER:
11         Q.   Good afternoon, Mr. Jarmillo.
12         A.   Good afternoon.
13         Q.   As you know, my name is LaRond Baker.  I'm an
14    assistant general in the Civil Rights Division of the
15    Attorney General's Office representing Washington in the
16    lawsuit challenging Geo's practice of paying detainee
17    workers a dollar a day for work that they perform in the
18    Voluntary Work Program.  Would you please state your
19    full name and work address for the record.
20         A.   My work address?  I have to pull this out to
21    give you the right address.  Leonardo Jarmillo.  I work
22    at the Mason County Juvenile Detention Center in
23    Shelton.
24         Q.   We don't need the exact address.  I think
25    that's good.
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   people to want to participate?
 2        A.   It wasn't anything about encouraging, no.
 3        Q.   Why did you provide the extra food for
 4   individuals who were buffing the floors or painting the
 5   walls?
 6        A.   All the thing is, if there was work, they
 7   would get something in return.  It was not just the one
 8   crew.  We'd make sure that they were all treated fairly.
 9        Q.   But this was on top of the dollar that they
10   received?
11        A.   Yes.
12        Q.   Why did you feel the need give them more than
13   just a dollar for their work?
14        A.   Because a lot of them would work, not for the
15   dollar.  They worked for a chance to come out of their
16   rooms.  A lot of detainees that worked, that worked,
17   would tell -- they'd tell me, You know, I don't come to
18   work for a dollar.  I can't care about the dollar.  You
19   can give that to somebody else.  I want to get out of my
20   room.
21        Q.   Right.
22        A.   That was their -- that was what they wanted to
23   do.
24        Q.   Did they also want extra food?
25        A.   No.  It was something that was available.  And
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1  through the academy.  It's a five-week academy.  So a
2  lot of this is brought out during the academy.
3       Q.   During the academy Geo officers are trained
4  how to supervise detainee workers?
5       A.   That's their job.
6       Q.   Their job is to supervise detainee workers?
7       A.   Especially if you're a unit officer, you're
8  going to be working, supervising detainees in all
9  aspects of whatever it is.
10      Q.   Why is that?
11      A.   It's their job.  It's what they were hired
12 onto.  They were hired to -- part of our job is direct
13 supervision.
14      Q.   Direct supervision of detainee workers?
15      A.   Any detainee, direct supervision.
16      Q.   Did you ever directly supervise detainee
17 workers in the pods or living areas?
18      A.   When I was an officer.
19      Q.   But that was not at the Northwest Detention
20 Center; is that correct?
21      A.   Yes, it was.
22      Q.   You were an officer at the Northwest Detention
23 Center?
24      A.   Yes, I was.
25      Q.   What years was that?

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   that is marked as Exhibit 1 of your deposition.  It's a
 2   document that's called Geo World.  It's the first
 3   quarter of 2017.  Are you familiar with this document?
 4        A.   Never seen this.
 5        Q.   You've never seen it before?  Can you turn to
 6   page 8.
 7        A.   (Witness complies.)
 8        Q.   Take a second to look at the article "Murals
 9   Brighten Walls and Spirits."  Have you seen this article
10   before?
11        A.   Yes, ma'am.
12        Q.   What it is?
13        A.   It's detainees who are artists would -- it
14   started with one detainee wanting to paint on the wall a
15   mural.  And once he started painting, then other
16   artists, you know, would request to paint something on
17   the wall.  And they would go through the -- they'd
18   submit a request to the law librarian who'd bring it to
19   me.  And I'd take a look at it along with the picture
20   that he wants to draw.  And I'd take it to the warden.
21   I'd give it to the warden.  The warden goes up to ICE.
22   And they'd talk about it.  If it's approved, it's
23   approved and we will get the detainee and say, Okay,
24   you're good to go.
25        Q.   So just to break it down a little bit,
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1  Detainees would do -- they would not let me do what I
2  needed to do, because I was the type of person that I
3  started my career with Geo and through my career till I
4  ended, I did whatever any detainee did, any officer did.
5  And I always had that standard to myself that I would
6  never, just because I put on a different shift or
7  different badge than the officers or the detainees, that
8  I would never put myself above any of them.
9           And that's what I always told detainees that I
10 supervised as well:  You're no -- I'm no better than you
11 are.  Just because I got a different uniform, I still do
12 the same things you do.  So I gained their respect.
13 That was probably, like I said, the best 25 years of my
14 life, working with detainees.  And I never had a
15 detainee complain to me about anything.
16          Like I said, a lot of times, detainees would
17 always tell me:  I don't work for the dollar.  I don't
18 care about the dollar.  I care about coming out of my
19 room, having something to do instead being stuck in my
20 room.  Give my dollar to somebody else.  I don't care.
21 He just wanted to do something.  A lot of times, walking
22 the units, they'd ask me for something to do just so
23 they can keep themselves busy.
24          So, again, everybody is entitled to their, to
25 their opinions.  I don't have any opinion either way.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    REPORTER'S CERTIFICATE

 2              I, JACQUELINE L. BELLOWS, the undersigned

 3   Certified Court Reporter pursuant to RCW 5.28.010 authorized

 4   to administer oaths and affirmations in and for the State of

 5   Washington, do hereby certify that the sworn testimony

 6   and/or proceedings, a transcript of which is attached, was

 7   given before me at the time and place stated therein; that

 8   any and/or all witness(es) were duly sworn to testify to the

 9   truth; that the sworn testimony and/or proceedings were by

10   me stenographically recorded and transcribed under my

11   supervision, to the best of my ability; that the foregoing

12   transcript contains a full, true, and accurate record of all

13   the sworn testimony and/or proceedings given and occurring

14   at the time and place stated in the transcript; that a

15   review of which was requested; that I am in no way related

16   to any party to the matter, nor to any counsel, nor do I

17   have any financial interest in the event of the cause.

18              WITNESS MY HAND AND DIGITAL SIGNATURE this

19   22nd day of June, 2019.

20

21

22   _____

23   Jacqueline L. Bellows
     Washington State Certified Court Reporter, No. 2297
24   jbellows@yomreporting.com

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com