# EXHIBIT O

```
 1                THE UNITED STATES DISTRICT COURT

 2            WESTERN DISTRICT OF WASHINGTON AT TACOMA

 3   _____

 4   CHAO CHEN, individually and    )
     on behalf of all those         )   No. 3:17-cv-05769-RJB
 5   similarly situated,            )
                                    )
 6                  Plaintiff,      )
                                    )
 7   v.                             )
                                    )
 8   THE GEO GROUP, INC., a         )
     Florida corporation,           )
 9                                  )
                    Defendant.      )
10
     _____
11
                  DEPOSITION UPON ORAL EXAMINATION OF
12                      FERNANDO AGUIRRE-URBINA
                            June 11, 2018
13                        Tacoma, Washington
     _____
14

15

16

17

18

19

20

21

22

23       Taken Before:
24
         Laura A. Gjuka, CCR #2057
25       Certified Shorthand Reporter
```

```
 1                     A P P E A R A N C E S

 2        For the Plaintiffs:

 3             DEVIN T. THERIOT-ORR
               Sunbird Law
 4             1000 Fourth Avenue
               Suite 3200
 5             Seattle, WA 98154
               206-962-5052
 6             devin@sunbird.law

 7             ADAM J. BERGER
               Schroeter Goldmark Bender
 8             500 Central Building
               810 Third Avenue
 9             Seattle, WA 98104
               206-622-8000
10             berger@sgb-law.com

11
          For the Defendant:
12
               JOAN K. MELL
13             III Branches Law, PLLC
               1019 Regents Boulevard
14             Suite 204
               Fircrest, WA 98466
15             253-566-2510
               Joan@3brancheslaw.com
16
               CHARLES A. DEACON
17             Norton Rose Fulbright
               300 Convent Street
18             Suite 2100
               San Antonio, TX 78205-3792
19             210-270-7133
               charlie.deacon@nortonrosefulbright.com
20
          Also Present:
21
               DAVE HANSEN
22             Sound Vision Video Production
               4821 North 14th Street
23             Tacoma, Washington, 98406

24

25
```

```
 1                        EXAMINATION INDEX

 2       EXAMINATION BY:                                    PAGE NO.

 3       Ms. Mell                                              5

 4

 5                          EXHIBIT INDEX

 6       EXHIBIT NO.      DESCRIPTION                       PAGE NO.

 7       Exhibit No. 21   18 pages, Siegley v.                 86
                          Aguirre-Urbina Dissolution of
 8                        Marriage paperwork

 9       Exhibit No. 22   19 pages, Personal Restraint         86
                          Petition
10
         Exhibit No. 23   1 page, Volunteer Work Program      276
11                        Agreement
```

```
 1            BE IT REMEMBERED that on the 11th of June,
 2   2018, 9:08 a.m., at 1623 East J Street, Washington,
 3   before LAURA A. GJUKA, CCR# 2057, Washington State
 4   Certified Court Reporter residing at University Place,
 5   authorized to administer oaths and affirmations pursuant
 6   to RCW 5.28.010.
 7            WHEREUPON the following proceedings were had,
 8   to wit:
 9                      * * * * * *
10            VIDEOGRAPHER:  This is the video-recorded
11   deposition.  Today's date is June 11th, 2018.  The time
12   is 9:08.  My name is Dave Hansen.  I'm subcontracted by
13   Sound Vision Video Production, 4821 North 14th Street,
14   Tacoma, Washington 98406, phone number 253-905-4941.
15       The deposition today is being held at 1623 East J
16   Street, Tacoma, Washington, the case is Chen versus
17   GEO Group.  Present for the plaintiff,
18   Devin Theriot-Orr, Adam Berger.  Present for the
19   defense, Joan Mell, Charles Deacon.  The witness is
20   Fernando Urbina.  The court reporter is Laura Gjuka who
21   will now swear in the witness.
22   FERNANDO AGUIRRE-URBINA,  having been first duly sworn
23                            by the Court Reporter, was
24                            examined and testified as
25                            follows:
```

<u>EXAMINATION</u>

<u>BY MS. MELL:</u>

Q State your name.
A Fernando Aguirre.
Q What's the Urbina?
A Urbina is my second last name.
Q So how do you refer to yourself?  What's your legal name?
A Fernando Aguirre Urbina.
Q Do you hyphenate it?
A What's hyphenate?
Q Do you put a dash in between the two names?
A Yes.
Q Okay.  And is Aguirre your mother's maiden name?
A Yes.  No, Urbina.
Q Urbina is your mother's?
A Yes.
Q And Aguirre is who?
A My father's.
Q Okay.  And where are they?
A The Yakima Valley.
Q How long have they been there?
A I'm not sure at this time.  Probably 20 years.
Q What are their names?
A Anna.

1          worse; the diphenhydramine is more to take if the
2          cetrizine doesn't take them fully away.
3     Q    Are you on it today?
4     A    I took it yesterday.  So maybe it is still in my system.
5     Q    What dose?
6     A    25 milligrams.
7     Q    Did you take it at the same time as the cetirizine?
8     A    No.
9     Q    When did you take it?
10    A    Around 12:00 o'clock at night.
11    Q    At night?
12    A    Yeah.
13    Q    So early this morning?
14    A    Yes.
15    Q    And you were up at that hour?
16    A    Yes, I was.
17    Q    Why were you up at 12:00 a.m.?
18    A    So maybe it's the detention, but I could -- I have a
19         problem with sleeping.  I can't sleep.  I don't want to
20         stress my body out more by forcing it to sleep, so I
21         will listen to talk radio.  I will -- and commercials
22         during talk radio, I will read a page of the Bible, and
23         I will also express myself through poetry.
24    Q    Okay.  So at 12:00 a.m. you're able to listen to talk
25         radio?

1  him?
2  A  No.
3  Q  Okay.  One of the things you were telling me earlier was
4     how you spend your day.  What activities do you engage
5     in?
6  A  So when I wake up, I'll take my vitamins.  I drink a lot
7     of water.  I'll have lunch.  Around 2:00 o'clock I'll
8     attempt to exercise for one or two hours.  Around
9     4:00 o'clock we have count.  I have a Bible study.
10    After count, I try to play dominoes with some friends or
11    watch TV, try to find something to do.
12 Q  Do you do anything else?
13 A  I like to write a lot of poetry.
14 Q  How often do you clean up after yourself?
15 A  I've become better at that.  Yeah, you know, it's one of
16    our turns -- one of -- so I live with four people in one
17    cell.  So every day it's a different person's turn to
18    clean.  Maybe it's, I don't know, anxiety or something,
19    but I like to organize everything, you know?
20 Q  Is that your OCD?
21 A  Maybe it's just compact energy and I need to burn it
22    somehow.  So I just start --
23 Q  How many psychological evaluations have you had?
24 A  So any evaluations, I know I've had more than -- one for
25    sure.  I used to have monthly checkups with a provider,

1  A  Sorry, yes.  I'm a little slow.  Sorry.
2         Can you repeat the question?
3  Q  Why did you do any of the activities you were asked to
4     do?
5  A  To work?  Well, I mean, I wanted a job.  It gave me a
6     little bit of fulfillment.
7  Q  How long were you here before you decided to participate
8     in any activities?
9  A  I don't --
10            MR. THERIOT-ORR:  Objection, ambiguous.
11            THE WITNESS:  I don't remember.  That
12    was -- I've been here since 2012.  I don't remember.
13    BY MS. MELL:
14 Q  How much time have you been here without doing anything?
15 A  That's a good question.  I don't know.
16 Q  What are you doing today?  Are you doing any of those
17    activities today?
18 A  Are you asking of work?
19 Q  I don't know.  I want to know, are you going to
20    participate in anything that you have been asked to do
21    by GEO today?
22 A  So you're asking me about work, right?
23 Q  Well, I don't know.  What do you call work?
24 A  Yeah, I'm going to work today.
25 Q  You think that work is doing what?

```
1    A   Work is doing what?  I mean, obviously you fill out,
2        what's it called, what's required of you, sign it, and
3        then you do your job.
4    Q   So what do you expect to do today?
5    A   Pick up garbage.
6    Q   When?
7    A   Around 11:45.
8    Q   Are you speaking about 11:45 p.m.?
9    A   Yes.
10   Q   And what garbage do you pick up?
11   A   The garbage outside of the pods.
12   Q   What garbage is outside of the pods?
13   A   The garbage put out.
14   Q   So are you speaking about garbage that's in plastic
15       bags?
16   A   Yes.
17   Q   Okay.  So you're not picking up the garbage, you're
18       picking up the plastic bag that the garbage is in?
19   A   Yeah.
20   Q   And what are you doing with it?
21   A   So we get the plastic bags, put them in the bin, take
22       them to where the bins need to be and -- yeah.
23   Q   So what does that mean, "take to where the bins"?
24       You're just pushing the bags down the hallway?
25   A   So I had to go get the garbage from the units, you know.
```

```
 1    A  A couple hundred dollars.
 2    Q  Why?
 3    A  It's expensive being in here.
 4    Q  What do you spend your money on?
 5    A  Food.
 6    Q  What kind of food?
 7    A  Rice, a lot of soy sauce, hot sauce, sugar, coffee,
 8       candy.  Whatever is available.
 9          Recently we were given some tablets, so now we could
10       listen to music and like message and stuff.  But it's
11       pretty expensive, 5 cents a minute.  I mean, it adds up.
12    Q  Are you given rice to eat without having to pay for it?
13    A  Yes.
14    Q  Are you given soy sauce to eat without having to pay for
15       it?
16    A  Not constantly.  And if it's on there, I never tasted
17       it.
18    Q  Are you given hot sauce without having to pay for it?
19    A  No, I don't think so.
20    Q  Are you given sugar without having to pay for it?
21    A  Yes, sweetener.
22    Q  Are you given coffee without having to pay for it?
23    A  A small little pouch.
24    Q  What contribution, if any, do you make to the meals you
25       are served every day?
```

```
 1          brought here.
 2     Q    You contribute because you're present here?
 3     A    Bed space.  I believe so.  That's my personal belief
 4          though.
 5     Q    So the mere fact that you exist on the inside is enough
 6          to pay for the food?
 7                    MR. THERIOT-ORR:  Objection,
 8          mischaracterizes prior testimony.
 9                    THE WITNESS:  I mean, to me, I don't know.
10          It's probably business.  You know what I mean?  So...
11     BY MS. MELL:
12     Q    So that part of the business isn't dependent upon you
13          picking up the garbage, right?
14     A    What do you mean?
15     Q    The fact that you're entitled to a meal and the bed
16          payment would pay for your meal has nothing to do with
17          you picking up garbage?  If you pick up the garbage or
18          not, you're entitled to a meal?
19     A    Yeah.  This facility is extremely closed out.  We do not
20          have enough freedom.  So, I mean, having a job, it kind
21          of gives me a little something to do.  Maybe it will
22          take my mind off of a lot of stresses that I already
23          have, or it will allow me to focus on something
24          different.  So having a job, I mean, it's -- we don't
25          have much to do here.  There is not -- there is not any
```

1        THE WITNESS:  What do you mean?
2    BY MS. MELL:
3    Q  You did not feel that the pay was a big enough concern
4       that you complained about it?
5        MR. THERIOT-ORR:  Same objection.
6        THE WITNESS:  Like I said, I'm not, you
7       know, one to complain, you know, about a lot of stuff.
8       I guess I just accepted that this is just how things are
9       right now.
10   BY MS. MELL:
11   Q  And, in fact, you signed up to get $1 per day, correct?
12   A  I signed a -- I mean, I signed a form, yes.  I don't
13      remember exactly the -- is that the pay?  Yes, that's
14      the pay, $1.
15   Q  You knew when you signed up that you would get nothing
16      more than $1 per day?
17   A  Yeah.  That was very clear that it was $1 per day.
18   Q  And you chose to accept that condition without
19      complaint?
20   A  Being the only thing available, what other choice -- you
21      know, what other -- what other options did I have?
22   Q  To sit in your bunk and not do anything.
23   A  Like I previously stated, having a job allowed me to
24      take my mind off of a lot of things that I was going
25      through.

1          So then I'll make my way back to the elevator where
2     we'll get escorted down.  Then I will go to the golf
3     pod.  I mean, the fox pod, sorry.  I will do the same
4     thing.  If there is boxes that are not bagged, we put
5     those in there also.  If there is plastic bags, again,
6     bags of clothing or trays, well, then we do that.
7   Q  How long does that loop take you?
8   A  It could take an hour.  Less than an hour sometimes.
9   Q  You don't do it by yourself?
10  A  So there is -- it starts at A -- the pods A, B, C, D, E,
11     F, G.  So there will be some that gets the other pods,
12     and then there will be some individuals that do the
13     mopping, the sweeping.
14         And then certain times of the month or certain times
15     of the year, either -- there is visiting people -- we
16     will paint the walls.  We will also -- the same detail
17     will wax the floors.  So we'll get the wax.  If it's --
18     the floors are messed up.
19  Q  Okay, but you're way off track from what I asked you.
20  A  It's the same crew.  It depends what they --
21  Q  I think I asked you if you work alone?
22  A  Okay.  Work alone?  No, I said there is several people.
23     So some of them will get the A pods, B pods, and C pods.
24  Q  So you don't even have to do all of this stuff?
25  A  No.  All of it?  No, we split it up.

1         housing unit, correct?
2    A    Yes.  My job does not require me to go into the unit.
3         That is another detainee's job.
4    Q    Okay.  So to the extent of what you do, you pick up
5         what's already been accumulated in one location, and you
6         put it into a cart that allows you to transport it to a
7         different location?
8    A    Put it into a cart and move it?
9    Q    Yes.
10   A    Yeah.
11   Q    Okay.  So last night, did you do this?
12   A    Yes.
13   Q    What time?
14   A    Around 11:40, 11:50.
15   Q    So at 11:40 you went to the podium?
16   A    My co-worker had already arrived with the carts, so I
17        didn't have to go to the podium until I was done.
18   Q    So when you said your "co-worker already arrived with
19        the carts," what does that mean?  Arrived where?
20   A    To my unit.
21   Q    All right.  So you just went to the door of your unit
22        and met him?
23   A    Yeah.
24   Q    And then you and this person, co-worker, whose name is
25        Lane?

```
 1    A   GEO.  I mean, this is where I live.  This is where I
 2        work.  I believe so.  You know, this is my point of
 3        view.  This is what I think, you know?
 4    Q   Who do you think pays the dollar a day?
 5    A   GEO probably.
 6    Q   Don't you think that people like me pay it by paying
 7        taxes --
 8                    MR. THERIOT-ORR:  Objection,
 9        argumentative.
10        BY MS. MELL:
11    Q   -- to pay for the facility to pay GEO?
12    A   Yeah, but see -- I mean, like I said -- I mean, like
13        when I was growing up, like I said, after every check
14        that I would get, remember how I told you that I would
15        get money taken out?  Well, I mean, I remember them
16        taking out -- one check stub I remember it said $50.52
17        for Social Security.  I'm never going to get that money
18        back.  And that's just -- that's just one of me.  You
19        know what I mean?  That's just one of me.  A lot of
20        people working and contributing to Social Security that
21        we're not going to receive.  So, I mean, I'm
22        contributing in a way also.
23    Q   How have you not benefited by Social Security?
24    A   Isn't Social Security -- what is the description of
25        Social Security?
```

C E R T I F I C A T E

I, Laura Gjuka, a Certified Court Reporter in and for the State of Washington, residing at University Place, Washington, authorized to administer oaths and affirmations pursuant to RCW 5.28.010, do hereby certify;

That the foregoing Verbatim Report of Proceedings was taken stenographically before me and transcribed under my direction; that the transcript is a full, true and complete transcript of the proceedings, including all questions, objections, motions and exceptions;

That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of any such attorney or counsel, and that I am not financially interested in the said action or the outcome thereof;

That upon completion of signature, if required, the original transcript will be securely sealed and the same served upon the appropriate party.

IN WITNESS HEREOF, I have hereunto set my hand this 13th day of June, 2018.

                                    _____
                                    Laura Gjuka, CCR No. 2057