# EXHIBIT P

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF WASHINGTON
                         AT SEATTLE
_____

                                    )
THE STATE OF WASHINGTON,            )
                                    )
              Plaintiff,            )
                                    )
         vs.                        )    No. 3:17-cv-05806-RJB
                                    )
THE GEO GROUP, INC.,                )
                                    )
              Defendant.            )
                                    )
_____

         30(B)(6) DEPOSITION UPON ORAL EXAMINATION

                     OF GEO GROUP, INC.

                       IN THE PERSON OF

                        RYAN KIMBLE

_____

                          9:50 a.m.
                        July 9, 2018

                  1250 Pacific Avenue 105
                Tacoma, Washington 98401-2317




REPORTED BY: JACQUELINE L. BELLOWS, CCR 2297
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                          APPEARANCES

 2
     For the Plaintiff:
 3
     LA ROND BAKER
 4   ANDREA BRENNEKE
     OFFICE OF THE ATTORNEY GENERAL
 5   800 Fifth Avenue 2000
     Seattle, Washington 98164-1338
 6   206.464.7744
     larondb@atg.wa.gov
 7   abrenneke@gmail.com

 8

 9   For the Defendant:

10   JOAN MELL
     III Branches Law
11   1019 Regents Boulevard 204
     Fircrest, Washington 98466
12   253.566.2510
     joan@3brancheslaw.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                        I N D E X
 2    EXAMINATION BY:                                            PAGE
 3    Ms. Baker -----------------------------------------  5
 4
 5
 6    EXHIBITS FOR IDENTIFICATION                              PAGE
```

| | | |
|---|---|---|
| Exhibit 1 | Notice of Deposition Pursuant to Civil Rule 30 (B)(6) And Demand for Designation of Representatives Deponent followed by GEO-State 000931 | 10 |
| Exhibit 2 | Policy and Procedure Manual, Detainee Services and Programs, Voluntary Work Program, GEO-State 003451 - GEO-State 003458 | 34 |
| Exhibit 3 | Detainee Job Description, Cook/Prep/Server, GEO-State 015099 - 015101, GEO-State 003524 | 37 |
| Exhibit 4 | Detainee kitchen worker hygiene and grooming standards, GEO-State 003519 | 45 |
| Exhibit 5 | Kitchen Worker Orientation Checklist, GEO-State 003538 - GEO-State 003556 | 47 |
| Exhibit 6 | Daily Work Crew Count Sheet | 69 |
| Exhibit 7 | Man-Days Billing Report Status Detail Alpha, Report Dates: 11/1/2012 - 11/30/2012, Confidential, GEO_MEN 00001594 - GEO_MEN 00001610 | 70 |
| Exhibit 8 | Food Service Shift Tool Control, GEO-State 003515 - GEO-State 003516 | 80 |
| Exhibit 9 | Offender Job/Program Assignments | 101 |
| Exhibit 10 | Memo, 11-29-12, GEO-State 000569 - GEO-State 000621 | 104 |
| Exhibit 11 | Certificate of Compliance, 3-6-17 | 105 |

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

| | EXHIBITS FOR IDENTIFICATION | | PAGE |
|---|---|---|---|
| Exhibit 12 | Housekeeping Plan, GEO-State 000632 - GEO-State 000635 | | 106 |
| Exhibit 13 | Stipulated Protective Order, 6-26-18 | | 110 |
| Exhibit 14 | Memo, 4-12-12, GEO-State 003477 | | 111 |
| Exhibit 15 | Email, 10-3-14, GEO-State 012190 | | 117 |
| Exhibit 16 | Email, 3-4-14, GEO-State 006270 | | 120 |
| Exhibit 17 | 5.8 Voluntary Work Program, PBNDS 2011 | | 125 |
| Exhibit 18 | Facility History, GEO-State 005744 - GEO-State 005748 | | 129 |
| Exhibit 19 | Geo's Fed. R. Civ. P. 26(a)(1) Initial Disclosures, 2-2-18 | | 141 |
| Exhibit 20 | Table, "Pod, Worker, Hours, Total," Confidential | | 150 |
| Exhibit 21 | Table, "Worker pay," Confidential | | 159 |
| Exhibit 22 | Table, "Monthly Voluntary Worker Program Spend," Confidential | | 163 |
| Exhibit 23 | Declaration of Joan K. Mell Attaching Geo-ICE Contract with Limited Trade Secret Redactions, 11-17-17 | | 170 |

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                  Tacoma, Washington; July 9, 2018
 2                            9:50 a.m.
 3                             --oOo--
 4
 5                          RYAN KIMBLE,
 6     sworn as a witness by the certified court reporter,
 7                        testified as follows:
 8
 9                        E X A M I N A T I O N
10   BY MS. BAKER:
11       Q.   Good morning, Mr. Kimble.
12       A.   Good morning.
13       Q.   As you know, my name is LaRond Baker and I'm
14   an attorney for the State of Washington in this matter.
15   Our other counsel who's at the table is Andrea Brenneke.
16   And we are here with Cassidy, who is our intern.
17            Would you please state your full name for the
18   record.
19       A.   Ryan Edward Kimble.
20       Q.   How do you spell your last name?
21       A.   K-I-M-B-L-E.
22       Q.   And your employer?
23       A.   The Geo Group.
24       Q.   And what is your position for the Geo Group?
25       A.   I'm the associate warden for finance and
```



```
 1  Group?
 2      A.   Right at 10 years.
 3      Q.   How long have you worked for the Geo Group at
 4  the Northwest Detention Center?
 5      A.   Five years.
 6      Q.   What positions have you held during your
 7  employment with the Geo Group at the Northwest Detention
 8  Center?
 9      A.   The same position I currently hold.
10      Q.   What position is that?
11      A.   The associate warden of finance and
12  administration.
13      Q.   What are your duties and responsibilities as
14  the associate warden?
15      A.   Documents and responsibilities include
16  purchasing of anything that the facility needs for
17  security and running of the facility, paying all of the
18  bills, and budgeting for the facility.
19      Q.   Thank you.  What is the Voluntary Work
20  Program?
21      A.   The voluntary Work Program is a program that
22  is an ICE program, administered by the facility for ICE.
23      Q.   What happens in this program?
24      A.   We follow the ICE protocols and ICE rules on,
25  on giving opportunities for detainees to get out and use
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   their mind and use their bodies where they're not just
 2   sitting in the detention center housing units.
 3        Q.   What occurs in the Voluntary Work Program?
 4        A.   What occurs in the Voluntary Work Program?
 5   Detainees sign a sheet that says that they're
 6   volunteering to sign up for a program.  They decide what
 7   they would like to do.  That includes laundry.  That
 8   includes kitchen services.  That includes the cleaning
 9   of the housing units, the communal spaces where the
10   detainees live.  This includes the cleaning of the
11   communal walkways on is the secured side of the facility
12   where the detainees live and where they are housed.  And
13   it includes -- I think I said laundry.  It's really a
14   self -- it's a cleaning program.
15        Q.   Is the Voluntary Work Program integral to
16   operations of the Northwest Detention Center?
17             MS. MELL:  Object to the form.
18        A.   If we didn't have it, we would still do the
19   same thing.  We would still provide the service and
20   maintain the facility based on the PBNDS and high
21   standards.
22        Q    (By Ms. Baker) And who would perform those
23   duties if it are were not detainee-workers?
24             MS. MELL:  Object to the form of the question.
25   Calls for speculation.
```



1    Q.   But this is your policy?
2    A.   This is our policy that mirrors -- this is
3  Geo's policy that mirrors ICE's policy because this
4  program is ICE's Voluntary Work Program and we are bound
5  by all the rules and regulations for ICE.
6    Q.   So Geo does terminate detainee-workers from
7  the Voluntary Work Program for unsatisfactory
8  performance?
9    A.   No.
10   Q.   Let's move on from that exhibit.
11        Is there a list of every position a detainee
12 can perform in the Voluntary Work Program?
13   A.   Yes.
14   Q.   Where would I find that list?
15   A.   I think it was provided with the papers for
16 the facility.  The facility provided it.  It is the --
17 if understand right, it will say kitchen and/or it will
18 say laundry.  It will say housing unit, pod porter.  I
19 don't know if they use the word "pod porter."  That's my
20 previous work coming through.  Pod cleaner.
21        (Deposition Exhibit No. 3 marked for
22        identification.)
23        MS. MELL:  I'm going to offer Exhibit 3 as a
24 uniform exhibit.  There's no -- it's several different
25 documents.  It's not a list.  But other than that, I

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    REPORTER'S CERTIFICATE
 2          I, JACQUELINE L. BELLOWS, the undersigned
 3   Certified Court Reporter pursuant to RCW 5.28.010 authorized
 4   to administer oaths and affirmations in and for the State of
 5   Washington, do hereby certify that the sworn testimony
 6   and/or proceedings, a transcript of which is attached, was
 7   given before me at the time and place stated therein; that
 8   any and/or all witness(es) were duly sworn to testify to the
 9   truth; that the sworn testimony and/or proceedings were by
10   me stenographically recorded and transcribed under my
11   supervision, to the best of my ability; that the foregoing
12   transcript contains a full, true, and accurate record of all
13   the sworn testimony and/or proceedings given and occurring
14   at the time and place stated in the transcript; that a
15   review of which was requested; that I am in no way related
16   to any party to the matter, nor to any counsel, nor do I
17   have any financial interest in the event of the cause.
18              WITNESS MY HAND AND DIGITAL SIGNATURE this
19   27th day of July, 2018.
20
21
         [signature: Jacqueline L. Bellows]
22   _____
23   Jacqueline L. Bellows
     Washington State Certified Court Reporter, No. 2297
24   jbellows@yomreporting.com
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com