# EXHIBIT R

```
1                  UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
2                           AT TACOMA
   _____
3
   UGOCHUKWU GOODLUCK NWAUZOR,      )
4  FERNANDO AGUIRRE-URBINA,         )
   individually and on behalf of    )
5  all those similarly situated,    )
                                    )
6     Plaintiffs/Counter-Defendants.)
                                    )
7       vs.                         )   NO. 3:17-CV-05769-RJB
                                    )
8  THE GEO GROUP, Inc.,             )
                                    )
9     Defendant/Counter-Claimant.   )
   _____
10
         DEPOSITION UPON ORAL EXAMINATION OF SEAN MURPHY
11 _____

12

13

14              Thursday, December 19, 2019
                    Tumwater, Washington
15
```

NWAUZOR vs GEO GROUP
Sean Murphy, 12/19/2019

```
 1   APPEARANCES:

 2        FOR THE PLAINTIFFS (VIA TELEPHONE):

 3                                    MS. REBECCA ROE
                                      SCHROETER GOLDMARK BENDER
 4                                    810 3rd Avenue, Ste. 500
                                      Seattle, WA  98104-1657
 5
          FOR THE DEFENDANT:
 6
                                      MS. JOAN MELL
 7                                    III Branches Law
                                      1019 Regents Blvd., Suite 204
 8                                    Fircrest, WA  98466

 9         FOR THE STATE OF WASHINGTON:

10                                    MS. ANDREA BRENNEKE
                                      ASSISTANT ATTORNEY GENERAL
11                                    800 Fifth Avenue, Ste. 2000
                                      Olympia, WA  98104-3188
12
          FOR THE DEPARTMENT OF SOCIAL & HEALTH SERVICES:
13
                                      MS. SARAH COATS
14                                    ASSISTANT ATTORNEY GENERAL
                                      P.O. Box 40124
15                                    Olympia, WA  98504-0124

16                                    MR. CRAIG MINGAY
                                      ASSISTANT ATTORNEY GENERAL
17                                    P.O. Box 40124
                                      Olympia, WA  98504-0124
18

19

20

21

22

23

24

25
```

NWAUZOR vs GEO GROUP
Sean Murphy, 12/19/2019

```
 1                        I N D E X

 2   EXAMINATION                                    PAGE/LINE

 3   MS. MELL                                         5    19

 4   MS. BRENNEKE                                    50    15

 5

 6

 7

 8

 9

10                    E X H I B I T   I N D E X

11   EXHIBIT NO.       DESCRIPTION                  PAGE/LINE

12   NO. 377    Declaration of Sean Murphy; 6 pgs.   10    23

13   NO. 378    Subpoena for Sean Murphy; 4 pgs.      5    20

14   NO. 379    Objections to subpoena duces          6    13
                tecum; 3 pgs.
15
```

NWAUZOR vs GEO GROUP
Sean Murphy, 12/19/2019

1      BE IT REMEMBERED that on Thursday, December 19,
2   2019, at 8:31 a.m. at 7141 Cleanwater Drive SW, Tumwater,
3   Washington, before DIXIE J. CATTELL, Certified Court
4   Reporter, appeared SEAN MURPHY, the witness herein;
5           WHEREUPON, the following proceedings were had,
6   to wit:
7                           (EXHIBIT NO. 377-379 MARKED)
8           MS. MELL:  Let's go on the record.
9       Today we are here in the deposition of Sean Murphy.
10  For the record I've marked as Exhibit 378, the subpoena,
11  for Sean Murphy, noting his deposition for December 19 at
12  8 a.m.  It is now 8:30 a.m., and Mr. Murphy has not
13  appeared for purposes of his deposition, and we've waited
14  30 minutes for him.
15      I've also marked -- I guess I won't worry about the
16  others.  Just keep these marked.  That's it.
17           MS. BRENNEKE:  I'd like to have the record
18  reflect that we've also marked as Exhibit 379, the
19  objections to the subpoena duces tecum for the deposition
20  of Sean Murphy.  Those are dated December 3, 2019, and they
21  were served upon Counsel.
22      Also that we believe there may be a mix-up in the
23  location of where Mr. Murphy has appeared, and Counsel for
24  DSHS and their staff is attempting to determine where he is
25  because we know this was on his calendar and he was

```
 1    prepared to be here.  So we would ask that we wait until we

 2    hear back from Mr. Murphy and that he can get here if

 3    there's been a mix-up in location.

 4              MS. MELL:  I'm done.

 5                              (Recessed at 8:32 a.m.)

 6                              (Reconvened at 9:07 a.m.)

 7

 8  SEAN MURPHY,                having been first duly sworn,

 9                              testified as follows:

10

11              MS. MELL:  We are back on the record for the

12    purposes of deposing Mr. Murphy who has now appeared.  It's

13    9:00.  There was confusion apparently in terms of when he

14    understood he was supposed to be here.  We're going to go

15    ahead and proceed with the deposition.  I don't think it's

16    going to take us too long today, so we should be able to

17    get through it.

18                          EXAMINATION

19  BY MS. MELL:

20  Q  Showing you what's been marked as Exhibit 378, do you

21    recognize that document?

22  A  I do.

23  Q  And do you understand that the subpoena requests from you

24    information?

25  A  Yes.
```

1   same at the Northwest Detention Center?
2  A  I do not.
3  Q  What kind of work do you have people within the State's
4     custody do?
5         MS. BRENNEKE:  Object to the form of the
6     question.  Overly broad; foundation.
7  A  So the programs that are under our purview, under my
8     purview, range from, you know, at one facility helping with
9     laundry and sorting.  We really try and find anything that
10    we can get folks to do that teach them the skills to show
11    up on time, follow direction, and have a feeling of
12    responsibility that helps reinstill self-confidence,
13    self-worth.
14 Q  (By Ms. Mell)  But these are individuals -- strike that.
15        There are individuals in the State's custody doing
16    work for the State who have skills when the State takes
17    custody of them, correct?
18        MS. BRENNEKE:  Object to the form.  Overly
19    broad.
20        Counsel, would it be permissible for you to direct
21    questions to him only about DSHS?  I can avoid some of my
22    objections that way, but I'm concerned that your questions
23    are overly broad, and it's improper.  Yes, are we
24    understanding that?
25        MS. MELL:  I heard your objection, Counsel.

1   A   So what I can -- what I can tell you about is folks that
2       are at the hospitals, and I can tell you about the folks
3       that are at the Special Commitment Center, and I can tell
4       you that those folks, we are definitely seeking ways to
5       help them be -- to live -- live and lead meaningful lives,
6       and part of that has a vocational component.
7   Q   (By Ms. Mell)  And those individuals have skills that they
8       come into the facilities with, correct?
9   A   There are a variety of skill sets that people come in with
10      based on their -- the challenges that they're in the
11      respective facility for.  Many of the folks that we work
12      with are developmentally disabled or have significant
13      impairments due to mental illness, those types of things,
14      and so the skill sets that they have definitely differ from
15      person to person.
16          So one job may very well be that we pay the person
17      to -- and this is an example -- to prepare their own meal
18      in preparation for them trying to live independently as
19      they move out.  Someone else we may try and work into a
20      program where they work with wood or crafts or chairs or
21      something like that.  All things that are just really
22      designed to try and give them some level of skills,
23      exercise their mind, and it's really individual and
24      dependent on each individual's specific needs.
25  Q   So is it correct that the State and, in your case, DSHS,

1                  C E R T I F I C A T E

2           I, DIXIE J. CATTELL, the undersigned Registered

3   Professional Reporter and Washington Certified Court Reporter,

4   do hereby certify:

5           That the foregoing deposition of SEAN MURPHY was

6   taken before me and completed on the 19th day of December,

7   2019, and thereafter transcribed by me by means of

8   computer-aided transcription; that the deposition is a full,

9   true and complete transcript of the testimony of said witness;

10          That the witness, before examination, was, by me,

11  duly sworn to testify the truth, the whole truth, and nothing

12  but the truth, and that the witness reserved signature;

13          That I am not a relative, employee, attorney or

14  counsel of any party to this action or relative or employee of

15  such attorney or counsel, and I am not financially interested

16  in the said action or the outcome thereof;

17          That I am herewith securely sealing the deposition of

18  SEAN MURPHY and promptly serving the same upon MS. JOAN MELL.

19          IN WITNESS HEREOF, I have hereunto set my hand this

20  23rd day of DECEMBER, 2019.

21                  *[signature: Dixie J. Cattell]*

22          _____
            Dixie J. Cattell, RPR, CCR
23          NCRA Registered Professional Reporter
            Washington Certified Court Reporter CSR#2346
24

25