# EXHIBIT S

```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             AT TACOMA
_____

UGOCHUKWU GOODLUCK NWAUZOR,       )
FERNANDO AGUIRRE-URBINA,          )
individually and on behalf of     )
all those similarly situated,     )
                                  )
    Plaintiffs/Counter-Defendants.)
                                  )
       vs.                        ) NO. 3:17-CV-05769-RJB
                                  )
THE GEO GROUP, Inc.,              )
                                  )
    Defendant/Counter-Claimant.   )
_____

        DEPOSITION UPON ORAL EXAMINATION OF DEBRA JEAN EISEN
_____




                   Friday, December 13, 2019
                       Tumwater, Washington
```

```
 1   APPEARANCES:

 2       FOR THE DEFENDANT:
                                    MS. JOAN MELL
 3                                  III Branches Law
                                    1019 Regents Blvd., Suite 204
 4                                  Fircrest, WA  98466

 5       FOR THE STATE OF WASHINGTON:

 6                                  MS. MARSHA CHIEN
                                    ASSISTANT ATTORNEY GENERAL
 7                                  800 Fifth Avenue, Ste. 2000
                                    Olympia, WA  98104-3188
 8
         FOR DEPARTMENT OF CORRECTIONS:
 9
                                    MS. KATIE FABER
10                                  ASSISTANT ATTORNEY GENERAL
                                    P.O. Box 40116
11                                  Olympia, WA  98504-0116

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

NWAUZOR vs GEO GROUP
Debra Eisen, 12/13/2019

```
 1                      I N D E X

 2   EXAMINATION                                    PAGE/LINE

 3   MS. MELL                                        4    12

 4

 5

 6

 7

 8

 9

10                  E X H I B I T   I N D E X

11   EXHIBIT NO.        DESCRIPTION                PAGE/LINE

12

13

14                   (NO EXHIBITS MARKED)

15

16

17

18

19

20

21

22

23

24

25
```

NWAUZOR vs GEO GROUP
Debra Eisen, 12/13/2019

1          BE IT REMEMBERED that on Friday, December 13,
2     2019, at 1:02 p.m. at 7345 Linderson Way SW, Tumwater,
3     Washington, before DIXIE J. CATTELL, Certified Court
4     Reporter, appeared DEBRA JEAN EISEN, the witness herein;
5          WHEREUPON, the following proceedings were had,
6     to wit:
7
8  DEBRA JEAN EISEN,           having been first duly sworn,
9                              testified as follows:
10
11                    EXAMINATION
12 BY MS. MELL:
13 Q  State your name.
14 **A  Debra Jean Eisen.**
15 Q  What's your position?
16 **A  I am the contracts administrator for the Department of**
17    **Corrections, Washington State.**
18 Q  Have you been designated as the State's CR 30(b)(6)
19    designee to speak on particular subjects today?
20 **A  Not officially.**
21 Q  What does that mean?
22 **A  I mean, I have not received designation from my chain of**
23    **command.  I've been requested by the AG to speak on behalf**
24    **of the agency.**
25 Q  On what subjects?

1  A  Yes.

2  Q  And was it deemed necessary from the State's perspective to
3     authorize detainee work in order to maintain the safety and
4     security of those detainees?

5           MS. CHIEN:  Object to form.

6  A  I can't speak to that.

7  Q  (By Ms. Mell)  Why would you include it in the contract?

8  A  The ability to have offenders work is in every contract we
9     have with another entity to house offenders.

10 Q  Why is it in there?

11 A  My opinion, my belief, not speaking -- well, I am speaking
12    for the agency.  So I will say that there is an idleness
13    concern that offenders are occupied during their
14    incarceration --

15 Q  So is it --

16 A  -- in addition to programming whatever else is available.

17 Q  Is that a policy choice of the State of Washington?

18          MS. CHIEN:  Object to form.

19 A  I cannot speak to that.

20 Q  (By Ms. Mell)  Is it a policy choice of the Department of
21    Corrections?

22 A  It is a safety and security choice for the Department of
23    Corrections.

24 Q  And the Department of Corrections does not require
25    contractors like GEO to pay minimum wage to the detainees

C E R T I F I C A T E

I, DIXIE J. CATTELL, the undersigned Registered Professional Reporter and Washington Certified Court Reporter, do hereby certify:

That the foregoing deposition of DEBRA JEAN EISEN was taken before me and completed on the 13th day of December, 2019, and thereafter transcribed by me by means of computer-aided transcription; that the deposition is a full, true and complete transcript of the testimony of said witness;

That the witness, before examination, was, by me, duly sworn to testify the truth, the whole truth, and nothing but the truth, and that the witness reserved signature;

That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of such attorney or counsel, and I am not financially interested in the said action or the outcome thereof;

That I am herewith securely sealing the deposition of DEBRA JEAN EISEN and promptly serving the same upon MS. JOAN MELL.

IN WITNESS HEREOF, I have hereunto set my hand this 17th day of DECEMBER, 2019.

_____
Dixie J. Cattell, RPR, CCR
NCRA Registered Professional Reporter
Washington Certified Court Reporter CSR#2346