# EXHIBIT T

```
                UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
                        AT TACOMA
_____

STATE OF WASHINGTON,         )
                             )
         Plaintiff,          )
                             )
    vs.                      )     NO. 3:17-CV-05806-RJB
                             )
THE GEO GROUP, Inc.,         )
                             )
         Defendant.          )
_____

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF TAYLOR WONHOFF
_____

APPEARANCES:

    FOR THE PLAINTIFF:        MS. ANDREA BRENNEKE
                              ASSISTANT ATTORNEY GENERAL
                              800 Fifth Avenue, Ste. 2000
                              Olympia, WA  98164

    FOR THE DEFENDANT:        MS. JOAN MELL
                              III Branches Law
                              1019 Regents Blvd., Suite 204
                              Fircrest, WA  98466

                              MS. ASHLEY E. CALHOUN
                              AKERMAN, LLP
                              1900 Sixteenth Stret
                              Suite 1700
                              Denver, CO  80202

    ALSO PRESENT:             DAVE HANSEN, VIDEOGRAPHER




Thursday, August 22, 2019
Olympia, Washington
```

```
 1                UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
 2                         AT TACOMA
   _____
 3
   STATE OF WASHINGTON,          )
 4                               )
            Plaintiff,           )
 5                               )
        vs.                      )    NO. 3:17-CV-05806-RJB
 6                               )
   THE GEO GROUP, Inc.,          )
 7                               )
            Defendant.           )
 8 _____

 9 VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF TAYLOR WONHOFF
   _____
10
   APPEARANCES:
11
        FOR THE PLAINTIFF:       MS. ANDREA BRENNEKE
12                               ASSISTANT ATTORNEY GENERAL
                                 800 Fifth Avenue, Ste. 2000
13                               Olympia, WA  98164

14      FOR THE DEFENDANT:       MS. JOAN MELL
                                 III Branches Law
15                               1019 Regents Blvd., Suite 204
                                 Fircrest, WA  98466
16
                                 MS. ASHLEY E. CALHOUN
17                               AKERMAN, LLP
                                 1900 Sixteenth Stret
18                               Suite 1700
                                 Denver, CO  80202
19
        ALSO PRESENT:            DAVE HANSEN, VIDEOGRAPHER
20

21

22

23

24 Thursday, August 22, 2019
   Olympia, Washington
25
```

STATE OF WASHINGTON vs GEO GROUP
Taylor Wonhoff, 08/22/2019

I N D E X

| | EXAMINATION | PAGE/LINE |
|---|---|---|
| | MS. MELL | 5    4 |

E X H I B I T   I N D E X

| EXHIBIT NO. | DESCRIPTION | PAGE/LINE |
|---|---|---|
| NO. 261 | Notice of 30(b)(6) Deposition; 10 pgs. | 164   17 |
| NO. 262 | Document entitled Statement of Interest of the United States; 18 pgs. | 90   20 |
| NO. 263 | Compilation of E-mail; 13 pgs. | 92    7 |
| NO. 264 | Compilation of e-mails; 2 pgs. | 106   11 |
| NO. 265 | Compilation of e-mails; 3 pgs. | 123   25 |
| NO. 266 | Compilation of e-mails; 5 pgs. | 133   17 |
| NO. 267 | Compilation of e-mails; 6 pgs. | 136    2 |
| NO. 268 | Compilation of e-mails; 3 pgs. | 137   10 |
| NO. 269 | Compilation of e-mails; 7 pgs. | 139   16 |
| NO. 270 | Compilation of e-mails; 2 pgs. | 140   20 |
| NO. 271 | Compilation of e-mails; 5 pgs. | 144   10 |
| NO. 272 | Compilation of e-mails; 2 pgs. | 145    9 |

STATE OF WASHINGTON vs GEO GROUP
Taylor Wonhoff, 08/22/2019

| | EXHIBIT NO. | DESCRIPTION | PAGE/LINE | |
|---|---|---|---|---|
| 1 | | | | |
| 2 | NO. 273 | Compilation of e-mails; 2 pgs. | 145 | 25 |
| 3 | NO. 274 | Compilation of e-mails; 7 pgs. | 147 | 13 |
| 4 | NO. 275 | Compilation of e-mails; 4 pgs. | 149 | 17 |
| 5 | NO. 276 | Compilation of e-mails; 1 pg. | 150 | 4 |
| 6 | NO. 277 | Final Bill Report, SJR 8212; 2 pgs. | 152 | 5 |
| 7/8 | NO. 278 | Copy of Washington State Constitution, Section 29, Convict Labor; 1 pg. | 154 | 23 |
| 9/10 | NO. 279 | Report of Washington Inmate Labor Programs, SJR 8212 (2007); 2 pgs. | 158 | 2 |
| 11/12 | NO. 280 | Copy of article from Seattle PI entitled P-I Endorsement: Smarter prisoners; 2 pgs. | 158 | 22 |
| 13/14 | NO. 281 | Copy of Senate Joint Resolution 8212; 3 pgs. | 159 | 12 |
| 15 | NO. 282 | Copy of Class Action Complaint; 20 pgs. | 160 | 2 |
| 16/17 | NO. 283 | Arguments in support of SJR 8212 in Washington 2007 Voters Guide; 1 pg. | 161 | 22 |

STATE OF WASHINGTON vs GEO GROUP
Taylor Wonhoff, 08/22/2019

1     BE IT REMEMBERED that on Thursday, August 22,
2  2019, at 10:24 a.m. at 1125 Washington Street SE, Olympia,
3  Washington, before DIXIE J. CATTELL, Certified Court
4  Reporter, appeared TAYLOR WONHOFF, the witness herein;
5     WHEREUPON, the following proceedings were had,
6  to wit:
7
8                              (EXHIBIT NO. 261 MARKED)
9
10     THE VIDEOGRAPHER:  This is a video-recorded
11  30(b)(6) deposition.  Today's date is August 22, 2019.  The
12  time is 10:24.
13     My name is Dave Hansen.  I'm subcontracted by Sound
14  Vision Video Production, 4821 North 14th Street, Tacoma,
15  Washington, 98406; phone number, (253) 905-4941.  The
16  deposition today is being held at 1125 Washington Street in
17  Olympia, Washington.  The case is State of Washington
18  versus the GEO Group.
19     Present for the plaintiff is Andrea Brenneke.
20  Present for the defense is Joan Mell.  The witness is
21  Taylor Wonhoff.
22     The court reporter, Dixie Cattell, will now swear in
23  the witness.
24                    *     *     *
25                    *     *     *

```
 1   TAYLOR WONHOFF,            having been first duly sworn,
 2                                      testified as follows:
 3                           EXAMINATION
 4   BY MS. MELL:
 5   Q   State your name.
 6   A   Taylor Wonhoff, W-O-N-H-O-F-F.
 7   Q   What's your position?
 8   A   I am the Governor's deputy general counsel.
 9   Q   How long have you been the Governor's deputy counsel?
10   A   I have been in that role since January of 2014.
11   Q   Who's the Governor?
12   A   Jay Inslee.
13   Q   How long has he been Governor?
14   A   Governor Inslee has been in office since January 16, 2013.
15   Q   What do you do in your position as deputy general counsel
16       for Governor Jay Inslee?
17   A   As a member of the Governor's Office of General Counsel, I
18       provide legal advice to the Governor and his staff on a
19       range of matters.  My portfolio includes clemency, public
20       records, administrative appeals, judicial appointments, and
21       a range of other matters.
22   Q   Do you sit with him on any executive regular meetings with
23       his appointees, his department appointees?
24               MS. BRENNEKE:  Object to the form.
25   A   I do not regularly sit in on executive team meetings or in
```

1   don't know what the -- I'm trying to make sure I understand
2   how you're answering.  Is it because there's been no
3   conversation, or are you recalling an
4   Office-of-the-Governor-type conversation about cost of
5   confinement and how they're covered?
6            MS. BRENNEKE:  Object to the form of the
7   question.  Beyond the scope of the 30(b)(6) deposition.
8   A   I cannot recall any conversations that relate to
9   incarcerated individuals covering the cost of their
10  confinement at the detention center, at the Northwest
11  Detention Center.
12  Q   (By Ms. Mell)  Do you recall any conversations about
13  detained individuals in the state of Washington covering
14  the cost of their confinement?
15           MS. BRENNEKE:  Same objection.
16  A   It is my understanding that it's -- that the work that
17  individuals in state detention facilities are doing is not
18  necessarily to offset the costs of their incarceration, but
19  is done for them to build their skills, to rehabilitate,
20  to -- to, I don't know, address idleness, give them
21  something to do, rather than to cover the costs of their
22  incarceration.
23  Q   (By Ms. Mell)  Okay.  So idleness is an objective to work
24  by detainees?
25  A   Yes.

C E R T I F I C A T E

I, DIXIE J. CATTELL, the undersigned Registered Professional Reporter and Washington Certified Court Reporter, do hereby certify:

That the foregoing deposition of TAYLOR WONHOFF was taken before me and completed on the 22nd day of August, 2019, and thereafter transcribed by me by means of computer-aided transcription; that the deposition is a full, true and complete transcript of the testimony of said witness;

That the witness, before examination, was, by me, duly sworn to testify the truth, the whole truth, and nothing but the truth, and that the witness reserved signature;

That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of such attorney or counsel, and I am not financially interested in the said action or the outcome thereof;

That I am herewith securely sealing the deposition of TAYLOR WONHOFF and promptly serving the same upon MS. JOAN MELL.

IN WITNESS HEREOF, I have hereunto set my hand this 26th day of AUGUST, 2019.

_____
Dixie J. Cattell, RPR, CCR
NCRA Registered Professional Reporter
Washington Certified Court Reporter CSR#2346