# EXHIBIT U

# eFFICIENT®

Scroll down to view your full-sized transcript.

View list of attached documents in the paperclip file (left)
View hyperlinked word list and hyperlinked exhibits in the bookmark file (left)



In the Matter of:

THE STATE OF WASHINGTON

vs.

THE GEO GROUP, INC.

IOLANI MENZA

June 27, 2019

 Full-sized and condensed transcripts in pdf format

 Copy and paste and retain transcript formatting

 Search across all transcripts and exhibit files with a single query

 Easy to view on your mobile devices

 Adobe Reader is the only software necessary

 Easy access, hyperlinked exhibits and word index

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com



YOM:
FULL SERVICE COURT REPORTING

```
 1                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF WASHINGTON
 2                           AT SEATTLE
 3  _____

 4                                      )
     THE STATE OF WASHINGTON,            )
 5                                      )
                 Plaintiff,              )
 6                                      )
            vs.                          )   No. 3:17-cv-05806-RJB
 7                                      )
     THE GEO GROUP, INC.,                )   SOME OF THE EXHIBITS AND
 8                                      )   TESTIMONY HAVE BEEN
                 Defendant.              )   DESIGNATED AS
 9                                      )   CONFIDENTIAL
                                        )
10  _____

11
                  DEPOSITION UPON ORAL EXAMINATION
12
                                 OF
13
                           IOLANI MENZA
14  _____

15
                            9:54 a.m.
16                        June 27, 2019

17                   1250 Pacific Avenue 105
                  Tacoma, Washington 98401-2317
18

19

20

21

22

23

24

25  REPORTED BY: JACQUELINE L. BELLOWS, CCR 2297
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                        APPEARANCES

 2
     For the Plaintiff:
 3
     MARSHA CHIEN
 4   OFFICE OF THE ATTORNEY GENERAL
     800 Fifth Avenue 2000
 5   Seattle, Washington 98164-1338
     206.464.7744
 6   marsha.chien@atg.wa.gov


 7


 8   For the Defendant:

 9   KRISTIN ASAI
     Holland & Knight
10   111 SW 5th Avenue Suite 2300
     Portland, Oregon, United States 97204.
11   503.517.2948
     Kristin.Asai@hklaw.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                          I N D E X

 2     EXAMINATION BY:                                          PAGE

 3     Ms. Chien -----------------------------------------    5

 4

 5

 6     EXHIBITS FOR IDENTIFICATION                             PAGE

 7     Exhibit 224   Specific Post Orders,                      84
                     GEO-State 044392 - 044414
 8
       Exhibit 225   OJT for new Laundry Supervisors,           92
 9                   "Confidential," GEO-State 023610 -
                     023618
10
       Exhibit 226   Memorandum, 8-24-11, "Confidential,"       95
11                   GEO-State 020012

12     Exhibit 227   Email, 5-15-17, "Confidential,"            96
                     GEO-State 242922 - 242924
13
       Exhibit 228   Daily Detainee Worker Pay Sheet,           98
14                   "Confidential," GEO-State 033236

15     Exhibit 229   Volunteer Work Program Agreement,         100
                     GEO-State 015834
16
       Exhibit 230   Volunteer Work Program Agreement,         101
17                   Spanish-language version,
                     GEO-State 015835
18
       Exhibit 231   Laundry Detail, "Confidential,"           101
19                   GEO-State 241705 - 241706

20     Exhibit 232   Daily Work Crew Count Sheet,              102
                     "Confidential, Subject to
21                   Protective Order,"
                     GEO-State 233578 - 233581
22
       Exhibit 233   Photocopy of color photograph,            108
23                   laundry area, "Confidential,"

24     Exhibit 234   Photocopy of color photograph,            111
                     laundry area, "Confidential,"
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   EXHIBITS FOR IDENTIFICATION                                      PAGE

 2   Exhibit 235   Photocopy of color photograph,                      113
                   laundry area, "Confidential,"
 3
     Exhibit 236   Photocopy of color photograph,                      115
 4                 laundry area, "Confidential,"

 5   Exhibit 237   Photocopy of color photograph,                      119
                   laundry area, "Confidential,"
 6
     Exhibit 238   Photocopy of color photograph,                      120
 7                 laundry area, "Confidential,"

 8   Exhibit 239   Photocopy of color photograph,                      122
                   laundry area, "Confidential,"
 9
     Exhibit 240   Photocopy of color photograph,                      125
10                 laundry area, "Confidential,"

11   Exhibit 241   Photocopy of color photograph,                      126
                   laundry area, "Confidential,"
12
     Exhibit 242   Photocopy of color photograph,                      127
13                 laundry area, "Confidential,"

14   Exhibit 243   Photocopy of color photograph,                      128
                   laundry area, "Confidential,"
15
     Exhibit 244   Photocopy of color photograph,                      130
16                 laundry area, "Confidential,"

17   Exhibit 245   Photocopy of color photograph,                      131
                   laundry area, "Confidential,"
18
     Exhibit 246   Photocopy of color photograph,                      132
19                 laundry area, "Confidential,"

20   Exhibit 247   Photocopy of color photograph,                      135
                   laundry area, "Confidential,"
21
     Exhibit 248   Photocopy of color photograph,                      136
22                 laundry area, "Confidential,"

23   Exhibit 249   Photocopy of color photograph,                      137
                   laundry area, "Confidential,"
24
     Exhibit 250   Photocopy of color photograph,                      139
25                 laundry area, "Confidential,"
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                 Tacoma, Washington; June 27, 2019
 2                            9:54 a.m.
 3                             --oOo--
 4
 5                          IOLANI MENZA,
 6      sworn as a witness by the certified court reporter,
 7                        testified as follows:
 8
 9                        E X A M I N A T I O N
10   BY MS. CHIEN:
11       Q.   Can you say your name for the record?
12       A.   Iolani Menza.
13       Q.   Iolani Menza, that will help me be able to
14   pronounce it correctly.  My name is Marsha Chien.  I
15   represent the State of Washington.  And we're about to
16   take your deposition.  And is there anything that would
17   cause you concern that you wouldn't be able to my
18   questions accurately?
19       A.   No.
20       Q.   Have you had your deposition taken before?
21       A.   I was in court once.  I've never been in a
22   room like this.
23       Q.   With a court reporter or anything like that?
24   You've never been in a room with a court reporter --
25       A.   No.
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1              MS. ASAI:  Object to the form.
 2        A.    It didn't change.
 3        Q     (By Ms. Chien) Did you have to work harder?
 4              MS. ASAI:  Object to the form.
 5        A.    I still did the laundry.  I didn't work harder
 6   or not harder.  It's just the same thing as every day.
 7        Q.    So there are three or four detainee workers
 8   generally on the laundry shift.  What was each detainee
 9   assigned?
10        A.    There was no specific jobs assigned.
11   Everybody would just do whatever they wanted, basically.
12   If you wanted to fold or put away clothes, you'd put
13   away clothes.  If you wanted to wash clothes, you'd wash
14   clothes.  I mean . . .
15        Q.    So when you came -- when detainee workers
16   came, they could decide what they would work on?
17        A.    Pretty much what we had to get done is what
18   the task was.  So if he wanted to load 'cause he likes
19   loading, he would load.  If he likes to unload 'cause he
20   likes unloading, he would unload.  I can't tell you --
21        Q.    Did you tell -- who told them what they had to
22   do that day?
23        A.    That would be me.
24        Q.    The laundry officer tells the detainee workers
25   what they need to do each day?
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1     A.   Yeah.
2     Q.   But then there were also new detainee workers
3  that came on while you were laundry officer; is that
4  right?
5     A.   Yes.
6     Q.   How did you get those new detainee workers?
7     A.   I had a list of individuals that were on the
8  standby waiting list.  I called their officer at the pod
9  they stayed in and had their officer ask them if they
10 would like to work with me in the laundry room.  They
11 either said yes or no.
12    Q.   Did you ever get to choose which detainee
13 workers you would prefer to work in the laundry?
14    A.   The process is the way I called for workers.
15 I never chose.
16    Q.   Did you have any preferences?  Like if you
17 could choose, were there some detainee workers that were
18 better than others?
19    A.   I would just go by the list.  So . . .
20    Q.   I mean about their work product, how they
21 worked.  They all worked the same?
22    A.   No.  They -- everybody has different
23 personalities.  Everybody is different.  As long as they
24 got the job done, that's fine with me.
25    Q.   Did you ever have to call classification to

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    had a couple questions.  It says "laundry POA."  Does
2    "POA" mean anything to you?
3         A.   I have no clue what that means.
4         Q.   Are you familiar with a detainee worker by the
5    last name of Medina?
6              MS. ASAI:  I'll object.  We'll be marking
7    portions of the transcript as confidential when we're
8    naming detainees.
9              You can answer.
10        A.   (Shrugs.)
11        Q    (By Ms. Chien) No?
12        A.   Sorry.  I'm sure that's not a unique name.
13        Q.   Who hires laundry detainee workers?
14        A.   Like I said, I just go off the list.  So
15   whatever's on the list is who I call their officer and
16   see if they want to work.  I don't hire any individuals.
17   They're on the list, waiting to be -- it's not up to me
18   to hire or -- you know what I mean?
19        Q.   Yeah.  Okay.  I'm going to hand you a document
20   I'd like to be marked as Exhibit 227.
21             (Deposition Exhibit No. 227 marked for
22             identification.)
23        Q    (By Ms. Chien) Do you see that this is an
24   email from Mike Heye, dated May 15, 2017?  It says "The
25   laundry officers do the hiring," the first line after

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

REPORTER'S CERTIFICATE

I, JACQUELINE L. BELLOWS, the undersigned Certified Court Reporter pursuant to RCW 5.28.010 authorized to administer oaths and affirmations in and for the State of Washington, do hereby certify that the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision, to the best of my ability; that the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that a review of which was requested; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND AND DIGITAL SIGNATURE this 1st day of July, 2019.

*Jacqueline L. Bellows*
_____
Jacqueline L. Bellows
Washington State Certified Court Reporter, No. 2297
jbellows@yomreporting.com

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com