# EXHIBIT V



# Certificate of Accuracy

I certify that **Noe Baltazar Noe's Declaration** was translated into **English** by translators and editors working for Multilingual Connections who are competent and qualified to perform translation into these languages. These documents have not been translated for a family member, friend, or business associate. I believe, to the best of my knowledge and abilities, that the attached materials are accurate and complete translations of the original **Spanish** version.

**Nicholas Ferri**
Multilingual Connections, LLC

Subscribed and sworn to before me this **12th** day of **June**, **2019**, in Evanston, Cook County, State of Illinois.

Notary Public

THEODORE S. JACKSON
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
January 30, 2022

**American Translators Association**
CORPORATE MEMBER

Multilingual Connections, LLC #255450
PM: Nicholas - 283

WWW.MLCONNECTIONS.COM | +1 773-292-5500 | 847 CHICAGO AVE STE 250 | EVANSTON, IL 60202

WA00029703

The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, | CIVIL ACTION No. 3:17-cv-05806-RJB |
| Plaintiff, | |
| v. | DECLARATION OF NOE BALTAZAR NOE |
| THE GEO GROUP, INC., | |
| Defendant. | |

I, Noe Baltazar Noe, declare the following:

1- I am over eighteen years of age, have personal knowledge of and am competent to testify regarding the matters contained herein.

2- I have been detained in the Northwest Detention Center (NWDC) since February 2018.

3- I have been working in the Voluntary Work Program (VWP) for over one year. I want to be busy while being detained, and earn some money to be able to call my family and purchase food from the commissary, which is very expensive. I have held three jobs so far, all of them as a cleaner but in different areas of the NWDC.

DECLARATION OF NOE BALTAZAR NOE          1

OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029704

4- To apply for a job with the VWP, I signed up on one of the tablets that are located in my housing unit. When there was a job opening, one of the GEO officers let me know that I was hired and when I would start.

5- First, I worked as a cleaner assigned to cleaning the secured area's hallways. I began work every day at 7:30 a.m. GEO paid me $1 a day.

6- I worked in this position only for about 15 days. At that time of day it was usually cold inside the NWDC. Since it was so cold and it only paid $1 a day, I decided to quit the job with the hope of getting another job with a better schedule.

7- I applied again and was assigned to clean the intake area, which was not as cold. The work consisted of cleaning the entire intake area and the restrooms located in that area, mopping and sweeping, taking out the garbage and placing new garbage bags in the garbage bins. I also had to clean windows and doors. Some of the windows are very large and cleaning them takes a long time. On average, I worked for two and a half hours per day, seven days per week. Since the work was harder than I expected, especially being paid only $1 a day, I decided to quit and apply for another position.

8- I applied for another job and was assigned to work as a cleaner in the visitation area. I have been doing this worl for about ten months. I work seven days a week and they pay me $1 a day.

9- As a cleaner in the visitation area, my job requires me to clean the entire visitation area, mop the floors, take out the garbage, clean the windows and tables, both in the visitation rooms as well as in the courtrooms located within the NWDC. There are approximately fifteen rooms in the family visitation area, five rooms in the attorney visitation area, five

DECLARATION OF NOE BALTAZAR NOE    2

OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029705

Case 3:17-cv-05806-RJB Document 253-22 Filed 07/02/19 Page 5 of 6

1    courtrooms and two bathrooms located in the visitationarea. I clean all of

2    them every day.

3  10-  When I started the job, I received training from the GEO security officers

4    assigned to the visitation area. They trained me for the first couple of

5    days, showed me how to do the job, what I had to do and where to clean.

6    They supervise my work every day, provide me with the tools, supplies

7    and equipment I need to do the job such as spray cleaning products, paper

8    towels and garbage bags.

9  11-  When I started this job and for about three months, I was the only

10    detainee-worker hired to do the work. During this time, it took me around

11    three and a half hours to finish the work every day. The GEO officers

12    who supervised my work noticed that, although I was doing my work

13    correctly, it took me over three hours each day to finish cleaning the area

14    assigned. They told me that because of this, they decided to hire two more

15    detainees so that they would work with me cleaning the visitation area.

16    One of them has been deported, so now there are two of us detainee-

17    workers assigned to clean the area, and it takes us approximately an hour

18    and a half every day to finish the job.

19  12-  In general, we begin work at 7 pm and finish when all of the cleaning is

20    done.

21  13-  The job of cleaning the visitation area also requires me to buff and wax

22    the floors of the area. This happens approximately once every three

23    months. The GEO security officers tell me when it is time to buff and

24    wax, and they provide me with a buffing machine and the waxing

25    products necessary for doing this job. On these days, I begin working

26    earlier than usual, around 5 pm, because this work requires more hours to

DECLARATION OF NOE BALTAZAR NOE    3

OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029706

1  complete. Even though buffing and waxing requires us to work much
2  longer than usual, between three and a half and four hours, they only pay
3  us $1 a day for doing the work.

4  14-  The other jobs available at the NWDC are in the kitchen or at the laundry.
5  I did not want to work at either of these jobs because they also pay only
6  $1 a day, but they require you to work around 5 hours or more each day. I
7  believe that in the laundry, detainee-workers have to lift heavy bags and
8  do the laundry of all of the detainees at the NWDC, which is hard work.
9  In the kitchen, the detainees help cook, clean and plate food for the whole
10  population of the NWDC. I am not willing to do such hard work for just
11  $1 a day.

12  15-  I believe the work I do is fundamental to keep the NWDC clean and
13  operating properly, and I deserve to be paid more than $1 a day for the
14  work that I do.

15  I certify under penalty of perjury under the laws of the United States and
16  the State of Washington that the above is true and correct.

17

18  Dated this 21st day of May 2019 in Tacoma, Washington.

19

20  [Signature]

21  NOE BALTAZAR NOE

22

23

24

25

26

DECLARATION OF NOE BALTAZAR NOE          4

OFFICE OF THE ATTORNEY GENERAL OF
WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029707