# EXHIBIT W

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF WASHINGTON
                         AT SEATTLE
_____

                                    )
 THE STATE OF WASHINGTON,            )
                                     )
              Plaintiff,             )
                                     )
         vs.                         )   No. 3:17-cv-05806-RJB
                                     )
 THE GEO GROUP, INC.,                )   SOME OF THE EXHIBITS AND
                                     )   THE TESTIMONY REGARDING
              Defendant.             )   THEM HAVE BEEN DESIGNATED
                                     )   AS CONFIDENTIAL.
_____


            DEPOSITION UPON ORAL EXAMINATION

                           OF

                      BRUCE SCOTT
_____


                       10:02 a.m.
                      May 20, 2019

                  800 Fifth Avenue 2000
                Seattle, Washington 98164
```

REPORTED BY: JACQUELINE L. BELLOWS, CCR 2297

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                        APPEARANCES

 2
     For the Plaintiff:
 3
     MARSHA CHIEN
 4   ANDREA BRENNEKE
     OFFICE OF THE ATTORNEY GENERAL
 5   800 Fifth Avenue, Suite 2000
     Seattle, Washington 98164-1338
 6   206.464.7744
     marsha.chien@atg.wa.gov
 7   andrea.brenneke@atg.wa.gov

 8


 9   For the Defendant:

10   J. MATTHEW DONAHUE
     SHANNON ARMSTRONG
11   Holland & Knight LLP
     2300 US Bancorp Tower
12   111 Southwest Fifth Avenue
     Portland, Oregon 97204
13   503.243.2300
     matt.donahue@hklaw.com
14   shannon.armstrong@hklaw.com

15

16

17

18

19

20

21

22

23

24

25
```



I N D E X

EXAMINATION BY:                                                          PAGE

Ms. Chien ------------------------------------------    5


EXHIBITS FOR IDENTIFICATION                                              PAGE

Exhibit 154   Organizational chart, Rev. 10-27-2011,       20
              "Confidential, Subject to Protective
              Order," GEO-State 235884

Exhibit 155   Standards Compliance Checklist and           21
              other documents, "Confidential,"
              GEO-State 040055 - GEO-State 040064

Exhibit 156   Weekly Sanitation Inspection,                24
              2/14/2011, "Confidential,"
              GEO-State 253172 - 253214

Exhibit 157   Officer Unit Report, "Confidential,"         63
              GEO-State 270055 - 270111

Exhibit 158   Monthly Safety Committee Agenda,             73
              8-30-12, "Confidential,"
              GEO-State 049088  - 049092

Exhibit 159   Roster/Sign-In Sheet, "Confidential,"        79
              GEO-State 243075

Exhibit 160   Email, 11-15-11, GEO-State 020106            95

Exhibit 161   Email chain, 7-20-11 - 8-8-11,               99
              GEO-State 000622 - 000628

Exhibit 162   Department Head Meeting Minutes,            104
              11-29-11, GEO-State 014575 - 014577

Exhibit 163   Organizational Chart, Rev. 7/1/2014         109

Exhibit 164   Meeting with ICE Regarding PBNDS 2011,      116
              7-15-13, "Confidential,"
              GEO-State 248703 - 248704

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

| | EXHIBITS FOR IDENTIFICATION | PAGE |
|---|---|---|
| Exhibit 165 | Monday Morning Briefing, 5-12-2015, "Confidential," GEO-State 050312 - 050313 | 120 |
| Exhibit 166 | Excel Spreadsheet | 121 |
| Exhibit 167 | Memo, 3-29-13, "Confidential," GEO-State 241029 - 241030 | 134 |
| Exhibit 168 | Facility Jobs Available, 3-6-13, "Confidential," GEO-State 252347 | 138 |
| Exhibit 169 | Email with attached Post Orders, 3-2-17, GEO-Stale 049435 - 049465 | 148 |
| Exhibit 170 | Email, 9-30-17, "Confidential," GEO-State 052346 | 155 |
| Exhibit 171 | Law Library Sign-up Sheet, "Confidential," GEO-State 252634 - 252636 | 157 |
| Exhibit 172 | Law Library Schedule, "Confidential," GEO-State 252412 - 252415 | 159 |
| Exhibit 173 | January Barbershop 2013, "Confidential," GEO-State 252417 - 252420 | 161 |

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                  Seattle, Washington; May 20, 2019
 2                            10:02 a.m.
 3                             --oOo--
 4
 5                           BRUCE SCOTT,
 6    sworn as a witness by the certified court reporter,
 7                        testified as follows:
 8
 9                       E X A M I N A T I O N
10   BY MS. CHIEN:
11        Q.   Great.  So my name is Marsha Chien.  I
12   represent the -- sorry.  I represent the State of
13   Washington.  I just took a different deposition where I
14   represented a different agency.
15             So I know we just introduced each other.  But
16   can you state your name for the record.
17        A.   My name is Bruce A Scott, Jr.
18        Q.   Have you been previously deposed?
19        A.   Yes.
20        Q.   About how many times?
21        A.   Two times prior.
22        Q.   Was it in the last five years?
23        A.   One was in the last five years.
24        Q.   So you may know some of these rules I'm about
25   to state.  But I'm just going to go over them so we have
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1    the Voluntary Work Program?
 2            MR. DONAHUE:  Object to the form.
 3        A.   I do not think they do.
 4        Q    (By Ms. Chien) So when you were implementing
 5    or when you were putting forth these policies and
 6    procedures for OSHA and WSHA, they were with regards to
 7    detention officers as opposed to detainees; is that
 8    right?
 9            MR. DONAHUE:  Object to the form.
10        A.   Yes.
11        Q    (By Ms. Chien) Did you get trained by Geo when
12    you first started?
13        A.   Yes.
14        Q.   What did that training look like?
15        A.   The training was 40 hours of what we call an
16    annual refresher training.
17        Q.   What did it involve?
18        A.   The guidelines for the training program are
19    set in accordance with the contract.  The contract lists
20    out the requirements of a 40-hour training for new
21    hires, depending on the level that, that you --
22    depending on the type of work that you do, the standards
23    and the contract require different types of training.
24        Q.   Sorry.  What training did you do when you
25    first started?
```



1    Q    (By Ms. Chien) "Train staff," meaning Geo
2    employees?
3    A.   Geo employees.
4    Q.   Do you know the name of that contractor?
5    A.   I can't recall off the top of my head.
6    There's the people we buy from.  Then they buy from --
7    it's all contract stuff.  I don't know who the specific
8    one is.  I wouldn't want to guess.
9    Q.   What about barbershop?  Are detainee workers
10   working in the barbershop?
11   A.   The barbershop does have detainee barbers.
12   Q.   So detainees are cutting hair?  Are detainees
13   cutting hair?
14   A.   Yes.
15   Q.   What training do they receive?
16   A.   The ICE standard in the Voluntary Work Program
17   assignment standard allows -- it says when you're
18   volunteering for a job, if you have prior experience in
19   a position, to note that on the job.  A lot of the
20   barbers that we have have prior -- were doing barbers
21   before in prisons and jails or just have other -- have
22   cut hair before.  Then we have a law library slash
23   barbershop officer that's -- that monitors that area.
24   He would tell them the specifics of where the tool
25   accountability and all the specifics of that area.  And

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1  as I said before, the Voluntary Work Program Agreement
2  for that particular job would have some of the training
3  guidelines listed on that Voluntary Work Program
4  Agreement.
5      Q.   So right now I have listed sanitation and
6  cleaning, laundry, food services, and then
7  barbershop/law library, just so we have this running
8  list.  I'd like to go through each one and ask who makes
9  sure that the task is done.
10          So the sanitation and cleaning, the detainee
11 worker starts, get trained, signs this Voluntary Work
12 Program Agreement.  Then what happens in terms of how
13 the task is assigned?
14          MR. DONAHUE:  Object to the form.
15     A.   Well, I'm still confused.  How the task is
16 assigned or who gets selected first for that position?
17     Q    (By Ms. Chien) Let's do what you're
18 suggesting.  Let's talk about how the detainee worker
19 gets selected.
20     A.   So based on the ICE standard, the PBNDS
21 standard, there's a waiting list, essentially first-come
22 first-served in order of clearance to work in that
23 position.  Then whoever is next on the waiting list is
24 next the detainee that would have that Voluntary Work
25 Program assignment.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

REPORTER'S CERTIFICATE

I, JACQUELINE L. BELLOWS, the undersigned Certified Court Reporter pursuant to RCW 5.28.010 authorized to administer oaths and affirmations in and for the State of Washington, do hereby certify that the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision, to the best of my ability; that the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that a review of which was requested; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND AND DIGITAL SIGNATURE this 1st day of June, 2019.

_____
Jacqueline L. Bellows
Washington State Certified Court Reporter, No. 2297
jbellows@yomreporting.com

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com