# EXHIBIT X

**To:** Smith, Elizabeth (LNI)[SMEL235@LNI.WA.GOV]
**Cc:** Sacks, Joel (LNI)[sacj235@LNI.WA.GOV]; Fellin, Tammy (LNI)[felu235@LNI.WA.GOV]; Sams, Stephanie (LNI)[samm235@LNI.WA.GOV]; Kaech, Allison (LNI)[KAEA235@LNI.WA.GOV]; Walck, Chastity (LNI)[wach235@LNI.WA.GOV]; Sharma, Suchi (LNI)[shav235@LNI.WA.GOV]; Richardson, Kristi (LNI)[YEAR235@LNI.WA.GOV]
**From:** Buchanan, Lynne M (LNI)
**Sent:** Tue 3/11/2014 9:03:44 AM
**Subject:** FW: TIME SENSITIVE: Need assistance on ending detention center hunger strike

Hi Liz,

In response to the question posed by Angelica Chazaro below:

The fact that this is a federal facility, the issue is with the USDOL. Also, inmates are not covered by the minimum wage act; they are not defined as employees. Our law only covers state, county, or municipal correctional institutions employees. Because these are inmates and are in a federal institution, we would have no jurisdiction.

RCW 49.46.010  (3) "Employee" includes any individual employed by an employer but shall not include:

    (k) Any resident, inmate, or patient of a state, county, or municipal correctional, detention, treatment or rehabilitative institution

Thanks,

Lynne

---

**From:** Fellin, Tammy (LNI)
**Sent:** Tuesday, March 11, 2014 8:33 AM
**To:** Smith, Elizabeth (LNI); Buchanan, Lynne M (LNI)
**Cc:** Sacks, Joel (LNI); Sams, Stephanie (LNI); Kaech, Allison (LNI); Walck, Chastity (LNI); Sharma, Suchi (LNI); Richardson, Kristi (LNI)
**Subject:** Fwd: TIME SENSITIVE: Need assistance on ending detention center hunger strike

Liz and Lynne -

Is this an issue that we have jurisdiction over? If you need more info about the facility, we can reach out to Sandy. Please note the sense of urgency.

Tammy
Sent from my iPhone
Begin forwarded message:

> **From:** "Mullins, Sandy (GOV)" <sandy.mullins@gov.wa.gov>
> **Date:** March 11, 2014 at 8:02:17 AM PDT
> **To:** "Fellin, Tammy (LNI)" <felu235@LNI.WA.GOV>
> **Subject: Fwd: TIME SENSITIVE: Need assistance on ending detention center hunger strike**
>
> Hi Tammy- can you check and see if this is possible? Not sure if L&I has jurisdiction in a federal contract facility.

Thanks

Sandy
Begin forwarded message:

> **From:** "Uy, Stephen (GOV)" <Stephen.Uy@gov.wa.gov>
> **Date:** March 11, 2014 at 7:10:28 AM PDT
> **To:** "Kerins, Aisling (GOV)" <aisling.kerins@gov.wa.gov>, "Mullins, Sandy (GOV)" <sandy.mullins@gov.wa.gov>
> **Subject: Fwd: TIME SENSITIVE: Need assistance on ending detention center hunger strike**
>
> FYI
> Begin forwarded message:
>
>> **From:** Angelica Chazaro <achazaro@gmail.com>
>> **Date:** March 11, 2014 at 12:11:04 AM PDT
>> **To:** <Stephen.Uy@gov.wa.gov>
>> **Subject: TIME SENSITIVE: Need assistance on ending detention center hunger strike**
>>
>> Dear Stephen,
>>
>> I'm a law professor at UW who is supporting the on-going hunger strike at the Northwest Detention Center in Tacoma, a federal immigration detention facility run by the Geo Group, a private prison company. I got your contact info from my former colleague, Jorge Baron from the Northwest Immigrant Rights Project.
>>
>> As the strike enters its fifth day tomorrow, we're trying to achieve a swift resolution for the hunger strikers. One of their demands is increased pay for the work they perform in the facility - they currently get paid $1 a day. We believe the conditions of their work may violate Washington wage and hour laws, and we are asking that Governor Inslee intervene by having L&I begin an investigation into the labor conditions at the privately-run facility. Could Governor Inslee make a commitment to having L&I investigate?
>>
>> You can reach me by e-mail at achazaro@gmail.com or by phone at 646-496-5724. Thanks for any help you can provide.
>>
>> Best, Angelica Chazaro