The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK
NWAUZOR, FERNANDO AGUIRRE-
URBINA, individually and on behalf of all
those similarly situated,

                        Plaintiff,

    v.

THE GEO GROUP, INC., a Florida
corporation,

                        Defendant.

No.  3:17-cv-05769-RJB

STIPULATED MOTION AND
ORDER EXTENDING TIME TO
FILE SUMMARY JUDGMENT
REPLIES BY TWO DAYS

NOTE ON MOTION CALENDAR:
March 30, 2020

**STIPULATION**

Pursuant to Local Rules W.D. Wash. LCR 7(j), the parties respectfully and jointly move

the Court to extend the time to file replies in support of their pending summary judgment motions

by two days. Counsel for the parties have conferred and agree that good cause exists for a brief

extension, with reference to the following:

1.      On March 27, 2020, the parties filed their responses to the pending motions for

summary judgment.

2.      Replies in support of the parties' summary judgment motions are due by

April 1, 2020, Dkt. 249, which is less than the time allotted by Local Rules W.D. Wash. LCR

STIP. MOT. & ORDER TO EXTEND TIME
FOR SUMM. J. REPLIES (3:17-cv-05769-RJB) –
1

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

7(d)(4) for summary judgment replies.

3.    The compressed timeline for filing replies was devised in whole or in part to accommodate the previous trial date of April 13, 2020, but the Court has since continued the trial date. Dkt. 263; *see* General Orders No. 01-20 and 2-20.

4.    Unforeseen circumstances in the still-unfolding COVID-19 outbreak in Western Washington and Colorado have forced counsel for the parties to work remotely, hindering their ability to submit timely replies in support of the parties' respective summary judgment motions.

5.    The parties file this stipulated motion in good faith and without intent to cause undue delay, prejudice, or expense on any party or the Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.    The parties shall submit replies in support of summary judgment by April 3, 2020.

2.    This stipulation does not reset or change any other dates or deadlines set by the Court.

SO STIPULATED this 30th day of March, 2020.

| AKERMAN LLP | SCHROETER GOLDMARK & BENDER |
|---|---|
| *s/ Adrienne Scheffey* | *s/ Jamal N. Whitehead* |
| Colin L. Barnacle (Admitted *pro hac vice*) | Adam J. Berger, WSBA #20714 |
| Ashley E. Callhoun (Admitted *pro hac vice*) | Lindsay L. Halm, WSBA #37141 |
| Adrienne Scheffey (Admitted *pro hac vice*) | Jamal N. Whitehead, WSBA #39818 |
| 1900 Sixteenth Street, Suite 1700 | Rebecca J. Roe, WSBA #7560 |
| Denver, Colorado 80202 | 810 Third Avenue, Suite 500 |
| Tel: (303) 260-7712 | Seattle, WA 98104 |
| Fax: (303) 260-7714 | Tel: (206) 622-8000 ~ Fax: (206) 682-2305 |
| Colin.Barnacle@akerman.com | berger@sgb-law.com |
|  | halm@sgb-law.com |

STIP. MOT. & ORDER TO EXTEND TIME
FOR SUMM. J. REPLIES (3:17-cv-05769-RJB) –
2

Ashley.Callhoun@akerman.com
Adrienne.Scheffey@akerman.com

III BRANCHES LAW, PLLC
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, WA 98466
Tel: (253) 566-2510
joan@3ebrancheslaw.com


*Attorneys for Defendant*

whitehead@sgb-law.com

THE LAW OFFICE OF R. ANDREW
FREE
Andrew Free (*Pro Hac Vice*)
P.O. Box 90568
Nashville, TN 37209
Tel: (844) 321-3221 ~ Fax: (615) 829-8959
andrew@immigrantcivilrights.com

SUNBIRD LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
1001 Fourth Avenue, Suite 3200
Seattle, WA  98154-1003
Tel: (206) 962-5052 ~ Fax: (206) 681-9663
devin@sunbird.law

MENTER IMMIGRATION LAW, PLLC
Meena Menter, WSBA # 31870
8201 164th Ave NE, Suite 200
Redmond, WA 98052
Tel: (206) 419-7332
meena@meenamenter.com

*Class Counsel*

STIP. MOT. & ORDER TO EXTEND TIME
FOR SUMM. J. REPLIES (3:17-cv-05769-RJB) –
3

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

**ORDER**

IT IS SO ORDERED:

DATED this 30th day of March, 2020.

ROBERT J. BRYAN
United States District Judge

Jointly Presented by:

SCHROETER GOLDMARK & BENDER

*s/ Jamal N. Whitehead*
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal Whitehead, WSBA #39818

*Class Counsel*


AKERMAN LLP

*s/ Adrienne Scheffey*
Colin L. Barnacle (Admitted *pro hac vice*)
Ashley E. Callhoun (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)

*Attorneys for Defendant*

STIP. MOT. & ORDER TO EXTEND TIME
FOR SUMM. J. REPLIES (3:17-cv-05769-RJB) –
4