UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>THE GEO GROUP, INC.,<br><br>　　　　　　　Defendant. | CASE NO. C17-5769RJB<br><br>MINUTE ORDER REGARDING CROSS MOTIONS FOR SUMMARY JUDGMENT |

　　　The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

　　　The Court considered the parties' request for oral argument on the Plaintiffs' Motion for Summary Judgment (Dkt. 221 refiled in redacted form Dkt. 233) and The GEO Group, Inc.'s ("GEO") Motion for Summary Judgment (Dkt. 227) before ruling on the motions for summary judgment and determined that oral argument was not necessary to fairly resolve the motions.

　　　Dated this 7th day of April, 2020.

　　　The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER REGARDING CROSS MOTIONS FOR SUMMARY JUDGMENT - 1