The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| STATE OF WASHINGTON, | Case No. 3:17-cv-05806-RJB |
| Plaintiff, | |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, | Case No. 3:17-cv-05769-RJB |
| Plaintiffs, | **DEFENDANT THE GEO GROUP, INC.'S PROPOSED VOIR DIRE** |
| v. | |
| THE GEO GROUP, INC., a Florida corporation, | |
| Defendant. | |

DEFENDANT THE GEO GROUP, INC.'S
PROPOSED VOIR DIRE
(3:17-CV-05806-RJB)
(3:17-CV-05769-RJB)

52828547;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

## PROPOSED INTRODUCTORY STATEMENT

We are in a process that we call voir dire. Voir dire basically means to be able to see a person speak the truth. I am not, nor are any of the other attorneys, here to intrude upon or invade your privacy, nor do I wish to embarrass you in any way. Rather the purpose here is to end up with fair and impartial jurors who are well suited for this trial.

We are trying to find out about things that might keep you from being able to be completely fair and impartial.  It is possible that you have attitudes or beliefs that may benefit one side of this case more than the other and could undermine the ability for each side to get a fair trial.  You may or may not be aware you hold such biases.

I may ask you a few personal questions to explore these biases. If you believe that discussing your answer will be uncomfortable for you, please ask that we discuss your answer outside of the presence of the other jurors.

## PROPOSED VOIR DIRE QUESTIONS

1) **Who knows anyone who has been in detention, been deported, or could be detained/deported based on his or her legal status?**

   - Do you think that it is justified for this person to be challenged and possibly deported?  Why or why not?

2) **Who knows anyone who is going through or has been through the citizenship process or has become a naturalized citizen?**

   - How did this process start? Why do you believe it was fair or unfair? What do you think about others who try to get around that process?  What should happen to them?

3) **Who knows anyone who works in the field of Law either as an attorney or as a legal staff member?**

   - What type of law? Litigation? Civil or Criminal?
   - What kinds of cases or activities?

DEFENDANT THE GEO GROUP, INC.'S
PROPOSED VOIR DIRE
(3:17-CV-05806-RJB)
(3:17-CV-05769-RJB)

52828547;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

4)    **Who knows anyone who works in the field of law enforcement either as a law enforcement officer or part of law enforcement staff?**

- City, County, State, Federal, Military?
- Corrections? Border Control?
- Does any part of these activities involve arresting persons without proper citizenship identification? What are your thoughts about that activity?

5)    **Who knows anyone who works for the Court System?**

- Judge? Courtroom? Courthouse? Any role in which you had to determine the basic requirements to serve as a juror?

6)    **Who has been a Plaintiff or Defendant in a Lawsuit?**

- What was the lawsuit about?  Were there parts of the process that you considered to be unfair? Why? How did the lawsuit resolve? Do you think justice was served?

7)    **Who has been part of any trial in which you participated in jury deliberations?**

- Did you think of yourself as a leader of those discussions?  Do you think of yourself as a particularly persuasive person in debates?

8)    **Who knows anyone Arrested or Detained as part of a Criminal Complaint?**

- What was it about? Do you think the process was a fair process? Why or why not?

9)    **Who has been in a field in which there are contracts with regulations that need to be followed?**

- What is your opinion about the need to follow the regulations of a contract?

10)   **Who has been in a Leadership Role in your professional or personal life?**

- In your role as a leader were there rules and regulations to follow?  Was there a lot of discretion with regard to those requirements?

DEFENDANT THE GEO GROUP, INC.'S
PROPOSED VOIR DIRE
(3:17-CV-05806-RJB)
(3:17-CV-05769-RJB)– PAGE 2

52828547;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

11)    **Who has experience living with roommates or others beyond your nuclear family?**

12)    **Who has had experience with interpreting and/or enforcing contract requirements?**

- Did you always agree with those contract provisions? Did you feel that it was your place to ignore those requirements?

13)    **Who has had experience working to settle disputes at work?**

- What was your job? What kinds of disputes did you work on? What disputes were the most difficult to deal with? Why?

14)    **Who has had experience advocating for change of a law or government policy?**

- What did you do?
- Have you ever advocated through donations to politicians?

15)    **In your opinion, what is the difference between political differences and legal differences?**

16)    **Ultimately, can we as ordinary citizens change the law other than by voting the current ruling administration out of office, or voting for referendums etc.?**

17)    **Who on the jury pays others to do their household chores?**

- Who do you pay and how much?

* * * * * *

For the following questions, GEO proposes positing the statements below and asking the jurors what their opinions are for each statement.

1)    **"I do not like the present government's policies regarding immigration"**

- Who Agrees and Why?
- Potential follow-up: "I think the United States does not allow enough immigrants to enter the country."

---

DEFENDANT THE GEO GROUP, INC.'S
PROPOSED VOIR DIRE
(3:17-CV-05806-RJB)
(3:17-CV-05769-RJB)– PAGE 3

52828547;1

AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

2) **"I think that a minimum wage of $15 per hour is good for workers and the economy."**

  - Who Agrees and Why?

3) **"I think that persons awaiting trial in a county jail in Washington, should be paid a minimum wage of per hour $15 for performing chores within their facilities because they need a way to earn a living while awaiting their trials."**

  - Who Agrees and Why?

4) **I think that persons awaiting trial in a jail in Washington, who volunteer to do chores, should be entitled to unionize and negotiate with the county for higher wages.**

  - Who Agrees and Why?

5) **"Detention is just plain wrong."**

  - *Possible additional explanation*: There are persons who may not have legal status to be in the United States. There is a legal process to detain such persons in a jail-like locked facility until it can be determined if these persons may remain in America. Almost everyone would agree that the process itself is flawed, unfairly applied, unnecessarily complicated and takes too darn long to resolve an individual case. Some people say that the detention of persons who do not appear to have legal status to be in the United States is just plain wrong for many reasons.

  - Who Agrees and Why?

6) **"Privately run detention centers and prisons is just plain wrong."**

  - Who Agrees and Why?

DEFENDANT THE GEO GROUP, INC.'S
PROPOSED VOIR DIRE
(3:17-CV-05806-RJB)
(3:17-CV-05769-RJB)– PAGE 4
52828547;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

7) **"Some individuals say that jurors should be permitted to disregard a law that they do not like when they think disregarding the law would be better for the country."**

- Who Agrees and Why?

8) **"When your local pharmacy sells an FDA legally approved medicine that is later found to be damaging, is it okay to sue the pharmacy along with the company that made the medicine?"**

- Why or Why Not?

Respectfully submitted, this 24th day of April, 2020.

By: *s/ Colin L. Barnacle*
**AKERMAN LLP**
Colin L. Barnacle (Admitted *pro hac vice*)
Christopher J. Eby (Admitted *pro hac vice*)
Ashley E. Calhoun (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  (303) 260-7712
Facsimile:  (303) 260-7714
Email: colin.barnacle@akerman.com
Email: christopher.eby@akerman.com
Email: ashley.calhoun@akerman.com
Email: adrienne.scheffey@akerman.com

By: *s/ Joan K. Mell*
**III BRANCHES LAW, PLLC**
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466
Telephone:  (253) 566-2510
Facsimile:  (281) 664-4643
Email: joan@3brancheslaw.com

*Attorneys for Defendant The GEO Group, Inc.*

DEFENDANT THE GEO GROUP, INC.'S
PROPOSED VOIR DIRE
(3:17-CV-05806-RJB)
(3:17-CV-05769-RJB)– PAGE 5
52828547;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

**PROOF OF SERVICE**

I hereby certify on the 24th day of April, 2020, pursuant to Federal Rule of Civil Procedure 5(b), I electronically filed and served the foregoing **DEFENDANT THE GEO GROUP, INC.'S PROPOSED VOIR DIRE** via the Court's CM/ECF system on the following:

Marsha J. Chien
Andrea Brenneke
Lane Polozola
Patricio A. Marquez
OFFICE OF THE ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104

*Attorneys for Plaintiff State of Washington*

**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
810 Third Avenue, Suite 500
Seattle, Washington 98104
Telephone: (206) 622-8000
Facsimile: (206) 682-2305
Email: hberger@sgb-law.com
Email: halm@sgb-law.com
Email: whitehead@sgb-law.com
Email: roe@sgb-law.com

**THE LAW OFFICE OF R. ANDREW FREE**
Andrew Free (Admitted *Pro Hac Vice*)
P.O. Box 90568
Nashville, Tennessee 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959
Email: andrew@immigrantcivilrights.com

**OPEN SKY LAW PLLC**
Devin T. Theriot-Orr, WSBA #33995
20415 72nd Avenue S, Suite 100
Kent, Washington 98032
Telephone: (206) 962-5052
Facsimile: (206) 681-9663
Email: devin@openskylaw.com

**MENTER IMMIGRATION LAW, PLLC**
Meena Menter, WSBA #31870
8201 164th Avenue NE, Suite 200
Redmond, Washington 98052
Telephone: (206) 419-7332
Email: meena@meenamenter.com

*Attorneys for Plaintiffs Oguchukwu Nwauzor, et al.*


*s/ Nick Mangels*
Nick Mangels

PROOF OF SERVICE
(3:17-CV-05806-RJB)
(3:17-CV-05769-RJB) – PAGE 6

52828547;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712