1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK
NWAUZOR, FERNANDO AGUIRRE-
URBINA, individually and on behalf of all
those similarly situated,

                              Plaintiffs,

        v.

THE GEO GROUP, INC., a Florida
corporation,

                              Defendant.

No. 17-cv-05769-RJB

DEPOSITION DESIGNATIONS
OF ERWIN DELACRUZ

        Plaintiffs hereby present (1) Plaintiffs' designations of the Deposition of Ewrin

DelaCruz, and (2) Defendant's counter-designations and objections. The designated pages

are attached, with Plaintiffs' designations highlighted in yellow and Defendant's counter-

designations highlighted in green.

        DATED this 24th day of April, 2020.

                              SCHROETER GOLDMARK & BENDER

                              s/ Jamal N. Whitehead
                              Adam J. Berger, WSBA #20714
                              Lindsay L. Halm, WSBA #37141
                              Jamal N. Whitehead, WSBA #39818

DEPOSITION DESIGNATIONS OF
ERWIN DELACRUZ (17-cv-05769-RJB) - 1

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000 ~ Fax: (206) 682-2305
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF R. ANDREW FREE
Andrew Free (*Pro Hac Vice*)
P.O. Box 90568
Nashville, TN 37209
Tel: (844) 321-3221 ~ Fax: (615) 829-8959
andrew@immigrantcivilrights.com

OPEN SKY LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
20415 – 72nd Avenue S, Suite 110
Kent, WA 98032
Tel: (206) 962-5052
devin@opensky.law

MENTER IMMIGRATION LAW, PLLC
Meena Menter, WSBA #31870
8201 164th Ave NE, Suite 200
Redmond, WA 98052
Tel: (206) 419-7332
meena@meenamenter.com

*Class Counsel*

DEPOSITION DESIGNATIONS OF
ERWIN DELACRUZ (17-cv-05769-RJB) - 2

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Devin T. Theriot-Orr
OPEN SKY LAW, PLLC
20415 – 72nd Avenue South, Suite 110
Kent, WA 98032
devin@opensky.law
*Attorney for Plaintiff*

R. Andrew Free
THE LAW OFFICE OF R. ANDREW FREE
PO Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com
*Attorney for Plaintiff*

Meena Menter
MENTER IMMIGRATION LAW PLLC
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
meena@meenamenter.com
*Attorney for Plaintiff*

Joan K. Mell
III BRANCHES LAW, PLLC
1019 Regents Boulevard, Suite 204
Fircrest, WA 98466
joan@3ebrancheslaw.com
*Attorney for Defendant*

Colin L. Barnacle
Ashley E. Calhoun
Christopher J. Eby
Adrienne Scheffey
AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
colin.barnacle@akerman.com
ashley.calhoun@akerman.com
christopher.eby@akerman.com
adrienne.scheffey@akerman.com
*Attorneys for Defendant*

DATED at Seattle, Washington this 24th day of April, 2020.

*s/ Virginia Mendoza*
VIRGINIA MENDOZA, Legal Assistant
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA  98104
Tel: (206) 622-8000
mendoza@sgb-law.com

DEPOSITION DESIGNATIONS OF
ERWIN DELACRUZ (17-cv-05769-RJB) - 3

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

Erwin Delacruz                              December 2, 2019

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

---------------------------------------------------------

UGOCHUKWU GOODLUCK NWAUZOR,          )

FERNANDO AGUIRRE-URBINA,             )

individually and on behalf of all   )

those similarly situated,           )

        Plaintiffs,               )

    vs.                             ) No. 17-cv-05769-RJB

THE GEO GROUP, INC., a Florida      )

corporation,                        )

        Defendant.                )

---------------------------------------------------------

Videotaped

Deposition Upon Oral Examination of

ERWIN K. DELACRUZ

---------------------------------------------------------

9:33 a.m.

Monday, December 2, 2019

1019 Regents Blvd., Suite 204

Fircrest, Washington

REPORTED BY:  Keri A. Aspelund, RPR, CCR No. 2661

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com     206.622.6661 * 800.657.1110  FAX: 206.622.6236

Erwin Delacruz                                    December 2, 2019

                                                          Page 2

1      APPEARANCES:

2      For the Plaintiffs:  JAMAL N. WHITEHEAD, ESQ.

3                           Schroeter Goldmark & Bender

4                           810 Third Avenue, Suite 500

5                           Seattle, WA  98104

6                           206-622-8000

7                           whitehead@sgb-law.com

8      For the Defendant:   ADRIENNE SCHEFFEY, ESQ.

9                           Akerman LLP

10                          1900 Sixteenth Street, Suite 1700

11                          Denver, CO  80202

12                          303-640-2512

13                          adrienne.scheffey@akerman.com

14     Also present:        LINDSEY LEWIS, VIDEOGRAPHER

15

16                          ANDREA BRENNEKE, ESQ.

17                          Assistant Attorney General

18                          800 Fifth Avenue, Suite 2000

19                          Seattle, WA  98104

20                          206-233-3384

21                          andreab3@atg.wa.gov

22

23

24

25

Erwin Delacruz                                    December 2, 2019

Page 3

```
 1                    E X H I B I T S

 2   No.    Description                        Page/Line

 3   300    Internal/External Job Posting, Food    20   13

 4          Services Supervisor NWDC - GEO-Nwauzor

 5          054190-054191

 6   301    GEO OJT for Food Service Manager -     37   4

 7          GEO-Nwauzor 026284-026292

 8   302    Policy and Procedure Manual, Chapter:  41   5

 9          Food Service, Title: Food Service

10          Operations - GEO-Nwauzor 031202-031236

11   303    Food Cost Summary - GEO-Nwauzor 040015  90   1

12   304    Northwest Detention Center Detainee Job  93  14

13          Descriptions

14   305    Kitchen Worker Orientation Checklist -  109  15

15          GEO-Nwauzor 004619-004629

16   306    Detainee/Staff Health and Hygiene -    112  25

17          GEO-Nwauzor 177020-177022

18   307    Detainees Removed from Kitchen Per IDP  116  19

19          Sanctions - GEO-Nwauzor 084945-084946

20   308    Northwest Detention Center Daily       119   5

21          Detainee Worker Pay Sheet - GEO-Nwauzor

22          065428-065429

23   309    Pod Porters, October 22, 2015 -        120  15

24          GEO-Nwauzor 026921-026953

25
```

Erwin Delacruz                                    December 2, 2019

```
                                                    Page 4
 1                  E X A M I N A T I O N
 2    BY                                       Page/Line
 3    MR. WHITEHEAD                                6    4
 4    MS. SCHEFFEY                             127   16
 5    MS. BRENNEKE                             129   15
 6    MR. WHITEHEAD                            140   22
 7
 8
 9
10
11
12
13
14     (Note:  * Denotes phonetic spelling.)
15
16
17
18
19
20
21
22
23
24
25
```

Erwin Delacruz                                    December 2, 2019

                                                           Page 5

 1              Fircrest, Washington; Monday, December 2, 2019

 2                          9:33 a.m.

 3              -------------------------

 4              THE VIDEOGRAPHER:  We are now on the record.

 5      Today's date is December 2nd, 2019.  The time is 9:33 a.m.

 6              This is the video recorded deposition of Erwin

 7      Delacruz in the matter of Ugochukwu Goodluck Nwauzor, et

 8      al., vs. The GEO Group, Inc., pending in the United States

 9      District Court, Western District of Washington, at Tacoma,

10      case number 17-cv-05769-RJB.  This deposition is at the

11      request of plaintiff.

12              My name is Lindsey Lewis, your videographer,

13      here with Keri Aspelund, your court reporter.  We represent

14      Seattle Deposition Reporters.

15              This deposition is taking place at 1019 Regents

16      Boulevard, Suite 204, Fircrest, Washington 98466.

17              Will counsel please identify and state your

18      appearances for the record.

19              MR. WHITEHEAD:  Good morning.  Jamal Whitehead,

20      class counsel on behalf of Mr. Nwauzor and the class he

21      represents.

22              MS. SCHEFFEY:  Adrienne Scheffey on behalf of

23      The GEO Group and Mr. Delacruz.

24              THE VIDEOGRAPHER:  Will the court reporter

25      please administer the oath.

Erwin Delacruz                                December 2, 2019

```
                                                     Page 6
 1                  ------------------------
 2     ERWIN K. DELACRUZ:      Witness herein, having been
 3                          duly sworn, testified as follows:
 4                     E-X-A-M-I-N-A-T-I-O-N
 5     BY MR. WHITEHEAD:
 6          Q.   Good morning, Mr. Delacruz.
 7          A.   Good morning.
 8          Q.   We met a moment ago and introduced ourselves off
 9     the record, but for the benefit of the record, I'd like to
10     introduce myself again.  My name's Jamal Whitehead.  I
11     represent the class of civil immigration detainees that
12     have brought an action against The GEO Group, your current
13     employer.
14          A.   Yes.
15          Q.   Mr. Delacruz, could you state and spell your
16     name for the record, please.
17          A.   My name -- spell my name is Erwin, E-R-W-I-N,
18     last name Delacruz, D-E-L-A-C-R-U-Z.
19          Q.   Do you have a middle name?
20          A.   Karl --
21          Q.   And that's --
22          A.   -- K-A-R-L.
23          Q.   Mr. Delacruz, what is your date of birth?
24          A.   ███████████, 1959.
25          Q.   And your current address?
```

GEO Objections Foundation, FRE 402, 701, 802.

Erwin Delacruz                                    December 2, 2019

                                                              Page 7

1          A.   Is -- oh, 1 -- 10 -- because I just had moved,

2    ███████████████████████████████, Tacoma,

3    Washington 98444 -- 5.  Sorry, 98445.

4          Q.   Have you ever given testimony under oath before?

5          A.   No.

6          Q.   Well, there isn't much to it, and I'm sure

7    you've gone over the rules with your attorney.  Typically I

8    like to approach the rules contextually, as they pop up,

9    I'll give you a reminder or two.  But at the outset, there

10   are three things that I would like to stress.  First and

11   foremost is that this is not a practice.  What you say

12   today is just as important as if the judge and the jury

13   were here; do you understand that?

14         A.   Yes.

15         Q.   And that means that with the help of the written

16   transcript and the video that's being taken, that the judge

17   and the jury will use it to assess your credibility and

18   truthfulness --

19         A.   Yes.

20         Q.   -- do you understand that?

21         A.   Yes.

22         Q.   And the second thing I want to stress is that

23   I'm not a mind reader.  If you don't understand one of my

24   questions, will you let me know?

25         A.   I will.

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com    206.622.6661 * 800.657.1110  FAX: 206.622.6236

Erwin Delacruz

GEO Objections Foundation, FRE 402, 701, 802.

December 2, 2019

Page 8

```
 1        Q.    And that goes for if there's something, a
 2   medical condition, whatever it may be, that prevents you
 3   from answering my questions, will you let me know?
 4        A.    I will.
 5        Q.    I think the final thing that I want to stress is
 6   that I'm looking for your full cooperation today.  I want
 7   your best, most truthful, most complete testimony; do you
 8   understand that?
 9        A.    Yes.
10        Q.    We've got a full day ahead of us, and I'm going
11   to try my best to work efficiently.  To that end, I'm going
12   to ask many yes or no questions.  If I ask you a yes or no
13   question, will you give me a yes or no response?
14        A.    Yes.
15        Q.    And the final thing I'll say is that oftentimes
16   witnesses don't want to answer uncomfortable truths, and
17   this manifests itself in evasive answers or dodging the
18   question; will you not do that?
19        A.    No, I -- I'll always give -- I'll talk to my
20   counsel if need be if I get stuck.
21        Q.    And you're represented by counsel today?
22        A.    Well, she is.
23        Q.    And your attorney's name?
24        A.    *Adrianna.
25        Q.    And did you have any role in selecting Adrienne
```

Erwin Delacruz                                    December 2, 2019

Page 9

1    or her firm?

2          A.    No.

3          Q.    Are you paying --

4          A.    No.

5          Q.    -- for her to represent you today?

6          A.    No, no.

7          Q.    Can you tell me, what did you do to prepare for

8    your deposition today?

9          A.    I had gotten a phone call, and any information

10   she could give me pertaining to the case, and I just read

11   over the -- the -- what you have gotten on the disposition,

12   and --

13               MS. SCHEFFEY:  And I'm going to instruct you not

14   to talk about our conversations.

15               THE WITNESS:  Yeah, yeah, yeah.

16         A.    And that's -- and that's just about it.  Just to

17   be here at 9:30 --

18         Q.    All right --

19         A.    -- on time.

20         Q.    Well, let's break it down.

21               Who did you talk with to prepare for your

22   deposition today?

23               And without telling me what you talked about,

24   just who did you speak with?

25         A.    Just with *Adrianna.

Erwin Delacruz                                    December 2, 2019

1       Q.   Okay.  Did you have any conversations with Bruce

2   Scott?

3       A.   No.

4       Q.   Michael Heye?

5       A.   No.

6       Q.   Anyone else at GEO?

7       A.   No.

8       Q.   Okay.  All right.  Did you review any documents

9   to prepare for your deposition?

10      A.   No.

11      Q.   You had mentioned that you looked at your

12  deposition notice?

13      A.   Yeah, that's the main project was just that

14  disposition thing.

15      Q.   But nothing other than the notice --

16      A.   No.

17      Q.   -- that instructed you to be here today?

18      A.   No.

19      Q.   Can you give me a high level overview of your

20  educational history.

21      A.   Graduated from high school 1977 from Campbell

22  High School in Hawaii, then joined the military.  And while

23  I was in the military, I did get -- obtain my associate's

24  degree in 1998.  And then went back to college again to

25  South Puget Sound Community College for a one-year program,

Erwin Delacruz                                    December 2, 2019

Page 11

1    culinary arts, in 2000 -- 2001.

2         Q.   What branch of the military were you in?

3         A.   Army.

4         Q.   And your discharge status?

5         A.   Retired disability, disabled.

6         Q.   What was the highest rank that you obtained?

7         A.   Sergeant first class.

8         Q.   What did you do before you worked for GEO?

9         A.   I was a contractor from 2004 to 2014 on base as

10   the assistant food production manager for Certain Victory,

11   Incorporated.

12        Q.   When you say on base, what do you mean by that?

13        A.   Fort Lewis, I'm sorry.

14        Q.   Okay.

15        A.   Fort Lewis, Washington.

16        Q.   And Certain Victory, what is that?

17        A.   That was the name of the company that was

18   contracted in 2004.

19        Q.   And why did you leave Certain Victory?

20        A.   We -- the contract ended.  It's a government

21   contract.  So after the five years, then they renew your

22   contract, we renewed, and then at the end of the fifth

23   year, we -- they terminated our contract.

24        Q.   How is it that you came to work at GEO?

25        A.   I applied.  It was online.  It was -- I --

Erwin Delacruz

GEO Objections Foundation, FRE 402, 701, 802.

December 2, 2019

Page 12

1    September of 2014 was our last day, and then -- and then I

2    was unemployed from that day on until March.  And then in

3    June/July time frame, the GEO posted a food service job,

4    and I applied.

5         Q.    So your contract with Certain Victory ended

6    September 2014?

7         A.    Right.

8         Q.    And then you became aware of an opening at GEO

9    in March 2015?

10        A.    It was -- it was July.  It was like within 24

11   hours.  It like -- it was like the 26th, and I went -- I

12   submitted it, and they called me the next day.

13        Q.    What was the position?

14        A.    As the assistant food production manager.

15        Q.    And is that the title you hold today?

16        A.    It's the -- pretty much the same title as the

17   assistant to the manager.

18        Q.    You say pretty much the same title --

19        A.    It has -- it has the same as -- as -- I always

20   assisted the manager.

21        Q.    So is it the case then that the title has

22   changed but your responsibilities have not?

23        A.    Yeah, the responsibilities is -- is technically

24   the same.  You're still bringing in food, you're still

25   doing everything that you done before, it's just now in one

Erwin Delacruz                                    December 2, 2019

Page 13

```
 1    building instead of 16.
 2         Q.    And why GEO, why apply to GEO?
 3         A.    Oh, it was -- I wanted work continuously.  I
 4    didn't want to stop work.  I was too young to -- to retire.
 5         Q.    Well, I mean, not so much that you wanted to
 6    continue working, but why GEO as a prospective employer?
 7         A.    They had -- it had everything that I needed, you
 8    know, as far as work every day, 40 hours a week, a good
 9    environment, and they hired veterans as well, but GEO
10    always been a good place to work.
11         Q.    Tell me about that.  You said a good
12    environment; what does that mean to you?
13         A.    You can -- you can always talk to the managers.
14    You have -- you have free access to talking to anybody.
15    It's just the way it is.  You know, it's a -- it's a
16    comfortable environment even though we're all under stress.
17         Q.    And that stress, what causes the stress?
18         A.    Of course.
19               Well, you know, the normal everyday want to go
20    and get to work, go home, and it's great to go home when
21    it's time to go home.
22         Q.    And you're working at the Northwest Detention
23    Center; correct?
24         A.    Yes, mm-hm.
25         Q.    And I probably will refer to that as NWDC, and
```

Erwin Delacruz                                    December 2, 2019

```
                                                      Page 14
 1    if I say NWDC, will you understand that to mean --

 2         A.   Yes.

 3         Q.   -- the Northwest Detention Center?

 4         A.   Mm-hm, even though it's changed to the Northwest

 5    Processing Center.

 6         Q.   Oh, when did that change take place?

 7         A.   Just a couple months.

 8         Q.   Do you know what prompted the change?

 9         A.   No.

10         Q.   Do you have an opinion about why the -- the name

11    changed?

12         A.   No.

13         Q.   And how do you know the name changed?

14         A.   When I drove up one day and seen it changed.

15    You know, the sign, it's on the front, and it's been -- you

16    know, has the fence kind of in the way, and then it just --

17    they just changed it.

18         Q.   Okay.  Well, fair enough.

19              So Northwest Processing Center --

20         A.   Mm-hm.

21         Q.   -- Northwest Detention Center --

22         A.   Mm-hm.

23         Q.   -- if I refer to those interchangeably --

24         A.   Sure --

25         Q.   -- would you please know that I --
```

Erwin Delacruz                                    December 2, 2019

Page 15

1        A.    -- yes, that's fine.

2        Q.    -- we're talking about the same facility.

3        A.    Mm-hm.

4        Q.    All right.  And I think this brings up two

5    situational rules.

6              It's really important that you let me finish my

7    question before you go into your answer.  We've got a court

8    reporter, she's taking down everything that we say, but the

9    transcript just looks really jumbled if we're talking over

10   one another.

11       A.    Okay.

12       Q.    The second thing is, please answer my questions

13   with words.  Uh-huhs, head nods, head shakes, again, they

14   just won't be captured on the written transcript.  So will

15   you answer my questions with words?

16       A.    Sure.  Yes, sir.

17       Q.    So tell me, who's housed at the Northwest

18   Detention Center?

19       A.    It's -- it's all -- how do I say that?

20             These are all people that have not been --

21   that's either seeking asylum or have not -- are not U.S.

22   citizens, and this is just one way of processing or --

23   processing the people that have not -- that are either

24   illegal aliens or not U.S. citizens.

25       Q.    Is it your understanding that people are being

GEO Objections Foundation, FRE 402,
701, 802.

Erwin Delacruz                                      December 2, 2019

Page 16

1    held there as punishment?

2           A.    No.

3                 MS. SCHEFFEY:   Object to form.

4           Q.    No?

5           A.    No.

6           Q.    Do you believe there's any penal or punishment

7    component at all to the people that are being housed there?

8           A.    No.

9           Q.    What do you understand about this lawsuit?

10          A.    Not -- I don't get into the politics or any of

11   that.  I just -- I just go to work there.

12          Q.    Is there a lot of gossip or talk at work about

13   this?

14          A.    Not really.  I just do my job.

15          Q.    Have you ever had any conversations with any of

16   your coworkers about this lawsuit?

17          A.    No.

18                I'm totally just -- I'm mostly by myself trying

19   to get my job done.

20          Q.    And Ms. Henderson, did you talk to her about her

21   deposition?

22          A.    No.

23          Q.    And do you know who I'm referring to when I say

24   Ms. Henderson?

25          A.    Yes.

Erwin Delacruz                                    December 2, 2019

                                                           Page 17

1          Q.    Who --

2          A.    She's the manager of the facility.

3          Q.    And her full name?

4          A.    I -- you know, Bertha Henderson.

5          Q.    And she goes by Bert; is that correct?

6          A.    Or Bert, yes.

7                MS. SCHEFFEY:  Object to form.

8          A.    That's just ...

9          Q.    Have you talked to any of the detained persons

10    about this lawsuit?

11         A.    No, not -- no.

12         Q.    Do you have a feeling one way or another about

13    whether or not the detained persons should be paid a lawful

14    minimum wage?

15         A.    I have no idea how, or when, or -- all I know is

16    that when -- when they come to me, they're voluntary, and

17    it's just the personnel that we -- that you need.  It's

18    just -- it's -- it's a -- it's a hit and miss.  It's either

19    you're going to get them or you don't.  And it's great when

20    they're there, and it helps, that's all.

21         Q.    Well, you said that they're volunteering, but

22    they're working for money; correct?

23         A.    Sure, but I don't set the standard.

24         Q.    And if they were to be paid the Washington

25    minimum wage, would that be fair, in your mind?

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 18

1          A.   It's -- it's not up to me.

2          Q.   If it were though?

3          A.   No.

4          Q.   It would not be fair?

5          A.   I totally -- I -- I -- I do not set the policy,

6     and someone -- someone above me sets the policy, I don't.

7          Q.   I understand that, but you see the detainees,

8     they work in the kitchen; correct?

9               MS. SCHEFFEY:  Object to form.

10         Q.   You see the detainees working in the kitchen;

11    correct?

12         A.   Yes, I do.

13         Q.   They're working hard?

14              MS. SCHEFFEY:  Object to form.

15              You may answer, if it's a question.

16         A.   Yes, they -- they do help in the preparation of

17    the meal and the cleanup.

18         Q.   And regardless of how many hours they work or

19    how hard they work, they only receive a dollar --

20              MS. SCHEFFEY:  Object to form.

21         Q.   -- correct?

22         A.   That's correct.

23         Q.   Have you had any conversations about the rate of

24    pay with any of the detained workers?

25         A.   No.

Erwin Delacruz

GEO Objections Foundation, FRE 402, 701, 802.

December 2, 2019

Page 19

1        Q.    No one's ever complained to you that they should

2    be paid more or that they're not paid enough?

3        A.    No.

4        Q.    Then you said that GEO needs the workers to do

5    the work?

6              MS. SCHEFFEY:  Object to form.

7        A.    No, but at -- at the same time, it's -- it's a

8    voluntary program, and if they would like to work in the

9    kitchen, laundry, or anywhere else in the facility, they're

10   obligated -- if they want to come, they can apply during

11   the work program.

12       Q.    Well, we'll certainly talk in more detail about

13   what takes place in the kitchen.

14             I think I want to go back though to your role

15   and your training.

16             What is your current job title?

17       A.    I'm the food production manager.

18       Q.    And what was the title before that?

19       A.    At my job previously?

20       Q.    Well, I'm sorry, I was under the belief that

21   there was some sort of title change, although your

22   responsibilities --

23       A.    No, mine was always the assistant food

24   production manager.

25       Q.    Okay.

Erwin Delacruz                                    December 2, 2019

                                                              Page 20

 1              MS. BRENNEKE:  Are you doing continuing

 2      exhibits?

 3              MR. WHITEHEAD:  Sure.

 4              Can we call this -- so this will be 299?

 5              MS. BRENNEKE:  I think it's 298, but if you want

 6      to be safe --

 7              MR. WHITEHEAD:  298.

 8              MS. BRENNEKE:  -- you can go with 299.

 9              MR. WHITEHEAD:  Let's call it 300.

10              MS. BRENNEKE:  Okay.

11              MR. WHITEHEAD:  All right, to be safe, we're

12      going to call this Exhibit-300.

13                  (Exhibit-300 marked.)

14       Q.    You've just been handed Exhibit-300.

15              Have you seen this document before?

16       A.    It probably was in July, when I first started.

17       Q.    Does this appear to be the job posting that you

18      responded --

19       A.    Correct --

20       Q.    -- to?

21       A.    -- yeah.

22              Yes, it is.

23       Q.    And then on the back side of the document, it

24      gives a summary of the primary duties and responsibilities;

25      do you see that?

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 21

1           A.    Yes.

2           Q.    Is that an accurate statement of your duties and

3    responsibilities?

4           A.    Yes, it is.

5           Q.    Is there anything that you would add to the

6    list?

7           A.    No, it pretty -- it's -- it's accurate.

8           Q.    If you look there, I think it's the sixth dash

9    down, it says "Directs work, provides training and performs

10   inspection of work performed by detainee food service

11   staff."

12                Do you see that?

13          A.    Yes.

14          Q.    Can you tell me, how is it that you direct the

15   work of the detained workers?

16          A.    For my -- I'll get -- let's say rations will

17   roll in, will come in, because I come in on a swing shift,

18   starts at 1, 1300, and I'll have maybe ten pallets to 12

19   pallets of rations to bring in, and I'll bring in as many

20   through the corridor, and once I bring them through the

21   corridor, I'll have detainees, two, at the minimum of two,

22   to help me pull the rations through the double door to

23   bring it into the kitchen for the -- so we can take them

24   and place them into the refrigerators, in their proper

25   refrigerators.

Erwin Delacruz                                          December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 22

 1          And there's a lot of times, when there's not

 2   enough detainees, I push them to -- I let them -- the cooks

 3   have -- have all the detainees, and I will then doing it by

 4   myself.

 5       Q.   And so that's one example, the rations.

 6            I guess what I'm looking for is a list, and you

 7   can speak at a high level, but I'm looking for the type of

 8   work that you direct the detainee workers in.

 9       A.   Yeah, it's rotating rations, bringing them in,

10   rotating the -- all the rations that are coming in.

11            And then -- then the cleanup phase, checking

12   behind my supervisors to making sure that the objectives of

13   cleaning and sanitizing the kitchen is complete.  And if I

14   see anything wrong, I just -- okay, this needs to get done,

15   or empty the trash, or as easy as wiping down a table.

16       Q.   Okay, anything else?

17       A.   Or even the breakdown for the next day.  Pulling

18   items from the dry room, putting them on carts so it makes

19   the next day a much smoother operation in getting all the

20   food out on time and just -- and the prep work, a lot of

21   the prep work needs to get done.

22            And we direct the detainees to helping us

23   offload, load, retrieving bags, boxes from the freezer, and

24   the dry room, and so forth.

25       Q.   Anything else?

Erwin Delacruz

GEO Objections Foundation, FRE 402,
701, 802.

December 2, 2019

Page 23

1          A.   No.

2          Q.   All right, so to summarize, you said rotating

3    rations --

4          A.   Mm-hm.

5          Q.   -- work in the cleanup phase, breaking down for

6    the next day --

7          A.   Yes.

8          Q.   -- prep work?

9          A.   Prep work.

10         Q.   Did I get that right?

11         A.   Yes.

12         Q.   Now, in directing the detained workers through

13   these various tasks, are you expecting the detained workers

14   to follow your directives?

15              MS. SCHEFFEY:  Object to form.

16         A.   If they -- if I ask them to come to help me,

17   it's because I've already went through their cook

18   supervisor to see if they need them, and this is -- can you

19   give me -- or can you loan me two -- because we're moving

20   rations, and -- and they would always send me two.  And

21   even if they do or they don't, it doesn't -- if they don't

22   want to feel like working, you know, during that time, then

23   you can have them and I'll just take the one.  Sometimes

24   it's just because I know they won't be able to do it or

25   they might not need to do it.  I don't -- I don't judge

Erwin Delacruz                                    December 2, 2019

                                                         Page 24

1    them, I just want to get the job done.

2         Q.   When you say they might not be able to do it --

3         A.   No, sometimes he might be a disabled person, you

4    know, and I -- and I -- and I understand that, and I says,

5    Just give me -- you don't have to.  It's just -- it's just

6    a courtesy.

7         Q.   So assuming available workers, and barring some

8    medical condition, your expectation though is that if you

9    give a directive or direction to a detained worker, that

10   they follow it; is that correct?

11             MS. SCHEFFEY:  Object to form.

12        A.   No.  No.

13        Q.   You have no expectation that they follow your

14   directions?

15        A.   No, because sometimes they just -- it's up to

16   them, and they're -- and they're doing it because they're

17   voluntarily working in there.

18        Q.   And are there repercussions if a detained worker

19   refuses to do the work?

20        A.   Oh, no.

21        Q.   There are no repercussions?

22        A.   No.  If he feels like he can't do the job, then

23   he can go somewhere else in the facility, in the kitchen,

24   to work there.

25        Q.   So if a detained worker consistently refused to

Erwin Delacruz                                    December 2, 2019

                                                        Page 25

1    do the work that you instructed them to do, there would be

2    no repercussions?

3         A.   No.

4         Q.   Did I get that right?

5         A.   No.

6              Then they -- sometimes they end up quitting on

7    their own.

8         Q.   Again, this is something we'll cover in more

9    detail later.

10             So who is it that you report to?

11        A.   To the manager, Ms. Henderson.

12        Q.   And who would be your supervisor the next level

13   up above Ms. Henderson?

14        A.   Would be the assistant warden.

15        Q.   Who is that?

16        A.   Mr. Scott.

17        Q.   Okay.  How is your role different from that of

18   Ms. Henderson's?

19        A.   Me, being the assistant, I try to maintain

20   everything that she would want me to maintain, and I try to

21   vice-versa, if she's not there, then I -- I can at least

22   assume the role for a while while she's on vacation.

23        Q.   So it's fair to say that when Ms. Henderson's

24   not there, you fill in and act as Ms. Henderson?

25        A.   Yes.

Erwin Delacruz                                    December 2, 2019

Page 26

1        Q.    And then when she's not there, you're assisting

2    her in her role?

3        A.    Correct.

4        Q.    Does anyone report directly to you?

5        A.    No.

6        Q.    You mentioned cook supervisors I think it was.

7        A.    Yes.

8        Q.    Who do the cook supervisors report to?

9        A.    They always go back to Mrs. Henderson first.

10       Q.    So if I'm understanding you correctly, you have

11   no direct reports?

12       A.    No.

13             Mine's totally neutral.  That way she -- they --

14   if they need something, they -- they see her.

15       Q.    Tell me about the training that you received.

16       A.    Repeat that question.

17       Q.    Yeah, the training that you received to carry

18   out your role as food production manager.

19       A.    I've been to a five-week course with GEO, and

20   that was from July 2015 to August.  It's a five-week course

21   for detention officers.

22             And during that time, I'm also working in the

23   kitchen.

24       Q.    When you say also working in the kitchen, you're

25   saying that you received training while in the kitchen as

Erwin Delacruz                                    December 2, 2019

Page 27

1    well?

2            A.    Exactly.

3                  When they're -- the detention officers are doing

4    pod officer work, I'm doing my part in doing the kitchen

5    operations.

6            Q.    Now, this five-week training course that you

7    underwent, where was the training course?

8            A.    They moved the facility a couple times, but it

9    was at the time at the hotel, the La Quinta --

10           Q.    Okay.

11           A.    -- in a -- in a -- in one of the banquet rooms.

12           Q.    In the Tacoma area?

13           A.    Yes.

14           Q.    And was it only food production managers, or

15   were there other people there?

16           A.    Oh, no, everybody.  It's consolidated.  It's for

17   everyone.

18           Q.    And the training, was it specific, or were there

19   any components of it that were specific to your role, or

20   was it just a general training?

21           A.    It's -- really, it's part of the process of

22   becoming a -- a correction -- or an officer with GEO.

23           Q.    And are you an officer with GEO?

24           A.    I'm a correction -- well, I don't want to say

25   correction, I'm a detention officer.

Erwin Delacruz                                    December 2, 2019

Page 28

1      Q.    That's something I'm a little unclear about, so

2   detention officer versus your title as food production

3   manager.

4      A.    We still have to go through the same process as

5   a -- as a detention officer.

6      Q.    So you undergo the same training, but are you

7   also considered to be a detention officer?

8      A.    I -- I can act in that role.

9      Q.    Well, you can, but in your current role as food

10  production --

11     A.    Production manager.

12     Q.    -- manager --

13     A.    It's just an addition, and because I'm the

14  assistant, it's an additional role.

15     Q.    Well, tell me what the distinction is between

16  detention officer and what you do as food production

17  manager.

18     A.    There's -- there's none.  I just -- I'm a cook.

19  I'm a special -- I'm a specialized in food service.

20     Q.    So you're a specialized type of detention

21  officer?

22     A.    Yes.

23     Q.    Okay.

24     A.    Because I'm -- I'm part of the administration.

25     Q.    And when it comes to supervising detained

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

                                                          Page 29

 1    workers, is it anything other than what you'd mentioned to

 2    me earlier about rotating rations, the cleanup phase,

 3    breaking down for the next day, and prep work?

 4         A.    No.

 5               MS. SCHEFFEY:  Object to form.

 6         A.    Yes, that's -- that's it.

 7         Q.    So it wouldn't be the case that you would take

 8    detainees to the yard, or for recreation --

 9         A.    No.

10         Q.    -- time?

11         A.    No.

12         Q.    Did you receive any specialized training as it

13    relates to the kitchen and directing the work of detainee

14    workers?

15               MS. SCHEFFEY:  Object to form.

16         A.    It's only -- it's only labor that -- that you

17    lead personnel to accomplish the mission, and that's where

18    it -- where it lies.  I need people to help me, and they

19    volunteer.  I'm more than happy to take them or use them

20    for that purpose.

21         Q.    What's the mission?

22         A.    It's to provide food service in a timely manner

23    on time, breakfast, lunch, and dinner, and cleanup, and

24    move on.

25         Q.    Now --

Erwin Delacruz                                    December 2, 2019

Page 30

1              (Reporter requested clarification.)

2        A.    Cleanup and -- and get -- and prepare for the

3    next meal or the next day.

4        Q.    Given GEO's current staffing levels, could you

5    accomplish the mission in a timely manner if you take out

6    the detainee workers?

7        A.    For -- I would just say for six months, we

8    didn't have any viable personnel, and we was doing it.  I

9    was washing pots and pans, and I kept driving on, because I

10   know that we gotta get these personnel here fed, wash

11   dishes, washing pans, putting away rations, a lot of times

12   by myself, and the cooks cook the whole meal by themselves,

13   and we all pull together and get the job done.

14       Q.    And that certainly speaks to your

15   professionalism that you were able to make it through, but

16   was that the ideal scenario?

17       A.    There's never an ideal scenario.  Missions

18   always change.

19       Q.    All things being equal, would it be easier to

20   accomplish the mission with detainee workers in the mix?

21            MS. SCHEFFEY:  Object to form.

22       A.    You know, not really, but it's -- it's there to

23   help us maintain the standards for the -- for the policies

24   that we're under for GEO.

25       Q.    Well, I mean, I don't see washing pots and pans

Erwin Delacruz                                December 2, 2019

                                                      Page 31

 1    in your job description, so is it ideal for you, as the

 2    food production manager, to wash pots and pans?

 3         A.    Yes.

 4         Q.    That's ideal?

 5         A.    That's ideal to do everything in that kitchen.

 6    You have -- you need to know all that.

 7         Q.    And I want to make sure that we're not talking

 8    past one another.

 9              I mean, I understand that it's important for you

10    to know all the roles, and I commend you for rolling up

11    your sleeves and jumping in when work needs to be done, but

12    I'm asking as a manager, in trying to figure out where to

13    use your resources, is it ideal for you to wash pots and

14    pans, or would you rather have a detainee worker do it?

15              MS. SCHEFFEY:  I'm going to object to form and

16    also say this question's been asked and answered, so this

17    is --

18              THE WITNESS:  Yeah, okay.

19              MS. SCHEFFEY:  You can answer one more time, but

20    it's --

21         A.    No, we can move on.

22         Q.    No, we can't move on.

23              I should have said, this is one of those

24    situational instructions.  Your attorney's going to object

25    from time to time, and unless she instructs you not to

Erwin Delacruz                                    December 2, 2019

Page 32

1    answer, which will open up a different ball of wax, the

2    expectation is that you answer my question.

3         A.   Okay.

4         Q.   All right, so --

5         A.   I just didn't understand what -- what you mean.

6              It -- I -- if I have to roll up my sleeves,

7    that's -- that's regardless, it's the policy, and to get

8    things done, and I'm going to jump in the kitchen, and I'm

9    going to work it, and I'm going to do what I have to do to

10   get -- because without the pans, you can't pan out the next

11   meal.

12        Q.   I understand that.

13             So you did this you said for six months.  What

14   if that were the permanent situation, there were no

15   detainee workers, could you accomplish the mission in a

16   timely manner without hiring more GEO personnel?

17             MS. SCHEFFEY:  Object to form.

18        A.   No, we can continue to drive on.  We can

19   continue to function.

20        Q.   Would you expect a raise?

21        A.   No.

22        Q.   So you would take on additional responsibilities

23   with no expectation of additional --

24        A.   No.

25        Q.   -- compensation?

Erwin Delacruz

GEO Objections Foundation, FRE 402, 701, 802.

December 2, 2019

Page 33

1        A.    No.

2              Q.    In directing the detainee workers, are you also

3        directing them to comply with GEO's rules and regulations?

4              A.    Only for food service, if I see any not wearing

5        beard nets or not washing your hands.  Keeping sanitation

6        is the utmost for feeding the people in the facility.  So

7        sanitation would be the number one.

8        Q.    And if a detainee worker was not complying with

9        these rules and regulations -- well, strike that.

10             Why is it important for the detainee workers to

11       comply with GEO's rules and regulations in the kitchen?

12       A.    That's more of a -- I would say a federal

13       guideline, but you would want to maintain a clean

14       environment.  So we -- we tell them politely, Could you

15       please put your beard net on, and they -- they really do.

16       They follow what we tell them to do.  Go wash your hands,

17       make sure that you put fresh gloves on, or okay, everybody

18       get off the line, wash your hands, change your gloves,

19       clean the line, so we can do the next rotation of trays,

20       and they do it, and they follow directions.

21       Q.    And you -- I said that these were GEO's rules

22       and regulations, and you said that you think some of them

23       are federal; did I get that right?

24       A.    It's a federal guideline, but you know, we do

25       follow the policies that are given to us, and -- and that's

Erwin Delacruz                                    December 2, 2019

Page 34

1    pretty much sanitation is just part of the food service

2    program itself.

3         Q.    Is the kitchen inspected by the state or federal

4    government?

5         A.    Yes.

6         Q.    Both?

7         A.    Both.

8         Q.    And how detainee workers perform their job in

9    the kitchen can impact the outcome of those inspections; is

10   that right?

11             MS. SCHEFFEY:  Object to form.

12        A.    No, not really.  No, not at all.

13        Q.    So if a State inspector was inspecting your

14   kitchen, and there were detainee workers that didn't have

15   on hairnets and had open cuts on their hands, you would

16   expect to pass that State inspection?

17             MS. SCHEFFEY:  Object to form.

18        A.    No, the -- we check them before they're even

19   start, we check their hands, we check all their sanitation

20   prior to them even getting on the floor.

21        Q.    And that's because GEO will found to be -- be

22   found to be out of compliance if you don't direct and

23   supervise the sanitation of your workers; is that correct?

24             MS. SCHEFFEY:  Object to form.

25        A.    No.

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

                                                         Page 35

1             We continually to keep them sanitized -- or
2    follow the rules that's for food service.  We just follow
3    the rules for food service.
4        Q.   Do you remember earlier when I asked you if I
5    asked you a straightforward question, and if you would
6    resist the urge to give me an evasive answer; do you
7    remember that?
8        A.   Yes.
9        Q.   I feel like you're doing it right now, giving me
10   evasive answers.  So I think this is a very simple
11   proposition, and I would expect the food service manager to
12   buy into this proposition.
13            It's important that the detainee workers follow
14   the sanitation rules or else GEO might not pass the state
15   or federal inspection; would you agree with that statement?
16            MS. SCHEFFEY:  Object to form.
17       A.   No.
18       Q.   You disagree?
19       A.   I disagree.
20       Q.   Tell me why.
21       A.   We -- we always follow it from the beginning,
22   from the time they walk in there, gloves, hairnet, beard
23   net, anything that they need to get done, let us know.  And
24   while they're under control of -- under food service
25   personnel or under staffing, they are guided to do the

GEO Objections Foundation, FRE 402,
701, 802.

Erwin Delacruz                                     December 2, 2019

Page 36

1    right thing.  So before they even do a task, we tell them

2    before we even start the task that this is what we want to

3    do, we want to break open the boxes, bring them over here,

4    or I'll show you how to open the oven, turn it on.  We

5    actually walk them through the steps in doing what we want

6    them to do.

7         Q.   And they do it?

8         A.   So that way it eliminates the hey you, it

9    eliminates all that, you just show them what you need to be

10   done, and they do it.

11        Q.   Are there any documents that you consult to do

12   your job?

13        A.   The in-processing officer or the desk officer

14   lets them -- goes through their -- to make sure that

15   their -- that their hands are no cuts.  We have a checklist

16   that we go through for each -- for each day or for every

17   shift, beginning of a shift, we get their names, who's

18   here, and what sanitation that needs to be done, or are

19   their hands clean, and that they're dressed properly.

20        Q.   My question is more so about what you consult,

21   if anything, to do your job.

22             Is there a manual or a set of guidelines that

23   you consult or look to for guidance?

24             MS. SCHEFFEY:  Object to form.

25        A.   All the -- all the policies are in each book

Erwin Delacruz                                    December 2, 2019

1    that we have, cleanup, sanitation, or -- and/or the pod

2    officer or the desk officer's writing down all the

3    information that is needed.

4                   (Exhibit-301 marked.)

5              THE COURT REPORTER:   Number 301.

6         Q.   You've just been handed Exhibit-301.

7              Have you seen this document before?

8         A.   This is new to me.

9         Q.   Have you seen something similar?

10        A.   Yes.  Yeah, it would be the -- the in-processing

11   for staff members that's coming into the facility.

12        Q.   Well, look on page 5 for me.

13        A.   Mine might have been a different form.

14             MS. SCHEFFEY:  I'm just going to clarify that

15   page 5, could you read the Bates number just so we have it

16   in the record.

17             MR. WHITEHEAD:  Sure, this is GEO-Nwauzor

18   026288.

19             MS. SCHEFFEY:  Thank you.

20             MR. WHITEHEAD:  It's page 5 of Exhibit-301.

21        Q.   Are you there?

22        A.   Yes, page 5 of 9?

23        Q.   Yes, that's correct.

24        A.   Okay, mm-hm.

25        Q.   Have you seen anything like this before?

Erwin Delacruz                                    December 2, 2019

                                                           Page 38

1        A.    Yes.

2        Q.    Where?

3        A.    At -- in my facility, but it might have been in

4   a different form, but it's basically the same.

5        Q.    And I want to look at that item 6.1 there.  It

6   says "Ensure inmate/detainees are in compliance at all

7   times."

8        A.    Yes.

9        Q.    Do you see that?

10       A.    Mm-hm.  Yes, I do.

11       Q.    What does that line mean to you?

12       A.    Any -- any job that we give them, to at least

13  maintain that they understand and comply to what we tell

14  them.

15       Q.    It's your job; correct?

16       A.    Yes, after I tell them, that -- that they stay

17  in compliance.

18       Q.    It's GEO's job to make certain that they are in

19  compliance at all times --

20             MS. SCHEFFEY:  Object to form.

21       Q.    -- correct?

22       A.    No.  I -- I think it's the manager and that who

23  staff that's over them.

24             MR. WHITEHEAD:  Counsel, if you can let me get

25  my question out before objecting.

Erwin Delacruz                                    December 2, 2019

Page 39

1            MS. SCHEFFEY:  Yes, of course.

2            MR. WHITEHEAD:  Thank you.

3       Q.   So when you're talking about the manager in your

4  job and ensuring compliance, you're talking about

5  compliance in the kitchen with rules and regulation;

6  correct?

7       A.   Yes.

8       Q.   And when it comes to the kitchen, these rules

9  and regulations are final; is that correct?

10           MS. SCHEFFEY:  Object to form.

11      A.   We follow the -- the guidelines for sanitation

12  and making sure that the job is complete and that we follow

13  compliance.

14      Q.   Well, let's look at the next line down, 6.2.

15      A.   Sure.

16      Q.   "Ensure every man has beard guards, hairnets,

17  facility grooming requirements."

18           Do you see that?

19      A.   Yes.

20      Q.   Is there any wiggle room in that?

21      A.   All of them should be wearing beard guards,

22  hairnets, and if -- and the beard net is -- it's -- I mean,

23  it's -- they all wear it, they all wear it, and they have

24  to wear it.  You wouldn't want hair in your food.  So these

25  are the -- these are just part of the compliance.

Erwin Delacruz                                    December 2, 2019

                                                          Page 40

 1        Q.   So in that way, the detainee workers have no

 2   discretion to disregard these rules?

 3             MS. SCHEFFEY:  Object to form.

 4        A.   No, we tell them, and we always -- before they

 5   even start work, that's why it's important for the

 6   beginning of the workday to make sure you got your hairnet,

 7   beard net on before you enter the facility -- or the food

 8   production area.

 9        Q.   Well, you began your answering by saying no, but

10   I think you're agreeing with me.

11             Do you agree that the detainee workers have no

12   discretion to deviate from the sanitation rules?

13             MS. SCHEFFEY:  Object to form.

14        A.   That's what -- I -- I guess I could be saying

15   that, but maybe I mis -- miscommunicated or did not

16   understand the question.

17        Q.   All right, well here comes one of those yes or

18   no questions I talked about in the beginning.

19        A.   So --

20        Q.   Do the detainee workers have discretion to

21   deviate from --

22        A.   No.

23        Q.   -- GEO's --

24        A.   Sorry.

25        Q.   I'll start over.

GEO Objections Foundation, FRE 402,
701, 802.

Erwin Delacruz                                        December 2, 2019

                                                              Page 41

1           Do the detainee workers have discretion to

2    deviate from GEO's sanitation rules and regulations; yes or

3    no?

4           A.    No.

5                 (Exhibit-302 marked.)

6                 THE COURT REPORTER:  This is Exhibit-302.

7           Q.    You've just been handed Exhibit-302.  It's

8    titled Policy and Procedure Manual, Chapter: Food Service,

9    Title: Food Service Operations, Number: 4.3.1.

10                Have you seen this before?

11          A.    Yes.

12          Q.    And what are we looking at here?

13          A.    This is the -- the policy and procedures on the

14   manual for the PBN -- PBNSE.  It's 4 dash --

15                (Reporter requested clarification.)

16          Q.    PBN --

17          A.    D.

18                MS. SCHEFFEY:  S.

19          A.    S.

20                Sorry.

21          Q.    Performance-Based National Detention --

22                MS. SCHEFFEY:  Detention.

23          Q.    -- Standards?

24          A.    Correct.

25                Sorry.

Erwin Delacruz                                    December 2, 2019

Page 42

```
 1              MS. SCHEFFEY:  Between the three of us, we'll

 2    get it.

 3              THE WITNESS:  Yeah.

 4              MR. WHITEHEAD:  Maybe.

 5         A.   But this is 4.3 in that book, and these are the

 6    policies that comes right out of that book.

 7         Q.   And is this a document that you consult as

 8    you're doing your job?

 9         A.   I do.

10         Q.   How often do you take a look at this one?

11         A.   If things that I might need to check or fall

12    back on.

13         Q.   Well, give me an example of something that you

14    would need to check.

15         A.   Key control, a -- the key control, issue keys

16    only in exchange for a name with chits.

17              Or even it's tools, tool items is -- falls under

18    that, or if we're in compliance to maintaining, tools are

19    very important in the facility, and anything else that we

20    may have.  We don't have any knives, so I might go back to

21    the -- we don't have any knives, or you know, these are the

22    things that are governed under -- under this.

23              No use of tobacco or, you know, these things

24    that we know that we can't do or we shouldn't do.

25              And just following the procedures that are
```

Erwin Delacruz                                    December 2, 2019

Page 43

1     guidelines for the -- for the -- for our area, for the food

2     service area.

3          Q.   Well, let's look at the first page here.  It's

4     the one that bears Bates stamp GEO-Nwauzor 031202.

5               Are you with me?

6          A.   What was -- what was the page?

7          Q.   The very first page.

8          A.   Okay.

9          Q.   Are you there?

10         A.   And what, I, II, or III?

11         Q.   So I'm looking at III A, and it looks to be a --

12    well, it looks to be various roles in the kitchen, and goes

13    over to the next page.

14         A.   Oh, you mean the Cook Supervisor, Food Service

15    Manager --

16         Q.   Yes.

17         A.   -- and then it goes on to Cook Foremen, and Work

18    Schedules, and so forth?

19         Q.   Correct.

20         A.   Yeah.

21         Q.   So I want to take these step by step here.

22              So Food Service Manager, is that Ms. Henderson?

23         A.   Yes.

24         Q.   And would you consider yourself to fall under

25    this part of policy 4.3.1?

Erwin Delacruz                                    December 2, 2019

Page 44

1        A.    I'm -- I'm kinda in between.

2        Q.    Okay.

3        A.    Because it says -- because it is a assistant

4    food service manager, but it -- I can take that role as fit

5    to when the manager is not available.

6        Q.    Okay.

7        A.    But it's kind of like there's two paragraphs, so

8    the bottom paragraph would be more my job title.

9        Q.    And when you say bottom paragraph, it's the one

10   that begins --

11       A.    It's the second one.

12       Q.    -- begins "The Food Service Manager is" --

13       A.    Is also responsible, planning, controlling --

14             (Reporter requested clarification.)

15             THE WITNESS:  Oh, I'm sorry.  Sorry about that.

16       Q.    We're looking at the second paragraph that says

17   "The Food Service Manager is also responsible for planning,

18   controlling, directing, and evaluating food service," and

19   then it continues on?

20       A.    Yes.

21       Q.    And you believe that second paragraph there is

22   more in line with what you do?

23       A.    Yes.

24       Q.    What about the cook supervisors, what do they

25   do?

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 45

1        A.     They -- they prepare -- they prepare the next

2    meal as they come in, and serve, bring in the detainees,

3    also get everything set up for that meal to be served.

4        Q.     Do they do the actual cooking?

5        A.     Yes.

6        Q.     And that's true even when there are detainee

7    workers in the kitchen --

8        A.     Yes, they do.

9        Q.     And the cook supervisors, they report to Ms.

10   Henderson?

11       A.     Yes.

12       Q.     How many cook supervisors are there currently?

13       A.     There's three on each shift, but there's --

14   there's ten -- ten cook -- ten cook supervisors, one

15   manager, one assistant manager, and one clerk.  There's 13

16   in total.

17       Q.     So the total kitchen personnel is 13 people?

18       A.     Yes.

19       Q.     Two managers, being yourself and Ms. Henderson?

20       A.     Yes.

21       Q.     Ten cook supervisors?

22       A.     Yes, correct.

23       Q.     And then one clerk?

24       A.     Yes.

25       Q.     And then on the second page of Exhibit-302,

Erwin Delacruz                                    December 2, 2019

Page 46

1    there's a reference to Cook Foremen; what is a cook

2    foreman?

3          A.   I -- we don't -- we don't go into that cook

4    foreman.   It might be another -- maybe a different facility

5    uses that title.

6          Q.   Let's go to page 5 of Exhibit-302.   It's the one

7    that bears Bates stamp GEO-Nwauzor 031206.

8          A.   What page was that?   Sorry.

9          Q.   It says page 5 of 35 on the document.

10         A.   Five of 35, okay.

11              Policy and procedures manual?

12         Q.   Yes.

13         A.   Okay.

14         Q.   I'm looking at item 10 there --

15         A.   Mm-hm.

16         Q.   -- "Detainee workforce."

17              Do you see that?

18         A.   Yes.

19         Q.   That last sentence says "The quota will provide

20   staffing according to actual needs, eliminating any bias

21   toward over- or understaffing."

22              Do you see that?

23         A.   Yes.

24         Q.   What does that mean to you?

25         A.   We will provide staffing according to actual

GEO Objections Foundation, FRE 402, 701, 802.

Erwin Delacruz                                    December 2, 2019

Page 47

1    needs.  That's probably policies above me.

2              Through the voluntary program, if we have the

3    personnel or not, no matter what, we're still going to work

4    in our area and continue with the amount of personnel that

5    we have.

6         Q.   And I understand that you'll make due --

7         A.   Right.

8         Q.   -- if you have to --

9         A.   Yes.

10        Q.   -- correct?

11             And by make due, I mean that you'll roll your

12   sleeves up and do the work yourself; correct?

13             MS. SCHEFFEY:  Object to form.

14        A.   Correct.

15        Q.   But are there times that if you had your

16   druthers, you'd have more detainee workers to help with the

17   work?

18             MS. SCHEFFEY:  Object to form.

19        A.   Sometimes we bring in other clerks from other

20   areas to help us, to serve it, to serve the meal.

21   Sometimes we -- we just put it -- you know, we got

22   everything in the warmers, we're ready to go, and we will

23   draw from other parts of the facility to get the meal out.

24        Q.   And then, let's see, item 12 there on that same

25   page, it's the heading Detainee Orientation and Training.

Erwin Delacruz                                                    December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

                                                                      Page 48

1              Do you see that?

2        A.    Yes.

3        Q.    Tell me about the detainee orientation and

4   training that GEO provides.

5        A.    We have a pamphlet for them to look over, it's

6   in English and in Spanish, and we have them go through each

7   line, which usually is the desk officer sits them down on

8   their first day of work, and each line has a particular --

9   make sure you bring your hairnets, your beard nets, follow

10  the rules through the officers to how to work, because it's

11  an OJT program, so on-the-job training.

12             So as they go through the kitchen, they're going

13  to be set through three different areas, either the

14  sanitation, the cooking, or the serving area, and they're

15  dispersed, and they'll -- and after they fill out all their

16  paperwork, initial all the -- the -- the paperwork is all

17  done, and then they're broken down into areas, and they're

18  buddied up with other detainees that's been there.  If not,

19  then they will be sent to a kitchen staff member, and then

20  they can go from there to what they want them to do or need

21  them to do.

22        Q.    So if a detainee worker lacks any kitchen work

23  experience, GEO provides them with the training they need

24  to do the job?

25        A.    We --

Erwin Delacruz                                                    December 2, 2019

GEO Objections Foundation, FRE 402, 701, 802.

Page 49

1              MS. SCHEFFEY:  Object to form.

2         A.   We only ask them to do things that's easy to do,

3    nothing technical.  Just get the boxes in, or put them

4    away, or help me lift this over, put it in the pot.  Just

5    to get that portion, it's pretty much straightforward.

6         Q.   Even so, GEO provides them with basic training,

7    on-the-job training?

8         A.   Yes, it's on-the-job training.

9              So people -- not everybody's a five star chef

10   that goes there, but they're all walks of life.  So it's

11   not discriminatory at all, it's just I would like to -- I'd

12   love when people are there, and they help us, and that's

13   the main objective.

14             And then, you know, it's -- it's part of the

15   time to get them out of the pod if -- if they see fit,

16   because they volunteer -- voluntarily came to work in the

17   kitchen, and a lot of times they stay there, they do.

18        Q.   And again, when we say voluntary, I mean, they

19   volunteered to work in return for pay; correct?

20        A.   Yes, if -- if that's what their goal is, to get

21   paid, then that's fine.

22        Q.   I mean, they weren't working for free?

23        A.   Yeah, of course not.

24             MS. SCHEFFEY:  Object to form.

25        Q.   Of course not, right.

Erwin Delacruz                                                    December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

                                                                      Page 50

1                  So GEO provides on-the-job training as it

2      relates to sanitation --

3           A.     Mm-hm.

4           Q.     -- correct?

5           A.     Yes.

6                  MS. SCHEFFEY:  Object to form.

7           Q.     GEO provides on-the-job training as it relates

8      to cooking the food; correct?

9                  MS. SCHEFFEY:  Object to form.

10          A.     No, cooks are the ones that do the cooking, they

11     just helping.

12          Q.     I understood you to say that there was

13     on-the-job training in three respects, sanitation?

14          A.     Yes.

15          Q.     I got that right?

16          A.     Yeah.

17          Q.     And I thought cooking was part of it as well?

18                 MS. SCHEFFEY:  Object to form.

19          A.     It's only to help us produce -- or -- or help in

20     the labor part to bringing the food on -- into the pots and

21     stuff, and -- I mean, to the -- to the kettles, and -- and

22     to get all that done.  And yeah, we help them, and they

23     learn a little, and they learn also how to put it in, and

24     how to cook it, how long we should cook it.  It's just part

25     of the program.

Erwin Delacruz                                    December 2, 2019

Page 51

1        Q.   Well, I want to back up a little bit.

2        A.   Yeah.

3        Q.   So you're saying that the cooks do the cooking,

4   and I'm struggling to understand what the detainee workers

5   do.

6             Is it that they're actually putting the food

7   into the pots and pans?

8        A.   Yeah --

9             MS. SCHEFFEY:  Object to form.

10            You can answer.

11       A.   They could range from putting the food in the

12  kettles from a frozen status -- let's take vegetables that

13  are frozen.  They'll place the -- the cook officer will

14  tell them to put it in the pot, add water, and -- and up to

15  this level, or not at all, or the meat item.  It could be

16  any -- anything, and -- and they learn from it.

17       Q.   So tell me about the direction that the cook

18  supervisor provides when it comes to the meat.

19            You gave me an example of vegetables; tell me

20  what -- how it works with meat.

21       A.   It could be preformed beef patties.  We'll take

22  them out of the freezer, and we'll put -- we'll tell them

23  how to place them on the sheet pan, 30 to a pan, and then

24  they'll rack them up onto a speed cart, and that would be

25  the prep.  And that would be it.  Then we'll wait till the

GEO Objections Foundation, FRE 402,
701, 802.

Erwin Delacruz                                           December 2, 2019

Page 52

1    time for it to cook.

2         Q.   And you're saying "we," but are we talking about

3    the detainee workers?

4         A.   All of us, the cooks, the detainees, we -- we'll

5    show them.  Either he show -- either the cook supervisor

6    will show them how to do it, and then they'll perform the

7    mission and show it to them, and they just repeat the

8    process.

9         Q.   So after that initial on-the-job training for

10   vegetables, or meat, or whatever the meal of the day is --

11        A.   Mm-hm.

12        Q.   -- is it then the case that the detainee workers

13   will then carry out the mission, cooking the meal, moving

14   forward?

15             MS. SCHEFFEY:  Object to form.

16        A.   We're constantly supervising them, so it's -- we

17   just -- now that that one knows, then the next one will

18   come behind, and we'll train that one, and then now it's

19   any time when we have this type of meat item, do it this

20   way, and then -- then we'll have three stations going at

21   one time --

22        Q.   And --

23        A.   -- and supervising all three stations.

24        Q.   So is it the case then that the detainee workers

25   are doing the actual hands on, you know, chopping, and you

Erwin Delacruz                                    December 2, 2019

Page 53

 1    know, cooking, and mixing of the food with supervision from

 2    the cook supervisors?

 3              MS. SCHEFFEY:  Object to form.

 4         A.   Not -- not all the time.  It's just only to help

 5    them prepare the meal.  It's mostly all preparation,

 6    because the cook is the one that's putting in the

 7    seasonings, and changing, and adding -- adding anything

 8    that needs to be added.  He just might need help in putting

 9    the items in.

10         Q.   I don't know, I -- I'll try again.  I'm still --

11    I'm still missing something.

12         A.   Oh.

13         Q.   I feel like this should be easy, but I'm not

14    getting it --

15         A.   Oh, sorry.

16         Q.   -- so maybe it's just -- maybe it's just me.

17         A.   Apologize.

18         Q.   Maybe it's just me.

19              But you know, how many detainee workers are on

20    the morning shift?

21         A.   That could range from eight -- from zero to

22    eight to 12.

23         Q.   And --

24         A.   It's a vast range, because people are exiting at

25    the same time.

Erwin Delacruz                                                    December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 54

1          Q.   And how many cook supervisors would be working

2     that same morning shift?

3          A.   Three.

4          Q.   All right.  So we've got anywhere from zero to

5     12 detainee workers on the morning shift and three cook

6     supervisors.

7               As it relates to cooking breakfast, what are the

8     detainee workers doing?

9          A.   Let me answer that question.  It -- it's -- by

10    4 o'clock, when they get there, it's getting ready to set

11    up the line, because the cook already had cooked most of

12    the products already.  It's oatmeal, or whatever item it

13    is, eggs, he already did probably half, and all that's left

14    is the milk, which is a container, sugar, container, it's

15    getting ready to serve at that point.

16         Q.   All right, well maybe that was a bad example.

17              I mean, you know, we're talking -- again, just

18    to orient us, we're talking about on-the-job training that

19    GEO provides to detainee kitchen workers?

20         A.   Correct.

21         Q.   All right, you're with me?

22         A.   Yes.

23         Q.   So we talked about sanitation and how GEO

24    provides on-the-job training in that respect; correct?

25         A.   Correct.

GEO Objections Foundation, FRE 402,
701, 802.

Erwin Delacruz                                          December 2, 2019

Page 55

1        Q.    Now, as it relates to cooking, is it fair to say

2    that the detainee workers are assisting with the cook?

3        A.    They assist the cook when needed.

4        Q.    All right.  And GEO provides training with

5    respect to that cooking assistance --

6               MS. SCHEFFEY:  Object to form.

7        Q.    -- correct?

8               MS. SCHEFFEY:  Sorry.

9        A.    They can -- it will help them in the long run

10   when they do teach them or OJT.

11       Q.    Do you understand my question?

12       A.    I was -- I -- yeah, I don't understand.  I was

13   just -- I --

14       Q.    Okay, well let me try again.

15       A.    Try again.  Sorry.

16       Q.    We're talking about training, and you said that

17   the detainee workers assist with the cooking; did I get

18   that right?

19       A.    Correct.

20       Q.    And GEO provides on-the-job training to the

21   detainee workers as it relates to assisting with the

22   cooking?

23       A.    Yes.

24               MS. SCHEFFEY:  Object to form.

25       Q.    And then finally, you said that GEO provides

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 56

1    on-the-job training as it relates to serving; did I get

2    that correct?

3        A.    Correct, because that's going to be the next

4    phase, and we're supervising.

5        Q.    Now, this Exhibit-302, the policy 4.3.1 about

6    food service operations, these encompass the baseline for

7    what GEO must do with respect to its kitchen operations?

8            MS. SCHEFFEY:  Object to form.

9        A.    Yes.

10       Q.    And it's your job to make sure that the detainee

11   workers hold up their end of the rules and regulations here

12   in 4.3.1?

13           MS. SCHEFFEY:  Object to form.

14       A.    Yes.

15       Q.    Tell me about your performance as food

16   production manager.

17           If I were to ask Bert Henderson, What's Mr.

18   Delacruz like as a -- as a worker, what would she say about

19   your performance?

20           MS. SCHEFFEY:  Object to form.

21       A.    That I properly do my job and execute missions

22   that is governed by her, and that I execute them correctly.

23   And if I have any question, I go right to her and ask her.

24       Q.    And you know, I hear you referring to it as --

25   as the mission; is that the way internally --

Erwin Delacruz

GEO Objections Foundation, FRE 402,
701, 802.

December 2, 2019

Page 57

```
 1        A.   That's --

 2        Q.   Hold on, hold on.

 3        A.   That's --

 4        Q.   I'm sorry, Keri's going to kill us --

 5        A.   I'm sorry.

 6        Q.   -- we're talking all over one another.

 7             MS. SCHEFFEY:  She is going to kill us.

 8        A.   I'm sorry.

 9        Q.   I'm sorry.

10             All right, so I've heard you refer repeatedly to

11   the mission; is that the way that GEO kitchen personnel

12   refer to their work?

13        A.   No, that's -- that's just me being in the

14   military, just using it as a slang.

15        Q.   Fair enough.

16             Well, the reason I ask is because, you know,

17   referring to it as the mission, I mean, it makes me think

18   of chain of command as well.

19        A.   That's --

20             MS. SCHEFFEY:  Object to form.

21        A.   It's correct, and -- but it's just my military

22   background.

23        Q.   Well, in terms of the chain of command though,

24   it's Bert Henderson --

25        A.   Correct.
```

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 58

1        Q.    -- in the kitchen?

2        A.    Mm-hm.  Yes.

3        Q.    And then it's you as her assistant?

4        A.    Yes.

5              MS. SCHEFFEY:  Object to form.

6        Q.    It's the cook supervisors?

7              MS. SCHEFFEY:  Object to form.

8        A.    Correct.

9        Q.    And it would be the detainee workers that are on

10       the bottom rung of the chain of command?

11       A.    Yes.

12             MS. SCHEFFEY:  Object to form.

13       Q.    And as with any chain of command, the

14       expectation is that those that are on the lower rung of the

15       chain of command follow the directives of those that are

16       higher up?

17             MS. SCHEFFEY:  Object to form.

18       A.    Again, that's all -- all -- it's all on-the-job

19       training for these people, for the workers.  Even -- even

20       the cooks are all OJT.

21       Q.    Is any part of your compensation tied to the

22       performance of the detainee workers?

23       A.    No.

24       Q.    Do you receive any kind of bonus or anything

25       like that for, you know, completing the mission, as you've

GEO Objections Foundation, FRE 402,
701, 802.

Erwin Delacruz                                        December 2, 2019

Page 59

 1    referred to it --

 2         A.    No.

 3         Q.    -- in a timely fashion?

 4         A.    No.

 5               MR. WHITEHEAD:   I think this is a good spot for

 6    a break.

 7               MS. SCHEFFEY:   Okay.

 8               THE VIDEOGRAPHER:   Now going off the record.

 9    The time is 10:44 a.m.

10                     (Recess at 10:44 a.m.)

11                     (Reconvened at 10:59 a.m.)

12               THE VIDEOGRAPHER:   We're now back on the record.

13    The time is 10:59 a.m.

14               MS. BRENNEKE:   I wanted to introduce myself

15    formally for the record.   I'm Andrea Brenneke with the

16    Attorney General's Office in the Civil Rights Division, and

17    I came in shortly you after you started, but I didn't want

18    to interrupt with my introduction.

19               THE WITNESS:   Thank you.

20         Q.    So, Mr. Delacruz, how many shifts are there per

21    day in the kitchen?

22         A.    There is -- there's two shifts -- let me take

23    that back, sorry.   There's three, but we also have a

24    rolling-in shift.   So it's kind of like three shifts, but

25    we'll start -- the 3 o'clock is the first shift with the

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com     206.622.6661 * 800.657.1110  FAX: 206.622.6236

GEO Objections Foundation, FRE 402, 701, 802.

Erwin Delacruz                                      December 2, 2019

Page 60

1   cooks; one will come at 3, one will come in around 3:30,

2   and the next one will come at 5.

3              Q.    And when you say 3:30 --

4              A.    That would be 3:30 in the morning, 3 o'clock in

5   the morning, and then 4:30 in the morning, and then the

6   last one would come in at 5.

7              Then the next shift will come in at 11, two

8   of -- two officer -- two cook officers will come in at 11,

9   and one will come in at 1.  I will also come in at

10  1 o'clock.

11             Then -- then there is a cleanup crew, which is

12  a -- it -- the officer that takes over is from the secure

13  side, and that's at 7.

14             So as we're cleaning up after dinner, then that

15  shift will eventually take over after 8 o'clock, and while

16  the other cooks will leave and detainees from the dinner

17  crew will leave.

18             And then another cleanup crew will show up at 9.

19             Q.    So I want to make sure that I'm tracking this

20  correctly here.

21             We've got a shift where cook supervisors begin

22  coming in at 3 a.m.?

23             A.    At 3, mm-hm, yes.

24             Q.    Do you call that the morning shift?

25             A.    That's the morning shift.

GEO Objections Foundation, FRE 402, 701, 802.

Erwin Delacruz                                    December 2, 2019

Page 61

```
 1         Q.   And then another shift that begins at about 11
 2    a.m.?
 3         A.   Correct.
 4         Q.   Do you call that the lunch shift?
 5         A.   That's really the dinner shift, because the
 6    morning shift has prepped the breakfast and also is serving
 7    the lunch meal.
 8         Q.   All right.  So that's the dinner shift that
 9    begins at 11 a.m.?
10         A.   Correct.
11         Q.   And then the final shift is a cleanup crew?
12         A.   At 7.
13         Q.   All right.  And there are three cook supervisors
14    on --
15         A.   Three --
16         Q.   -- the morning shift?
17         A.   Correct.
18         Q.   Three cook supervisors on the dinner shift?
19         A.   Correct.
20         Q.   And then what about that last shift?
21         A.   That last shift is by a security officer from
22    the secure side, another detention officer from outside of
23    the kitchen comes in at 7, and then we'll have the pass off
24    maybe around 8 o'clock, and then his night crew cleanup
25    will come in at 9.
```

Erwin Delacruz                                      December 2, 2019

GEO Objections Foundation, FRE 402, 701, 802.

Page 62

1        Q.    So then on that final shift, the cleanup crew,
2   there is no cook supervisor?
3        A.    No.
4        Q.    All right, so we've got a sense of the GEO
5   personnel that works each of these shifts; tell me --
6   strike that.
7              Now, what you've just described to me in terms
8   of the three shifts per day, is that the current state of
9   the shifts?
10       A.    That's the current state at this time.
11       Q.    And has that always been the case or the
12  breakdown in the time that you've been at GEO?
13       A.    That's pretty much been the same since -- at one
14  time we had a cook officer staying late to do the -- the
15  late night shift.  That was because we was tasked to do
16  that, and we did it for 12 months, and then they switched
17  it, and we are at our present state now.
18       Q.    But in terms of the number of shifts --
19       A.    Stay the same.
20       Q.    -- it's been three shifts for as long as you can
21  remember?
22       A.    Yes, it's always been that way; two original
23  shifts and then that night cleaning crew shift.
24       Q.    So how many detainee workers currently work the
25  morning shift?

Erwin Delacruz                                    December 2, 2019

                                                         Page 63

1         A.   That could -- that could -- number is constantly

2    changing.  We could go from two to four to six to 12 at the

3    most.  It's because people gets -- they're leaving, and

4    they might work there for three, four months, and then the

5    Tuesday morning they have left.

6         Q.   Well, as best you can remember, tell me how many

7    there are right now on the morning shift.

8         A.   About eight.  Eight for the morning shift, maybe

9    about 12 for lunch shift, and about 20 for the dinner

10   shift.

11        Q.   I'm getting confused on my shift names now.

12        A.   Ah.

13        Q.   So you said 12 on lunch?

14        A.   Twelve, which -- because there's three --

15   there's four detainee shifts.

16        Q.   Okay.

17        A.   There you go.

18             I apologize for that.

19        Q.   All right.  So that lunch -- well, let me -- let

20   me just ask that question.

21        A.   Yeah.

22        Q.   So what you described to me earlier were the --

23        A.   Was all the cooks.

24        Q.   One at a time.

25        A.   I'm sorry.

GEO Objections Foundation, FRE 402, 701, 802.

Erwin Delacruz                                          December 2, 2019

                                                              Page 64

 1        Q.   All right, so what you described to me earlier
 2   about a breakfast, dinner, and cleanup shift, that's as it
 3   relates to GEO personnel; correct?
 4        A.   Correct.
 5        Q.   All right.  How many detainee shifts are there
 6   per day?
 7        A.   There's four.
 8        Q.   And tell me what those are, please.
 9        A.   The first one's the breakfast shift, they start
10   at 4, and they probably can end around 8, 8:30.
11        Q.   Okay, and the next one?
12        A.   The next one will start at 10, and they will end
13   around 2, 2:30, 3 o'clock.
14        Q.   And what you've just described is the lunch
15   shift?
16        A.   That's the lunch shift.
17        Q.   Okay.  And the next one?
18        A.   The next one will be at 4 o'clock, and they
19   should be done by 8, 8:30.
20        Q.   And that's the dinner shift?
21        A.   That's the dinner shift.
22        Q.   And then the final shift is cleanup?
23        A.   Is the cleanup.
24             And dinner is approximately 6 to 9, and they
25   start at 9 o'clock and end at midnight.

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402, 701, 802.

Page 65

1       Q.   All right, so I just want to make sure I've got
2    that right.
3            You've described for me four detainee worker
4    shifts?
5       A.   Mm-hm.
6       Q.   The first one is breakfast; correct?
7       A.   Correct.
8       Q.   The second is lunch; correct?
9       A.   Yes.
10      Q.   The third would be dinner?
11      A.   Correct.
12      Q.   And the final would be the cleanup?
13      A.   Correct.
14      Q.   So let's talk about detainee worker staffing
15   levels on each of those shifts.
16           I understood you to say that there are currently
17   eight detainee workers on the breakfast shift; is that
18   correct?
19      A.   Correct.
20      Q.   Can you remember a time where there were more
21   than eight workers on the breakfast shift?
22      A.   About 25.
23      Q.   Twenty-five would be the highest number that you
24   can recall?
25      A.   Yes.

Erwin Delacruz                                              December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 66

1      Q.    And when was that?

2      A.    2015 through 2016, '17.  Yeah, through 2017.

3      Q.    Do you know an approximate month?

4      A.    No, it just -- it just happens.  People

5      volunteer, people quit, or -- it was because we just didn't

6      get any personnel.

7      Q.    And when you say personnel, you're referring to

8      the detainee workers?

9      A.    Correct, that they didn't voluntarily on time --

10     or they didn't volunteer.

11     Q.    What about the lunch shift, how many detainee

12     workers are currently working the lunch shift?

13     A.    About 12.

14     Q.    And what's the highest number of detainee

15     workers that you can recall working the lunch shift?

16     A.    About 20, 25.  Twenty-five.

17     Q.    And when was that?

18     A.    That was about the same time frame.

19     Q.    And again, you started working at GEO in 2015;

20     correct?

21     A.    Yes.

22     Q.    So 2015 to 2017 you would say was about 25

23     workers?

24     A.    Yes.

25     Q.    And the dinner shift, how many are currently on

Erwin Delacruz

GEO Objections Foundation, FRE 402,
701, 802.

December 2, 2019

Page 67

1    that?

2            A.    About 25.

3            Q.    And what's the highest number of detainee

4    workers that you can recall on the dinner shift?

5            A.    About the same amount, 25.

6            Q.    So that one's been more or less constant?

7            A.    They -- for a while we -- we only had like eight

8    or nine.

9            Q.    And then tell me about the cleanup shift, how

10   many are on that?

11           A.    About eight or nine.

12           Q.    That's --

13           A.    We'll say eight or nine of them.

14           Q.    Currently?

15           A.    Yes, currently.

16           Q.    And again, the highest number of people that you

17   can remember working that shift?

18           A.    That's about -- about what it's always been.

19           Q.    You can take a look at the exhibit if you'd

20   like, Exhibit-302.  I'm on page 5 of 35.  It's the one that

21   bears Bates stamp GEO-Nwauzor 031206, but I had asked you

22   earlier about that paragraph 10, Detainee Workforce, and

23   specifically about that last sentence, the one that

24   references quotas; do you see that?

25           A.    Yes.

Erwin Delacruz                                    December 2, 2019

                                                          Page 68

1          Q.   Do you know what quota refers to in this
2     context?
3          A.   None.  It's just what's the wording is expecting
4     or what he -- what he might think, because it's developed
5     by the FSA or approved by the warden.  I have no -- I don't
6     know what -- what he meant.
7          Q.   FSA, is that Food Service Administrator?
8          A.   Yes.
9          Q.   And that would be Ms. Henderson?
10         A.   Yes.
11         Q.   So based on what you see here, you believe it's
12    either Ms. Henderson or the warden that would set the
13    quota?
14              MS. SCHEFFEY:  Object to form.
15         A.   It's just what they might think, not me.
16         Q.   Do you have any sense of what the quota is right
17    now?
18         A.   No, because people always are coming in and
19    leaving, so it's -- it's not a permanent -- permanent
20    location or -- like it's not really -- it's not a permanent
21    time line because they also are leaving, either being
22    deported or -- or being let -- let free because of bond, or
23    whatever the case may be, medical, or whatever the case may
24    be, that people always are moving around, they're always
25    leaving, coming and going.

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402, 701, 802.

Page 69

1       Q.   Well, Ms. Henderson has been deposed in this

2   lawsuit, and I'll represent to you that she said the quota

3   was about 30 detainee workers per shift; do you have any

4   reason or basis to dispute the quota of about 30 detainee

5   workers a shift?

6       A.   No.  No.

7       Q.   Does that sound about right to you?

8            MS. SCHEFFEY:  And I'm going to object to form

9   and tell you that you only can answer -- you only have to

10  answer if you know.

11       A.   Yeah, and I -- I don't know, because every day

12  is different, and the amount of people that comes in is

13  different because it's a voluntary program.

14       Q.   Now, you had mentioned to me earlier that there

15  was a period, I think you said there was a six-month

16  period, where there were no viable workers; do you recall

17  saying something like that?

18       A.   Yes.

19       Q.   When was that?

20       A.   2017, 2018, somewhere in that time frame.  Like

21  the last three months of 2017 and the first three months of

22  2018.  Anyway, because it's always -- you never know.

23       Q.   And why is it?

24            What's your understanding why there were no

25  viable workers?

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com     206.622.6661 * 800.657.1110  FAX: 206.622.6236

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402, 701, 802.

Page 70

 1        A.    No one volunteered or wanted to work in the
 2   kitchen.

 3        Q.    Do you have any sense of why?

 4        A.    I -- I really don't.  It's if we get them, we
 5   get them.

 6              It's like laundry.  Laundry gets the same
 7   personnel out of the work program as everybody else, so
 8   they -- everybody -- either they -- either the people
 9   volunteer to work there or they don't, but that's -- that's
10   probably what it is, they just didn't want to volunteer.

11        Q.    Well, I'll represent to you that this lawsuit
12   was filed in September 2017; do you think that has anything
13   to do with the drop off or decline in workers --

14              MS. SCHEFFEY:  Object to form.

15        Q.    -- in the kitchen?

16              MS. SCHEFFEY:  Sorry.

17        A.    No, I don't think so.

18        Q.    How can you say that with certainty?

19        A.    Because it's individuals.

20              MS. SCHEFFEY:  Object to form.

21        Q.    And so during the six-month period where there
22   were no viable workers, what did you do to get by?

23        A.    We pulled together and continue to do what we
24   have to do.  Because we have to feed the people that are in
25   there, and that's our objective is to feed the personnel

GEO Objections Foundation, FRE 402,
701, 802.

Erwin Delacruz                                    December 2, 2019

Page 71

1    that are assigned and under our -- under the processing

2    center.

3        Q.    I think you also mentioned something about

4    pulling clerks from other locations; do you recall saying

5    something like that?

6        A.    Yeah, sometimes we'll ask -- we'll ask any

7    clerks in other areas in the staffing if -- could they

8    please or you have time today to come in at 11 or 12 and

9    come and help us serve?

10       Q.    So this is GEO personnel from other

11   departments --

12       A.    Mm-hm.

13       Q.    -- that you're asking to come and help you with

14   kitchen help?

15       A.    Correct.

16            MS. SCHEFFEY:   Object to form.

17       Q.    And why pull those clerks from the other

18   departments?

19            I think the answer's obvious, but I'll ask

20   anyway.

21            MS. SCHEFFEY:   Object to form.

22       A.    It's just to help us serve.

23       Q.    Because you needed the help?

24       A.    Because I -- everybody -- we already have the

25   three -- one cook prepping, and then we have the new shift

GEO Objections Foundation, FRE 402, 701, 802.

Erwin Delacruz                                    December 2, 2019

Page 72

1    that's coming in, one's cooking, one's serving, two of them

2    will watch the line, but we all serving, so now -- we even

3    use all our -- all our -- our entire staff to get the trays

4    set up and -- and delivered to -- throughout the facility.

5          Q.    And this was done because you needed extra help

6    in the kitchen; correct?

7          A.    Yes, we'd ask for other personnel to assist us

8    in serving.

9          Q.    During the six-month period where there were no

10   viable workers in late 2017 or early 2018, did you have to

11   work overtime to get the job done?

12         A.    No, we -- it was pretty much get it all done in

13   a -- in a timely manner.

14         Q.    Did any kitchen personnel have to work overtime

15   to complete the task?

16              MS. SCHEFFEY:  Object to form.

17              And you only need to answer if you know the

18   answer.

19         A.    And I -- I -- yeah, I really don't know that

20   one, because we -- we -- I know I clocked in and clocked

21   out, and I always did an eight-hour job -- eight-hour

22   period.

23              MR. WHITEHEAD:  And Counsel, I'll ask that you

24   not coach the witness.  If --

25              MS. SCHEFFEY:  I'm not coaching.  He stated he

Erwin Delacruz                                    December 2, 2019

Page 73

1   doesn't --

2            MR. WHITEHEAD:  Hold on, we can't speak over

3   each other.

4            Keep your objections to form, but telling a

5   witness not to answer or to answer only if he knows is

6   coaching because this is a deposition and speculation and

7   guessing are 100 percent permitted and permissible.

8            MS. SCHEFFEY:  You cannot ask him to answer

9   questions he doesn't know.  He can answer insofar as he

10  knows the answer to a question.  If it's someone else's

11  state of mind and something else that someone else would

12  have to know, he does not have to answer that.

13           MR. WHITEHEAD:  Well, I will be careful to

14  phrase my questions in a way that do not ask him to guess

15  what's in someone else's head, but certainly his belief

16  about why someone else took a certain action or certain

17  course --

18           MS. SCHEFFEY:  Right.

19           MR. WHITEHEAD:  -- is 100 percent relevant and

20  proper for discovery or during a deposition.

21           MS. SCHEFFEY:  To be clear, the last question

22  was did anyone work overtime?  He's testified today that he

23  does not supervise anyone, so I don't know how he'd have

24  that knowledge, other than was it your belief or that type

25  of a question.

GEO Objections Foundation, FRE 402,
701, 802.

Erwin Delacruz                                December 2, 2019

Page 74

1              MR. WHITEHEAD:  Okay.  No, I certainly don't

2     want to tussle with you on this issue, but asking a

3     question, Did anyone work overtime is a foundational type

4     question, and if his answer is no, then so be it.

5              MS. SCHEFFEY:  Yes.

6         Q.   All right, so you're not aware of anyone working

7     overtime?

8         A.   No.

9         Q.   Who would know?

10        A.   Whoever -- I -- only the person that -- well,

11    really none of them, because we only work -- some of them

12    work ten-hour shifts, and that's part of their -- so they

13    would be complete within ten hours.  Mine is eight hours,

14    and I haven't done any overtime during that period.

15        Q.   Now, we've talked about GEO personnel in the

16    kitchen and detainee workers in the kitchen; is there ICE

17    personnel in the kitchen during any of this?

18        A.   No.

19        Q.   Have you observed ICE playing any role in the

20    direction of detainee workers in the kitchen?

21        A.   No.

22        Q.   I want to talk more about the detainee workers

23    and their role in the kitchen.

24             Can you tell me what the roles are that the

25    detainee workers carry out in the kitchen?

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402, 701, 802.

Page 75

1          A.    Just follow the instructions given to them by

2    the cook supervisors, and accomplish the mission that's --

3    or accomplish the procedures that needs to get done.

4          Q.    Can you tell me what the detainee workers do

5    with respect to food preparation?

6          A.    Is that they're preparing -- they're helping

7    prepare the meal with the cook.

8          Q.    And when you say they help prepare the meal,

9    what does that mean?

10         A.    Getting boxes, or putting in the vegetables in

11   the pot, or -- or as simple as panning up -- prepping items

12   for the next day.

13         Q.    And prepping items for the next day; cutting up

14   ingredients, for example?

15         A.    Mostly it's panning up preformed items onto

16   sheet pans --

17         Q.    And --

18         A.    -- like chicken patties, or fish patties, those

19   type of products.

20         Q.    And that's literally placing the product on the

21   pan?

22         A.    On the sheet pans, correct.

23         Q.    Okay, so getting boxes, putting vegetables in

24   the pan, panning up --

25         A.    Yes.

SEATTLE DEPOSITION REPORTERS, LLC

Erwin Delacruz                                            December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 76

```
 1          Q.    -- what else do the detainee workers do with
 2   respect to preparing the meals?
 3          A.    Accumulating -- or help in the dry storage room,
 4   placing the items that is needed with the cook onto the
 5   carts so they can bring it all out.  Or even in the
 6   freezer, pulling stock out of the freezer, and putting them
 7   on carts, and bringing them into the cooking area.
 8          Q.    What else?
 9                And again, I'm limiting this question only to
10   food preparation.
11          A.    Mm-hm.
12                Preparing sandwiches.
13          Q.    Again, just to get into the details, I mean, are
14   we talking about putting the deli meat between the bread?
15          A.    The bread, putting the meat on, the cheese, and
16   preparing sack lunches with the cup, and the juice packet,
17   and the fruit, and wrapping them together.
18          Q.    What else?
19          A.    Just the cooking area?
20          Q.    Yes, just -- just food preparation.
21          A.    And that's about -- that's about covers it.
22                And of course -- of course panning them up after
23   the food is all done, and getting them into four-inch,
24   six-inch pans, hotel pans, and putting -- placing them in
25   the warmer.
```

Erwin Delacruz                                            December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 77

```
1        Q.    Do the detainee workers ever cook food on the
2   stovetop?
3        A.    Might be scrambled eggs.
4        Q.    So the answer would be yes?
5        A.    Yes.
6        Q.    Do the detainee workers place food in the oven?
7        A.    Yes.
8        Q.    Do the detainee workers stir food that is in
9   pots or pans?
10       A.    That are in the pots, yes, with supervision.
11       Q.    You mentioned eggs; do the detainee workers also
12  cook hash browns?
13       A.    No.
14       Q.    All right, so we talked about food preparation;
15  is there any aspect of food preparation that we've missed?
16       A.    No, that covers it.
17       Q.    What about food service, can you tell me what
18  aspects of food service that the detainee workers carry
19  out?
20       A.    When it comes to serving of the meal, each one
21  is placed to a particular item, and given a serving
22  utensil, and then served this portion or this amount for
23  this tray.  So as the trays that are coming down, if
24  they're -- depending if it's vegetarian, or diet frail, or
25  a regular tray.  So let's take regular tray, every regular
```

Erwin Delacruz

GEO Objections Foundation, FRE 402, 701, 802.

December 2, 2019

Page 78

1    tray that comes down, put this product in this slot, and we

2    show them a preset tray so they can see where does it go,

3    and this particular item, let's take beans, beans will go

4    into the bottom left-hand corner, and that's when every

5    times when he sees that tray, which is a regular tray, and

6    then that's where we place the amount that was told to him

7    into that tray.

8         Q.   I don't mean to bounce around, but I'd like to

9    go back to food preparation for a moment.

10        A.   Mm-hm.

11        Q.   You gave me a list of all the aspects in which

12   the detainee workers assist with food preparation.

13             You mentioned getting boxes; do you remember

14   that?

15        A.   Yes.

16        Q.   Putting vegetables in pots or pans; is that

17   correct?

18        A.   Mm-hm.  Yes.

19        Q.   Panning up?

20        A.   Yes.

21        Q.   Taking food out of storage and putting it on the

22   carts to be cooked?

23        A.   Yes.

24        Q.   Preparing sandwiches?

25        A.   Yes.

Erwin Delacruz                                          December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 79

1      Q.   Panning up after the food is done?

2      A.   Correct.

3      Q.   You mentioned that they cook food on the

4  stovetop, and scrambled eggs was your specific example?

5      A.   Yes.

6      Q.   That they put food in the oven and take food out

7  of the oven?

8      A.   Yes.

9      Q.   Now, in those various tasks, do -- strike that.

10          In those various tasks, does GEO direct the

11  workers in performing the job to be done?

12      A.   Yes, there's always a cook supervisor that's

13  above them to -- making sure that everything gets done, and

14  also the cook's helping out at the same time.

15      Q.   Do the detainee workers have discretion to

16  change the menu?

17      A.   No.

18      Q.   Do detainee workers that come to the kitchen

19  with prior experience as cooks get paid more for having

20  more skill?

21      A.   No.

22      Q.   Does GEO provide the equipment necessary for the

23  food preparation?

24      A.   Yes.

25      Q.   Could the detainee workers carry out food

Erwin Delacruz                                          December 2, 2019

GEO Objections Foundation, FRE 402, 701, 802.

Page 80

1    preparation in some other part of the Northwest Detention

2    Center if they wanted to?

3         A.   No.

4         Q.   Say peel potatoes in the yard or something?

5         A.   No.

6         Q.   Could the detainee workers perform this food

7    preparation outside of the Northwest Detention Center?

8         A.   No.

9         Q.   Okay.  So back to food service.

10             You were talking about essentially plating the

11   meals --

12        A.   Mm-hm.  Yes.

13        Q.   -- is that fair to say?

14        A.   Yes.

15        Q.   Okay.  So in addition to plating the meals, what

16   else do the detainee workers do with respect to food

17   service?

18        A.   Then they load the -- the trays onto the carts

19   to -- to -- for them to get picked up by the -- the pod

20   sends out a team to come and retrieve the cart with the

21   food on it, and it's locked up prior to it leaving our

22   facility -- our food service facility to the -- to their

23   pod.

24        Q.   Okay.

25        A.   So all the meals are on it, and we verify it.

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 81

1    Our officers -- the desk officer will verify that the

2    number is correct.  If there's 68 trays on that cart, then

3    68, how many are a different -- like the FH tray or

4    vegetarian trays, and it's the total 68, and he counts all

5    the vegetarians, counts all -- and then the rest are all

6    regulars.

7          Q.   What else?

8               Again, as it relates --

9          A.   Right.

10         Q.   -- to food service?

11         A.   The detainees will help in getting the products

12   from the warmer, and bringing them to the hot line, and

13   swapping the pans out.

14         Q.   What else?

15         A.   Then it's -- then all the pans that were used

16   are being at the same time taken back to the sanitation

17   area for them to get washed and cleaned.

18         Q.   Anything else as it relates to food service that

19   the detainee workers do?

20         A.   And then, of course, putting away rations and

21   rotating.

22         Q.   Can you think of anything else?

23         A.   Besides the sanitation, the other aspect is when

24   the trays come back, and get washed, and --

25         Q.   Well, I'll ask you some questions --

Erwin Delacruz

GEO Objections Foundation, FRE 402, 701, 802.

December 2, 2019

Page 82

1      A.    Yeah.

2      Q.    -- about cleaning in a moment.

3      A.    Yeah.

4      Q.    So if I understand you correctly, as it relates

5   to food service, we're talking about serving and plating

6   the meals --

7      A.    Mm-hm.

8      Q.    -- correct?

9      A.    Correct.

10      Q.    We're talking about loading trays onto carts and

11   getting the carts back; correct?

12      A.    Correct.

13      Q.    We're talking about counting the meals to make

14   sure we've got the appropriate number of meals, whatever

15   the dietary --

16      A.    Dietary --

17      Q.    -- restrictions maybe?

18      A.    Correct.

19      Q.    We're talking about getting products from the

20   warmers and swapping out food?

21      A.    Right, bringing them onto the serving line, yes.

22      Q.    We're talking about taking trays back for

23   sanitation?

24      A.    Mm-hm.  Yes.

25      Q.    And putting away the rations?

GEO Objections Foundation, FRE 402,
701, 802.

Erwin Delacruz                                    December 2, 2019

Page 83

1      A.    Yes.

2      Q.    Now, in carrying out each of these tasks, is GEO

3   directing the work of the detainee workers?

4            MS. SCHEFFEY:   Object to form.

5      A.    The cook staff is supervising them during this

6   time.

7      Q.    This is GEO; correct?

8      A.    Yes.  Yes, it's GEO.

9      Q.    Now, in serving the meals, could a detainee

10   worker decide to give detainees extra portions of food?

11      A.    That's why we're on the line, ensuring that --

12   that no -- the amount that is given, that's the amount that

13   should be given to all.

14      Q.    And when you say "we," you mean that GEO is

15   supervising the detainee workers to make sure that the

16   serving is done correctly?

17      A.    Because we follow a guideline from our staff,

18   which is the menu plan, and if it says one cup, one cup

19   is -- it's a dietary allowance for the day, and one -- and

20   just for the instance, breakfast, four ounces, or three

21   ounces, or six ounces, then that's what is given and what

22   we prepare for.  And it's -- and that way everyone gets the

23   same throughout the facility, no matter if he's Alpha pod,

24   Bravo pod, or even Delta or Fox, they get the same amount,

25   and we discourage that they not do that, but we're always

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 84

1    watching them, so we continue to monitor throughout the

2    feeding time.

3         Q.    So you're agreeing with me then that GEO

4    supervises the detainee workers to make sure that the food

5    service is done correctly?

6              MS. SCHEFFEY:  Object to form.

7         A.    Yes, we're trying to make sure that we hold up

8    our policies.

9         Q.    And again, there's no opportunity for a detainee

10   worker to make more money if they were extremely efficient

11   and the best server in the world?

12             MS. SCHEFFEY:  Object to form.

13        A.    It's totally a voluntary mission -- or job, and

14   it -- it just helps them to come in and help us.  It's just

15   part of the voluntary program.

16        Q.    I certainly understand that, but I mean, to my

17   question specifically, are you aware of an opportunity for

18   the food servers to make more money if they work more

19   efficiently?

20        A.    Not really.  No.

21        Q.    And GEO provides all of the equipment necessary

22   to do the food service; correct?

23        A.    Correct.

24        Q.    Detainee workers, for example, couldn't use some

25   nonauthorized serving utensils?

Erwin Delacruz                                              December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 85

 1        A.    No.

 2        Q.    All right, let's talk about food storage.

 3              Can you tell me what role, if any, the detainee

 4    workers carry out with respect to food storage?

 5        A.    During that time, or any given day, there is

 6    probably eight, maybe ten, 12 pallets that was delivered

 7    from one vehicle, and I pull them through the corridor, and

 8    then we -- as I going through them, we -- we rotate the

 9    stock by pulling all the older stuff to the front and

10    putting all the one that came in second, because we date

11    everything that comes in, and we respect the date and when

12    their shelf life.  We'll just say vegetables, and carrots,

13    potatoes, fruits, apples, oranges, a pretty basic setup,

14    bring the pallets in, bring in the one item, the one

15    particular item in first, or it might be 30 cases of

16    apples, bring them in, put them behind the one that's

17    already -- already in there, and -- or we slide the one

18    that's already in there to the front, and then we load it

19    through the back.

20        Q.    And the -- the dating, do the detainee workers

21    date the food?

22        A.    We -- I do, or I give them a pen and just -- I

23    just tell them line them all up, and then we're going to

24    date everything, and we both do it.  We do it as a team.

25        Q.    All right, so there's unloading the pallets, and

GEO Objections Foundation, FRE 402,
701, 802.

Erwin Delacruz                                                December 2, 2019

Page 86

1    putting the food into storage, and all that goes with that;

2    is there anything else with respect to food storage that

3    the detainee workers do?

4         A.   Just help me push the pallets in when I -- when

5    I get them through the door.  A lot of times I was by

6    myself doing it, because there wasn't enough detainees, so

7    we -- I put them -- I let the cook supervisors maintain

8    them, and I'll bring it in by myself.

9         Q.   Now, with the food storage, could the detainee

10   workers push the pallets and store the food somewhere other

11   than where you've directed them to?

12        A.   No, it's gotta be in a particular refrigerator,

13   or to the dry room, or to the freezer.

14        Q.   And pallets, are we talking about then hand

15   trucks to move the pallets?

16        A.   Yes.

17        Q.   And I take it GEO provides that equipment?

18        A.   Correct.

19        Q.   Do detainee workers get paid more if they are

20   fast and efficient in moving the pallets around?

21        A.   No.

22        Q.   Let's talk about cleaning.

23             Can you tell me what roles the detainee workers

24   play in cleaning the kitchens?

25        A.   After the last cart goes out, then they take a

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 87

1   break for them to eat.   Then when they're finished eating,

2   and then we start our cleanup.   And we try to break them

3   down into two groups, one in the kitchen and one in the

4   sanitation area to receive the trays that are coming out

5   from the pods, so they can get that started.   And then

6   where the serving line is, that they can go ahead and start

7   sweeping, mopping, and cleaning out all the warmers, and

8   the tables, empty the trash that's inside the serving area.

9          And then all the -- sanitation side, all the

10  pans that we used, all the pots that were used are

11  constantly being cleaned, so by the time when the trays

12  come, it's just mostly the trays, and then the four-inch

13  pans and the six-inch pans will get washed, and then they

14  go through the dishwasher, and then everything's put back

15  onto the racks to air dry, and then the trays are loaded

16  onto tray racks so they can air try for the next meal.

17          Q.   And what you've just described, these are all

18  tasks that the detainee workers carry out?

19          A.   Correct.

20          Q.   Is there anything else with respect to cleaning

21  that the detainee workers carry out?

22          A.   And then sweeping, mopping out the floors,

23  cleaning out the drains, because food particles will go

24  down through the drain, and we don't want to clog them up,

25  and we con -- we do that every day.

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com      206.622.6661 * 800.657.1110  FAX: 206.622.6236

GEO Objections Foundation, FRE 402,
701, 802.

Erwin Delacruz                                           December 2, 2019

Page 88

 1        Q.    Now, as it relates to cleaning, does GEO provide
 2    all of the cleaning equipment and products needed?
 3        A.    Yes.
 4        Q.    Could detainee workers clean in some way other
 5    than what's been authorized or directed by GEO?
 6        A.    No.
 7        Q.    Say, for example, if a detainee had some great
 8    home remedy for, you know, getting out grease stains, could
 9    they deviate from what GEO has directed?
10        A.    No, they cannot bring any -- they -- there's
11    no -- no.  We -- they only use our products, what we
12    supply.
13        Q.    And I take it that this all corresponds with
14    what we were talking about earlier, about the importance of
15    sanitization in the kitchen --
16        A.    Correct.
17        Q.    -- in that that's part of the reason why
18    cleaning is important and that it must be done in the way
19    that GEO has directed; correct?
20             MS. SCHEFFEY:  Object to form.
21        A.    Correct.
22        Q.    All right, so we talked about food preparation,
23    food service, food storage, and cleaning; are there any
24    other big buckets of work that we're missing that the
25    detainee workers do in the kitchen?

Erwin Delacruz                                        December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 89

1        A.    No, that's about it.

2        Q.    All right, so if the detainee workers didn't

3   carry out all of these tasks that you just described for

4   me, would it than fall on GEO staff to do these jobs?

5        A.    Yes.

6        Q.    And it's your testimony that GEO staff could

7   carry out all of those functions and execute the mission,

8   as you call it, in a timely fashion even without the help

9   of detainee workers?

10            MS. SCHEFFEY:   Object to form.

11       A.    Correct.

12       Q.    Is it at least fair to say though that the

13  detainee workers are an important part of the kitchen

14  operation?

15            MS. SCHEFFEY:   Object to form.

16       A.    No.

17       Q.    Well, what would you say?

18       A.    If we get them -- it's a voluntary program.  If

19  we get the detainees -- if they volunteer to work there,

20  then that's fine.  If they don't, then -- then it falls on

21  us.

22       Q.    How many meals does GEO serve a day?

23       A.    Three.

24       Q.    In terms of actual plates or trays of food?

25       A.    Trays, three, breakfast, lunch, and dinner.

Erwin Delacruz                                    December 2, 2019

Page 90

1            (Exhibit-303 marked.)

2            THE COURT REPORTER:  This is Exhibit-303.

3       Q.   You've just been handed Exhibit-303, a document

4   on its face says Food Cost Summary.

5            What are we looking at here?

6       A.   This is a weekly -- let's say from December 1st

7   through the 7th, that's how many personnel that we fed

8   through the week, how much food usage that we used, or how

9   much food we cooked, what our inventory was at the time,

10  how much we purchased, what we began our inventory with,

11  and the total meals for that week, and then how much staff

12  we fed for that week.

13      Q.   So this is just a record then of the --

14  basically data for food service for the month of December

15  2015?

16           MS. SCHEFFEY:  Object to form.

17      A.   Yes, for that month.

18      Q.   Is that your signature that we see there next to

19  your name printed under the Food Service Manager line?

20      A.   No, that's Ms. Henderson.

21      Q.   Actually, we see two signatures there.

22      A.   The other one is the assistant warden.

23      Q.   Have you signed forms like this in the past?

24      A.   Yes, while the manager is not available.

25      Q.   So when it says "Inmate" in the second column

GEO Objections Foundation, FRE 402, 701, 802.

Erwin Delacruz                                    December 2, 2019

Page 91

1     there, that's the total number of meals served?

2          A.   Yes, 34,020 -- now, that could be the -- because

3     this is an older form, that could be the population

4     estimate for that week.

5          Q.   And actually, yeah, I see a third column there

6     that says "Total Meals."

7          A.   Total meals is actual what we fed, because the

8     inmate population changes every week of the amount of

9     personnel that are -- that are present, because people get

10    deported, or moved on, or get released, then a new group

11    might show up.  Every week there's always a rotation, you

12    know, of people coming in.  And this is -- when we get the

13    Total Meals, that's how many meals we actually served,

14    34,444.

15         Q.   And the Northwest Detention Center is a -- it's

16    a 1,500 bed or so facility; is that correct?

17              MS. SCHEFFEY:  Object to form.

18         A.   It could -- it could -- yes.

19         Q.   The column there that says "Payroll," what does

20    that refer to?

21         A.   Payroll is for that one week, how much -- all

22    the cooks that work there, how much money was spent for

23    their payroll for that week.

24         Q.   So that doesn't refer to detainee workers --

25         A.   No.

Erwin Delacruz                                December 2, 2019

Page 92

```
 1        Q.   -- that's GEO personnel?

 2        A.   That's just GEO personnel.

 3        Q.   Do you play any role in determining the staffing

 4   levels for detainee workers in the kitchen?

 5        A.   No.  No.

 6        Q.   That's all Ms. Henderson, or the warden, or

 7   someone else?

 8        A.   That's --

 9             MS. SCHEFFEY:  Object to form.

10        A.   It's a voluntary program.  I can't -- I don't --

11   if they -- again, if they volunteer, then that's how many

12   more people we can get, and that's how many people show up.

13        Q.   Well, my question isn't -- my question's a

14   little different.

15        A.   Oh.

16        Q.   I mean, do you play any role in --

17        A.   No.

18        Q.   -- you know, reviewing the kites or the requests

19   from people to work in the kitchen and deciding that we'll

20   take eight versus 12 versus 25?

21             MS. SCHEFFEY:  Object to form.

22        A.   No, they -- they'll send it to the work program,

23   and -- and once it goes to the work program, it's the work

24   program that decides to what shift they want, if -- because

25   the -- because now it's all computerized, so it goes
```

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 93

1    straight to the workforce program.

2         Q.    Are any aspects of GEO's food service at the

3    Northwest Detention Center outsourced to third parties?

4         A.    No.

5         Q.    How much are detainee workers paid for each

6    shift?

7         A.    A dollar, and they only can work one shift.

8         Q.    Do you know whether there's anything that

9    prevents GEO from paying detainee workers more?

10        A.    I don't set that policy.  No, I do not know.

11        Q.    Are you aware of any detainee workers receiving

12   more than a dollar a day?

13        A.    No.

14                    (Exhibit-304 marked.)

15             THE COURT REPORTER:  This is Exhibit-304.

16        Q.    You've just been handed Exhibit-304, which is a

17   collection of detainee job descriptions for the kitchen

18   work area.

19             Have you seen these job descriptions before?

20        A.    Yes, they're in our packet.

21        Q.    And when you say "packet," what are you

22   referring to?

23        A.    Prior to them working, we -- we have them fill

24   out initial -- a packet that -- that they understand what's

25   going -- what's happening in cleaning up, and sanitizing,

Erwin Delacruz                                    December 2, 2019

                                                           Page 94

1    and working inside the kitchen.

2          Q.    Let's take a look at the first one, the Detainee

3    Job Description, job title is cook.

4                Are you with me there, on the first page?

5          A.    Yes.

6          Q.    That last section there says "Termination."

7                What does that refer to?

8          A.    It could be because he was caught stealing or --

9    or was being disruptive inside the kitchen to coercing

10   other personnel, fighting, not following safety procedures.

11   But at the same time, we try to eliminate it by not letting

12   them get that far.  Tell them to stop what -- you know,

13   observe what you're doing, and -- because there's always a

14   supervisor all over them.  And then horseplay, misconduct

15   is the same thing.

16         Q.    Well, isn't what we're looking here under this

17   heading called Termination, the reasons for which a

18   detainee worker could be fired from their job in the

19   kitchen?

20         A.    Yes.

21               MS. SCHEFFEY:  Object to form.

22         Q.    And you'd agree that failure to follow safety

23   procedures is grounds for termination?

24               MS. SCHEFFEY:  Object to form.

25         Q.    Correct?

GEO Objections Foundation, FRE 402, 701, 802.

Erwin Delacruz                                              December 2, 2019

Page 95

1          A.    To an extent.  If -- what kind of safety did

2     they -- what kind of safety procedure that they missed or

3     didn't do.

4          Q.    And certainly, you know, I think that's a fair

5     distinction --

6          A.    Yeah.

7          Q.    -- between minor and major violations.

8          A.    Correct.

9                I mean, if he accidentally did it, don't -- just

10    stop, and then we'll correct them, and then we can go on

11    from there.  And then a lot of times because they never

12    worked in a kitchen before.

13         Q.    But you'd agree though that just generally

14    speaking, failure to follow the safety procedures could

15    lead to termination?

16         A.    Could, yes.

17         Q.    And the same is true of failure to follow

18    supervisor's instructions, that it could lead to

19    termination?

20         A.    Could, yes.

21         Q.    The same is true of unexcused absenteeism, that

22    that could lead to detainee worker termination?

23         A.    Yes.

24         Q.    Same thing for misconduct, horseplay, et cetera,

25    that it could lead to termination?

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

Page 96

```
 1              A.   Correct.

 2              Q.   And certainly theft, that could lead to

 3    termination?

 4              A.   Mm-hm.  Yes.

 5              Q.   And finally, unsatisfactory work performance?

 6              A.   Correct.

 7              Q.   And as I look at the other job descriptions here

 8    for dishwasher, food prep, kitchen light duty, kitchen line

 9    backup, kitchen line server --

10              A.   Mm-hm.

11              Q.   -- kitchen pots and pans, kitchen storeroom

12    puller, kitchen utility --

13              A.   Yes.

14              Q.   -- they all repeat those same six grounds for

15    termination?

16              MS. SCHEFFEY:  Object to form.

17              A.   Yes.

18              Q.   Now, each of these job descriptions also list

19    specific work duties.

20              A.   Yes.

21              Q.   And we can certainly look at them individually,

22    but I just want to talk in general.

23              A.   Mm-hm.

24              Q.   GEO's expectation is that the detainee workers

25    carry out the specific work duties mentioned in each of
```

Erwin Delacruz

GEO Objections Foundation, FRE 402, 701, 802.

December 2, 2019

Page 97

1      these job descriptions; correct?

2              MS. SCHEFFEY:  Object to form.

3          A.   Yes.

4          Q.   And it's true that the detainee workers are not

5      paid extra if they are exemplary performers in their job;

6      correct?

7              MS. SCHEFFEY:  Object to form.

8          A.   Correct.

9          Q.   And the detainee workers have no discretion in

10     carrying out the various job duties listed here on these

11     job descriptions; correct?

12             MS. SCHEFFEY:  Object to form.

13         A.   Correct.

14         Q.   And GEO provides the training necessary for the

15     detainee workers to carry out each of their specific work

16     duties; correct?

17         A.   Well, under --

18             MS. SCHEFFEY:  Object to form.

19         A.   -- under supervision, yes.

20         Q.   And GEO provides -- I think I may have already

21     asked, but GEO provides all of the equipment necessary;

22     correct?

23         A.   Yeah.

24             MS. SCHEFFEY:  Object to form.

25         A.   Correct.

Erwin Delacruz                                      December 2, 2019

Page 98

1        Q.    Did I already ask?

2        A.    Yeah.   That's okay.

3        Q.    It's tough.

4              Can you tell me about a time that you fired a

5        kitchen detainee worker?

6        A.    I don't fire them.   A lot of times they just

7        don't show up for work, and they voluntarily -- they

8        voluntarily don't want to work.   They voluntarily don't

9        want to work.

10             Now, there's another time when there was

11       misconduct, when the horseplay would turn into almost a

12       fight, so you have to break them up, and they're going to

13       get sent back.   You don't need a fight in the kitchen.   So

14       I immediately jumped in and said, Okay, stop.   You go --

15       you're going back to your pod right now.

16       Q.    And this is you personally breaking up a fight?

17       A.    They -- they were ready to go to -- they were

18       ready to go to that moment.   The best thing is to stop it

19       immediately because you're stopping the whole operation.   I

20       got 45 seconds in my thing too.   If I don't get the line

21       going, then -- then it gives time for them to think.   No,

22       there's no time to think; move them, get them out of the

23       way, get another officer to take them, get -- there's other

24       security officers at the door ready to pull the carts and

25       bring in other detainees from other pods, and the best

Erwin Delacruz                                    December 2, 2019

Page 99

1    thing is to get them out of there, and suit them back out,

2    and send them off.  And they'll either get back to their

3    pods, and then -- then, of course, we fill out our

4    incidents reports, and then drive on.

5         Q.   Now, in that scenario then, would that kitchen

6    detainee worker be welcome or eligible to work in the

7    kitchen again?

8              MS. SCHEFFEY:  Object to form.

9         A.   That would be up to the secure side.  Once the

10   incident reports are filled out, it's out of my hands at

11   that moment.

12        Q.   Do you fill out an incident report or make a

13   recommendation?

14        A.   I only fill out the incident report of what

15   happened, then they are judged by -- once the incident

16   report goes back to the lieutenant's office, and then the

17   judicial portion will take over.

18             MR. WHITEHEAD:  Let's go off the record.

19             THE VIDEOGRAPHER:  We're now going off the

20   record.  The time is 11:58 a.m.

21                  (Lunch recess at 11:58 a.m.)

22

23

24

25

Erwin Delacruz                                    December 2, 2019

                                                        Page 100

     1            Fircrest, Washington; Monday, December 2, 2019

     2                         12:46 p.m.

     3            -------------------------

     4            THE VIDEOGRAPHER:  We're now back on the record.

     5    The time is 12:46 p.m.

     6                    E-X-A-M-I-N-A-T-I-O-N (Resumed)

     7    BY MR. WHITEHEAD:

     8            Q.    Mr. Delacruz, who sets the detainee workers'

     9    schedules in the kitchen?

    10            A.    Detainees choose what shift they want to be on.

    11            Q.    Well, is there anyone at GEO, any GEO personnel

    12    though that decides what shifts detainee workers should be

    13    on?

    14            A.    No, they kind of -- they -- they -- they more or

    15    less ask in their work program, they ask which shift that

    16    they want, either morning, or afternoon, or late evening.

    17    They might need to go see their lawyers in the afternoon,

    18    so they pick a morning shift, or you know, whatever, if

    19    they have to go to court, or whatever, or get their things

    20    done and go to law office in the afternoon and must

    21    leave -- and do their work in the morning, and that's why

    22    they choose what shift they want to be on.

    23            Q.    And how is it that you came to that

    24    understanding about the detainee workers get to choose?

    25            A.    That's kind of like if I was applying for a job,

Erwin Delacruz                                              December 2, 2019

GEO Objections Foundation, FRE 402,
701, 802.

                                                                  Page 101

1    I would say I wouldn't want -- I would want to work a p.m.

2    shift or -- because it's on their screen if you -- I guess

3    on their screen that they would choose, when they go

4    through the voluntary program --

5           Q.   Well --

6           A.   -- work a.m., p.m., or swing -- or the -- either

7    breakfast, lunch, or dinner, or the late shift.

8           Q.   Well, what happens if everyone volunteers for

9    the morning shift?  Does GEO have discretion to say hey,

10   morning shift is closed, but we've got lunch, and dinner,

11   and cleanup --

12          A.   Then --

13          Q.   -- available?

14          A.   Then if they want to switch, then that's fine,

15   but they would be probably asked through the work program.

16   I have no clue -- I don't have no say in -- in telling

17   them, because they're in -- they're in the pod, so

18   they're -- they're looking out and -- and asking, Can I

19   switch shifts, or -- or days off, or even -- it's from the

20   work program they would ask, maybe ask them, I wouldn't.

21          Q.   And when you say work program, are you referring

22   to anyone in particular?

23          A.   The -- that's the work program administrator.

24          Q.   Is this --

25          A.   It's another --

Erwin Delacruz

GEO Objections Foundation, FRE 402,
701, 802.

December 2, 2019

Page 102

1          Q.      -- Alisha Singleton?

2          A.      Yes.

3          Q.      And does -- do you know a Michael Heye?

4          A.      He might have taken over or -- or switched,

5     because I don't -- I'm always -- I come in the afternoons

6     on my workdays, so every -- I come in at 1, so I know swing

7     shift.  So I'm too busy off-loading rations, so I wouldn't

8     know what happens during the early morning when they're

9     there.

10         Q.      Is GEO paying you right now to be here?

11         A.      Not that I you know of.

12         Q.      Oh, that's a shame.

13         A.      Yeah.

14                 I haven't clocked in.

15         Q.      So is it your understanding then that the

16    classification officer has the authority to decide the

17    schedule?

18         A.      I -- I really don't know.  I don't know.

19         Q.      Do the detainee kitchen workers work seven days

20    a week?

21         A.      They can choose if they want a day off, and they

22    always request it, usually in their -- in their original

23    request, and then sometimes they don't.

24         Q.      Are you able to say generally how many days a

25    week that, you know, the average detainee kitchen worker

Erwin Delacruz                                    December 2, 2019

Page 103

1    would week -- or would work?

2         A.   It's usually written in -- I -- I think it's

3    written in there it's seven days a week.

4         Q.   Is there a time clock for detainee workers to

5    punch in and out of?

6         A.   No, they -- when they in-process through the

7    security officer or the desk officer, that's -- that means

8    they're physically there, and then we turn in the -- like a

9    time sheet to the lieutenant's office, and that's forwarded

10   to the work program so they know that they're there.

11        Q.   Okay.  And the desk officer, I've heard you

12   mention that title a few times, is there a desk officer

13   stationed in the kitchen, or is it someone in the pods?

14        A.   It's another cook officer because there's three

15   on each shift; so one cooking, one prepping, and one is a

16   desk officer, or you can call him pod officer.

17        Q.   All right.  So it's one cook supervisor

18   supervising the cook?

19        A.   Mm-hm.

20        Q.   One cook supervisor supervising the food

21   preparation?

22        A.   Right.

23        Q.   And then the third --

24        A.   And the -- and the -- and the serving.

25        Q.   And the serving?

Erwin Delacruz                                    December 2, 2019

Page 104

1        A.    And then the third officer is on the desk.

2        Q.    And is it the case that he or she is literally

3   seated at a desk?

4        A.    No, he's roaming -- he's doing his security

5   checks like he's supposed to, and then -- and prepping some

6   items at his desk at the same time, and overlooking the

7   detainees in the sanitation area.

8        Q.    How long is the detainee morning shift?

9        A.    From 4 to 8.

10        Q.    And is it the case that a detainee worker

11   assigned to that shift would work 4 to 8?

12        A.    Sometimes if there's an IMS or anything, an

13   emergency within, it shuts down, so he can't leave.  That

14   would be probably maybe the extreme that they have to stay

15   in the kitchen a little bit longer.

16        Q.    But as a general rule, the detainee workers

17   would work the length of the shift, in the case of the

18   morning, 4 a.m. to 8 a.m.?

19             MS. SCHEFFEY:  Object to form.

20        A.    It varies.  It could be 4 to 8, but then if --

21   if they didn't get -- they needed to get a few more things

22   done, and then it might go a little over, but that's about

23   all.  Maybe the trash, we need to dump the trash or

24   something, it could be anything, or even there was an IMS

25   during feeding, and it shut down the facility altogether

GEO Objections Foundation, FRE 402, 701, 802.

Erwin Delacruz                                        December 2, 2019

Page 105

 1    until the IMS is lifted, and then we can pan up trays

 2    again, and those are incidences that are -- it could go --

 3    it could go overtime, it could go over that limit.  But

 4    then at that point, we just stop working.  There's IMS on

 5    the floor, stop working, sit down, wait.  And then as soon

 6    as when the IMS lifted, okay, now we can start building

 7    trays again.

 8           Q.   What is IMS?

 9           A.   It's an emergency.  Maybe there might be a fight

10    in a pod, and all RNs within the facility go to that pod to

11    assist the pod officer in breaking up the fight, or -- or

12    even a medical emergency, and so medical personnel can get

13    there without -- without people in the way.

14           Q.   So if I'm understanding you correctly, then

15    morning shift detainee kitchen workers work four hours, but

16    maybe a little bit longer if something like an IMS lockdown

17    occurs or if there's additional work that needs to be done?

18                MS. SCHEFFEY:  Object to form.

19           A.   It can, it can, and it happens now and then, but

20    not every day.

21           Q.   So then usually four hours?

22           A.   Yeah, usual it's four hours.

23           Q.   For the morning shift?

24           A.   And all the other shifts.

25           Q.   All right.  So the lunch shift is four hours as

GEO Objections Foundation, FRE 402,
701, 802.

Erwin Delacruz                                    December 2, 2019

                                                            Page 106

1    well, except for the exceptions that you were talking

2    about?

3              A.    Right.

4                    And then that's the -- we try to maintain that.

5    There's always something -- always something going on.

6              Q.    And the dinner shift is four hours?

7              A.    Correct.

8              Q.    And then cleanup shift is four hours as well?

9              A.    Correct.

10                   And they -- apparently the -- the late crew

11   is -- because it's a smaller crew, there is a count at

12   11:30, so they usually stay there and do the count, and

13   then as soon as the count's done, then they go set back, so

14   they do about four hours.

15             Q.    What does GEO do to make sure that it isn't

16   understaffed as far as kitchen detainee workers go?

17             A.    That are understaffed?

18             Q.    To make sure that you're not understaffed?

19             A.    I don't -- I don't know.

20             Q.    Is that something that you all ever discuss,

21   that hey, we're understaffed right now as far as detainee

22   workers go?

23                   MS. SCHEFFEY:  Object to form.

24             A.    No.

25                   We usually handle it.  If we have to handle it,

Erwin Delacruz                                      December 2, 2019

Page 107

1    we handle it, we just do it.

2         Q.   Does GEO have a plan in place if there are work

3    stoppages in the kitchen?

4         A.   Yes, and we know that we just continue to drive

5    on.  We -- in a cook's life, we -- no matter what, we're

6    going to get the job done.

7         Q.   As best you can, tell me what the plan is.

8         A.   Is if there's a lockdown or any kind of

9    situation, if it's -- we call on the other cooks that might

10   be off, and if they're available to come in, and if they're

11   not, we're going to just continue to got the meal out so we

12   can feed the people that are there.

13        Q.   Is it the case that detainee workers can only

14   work at their assigned times in the kitchen?

15        A.   They choose their time, so there would be

16   just -- they -- once they're finished with their period,

17   then they're sent back.

18        Q.   Okay.  So if I understand you correctly, you

19   believe that it's the detainee workers that say when they

20   want to work; correct?

21        A.   Either breakfast, lunch, dinner, or late shift.

22        Q.   And then GEO, someone in the classification unit

23   makes a determination about when that worker is scheduled;

24   is that correct?

25        A.   To which one that they had chosen, if he wanted

Erwin Delacruz                                    December 2, 2019

                                                       Page 108

 1    to work morning or afternoon.

 2         Q.    And then once that schedule is set, can a worker

 3    then just voluntarily, without filling out a form or

 4    talking to anyone, work a different shift?

 5         A.    He would have to fill out a form to let us know

 6    or let us -- to let us know that he wants to switch shifts.

 7    He can't just change shifts because people are moving and

 8    being accountable throughout the day.  So all of a sudden

 9    he's in the -- what's he doing in the kitchen?  Not

10    supposed to be in the kitchen.  And then now we gotta go

11    face to face, which is a card to face during -- to make the

12    count correct, and then to make sure that the people that

13    you have are who you have, because he can't just mosey

14    around the facility.

15             So the best thing is to -- he puts in his

16    request to change, or he asks us, Could I change my shift?

17    Okay, let's go into the work program, go ahead and fill out

18    the forms, and send it in, and -- and then in a week, he

19    probably will -- can shift and change to either the

20    breakfast to lunch, or from lunch to breakfast, or from

21    dinner to breakfast.

22         Q.    But in that scenario you've just described then,

23    the detainee worker would need to seek authorization to

24    switch shifts; is that fair to say?

25         A.    Because in the first part, he asked to be on

GEO Objections Foundation, FRE 402, 701, 802.

Erwin Delacruz                                    December 2, 2019

Page 109

1    this breakfast shift, and now he wants to change.  There's
2    no problem, just submit it, and then let the workforce
3    program take over and make the change.
4         Q.   So that's yes then, you're agreeing with me that
5    the worker must seek authorization to switch their shift?
6         A.   Correct.
7              MS. SCHEFFEY:  Object to form.
8         A.   Correct, in a way that because he wants to
9    change.  Not that we're telling him to change, he wants to
10   change.
11        Q.   We're going to bounce around a little bit.
12             I want to go back to the topic of -- well,
13   actually, hold on.  I just want to put a document in front
14   of you.  Let's see.
15             (Exhibit-305 marked.)
16             THE COURT REPORTER:  This is Exhibit-305.
17        Q.   You've just been handed Exhibit-305, and the
18   first page anyway is called Kitchen Worker Orientation
19   Checklist.
20             Do you see that?
21        A.   Yes.
22        Q.   What is this?
23             What are we looking at here as Exhibit-305?
24        A.   This is when kitchen workers arrive at the
25   kitchen on their first day, we sit them down and go over

Erwin Delacruz                                    December 2, 2019

Page 110

1    all this information and tour them through the facility.

2    Some of these stuffs we can't show them at the moment

3    because it's an OJT program, and we try to show them where

4    everything is at.

5            Let's say designated area for eating, drinking,

6    of course there's no smoking area, but eat only on the

7    tables that they're set up for them --

8        Q.   Okay.

9        A.   -- and drink -- they can't be eating and

10   drinking within the confines of the kitchen area, they have

11   to eat -- go into the -- if they want to drink something,

12   they going to have to either wait for the tables to be set

13   up, or they can go drink by the sanitation side, because we

14   don't -- it's not sanitary to have eating food or drinking

15   in the kitchen preparation area.

16       Q.   Looking at that first page, the last checked

17   box, so to speak, under that first section, says

18   "Evaluation Program" --

19       A.   What page?

20       Q.   So on the very first page.

21       A.   Oh, okay.

22       Q.   You know, there's the very first list, the

23   bottom of that first list says "Evaluation Program."

24           You had read to me about the smoking in, and you

25   know, the designated areas, it's right beneath that.

Erwin Delacruz                                        December 2, 2019

                                                              Page 111

1      A.   Oh, oh, Evaluation Program?

2      Q.   Yes.

3           Do you see that?

4      A.   Yes.

5      Q.   What does that refer to?

6      A.   I really don't know.

7      Q.   Is it the case that GEO does a skills assessment

8   before workers are hired into the kitchen?

9      A.   No.

10     Q.   Is it the case that GEO conducts performance

11  reviews as people work in the kitchen?

12     A.   No.

13     Q.   Let's look at the very last page of Exhibit-305.

14     A.   What page that you're on, the second one?

15     Q.   The very last page.

16     A.   Oh, the very last one, sorry.

17     Q.   The heading on this one is Kitchen Worker Skills

18  Checklist.

19          Are you with me?

20     A.   Yes.

21     Q.   What is the purpose of this document, as you

22  understand it?

23     A.   That he can -- that we'll show him how to mop

24  floors, how to wash -- you know, it's an OJT, wash the

25  walls maybe, freezer, how it's swept not mopped with -- you

Erwin Delacruz                                    December 2, 2019

                                                        Page 112

1    know, with water.  The loading dock procedure, which is

2    really I bring in the food, so only off-loading pallets.

3    The trash cans, where they go, make sure that they're

4    covered.  The restroom is cleaned.  The mop room or the mop

5    closet is straight and orderly.  And then dish room,

6    everything is -- the hot/cold -- the wash/rinse, and

7    sanitary tanks are -- are filled, including meat slicers,

8    ovens, if -- to clean equipment.  It's more like a famil --

9    familiarity to these areas if they never worked in a

10   kitchen at all, because it's an OJT anyway, so --

11            Q.    And OJT refers to on-the-job training?

12            A.    On-the-job training.

13            Q.    So to summarize then, all of the pages here that

14   make up Exhibit-305, I mean, these are just the various

15   checklists, rules, and requirements that GEO asks its

16   kitchen detainee workers to meet?

17            MS. SCHEFFEY:  Object to form.

18            A.    To perform a task that if -- that they can do.

19   If he can't do it, then there's other things that he can

20   do.  If he -- if he can't wash walls, well can he mop

21   floors?  You know, it's -- it's a vast amount of things

22   that can be done in the kitchen that need to be done with

23   the minimum amount of people that we have or the maximum

24   amount of people we have.

25                    (Exhibit-306 marked.)

Erwin Delacruz

GEO Objections Foundation, FRE 402,
701, 802.

December 2, 2019

Page 113

1          THE COURT REPORTER:  This is Exhibit-306.

2     Q.   You've just been handed Exhibit-306.

3          What are we looking at here?

4     A.   This is a Detainee/Staff Health and Hygiene.

5          So detainees are coming in at 4 in the morning,

6     and the desk officer will have each detainee come to them,

7     because they gotta turn in their ID card, and at the same

8     time, looking for cuts, if he has a runny nose, hands,

9     fingernails are trimmed, and to extent where it's

10    satisfactory that he doesn't have any cuts, he doesn't have

11    any open sores, this will -- can determine if he needs to

12    go back to the pod or -- or go to see medical.

13    Q.   And this is an inspection then --

14    A.   Yes, this is just an inspection prior to him to

15    be working.

16         Q.   An inspection conducted by GEO; correct?

17         A.   By the officer, the desk officer that comes

18    in --

19         Q.   And --

20         A.   -- that's there.

21              Sorry.

22         Q.   Let's try again.

23              So this is an inspection performed by GEO's desk

24    officer before the start of each shift?

25              MS. SCHEFFEY:  Object to form.

GEO Objections Foundation, FRE 402, 701, 802.

Erwin Delacruz                                    December 2, 2019

                                                          Page 114

1          A.   Yes.

2          Q.   And if any of these checked boxes are marked as

3     unsatisfactory under cuts, open sores, cough, runny nose,

4     hands, fingernails, it may be grounds to return that

5     kitchen worker back to their pod?

6          A.   And seek medical -- seek medical help to help

7     them.  Because sometimes they -- they might not know, and

8     you need to go -- go see the medic that morning, and then

9     he'll get authorization to come back to work if not.

10         Q.   Does GEO hold safety meetings for its detainee

11    kitchen workers before their shifts?

12         A.   This is part of the safety.

13         Q.   Tell me about the safety meetings.

14         A.   Is to make sure that they keep -- make sure

15    their beard nets are on, hair nets are on, their hands,

16    wash their hands, put gloves on, make sure the sinks are

17    on, the water -- make sure all the soaps are full, and make

18    sure they got their boots on, and change their clothes,

19    we'll give them the white smocks, and make sure they're

20    clean.

21         Q.   So this is GEO then inspecting the kitchen

22    workers to make sure that they're fit for duty that day?

23         A.   Correct.

24         MS. SCHEFFEY:   Object to form.

25         Q.   And you talked about hairnets; is it the case

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com    206.622.6661 * 800.657.1110  FAX: 206.622.6236

Erwin Delacruz

GEO Objections Foundation, FRE 402,
701, 802.

December 2, 2019

Page 115

1    that GEO workers in the kitchen wear uniforms?

2          A.    Yes.

3          Q.    And these are different than the standard

4    uniforms that they wear in the facility?

5          A.    They -- they from the same material but in just

6    white.  They can't use their pod or their color uniforms as

7    kitchen workers, that's why we give them the white smocks.

8          Q.    What's your understanding of why they can't just

9    wear their standard --

10          A.    Because they have -- they have to go back --

11    they gotta go back with those clothes, and you don't want

12    to be smelling like chicken.

13          Q.    So what do the kitchen uniforms consist of?

14          A.    White pants and a white shirt.

15          Q.    Are there special -- is there special footwear

16    that the workers wear?

17          A.    Yes, we -- we give them the black boots, our

18    close to knee high boots.

19          Q.    Is there anything else that makes up the kitchen

20    uniform?

21          A.    No, that's it.

22          Q.    So white pants, white shirt, and black boots?

23          A.    Correct.

24          Q.    And these are all items that GEO provides to the

25    workers?

Erwin Delacruz

GEO Objections Foundation, FRE 402,
701, 802.

December 2, 2019

Page 116

1          A.    Yes.

2          Q.    And if a detainee worker says, I want to wear my

3    normal clothes, what do you say?

4          A.    No, you go change out and put on your cook

5    whites or the white uniform.

6          Q.    And if the detainee kitchen worker refuses, they

7    don't get to work that day; correct?

8                MS. SCHEFFEY:  Object to form.

9          A.    That would be entirely up to the manager at that

10   point, because I'll just say, You sit right here.

11         Q.    Have you ever encountered that situation before?

12         A.    No, I haven't.

13         Q.    Well, based on your years of work experience

14   with Ms. Henderson, what do you think she would say if a

15   detainee worker said, I don't want to change?

16               MS. SCHEFFEY:  Object to form.

17         A.    You know, I haven't seen it happen, but I don't

18   know.

19                    (Exhibit-307 marked.)

20               THE COURT REPORTER:  This is Exhibit-307.

21         Q.    You've just been handed Exhibit-307.  It's a

22   two-page document.

23               What are we looking at here?

24         A.    Detainees removed from the kitchen because of

25   what they have done.

Erwin Delacruz                                December 2, 2019

Page 117

1          Q.    What are IDP sanctions?

2          A.    They didn't follow the rule, or they -- they

3     removed something out of the facility, out of the kitchen

4     area, or could be in the hallway having stuff from the

5     kitchen.  It's really vague.  It has a lot of -- of

6     everything in here.

7          Q.    Have you ever seen a list like this before?

8          A.    No.

9          Q.    Do you have any basis to doubt the accuracy of

10    this list?

11         A.    I don't know.  It's all done through, I guess,

12    ins -- through incident reports from the officers, and the

13    officers translate it to the -- the lieutenants, and --

14    because we only write down what the incident is as far as I

15    go.

16         Q.    When you say "officers," are we talking about

17    someone other than yourself or the cook supervisors?

18         A.    Cook supervisors, or the RN that might be

19    searching them, or it could be anybody that's working near

20    the kitchen or inside the kitchen, either the cook

21    officers, the desk officer, or the -- there's one officer

22    that's assigned to us during feeding to help the movement

23    of the detainees, to pick up the trays.

24         Q.    What is a UDC hearing?

25         A.    It could be for a hearing for a detainee.  I'm

Erwin Delacruz                                    December 2, 2019

                                                        Page 118

 1    not -- I'm not really sure.  I know that they just going

 2    to -- it's kind of like a court environment for charges

 3    against them.

 4           Q.    Possible sanctions or disciplinary proceedings?

 5           A.    Probably sanctions or disciplinary procedures.

 6           Q.    Have you ever taken part in the UDC hearing

 7    process?

 8           A.    No.  Nope.

 9                 Yeah, only the incident report, and we submit it

10    forward, and they handle it.

11           Q.    Do you know whether ICE takes part in the UDC

12    hearing process?

13           A.    I do not know.

14           Q.    What is a detainee worker pay sheet?

15           A.    Only the detainees that have came to work that

16    day, and their ID number and their name is written on --

17    once he submits -- gives up his ID card when he walks in

18    to -- for his shift, and we write down his name and his ID

19    number so he can get paid for that day.  That's like a time

20    clock.

21           Q.    So this is the desk officer then completing a

22    form?

23           A.    Completing a form on all the personnel that are

24    there.

25           Q.    And by completing the form, that desk officer is

Erwin Delacruz

GEO Objections Foundation, FRE 402,
701, 802.

December 2, 2019

Page 119

1    saying that the detainee worker has completed the job,

2    maintained a good attitude, and was there to work on time?

3              A.   He's there on time, and then that's where it

4    stops until -- until we're done.

5                        (Exhibit-308 marked.)

6              THE COURT REPORTER:   This is Exhibit-308.

7         Q.   You've just been handed Exhibit-308, two-sided

8    document.

9              What are we looking at here?

10             Let me phrase that.

11             Is this a detainee worker pay sheet?

12        A.   This -- this is not a detainee pay sheet.  It

13   might be for the pod maybe.

14        Q.   Is the form for kitchen workers substantially

15   similar?

16        A.   It -- it is.  We -- not -- not in this format.

17   We just have the -- the list open, and it has the detainee,

18   the number, then it doesn't have anything -- just we know

19   it's the job in the kitchen, and that's it, and then what

20   time.  We just -- it's a little bit different format, but

21   it -- it will lead into this as the same thing, name, ID

22   number.  We don't sign it.  I -- either me or the officer,

23   on-desk officer, or the morning or afternoon signs it, but

24   all their names would be listed.  That will match our list

25   of names that were given to us by the work program.  So we

GEO Objections Foundation, FRE 402,
701, 802.

Erwin Delacruz                                    December 2, 2019

Page 120

1    bounce that off this.  Did all of them show up?  Who didn't

2    show up?  He might have been deported, or he might have

3    been let out, or sick, or in the lawyer's office, or could

4    be anywhere, visitation, and that's why he didn't show up.

5         Q.   But the bottom line is that detainee workers are

6    only paid if an officer signs off on the pay sheet; is that

7    correct?

8              MS. SCHEFFEY:  Object to form.

9         A.   Once they show up for work, and then that's --

10   that's when this form is filled out, and then -- then it's

11   signed, and then it's submitted at the end of the shift.

12        Q.   So it's the officer basically verifying that the

13   detainee worker showed up and worked their shift?

14        A.   Yeah, and he worked the shift.

15             (Exhibit-309 marked.)

16             THE COURT REPORTER:  This is Exhibit-309.

17             MR. WHITEHEAD:  309 you said?

18             THE COURT REPORTER:  309, yes.

19             MR. WHITEHEAD:  Great, thank you.

20        Q.   You've just been handed Exhibit-309.

21             Have you seen a document like this before?

22        A.   No.

23        Q.   In the bottom right corner of each page is

24   something we call a Bates stamp, and towards the end there,

25   there is a page that's labeled GEO-Nwauzor 026947.

Erwin Delacruz

GEO Objections Foundation, FRE 402,
701, 802.

December 2, 2019

Page 121

1        Actually, looks like the last four pages.

2        A.    Ah, okay.   This is what we would receive from

3    the workforce program, the last three -- well, it should be

4    the four sheets, yeah.   Yes, this would be what we would

5    receive.   These ones, I -- I don't see these, I only see

6    this sheets.

7        Q.    And this being the one that looks like it's

8    related to the kitchen, we've got Bates stamp GEO-Nwauzor

9    026947 through 953, and it looks to be labeled Breakfast

10   Shift, Breakfast Shift 2, Lunch Shift --

11       A.    Breakfast, lunch, dinner, and cleanup.

12             I think that lunch 2 is really all of the same,

13   it's just like the second page, like lunch shift 2 will be

14   the second page of lunch 1.   It's just a continuation.

15       Q.    All right, well let's -- let's take them one at

16   a time.

17       A.    Yeah.

18       Q.    So we are looking at Exhibit-309, we're on the

19   page that bears Bates stamp GEO-Nwauzor 026947.   It's the

20   first of the ones that say Breakfast Shift.

21       A.    Okay.

22       Q.    Are you with me?

23       A.    Yep.

24       Q.    Okay.   Now, this printout, is it done on a daily

25   basis?

GEO Objections Foundation, FRE 402, 701, 802.

Erwin Delacruz                                    December 2, 2019

Page 122

```
 1        A.   Once a week.

 2        Q.   Once a week.

 3             So what we see here is the schedule then for the

 4   entire week?

 5        A.   Yes.

 6        Q.   And looking at this one that's labeled Breakfast

 7   Shift --

 8        A.   Mm-hm.

 9        Q.   -- and then on the very next page, Breakfast

10   Shift 2 --

11        A.   Yes.

12        Q.   -- is that really just the entirety --

13        A.   Just a continuation --

14        Q.   -- of the Breakfast Shift?

15        A.   Yes, that's just a continuation from the

16   first -- from the front half.  This is just like page 2.

17        Q.   And if you look at Breakfast Shift and Breakfast

18   Shift 2, there appear to be 33 workers that week --

19             MS. SCHEFFEY:  Object to form.

20        Q.   -- would you agree?

21        A.   That could have been assigned, but how many

22   are -- with all the days off, not all of them are there at

23   any given time.

24        Q.   You'd agree with me though that 33 workers were

25   assigned to the breakfast shift that week?
```

Erwin Delacruz                                                December 2, 2019

GEO Objections Foundation, FRE 402, 701, 802.

Page 123

1      A.   They were assigned, yes.

2      Q.   And then flipping to the lunch shift, this

3   begins on page GEO-Nwauzor 026949, there's Lunch Shift and

4   then Lunch Shift 2.

5           Are you with me?

6      A.   Yes.

7      Q.   Would you agree that it appears 33 workers were

8   assigned to work the lunch shift --

9      A.   Yes.

10     Q.   -- that week?

11     A.   Yes.

12     Q.   Now let's keep going.

13          Let's look at the -- the Dinner Shift.  So this

14   begins on page GEO-Nwauzor 026951.

15          Would you agree with me that 33 workers appear

16   to have been scheduled to work that week on the dinner

17   shift?

18     A.   Correct.

19     Q.   And then we'll look at the last page,

20   GEO-Nwauzor 026953.  This is the cleanup shift.

21          It appears that 12 workers were scheduled to

22   work the cleanup shift that week?

23     A.   Yes.

24     Q.   So this is a schedule; is that right?

25     A.   Yes.

Erwin Delacruz                                    December 2, 2019

GEO Objections Foundation, FRE 402, 701, 802.

                                                      Page 124

1           Q.    And I see a column there that says "Days Off."

2    Some people have one day off, some people have two; do you

3    see that?

4           A.    Yes.

5           Q.    Are we to assume then that unless it's a day

6    off, that person was scheduled to work?

7           A.    Yes.

8           Q.    Exhibit-309, the schedule that we were looking

9    at, who generates that report?

10          A.    The work -- workforce program.

11          Q.    So this could be Ms. Singleton or Mr. Heye?

12          A.    Yes.

13          Q.    And how was this given to you?

14          A.    It's usually given to me on Wednesday afternoon

15   for a Thursday -- for a -- to start on Thursday, and then

16   anybody that's new, they -- they'll get their medical

17   release form, which that's the only reason why they're on

18   there, because they already went through medical, and then

19   we can -- then we can go on to filling out the -- once we

20   get their medical form, then they'll fill out the rest with

21   the pod officer, Kitchen Work Orientation Checklist, and go

22   on from there once he -- once he gets into the system.  And

23   I'll get this once a week.

24          Q.    And is this the list that you're

25   cross-referencing or the desk officer is cross-referencing

Erwin Delacruz

GEO Objections Foundation, FRE 402,
701, 802.

December 2, 2019

Page 125

1    in completing the detainee worker pay sheet?

2         A.   Yes, once they -- personnel that are assigned to

3    the dinner shift, once they come in, we make sure that

4    their names are on here, their A number, and then they go

5    onto the pay sheet, and then we'll -- we'll initial that

6    they're -- that they showed up for -- for work on that day.

7    And this is for the health and welfare check.

8         Q.   We're nearing the end.  I just -- to recap, GEO

9    trains detainees on all aspects of the kitchen policies and

10   procedures --

11             MS. SCHEFFEY:  Object to form.

12        Q.   -- correct?

13        A.   We supervise the personnel that come into the

14   kitchen.

15        Q.   And GEO supervises these workers to ensure that

16   they're complying with the kitchen policies and procedures?

17        A.   Yes.

18             MS. SCHEFFEY:  Object to form.

19        Q.   And GEO holds safety meetings to make sure the

20   detainees are complying with those rules and regulations?

21        A.   Yes.

22        Q.   GEO keeps training -- or records of the training

23   that the workers receive?

24             MS. SCHEFFEY:  Object to form.

25        A.   Only the workers orientation checklist.

GEO Objections Foundation, FRE 402,
701, 802.

Erwin Delacruz                                    December 2, 2019

Page 126

```
 1          Q.   GEO provides the detainee workers with uniforms?
 2          A.   Yes.
 3          Q.   GEO provides the detainee workers with all the
 4     equipment they need to do their job?
 5               MS. SCHEFFEY:  Object to form.
 6          A.   Yes.
 7          Q.   GEO does not permit detainee workers to deviate
 8     from their job descriptions --
 9               MS. SCHEFFEY:  Object to form.
10          Q.   -- is that correct?
11          A.   No.
12          Q.   No, you're agreeing with me?
13          A.   I mean -- I'm sorry.
14          Q.   I know, I phrased it poorly.
15          A.   Yeah.
16          Q.   Detainee workers are not permitted to deviate
17     from their job descriptions?
18          A.   No.
19          Q.   No, they're not allowed?
20          A.   Not allowed.
21          Q.   Do you have any reason to believe that the
22     detainee workers were unsatisfied with the dollar a day
23     they received for their labor?
24          A.   I can't speak for them.
25          Q.   Did anyone ever ask you for a raise?
```

GEO Objections Foundation, FRE 402, 701, 802.

Erwin Delacruz                                    December 2, 2019

Page 127

1        A.   No.

2        Q.   Did you ever ask for a raise for a top

3    performer?

4        A.   No.

5        Q.   Do know if you had the authority to do so?

6        A.   I -- I -- it's not -- it's not up to me.  It's

7    above my pay grade.

8        Q.   Well, some of my questions may have been

9    pointed, but have I treated you fairly today?

10       A.   Fine.  I'm okay.  Appreciate it.

11            MR. WHITEHEAD:  I don't have any other

12    questions.

13            MS. SCHEFFEY:  Can I just ask you a few

14    follow-up questions?

15            THE WITNESS:  Sure.

16                   E-X-A-M-I-N-A-T-I-O-N

17    BY MS. SCHEFFEY:

18       Q.   You have in front of you I believe we marked it

19    as Exhibit-309?

20       A.   Mm-hm.  Yes.

21       Q.   Could you tell me -- we were on page GEO-Nwauzor

22    026947.

23            Just any of these, yeah.

24       A.   Forty-seven, okay.  Four-seven, okay.

25       Q.   Do you know what OTM stands for?

Erwin Delacruz                                    December 2, 2019

                                                      Page 128

 1        A.   I don't.

 2        Q.   Okay.  Is it possible that someone would need to

 3   have yeses in both OTM and Work Agreement in order to

 4   participate in that --

 5        A.   They could have been --

 6             MR. WHITEHEAD:  Hold on, objection -- objection.

 7   Foundation objection, form.

 8        A.   I don't know.

 9        Q.   Okay.

10        A.   Because the Medical Clearance is yes, Work

11   Agreement's yes, and I don't know what the OTM means.

12        Q.   Have you ever had someone on the list be unable

13   to participate in the Voluntary Work Program that day?

14             MR. WHITEHEAD:  Object to form.

15        A.   Because he wasn't on the list, or he had a

16   medical -- he came -- let's say he came in on Thursday, and

17   he was sick, so he would need a medical release form from

18   the medics or the medical staff to come back to work.

19        Q.   Okay.  Is it true that just because someone

20   is -- or I'll start -- rephrase that.

21             If someone's name appears on this list, does

22   that guarantee that they will perform work every day of the

23   week?

24        A.   No, because they have visitation, they have

25   lawyer -- or they're going to court, and it just takes them

Erwin Delacruz                                    December 2, 2019

                                                        Page 129

1    out, and that's the only reason why they didn't show up.

2          Q.   So when you personally receive this list, do you

3    anticipate you will have all of these individuals on any

4    day?

5          A.   You can anticipate, but if -- until they

6    actually show up, that's what you got --

7          Q.   Okay.

8          A.   -- literally.

9          Q.   Is it common for you to have 30 people each day,

10   30 detainee workers?

11         A.   No.  No.

12              MS. SCHEFFEY:  I think that's all I have.

13              MS. BRENNEKE:  I don't have a microphone.

14              MR. WHITEHEAD:  Here.

15                   E-X-A-M-I-N-A-T-I-O-N

16   BY MS. BRENNEKE:

17         Q.   So, Mr. Delacruz, there were some days that you

18   would have 30 --

19         A.   Yes, it -- it -- to -- to your eyes, you would

20   think yeah, you got 30, and sure, if -- if everybody

21   didn't -- had their days off, and if everybody showed up,

22   yeah, you would -- you would expect to have 30.

23         Q.   And all of those 30 people would be working

24   during their full shift; is that correct?

25         A.   Correct.  Yes.

Erwin Delacruz                                    December 2, 2019

                                                    Page 130

1        Q.   Okay.  You said there was a period of time where

2   you were having difficulty or the kitchen was having

3   difficulty with full staffing with detainee workers; do you

4   recall that testimony?

5        A.   Yes.

6        Q.   Okay.  Did you ever discuss with Ms. Henderson

7   why that might be?

8        A.   We -- we never know what -- how many people are

9   applying, but at that moment, we're just doing it.

10       Q.   Yeah, I'm just curious, were you aware of any

11  effort she made in order to recruit detainee workers to

12  come work?

13            MS. SCHEFFEY:  Object to form.

14       A.   None.  Just if we get these workers, we get

15  them.  You can't go to a pod and force people to go to

16  work.  So it's a voluntary program, so it's kind of --

17  you're stuck in a -- you're not really stuck in a rock and

18  a hard place, it's just if you don't have no volunteers,

19  you don't have no volunteers.

20       Q.   Okay.  So during the period the kitchen had low

21  staffing with detainee workers, are you aware of whether

22  the pods were fully staffed or there were workers in other

23  locations?

24            MS. SCHEFFEY:  Object to form.

25       A.   It -- sometimes it could be medical.  They

Erwin Delacruz                                    December 2, 2019

                                                        Page 131

1   were -- a chicken pox breakout, so now that closes down the

2   whole pod, and there's six out of -- six cook workers that

3   were in there.  So we can't go and get them, so they gotta

4   stay until they get medically cleared.

5        Q.   You had a period when the kitchen workers had

6   chicken pox; right?

7        A.   Exactly, yeah.

8        Q.   Right.

9             How long did that last?

10        A.   It seemed like it lasted for six months.

11   Because it transfers, it's very catchy, and if we don't

12   catch it in time, and then it just migrates into other --

13   the other pods.

14        Q.   Right, because it's infectious.

15        A.   It's infectious.

16        Q.   Yeah.

17             All right.  When you brought in workers from

18   other areas of the facility --

19        A.   Mm-hm.

20        Q.   -- when your numbers were down, what did you

21   have them doing in the kitchen?

22        A.   It was mostly just the serving part, the

23   serving.

24        Q.   The plating part?

25        A.   The plating.

Erwin Delacruz                                    December 2, 2019

                                                         Page 132

1        Q.    And then getting them on the trays and --

2        A.    And getting them on the cart, and getting them

3   out.

4        Q.    Okay.  And approximately how much GEO workers

5   would come in to provide that extra staff support in the

6   kitchen?

7        A.    About three to four, maybe two RNs, and maybe

8   two clerks just to help, plus the -- all us, all hands on,

9   and we -- between the three of us, the two clerks, and the

10  two officers that help out.  Because we always have one

11  assigned to us during the feeding time to help monitor the

12  movement of the carts, and yeah, we just go ahead and knock

13  it out -- or do the job and finish it.

14       Q.    And will you estimate what time period all of

15  that extra staffing was employed?

16             MS. SCHEFFEY:  Object to form.

17       Q.    One hour, two hours a day; how much extra?

18       A.    Oh, it only was during lunch at any given time,

19  maybe every other day, just depending on the meal, and then

20  we might have had a -- people that were leaving, more

21  people is coming out that were either deported or getting

22  sent out, so it's -- it fluctuates even more.  And some

23  days we got a few people, and we'll be good for like four

24  or five days, and then -- then they'll either disappear, or

25  they need to go, they were needed to go too, and then we'd

Erwin Delacruz                                    December 2, 2019

Page 133

1    rally up some more people for that day or that lunch meal.

2          Q.   So it's challenging --

3          A.   Yeah.

4          Q.   -- because your workforce is in transition

5    sometimes?

6          A.   Yes, they're in transition.  They're either

7    going to see lawyers or -- everything goes on, there's

8    church movement, there's -- you know, there's a lot of

9    things going on other than just our facility -- our portion

10   of the facility.

11         Q.   Okay.  And so -- so when -- when the fluctuation

12   happens and you're understaffed for detainee workers, it

13   sounds like the GEO staff can fill in those gaps?

14         A.   Right, we can.

15         Q.   Okay.  And so what I -- I guess what I'm trying

16   to figure out is at lunchtime, when the GEO staff is coming

17   into the kitchen to fill in the gaps, are they working for

18   a period like between 11 o'clock and 1 o'clock or --

19         A.   About -- about 11 to 1 or 11 to 12:30.

20              At the time, we was -- had like almost -- over a

21   thousand people in there, you know, and about 1,500 trays

22   to do, and -- and we'd get it, we'd get it done.  And as

23   long as -- and people are willing to help.  They're always

24   willing to help to come in and do it.  And we don't -- we

25   don't have to scream or yell, but we just have to, Hey, can

Erwin Delacruz                                        December 2, 2019

                                                           Page 134

1    you help me, and they'll come over.  And Ms. Henderson

2    coordinates all that part, coordinates all that.

3            On the weekends I don't have too much problems

4    because they're all going -- they have visitation.  A lot

5    of the courts are only Monday through Fridays.  There is a

6    breathing place in there, and -- and that's about it.

7        Q.   Okay.  So what's the current level of staffing?

8    Has it gone back up to full staffing now?

9        A.   No, it's about, like I said, about eight --

10   eight for breakfast, 12 for lunch, and about 20 for dinner.

11       Q.   So you're still a little understaffed?

12            MS. SCHEFFEY:  Object to form.

13       A.   It just depends if we're -- if we have them, we

14   have them.  And it's good when we do, and if we don't, then

15   we know we just have to roll up a little bit harder.

16       Q.   You all have to work harder?

17       A.   Just gotta work a little bit harder.

18       Q.   Okay.  I was going to ask you about some of the

19   detainee workers.  Have you had people who had longevity,

20   who worked there for a long period of time?

21            MS. SCHEFFEY:  Object to form.

22       A.   I -- I don't know.  Sometimes they'll -- because

23   people rotate so often, they might work there for three

24   months, and then I don't see them again.  They could either

25   got deported, or changed, or got let -- or bonded out,

Erwin Delacruz                                    December 2, 2019

                                                        Page 135

1    or -- or they just quit altogether and they never came

2    back, they just stayed in -- they just -- or they did

3    another job.  They could have went to barber, they could

4    have went to laundry.  My concerns are all in the food

5    department, so I -- I'm oblivious to what's going on past

6    my door.  I just have what's ever is in the kitchen is in

7    the kitchen.

8          Q.   And is it true that you have a little less of

9    the direct hands on supervision; your food supervisors are

10   doing more of that?

11         A.   They're doing most of the supervision, and I

12   only do the spot checking, or if I need help with my end

13   because I'm totally ramped out.  With all the rations

14   that's coming in, I'll get probably 33 to 40 pallets in a

15   week, and it's on Monday, Tuesdays, and Wednesdays, and

16   then on Saturday and Sundays, I'm doing the paperwork to --

17   the paperwork from the pick lists or to draw things off the

18   inventory.  With the other four days that I wasn't putting

19   away rations, I could just jump on the computer real quick

20   and knock some of them out, but that's -- it's just -- just

21   the way it is.

22         Q.   So from either talking with the detainees

23   themselves or the food supervise -- or the cook supervisors

24   who have more direct contact, are you aware of any reasons

25   why people would choose to work in the kitchen over working

Erwin Delacruz                              December 2, 2019

Page 136

1    in their pod?

2         A.    No.

3              Sometimes when I do -- when I do go out to -- if

4    I'm not -- when I've got my two detainees or one detainee

5    with me, I says, you know, the first thing is, How you

6    been?  How are you doing?  What have you been up to?  You

7    know, the human approach.  And -- and I ask them, You like

8    working here?  And they -- a lot of them do, say, Oh, good,

9    I got out of the -- you know, the pod themselves, just to

10   get out, you know, just to get out and go somewhere else

11   instead of in the pod.  And they -- they kind of like to

12   get out.  And I don't -- I don't blame them, you know, they

13   get out of the -- you stuck in this pod all day and just to

14   went to the kitchen, and it's work.

15        Q.    And is it also true that some of the food

16   workers can eat slightly greater portions of food if

17   they're assigned to the kitchen and there are -- there's

18   excess food for that meal?

19              MS. SCHEFFEY:  Object to form.

20        A.    Really it's like at the end of the meal, we

21   have -- we make sure that we have enough food for them, and

22   if there's any extra vegetables, they're more than happy to

23   get it, more than happy to get any -- anything else that

24   they would like, but we -- the meat items, we'll -- we'll

25   make sure that they have enough.  And then we're -- we're

Erwin Delacruz                                    December 2, 2019

Page 137

1    no changing our -- our tray over the ones that were fed in

2    the pod, but it's -- it's if we have extra vegetables, no

3    problem, and extra salad, take what you want, sit down,

4    eat, and then if they eat it all, they eat it all, if they

5    don't, then it's not a real big deal, because everything

6    that's exposed gotta be thrown away anyway.  Everything

7    that's panned up, we can -- we can probably use it another

8    day, depending on what it is.

9           Q.    So have you heard from any of the detainees or

10   others that working in the kitchen was too hard of work

11   because it's such long hours, or the level of work, they'd

12   rather work in the pod?

13          MS. SCHEFFEY:   Object to form.

14          A.    That would be up to the detainee.

15          Q.    Have you ever heard anybody raise concerns like

16   that?

17          A.    No.   No, not really.

18          Q.    How about the laundry?

19          A.    They're working -- they're doing the same thing.

20          Q.    Do the laundry workers get leftovers from the

21   kitchen if there are some leftovers?

22          A.    They -- whoever's in the laundry, we'll form two

23   trays for them so they can eat in their respective areas

24   instead of coming into the kitchen.  I try to separate the

25   laundry workers from the kitchen workers, and -- and it

Erwin Delacruz                                    December 2, 2019

Page 138

1    just -- it just -- because they're different pods, they're

2    from different -- they might be a different color uniforms,

3    and it's just business to keep them separated.

4          Q.   Are the laundry workers also allowed to get

5    extra portions if there are extra portions available?

6          A.   If there's extra availables, yes, and we usually

7    go ahead and make their trays for them so they don't have

8    to come back, or they don't -- you know, the pod officer is

9    taking care of them.

10         Q.   And were you saying that they make two trays --

11         A.   Yeah, they'll --

12         Q.   -- or two portions for each laundry worker?

13         A.   At least two -- at least two portions, or if we

14   have any extra vegetables, we give them the extra

15   vegetables.

16         Q.   Is there any type of worker, other than the

17   kitchen worker or the laundry worker, who gets extra food

18   as an incentive for their work?

19         A.   It's kind of like not an incentive, but it's

20   just a little common courtesy.  If I give it to this group,

21   but they're working for us, but it's not an incentive, it's

22   if we have extra, we're going to give it to them.

23         Q.   All right.  So is there any group of workers,

24   other than the kitchen workers and the laundry workers --

25         A.   No.

Erwin Delacruz                                    December 2, 2019

Page 139

1        Q.    -- who get extra portions if there's extra
2    portions available?
3        A.    No.
4        Q.    Okay.  And do you give it to the kitchen and to
5    laundry because those are like the hardest jobs, they're
6    the longest hours; is there rationale for that?
7        A.    It's just --
8              MS. SCHEFFEY:  Object to form.
9        A.    It's just the hours that are posted, and if they
10   don't want to work there, then they can just not volunteer
11   for the position.
12       Q.    I know, I'm just trying to --
13       A.    Yeah.
14       Q.    -- figure out why it is you give those two
15   groups the extra food?
16             And I'm not saying there's anything wrong with
17   it, I'm trying to get --
18       A.    Right.
19       Q.    -- into the rationale, you know?
20       A.    It was -- it was the -- the ones that worked in
21   the kitchen, because we -- we're done feeding with
22   everybody, and that was the only thing, we just had extra
23   food, or whatever's left, and that's what we serve, and
24   that's what -- if they want some more, they can, because we
25   had already had all the trays go out already at that point

Erwin Delacruz                                    December 2, 2019

Page 140

1    and everyone's fed.

2         Q.   So how many -- how many detainees do you have

3    working in the laundry?

4         A.   Oh, there's only two, maybe three, I think.

5         Q.   Two per shift?

6         A.   Because there is -- there is flexibility in

7    there, because I have nothing to do with laundry.

8         Q.   But you're plating them up for them; right?

9         A.   They'll -- they'll -- officer will come and ask,

10   Oh, I got only two, I only got one, I only got three.  So

11   every day or any meal is different from the next --

12        Q.   Mm-hm.

13        A.   -- or he might not have none.

14             MS. BRENNEKE:  Okay.  All right.  Why don't we

15   take a quick break.  I think I'm done as well, but ...

16             THE VIDEOGRAPHER:  We're now going off the

17   record.  The time is 1:49 p.m.

18                  (Recess at 1:49 p.m.)

19                  (Reconvened at 1:57 p.m.)

20             THE VIDEOGRAPHER:  We're now back on the record.

21   The time is 1:57 p.m.

22             F-U-R-T-H-E-R E-X-A-M-I-N-A-T-I-O-N

23   BY MR. WHITEHEAD:

24        Q.   Mr. Delacruz, earlier we were talking about your

25   work with the pallets, and you mentioned something about

Erwin Delacruz                                    December 2, 2019

                                                        Page 141

1    moving the rations?

2          A.   Yes.

3          Q.   And I heard you use the phrase "rations"

4    actually several times.

5          A.   Yes.

6          Q.   Do you recall doing that?

7          A.   Yes.

8          Q.   What are you referring to when you say

9    "rations"?

10         A.   Rations are the food that's coming into the

11   facility.  We don't get one or two, we get 30 boxes of one

12   item, 40 bags of one item, 30 bags of rice, 40 bags of

13   beans, 4,000, 5,000 milks, but they're in 50 -- 50 in each

14   container.

15         Q.   And does everyone refer to these as rations, or

16   is that your --

17         A.   This is all rations in general, it's all

18   rations.

19         Q.   Okay.

20         A.   There is another term called wets and dries;

21   wets would be refrigerated, dries would be the -- the dry

22   stuff or the beans, the beans or the rice.  That would be

23   the canned goods are all the dries.  The wets would be

24   anything that's chilled either in the freezer or

25   refrigeration.

Erwin Delacruz                                    December 2, 2019

                                                        Page 142

1              MR. WHITEHEAD:  All right, thank you.

2              THE VIDEOGRAPHER:  This concludes the videotaped

3    deposition.  We're now going off the record.  The time is

4    1:59 p.m.

5              THE COURT REPORTER:  So is he going to read and

6    sign or waive signature?

7              MS. SCHEFFEY:  He's going to read and sign; if

8    you could send us a copy.

9              THE COURT REPORTER:  And are you going to have

10   this transcribed at this time?

11             MR. WHITEHEAD:  Yes, please, but no rush.

12             MS. SCHEFFEY:  No rush for us either.

13             THE COURT REPORTER:  You're ordering a copy?

14             MS. SCHEFFEY:  Mm-hm, we are.

15             THE COURT REPORTER:  And are you going to order

16   a copy?

17             MS. BRENNEKE:  Have we been doing that?

18             MR. WHITEHEAD:  Yes, I think so, yeah.

19             MS. BRENNEKE:  Yeah.

20             THE COURT REPORTER:  And exhibits, are you going

21   to order exhibits with your transcripts as well?

22             MR. WHITEHEAD:  Yes, please.

23             MS. SCHEFFEY:  Yes, please.

24                  (Deposition adjourned at 1:59 p.m.)

25                  (Signature reserved.)

Erwin Delacruz                                    December 2, 2019

Page 143

1                        S-I-G-N-A-T-U-R-E

2

3

4           I declare under penalty of perjury under

5      the laws of the State of Washington that I have read

6      my within deposition, and the same is true and

7      accurate, same and except for changes and/or

8      corrections, if any, as indicated by me on the CHANGE

9      SHEET flyleaf page hereof.  Signed in...............,

10     WA, on the........day of................, 2019.

11

12

13

14                           ........................

15                           ERWIN K. DELACRUZ

16                           Taken: Monday, December 2, 2019

17

18

19

20

21

22

23

24

25     Keri A. Aspelund

Erwin Delacruz                                    December 2, 2019

Page 144

 1                    C-E-R-T-I-F-I-C-A-T-E
 2
 3      STATE OF WASHINGTON )
 4                         )  ss.
 5      COUNTY OF THURSTON  )
 6
 7              I, the undersigned Registered Professional
        Reporter and Certified Court Reporter, hereby
        certify that the foregoing deposition upon oral
 8      examination was taken stenographically before me and
        transcribed under my direction;
 9
10              That the witness was duly sworn by me,
        pursuant to RCW 5.28.010, to testify truthfully; that the
11      transcript of the deposition is a full, true, and correct
        transcript to the best of my ability; that I am neither
12      attorney for, nor a relative or employee of, any of the
        parties to the action or any attorney or counsel employed
13      by the parties hereto, nor financially interested in its
        outcome.
14
15              I further certify that in accordance with CR
        30(e), the witness was given the opportunity to examine,
16      read, and sign the deposition, within 30 days, upon its
        completion and submission, unless waiver of signature was
17      indicated in the record.
18
                IN WITNESS WHEREOF, I have hereunto set
19      my hand this 10th day of December, 2019.
20
21
22
23      _____
        NCRA Registered Professional Reporter
24      Washington Certified Court Reporter No. 2661
25

Erwin Delacruz                                    December 2, 2019

Page 145

1

2                  SEATTLE DEPOSITION REPORTERS, LLC

3                  600 UNIVERSITY STREET, SUITE 320

4                        SEATTLE, WA  98101
                           (206) 622-6661
5
                    C-H-A-N-G-E  S-H-E-E-T
6
      PLEASE MAKE ALL CHANGES OR CORRECTIONS ON THIS SHEET,
7     SHOWING PAGE, LINE AND REASON.

8     ----------------------------------------------------
      PAGE  LINE     CORRECTION AND REASON
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24                        _____
                          ERWIN K. DELACRUZ
25                        TAKEN: Monday, December 2, 2019