## DEPOSITION OF: ALISHA SINGLETON

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 13 | | 〇 |
| Page 14 | | 〇 |
| Page 15:4-13, 25 | | 〇 |
| | Page 15:14-15 | S (No Answer) |
| Page 16 | | 〇 |
| Page 23:23-25 | | 〇 |
| Page 24 | | 〇 |
| Page 25 | | 〇 |
| Page 27 | | 〇 |
| Page 28 | | 〇 |
| Page 29 | | 〇 |
| | Page 29:17-20 | 〇 |
| Page 30 | | 〇 |
| Page 31 | | 〇 |
| Page 32 | | 〇 |
| Page 33 | | 〇 |
| Page 34 | | 〇 |
| Page 35 | | 〇 |
| Page 36 | | 〇 |
| Page 37 | | 〇 |
| Page 38 | | 〇 |
| Page 39 | | 〇 |
| Page 42 | | 〇 |
| Page 43 | | 〇 |
| Page 44 | | 〇 |
| Page 45 | | 〇 |
| Page 46 | | 〇 |
| Page 47 | | 〇 |
| Page 48 | | 〇 |
| Page 50 | | 〇 |
| Page 51 | | 〇 |
| Page 52 | | 〇 |
| Page 54 | | 〇 |
| Page 56 | | 〇 |
| Page 59 | | 〇 |
| Page 60 | | 〇 |
| Page 61 | | 〇 |
| Page 62 | | 〇 |
| Page 63 | | 〇 |
| Page 64 | | 〇 |

Singleton R. 2

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 65 | | ◯ |
| Page 66 | | ◯ |
| Page 67 | | ◯ |
| Page 69 | | ◯ |
| Page 70 | | ◯ |
| | Page 70:6-8 | ◯ |
| Page 71 | | ◯ |
| Page 72 | | ◯ |
| Page 73 | | ◯ |
| Page 74 | | ◯ |
| Page 75 | | ◯ |
| Page 77 | | ◯ |
| Page 78 | | ◯ |
| Page 79 | | ◯ |
| Page 80 | | ◯ |
| Page 81 | | ◯ |
| Page 82 | | ◯ |
| Page 83 | | ◯ |
| Page 84 | | ◯ |
| Page 85 | | ◯ |
| | Page 85:10-15 | S – No Q |
| Page 86 | | ◯ |
| Page 87 | | ◯ |
| Page 88 | | ◯ |
| Page 89 | | ◯ |
| Page 90 | | ◯ |
| Page 91 | | ◯ |
| Page 92 | | ◯ |
| | Page 92:18-25 | ◯ |
| Page 93 | | ◯ |
| Page 94 | | ◯ |
| Page 95 | | ◯ |
| Page 96 | | ◯ |
| Page 97 | | ◯ |
| Page 98 | | ◯ |
| Page 100 | | ◯ |
| Page 101 | | ◯ |
| Page 102 | | ◯ |
| Page 104 | | ◯ |
| | Page 104:5-8 | except S – No Q |
| Page 105 | | ◯ |
| Page 109 | | ◯ |

Singleton P.3

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 110 | | ○ |
| Page 111 | | ○ |
| Page 112 | | ○ |
| Page 117 | | ○ |
| Page 119 | | ○ |
| Page 120 | | △ |
| Page 121 | | ○ |
| Page 122 | | ○ |
| Page 123 | | ○ |
| Page 124 | | ○ |
| Page 125 | | ○ |
| Page 127 | | ○ |
| Page 128 | | ○ |
| Page 129 | | ○ |
| Page 130 | | ○ |
| Page 131 | | ○ |
| Page 132 | | ○ |
| Page 133 | | ○ |
| Page 134 | | ○ |
| Page 135 | | ○ |
| Page 136 | | ○ |
| Page 137 | | ○ |
| Page 138 | | ○ |
| Page 139 | | ○ |
| Page 140 | | ○ |
| Page 141 | | ○ |
| Page 142 | | ○ |
| Page 143 | | ○ |
| Page 144 | | ○ |
| Page 145 | | ○ |
| Page 151 | | ○ |
| Page 154 | | ○ |
| Page 158 | | ○ |
| Page 161 | | ○ |
| Page 162 | | ○ |
| Page 163 | | ○ |
| Page 166 | | ○ |
| Page 167 | | ○ |
| Page 168 | | ○ |
| Page 170 | | ○ |
| Page 171 | | ○ |
| Page 172 | | ○ |

*Singleton P.4*

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 173 | | ○ |
| Page 174 | | ○ |
| Page 175 | | ○ |
| Page 176 | | ○ |
| Page 177 | | ○ |
| Page 180 | | ○ |
| Page 181 | | ○ |
| Page 182 | | ○ |
| Page 183 | | ○ |
| Page 186 | | ○ |
| | Page 195:20-25 | ○ |
| Page 196 | | ○ |
| Page 197 | | ○ |
| Page 198 | | ○ |
| Page 199 | | ○ |
| | Page 200:16-21 | ○ except 5 ₤ 21 |
| Page 201 | | ○ |
| | Page 201:9-13 | ○ |
| Page 202 | | ○ |
| Page 203 | | ○ |
| Page 204 | | ○ |
| | Page 206:22-25 | ○ |
| | Page 207:1-8 | ○ |
| Page 209 | | ○ |
| Page 211 | | ○ |
| Page 212 | | ○ |
| Page 217 | | ○ |
| Page 218 | | ○ |
| Page 219 | | ○ |
| Page 220 | | ○ |
| Page 221 | | ○ |
| | | ○ |
| Page 223 | | ○ |
| Page 224 | | ○ |
| Page 225 | | ○ |
| Page 226 | | ○ |
| Page 227 | | ○ |
| Page 228 | | ○ |
| Page 229 | | ○ |
| Page 230 | | ○ |
| Page 231 | | ○ |
| Page 233 | | ○ |

Singleton P.5

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 235 | | |
| Page 241 | | |
| Page 242 | | |
| Page 243 | | |
| Page 244 | | |
| Page 245 | | |
| Page 246 | | |
| Page 259 | | |

## DEPOSITION OF: BRUCE SCOTT

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 22 | | |
| Page 23:1-5 | | |
| Page 23:20-25 | | |
| Page 24:1-3 | | |
| Page 24:19-25 | | |
| Page 25:1-5 | | |
| Page 25:19-25 | | |
| Page 26 | | |
| Page 27 | | |
| Page 28:2-12 | | |
| Page 28:15-19 | | |
| Page 30 | | |
| Page 31:1-11 | | |
| Page 31:23-25 | | |
| Page 32 | | |
| Page 34 | | |
| Page 35 | | |
| Page 36:2-13 | | |
| Page 36:22-25 | | |
| Page 37:1-16 | | |
| Page 37:17-25 | | |
| Page 38 | | |
| Page 39:1-4 | | |
| Page 39:18-25 | | |
| Page 40:1-18 | | |
| Page 40:19-24 | | |
| Page 41 | | |
| Page 47 | | |
| Page 48 | | |
| Page 49:2-16 | | |
| Page 49:20-25 | | |
| Page 50 | | |
| Page 52:16-24 | | |
| Page 53 | | |
| Page 54 | | |
| Page 55 | | |
| Page 56 | | |
| Page 57 | | |
| Page 58 | | |
| Page 59:1-3 | | |

Scott P. 2

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 59:11-23 | | O |
| Page 60 | | O |
| | Page 61:4-9 | S (No Q) |
| | Pages 64:22-65:2 | O |
| | | O |
| Page 65 | | O |
| Page 66 | | O |
| Page 67 | | O |
| Page 68 | | O |
| Page 69 | | O |
| Page 70:1-10 | | O |
| | Page 70:11-13 | O |
| Page 71 | | O |
| Page 72 | | O |
| Page 73 | | O |
| Page 74 | | O |
| Page 78 | | O |
| Page 80 | | O |
| Page 81 | | O |
| | Page 82:2-7 | O |
| | Page 82:15-25 | O |
| | Page 83:15-23 | O |
| | Page 84:3-11 | O |
| Page 84 | | O |
| Page 85 | | O |
| | Page 86:6-11 | S |
| Page 87 | | O |
| Page 93 | | O |
| Page 94 | | O |
| Page 95 | | O |
| Page 96:1-17 | | O |
| Page 96:18-22 | | O |
| Page 97 | | O |
| Page 98 | | O |
| Page 99 | | O |
| Page 100:1-6 | | O |
| Page 100:18-25 | | O |
| Page 101 | | O |
| | Pages 104:23-25, 105:1 | S (No Q) |
| Page 105:4-15 | | O |
| Page 106 | | O |
| Page 107:1-13 | | O |

Scott P.3

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 107:19-25 | | ◯ |
| Page 108 | | ◯ |
| Page 109 | | ◯ |
| Page 110 | | ◯ |
| Page 111 | | ◯ |
| Page 112 | | ◯ |
| Page 113 | | ◯ |
| Page 114 | | ◯ |
| Page 117 | | ◯ |
| Page 118 | | ◯ |
| Page 120 | | ◯ |
| Page 121 | | ◯ |
| Page 123 | | ◯ |
| Page 127 | | ◯ |
| Page 128 | | ◯ |
| Page 130 | | ◯ |
| | Page 130:18-19 | ◯ |
| Page 136 | | ◯ |
| | Pages 137:20-138:11 | ◯ |
| Page 140 | | ◯ |
| Page 141 | | ◯ |
| Page 143 | | ◯ |
| Page 146 | | ◯ |
| Page 147:7-13 | | ◯ |
| | Page 147:14-23 | ◯ |
| Page 148 | | ◯ |
| Page 149:1-7 | | O ℓ 1-4; s ℓ 5-7 |
| Page 149:16-25 | | ◯ |
| | Pages 151:22-152:5 | ◯ |
| Page 152:6-9 | | ◯ |
| Page 153 | | ◯ |
| Page 154 | | ◯ |
| Page 156 | | ◯ |
| Page 157 | | ◯ |
| Page 158 | | ◯ |
| Page 159 | | ◯ |
| Page 164:9-13 | | ◯ |
| Page 164:24-25 | | ◯ |
| Page 165:9-12 | | ◯ |
| Page 165:18-22 | | ◯ |
| Page 166 | | ◯ |
| Page 167 | | ◯ |

Scott P. 4

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page  168 | | $\circ$ |
| | Pages 168:25-169:13 | $\circ$ |
| Page  170 | | $\circ$ |
| | Pages 171:25-172:4 | 5 - No Q |
| Page  172 | | $\circ$ |
| | Page  173:3-14 | $\circ$ |
| | Page  173:22-174:9 | $\circ$ |
| Page  174 | | $\circ$ |
| Page  175 | | $\circ$ |
| Page  176 | | $\circ$ |

## DEPOSITION OF: JAMES CHARLES HILL

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page  19 | | |
| Pages 22-23 | | |
| Page  26 | | |
| Pages 40-41 | | |
| Page  42 | | |
| Pages 46 | | |
| Pages 50-51 | | |
| Pages 54 | | |
| Pages 58 | | |
| Pages 62 | | |
| Page  66 | | |
| Page  70 | | |
| Page  74 | | |
| Page  78 | | |
| Pages 82 | | |
| Page  86 | | |
| Pages 90-91 | | |
| Page  94 | | |
| Pages 98 | | |
| Page  102 | | |
| Page  106 | | |
| Page  110 | | |
| Page  114 | | |
| Page  118 | | |
| Page  122 | | |
| Page  126 | | |
| Page  130 | | |
| Page  138 | | |
| Page  145 | | |
| Page  148 | | |
| Page  150 | | |
| Pages 152 | | |
| Page  155 | | |
| Page  158 | | |
| Page  162 | | |
| Page  166 | | |
| Page  170 | | |
| Page  178 | | |
| Page  184 | | |
| Page  186 | | |
| Page  190 | | |
| Page  198 | | |
| Page  202 | | |
| Page  208 | | |
| Pages 219 | | |

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Pages 222-223 | | |
| Pages 227-228 | | |
| Pages 231-232 | | |
| Page  237 | | |
| Page  238 | | |
| Page  244 | | |
| Page  246 | | |
| Page  252 | | |

## DEPOSITION OF: IOLANI MENZA

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page  21 | | |
| Page  23 | | |
| Page  25 | | |
| Page  28 | | |
| Page  29 | | |
| Page  30 | | |
| Page  31 | | |
| Page  32 | | |
| Page  33 | | |
| Page  34 | | |
| Page  35 | | |
| Page  36 | | |
| Page  38 | | |
| Page  39 | | |
| Page  40 | | |
| Page  42 | | |
| Page  43 | | |
| Page  44 | | |
| Page  45 | | |
| Page  46 | | |
| | Page  46:1-2 | |
| Page  47 | | |
| Page  48 | | |
| Page  49 | | |
| Page  50 | | |
| Page  51 | | |
| Page  52 | | |
| Page  53 | | |
| Page  54 | | |
| Page  55 | | |
| Page  56 | | |
| Page  57 | | |
| Page  58 | | |
| Page  59 | | |
| Page  60 | | |
| | Pages 62:6-63:3 | |
| Page  63 | | |
| | Page  65:2-7 | S— No Q; No answer |
| Page  67 | | |

*Menya P. 2*

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 68 | | ○ |
| Page 69 | | ○ |
| | Page 69 | ○ |
| Page 71 | | ○ |
| Page 72 | | ○ |
| Page 73 | | ○ |
| Page 74 | | ○ |
| | Page 74:16-33 | ○ |
| Page 76 | | ○ |
| Page 77 | | ○ |
| | Page 77:17-19 | ○ |
| | Page 78:9-14 | 5ⅼ 9+10; Oⅼ11-14 |
| Page 78 | | 11 |
| | Page 80:5-8 | ○ |
| Page 80 | | ○ |
| Page 81 | | ○ |
| | Page 84:1-8 | ○ |
| Page 84 | | ○ |
| Page 85 | | ○ |
| Page 86 | | ○ |
| Page 87 | | ○ |
| Page 88 | | ○ |
| Page 89 | | ○ |
| Page 90 | | ○ |
| Page 92 | | ○ |
| Page 93 | | ○ |
| Page 94 | | ○ |
| Page 99 | | ○ |
| Page 101 | | ○ |
| Page 109 | | ○ |
| Page 110 | | ○ |
| Page 111 | | ○ |
| Page 112 | | ○ |
| Page 113 | | ○ |
| Page 115 | | ○ |
| Page 116 | | ○ |
| Page 117 | | ○ |
| Page 118 | | ○ |
| Page 119 | | ○ |
| Page 120 | | ○ |
| Page 121 | | ○ |
| Page 122 | | ○ |

*Menga P. 3*

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page  123 | | ○ |
| Page  125 | | ○ |
| Page  126 | | ○ |
| Page  127 | | ○ |
| Page  128 | | ○ |
| Page  129 | | △ |
| Page  130 | | ○ |
| Page  131 | | O except ¶ 19 is stricken |
| Page  132 | | ○ |
| Page  133 | | ○ |
| Page  134 | | ○ |
| Page  135 | | ○ |
| Page  136 | | ○ |
| Page  137 | | ○ |
| Page  138 | | ○ |
| Page  139 | | ○ |
| Page  140 | | ○ |

## DEPOSITION OF: WILLIAM MCHATTON

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page  12:1-13 | | |
| Pages 16:7-14; 22-25 and 17:1 | | |
| Page  20:1-12 | | |
| Page  21:13-17 | | |
| Page  22:3-11 | | |
| Page  23:18-21 | | |
| Page  25:5-19 | | |
| Page  26:12-25 | | |
| Page  27:1-23 | | |
| | Pages 27:24-28:14 | |
| Page  30:4-12 | | |
| Page  31:5-17 | | |
| Page  32:21-25 | | |
| Page  33:1-9, 15-22 | | |
| Page  34:11-22 | | |
| Page  35:1-4, 7-12 | | |
| Page  36:1-7 | | |
| Page  37:4-10, 14-18 | | |
| Page  41:12-25 | | |
| Page  42:1-9 | | |
| Page  43:9-24 | | |
| Page  44: 6 | | |
| Page  44: 19-25 | | |
| Page  45 | | |
| Page  46 | | |
| Page  47: 21-25 | | |
| Page  48 | | |
| | Pages 49:6 – 50:25 | |
| Page  51:13-20 | | |
| Page  52 | | |
| Page  53 | | |
| Page  54 | | |
| Page  55 | | |
| Page  56 | | |
| Pages 57:24-25, 58:1-3 | | |
| Page  59:7-10 | | |
| Pages 60, 61:1-3 | | |
| Page  62:12-25 | | |
| Page  63 | | |

McHatton P. 2

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 64:18-22 | | O |
| Page 66:8-23 | | O |
| Page 68 | | O |
| Page 69 | | O |
| Page 70 | | O |
| Page 71 | | O |
| Page 72:7-8 | | O |
| Page 73 | | O |
| Page 74 | | O |
| Page 75 | | O |
| Page 76:1-9 | | O |
| Page 77 | | O |
| Page 78 | | O |
| Page 79 | | O |
| Page 80 | | O |
| Page 81 | | O |
| | Page 82:5-13 | S |
| Page 83 | | O |
| | Page 84:6-15 | S (NO Q) |
| Page 84 | | O except l6-15 |
| | Page 86:5-6 | S (NO Q) |
| Page 86 | | S l 7-11, O to balance |
| Page 87 | | O |
| Page 88 | | O |
| Page 96 | | O |
| Page 97 | | O |
| Page 98 | | O |
| Page 103 | | O |
| Page 104 | | O |
| Page 106 | | O |
| Page 108 | | O |
| Page 111 | | O |
| Page 112 | | O |
| Page 113 | | O |
| Page 114 | | O |
| Page 115 | | O |
| Page 117 | | O |
| Page 118 | | O |
| Page 119 | | O except l 21-24 |
| | Page 119:21-24 | S |
| Page 120 | | O |
| Page 121 | | O |

McHatton P.3

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page  122 | | ○ |
| Page  123 | | ○ |
| Page  124 | | ○ |
| Page  125 | | ○ |
| Page  126 | | ○ |
| Page  127 | | ○ |
| Page  131 | | ○ |
| Page  132 | | ○ |
| Page  133 | | ○ |
| Page  139 | | ○ |
| Page  141 | | ○ |
| Page  142 | | ○ |
| Page  143:20-25 | | ○ |
| Page  144 | | ○ |
| Page  145 | | ○ |
| Page  146 | | ○ |
| Page  149 | | ○ |
| Page  150 | | ○ |
| Page  151 | | ○ |
| Page  152 | | ○ |
| Page  153 | | ○ |
| Page  154 | | ○ |
| Page  155 | | ○ |
| Page  156 | | ○ |
| Page  157 | | ○ |
| Page  158 | | ○ |
| Page  163 | | ○ |
| Page  164 | | ○ |
| Page  165 | | ○ |
| Page  168 | | ○ |
| Page  171 | | ○ |
| Page  172 | | ○ |
| Page  173 | | ○ |
| Page  174 | | ○ |

## DEPOSITION OF RYAN KIMBLE

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| | Pages 10:25-11:15 | |
| Pages 17, 20 | | |
| | Pages 19:2-6 and 21:6-9 | |
| Pages 22-25 | | |
| | Page 25:6-10 | |
| | Pages 27:4-14 | |
| | Pages 29:17-23 | |
| Page 30 | | |
| | Page 33:7-9 | |
| | Page 34:3-9 | |
| Pages 38-41 | | |
| Pages 42-45 | | |
| | Page 43:5–44:8 | |
| Pages 46-49 | | |
| Page 52 | | |
| | Page 52:7-10 | |
| Page 66 | | |
| | Pages 66:11-16 and 66:25-67:1 | |
| | Pages 70:9-15 and 71:2-10 | |
| Page 73 | | |
| Page 74 | | |
| Pages 78-81 | | |
| Pages 90-91 | | |
| Pages 106-109 | | |
| Pages 110-113 | | |
| | Page 111:8-15 | |
| | Pages 118:1-119:19 | |
| Page 120 | | |
| Pages 122-125 | | |
| Pages 126-129 | | |
| | Page 127:3-9 | |
| | Page 130:13-22 | |
| | Page 137:2-19 | |
| Page 138 | | |

# DEPOSITION OF RYAN KIMBLE AS RULE 30(b)(6) DESIGNEE OF THE GEO GROUP, INC.

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| | Pages 20:19-21:2 | ◯ |
| | Page 22:5-13 | S |
| Page 24:5-8, 17-25 | | ◯        ◯ |
| Page 27 | | ◯ |
| | Page 28:19-24 | ◯ |
| Page 30 | | ◯ |
| Page 31 | | ◯ |
| | Page 31:15-18 | ◯ |
| | Page 32:17-24 | ◯ |
| | Page 33:20-23 | ◯ |
| | Page 34:4-8 | ◯ |
| Page 34:15-25 | | ◯ |
| Page 35 | | 24-6:0; 16-20:5 |
| Page 36 | | ◯ |
| | Page 36:11-19, 23-25 | ◯    ◯ |
| | Page 37:1-9 | ◯ |
| Page 38 | | ◯ |
| Page 39 | | ◯ |
| Page 40 | | ◯ |
| | Page 40:6-8 | S |
| Page 41 | | ◯ |
| Page 42 | | ◯ |
| | Page 42:6-13 | ◯ |
| Page 43 | | ◯ |
| Page 44 | | ◯ |
| Page 45 | | ◯ |
| Page 46 | | ◯ |
| Page 47 | | ◯ |
| Page 48 | | ◯ |
| Page 49 | | ◯ |
| Page 50 | | ◯ |
| Page 51 | | ◯ |
| Page 53 | | ◯ |
| Page 54 | | ◯ |
| Page 55 | | ◯ |
| Page 56 | | ◯ |
| | Page 56:3-6 | ◯ |
| Page 57 | | ◯ |

Kimble (3d(B)(6)) p. 2

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 58 | | ○ |
| Page 59 | | ○ |
| Page 60 | | ○ |
| | Page 61:6-13 | ○ |
| Page 61 | | ○ |
| Page 62 | | |
| | Page 62:7-11, 16-19 | S S (No Q's) |
| Page 76 | | ○ |
| Page 79 | | ○ |
| Page 80 | | ○ |
| Page 82 | | ○ |
| Page 83 | | ○ |
| Page 84 | | ○ |
| Page 85 | | ○ |
| Page 86 | | ○ |
| Page 87 | | ○ |
| Page 88 | | ○ |
| Page 89 | | ○ |
| Page 90 | | ○ |
| Page 91 | | ○ |
| Page 92 | | ○ |
| Page 93 | | ○ |
| Page 94 | | ○ |
| Page 95 | | ○ |
| Page 96 | | ○ |
| Page 97 | | ○ |
| Page 98 | | ○ |
| | Page 99:6-20, 16-19 | S S (No Q's |
| | Page 100:6-23 | S (No Q) |
| Page 103 | | ○ |
| Page 104 | | ○ |
| Page 105 | | ○ |
| Page 106 | | ○ |
| Page 107 | | ○ |
| Page 108 | | ○ |
| Page 109 | | ○ |
| Page 111 | | ○ |
| Page 112 | | ○ |
| | Page 112:4-5 | ○ |
| Page 113 | | ○ |
| Page 114 | | ○ |
| Page 115 | | ○ |

Kimble (30(B)(6)) P.3.

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 116 | | ◯ |
| Page 117 | | ◯ |
| Page 118 | | ◯ |
| | Page 122:22-123:1 | 5 (No Q) |
| Page 125 | | ◯ |
| Page 126 | | ◯ |
| Page 128 | | ◯ |
| Page 150 | | ◯ |
| Page 151 | | ◯ |
| Page 152 | | ◯ |
| Page 153 | | ◯ |
| | Page 153:18-154:6 and 154:10-13 | 5 (No Q) 5 (No Q) |
| Page 154 | | ◯ except l10-13 |
| Page 155 | | ◯ |
| Page 156 | | ◯ |
| Page 157 | | ◯ |
| Page 158 | | ◯ |
| Page 159 | | ◯ |
| Page 164 | | ◯ |
| Page 165 | | ◯ |
| Page 166 | | ◯ |
| Page 167 | | ◯ |
| Page 168 | | ◯ |
| Page 169 | | ◯ |
| Page 170 | | ◯ |
| Page 171 | | ◯ |
| Page 173 | | ◯ |
| Page 174 | | ◯ |
| Page 175 | | ◯ |
| Page 176 | | ◯ |
| Page 179 | | ◯ |
| Page 180 | | ◯ |
| Page 181 | | ◯ |
| Page 182 | | ◯ |
| Page 190 | | ◯ |
| Page 191 | | ◯ |

## DEPOSITION OF: BERTHA HENDERSON

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 17 | | ◯ |
| Page 24: 1-8   ≁ 26: 1-13 | | ◯   ◯ |
| Page 27: 15-25 | | ◯ |
| Page 28: 1-13 | | ◯ |
| Page 29: 1-25 | | ◯ |
| Page 30: 1-21 | | ◯ |
| Pages 31:5-25; 32-1-2 | | ◯ |
| Pages: 35:3-25, 36:1-25, 37: 1-25 | | ◯ |
| Pages 38-41 | | ◯ |
| Page 42: 1-25 | | ◯ |
| Page 46: 11-21 | | ◯ |
| | Page 52: 13-16; 52:24-53:1 | ◯   ◯ |
| Page 53: 19-25 | | ◯ |
| Pages 54: 1-3; 57: 1-19 | | ◯   ◯ |
| Pages 59-61 | | ◯ |
| Pages 62-64 | | ◯ |
| Pages 68:1-9; 69: 5-12 | | ◯   ◯ |
| Pages 70-73 | | ◯ |
| Pages 74-77 | | ◯ |
| Pages 78-81 | | ◯ |
| Pages 94: 6-25; 95; 96; 97: 7-25 | | ◯ ◯ ◯ ◯ |
| Pages 98; 101 | | ◯ |
| Pages 102-104 | | ◯ |
| Pages 108-109 | | ◯ |
| Pages 110; 112-113 | | ◯ |
| Pages 114-117 | | ◯ |
| Pages 118, 119, 121 | | ◯ |
| Pages 122-125 | | ◯ |
| Pages 126-129 | | ◯ |
| Pages 130-133 | | ◯ |
| Pages 134-137 | | ◯ |
| Pages 138-141 | | ◯ |
| Pages 142-145 | | ◯ |
| Pages 146-147 | | ◯ |
| Pages 154-157 | | ◯ |
| Pages 158-161 | | ◯ |
| Pages 162-164 | | ◯ |
| Pages 166-169 | | ◯ |

Henderson   P. 2

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Pages 170-173 | | ⃝ |
| Page  174 | | ⃝ |
| Page  179 | | ⃝ |
| Page  182 | | ⃝ |
| Pages 186, 187, 189 | | ⃝ |
| Pages 190-193 | | ⃝ |
| Pages 194-197 | | ⃝ |
| Page  198 | | ⃝ |
| Pages 202-205 | | ⃝ |
| Pages 206-209 | | ⃝ |
| Pages 210, 213 | | ⃝ |
| Pages 223-225 | | ⃝ |
| Page  226 | | ⃝ |
| Page  230 | | ⃝ |

## DEPOSITION OF:  LEONARDO JARAMILLO

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| | Page 25 | S |
| | Page 26 | ℓ 3-0  - ℓ 13- 3 after "No" |
| | Page 35 / Lines 16-18 | O |
| | Page 37-38 | O |
| | Page 69 | S |
| | Page 72-73 | S |
| | | |
| | | |
| | | |
| | | |

The Honorable Robert J. Bryan

*COPY FOR YOUR*
*INFORMATION*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK
NWAUZOR, FERNANDO AGUIRRE-
URBINA, individually and on behalf of all
those similarly situated,

                                    Plaintiffs,

        v.

THE GEO GROUP, INC., a Florida
corporation,

                                    Defendant.

No. 17-cv-05769-RJB

TABLE IDENTIFYING
PLAINTIFFS' DEPOSITION
DESIGNATIONS AND
DEFENDANT'S OBJECTIONS
*+ Court's Rulings*

In accordance with this Court's letter dated May 8, 2020 (Dkt. No. 305), Plaintiffs respectfully identify for the Court the following deposition designations and Defendant's objections thereto:

| Designation Page/Line | ERWIN DELACRUZ | | |
| --- | --- | --- | --- |
| | Objection | Sustained | Overruled |
| 6:2-3 | | | ✓ |
| 6:15-18 | | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 1
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| Designation Page/Line | ERWIN DELACRUZ | | |
|---|---|---|---|
| | Objection | Sustained | Overruled |
| 7:4-8:20 | "Foundation, FRE 402; 701, 802." | ✓ | |
| 12:9-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 16:6-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 18:10-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 18:16-19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 18:21-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 19:16-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 21:14-23:11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 29:12-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 29:17-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 33:2-7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 35:13-15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 35:17-36:10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 41:1-4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 45:17-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 47:15-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 47:19-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 48:3-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 49:2-8 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 2
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | ERWIN DELACRUZ | | |
|---|---|---|---|
| **Designation Page/Line** | **Objection** | **Sustained** | **Overruled** |
| 50:2-5 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 52:9-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 52:12-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 52:16-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 54:1-3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 54:23-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 55:16-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 55:25-56:7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 56:9-12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 56:14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 57:23-58:4 11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 58:6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 58:8-11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 59:20-62:10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 64:1-67:18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 69:14-70:5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 70:11-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 70:15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 70:17 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 3
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • ˙Suite 500 • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | ERWIN DELACRUZ | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 70:21-71:15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:17-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:22-72:8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 74:15-83:13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 84:3-5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 84:7-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 84:21-87:25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 88:2-19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 88:21-89:9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 89:11-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 89:16 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 89:22-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 91:5-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 93:5-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 95:13-96:15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 96:17-97:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 97:3-6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 97:8-11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 97:13 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 4
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • `Suite 500 • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

| Designation Page/Line | Objection | Sustained | Overruled |
|---|---|---|---|
| | **ERWIN DELACRUZ** | | |
| 101:8-102:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 102:19-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 105:14-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 105:19-106:9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 109:4-6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 109:8-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 113:2-15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 113:23-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 114:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 114:10-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 114:25-116:5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 119:9-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 120:5-7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 120:9-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 120:20-121:6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 122:3-5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 122:17-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 122:20-124:12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 125:8-10 | "Foundation, FRE 402, 701, 802." | | |

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| ERWIN DELACRUZ | | | |
|---|---|---|---|
| **Designation Page/Line** | **Objection** | **Sustained** | **Overruled** |
| 125:12-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 125:19-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 125:25-126:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 126:16-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 127:8-10 | "Foundation, FRE 402, 701, 802." | ✓ | |

| MICHAEL HEYE | | | |
|---|---|---|---|
| **Designation Page/Line** | **Objection** | **Sustained** | **Overruled** |
| 6:6-7 | | | ✓ |
| 7:7-8 | | ✓ | |
| 9:7-10:6 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 10:8-13 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 10:18 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 16:24-17:6 | | | ✓ |
| 18:2-14 | | | ✓ |
| 20:14-21:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 21:8-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 22:2-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 22:13-24 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 6
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • ˙Suite 500 • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

| MICHAEL HEYE | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 23:19-24:7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 25:18-26:3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 32:5-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 32:10-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 32:15-16 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 32:18-19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 42:4-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 43:10-44:1 | | | ✓ |
| 44:18-46:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 49:20-50:16 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 51:3-52:9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 52:15-53:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 53:10-54:11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 54:22-55:8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 55:11-56:18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 57:21-59:23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 60:12-61:24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 62:16-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 68:23-69:18 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 7
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

| MICHAEL HEYE | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 71:14-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 72:3-4 | | | ✓ |
| 74:9-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 81:15-82:14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 87:2-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 87:11-88:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 88:11-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 89:4-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 90:5-7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 90:9-12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 90:14-16 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 90:18-21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 90:23-91:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 91:4-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 91:13-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 91:16-21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 91:23-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 92:2-11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 94:8-96:24 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 8
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| MICHAEL HEYE | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 97:3-5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 97:13-98:9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 106:20-22 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 106:24-107:5 | "Foundation, FRE 402, 701, 802." | 106:24— 25 | ✓ |
| 107:7-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 107:24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 108:10-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 114:14-15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 115:7-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 115:24-116:7 | "Foundation, FRE 402, 701, 802." | | ✓ |

| MARC A. JOHNSON | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 5:9-10 | | | ✓ |
| 5:21-25 | | | ✓ |
| 7:16-8:23 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 9:1 | | ✓ | |
| 11:16-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 12:3-21 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 9
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| MARC A. JOHNSON | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 20:9-12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 20:14-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 25:20-26:5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 26:16-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 26:25-27:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 27:3-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 27:16-28:23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 29:14-30:23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 32:9-33:10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 33:12-34:6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 46:6-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 46:25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 47:8-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 47:15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 48:23-2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 49:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 49:12-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 50:2-6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 50:8-10 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 10
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| MARC A. JOHNSON | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 50:12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 51:3-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 51:12-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 51:22-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 52:16-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 53:20-54:3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 54:10-11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 54:14-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 54:24-55:12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 55:14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 55:19-57:3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 57:12-58:3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 58:6-9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 58:21-59:11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 59:18-60:11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 60:14-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 60:23-61:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 62:7-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 62:20-24 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 11
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • `Suite 500 • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

| MARC A. JOHNSON | | | |
|---|---|---|---|
| **Designation Page/Line** | **Objection** | **Sustained** | **Overruled** |
| 63:1-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 64:3-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 65:22-66:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 68:6-12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 68:18-21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 69:16-70:8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:20-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 72:12-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 73:24-74:7 | "Foundation, FRE 402, 701, 802." | | ✓ |

| BRUCE SCOTT, JR., GEO 30(B)(6) DESIGNEE | | | |
|---|---|---|---|
| **Designation Page/Line** | **Objection** | **Sustained** | **Overruled** |
| 6:9-12 | | | ✓ |
| 6:22-25 | | | ✓ |
| 7:5-8:4 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 8:6-11 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 8:13-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 8:25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 9:2-3 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 12
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| BRUCE SCOTT, JR., GEO 30(B)(6) DESIGNEE | | | |
| Designation Page/Line | Objection | Sustained | Overruled |
|---|---|---|---|
| 9:5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 13:6-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 13:16-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 14:22-15:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 16:2-3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 16:5-7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 17:5-15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 17:22-18:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 18:14-19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 18:21-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 19:1-3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 19:5-7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 23:22-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 24:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 24:24-25:3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 28:9-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 28:20-29:6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 29:8-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 30:17-31:2 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 13
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| BRUCE SCOTT, JR., GEO 30(B)(6) DESIGNEE | | | |
| Designation Page/Line | Objection | Sustained | Overruled |
|---|---|---|---|
| 36:8-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 36:15-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 36:20-37:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 61:23-62:24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 64:11-21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 66:20-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 66:25-67:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 67:4-9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 69:22-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 70:18-21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 70:25-71:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:16-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:21-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 72:1-2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 72:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 74:6-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 75:14-20 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 14
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | BRUCE SCOTT, JR., GEO 30(B)(6) DESIGNEE | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 79:6-11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 85:3-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 85:22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 85:24-86:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 86:19-87:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 87:4-88:12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 88:14-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 89:5-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 89:25-90:11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 90:13-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 91:8-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 92:3-4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 92:6-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 94:21-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 94:24-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 98:15-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 102:22-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 112:13-20 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 15
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • `Suite 500 • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

| Designation Page/Line | BRUCE SCOTT, INDIVIDUALY | | |
|---|---|---|---|
| | Objection | Sustained | Overruled |
| 6:2-3 | | | ✓ |
| 6:10-13 | | | ✓ |
| 6:23-7:2 | | | ✓ |
| 8:5-12 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 8:14-9:13 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 8:15-16 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 15:23-16:13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 19:1-9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 22:2-23:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 24:18-25:16 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 26:6-7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 26:9-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 26:12-16 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 30:17-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 31:2-3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 61:11-62:21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 65:13-15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 65:17-2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 66:5-6 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 16
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| BRUCE SCOTT, INDIVIDUALY | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 73:16-21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 73:23-74:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 74:3-4 | "Foundation, FRE 402, 701, 802." | | ✓ |

| DAVID TRACY | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 10:2-3 | | | ✓ |
| 10:10-13 | | | ✓ |
| 10:19-22 | | | ✓ |
| 12:11-21 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 12:25-13:13 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 13:16-22 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 14:2-3 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 14:5 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 17:4-5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 17:21-18:9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 18:23-19:6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 21:5-22:14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 21:16-19 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 17
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue ● ˙Suite 500 ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

| DAVID TRACY | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 23:2-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 23:10-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 23:15-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 26:13-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 27:2-6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 27:9-15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 27:17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 28:4-29:7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 29:22-30:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 30:6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 30:14-31:25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 33:8-34:19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 35:8-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 35:20-36:9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 36:11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 36:13-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 36:16-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 37:2-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 38:2-10 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 18
(17-cv-05769-RJB )

| DAVID TRACY | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 39:3-40:8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 40:16-41:19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 41:25-42:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 42:4-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 42:21-43:11 | "Foundation, FRE 402, 701, 802." | 43:9-11 | ✓ |
| 44:5-46:3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 46:5-6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 46:11-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 49:6-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 51:2-21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 51:23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 52:10-16 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 52:18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 53:5-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 54:7-12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 56:1-3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 56:5-12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 59:1-2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 59:4-10 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 19
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue ● Suite 500 ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

| DAVID TRACY | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 59:13-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 60:4-15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 60:21-61:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 64:24-65:15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 66:3-19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 67:8-12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 70:3-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:5-9 | "Foundation, FRE 402, 701, 802." | 71:8-9 | ✓ |
| 73:8-74:14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 74:16-19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 75:21-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 75:24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 76:7-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 80:22-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 81:3-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 81:19-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 81:24-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 82:2-3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 82:14-18 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 20
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | DAVID TRACY | | |
| Designation Page/Line | Objection | Sustained | Overruled |
|---|---|---|---|
| 83:21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 83:23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 84:13-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 86:6-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 86:17-87:5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 88:3-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 89:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 93:3-9 | "Foundation, FRE 402, 701, 802." | | ✓ |

DATED at Seattle, Washington this 15th day of May, 2020.

SCHROETER GOLDMARK & BENDER

*s/ Jamal N. Whitehead*

Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000 ~ Fax: (206) 682-2305
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF R. ANDREW FREE
Andrew Free (*Pro Hac Vice*)
P.O. Box 90568
Nashville, TN 37209
Tel: (844) 321-3221 ~ Fax: (615) 829-8959
andrew@immigrantcivilrights.com

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 21
(17-cv-05769-RJB )