UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, | C17-5806RJB |
| Plaintiff, | |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, | C17-5769RJB |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| THE GEO GROUP, INC., a Florida corporation, | |
| Defendant | |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

MINUTE ORDER - 1

The Court has received the Joint Report Regarding Remote Trial Proceedings (C17-5806RJB, Dkt. 430; C17-5769RJB, Dkt. 314) and will make no order in that regard *sua sponte*.

Dated this 6th day of January, 2021.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2