UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE GEO GROUP, INC.,<br><br>                    Defendant. | C17-5806RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>                              Plaintiffs,<br><br>          v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>                    Defendant | C17-5769RJB<br><br><br><br>ORDER REQUESTING RESPONSE AND REPLY TO MOTION FOR RECONSIDERATION |

This matter comes before the Court on Defendant's Motion for Reconsideration (Dkt. 445 in C17-5806RJB & Dkt. 324 in C17-5769RJB) of the Court's Order Granting Motion for

ORDER REQUESTING RESPONSE AND REPLY TO MOTION FOR RECONSIDERATION - 1

Trial Setting in Person or Zoom and Setting Schedule (Dkt. 444 in C17-5806RJB & Dkt. 323 in C17-5769RJB).  It appears appropriate to request responses from Plaintiffs.

The Court is familiar with what was said in the *Weger v. Correct Care* case (WAWD Cause Number C19-5961RJB) and changed its view of remote trials before addressing the same questions in these cases.  Over the last few months, since the *Weger* order was issued, the Court has become more educated about how to conduct a Zoom trial, more Zoom trials have taken place in the district, and more are scheduled to take place before this one is to begin.

The Court is more interested in the effect of Western District of Washington General Order 04-21, which came out on March 19, 2021, two days after the Court's Orders.  It appears that the General Order forecloses the Court's hope and desire that we could have an in-person trial on June 1 – or a hybrid trial – as reflected at page 3 of the Court's Orders (Dkts. 444 and 323).

The Court is also interested in the practicalities and difficulties of presenting the trial wholly on the Zoom platform.  A Zoom trial and the pandemic present unique challenges, but at some point, in the interests of justice, we must try cases.  This particular case has waited too long.

Also, if we delay for an in-person jury trial, how long a delay would be required?  Would it be possible to conduct an in-person trial in spite of the Court's General Orders, with appropriate safeguards, such as Kitsap County Superior Court's plan (see attachment).

Responses by Plaintiffs to the Motion for Reconsideration should be filed on or before Monday, April 5, 2021, any reply from Defendant may be filed by April 7, 2021, and the Motion for Reconsideration (Dkt. 445 in C17-5806RJB & Dkt. 324 in C17-5769RJB) is noted for consideration on April 8, 2021.

ORDER REQUESTING RESPONSE AND REPLY TO MOTION FOR RECONSIDERATION - 2

IT IS SO ORDERED.

Dated this 30th day of March, 2021.

ROBERT J. BRYAN
United States District Judge

ORDER REQUESTING RESPONSE AND REPLY TO MOTION FOR RECONSIDERATION - 3