UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | C17-5806RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant | C17-5769RJB<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

This matter comes before the Court on Defendant's Motion for Reconsideration (Dkt. 445 in C17-5806RJB; Dkt. 324 in C17-5769RJB). The Court ordered responses and replies,

ORDER DENYING MOTION FOR RECONSIDERATION - 1

which have been received and considered. (Dkts. 447 & 448 in C17-5806RJB; Dkts. 327 & 328 in C17-5769RJB). The Court is fully advised.

The Court is satisfied that the Court's Order Granting Motion for Trial Setting in Person or Zoom and Setting Schedule (Dkt. 444 in C17-5806RJB; Dkt. 323 in C17-5769RJB), which is the subject of this motion, does not contain manifest error, and should not be reconsidered. (Western District of Washington Local Civil Rule 7(h))(l)).

IT IS SO ORDERED.

The Court does, however, want to make the following points:

1. We are all victims of the pandemic, and it continues to swirl around us. Its future is unknown, and future court closures are entirely possible. Whether Defendant's optimism is well placed, or misplaced, remains to be seen. This case, and many others, demand resolution. The length of further delay necessary to wait for full opening of in-person trials is unknown. It could be July, or many, many months away, far beyond July.

2. The defense suggests that the disposition of the *Weger v. Correct Care* case (WAWD Cause Number 3:19-cv-5961RJB), removing it from the Court's calendar, leaves dates open in July. That is not the situation. The Court has managed to free up June for these cases. Even after the *Weger* disposition, July remains fully set, three to five cases deep, with one to three priority criminal cases set to start each week, including a ten-day murder case set on July 19, 2021. Simply moving this case to July is not an option, and the Court's calendar is similarly heavily set through March 2022.

3. More details regarding the procedure at a Zoom trial can be dealt with as trial nears. Counsel should be listing procedural questions and issues, so that such matters may be dealt with not later than the supplemental Pretrial Conference set for May 21, 2021.

ORDER DENYING MOTION FOR RECONSIDERATION - 2

4.  It is the Court's hope that, at least, we can have "hybrid" trial, with some parts being conducted in person and traditionally, with COVID-19 precautions.  Cooperation, good humor, and flexibility can help to produce a fair trial for all concerned.

Dated this 9th day of April, 2021.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge