The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK
NWAUZOR, FERNANDO AGUIRRE-
URBINA, individually and on behalf of all
those similarly situated,

                                    Plaintiffs,

        v.

THE GEO GROUP, INC., a Florida
corporation,

                                    Defendant.

No.  3:17-cv-05769-RJB

**STIPULATED MOTION TO
SEAL DOCUMENTS AND
ORDER**

NOTE ON MOTION CALENDAR:
APRIL 26, 2021

## I.    STIPULATED MOTION

In compliance with Local Rule W.D. Wash. LCR 5(g) and 10(g), and pursuant to the Protective Order entered in this case (Dkt. No. 163), the Parties submit this stipulated motion to permit Plaintiffs to file the "Community Forensic Evaluation Service Competency Evaluation Report" of Fernando Aguirre-Urbina, dated February 17, 2021, under seal. Plaintiffs seek to file the report under seal as Exhibit 3 to the Declaration of Jamal Whitehead in support of Plaintiffs' Motion to Dismiss Fernando Aguirre-Urbina as a Named Plaintiff and Class Representative, which is filed this same day.

STIP. MOT. TO SEAL DOCUMENTS
AND ORDER - 1

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

Rule 26(c) provides for the entry of "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression or undue burden or expense." Here, Plaintiffs seek to file Aguirre-Urbina's mental health evaluation under seal because it contains "[p]ersonal medical records, including … physical and mental health information," which fall within the categories of "Confidential" documents covered by the Stipulated Protective Order. Dkt. No. 163 at 2. Making Aguirre-Urbina's personal mental health information available to the public would invade his privacy and subject him to annoyance, embarrassment, and/or oppression. There are no less restrictive alternatives to filing under seal, such as redaction, because the entirety of the report is about Aguirre-Urbina's mental health.

## II.   CERTIFICATION OF COUNSEL

Plaintiffs provided GEO with a copy of the report on April 20, 2021, and apprised GEO of the need to file it under seal. GEO reviewed the report and the confidentiality designation and confirmed that it should, indeed, be marked "confidential" and be filed under seal.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

Plaintiffs may file the "Community Forensic Evaluation Service Competency Evaluation Report" of Fernando Aguirre-Urbina under seal as Exhibit 3 to the Declaration of Jamal Whitehead in support of Plaintiffs' Motion to Dismiss Fernando Aguirre-Urbina as a Named Plaintiff and Class Representative.

SO STIPULATED this 26th day of April, 2021.

| s/ Jamal Whitehead | s/ Adrienne Scheffey |
|---|---|
| SCHROETER GOLDMARK & BENDER | AKERMAN LLP |
| Adam J. Berger, WSBA #20714 | Adrienne Scheffey |
| Lindsay L. Halm, WSBA #37141 | 1900 Sixteenth Street, Suite 1700 |
| Jamal N. Whitehead, WSBA #39818 | Denver, Colorado 80202 |

STIP. MOT. TO SEAL DOCUMENTS
AND ORDER - 2

Rebecca J. Roe, WSBA #7560
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF
R. ANDREW FREE
R. Andrew Free (*Pro Hac Vice*)
P.O. Box 90568
Nashville, TN 37209
Tel: (844) 321-3221
andrew@immigrantcivilrights.com

OPEN SKY LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
20415 – 72nd Avenue S, Suite 110
Kent, WA 98032
Tel: (206) 962-5052
devin@opensky.law

MENTER IMMIGRATION LAW,
PLLC
Meena Menter, WSBA # 31870
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
Tel: (206) 419-7332
meena@meenamenter.com

*Class Counsel*

Telephone: (303) 260-7712
Facsimile: (303) 260-7714
adrienne.scheffey@akerman.com

III BRANCHES LAW, PLLC
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466
Telephone: (253) 566-2510
Facsimile: (281) 664-4643
joan@3brancheslaw.com

*Counsel for Defendant*

STIP. MOT. TO SEAL DOCUMENTS
AND ORDER - 3

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

[PROPOSED] **ORDER**

IT IS SO ORDERED.

Done this 27th day of April, 2021.

ROBERT J. BRYAN
United States District Judge

PRESENTED BY:

*s/ Jamal Whitehead*
SCHROETER GOLDMARK & BENDER
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF
R. ANDREW FREE
R. Andrew Free (*Pro Hac Vice*)
P.O. Box 90568
Nashville, TN 37209
Tel: (844) 321-3221
andrew@immigrantcivilrights.com

OPEN SKY LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
20415 – 72nd Avenue S, Suite 110
Kent, WA 98032
Tel: (206) 962-5052
devin@opensky.law

*s/ Adrienne Scheffey*
AKERMAN LLP
Adrienne Scheffey
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
adrienne.scheffey@akerman.com

III BRANCHES LAW, PLLC
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466
Telephone: (253) 566-2510
Facsimile: (281) 664-4643
joan@3brancheslaw.com

*Counsel for Defendant*

STIP. MOT. TO SEAL DOCUMENTS
AND ORDER - 4

MENTER IMMIGRATION LAW, PLLC
Meena Menter, WSBA # 31870
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
Tel: (206) 419-7332
meena@meenamenter.com

*Class Counsel*

STIP. MOT. TO SEAL DOCUMENTS
AND ORDER - 5

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305