UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                 Plaintiff,<br><br>      v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>              Defendant. | C17-5806RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>              Plaintiffs,<br><br>      v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>              Defendant | C17-5769RJB<br><br>AGENDA<br><br>SUPPLEMENTAL PRETRIAL CONFERENCE<br><br>MAY 21, 2021 8:23 a.m. Zoom |

1.     "Related" Case

2.     Noting Date – State Case Motion at Docket Number 456

3.     Witness lists for voir dire

AGENDA – SUPPLEMENTAL PRETRIAL CONFERENCE

4.    Trial time limits

5.    Voir Dire

    a.    Procedure

    b.    Counsel time limits per "flight" of jurors

    c.    Challenges for cause by flight

    d.    Oral peremptory challenges

    e.    Stop when 15 jurors are qualified

6.    Should witnesses be apart from counsel while testifying?

7.    Witness access to exhibits

8.    Spectator feed

9.    Access to juror information sheets

10.    Technology questions

11.    Any other issues

Dated this 18th day of May, 2021.

ROBERT J. BRYAN
United States District Judge

AGENDA – SUPPLEMENTAL PRETRIAL CONFERENCE