## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant/Counter-Claimant. | Case No. 3:17-cv-05769-RJB<br><br>**[PROPOSED] ORDER GRANTING THE GEO GROUP, INC.'S MOTION FOR DECERTIFICATION OF CLASS OR NARROWING THE CLASS DEFINITION (DKT. 354)**<br><br>**NOTE ON MOTION CALENDAR:**<br>Date: June 18, 2021 |

This Court, having reviewed The GEO Group, Inc.'s Motion for Decertification of Class or Narrowing the Class Definition (Dkt. 354) (the "Motion"), finds good cause exists and the Motion is timely. This Court therefore GRANTS this Motion.

**IT IS SO ORDERED.**

This the _____ day of _____, 2021.

_____
Honorable Robert J. Bryan
United States District Court Judge

Email: joan@3brancheslaw.com

*Attorneys for Defendant The GEO Group, Inc.*

[PROPOSED] ORDER GRANTING THE GEO GROUP, INC.'S MOTION FOR DECERTIFICATION OF CLASS OR NARROWING THE CLASS DEFINITION (DKT   )(3:17-CV-05769-RJB) – PAGE 1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

PRESENTED BY:

By: *s/ Lawrence D. Silverman*
**AKERMAN LLP**
Lawrence D. Silverman (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)


By: *s/ Joan K. Mell*
**III BRANCHES LAW, PLLC**
Joan K. Mell, WSBA #21319

*Counsel for Defendant The GEO Group, Inc.*

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712