The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>    Defendant. | Case No.: 3:17-cv-05806-RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>    Defendant. | Case No.: 3:17-cv-05769-RJB<br><br>**THE GEO GROUP, INC.'S MOTION FOR A MISTRIAL**<br><br>NOTE ON MOTION CALENDAR:<br>Date: June 17, 2021 |

The GEO Group, Inc. ("GEO"), hereby moves for a mistrial in the trial proceedings brought by Plaintiffs State of Washington ("State") and Nwauzor et al. ("Private Plaintiffs") (collectively "Plaintiffs").

A mistrial in a civil case is appropriate where a jury is unable to reach a unanimous verdict. The Ninth Circuit's biding precedent makes plain that "a jury split over an affirmative defense necessarily results in a hung jury" *Jazzabi v. Allstate Ins. Co.*, 278 F.3d 979, 984 (9th Cir. 2002);

DEFENDANT THE GEO GROUP, INC.'S
MOTION FOR JUDGMENT AS A MATTER OF LAW
(3:17-CV-05769-RJB) (3:17-CV-05806-RJB)
PAGE 1

58685065;1

AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

*see also United States v. Southwell*, 432 F.3d 1050, 1055 (9th Cir. 2005) ("Since a jury verdict must be unanimous, a jury united as to guilt but divided as to an affirmative defense (such as insanity) is necessarily a hung jury). To be sure, "[l]iability cannot be established until after the jurors unanimously agree that the elements are satisfied and they unanimously reject the affirmative defenses. This approach comports well with the constitutional and statutory mandates that federal juries return unanimous verdicts in civil trials." *Jazzabi*, 278 F.3d at 984–85.

Here, the jury has collectively agreed that they cannot unanimously reject GEO's affirmative defense of intergovernmental immunity. There can be no question as to this finding, based upon the jury's written communications to the Court:

> "At this time, based on evidence provided, we are uncertain if we can reach a conclusion on question 1, and we **are certain that we cannot agree on question number 2**" (emphasis added).

After being sent back to the jury room for further deliberation, the jury *again* concluded they were "**deadlocked** on one question." (emphasis added). The Court polled the jury and it was clear that at least two jurors remained steadfast that they could not agree on Question 1, in addition to being deadlocked on Question 2. Based upon this clear and unambiguous finding, this Court should declare a mistrial, consistent with the Ninth Circuit's decision in *Jazzabi*. For the above stated reasons, GEO respectfully asks the Court to enter a mistrial.

Respectfully submitted, this 17th day of June, 2021.

By: *s/ Adrienne Scheffey*
**AKERMAN LLP**
Adrienne Scheffey (Admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: adrienne.scheffey@akerman.com

DEFENDANT THE GEO GROUP, INC.'S
MOTION FOR JUDGMENT AS A MATTER OF LAW
(3:17-CV-05769-RJB) (3:17-CV-05806-RJB)
PAGE 2

AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

58685065;1

| | |
|---|---|
| 1 | By: *s/ Lawrence D. Silverman* |
| 2 | **AKERMAN LLP** |
|   | Lawrence D. Silverman (Admitted *pro hac vice*) |
| 3 | 98 Southeast Seventh Street, Suite 1100 |
|   | Miami, Florida 33161 |
| 4 | Telephone: (305) 982-5666 |
|   | Facsimile: (305) 374-5905 |
| 5 | Email: lawrence.silverman@akerman.com |
| 6 | By: *s/ Joan K. Mell* |
| 7 | **III BRANCHES LAW, PLLC** |
|   | Joan K. Mell, WSBA #21319 |
| 8 | 1019 Regents Boulevard, Suite 204 |
|   | Fircrest, Washington 98466 |
| 9 | Telephone: (253) 566-2510 |
|   | Facsimile: (281) 664-4643 |
| 10 | Email: joan@3brancheslaw.com |

*Attorneys for Defendant The GEO Group, Inc.*

DEFENDANT THE GEO GROUP, INC.'S
MOTION FOR JUDGMENT AS A MATTER OF LAW
(3:17-CV-05769-RJB) (3:17-CV-05806-RJB)
PAGE 3

58685065;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

# PROOF OF SERVICE

I hereby certify on the 10th day of June 2021, pursuant to Federal Rule of Civil Procedure 5(b), I electronically filed and served the foregoing **THE GEO GROUP, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW** via the Court's CM/ECF system on the following:

**OFFICE OF THE ATTORNEY GENERAL**
Marsha J. Chien
Andrea Brenneke
Lane Polozola
Patricio A. Marquez
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104

*Attorneys for Plaintiff State of Washington*

**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
810 Third Avenue, Suite 500
Seattle, Washington 98104
Telephone:     (206) 622-8000
Facsimile:      (206) 682-2305
Email: hberger@sgb-law.com
Email: halm@sgb-law.com
Email: whitehead@sgb-law.com
Email: roe@sgb-law.com

**THE LAW OFFICE OF R. ANDREW FREE**
Andrew Free (Admitted *Pro Hac Vice*)
P.O. Box 90568
Nashville, Tennessee 37209
Telephone:     (844) 321-3221
Facsimile:      (615) 829-8959
Email: andrew@immigrantcivilrights.com

**OPEN SKY LAW PLLC**
Devin T. Theriot-Orr, WSBA #33995
20415 72nd Avenue S, Suite 100
Kent, Washington 98032
Telephone:     (206) 962-5052
Facsimile:      (206) 681-9663
Email: devin@openskylaw.com

PROOF OF SERVICE
(3:17-CV-05769-RJB) (3:17-CV-05806-RJB)
PAGE 4

58685065;1

AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

1 | **MENTER IMMIGRATION LAW, PLLC**
2 | Meena Menter, WSBA #31870
    8201 164th Avenue NE, Suite 200
3 | Redmond, Washington 98052
    Telephone:     (206) 419-7332
4 | Email: meena@meenamenter.com

5 | *Attorneys for Plaintiffs*

6 |

7 |                              *s/ Nick Mangels*
                                 Nick Mangels
8 |

DEFENDANT THE GEO GROUP, INC.'S
MOTION FOR JUDGMENT AS A MATTER OF LAW
(3:17-CV-05769-RJB) (3:17-CV-05806-RJB)
PAGE 5

58685065;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712