UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>          Plaintiff,<br><br>  v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>          Defendant. | C17-5806RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>          Plaintiffs,<br><br>  v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>          Defendant | C17-5769RJB<br><br>ORDER |

This matter comes before the Court after an 11-day trial, jury deliberations over part of three days, and a declaration of the jury that they can not agree on a verdict.

It appears to the Court that the jury can not reach a verdict, and that the Court should now declare a mistrial.

ORDER

**IT IS SO ORDERED**.

Dated this 17th day of June, 2021.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER