UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                Plaintiff,<br><br>  v.<br><br>THE GEO GROUP, INC.,<br><br>                Defendant. | CASE NO. 3:17-cv-05806-RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, individually and on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>                Plaintiffs,<br><br>  v.<br><br>THE GEO GROUP, INC.,<br><br>                Defendant. | CASE NO. 3:17-cv-05769-RJB<br><br>**JURY NOTES** |

```
June 16, 2021

09:42:23 From  Juror 6  to  Courtroom Deputy Tyler Campbell(Direct Message):
        A few Jurors would like the Judge to provide clarification on the meaning
of Municipal - Is is interchangeable with feberal?
09:42:56 From  Juror 6  to  Courtroom Deputy Tyler Campbell(Direct Message):
        Government
09:43:31 From  Juror 6  to  Courtroom Deputy Tyler Campbell(Direct Message):
        Specifically in subsection K who/what does it apply to?
09:43:38 From  Juror 6  to  Courtroom Deputy Tyler Campbell(Direct Message):
        Is government
09:43:48 From  Juror 6  to  Courtroom Deputy Tyler Campbell(Direct Message):
        A321
```

June 17, 2021

10:12:32 From  Juror 6  to  Courtroom Deputy Tyler Campbell(Direct Message):
        We thought we had settled question number 1, but as we discussed question number 2, some began to rethink their answer to number 1.  At this time, based on evidence provided, we are uncertain if we can reach a conclusion on question 1, and we are certain that we cannot agree on question number 2.
10:38:19 From  Juror 6  to  Courtroom Deputy Tyler Campbell(Direct Message):
        We all agree that we could reach agreement on one question, but we cannot reach agreement other question, we are deadlocked on one question.  Now what?
10:39:08 From  Juror 6  to  Courtroom Deputy Tyler Campbell(Direct Message):
        Therefore the question posed by the judge was confusing to some