UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | C17-5806RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | C17-5769RJB<br><br>ORDER GRANTING MOTIONS FOR NEW TRIAL DATE |

  This matter comes before the Court on the Plaintiff State of Washington's Motion to Set New Minimum Wage Act Liability Trial Date and to Set Date for Phase III of Trial (*Washington v. The GEO Group, Inc.,* 17-5806, Dkt. 493) and Plaintiffs Ugochukwu Goodluck Nwauzor and Fernando Aguirre-Urbina's Motion for a New Trial Date on their Minimum Wage Act Claims

ORDER

(*Nwauzor v. The GEO Group,* 17-5769, Dkt. 383).  The Court has considered the pleadings filed regarding the motions and the remaining record.

On June 1, 2021, trial began.  After 11 days, jury deliberations over part of three days, and a declaration of the jury that they could not agree on a verdict, a mistrial was declared on June 17, 2021.  Dkt. 376.

The Plaintiffs' motions should be granted.  These cases are some of the oldest cases on the Court's docket and are the highest priority for resetting.  While the Court must consider several pressing criminal matters, these cases are second only to those criminal cases for resetting.  Accordingly, trial in the first phase of these cases is reset to begin on **October 12, 2021,** and the supplemental pretrial conference is reset for **October 1, 2021, at 8:30 a.m.**

If the parties feel that a modification of the pre-trial order, or supplements to motions *in limine*, or changes to the jury instructions are appropriate, they may provide the Court with such proposals by **August 26, 2021,** and additional motions, if any, should be filed by **August 26, 2021**.

The previous orders of the Court remain in effect.  Trial will proceed as before – in phases.  It will not deal with the State's equitable claims until a jury decides if the Minimum Wage Act is applicable.  The State's position will likely be much stronger if it starts from a favorable jury verdict.

**IT IS SO ORDERED**.

Dated this 12th day of July, 2021.

ROBERT J. BRYAN
United States District Judge

ORDER