UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                Plaintiff,<br><br>       v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>             Defendant. | C17-5806RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>            Plaintiffs,<br><br>       v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>             Defendant. | C17-5769RJB<br><br>ORDER SETTING ORAL ARGUMENT |

This matter comes before the Court on the Plaintiff State of Washington's Renewed Motion for Judgment as a Matter of Law (filed in *Washington v. The GEO Group, Inc.,* 17-5806, Dkt. 498) and the GEO Group, Inc.'s Rule 50(b) Motion for Judgment as a Matter of Law (filed

ORDER

in *Washington v. The GEO Group, Inc.,* 17-5806, Dkt. 503 and in *Nwauzor v. The GEO Group,* 17-5769, Dkt. 394). The Court has considered the pleadings filed regarding the motions and the remaining record.

The Court finds that oral argument would be helpful as to the discrimination portion of GEO's intergovernmental immunity defense only as raised in Plaintiff State of Washington's Renewed Motion for Judgment as a Matter of Law (filed in *Washington v. The GEO Group, Inc.,* 17-5806, Dkt. 498) and the GEO Group, Inc.'s Rule 50(b) Motion for Judgment as a Matter of Law (filed in *Washington v. The GEO Group, Inc.,* 17-5806, Dkt. 503, pages 22 (lines 10-26) to 25 (line 1) and in *Nwauzor v. The GEO Group,* 17-5769, Dkt. 394, pages 22 (lines 10-26) to 25 (line 1)). In addition to general argument on that defense, the parties should also be prepared to address the Jury Instruction, #17, given in the prior trial on that defense. Oral argument is set for **August 17, 2021 at 9:30 a.m**. in Courtroom A.

**IT IS SO ORDERED**.

Dated this 5th day of August, 2021.

ROBERT J. BRYAN
United States District Judge

ORDER