UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | C17-5806RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant | C17-5769 RJB<br><br>ORDER ON MOTION FOR RELIEF FROM A DEADLINE |

THIS MATTER comes before the Court on the Defendant The GEO Group, Inc.'s ("GEO") Motion for Relief from Deadline to File Trial-Related Submissions.  Filed in *Washington v. The GEO Group, Inc.,* U.S. District Court for the Western District of Washington

ORDER - 1

case number 17-5806, Dkt. 532 and in *Nwauzor v. The GEO Group,* U.S. District Court for the Western District of Washington case number 17-5769, Dkt. 420.  The Court has considered the pleadings filed regarding the motions and the remaining file.

These two consolidated cases arise from Plaintiffs' claims that GEO failed to pay immigration detainees in its Voluntary Work Program ("VWP") the Washington minimum wage at its Northwest Detention Center, now renamed Northwest ICE Processing Center.  One case, *Nwauzor,* case number 17-5769, is a class action.  The other case is brought by the State of Washington.  *State,* case number 17-5806.  On June 1, 2021, trial began.  After an 11-day trial, jury deliberations over three days, and a declaration from the jury that they could not agree on a verdict, a mistrial was declared on June 17, 2021.  *State,* case number 17-5806, Dkt. 487; *Nwauzor,* case number 17-5769, Dkt. 376.  The Plaintiffs' motion for a new trial was granted; the pretrial conference was reset to October 1, 2021 and trial was reset to begin on October 12, 2021.  *State,* case number 17-5806, Dkt. 497; *Nwauzor,* case number 17-5769, Dkt. 390.  That order provided:

> If the parties feel that a modification of the pre-trial order, or supplements to motions *in limine*, or changes to the jury instructions are appropriate, they may provide the Court with such proposals by **August 26, 2021,** and additional motions, if any, should be filed by **August 26, 2021**.
>
> The previous orders of the Court remain in effect. . .

*Id.*  GEO now moves for an extension of the August 26, 2021 deadline, to September 23, 2021. *State,* case number 17-5806, Dkt. 532; *Nwauzor,* case number 17-5769, Dkt. 420.  GEO contends that new local counsel for GEO needs the extra time to prepare such submissions.  *Id.*  The Plaintiffs object to the extension.  *State,* case number 17-5806 Dkt. 533; *Nwauzor,* case number 17-5769, Dkt. 421.

Pursuant to Fed. R. Civ. P. 16(b)(4), a case schedule may be modified with good cause.

ORDER - 2

1   GEO's motion for an extension of time should be granted, in part.  It has stated good
2   cause for a brief extension.  The August 26, 2021 deadline to file proposed modifications of the
3   pre-trial order, supplements to motions *in limine*, changes to the jury instructions, or additional
4   motions, if any, is extended to **September 9, 2021.**  Parties should be aware that this is **not** an
5   invitation to revisit all the prior orders, merely an opportunity to offer minor alterations
6   reflecting changes occurring since those orders were issued.

7   **IT IS SO ORDERED.**

8   The Clerk is directed to send uncertified copies of this Order to all counsel of record and
9   to any party appearing *pro se* at said party's last known address.

10  Dated this 25th day of August, 2021.

*[Signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER - 3