UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, | CASE NO. 17-5806 RJB |
| Plaintiff, | ORDER |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |

This matter comes before the Court *sua sponte* on review of the record.  The Court has considered the record and is fully advised.

On October 9, 20217, this case was removed from Pierce County Superior Court based on 28 U.S.C. § 1331, 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1442.  Dkt. 1.  The State's motion to remand was denied without prejudice on December 13, 2017.  Dkt. 32.  That order did not address whether the Court has jurisdiction under 28 U.S.C. § 1331 or 28 U.S.C. § 1332.  On August 19, 2021, the last of GEO's arguably federal-law based defenses, GEO's intergovernmental immunity defense, was dismissed.  Dkt. 531.  This dismissal may call into question the Court's jurisdiction.  *See Lake v. Ohana Military Communities,* 2021 WL 4396693 (9th Cir. Sept. 27, 2021).  Accordingly, the State and GEO should be prepared to address whether this Court retains jurisdiction over this case at the Pretrial Conference on Friday, October 1, 2021 at 8:30 a.m.

ORDER - 1

**IT IS SO ORDERED**.

The Clerk is directed to send copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.  A courtesy copy of this Order will also be filed in Cause Number 17-5769RJB, *Nwauzor v The GEO Group, Inc.*

Dated this 28th day of September, 2021.

ROBERT J. BRYAN
United States District Judge

ORDER - 2