UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | C17-5806RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | C17-5769 RJB<br><br>ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION REQUESTING MODIFIED JUROR QUESTIONNAIRE TO BE SENT WITH JUROR SUMMONS |

This matter comes before the Court on the above referenced motion (C17-5769RJB, Dkt. 450 and C17-5806RJB, Dkt. 560). The Court is mindful that the noting date is October 8, 2021,

ORDER - 1

but for a modified juror questionnaire to be sent with a jury summons, it must be ready by October 5, 2021, before this motion is noted.

The Court believes in case-specific juror questionnaires and anticipated dealing with the issue at the Pretrial Conference, but it needs to be resolved earlier.

The Court will send a modified juror questionnaire with the jury summons, but only on the following conditions:  Counsel should agree on the form of the juror questionnaire.  The questionnaire should be limited to one page, with a place for the juror to be identified at the top and for signature at the bottom.  The contents of the questionnaire should be as agreed between the parties.  The parties should meet and confer to prepare the additional juror questionnaire to cover the interests of all parties.  The Court will reserve the right to modify the parties' proposed questionnaire.  Because of the time limitations, counsel need to have the proposed joint questionnaire form in the hands of the Court before the close of business on Monday, October 4. 2021.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 28th day of September, 2021.

ROBERT J. BRYAN
United States District Judge

ORDER - 2