UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, | C17-5806RJB |
| Plaintiff, | |
| v. | |
| THE GEO GROUP, INC., a Florida corporation, | |
| Defendant. | |

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually, | C17-5769 RJB |
| | ORDER REGARDING DEFENDANT THE GEO GROUP, INC.'S SUPPLEMENTAL JURY INSTRUCTIONS |
| Plaintiffs, | |
| v. | |
| THE GEO GROUP, INC., a Florida corporation, | |
| Defendant. | |

This matter comes before the Court on the filing of the above-referenced supplemental jury instructions (C17-5769RJB, Dkt. 437 & C17-5806RJB, Dkt. 549).  The supplemental

ORDER - 1

instructions were noted for consideration on September 24, 2021, but it appears that all pleadings have been submitted. The Court is fully advised.

In the Court's Scheduling Order of July 12, 2021, the Court invited changes to the jury instructions from the first trial by August 26, 2021. Plaintiffs did not request any changes. The Defendant's Supplemental Jury Instructions were technically not timely. Nevertheless, the Court has considered them and will consider them further in connection with final jury instructions in the retrial. While it appears doubtful that the Court will give any of the Defendant's supplemental instructions as presented, the Court will carefully further consider the proposed supplemental instructions with the arguments presented at the time of preparation of final jury instructions.

The jury instructions are driven by the evidence in a case and final jury instructions will be based on the evidence not yet presented. Accordingly, insofar as the presentation of supplemental jury instructions was a motion, the motion should be DENIED, but without prejudice to the arguments regarding jury instructions submitted in support of and in opposition to the Defendant's supplemental jury instructions.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 28th day of September, 2021.

ROBERT J. BRYAN
United States District Judge

ORDER - 2