UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>        Defendant. | C17-5806 RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>        Defendant. | C17-5769 RJB<br><br>ORDER |

       This matter comes before the Court *sua sponte*, on the State's Motion for Clarification (filed in *Washington v. The GEO Group, Inc.,* U.S. District Court for the Western District of Washington case number 17-5806, Dkt. 576), and on The GEO Group, Inc.'s ("GEO") Motion

ORDER - 1

for Reconsideration (filed in *Washington v. The GEO Group, Inc.,* U.S. District Court for the Western District of Washington case number 17-5806, Dkt. 584 and in *Nwauzor v. The GEO Group,* U.S. District Court for the Western District of Washington case number 17-5769, Dkt. 474). The Court has considered the pleadings filed regarding the motions, testimony heard and other evidence presented during the 11-day trial, and the remaining record.

**Jury Selection.** The jury summons have been issued for Tuesday, October 12, 2021 and the jury questionnaires have been sent. Responses to the questionnaires will be available to counsel on Friday, October 8, 2021.

**State's Motion for Clarification**. Any responses to this motion should be filed in CM/ECF by noon on Friday October 8, 2021.

**GEO's Motion for Reconsideration**. Further pleadings on the motion for reconsideration should be filed in CM/ECF by 5:00 a.m. Tuesday, October 12, 2021. Oral argument on the motion will be held after jury selection on October 12, 2021 on Zoom. Plan on 15 minutes of argument per party.

**IT IS SO ORDERED.**

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 7th day of October, 2021.

ROBERT J. BRYAN
United States District Judge

ORDER - 2