UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>                    Defendant. | C17-5806 RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>                    Plaintiffs,<br><br>        v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>                    Defendant. | C17-5769 RJB<br><br>ORDER CORRECTING TYPOGRAPHICAL/SCRIVENER'S ERRORS |

This matter comes before the Court *sua sponte* to make corrections in the Court's Pretrial Order for Second Trial (C17-5769RJB, Dkt. 469 & C17-5806RJB, Dkt. 579) and Case

ORDER - 1

Introduction to All Jurors for Second Trial (C17-5769RJB, Dkt. 470 & C17-5806RJB, Dkt. 580) as follows:

At page 3, line 7 of the Court's Pretrial Order for Second Trial, the citation should be to 28 U.S.C. § 1442 rather than § 1444.

At page 6, 1ines 1 and 2 of the Court's Case Introduction to All Jurors for Second Trial, the word "intergovernmental" should be stricken.

**IT IS SO ORDERED.**

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 7th day of October, 2021.

ROBERT J. BRYAN
United States District Judge

ORDER  - 2