The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>　　　　Defendant. | Case No. 17-cv-05806-RJB |
| UGOCHUKWU GOODLUCK NWAUZOR on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>　　　　Defendant. | Case No. 17-cv-05769-RJB<br><br>DECLARATION OF JAMAL N. WHITEHEAD IN SUPPORT OF PLAINTIFFS' RESPONSE TO GEO'S SUBMISSION REGARDING JUDICIAL NOTICE OF THE UNITED STATES' STATEMENT OF INTEREST [DKT. 290] |

I, Jamal N. Whitehead, declare as follows:

1.　　I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

WHITEHEAD DECL. IN SUPPORT
OF PLTFS.' RESP. TO GEO'S SUB.
RE: JUDICIAL NOTICE
(Nos. 17-cv-05769/05806-RJB) - 1

SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

2. Attached as Exhibit A is a true and correct copy of excerpts from the rough draft of the October 21, 2021, trial transcript.

3. Attached as Exhibit B is a true and correct copy of excerpts from the Rule 30(b)(6) deposition of GEO dated December 10, 2019, including the case caption and the court reporter's signature page. GEO designated Bruce Scott as its testifying agent for purposes of the deposition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Seattle, Washington, this 25th day of October, 2021.

*s/ Jamal N. Whitehead*
Jamal N. Whitehead, WSBA #39818

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Devin T. Theriot-Orr
OPEN SKY LAW, PLLC
20415 – 72nd Avenue South, Suite 110
Kent, WA 98032
devin@opensky.law
*Attorney for Plaintiff*

R. Andrew Free
THE LAW OFFICE OF R. ANDREW FREE
PO Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com
*Attorney for Plaintiff*

Meena Menter
MENTER IMMIGRATION LAW PLLC
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
meena@meenamenter.com
*Attorney for Plaintiff*

Joan K. Mell
III BRANCHES LAW, PLLC
1019 Regents Boulevard, Suite 204
Fircrest, WA 98466
joan@3brancheslaw.com
*Attorney for Defendant*

Adrienne Scheffey
AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
adrienne.scheffey@akerman.com
*Attorneys for Defendant*
Jacqueline M. Arango
AKERMAN LLP
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
jacqueline.arango@akerman.com
*Attorneys for Defendant*

Al Roundtree
FOX ROTHSCHILD LLP (Seattle)
1001 Fourth Ave, Ste 4500
Seattle, WA 98154
aroundtree@foxrothschild.com
*Attorneys for Defendant*
Wayne H. Calabrese
Joseph Negron Jr.
The GEO Group, Inc.
4955 Technology Way
Boca Raton, Florida 33431
wcalabrese@geogroup.com
jnegron@geogroup.com
*Defendant*

DATED at Seattle, Washington this 25th day of October, 2021

*s/ Jamal Whitehead*
Jamal Whitehead
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
whitehead@sgb-law.com