UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK NWAUZOR, individually and on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,

Plaintiffs,

v.

THE GEO GROUP, INC., a Florida corporation,

Defendant.

C17-5769 RJB

VERDICT FORM

We, the jury, find the class Plaintiffs' damages to be

$ 17,287,063.05

Dated this 29th day of October, 2021.

_____
Jury