The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | CIVIL ACTION NO. 17-cv-05806-RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant | CIVIL ACTION NO. 17-cv-05769-RJB<br><br>**GEO'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

GEO'S NOTICE OF
SUPPLEMENTAL AUTHORITY
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB)

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: 303-260-7712

60664479;1

Pursuant to Local Rule 7(n) GEO hereby provides this Court with notice of the attached letter from Immigration and Customs Enforcement which suspends the Voluntary Work Program at the Northwest ICE Processing Center. The letter is attached as **Exhibit A.**

Dated this 31st day of October, 2021.

**AKERMAN LLP**

By: s/ Adrienne Scheffey
Adrienne Scheffey (Admitted *Pro Hac Vice*)
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: adrienne.scheffey@akerman.com

By: s/ Jacqueline M. Arango
Jacqueline M. Arango (Admitted *Pro Hac Vice*)
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Email: jacqueline.arango@akerman.com

**FOX ROTHSCHILD LLP**

By: s/ Al Roundtree
Al Roundtree, #54851
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
Email: aroundtree@foxrothschild.com

**THE GEO GROUP, INC.**

By: s/ Wayne H. Calabrese
Wayne H. Calabrese (Admitted *Pro Hac Vice*)
Joseph Negron Jr. (Admitted *Pro Hac Vice*)
4955 Technology Way

GEO'S NOTICE OF
SUPPLEMENTAL AUTHORITY
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB)

AKERMAN LLP
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: 303-260-7712

60664479;1

Boca Raton, Florida 33431
Telephone: (561) 999-7344
Telephone: (561) 999-7535
Email: wcalabrese@geogroup.com
Email: jnegron@geogroup.com

*Attorneys for Defendant The GEO Group, Inc.*

GEO'S NOTICE OF
SUPPLEMENTAL AUTHORITY
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB)

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: 303-260-7712

60664479;1

## PROOF OF SERVICE

I hereby certify on the 31st day of October, 2021, pursuant to Federal Rule of Civil Procedure 5(b), I electronically filed and served the foregoing via the Court's CM/ECF system on the following:

**OFFICE OF THE ATTORNEY GENERAL**
Marsha J. Chien
Andrea Brenneke
Lane Polozola
Patricio A. Marquez
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
*Attorneys for Plaintiff State of Washington*

**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
401 Union Street, Suite 3400
Seattle, Washington 98101
Telephone: (206) 622-8000
Facsimile:   (206) 682-2305
Email: hberger@sgb-law.com
Email: halm@sgb-law.com
Email: whitehead@sgb-law.com
Email: roe@sgb-law.com

**THE LAW OFFICE OF R. ANDREW FREE**
Andrew Free (Admitted *Pro Hac Vice*)
P.O. Box 90568
Nashville, Tennessee 37209
Telephone: (844) 321-3221
Facsimile:   (615) 829-8959
Email: andrew@immigrantcivilrights.com

**OPEN SKY LAW PLLC**
Devin T. Theriot-Orr, WSBA #33995
20415 72nd Avenue S, Suite 100
Kent, Washington 98032
Telephone: (206) 962-5052
Facsimile:   (206) 681-9663
Email: devin@opensky.law

**MENTER IMMIGRATION LAW, PLLC**
Meena Menter, WSBA #31870

GEO'S NOTICE OF SUPPLEMENTAL INFORMATION
(17-CV-05806/5769-RJB) – 1

AKERMAN LLP
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712

60664479;1

1  8201 164th Avenue NE, Suite 200
   Redmond, Washington 98052
2  Telephone: (206) 419-7332
   Email: meena@meenamenter.com
3  *Attorneys for Plaintiffs Ugochukwu Nwauzor, et al.*

                                *s/ Al Roundtree*
                                Al Roundtree

GEO'S NOTICE OF SUPPLEMENTAL
INFORMATION
(17-CV-05806/5769-RJB) – 2

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: 303-260-7712

60664479;1

GEO'S NOTICE OF SUPPLEMENTAL
INFORMATION
(17-CV-05806/5769-RJB) – 3

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: 303-260-7712

60664479;1