*Office of Acquisition Management*
**U.S. Department of Homeland Security**
801 I Street, NW
Washington, DC 20536



October 28, 2021

<u>Via Electronic Mail Only</u>

The GEO Group, Inc.
Amber D. Martin
Executive Vice President
4955 Technology Way
Boca Raton, FL 33431

Re:  UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated ("Plaintiffs") v. THE GEO GROUP, INC., a Florida corporation ("GEO") (Case No. 3:17-cv-05769-RJB):

Dear Ms. Martin:

Thank you for your letter dated October 27, 2021, requesting U.S. Immigration and Customs Enforcement (ICE) suspend the Voluntary Work Program (VWP) at the Northwest ICE Processing Center (NWIPC) pending the outcome of the appeal The GEO Group intends to file with the Ninth Circuit Court of Appeals.

ICE has considered the request and determined to approve the immediate suspension of the VWP program at NWIPC until the matter is resolved.

Should you have questions, please feel free to contact me at (949) 943-7166 or by email at natasha.t.nguyen@ice.dhs.gov.

        Thank you,


        Natasha Nguyen
        Contracting Officer

www.ice.gov