UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, individually and on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>      Plaintiffs,<br><br> v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>      Defendant. | CIVIL JUDGMENT<br><br>CASE NO. 3:17-cv-5769-RJB |

__X__ **Jury Verdict.** This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of PLAINTIFFS UGOCHUKWU GOODLUCK NWAUZOR, individually and on behalf of all those similarly situated, and FERNANDO

Judgment

AGUIRRE-URBINA, individually, against DEFENDANT THE GEO GROUP, INC., in the amount of $17,287,063.05.

Dated this 2nd day of November, 2021.

                                            Ravi Subramanian
                                            Clerk of Court

                                            s/Tyler Campbell
                                            Tyler Campbell, Deputy Clerk

Judgment