The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | Case No.: 3:17-cv-05769-RJB<br><br>**[PROPOSED] ORDER GRANTING THE GEO GROUP, INC.'S MOTION FOR REMITTITUR**<br><br><br><br><br><br>**NOTE ON MOTION CALENDAR:**<br>Date: November 26, 2021 |

This Court, having reviewed Defendant The GEO Group, Inc.'s Motion for Remittitur (Dkt. 530) (the "Motion"), finds good cause exists and the Motion is timely. This Court therefore GRANTS the Motion.

**IT IS SO ORDERED.**

This the ____ day of _____, 2021.

_____
Honorable Robert J. Bryan
United States District Court Judge

[PROPOSED] ORDER GRANTING THE GEO GROUP, INC.'S MOTION FOR REMITTITUR (3:17-CV-05769-RJB) – PAGE 1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712

60824237;1

PRESENTED BY:

By: *s/ Al Roundtree*
**FOX ROTHSCHILD LLP**
Al Roundtree, WSBA #54851

By: *s/ Wayne H. Calabrese*
**THE GEO GROUP, INC.**
Wayne H. Calabrese (Admitted *pro hac vice*)
Joseph Negron Jr. (Admitted *pro hac vice*)

By: *s/ Adrienne Scheffey*
**AKERMAN LLP**
Adrienne Scheffey (Admitted *pro hac vice*)
Jacqueline M. Arango (Admitted *pro hac vice*)
Lawrence D. Silverman (Admitted *pro hac vice*)

*Counsel for Defendant The GEO Group, Inc.*

[PROPOSED] ORDER GRANTING THE GEO GROUP,
INC.'S MOTION FOR REMITTITUR
(3:17-CV-05769-RJB) – PAGE 2

60824237;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712