UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | C17-5806RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, individually and on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | C17-5769 RJB<br><br>ORDER DENYING THE GEO GROUP, INC.'S RENEWED MOTION(S) FOR JUDGMENT AS A MATTER OF LAW |

This matter comes before the Court on the above-referenced motions (C17-5769RJB, Dkt. 531 & C17-5806RJB, Dkt. 636).  The Plaintiffs have responded (C17-5769RJB, Dkt. 550 & C17-5806RJB, Dkt. 660), and Defendant has replied (C17-5769RJB, Dkt. 554 & C17-5806RJB,

ORDER DENYING THE GEO GROUP, INC.'S RENEWED MOTION(S) FOR JUDGMENT AS A MATTER OF LAW - 1

Dkt. 661).  No party requested oral argument pursuant to Local Civil Rule 7(b)(4).  The Court is fully advised.

All of the issues raised in these motions have been fairly decided in accord with the facts and Law.  Defendant makes no showing of error in those rulings, nor does Defendant make a showing of new facts or legal authority not presented to the Court before such rulings were made.  The motions should be, and are hereby, DENIED.

IT IS SO ORDERED.

Dated this 8th day of December, 2021.

ROBERT J. BRYAN
United States District Judge

ORDER DENYING THE GEO GROUP, INC.'S RENEWED MOTION(S) FOR JUDGMENT AS A MATTER OF LAW - 2