UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR individually and on behalf of those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>Plaintiffs,<br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | CASE NO. C17-5769RJB<br><br>ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL AND FOR WAIVER OF SUPERSEDEAS BOND |

THIS MATTER comes before the Court on the above referenced motion. Dkt. 527. The Court has considered all documents filed regarding the motion. It appears that Plaintiffs do not object to the motion. The Court has also considered the factors set forth in *Dillon v. City of Chicago,* 866 F.2d 902 (7th Cir. 1988). The Court is fully advised. Neither party has requested oral argument pursuant to Local Rule W.D. Wash. 7(b)(4).

The Court hereby **FINDS AND ORDERS**:

(1) The Defendant's Motion (Dkt. 527) **IS GRANTED**;

(2) All proceedings or other efforts to enforce any judgment in this case is hereby **STAYED**;

ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL AND FOR WAIVER OF SUPERSEDEAS BOND - 1

(3) Defendant's financial results and its cash and cash equivalents positions objectively demonstrate Defendant's ability to pay any judgment in this matter if and when due after final appeal and thus any bond or other security requirement **IS WAIVED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 8th day of December, 2021.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge