The Honorable Robert J. Bryan

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

UGOCHUKWU GOODLUCK NWAUZOR,
FERNANDO AGUIRRE-URBINA,
individually and on behalf of all those similarly
situated,

Plaintiffs,

v.

THE GEO GROUP, INC., a Florida
corporation,

Defendant.

NO. 3:17-CV-05769-RJB

**CERTIFICATE OF NO TRANSCRIPTS
ORDERED AND STATEMENT OF
ISSUES**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

    Pursuant to FED. R. APP. P 10(b) and Ninth Circuit Rule 10-3.1(a), Defendant-Appellant

The GEO Group, Inc., through its attorneys, certifies that it does not intend to order any additional

transcripts for *Ugochukwu Nwauzor et al. v. The GEO Group, Inc.*, No. 21-36024 (9th Cir).

Transcripts for the second trial (October 12–November 2, 2021) have been ordered, and we

understand all other transcripts relevant to the appeal to be on file with the Court. No. 21-36024,

Dkt. 12 at 3 (Dec. 21, 2021). The main issues on appeal are whether (1) GEO is liable under

WMWA; (2) the Supremacy Clause of the U.S. Constitution precludes judgment against GEO on

the Class's claims; and (3) the court's interest award is justified. *Id.*, Dkt. 9 at 2 (Dec. 20, 2021).

    //

    //

CERT. OF NO TRANSCRIPTS ORDERED
AND STATEMENT OF ISSUES
(3:17-CV-005769) - 1

DATED this 23rd day of December, 2021.

Respectfully submitted,

**AKERMAN LLP**

By: *s/ Adrienne Scheffey*
Adrienne Scheffey (Admitted *pro hac vice*)
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  (303) 260-7712
Facsimile:  (303) 260-7714
Email: adrienne.scheffey@akerman.com

By: *s/ Jacqueline M. Arango*
Jacqueline M. Arango (*Pro Hac Vice* Pending)
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone:  (305) 374-5600
Facsimile:  (305) 374-5095
Email: jacqueline.arango@akerman.com

**FOX ROTHSCHILD LLP**

By: *s/ Al Roundtree*
Al Roundtree, #54851
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Telephone:  (206) 624-3600
Facsimile:  (206) 389-1708
Email:  aroundtree@foxrothschild.com

**THE GEO GROUP, INC.**

By: *s/ Wayne H. Calabrese*
Wayne H. Calabrese (Admitted *Pro Hac Vice*)
Joseph Negron Jr. (Admitted *Pro Hac Vice*)
4955 Technology Way
Boca Raton, Florida 33431
Telephone:  (561) 999-7344
Telephone:  (561) 999-7535
Email: wcalabrese@geogroup.com
Email: jnegron@geogroup.com

*Attorneys for Defendant The GEO Group, Inc.*

CERT. OF NO TRANSCRIPTS ORDERED
AND STATEMENT OF ISSUES
(3:17-CV-005769) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

129075168.1

**PROOF OF SERVICE**

I hereby certify on the 23rd day of December, 2021, pursuant to Federal Rule of Civil Procedure 5(b), I electronically filed and served the foregoing via the Court's CM/ECF system on the following:

**OFFICE OF THE ATTORNEY GENERAL**
Marsha J. Chien
Andrea Brenneke
Lane Polozola
Patricio A. Marquez
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104

*Attorneys for Plaintiff State of Washington*

**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
401 Union Street, Suite 3400
Seattle, Washington 98101
Telephone:  (206) 622-8000
Facsimile:   (206) 682-2305
Email: hberger@sgb-law.com
Email: halm@sgb-law.com
Email: whitehead@sgb-law.com
Email: roe@sgb-law.com

**THE LAW OFFICE OF R. ANDREW FREE**
Andrew Free (Admitted *Pro Hac Vice*)
P.O. Box 90568
Nashville, Tennessee 37209
Telephone: (844) 321-3221
Facsimile:   (615) 829-8959
Email: andrew@immigrantcivilrights.com

**OPEN SKY LAW PLLC**
Devin T. Theriot-Orr, WSBA #33995
20415 72nd Avenue S, Suite 100
Kent, Washington 98032
Telephone: (206) 962-5052
Facsimile:   (206) 681-9663
Email: devin@openskylaw.com

CERT. OF NO TRANSCRIPTS ORDERED
AND STATEMENT OF ISSUES
(3:17-CV-005769) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

129075168.1

**MENTER IMMIGRATION LAW, PLLC**
Meena Menter, WSBA #31870
8201 164th Avenue NE, Suite 200
Redmond, Washington 98052
Telephone: (206) 419-7332
Email: meena@meenamenter.com

*Attorneys for Plaintiffs Ugochukwu Nwauzor, et al.*


                              s/ Al Roundtree
                              Al Roundtree

CERT. OF NO TRANSCRIPTS ORDERED
AND STATEMENT OF ISSUES
(3:17-CV-005769) - 4

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

129075168.1