UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. C17-5769-RJB<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against DEFENDANT THE GEO GROUP, INC., on behalf of PLAINTIFFS UGOCHUKWU GOODLUCK NWAUZOR, on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually, in the amount of $14,476.82 and included in the judgment as follows:

| | | Requested | Disallowed | Allowed |
|---|---|---|---|---|
| I. | Fees of the Clerk | $631.00 | $231.00 | $400.00 |

Filing fee is taxable; pro hac vice application fee is not.

| | | Requested | Disallowed | Allowed |
|---|---|---|---|---|
| II. | Fees for transcripts | $13,482.67 | $0 | $13,482.67 |

TAXATION OF COSTS -1

Transcript costs appear to have been necessary at the time they were incurred.

**III.    Fees for printing**                              **$594.15          $0                $594.15**

Not contesed by Defendant.


Entered this 13th day of January, 2022.

Ravi Subramanian, Clerk
U. S. District Court

By:  S/ TYLER CAMPBELL
      Tyler Campbell, Deputy Clerk

TAXATION OF COSTS -2