UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 25 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR; FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>           Plaintiffs-Appellees,<br><br>   v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>           Defendant-Appellant. | No.    22-35026<br><br>D.C. No. 3:17-cv-05769-RJB<br>Western District of Washington, Tacoma<br><br>ORDER |

Appellant's unopposed motion (Docket Entry No. 5) to stay appellate proceedings is granted subject to reconsideration by the panel assigned to decide the merits of appeal Nos. 21-36024 and 21-36025. The previously established briefing schedule is vacated.

Appellate proceedings other than mediation are stayed until resolution of Nos. 21-36024 and 21-36025, or further order of the court.

Appellant shall file a status report on April 25, 2022, and every 90 days thereafter while Nos. 21-36024 and 21-36025 remain pending.

Appellant shall notify the court by filing a status report within 7 days after resolution of Nos. 21-36024 and 21-36025.

Failure to file a status report may terminate the stay of appellate proceedings.

The briefing schedule will be reset in a future order.

SSR/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7