FILED

UNITED STATES COURT OF APPEALS

MAR 7 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR; FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs-Appellees,<br><br>  v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>    Defendant-Appellant. | No. 21-36024<br><br>D.C. No. 3:17-cv-05769-RJB<br>Western District of Washington, Tacoma<br><br><br>ORDER |

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff-Appellee,<br><br>  v.<br><br>THE GEO GROUP, INC.,<br><br>    Defendant-Appellant. | No. 21-36025<br><br><br>D.C. No. 3:17-cv-05806-RJB<br>Western District of Washington, Tacoma |

Before: MURGUIA, Chief Judge, and W. FLETCHER and BENNETT, Circuit Judges.

    The U.S. Department of Justice (Department) is invited to submit an amicus

curiae brief setting forth its current views on the constitutional defenses asserted by

Defendant GEO Group, Inc.—intergovernmental immunity, derivative sovereign immunity, and preemption.  GEO is a private contractor with the federal government.  As applied to the facts of this case, the Department is asked for its views on whether it would consider the Washington Minimum Wage Act's potential application to GEO unconstitutional as either discriminatory against, or a direct regulation of, the federal government.

Our court has certified a number of state-law questions in this case to the Washington Supreme Court.  The Department may wish to advise the Washington Supreme Court of any positions it takes with respect to issues of federal law presented in this case.

The Clerk of Court shall forward a copy of this order to the Department. Within 30 days, the Department shall advise us if it wishes to submit a brief in response to this order and, if so, when it expects to file its brief. Any brief filed by the Department shall comply with the requirements set forth in Ninth Circuit Rule 29-2(c).  If the Department files a brief, we will, by separate order, give the parties an opportunity to respond.

2