The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEO GROUP, INC., a Florida corporation, <br><br> Defendant. | No. 3:17-cv-05769-RJB <br><br> NOTICE OF WITHDRAWAL OF JAMAL N. WHITEHEAD <br><br> [CLERK'S ACTION REQUIRED] |

TO:             Clerk of the Court;

AND TO:      All parties and their counsel of record:

PLEASE TAKE NOTICE that Jamal N. Whitehead withdraws as an attorney of record for Plaintiffs effective today. Attorneys Adam J. Berger, Rebecca J. Roe, and Lindsay L. Halm of Schroeter Goldmark & Bender, R. Andrew Free of the Law Offices of R. Andrew Free, Devin T. Theriot-Orr of Open Sky Law, and Meena Menter of Menter Immigration Law will remain as counsel of record for Plaintiffs and should continue to receive all further service in this case.

NOTICE OF WITHDRAWAL OF
JAMAL N. WHITEHEAD - 1
(3:17-cv-05769-RJB)

SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

DATED this 10th day of March 2023.

        SCHROETER GOLDMARK & BENDER

        *s/ Jamal N. Whitehead*
        Jamal N. Whitehead, WSBA #39818

        *Withdrawing Attorney for Plaintiffs*

NOTICE OF WITHDRAWAL OF
JAMAL N. WHITEHEAD - 2
(3:17-cv-05769-RJB)

SCHROETER GOLDMARK & BENDER
401 Union Street ● Suite 3400 ● Seattle, WA 98101
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Devin T. Theriot-Orr
OPEN SKY LAW, PLLC
20415 – 72nd Avenue South, Suite 110
Kent, WA 98032
devin@opensky.law
*Attorney for Plaintiff*

R. Andrew Free
THE LAW OFFICE OF R. ANDREW FREE
PO Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com
*Attorney for Plaintiff*

Meena Menter
MENTER IMMIGRATION LAW PLLC
4444 Woodland Park Ave N, Ste 203
Seattle, WA 98103
meena@meenamenter.com
*Attorney for Plaintiff*

Joan K. Mell
III BRANCHES LAW, PLLC
1019 Regents Boulevard, Suite 204
Fircrest, WA 98466
joan@3brancheslaw.com
*Attorney for Defendant*

Wayne H. Calabrese
Joseph Negron Jr
THE GEO GROUP, INC.
4955 Technology Way
Boca Raton, Florida 33431
wcalabrese@geogroup.com
jnegron@geogroup.com
*Attorneys for Defendant*

Al Roundtree
FOX ROTHSCHILD LLP (Seattle)
1001 Fourth Ave, Ste 4500
Seattle, WA 98154
aroundtree@foxrothschild.com
*Attorney for Defendant*

DATED at Vashon, Washington this 10th day of March, 2023

*s/ Mary Dardeau*
Mary Dardeau, Legal Assistant
Schroeter Goldmark & Bender
401 Union Street, Suite 3400
Seattle, WA 98101
Tel: (206) 622-8000
dardeau@sgb-law.com

NOTICE OF WITHDRAWAL OF
JAMAL N. WHITEHEAD - 3
(3:17-cv-05769-RJB)

SCHROETER GOLDMARK & BENDER
401 Union Street ● Suite 3400 ● Seattle, WA 98101
Phone (206) 622-8000 ● Fax (206) 682-2305