**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR; FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, <br><br> *Plaintiffs-Appellees*, <br><br> v. <br><br> THE GEO GROUP, INC., a Florida corporation, <br><br> *Defendant-Appellant*. | Nos.   21-36024 <br> 22-35026 <br><br> D.C. No. <br> 3:17-cv-05769-RJB <br> Western District of Washington, Tacoma <br><br> ORDER |
| STATE OF WASHINGTON, <br><br> *Plaintiff-Appellee*, <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> *Defendant-Appellant*. | Nos.   21-36025 <br> 22-35027 <br><br> D.C. No. <br> 3:17-cv-05806-RJB <br> Western District of Washington, Tacoma |

Filed January 23, 2025

2          NWAUZOR V. THE GEO GROUP, INC.

Before:  Mary H. Murguia, Chief Judge, and William A.
Fletcher and Mark J. Bennett, Circuit Judges.

## ORDER

The opinion filed on January 16, 2025, in the above-captioned cases inadvertently listed cases Nos. 22-35026 and 22-35027 in the caption, and is hereby withdrawn. The clerk shall refile the opinion in cases Nos. 21-36024 and 21-36025 with the caption limited to those two cases.