FILED

FEB 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR; FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> THE GEO GROUP, INC., a Florida corporation, <br><br> Defendant-Appellant. | No. 22-35026 <br><br> D.C. No. 3:17-cv-05769-RJB <br> Western District of Washington, Tacoma <br><br> ORDER |
| STATE OF WASHINGTON, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> Defendant-Appellant. | No. 22-35027 <br><br> D.C. No. 3:17-cv-05806-RJB <br> Western District of Washington, Tacoma |

Before: MURGUIA, Chief Judge, and W. FLETCHER and BENNETT, Circuit Judges.

These appeals are hereby consolidated. The stay of proceedings in these cases is now lifted. The briefing schedule shall proceed as follows: Appellant's

opening brief and excerpts of record are due March 10, 2025; Appellees' respective answering briefs and excerpts of record are due April 9, 2025; and Appellant's optional reply brief is due within 21 days from the date of service of Appellees' answering briefs.