FILED

FEB 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR; FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> THE GEO GROUP, INC., a Florida corporation, <br><br> Defendant-Appellant. | No. 22-35026 <br><br> D.C. No. 3:17-cv-05769-RJB <br> Western District of Washington, Tacoma <br><br> ORDER |
| STATE OF WASHINGTON, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> Defendant-Appellant. | No. 22-35027 <br><br> D.C. No. 3:17-cv-05806-RJB <br> Western District of Washington, Tacoma |

Before: MURGUIA, Chief Judge, and W. FLETCHER and BENNETT, Circuit Judges.

Appellant's unopposed motion to hold the above-captioned cases in

abeyance pending the resolution of Case Nos. 21-36024 and 21-36025 (Dkt. No.

31 in Case No. 22-35026 and Dkt. No. 29 in Case No. 22-35027) is GRANTED.

The Briefing Orders (Dkt. Nos. 30 and 28) are suspended pending further order of the court.