FILED

FEB 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR; FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> THE GEO GROUP, INC., a Florida corporation, <br><br> Defendant-Appellant. | No.   21-36024 <br><br> D.C. No. 3:17-cv-05769-RJB <br> Western District of Washington, Tacoma <br><br> ORDER |
| STATE OF WASHINGTON, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> Defendant-Appellant. | No.   21-36025 <br><br> D.C. No. 3:17-cv-05806-RJB <br> Western District of Washington, Tacoma |

Before: MURGUIA, Chief Judge, and W. FLETCHER and BENNETT, Circuit Judges.

Appellees are each directed to file a response to Appellant's Petition for

Panel Rehearing or Rehearing En Banc (Dkt. No. 145), filed with this court on

February 6, 2025. The response shall not exceed fifteen (15) pages or 4,200 words and shall be filed within twenty-one (21) days of the date of this order.