FILED

UNITED STATES COURT OF APPEALS

AUG 14 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR; FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, | No. 22-35026 |
| Plaintiffs-Appellees, | D.C. No. 3:17-cv-05769-RJB Western District of Washington, Tacoma |
| v. | |
| THE GEO GROUP, INC., a Florida corporation, | ORDER |
| Defendant-Appellant. | |

| | |
|---|---|
| STATE OF WASHINGTON, | No. 22-35027 |
| Plaintiff-Appellee, | D.C. No. 3:17-cv-05806-RJB Western District of Washington, Tacoma |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant-Appellant. | |

Before:  MURGUIA, Chief Judge, and W. FLETCHER and BENNETT, Circuit Judges.

The stay of proceedings in these cases is now lifted.  The briefing schedule

shall proceed as follows: Appellant's opening brief and excerpts of record are due

September 19, 2025; Appellees' respective answering briefs and excerpts of record are due October 20, 2025; and Appellant's optional reply brief is due within 21 days from the date of service of Appellees' answering briefs.